```
 1  MELINDA HAAG (CABN 132612)
    United States Attorney
 2
    MIRANDA KANE (CABN 150630)
 3  Criminal Chief

 4  HARTLEY M. K. WEST (CABN 191609)
    WADE M. RHYNE (CABN 216799)
 5  Assistant United States Attorneys

 6      450 Golden Gate Ave., Box 36055
        San Francisco, California 94102
 7      Telephone:  (415) 436-7200
        Facsimile:   (415) 436-7234
 8      E-Mail: hartley.est@usdoj.gov
               wade.rhyne@usdoj.gov
 9

10  Attorneys for Plaintiff

11
```

FILED
APR 28 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) NO. CR11-00288 SBA |
|---|---|
| Plaintiff, | ) SEALING APPLICATION AND |
| vs. | ) SEALING ORDER |
| SUSAN SU, | )  |
| Defendant. | ) |

The United States requests that the Indictment, Penalty Sheet, and Arrest Warrant in the above-captioned case filed with the Court on April 28, 2011, be filed under seal until further order of the Court, with the exception that the Clerk's office may provide a copy of the Indictment, Penalty Sheet, and Arrest Warrant to the U.S. Attorney's Office and to agents of the Department of Homeland Security - Immigration and Customs Enforcement.

///

///

SEALING APPLICATION AND ORDER

Document No.
District Court
Criminal Case Processing

The sealing application is requested that disclosure of these documents might jeopardize the ongoing investigation.

WHEREFORE, I respectfully request that the Court issue an Order granting this Application.

DATED: April 28, 2011

Respectfully submitted,

MELINDA HAAG
United States Attorney

HARLEY M.W. WEST
WADE M. RHYNE
Assistant United States Attorneys

## ORDER

On the government's application, the Indictment, Penalty Sheet, and, Arrest Warrant filed with the Court on April 28, 2011, shall be filed under seal until further order of the court with the exception that the Clerk's office may provide a copy of the Indictment, Penalty Sheet, and Arrest Warrant to the U.S. Attorney's Office and to agents of the Department of Homeland Security - Immigration and Custom Enforcement.

IT IS SO ORDERED.

DATED: 4/28/11

DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE

SEALING APPLICATION AND ORDER         -2-