| DOCUMENTS UNDER SEAL ☐ | | | | TOTAL TIME (mins): | 1 hr. 26 mins. | |
|---|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | | DEPUTY CLERK Ivy L. Garcia | | | ~~REPORTER~~/FTR 10:49-11:06; 2:37-2:48(Sealed); 2:48-2:56; 3:03-3:21; and 5:28-6:00 pm | |
| MAGISTRATE JUDGE DONNA M. RYU | | DATE 5/2/11 | | NEW CASE ☐ | CASE NUMBER CR-11-00288-SBA | |

### APPEARANCES

| DEFENDANT SUSAN XIAO-PING SU | AGE | CUST Yes | P/NP P | ATTORNEY FOR DEFENDANT Camellia Baray & David Billingsley | PD. ☐  RET. ☒ APPT. ☐ |
|---|---|---|---|---|---|
| U.S. ATTORNEY Wade Rhyne | | INTERPRETER None | | ☐ FIN. AFFT SUBMITTED | ☐ COUNSEL APPT'D |
| PROBATION OFFICER None | PRETRIAL SERVICES OFFICER Betty Kim (am)/Richelle Bracamonte (pm) | | | DEF ELIGIBLE FOR APPT'D COUNSEL ☐ | PARTIAL PAYMENT ☐ OF CJA FEES |

### PROCEEDINGS SCHEDULED TO OCCUR

| ☒ INITIAL APPEAR HELD 10 mins | ☐ PRELIM HRG | ☒ MOTION TO UNSEAL INDICTMENT GRANTED | ☐ JUGM'T & SENTG | ☐ STATUS TRIAL SET |
|---|---|---|---|---|
| ☒ I.D. COUNSEL HELD 1 min. | ☒ ARRAIGNMENT HELD 6 mins. | ☐ BOND HEARING | ☐ IA REV PROB. or or S/R | ☐ OTHER |
| ☒ DETENTION HRG HELD 1 hr. 09 mins. | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

### INITIAL APPEARANCE

| ☒ ADVISED OF RIGHTS | ☒ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

**FILED**
**MAY 2 - 2011**
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

### ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☒ ARRAIGNED ON INDICTMENT CTS. 1 to 33 with FORFEITURE ALLEGATIONS 1-4 | ☒ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

### RELEASE

| ☐ RELEASED ON O/R | ☒ ISSUED APPEARANCE BOND | AMT OF SECURITY $ 300,000 UNSECURED PR | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|
| PROPERTY TO BE POSTED ☐ CASH  $ | | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ |
| **Orally done in court** | | | | |
| ☐ MOTION FOR DETENTION | ☒ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☒ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY |

ORDER REMOVED TO THE DISTRICT OF

### PLEA

| ☐ CONSENT ENTERED | ☒ NOT GUILTY AS TO ALL CTS. AGAINST HER | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

### CONTINUANCE

| TO: 5/12/11 | ☐ ATTY APPT HEARING | ☒ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ STATUS TRIAL SET |
|---|---|---|---|---|
| AT: 9:30 a.m. | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING OR ARRAIGN-MENT | ☐ CHANGE OF PLEA | ☒ OTHER SET DATE BEF. SBA |
| BEFORE HON. DONNA M. RYU | ☐ DETENTION HEARING | | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☒ TIME WAIVED FROM 5/2/11 TO 5/12/11 FROM THE SPEEDY TRIAL ACT FOR EFFECTIVE PREP. & CONTINUITY OF COUNSEL | ☒ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

### ADDITIONAL PROCEEDINGS

Gov't's atty. will provide the deft's atty. with the discovery. Deft's sister to make arrangements with the tel. company to have a landline be installed at her residence ASAP so that the deft. can be placed on elec. mon. ASAP. Court signed the Stip. Order excluding time under the Speedy Trial Act on the bench. Court asked the Clerk to request for a Mandarin Int. to be present at the 5/12/11 Bail Review Hrg.    cc: DMR, Lisa, Odile (Int.), Pret. Svcs.

DOCUMENT NUMBER: