

FILED

MAY - 4 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### Northern District of California

United States of America
v.
Susan Xiao-Ping Su

Case No. CR-11-288-SBA



Defendant

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Susan Xiao-Ping Su,

who is accused of an offense or violation based on the following document filed with the court:

X Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
18: 1343 - Wire Fraud; 18:1341 - Mail Fraud; 18:371 - Conspiracy to Commit Visa Fraud ; 18:1546(a) - Visa Fraud
18:1001(a)3)- Use of a False Document; 18:1001(a)(2) - False Statement of a Government Agency
8:1324(a)(1)(A) - Alien Harboring; 18:1030(a)(3) - Unauthorized Access to a Government Computer
18: 1957 - Money Laudering; 18: 2 - Aiding and Abetting; 18:982(a)(6)(A)(ii) - Visa Fraud Forfeiture
18:981(a)(1) and 28:2461(c)-Mail Fraud, Wire Fraud and Alien Harboring Forfeiture; 18:982(a)(1) - Money Laundering
Forfeiture

Date: Apr 29, 2011

*Issuing officer's signature*

City and state: Oakland, CA

Clara Pierce, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 4/29/2011, and the person was arrested on *(date)* 5/2/2011
at *(city and state)*

Date: 5/4/2011

*Arresting officer's signature*

Jason Mackey, ICE Special Agent
*Printed name and title*