| DOCUMENTS UNDER SEAL ☐ | | TOTAL TIME (mins): 17 mins. | |
|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK<br>Ivy L. Garcia | REPORTER/FTR<br>FTR 9:40-9:57 | |
| MAGISTRATE JUDGE<br>DONNA M. RYU | DATE<br>5/12/11 | NEW CASE<br>☐ | CASE NUMBER<br>CR-11-00288-SBA |

### APPEARANCES

| DEFENDANT<br>SUSAN XIAO-PING SU | AGE | CUST<br>NO | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>David Billingsley | PD. ☐ RET. ☒<br>APPT. ☐ |
|---|---|---|---|---|---|
| U.S. ATTORNEY<br>Wade Rhyne | INTERPRETER<br>Amy Lo Brockett (Mandarin Int.) to assist deft's mother for today only | | ☐ FIN. AFFT<br>SUBMITTED | | ☐ COUNSEL APPT'D |
| PROBATION OFFICER<br>None | PRETRIAL SERVICES OFFICER<br>Paul Mamaril | | DEF ELIGIBLE FOR ☐<br>APPT'D COUNSEL | PARTIAL PAYMENT ☐<br>OF CJA FEES | |

### PROCEEDINGS SCHEDULED TO OCCUR

| ☐ INITIAL APPEAR | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☒ STATUS HELD<br>~~TRIAL SET~~ 3 mins. |
|---|---|---|---|---|
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | ☒ BOND HEARING<br>HELD 14 mins. | ☐ IA REV PROB. or or S/R | ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

### INITIAL APPEARANCE

| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

**FILED**
**MAY 1 2 2011**
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

### ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

### RELEASE

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY<br>$ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|

| PROPERTY TO BE POSTED<br>☐ CASH $ | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ |
|---|---|---|

| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF

### PLEA

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

### CONTINUANCE

| TO:<br>6/13/11 (Spec. Set) | ☐ ATTY APPT HEARING | ☒ BOND HEARING<br>(To modify deft's cond. of release) | ☐ STATUS RE: CONSENT | ☐ STATUS TRIAL SET |
|---|---|---|---|---|
| AT:<br>9:30 a.m. | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING OR ARRAIGN-MENT | ☐ CHANGE OF PLEA | ☐ OTHER |
| BEFORE HON.<br>DONNA M. RYU | ☐ DETENTION HEARING | | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☒ TIME WAIVED FROM 5/12/11 TO 7/12/11 FROM THE SPEEDY TRIAL ACT DEADLINE ~~FOR EFFECTIVE PREP. OF COUNSEL~~ | ☒ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

### ADDITIONAL PROCEEDINGS

Case also set next bef. Judge S.B. Armstrong on 7/12/11 at 10:00 a.m. for Status or Trial Setting.
With the assistance of the Mandarin Int., the Court explained to the deft's mother the risks & obligations assoc. with her acting as one of the deft's custodians, deft's mother understood & accepted the risks & she agreed to remain on the Bond as one of deft's custodians. Govt's atty. will provide the deft's atty. today with the discovery in a form of a disc which has thousands & thousands of pages of discovery. Court signed the Stip. Order excluding time under the Speedy Trial Act on the bench. cc: DMR, Lisa, Pret. Svcs.

DOCUMENT NUMBER: