**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL PRETRIAL MINUTES**

Date: 7/12/11

**TIME IN HEARING:** 4 MINUTES
**CR 11-00288SBA**                                **JUDGE:** SAUNDRA BROWN ARMSTRONG

SU                                                                    Present (X) Not Present ( ) In Custody ( )
       **DEFENDANT(S)**

**HARTLEY WEST**
 **WADE RHYNE**                                       **DAVID BILLINGSLEY**
**U.S. ATTORNEY**                                    **ATTORNEY FOR DEFENDANT(S)**

**Deputy Clerk:** Lisa R. Clark                  **RAYNEE MERCADO**
                                                                 **Court Reporter**

 Interpreter                                                      **Probation Officer**

**PROCEEDINGS**

**REASON FOR HEARING:** STATUS - HELD

**RESULT OF HEARING:** COURT FINDS EXCLUDABLE TIME BASED ON ADEQUATE PREPARATION OF COUNSEL UNTIL 7/26/11; DEFENDANT TO ADVISE THE COURT BEFORE THE NEXT HEARING REGARDING THE COMPETENCY OF THE DEFENDANT

**JUDGMENT:**

**PROCEEDINGS**

**Case Continued to** 7/26/11 **for** Further Status**/Trial Setting/ Motion Setting/Evidentiary Hearing @ 10:00 a.m.**
**Case Continued to**_____**@11:00 a.m. for**_____ **Motions**
**Brief Sched. Motion papers by**_____**Opposition by**_____**Reply by**_____
**Case Continued to**_____**for Pretrial Conference at 11:00 a.m.**
**Pretrial Papers Due**_____**Motions in limine/objections to evidence due**_____
**Responses to motions in limine and/or responses to objections to evidence due**_____
**Case Continued to**_____**for Trial(Court/Jury:**____**Days/weeks) at 8:30 a.m.**
**Case Continued to**_____**for Judgment & Sentencing as to Count(s)**_____**of the (Indictment/Information) @ 10:00 a.m.**
**Case Continued to**_____**for Change of Plea @ 11:00 a.m.**
**cc:**