### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL PRETRIAL MINUTES

**Date:7/26/11**

**TIME IN HEARING: 3 MINUTES**
**CR 11-00288SBA**                                    **JUDGE: SAUNDRA BROWN ARMSTRONG**

**SU**                                    **Present (X) Not Present ( ) In Custody ( )**
    **DEFENDANT(S)**

 **WADE RHYNE**                                 **DAVID BILLINGSLEY**
**U.S. ATTORNEY**                          **ATTORNEY FOR DEFENDANT(S)**

**Deputy Clerk:  Lisa R. Clark**               **LEO MANKIEWICZ**
                                         **Court Reporter**

 **Interpreter**                                 **Probation Officer**
                              **PROCEEDINGS**

**REASON FOR HEARING: STATUS - HELD**

**RESULT OF HEARING: COURT FINDS EXCLUDABLE TIME BASED ON ADEQUATE PREPARATION OF COUNSEL UNTIL 9/27/11**
**JUDGMENT:**

### PROCEEDINGS

**Case Continued to  9/27/11   for Further Status/Trial Setting/ Motion Setting/Evidentiary Hearing @ 10:00 a.m.**
**Case Continued to                @11:00 a.m. for                  Motions**
**Brief Sched. Motion papers by         Opposition by          Reply by     **
**Case Continued to              for Pretrial Conference at 11:00 a.m.**
**Pretrial Papers Due       Motions in limine/objections to evidence due          **
**Responses to motions in limine and/or responses to objections to evidence due          **
**Case Continued to         for Trial(Court/Jury:    Days/weeks) at 8:30 a.m.**
**Case Continued to                 for Judgment & Sentencing as to Count(s)         of the (Indictment/Information) @ 10:00 a.m.**
**Case Continued to             for Change of Plea @ 11:00 a.m.**
**cc:**