IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>       Plaintiff,<br><br>  v.<br><br>XIAO-PING SU,<br><br>       Defendant. | No. CR-11-00288 SBA<br><br>**CLERK'S NOTICE** |

YOUR ARE HERE BY NOTIFIED that the *Status* set for September 27. 2011, has been continued to *September 30, 2011 at 10:00 a.m.*, in Courtroom 1, 4th Floor, Oakland.

Dated: 9/14/11

FOR THE COURT,

Richard W. Wieking, Clerk

By: _/s/ Lisa R. Clark_
    LISA R. CLARK
    Courtroom Deputy

To: