UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL PRETRIAL MINUTES

Date:9/30/11

**TIME IN HEARING: 5 MINUTES**
CR 11-00288SBA                                    JUDGE: SAUNDRA BROWN ARMSTRONG

SU                                                                Present (X) Not Present ( ) In Custody ( )
DEFENDANT(S)

 WADE RHYNE                                          DAVID BILLINGSLEY
U.S. ATTORNEY                                        ATTORNEY FOR DEFENDANT(S)

Deputy Clerk:  Lisa R. Clark                         DIANE SKILLMAN
                                                     Court Reporter

 Interpreter                                         Probation Officer

**PROCEEDINGS**

**REASON FOR HEARING:    STATUS - HELD**

**RESULT OF HEARING:    COURT FINDS EXCLUDABLE TIME BASED ON ADEQUATE PREPARATION OF COUNSEL UNTIL 12/12/11**

**JUDGMENT:**

**PROCEEDINGS**

Case Continued to _____ for Further Status/Trial Setting/ Motion Setting/Evidentiary Hearing @ 10:00 a.m.
Case Continued to  12/12/11  @11:00 a.m. for  DECISION ON MOTION
Brief Sched. Motion papers by 10/21/11  Opposition by 11/10/11  Reply by 11/18/11
Case Continued to _____ for Pretrial Conference at 11:00 a.m.
Pretrial Papers Due _____ Motions in limine/objections to evidence due _____
Responses to motions in limine and/or responses to objections to evidence due _____
Case Continued to _____ for Trial(Court/Jury: ___Days/weeks) at 8:30 a.m.
Case Continued to _____ for Judgment & Sentencing as to Count(s) _____ of the (Indictment/Information) @ 10:00 a.m.
Case Continued to _____ for Change of Plea @ 11:00 a.m.
cc: