1  David Billingsley, CSBN 179068
   BONJOUR, THORMAN, BARAY & BILLINGSLEY
2  24301 Southland Dr., Ste 312
   Hayward, Ca. 94545
3  (510) 785-8400 (phone)
   (510) 670-0995 (fax)
4  david@btbandb.com

5  Attorneys for Defendant SUSAN SU

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 11-00288 SBA |
|---|---|
| Plaintiff, | **MOTION TO DISMISS INDICTMENT FOR FAILURE TO STATE AN OFFENSE** |
| v. | |
| SUSAN SU, | |
| Defendants. | Date: December 12, 2011<br>Time: 11:00 a.m.<br>Courtroom: Hon. Saundra Armstrong |

PLEASE TAKE NOTICE that on December 12, 2011, at 11:00 a.m. in the courtroom of the Honorable Saundra Brown Armstrong, defendant SUSAN SU will move the court for an order dismissing counts 1 - 12 of the indictment filed against her on the grounds that those counts fail to state an offense.

This motion is founded on the present notice of motion; the accompanying memorandum of points and authorities; the papers and records on file in the action; an on such oral and documentary evidence as may be presented at the time of the hearing.

Motion of Dismiss Indictment
CR - 11- 00288 SBA                    1

1 | Dated: October 17, 2001                              Respectfully submitted,
2
3
4                                                         _____/s/_____
                                                          David Billingsley
                                                          Attorney for Susan Su
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

Motion of Dismiss Indictment
  CR - 11- 00288 SBA                         2