MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

HARTLEY M.K. WEST (CABN 191609)
WADE M. RHYNE (CABN 216799)
Assistant United States Attorneys

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Fax: (510) 637-3724
   E-Mail:   hartley.west@usdoj.gov
            wade.rhyne@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | CR-11-00288 SBA |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **UNITED STATES' RESPONSE TO DEFENDANT'S MOTION TO DISMISS INDICTMENT** |
| SUSAN XIAO-PING SU, | ) | |
| Defendant. | ) | Date: December 12, 2011<br>Time: 11:00 a.m.<br>Judge: Hon. Saundra Brown Armstrong |

     The United States of America does not oppose defendant Susan Su's motion to dismiss the mail and wire fraud counts (Counts One through Twelve) of the indictment. On November 10, 2011, the Grand Jury returned a superseding indictment addressing the issues raised in defendant's motion.

DATED: November 10, 2011         Respectfully submitted,

                                      MELINDA HAAG
                                      United States Attorney

                                      */s/ WMR*

                                      _____
                                      WADE M. RHYNE
                                      Assistant United States Attorneys

U.S. RESP. TO DEF.'S MOT. TO DISMISS
CR-11-00288 SBA