

**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

*WADE M. RHYNE, AUSA*
*1301 Clay Street, Suite 340S*                                  *(510) 637-3680*
*Oakland, California  94612*                                  *FAX:(510) 637-3724*

November 15, 2011

**VIA E-FILE**

Hon. Laurel Beeler
United States Magistrate Judge, Northern District of California
1301 Clay Street
Courtroom 4, 3rd Floor
Oakland, CA 94612

        Re:    United States v. Susan Xiao-Ping Su, CR-11-00288 SBA

Dear Judge Beeler:

      The purpose of this letter is to jointly request that the above-entitled matter be placed on your November 18, 2011 calendar at 9:30 a.m. for arraignment on the superseding indictment.  The parties are available at the Court's convenience if there are any questions.

      Very truly yours,

      MELINDA HAAG
      United States Attorney

      */s/ Wade M. Rhyne*

      WADE M. RHYNE
      HARTLEY M.K. WEST
      Assistant United States Attorneys

cc:    David Billingsley, Esq. (via e-file)