DAVID BILLINGSLEY, CABN: 179068
BONJOUR, THORMAN, BARAY AND BILLINGSLEY
24301 Southland Dr., Suite 312
Hayward, CA 94545
(510) 785-5405 tel
(510) 670-0955 fax

Counsel for Defendant Susan Su

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> SUSAN SU, <br> Defendant. | No. CR 11-00288 SBA <br><br> MOTION TO WITHDRAW <br> AS ATTORNEY OF RECORD <br><br> Date: December 12, 2011 <br> Time: 10:00 |

TO THE CLERK OF THE ABOVE NAMED COURT AND TO THE U.S. ATTORNEY:

Comes now DAVID BILLINGSLEY and moves the Court for permission to withdraw as attorney of record in the above matter.

Such motion is predicated on Counsel's declaration [under seal] attached hereto.

Respectfully submitted,

Dated: November 21, 2011

/s/ David Billingsley
David Billingsley
Attorney for Defendant Su

MOTION TO WITHDRAW                    1