# UNITED STATES DISTRICT COURT
for the

Northern District of California

| United States of America | ) | | |
|---|---|---|---|
| v. | ) | | |
| | ) | Case No. | CR-11-288-SBA |
| Susan Xiao-Ping Su | ) | | |
| | ) | | |
| Defendant | | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Susan Xiao-Ping Su

who is accused of an offense or violation based on the following document filed with the court:

X Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
18: 1343 - Wire Fraud; 18:1341 - Mail Fraud; 18:371 - Conspiracy to Commit Visa Fraud ; 18:1546(a) - Visa Fraud
18:1001(a)3)- Use of a False Document; 18:1001(a)(2) - False Statement of a Government Agency
8:1324(a)(1)(A) - Alien Harboring; 18:1030(a)(3) - Unauthorized Access to a Government Computer
18: 1957 - Money Laudering; 18: 2 - Aiding and Abetting; 18:982(a)(6)(A)(ii) - Visa Fraud Forfeiture
18:981(a)(1) and 28:2461(c)-Mail Fraud, Wire Fraud and Alien Harboring Forfeiture; 18:982(a)(1) - Money Laundering
Forfeiture

Date:     Apr 29, 2011

*Issuing officer's signature*

City and state:     Oakland, CA            Clara Pierce, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 4-29-11 , and the person was arrested on *(date)* 5-2-11
at *(city and state)* PLEAS ANTON, CA .

Date: 11-28-11

*Arresting officer's signature*

DAVID ZAVIS CDUSM
*Printed name and title*

15773-111