UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>    vs.<br>SUSAN SU,<br>    Defendant. | Case No: CR 11-00288 SBA<br>**ORDER OF REFERENCE** |

   IT IS HEREBY ORDERED THAT Defendant's counsel's Motion to Withdraw as Attorney of Record is REFERRED to the duty magistrate judge of the Oakland Division of this Court for determination and identification of counsel, if appropriate.   The motion hearing on this Court's scheduled for December 12, 2011 is VACATED.

   IT IS SO ORDERED.

Dated:  December 6, 2011

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge