

**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

WADE M. RHYNE, AUSA
1301 Clay Street, Suite 340S                               (510) 637-3680
Oakland, California  94612                              FAX:(510) 637-3724

December 9, 2011

**VIA E-FILE**

Hon. Laurel Beeler
United States Magistrate Judge, Northern District of California
1301 Clay Street
Courtroom 4, 3rd Floor
Oakland, CA 94612

        Re:    United States v. Susan Xiao-Ping Su, CR-11-00288 SBA

Dear Judge Beeler:

    The purpose of this letter is to jointly request that the above-entitled matter be placed on your December 12, 2011 calendar at 9:30 a.m. for Defendant's Counsel's Motion to Withdraw, which was referred to this Court on December 6, 2011 by the district court.  The defendant is out of custody and does not require the assistance of an interpreter.  The parties are available at the Court's convenience if there are any questions.

                                  Very truly yours,

                                  MELINDA HAAG
                                  United States Attorney

                                  WADE M. RHYNE
                                  HARTLEY M.K. WEST
                                  Assistant United States Attorneys

cc:    David Billingsley, Esq. (via e-file)