| DOCUMENTS UNDER SEAL | | | | TOTAL TIME (mins): | |
|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | | DEPUTY CLERK | | REPORTER/FTR | |
| MAGISTRATE JUDGE | | DATE | | NEW CASE | CASE NUMBER |

| APPEARANCES ||||||
|---|---|---|---|---|---|
| DEFENDANT | AGE | CUST | P/NP | ATTORNEY FOR DEFENDANT | PD.   RET. APPT. |
| U.S. ATTORNEY || INTERPRETER || FIN. AFFT SUBMITTED | COUNSEL APPT'D Erik Babcock(General) |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER ||| DEF ELIGIBLE FOR APPT'D COUNSEL | PARTIAL PAYMENT OF CJA FEES CJA |

| PROCEEDINGS SCHEDULED TO OCCUR |||||
|---|---|---|---|---|
| INITIAL APPEAR | PRELIM HRG | MOTION | JUGM'T & SENTG | STATUS TRIAL SET |
| I.D. COUNSEL | ARRAIGNMENT | BOND HEARING | IA REV PROB. or or S/R | OTHER |
| DETENTION HRG | ID / REMOV HRG | CHANGE PLEA | PROB. REVOC. | ATTY APPT HEARING |

| INITIAL APPEARANCE ||||
|---|---|---|---|
| ADVISED OF RIGHTS | ADVISED OF CHARGES | NAME AS CHARGED IS TRUE NAME | TRUE NAME: |

| ARRAIGNMENT ||||
|---|---|---|---|
| ARRAIGNED ON INFORMATION | ARRAIGNED ON INDICTMENT | READING WAIVED SUBSTANCE | WAIVER OF INDICTMENT FILED |

| RELEASE |||||
|---|---|---|---|---|
| RELEASED ON O/R | ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | PASSPORT SURRENDERED DATE: |
| PROPERTY TO BE POSTED CASH   $ || CORPORATE SECURITY || REAL PROPERTY: |

| MOTION FOR DETENTION | PRETRIAL SERVICES REPORT | DETAINED | RELEASED | DETENTION HEARING AND FORMAL FINDINGS WAIVED | REMANDED TO CUSTODY |
|---|---|---|---|---|---|
| ORDER REMOVED TO THE DISTRICT OF ||||||

| PLEA ||||
|---|---|---|---|
| CONSENT ENTERED | NOT GUILTY | GUILTY | GUILTY TO COUNTS: |
| PRESENTENCE REPORT ORDERED | CHANGE OF PLEA | PLEA AGREEMENT FILED | OTHER: |

| CONTINUANCE |||||
|---|---|---|---|---|
| TO: | ATTY APPT HEARING | BOND HEARING | STATUS RE: CONSENT | STATUS TRIAL SET |
| AT: | SUBMIT FINAN. AFFIDAVIT | PRELIMINARY HEARING _____ ARRAIGNMENT | CHANGE OF PLEA | OTHER |
| BEFORE HON. | DETENTION HEARING | | MOTIONS | JUDGMENT & SENTENCING |
| TIME WAIVED | TIME EXCLUDABLE UNDER 18 § USC 3161 | IDENTITY / REMOVAL HEARING | PRETRIAL CONFERENCE | PROB/SUP REV. HEARING |

| ADDITIONAL PROCEEDINGS |
|---|

DOCUMENT NUMBER: