**~~PROPOSED~~ ORDER/COVER SHEET**

TO:     **Honorable Donna M. Ryu**          RE:     <u>**XIAO-PING SU, Susan**</u>
        **U.S. Magistrate Judge**

FROM:   **Roy Saenz, Chief**               DOCKET NO.:   <u>**CR11-00288 SBA**</u>
        **U.S. Pretrial Services Officer**

DATE:   **December 22, 2011**

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

<u>**Paul Mamaril**</u>                        <u>**510-637-3757**</u>
**U.S. PRETRIAL SERVICES OFFICER**           **TELEPHONE NUMBER**

RE:     **MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)**

We are requesting direction from the Court.  Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

[X]   I have reviewed the information that you have supplied.  I do not believe that this matter requires any action by this Court at this time.

[ ]   Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

[ ]   Inform all parties concerned that a Bail Review Hearing will be conducted by: Magistrate Judge_____ Presiding  District Court Judge_____

[ ]   I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[ ]   Modification(s)

      A.

      B.

[ ]   Bail Revoked/Bench Warrant Issued.

[ ]   I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

[ ]   Other Instructions:

_____

_____

_____

<u>_____</u>              <u>12/28/11_____</u>
**JUDICIAL OFFICER**  DONNA M. RYU                    **DATE**
                      U.S. Magistrate Judge

**Cover Sheet** (12/03/02)    cc:  Copy to parties via ECF, Pretrial Services, Lisa Clark