MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

HARTLEY M. K. WEST (CABN 191609)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone:  (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: hartley.west@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>    Plaintiff,  )<br>    )<br>v.  )<br>    )<br>SUSAN SU,  )<br>    )<br>    Defendant.  )<br>_____) | No. CR 11-0288 SBA<br><br>STIPULATION TO MODIFY<br>CONDITIONS OF PRETRIAL RELEASE;<br>[PROPOSED] ORDER |

    The United States of America, by and through its attorney of record, and defendant Susan SU, by and through her attorney of record, hereby stipulate that SU's conditions of pretrial release be modified to require her compliance with the protective order filed on January 3, 2012, attached as Exhibit A.

    IT IS SO STIPULATED.

DATED: _____　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　MELINDA HAAG
　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　HARTLEY M. K. WEST
　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

DATED: _____　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　ERIK BABCOCK
　　　　　　　　　　　　　　　　　　　Counsel For Defendant

STIP. TO MODIFY CONDITIONS OF
PRETRIAL RELEASE; [PROPOSED] ORDER

**[PROPOSED] ORDER**

FOR GOOD CAUSE SHOWN, IT IS ORDERED that SU's conditions of pretrial release be modified to require her compliance with the protective order filed on January 3, 2012.

DATED: _____

HON. DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE