MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

HARTLEY M. K. WEST (CABN 191609)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone:  (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: hartley.west@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>  v.<br>SUSAN SU,<br>    Defendant. | No. CR 11-0288 SBA<br><br>STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE; [PROPOSED] ORDER |

    The United States of America, by and through its attorney of record, and defendant Susan SU, by and through her attorney of record, hereby stipulate that SU's conditions of pretrial release be modified to require her compliance with the protective order filed on January 3, 2012, attached as Exhibit A.

    IT IS SO STIPULATED.

DATED:  January 6, 2012                Respectfully submitted,

                                                 MELINDA HAAG
                                                 United States Attorney

                                                   /s/
                                                 HARTLEY M. K. WEST
                                                 Assistant United States Attorney

DATED: January 6, 2012                  /s/
                                                 ERIK BABCOCK
                                                 Counsel For Defendant

**[PROPOSED] ORDER**

FOR GOOD CAUSE SHOWN, IT IS ORDERED that SU's conditions of pretrial release be modified to require her compliance with the protective order filed on January 3, 2012.

DATED: _____

HON. DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE

STIP. TO MODIFY CONDITIONS OF
PRETRIAL RELEASE; [PROPOSED] ORDER