1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  HARTLEY M.K. WEST (CABN 191609)
   WADE M. RHYNE (CABN 216799)
5  Assistant United States Attorneys

6     1301 Clay Street, Suite 340S
      Oakland, CA 94612
7     Telephone: (510) 637-3680
      Fax: (510) 637-3724
8     E-Mail:    hartley.west@usdoj.gov
                 wade.rhyne@usdoj.gov
9
   Attorneys for Plaintiff
10

11              UNITED STATES DISTRICT COURT

12            NORTHERN DISTRICT OF CALIFORNIA

13                   OAKLAND DIVISION

14  UNITED STATES OF AMERICA,        )   No. CR-11-00288 SBA
                                     )
15         Plaintiff,                )   STIPULATED REQUEST TO CONTINUE
                                     )   HEARING DATE TO MARCH 13, 2012
16    v.                             )   AND TO EXCLUDE TIME UNDER THE
                                     )   SPEEDY TRIAL ACT
17  SUSAN XIAO-PING SU,              )
                                     )   Date:      January 24, 2012
18         Defendant.                )   Time:      10:00 a.m.
                                     )   Court:     Hon. Saundra Brown
19  _____)              Armstrong
20

21         The above-captioned matter is set on January 24, 2012 before this Court for status.  The

22  parties request that the Court continue the hearing to March 13, 2012 at 10:00 a.m. and that the

23  Court exclude time under the Speedy Trial Act between January 24, 2012 and March 13, 2012.

24         Defendant was charged on November 10, 2011 in a 35-count superseding indictment

25  charging with violations of 18 U.S.C. § 1343 (Wire Fraud); 18 U.S.C. § 1341 (Mail Fraud);18

26  U.S.C. § 371 (Conspiracy to Commit Visa Fraud); 18 U.S.C. § 1546(a) (Visa Fraud); 18 U.S.C. §

27  1001(a)(3) (Use of a False Document); 18 U.S.C. § 1001(a)(2) (False Statement to a Government

28  Agency); 8 U.S.C. § 1324(a)(1)(A) (Alien Harboring); 18 U.S.C. § 1030(a)(3) (Unauthorized

STIP. REQ. AND [PROPOSED] ORDER TO CONTINUE
HEARING TO MARCH 13, 2012 AND TO EXCLUDE TIME
No. CR-11-00288 SBA

Access to a Government Computer); 18 U.S.C. § 1957 (Money Laundering); and 18 U.S.C. § 2 (Aiding and Abetting).  On December 22, 2011, the court appointed new defense counsel.  Since that time, the parties have negotiated a protective order to facilitate the transfer of previously produced discovery from Defendant's prior counsel to Defendant's new counsel, Defendant's prior counsel has delivered that discovery, and Defendant's new counsel is currently reviewing it. The discovery consists of voluminous amounts of electronic evidence and documents seized during a series of search warrants from Defendant's office at Tri-Valley University and from her home.  Defendant's new counsel requires additional time to prepare the case for further disposition.  On that basis, the parties anticipate that Defendant's new counsel will be prepared on March 13, 2012 to request a pre-trial motion briefing schedule and to set a trial date.

The parties agree that the extension is not sought for delay.  The parties further agree the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, the parties further stipulate and request that the Court exclude time between January 24, 2012 and March 13, 2012 under the Speedy Trial Act for effective preparation of defense counsel and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).


DATED: January 20, 2012



             /s/                                                      /s/
WADE M. RHYNE                               ERIK BABCOCK
Assistant United States Attorney            Counsel for Defendant
Counsel for United States

1

2

3

4

5

6

7

8          UNITED STATES DISTRICT COURT

9        NORTHERN DISTRICT OF CALIFORNIA

10          OAKLAND DIVISION

11 | UNITED STATES OF AMERICA,      )   No. CR-11-00288 SBA
                                    )
12 |        Plaintiff,              )   [PROPOSED] ORDER GRANTING
                                    )   STIPULATED REQUEST TO CONTINUE
13 | v.                             )   HEARING DATE TO MARCH 13, 2012
                                    )   AND TO EXCLUDE TIME UNDER THE
14 | SUSAN XIAO-PING SU,            )   SPEEDY TRIAL ACT
                                    )
15 |        Defendant.              )   Date:     January 24, 2012
                                    )   Time:     10:00 a.m.
16 |                                )   Court:    Hon. Saundra Brown
   |_____)             Armstrong
17

18        The parties jointly requested that the hearing in this matter be continued from January 24,

19 | 2012 to March 13, 2012 at 10:00 a.m., and that time be excluded under the Speedy Trial Act

20 | between January 24, 2012 and March 13, 2012.

21        Defendant was charged on November 10, 2011 in a 35-count superseding indictment

22 | charging with violations of 18 U.S.C. § 1343 (Wire Fraud); 18 U.S.C. § 1341 (Mail Fraud);18

23 | U.S.C. § 371 (Conspiracy to Commit Visa Fraud); 18 U.S.C. § 1546(a) (Visa Fraud); 18 U.S.C. §

24 | 1001(a)(3) (Use of a False Document); 18 U.S.C. § 1001(a)(2) (False Statement to a Government

25 | Agency); 8 U.S.C. § 1324(a)(1)(A) (Alien Harboring); 18 U.S.C. § 1030(a)(3) (Unauthorized

26 | Access to a Government Computer); 18 U.S.C. § 1957 (Money Laundering); and 18 U.S.C. § 2

27 | (Aiding and Abetting).  On December 22, 2011, the court appointed new defense counsel.  Since

28 | that time, the parties have negotiated a protective order to facilitate the transfer of previously

1    produced discovery from Defendant's prior counsel to Defendant's new counsel, Defendant's

2    prior counsel has delivered that discovery, and Defendant's new counsel is currently reviewing it.

3    The discovery consists of voluminous amounts of electronic evidence and documents seized

4    during a series of search warrants from Defendant's office at Tri-Valley University and from her

5    home.  Defendant's new counsel requires additional time to prepare the case for further

6    disposition.  On that basis, the parties anticipate that Defendant's new counsel will be prepared

7    on March 13, 2012 to request a pre-trial motion schedule and to set a trial date.

8           The parties agreed that the extension is not sought for delay.  The parties further agreed

9    the ends of justice served by granting the continuance outweigh the best interests of the public

10   and the defendant in a speedy trial.

11          For these stated reasons, the Court finds that the ends of justice served by granting the

12   continuance outweigh the best interests of the public and the defendant in a speedy trial.  Good

13   cause appearing therefor, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv),

14          **IT IS HEREBY ORDERED** that the hearing in this matter is continued from January

15   24, 2012 to March 13, 2012 at 10:00 a.m. before this Court, and that time between January 24,

16   2012 and March 13, 2012 is excluded under the Speedy Trial Act to allow for the effective

17   preparation of defense counsel, taking into account the exercise of due diligence.

18

19   DATED:_____

20                                                    HON. SAUNDRA BROWN ARMSTRONG
                                                      United States District Court Judge

21

22

23

24

25

26

27

28

STIP. REQ. AND [PROPOSED] ORDER TO CONTINUE
HEARING TO MARCH 13, 2012 AND TO EXCLUDE TIME
No. CR-11-00288 SBA                    -4-