UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-11-00288 SBA |
| Plaintiff, | ) ) | ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING DATE TO MARCH 13, 2012 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. | ) ) | |
| SUSAN XIAO-PING SU, | ) ) | |
| Defendant. | ) ) ) ) | Date: January 24, 2012<br>Time: 10:00 a.m.<br>Court: Hon. Saundra Brown Armstrong |

The parties jointly requested that the hearing in this matter be continued from January 24, 2012 to March 13, 2012 at 10:00 a.m., and that time be excluded under the Speedy Trial Act between January 24, 2012 and March 13, 2012.

Defendant was charged on November 10, 2011 in a 35-count superseding indictment charging with violations of 18 U.S.C. § 1343 (Wire Fraud); 18 U.S.C. § 1341 (Mail Fraud);18 U.S.C. § 371 (Conspiracy to Commit Visa Fraud); 18 U.S.C. § 1546(a) (Visa Fraud); 18 U.S.C. § 1001(a)(3) (Use of a False Document); 18 U.S.C. § 1001(a)(2) (False Statement to a Government Agency); 8 U.S.C. § 1324(a)(1)(A) (Alien Harboring); 18 U.S.C. § 1030(a)(3) (Unauthorized Access to a Government Computer); 18 U.S.C. § 1957 (Money Laundering); and 18 U.S.C. § 2 (Aiding and Abetting). On December 22, 2011, the court appointed new defense counsel. Since that time, the parties have negotiated a protective order to facilitate the transfer

of previously produced discovery from Defendant's prior counsel to Defendant's new counsel, Defendant's prior counsel has delivered that discovery, and Defendant's new counsel is currently reviewing it.  The discovery consists of voluminous amounts of electronic evidence and documents seized during a series of search warrants from Defendant's office at Tri-Valley University and from her home.  Defendant's new counsel requires additional time to prepare the case for further disposition.  On that basis, the parties anticipate that Defendant's new counsel will be prepared on March 13, 2012 to request a pre-trial motion schedule and to set a trial date.

The parties agreed that the extension is not sought for delay.  The parties further agreed the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

For these stated reasons, the Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.  Good cause appearing therefor, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv),

**IT IS HEREBY ORDERED** that the hearing in this matter is continued from January 24, 2012 to March 13, 2012 at 10:00 a.m. before this Court, and that time between January 24, 2012 and March 13, 2012 is excluded under the Speedy Trial Act to allow for the effective preparation of defense counsel, taking into account the exercise of due diligence.

DATED:_1/23/12_____          _____
                                                         HON. SAUNDRA BROWN ARMSTRONG
                                                         United States District Court Judge