MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

HARTLEY M.K. WEST (CABN 191609)
WADE M. RHYNE (CABN 216799)
Assistant United States Attorneys

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Fax: (510) 637-3724
   E-Mail:   hartley.west@usdoj.gov
               wade.rhyne@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-11-00288 SBA |
|---|---|---|
| Plaintiff, | ) | STIPULATED REQUEST TO CONTINUE HEARING DATE TO APRIL 16, 2012 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. | ) | |
| SUSAN XIAO-PING SU, | ) | Date: March 15, 2012 |
| Defendant. | ) | Time: 10:00 a.m. |
| | ) | Court: Hon. Saundra Brown Armstrong |

The above-captioned matter was recently reset by the Court from March 13, 2012 to March 15, 2012 for a status conference. The parties request that the Court continue the hearing to April 17, 2012 at 10:00 a.m. and that the Court exclude time under the Speedy Trial Act between March 13, 2012 and April 16, 2012.

Defendant was charged on November 10, 2011 in a 35-count superseding indictment charging with violations of 18 U.S.C. § 1343 (Wire Fraud); 18 U.S.C. § 1341 (Mail Fraud);18 U.S.C. § 371 (Conspiracy to Commit Visa Fraud); 18 U.S.C. § 1546(a) (Visa Fraud); 18 U.S.C. § 1001(a)(3) (Use of a False Document); 18 U.S.C. § 1001(a)(2) (False Statement to a Government

Agency); 8 U.S.C. § 1324(a)(1)(A) (Alien Harboring); 18 U.S.C. § 1030(a)(3) (Unauthorized Access to a Government Computer); 18 U.S.C. § 1957 (Money Laundering); and 18 U.S.C. § 2 (Aiding and Abetting). On December 22, 2011, the court appointed new defense counsel. Since that time, the parties have negotiated a protective order to facilitate the transfer of previously produced discovery from Defendant's prior counsel to Defendant's new counsel, Defendant's prior counsel has delivered that discovery, and Defendant's new counsel is currently reviewing it. Defendant's counsel has also requested a copy of the Grand Jury transcript from the presentation of the Superseding Indictment. The discovery consists of voluminous amounts of electronic evidence and documents seized during a series of search warrants from Defendant's office at Tri-Valley University and from her home. Defendant's new counsel requires even more additional time to prepare the case for further disposition. On that basis, the parties anticipate that Defendant's new counsel will be prepared on April 16, 2012 to identify potential pre-trial motions, to request a pre-trial motion briefing schedule, and to set a trial date.

      The parties agree that the extension is not sought for delay. The parties further agree the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial. Therefore, the parties further stipulate and request that the Court exclude time between March 13, 2012 and April 16, 2012 under the Speedy Trial Act for effective preparation of defense counsel and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

DATED: March 8, 2012

    /s/
HARTLEY M.K. WEST
WADE M. RHYNE
Assistant United States Attorneys
Counsel for United States

    /s/
ERIK BABCOCK
Counsel for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SUSAN XIAO-PING SU, ) <br> ) <br> Defendant. ) <br> ) <br> ) <br> ) | No. CR-11-00288 SBA <br><br> [PROPOSED] ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING DATE TO APRIL 16, 2012 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT <br><br> Date: March 15, 2012 <br> Time: 10:00 a.m. <br> Court: Hon. Saundra Brown Armstrong |

The Court recently reset the March 13, 2012 status conference to March 15, 2012. The parties jointly requested that the hearing in this matter be continued from March 15, 2012 to April 16, 2012 at 10:00 a.m., and that time be excluded under the Speedy Trial Act between March 13, 2012 and April 16, 2012.

Defendant was charged on November 10, 2011 in a 35-count superseding indictment charging with violations of 18 U.S.C. § 1343 (Wire Fraud); 18 U.S.C. § 1341 (Mail Fraud);18 U.S.C. § 371 (Conspiracy to Commit Visa Fraud); 18 U.S.C. § 1546(a) (Visa Fraud); 18 U.S.C. § 1001(a)(3) (Use of a False Document); 18 U.S.C. § 1001(a)(2) (False Statement to a Government Agency); 8 U.S.C. § 1324(a)(1)(A) (Alien Harboring); 18 U.S.C. § 1030(a)(3) (Unauthorized Access to a Government Computer); 18 U.S.C. § 1957 (Money Laundering); and 18 U.S.C. § 2 (Aiding and Abetting). On December 22, 2011, the court appointed new defense counsel. Since

1  that time, the parties have negotiated a protective order to facilitate the transfer of previously
2  produced discovery from Defendant's prior counsel to Defendant's new counsel, Defendant's
3  prior counsel has delivered that discovery, and Defendant's new counsel is currently reviewing it.
4  Defendant's counsel has also requested a copy of the Grand Jury transcript from the presentation
5  of the Superseding Indictment.  The discovery consists of voluminous amounts of electronic
6  evidence and documents seized during a series of search warrants from Defendant's office at Tri-
7  Valley University and from her home.  Defendant's new counsel requires even more additional
8  time to prepare the case for further disposition.  On that basis, the parties anticipate that
9  Defendant's new counsel will be prepared on April 16, 2012 to identify potential pre-trial
10 motions, to request a pre-trial motion briefing schedule, and to set a trial date.
11       The parties agreed that the extension is not sought for delay.  The parties further agreed
12 the ends of justice served by granting the continuance outweigh the best interests of the public
13 and the defendant in a speedy trial.
14       For these stated reasons, the Court finds that the ends of justice served by granting the
15 continuance outweigh the best interests of the public and the defendant in a speedy trial.  Good
16 cause appearing therefor, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv),
17       **IT IS HEREBY ORDERED** that the hearing in this matter is continued from March 13,
18 2012 to April 16, 2012 at 10:00 a.m. before this Court, and that time between March 13, 2012
19 and April 16, 2012 is excluded under the Speedy Trial Act to allow for the effective preparation
20 of defense counsel, taking into account the exercise of due diligence.

22 DATED:_____                    _____
                                              HON. SAUNDRA BROWN ARMSTRONG
23                                            United States District Court Judge