### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL PRETRIAL MINUTES

Date:4/16/12

**TIME IN HEARING: 4 MINUTES**
**CR 11-00288SBA**                    **JUDGE: SAUNDRA BROWN ARMSTRONG**

**SU**                                **Present (X) Not Present ( ) In Custody ( )**
     **DEFENDANT(S)**

**WADE RHYNE**
 **HARTLEY WEST**                      _____**ERIC BABCOCK**_____
**U.S. ATTORNEY**                      **ATTORNEY FOR DEFENDANT(S)**

**Deputy Clerk:  Lisa R. Clark**        __**JAIME HOPP**_____
                                       **Court Reporter**

_____                  _____
 **Interpreter**                        **Probation Officer**
                          **PROCEEDINGS**

**REASON FOR HEARING: STATUS - HELD**_____

**RESULT OF HEARING: COURT FINDS EXCLUDABLE TIME BASED ON ADEQUATE**
**PREPARATION OF COUNSEL UNTIL 9/18/12**_____
_____
_____
                          **JUDGMENT:**_____
_____
_____

                          **PROCEEDINGS**

**Case Continued to_____for Further Status/Trial Setting/ Motion Setting/Evidentiary Hearing**
**@ 10:00 a.m.**
**Case Continued to_____@11:00 a.m. for_____ Motions**
**Brief Sched. Motion papers by_____Opposition by_____Reply by_____**
**Case Continued to_ 10/16/12 for Pretrial Conference at 11:00 a.m.**
**Pretrial Papers Due 9/18/12_ Motions in limine/objections to evidence due __ 9/25/12____**
**Responses to motions in limine and/or responses to objections to evidence due 10/2/12____**
**Replies to motions in limine and/or responses to objections to evidence due 10/9/12**
**Case Continued to 10/22/12  for Trial(Jury: 12___Days) at 8:30 a.m.**
**Case Continued to_____for Judgment & Sentencing as to Count(s) _____of the**
**(Indictment/Information) @ 10:00 a.m.**
**Case Continued to_____for Change of Plea @ 11:00 a.m.**
**cc:**