ERIK BABCOCK, SBN 172514
Attorney at Law
717 Washington St., 2d Floor
Oakland, CA 94607
510-452-8400
510-452-8405

Attorney For Defendant
SUSAN SU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-00288 SBA (DMR) |
| Plaintiff, | **STIPULATION AND PROPOSED ORDER MODIFYING CURFEW** |
| v. | |
| SUSAN SU, | |
| Defendant. _____/ | |

    IT IS HEREBY STIPULATED between the parties, with the agreement of Pretrial Services, that the conditions of release for Susan Su may be modified to delete the curfew condition. The government does not object to the modification based upon defense counsel's representations and the agreement of pre-trial services. All other terms and

///

///

**STIPULATION AND PROPOSED
ORDER DELETING CURFEW CONDITION**     1

conditions of release are to remain the same.

**SO STIPULATED.**

DATED: April 16, 20012        By:     /S/Wade Rhyne
                                      WADE RHYNE
                                      Assistant United States Attorney


DATED: April 16, 2012         By:     /S/Erik Babcock
                                      ERIK BABCOCK
                                      Attorney for Defendant


**SO ORDERED**.

DATED:
                                      _____
                                      Donna M. Ryu
                                      UNITED STATES MAGISTRATE JUDGE

STIPULATION AND PROPOSED
ORDER DELETING CURFEW CONDITION                                    2