1  ERIK BABCOCK, SBN 172514
   Attorney at Law
2  717 Washington St., 2d Floor
3  Oakland, CA 94607
   510-452-8400
4  510-452-8405

5
   Attorney For Defendant
6  SUSAN SU

7

8              UNITED STATES DISTRICT COURT

9
               NORTHERN DISTRICT OF CALIFORNIA
10

11 UNITED STATES OF AMERICA,          No. CR 11-00288 SBA (DMR)

12          Plaintiff,               **STIPULATION AND ORDER**
                                     **MODIFYING CURFEW**
13     v.

14
   SUSAN SU,
15

16          Defendant.
   _____/
17

18
       IT IS HEREBY STIPULATED between the parties, with the agreement of Pretrial
19
   Services, that the conditions of release for Susan Su may be modified to delete the curfew
20
21 condition.  The government does not object to the modification based upon defense

22 counsel's representations and the agreement of pre-trial services. All other terms and

23 ///
24
   ///
25

26 conditions of release are to remain the same.

27
   **STIPULATION AND**
28 **ORDER DELETING CURFEW CONDITION**                                    1

1    **SO STIPULATED.**

2    DATED: April 16, 20012          By:     /S/Wade Rhyne
3                                            WADE RHYNE
                                             Assistant United States Attorney
4

5

6    DATED: April 16, 2012          By:     /S/Erik Babcock
7                                            ERIK BABCOCK
                                             Attorney for Defendant
8

9

10       **SO ORDERED**.

11

12
     DATED: 4/23/2012
13

14                                    Donna M. Ryu
                                      UNITED STATES MAGISTRATE JUDGE
15

16

17

18

19

20

21

22

23

24

25

26

27

28   **STIPULATION AND
     ORDER DELETING CURFEW CONDITION**                                          2