IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>        Plaintiff,<br><br> v.<br><br>SU,<br><br>        Defendant.<br>_____/ | No. C 11-00288 SBA<br><br>**CLERK'S NOTICE** |

TO ALL COUNSEL IN CRIMINAL CASES BEFORE JUDGE ARMSTRONG:

**Effective Immediately,** Judge Armstrong **will no longer conduct status conferences** in criminal cases. All status conferences shall be heard by the Magistrate Judge. If you have a matter currently set for status before Judge Armstrong you will need to reschedule your matter on the Magistrate Judge's calendar for status. Judge Armstrong will **only** conduct Trial Settings, Motion Settings and Hearings, Changes of Plea, Sentencing's and Supervised Release Revocation & Disposition Hearings.

Dated: 4/30/12

FOR THE COURT,

Richard W. Wieking, Clerk

By: _____
     LISA R. CLARK
     Courtroom Deputy