MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

WADE M. RHYNE (CABN 216799)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
Oakland, CA 94612
Telephone: (510) 637-3680
Fax: (510) 637-3724
E-Mail: wade.rhyne@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-11-00288 SBA |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | MODIFYING PROTECTIVE ORDER |
| | ) | REGARDING PRODUCTION OF |
| SUSAN XIAO-PING SU, | ) | CONFIDENTIAL DISCOVERY |
| | ) | |
| Defendant. | ) | |
| | ) | |

      The United States of America, by and through its attorneys of record, and defendant Susan SU, by and through her attorney of record, hereby stipulate that the Protective Order of January 3, 2012 (Docket # 37) may be modified for the purpose of allowing defendant's attorney to conduct normal pretrial preparation and investigations.  Specifically, Paragraph 4.c shall be modified to read, in full, as follows (the bold language is the only new language):

      "Except as otherwise provided below, the defense team shall not permit anyone who is not a member of the defense team to have physical possession of Confidential Discovery pursuant to this Order.  Nor shall the defense team divulge the contents of any Confidential Discovery provided to the defense team pursuant to this Order by the government, or by defendant's prior counsel, to anyone other than the defense team, **except that defendant's**

STIPULATION & [PROPOSED] ORDER
MODIFYING PROTECTIVE ORDER

**attorney or investigator may, if reasonably necessary, divulge the contents of Confidential Discovery to potential witnesses for the purpose of interviewing or questioning potential witnesses. The defense team shall advise such potential witnesses that the Confidential Discovery is subject to a protective order and that the witnesses shall not further disseminate such information."**

IT IS SO STIPULATED.

DATED: November 29, 2012         Respectfully submitted,

                                               MELINDA HAAG
                                               United States Attorney

                                               /S/Hartley M.K. West
                                               WADE M. RHYNE
                                               HARTLEY M. K. WEST
                                               Assistant United States Attorneys

DATED: November 29, 2012         /S/Erik Babcock
                                               ERIK BABCOCK
                                               Counsel For Defendant

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED:

DATED: 11/30/12         *[signature]*
                                      HON. SAUNDRA BROWN ARMSTRONG
                                      UNITED STATES DISTRICT COURT JUDGE