MELINDA HAAG (CSBN 132612)
United States Attorney

MIRANDA KANE (CSBN 150630)
Chief, Criminal Division

HARTLEY WEST (CSBN 191609)
WADE M. RYHNE (CSBN 216799)
PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorneys

   450 Golden Gate Avenue, 11th Floor
   San Francisco, California 94102-3495
   Telephone: 415.436.6857
   Facsimile:  415.436.6748

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SUSAN XIAO-PING SU, ) <br> ) <br> Defendant. ) <br> ) | No. 11-CR-00288 SBA <br><br> FIRST FORFEITURE BILL <br> OF PARTICULARS |

1   The United States of America, by and through Melinda Haag, United States Attorney for the
2   Northern District of California, and Patricia J. Kenney, Assistant United States Attorney, hereby files
3   the following Bill of Particulars for Forfeiture of Property.
4   On November 11, 2011, the grand jury returned a superceding indictment charging defendant
5   with a number of violations, including visa fraud and a conspiracy to commit visa fraud; wire and
6   mail fraud; alien harboring; and money laundering. The superceding indictment also included four
7   forfeiture allegations for forfeiture in the event of convictions on the charges of visa fraud pursuant
8   18 U.S.C. § 982(a)(6)(A)(ii); wire and mail fraud pursuant to 18 U.S.C. § 981(a)(1)(C) and
9   28 U.S.C. § 2461(c); alien harboring pursuant to 18 U.S.C. § 982(6)(A)(ii) and/or 18 U.S.C.
10  § 981(a)(1)(C) and 28 U.S.C. § 2461(c); and money laundering pursuant to 18 U.S.C. § 982(a)(1).
11  Recently the United States learned that defendant Su is renting out in whole or in part at least
12  one of the real properties – at 1371 Germano Way, Pleasanton, California – which is subject to
13  criminal forfeiture in this case and to civil forfeiture in the related civil forfeiture case, *United States*
14  *v. 405 Boulder Court, et al.,* 11-0258 SC, Complaint, filed January 19, 2011. The United States
15  hereby gives notice that, upon conviction of the charges in the superseding indictment and pursuant
16  to the forfeiture allegations in the superseding indictment, the United States will also seek forfeiture
17  of any and all rental income from the real property located at 1371 Germano Way as well as rentals
18  from any other real property which is subject to forfeiture as identified in the superceding indictment
19  or in the related civil forfeiture case.

MELINDA HAAG
United States Attorney

Dated: February 22, 2013         /S/
                                 PATRICIA J. KENNEY
                                 Assistant United States Attorney

1st Bill of Particulars
No. 11-CR-00288 SBA            2