MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

HARTLEY M. K. WEST (CABN 191609)
WADE M. RHYNE (CABN 216799)
Assistant United States Attorneys

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Fax: (510) 637-3724
   E-Mail:   hartley.west@usdoj.gov
               wade.rhyne@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-11-00288 SBA |
|---|---|---|
| Plaintiff, | ) | **STIPULATION RE: PRETRIAL PREPARATION; [PROPOSED] ORDER** |
| v. | ) | |
| SUSAN XIAO-PING SU, | ) | Trial Date: May 13, 2013 |
| Defendant. | ) | Time: 8:30 a.m. |
| | ) | Judge: Hon. Saundra B. Armstrong |

      The United States, through Assistant U.S. Attorneys Wade Rhyne and Hartley West, and defendant Susan Xiao-Ping Su, through counsel Erik Babcock, stipulate to the following pretrial preparation schedule.

      1.    <u>Pretrial Conference</u>: The parties jointly request that the Court reschedule the Pretrial Conference from April 9, 2013, to April 19, 2013, at 10:00 a.m. due to unavailability of counsel on April 9. Government counsel has confirmed the Court's availability on this date and time.

      2.    <u>Discovery</u>: The parties will comply with Fed. R. Crim. P. 16 by the close of business on March 19, 2013.

STIPULATION RE: PRETRIAL PREPARATION
CR-11-00288 SBA                          -1-

3. <u>Pretrial Filings</u>: By March 19, 2013, the parties shall serve and file their trial memoranda and witness lists; serve and lodge proposed voir dire, proposed verdict forms, a joint set of jury instructions, and disputed proposed instructions; and serve exhibit lists.

4. <u>Motions *in Limine*</u>: The parties shall file motions *in limine* and/or objections to evidence by March 19, 2013.  The parties shall file oppositions to motions *in limine* and/or objections to evidence by March 26, 2013.  The parties shall file replies to motions *in limine* and/or objections to evidence by April 2, 2013.

DATED: March 5, 2013

Respectfully submitted,

MELINDA HAAG
United States Attorney

/s/
HARTLEY M. K. WEST
WADE M. RHYNE
Assistant United States Attorneys

/s/
ERIK BABCOCK
Attorney for Defendant

[PROPOSED] ORDER

Good cause appearing, it is hereby ORDERED that the parties shall comply with the above-stated pretrial preparation dates and that the Pretrial Conference shall be held on April 19, 2013, at 10:00 a.m.

DATED: March ___, 2013

HON. SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE

STIPULATION RE: PRETRIAL PREPARATION
CR-11-00288 SBA                                    -2-