1  MELINDA HAAG (CABN 132612)
   United States Attorney

2

   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  WADE M. RHYNE  (CABN 216799)
   HARTLEY M. K. WEST (CABN 191609)
5  Assistant United States Attorneys

6    1301 Clay Street, Suite 340S
     Oakland, CA 94612
7    Telephone: (510) 637-3680/(415) 436-6747
     Fax: (510) 637-3724/(415) 436-7234
8    E-Mail: wade.rhyne@usdoj.gov
              hartley.west@usdoj.gov

9

10 Attorneys for Plaintiff

11                     UNITED STATES DISTRICT COURT

12                  NORTHERN DISTRICT OF CALIFORNIA

13                          OAKLAND DIVISION

14 UNITED STATES OF AMERICA,            )    No. CR-11-00288 SBA
                                        )
15        Plaintiff,                    )
                                        )    STIPULATION AND [PROPOSED]
16    v.                                )    ORDER CONTINUING TRIAL DATE TO
                                        )    MAY 13, 2013; SPEEDY TRIAL
17 SUSAN XIAO-PING SU,                  )    EXCLUSION
                                        )
18        Defendant.                    )
                                        )
19 _____  )

20

21        The United States of America, by and through its attorneys of record, and defendant

22 Susan SU, by and through her attorney of record, hereby stipulate to continue the trial date in the

23 above-captioned matter from April 15, 2013, to May 13, 2013.  Counsel have inquired of the

24 Court Clerk and are advised that the Court is available for trial on May 13, 2013.

25 / / /

26 / / /

27 / / /

28 / / /

STIPULATION & [PROPOSED]
ORDER CONTINUING TRIAL DATE

1        Moreover, the parties agree that it is appropriate to exclude the time between April 15 and

2    May 13, 2013, under the Speedy Trial Act for continuity of counsel and effective preparation of

3    counsel.  Counsel for one of the cooperating defendants, Anji Dirisinala, has had to withdraw and

4    new counsel is unavailable in April.  Moreover, the additional time is needed by the defense to

5    effectively prepare for trial.  18 U.S.C. § 3161(h)(7)(B)(iv).

6

7    DATED: March 14, 2013                Respectfully submitted,

8                                MELINDA HAAG
                                 United States Attorney

9

10                                 /s/
                                 WADE M. RHYNE

11                               HARTLEY M. K. WEST
                                 Assistant United States Attorneys

12

13

14   DATED: March 14, 2013                /s/
                                 ERIK BABCOCK

15                               Counsel For Defendant

16

17

18         The Court hereby reschedules the trial date in the above-captioned matter from April 15,

19   2013, to May 13, 2013, and excludes the time between those dates under the Speedy Trial Act for

20   continuity of counsel and effective preparation of the defense.  The Court finds that the ends of

21   justice served by excluding this time from computation under the Speedy Trial Act outweigh the

22   best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A) and

23   (B)(iv).

24

25

26   DATED: _____
                                 HON. SAUNDRA BROWN ARMSTRONG

27                               UNITED STATES DISTRICT COURT JUDGE

28

STIPULATION & [PROPOSED]
ORDER CONTINUING TRIAL DATE      2