ERIK BABCOCK, SBN 172514
Attorney at Law
717 Washington St., 2d Floor
Oakland, CA 94607
510-452-8400
510-452-8405

Attorney For Defendant
SUSAN SU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-00288 SBA (DMR) |
| Plaintiff, | **STIPULATION AND ORDER MODIFYING PRETRIAL FILING DEADLINES** |
| v. | |
| SUSAN SU, | |
| Defendant. | Trial: May 13, 2013 |
| _____/ | Pretrial Conference: May 7, 2013 |

Counsel for defendant has been in trial from January 17, 2013, through March 6, 2013, and as a result is behind on trial preparation for this case. The Court having continued the pretrial conference in this matter to May 7, 2013, the parties jointly request and stipulate that the pretrial filing deadlines be similarly continued, as set forth below. The revised schedule would still give the Court ample time to review the filings in advance of the pretrial conference:

By **April 2, 2013**, the parties shall serve and file their trial memoranda and witness lists; serve and lodge proposed voir dire, proposed verdict forms, a joint set of jury instructions, and disputed proposed instructions; and serve exhibit lists.

STIPULATION & PROPOSED ORDER
MODIFYING PRETRIAL FILING DATES                                                                        1

The parties shall file motions in limine and/or objections to evidence by **April 2, 2013**.

The parties shall file oppositions to motions in limine and/or objections to evidence by **April 16, 2013**.

The parties shall files replies to motions in limine and/or objections to evidence by **April 23, 2013**.

**SO STIPULATED.**

DATED: March 14, 2013 By: /S/Wade Rhyne
WADE RHYNE
Assistant United States Attorney


DATED: March 14, 2013 By: /S/Erik Babcock
ERIK BABCOCK
Attorney for Defendant


**SO ORDERED**.

DATED:3/219/13

HON. SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE

STIPULATION & PROPOSED ORDER
MODIFYING PRETRIAL FILING DATES          2