ERIK G. BABCOCK, Bar No. 172517
LAW OFFICES OF ERIK BABCOCK
717 Washington St., 2d Floor
Oakland, CA 94607
(510) 452-8400 Tel
(510) 452-8405 Fax

Attorney for the Defendant
SUSAN SU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-11-00288 SBA |
| Plaintiff, | ) ) | STIPULATED REQUEST TO CONTINUE TRIAL DATE TO APRIL 15, 2013 AND |
| v. | ) ) | TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| SUSAN XIAO-PING SU, | ) ) | Trial Date: May 15, 2013 |
| Defendant. | ) ) ) ) | Time: 8:30 a.m. Court: Hon. Saundra Brown Armstrong |

The above-captioned matter is currently set for trial on May 15, 2013 at 8:30 a.m. The parties hereby jointly request that the Court continue to the trial date to September 23, 2013 at 8:30 a.m. and that the Court continue to exclude time under the Speedy Trial Act until September 30, 2013.

Defendant was charged on November 10, 2011 in a 35-count superseding indictment charging with violations of 18 U.S.C. § 1343 (Wire Fraud); 18 U.S.C. § 1341 (Mail Fraud);18 U.S.C. § 371 (Conspiracy to Commit Visa Fraud); 18 U.S.C. § 1546(a) (Visa Fraud); 18 U.S.C. § 1001(a)(3) (Use of a False Document); 18 U.S.C. § 1001(a)(2) (False Statement to a Government Agency); 8 U.S.C. § 1324(a)(1)(A) (Alien Harboring); 18 U.S.C. § 1030(a)(3) (Unauthorized

Access to a Government Computer); 18 U.S.C. § 1957 (Money Laundering); and 18 U.S.C. § 2 (Aiding and Abetting).

The parties jointly request a continuance of the trial because defense counsel is unavailable to effectively prepare the case for trial as currently scheduled. This is a factually and legally complex case. Defense counsel needs adequate time to prepare pretrial filings and witness examinations. Unfortunately, counsel is set for trial in a homicide in state court on April 8, 2013 in People v. Johnson, Alameda Superior Court No. H52787. The case is not going to settle prior to trial, and the trial is set on a time not waived status, meaning that it will be sent to trial. Counsel does not expect the trial to conclude until mid to late May, 2013.

Additionally, counsel for Defendant Su represents that he also has various other obligations in the summer which will make it impossible for him to be reasonably prepared for trial in this case before September 30, 2013. More specifically, defense counsel represents that he has to prepare and file two opening briefs in the Ninth Circuit, an opening brief in the California Court of Appeal, as well as a jury trial in a felony assault case in the Contra Costa Superior Court. Defense counsel represents that he also has two pending murder cases in state court, at least one of which will likely proceed to preliminary hearing in state court in June and is a complicated four defendant case that will require much preparation and court time. Defense counsel also has vacations scheduled this summer which cannot be rescheduled.

For all these reasons, counsel therefore stipulate and agree that defense counsel cannot conduct an adequate investigation or preparation for the trial of this case until September 30, 2013 and that the trial should be continued to that date.

The parties agree that the extension is not sought for delay. The parties further agree the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial. Therefore, the parties further stipulate and request that the Court exclude time between the date of this stipulation and September 30, 2013, 2013 under the Speedy

//
//
//

STIP. REQ. AND [PROPOSED] ORDER TO CONTINUE
TRIAL TO SEPTEMBER 30, 2013 AND TO EXCLUDE TIME
No. CR-11-00288 SBA

1 Trial Act for effective preparation of defense counsel and pursuant to 18 U.S.C. §§
2 3161(h)(7)(A), (B)(ii), and (B)(iv).

4 DATED: April 2, 2013

7 _____/s/_____   _____/s/_____
  HARTLEY M.K. WEST                       ERIK BABCOCK
  WADE M. RHYNE                           Counsel for Defendant
8 Assistant United States Attorneys
  Counsel for United States

STIP. REQ. AND [PROPOSED] ORDER TO CONTINUE
TRIAL TO SEPTEMBER 30, 2013 AND TO EXCLUDE TIME
No. CR-11-00288 SBA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>SUSAN XIAO-PING SU,<br><br>    Defendant. | No. CR-11-00288 SBA<br><br>[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO CONTINUE TRIAL DATE TO SEPTEMBER 30, 2013 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |

The above-captioned matter is currently set for trial on May 15, 20132 at 8:30 a.m.  The parties have jointly requested that the Court continue to the trial date to September 30, 2013 at 8:30 a.m. and that the Court continue to exclude time under the Speedy Trial Act until September 30, 2013

Defendant was charged on November 10, 2011 in a 35-count superseding indictment charging with violations of 18 U.S.C. § 1343 (Wire Fraud); 18 U.S.C. § 1341 (Mail Fraud);18 U.S.C. § 371 (Conspiracy to Commit Visa Fraud); 18 U.S.C. § 1546(a) (Visa Fraud); 18 U.S.C. § 1001(a)(3) (Use of a False Document); 18 U.S.C. § 1001(a)(2) (False Statement to a Government Agency); 8 U.S.C. § 1324(a)(1)(A) (Alien Harboring); 18 U.S.C. § 1030(a)(3) (Unauthorized

Access to a Government Computer); 18 U.S.C. § 1957 (Money Laundering); and 18 U.S.C. § 2 (Aiding and Abetting).

   The parties have jointly requested a continuance of the trial in order for defense counsel to effectively prepare the case for trial. Defense counsel is set for trial in a state homicide on April 8, 2013 and is unable to prepare and file pretrial filings as currently scheduled, to adequately prepare the case for trial, and expects to be unavailable and in trial in state court when this case is currently set for trial. Additionally, counsel for Defendant Su represents that he also has various other obligations in the summer which will make it impossible for him to be reasonably prepared for trial in this case before September 30, 2013. More specifically, defense counsel represents that he has to prepare and file two opening briefs in the Ninth Circuit, an opening brief in the California Court of Appeal, as well as a jury trial in a felony assault case in the Contra Costa Superior Court. Defense counsel represents that he also has two pending murder cases in state court, at least one of which will likely proceed to preliminary hearing in state court and will take much preparation. Defense counsel also has vacations scheduled this summer which cannot be rescheduled. For all these reasons, counsel therefore stipulate and agree that defense counsel cannot conduct an adequate investigation or preparation for the trial of this case until September 30, 2013 and that the trial should be continued to that date.

   The parties agree, and the Court finds, that the extension is not sought for delay. For these stated reasons, the Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial. Good cause appearing therefor, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv),

//
//
//
//
//
//

STIP. REQ. AND [PROPOSED] ORDER TO CONTINUE
TRIAL TO SEPTEMBER 30, 2013 AND TO EXCLUDE TIME
No. CR-11-00288 SBA

1  **IT IS HEREBY ORDERED** that the trial this matter is continued from May 15, 2013 at
2  8:30 a.m. to September 30, 2013 at 8:30 a.m. before this Court, and that time between the date of
3  this Order and September 30, 2013 is excluded under the Speedy Trial Act to allow for the
4  effective preparation of defense counsel, taking into account the exercise of due diligence
5  pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(ii), and (B)(iv).

7  DATED:_____  
                                                                              HON. SAUNDRA BROWN ARMSTRONG  
8                                                                                United States District Court Judge

STIP. REQ. AND [PROPOSED] ORDER TO CONTINUE  
TRIAL TO SEPTEMBER 30, 2013 AND TO EXCLUDE TIME  
No. CR-11-00288 SBA