ERIK G. BABCOCK, Bar No. 172517
LAW OFFICES OF ERIK BABCOCK
717 Washington St., 2d Floor
Oakland, CA 94607
(510) 452-8400 Tel
(510) 452-8405 Fax

Attorney for the Defendant
SUSAN SU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-11-00288 SBA |
|---|---|---|
| Plaintiff, | ) ) | AMENDED STIPULATED REQUEST TO CONTINUE TRIAL DATE TO |
| v. | ) ) | SEPTEMBER 30, 2013 AND TO EXCLUDE TIME UNDER THE SPEEDY |
| SUSAN XIAO-PING SU, | ) | TRIAL ACT |
| Defendant. | ) ) ) ) | Trial Date: May 15, 2013<br>Time: 8:30 a.m.<br>Court: Hon. Saundra Brown Armstrong |

The above-captioned matter is currently set for trial on May 15, 2013 at 8:30 a.m. The parties hereby jointly request that the Court continue to the trial date to September 30, 2013 at 8:30 a.m. and that the Court continue to exclude time under the Speedy Trial Act until then.

Defendant was charged on November 10, 2011, in a 35-count superseding indictment charging violations of 18 U.S.C. § 1343 (Wire Fraud); 18 U.S.C. § 1341 (Mail Fraud);18 U.S.C. § 371 (Conspiracy to Commit Visa Fraud); 18 U.S.C. § 1546(a) (Visa Fraud); 18 U.S.C. § 1001(a)(3) (Use of a False Document); 18 U.S.C. § 1001(a)(2) (False Statement to a Government Agency); 8 U.S.C. § 1324(a)(1)(A) (Alien Harboring); 18 U.S.C. § 1030(a)(3)

AMENDED STIP. TO CONTINUE TRIAL TO SEPTEMBER 30, 2013
AND TO EXCLUDE TIME; [PROPOSED] ORDER
No. CR-11-00288 SBA

1  (Unauthorized Access to a Government Computer); 18 U.S.C. § 1957 (Money Laundering); and
2  18 U.S.C. § 2 (Aiding and Abetting).
3     The parties jointly request a continuance of the trial because defense counsel is
4  unavailable to effectively prepare the case for trial as currently scheduled. This is a factually and
5  legally complex case, and defense counsel needs adequate time to prepare pretrial filings and
6  witness examinations. Unfortunately, defense counsel is set for trial in a homicide in state court
7  on April 8, 2013, in *People v. Johnson*, Alameda Superior Court No. H52787. The case is not
8  going to settle prior to trial, and the trial is set on a time not waived status, meaning that it will be
9  sent to trial. Counsel does not expect the trial to conclude until mid to late May 2013.
10    Additionally, counsel for Defendant Su also has various other obligations in the summer
11 that will make it impossible for him to be reasonably prepared for trial in this case before
12 September 30, 2013. Specifically, defense counsel has to prepare and file two opening briefs in
13 the Ninth Circuit, and an opening brief in the California Court of Appeal. Counsel also has a
14 jury trial in a felony assault case in the Contra Costa Superior Court, as well as two pending
15 murder cases in state court, at least one of which will likely proceed to preliminary hearing in
16 state court in June and is a complicated four defendant case that will require much preparation
17 and court time. Defense counsel also has vacations scheduled this summer which cannot be
18 rescheduled.
19    For all these reasons, counsel therefore stipulate and agree that defense counsel cannot
20 conduct an adequate investigation or preparation for the trial of this case until September 30,
21 2013 and that the trial should be continued to that date.
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28

AMENDED STIP. TO CONTINUE TRIAL TO SEPTEMBER 30, 2013
AND TO EXCLUDE TIME; [PROPOSED] ORDER
No. CR-11-00288 SBA

1     The parties agree that the extension is not sought for delay.  The parties further agree the
2  ends of justice served by granting the continuance outweigh the best interests of the public and
3  the defendant in a speedy trial.  Therefore, the parties further stipulate and request that the Court
4  exclude time between the date of this stipulation and September 30, 2013, under the Speedy Trial
5  Act for effective preparation of defense counsel and pursuant to 18 U.S.C. §§ 3161(h)(7)(A),
6  (B)(ii), and (B)(iv).
7
8  DATED: April 2, 2013
9
10
11  _____/s/_____                    _____/s/_____
    HARTLEY M.K. WEST                                  ERIK BABCOCK
    WADE M. RHYNE                                      Counsel for Defendant
12  Assistant United States Attorneys
    Counsel for United States
13
...
28
AMENDED STIP. TO CONTINUE TRIAL TO SEPTEMBER 30, 2013
AND TO EXCLUDE TIME; [PROPOSED] ORDER
No. CR-11-00288 SBA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | No. CR-11-00288 SBA |
| )  | |
| Plaintiff,        ) | [PROPOSED] ORDER GRANTING |
| )  | AMENDED STIPULATED REQUEST TO |
| v.        ) | CONTINUE TRIAL DATE TO |
| )  | SEPTEMBER 30, 2013 AND TO |
| SUSAN XIAO-PING SU,        ) | EXCLUDE TIME UNDER THE SPEEDY |
| )  | TRIAL ACT |
| Defendant.        ) | |
| )  | |

The above-captioned matter is currently set for trial on May 15, 20132 at 8:30 a.m.  The parties have jointly requested that the Court continue to the trial date to September 30, 2013 at 8:30 a.m. and that the Court continue to exclude time under the Speedy Trial Act until September 30, 2013

Defendant was charged on November 10, 2011 in a 35-count superseding indictment charging with violations of 18 U.S.C. § 1343 (Wire Fraud); 18 U.S.C. § 1341 (Mail Fraud);18 U.S.C. § 371 (Conspiracy to Commit Visa Fraud); 18 U.S.C. § 1546(a) (Visa Fraud); 18 U.S.C. § 1001(a)(3) (Use of a False Document); 18 U.S.C. § 1001(a)(2) (False Statement to a Government Agency); 8 U.S.C. § 1324(a)(1)(A) (Alien Harboring); 18 U.S.C. § 1030(a)(3) (Unauthorized Access to a Government Computer); 18 U.S.C. § 1957 (Money Laundering); and 18 U.S.C. § 2 (Aiding and Abetting).

The parties have jointly requested a continuance of the trial in order for defense counsel to effectively prepare the case for trial.  Defense counsel is set for trial in a state homicide on April 8, 2013 and is unable to prepare and file pretrial filings as currently scheduled, to adequately prepare the case for trial, and expects to be unavailable and in trial in state court when this case is currently set for trial.  Additionally, counsel for Defendant Su also has various other obligations in the summer that will make it impossible for him to be reasonably prepared for trial

AMENDED STIP. TO CONTINUE TRIAL TO SEPTEMBER 30, 2013
AND TO EXCLUDE TIME; [PROPOSED] ORDER
No. CR-11-00288 SBA

1  in this case before September 30, 2013.  Specifically, defense counsel has to prepare and file two
2  opening briefs in the Ninth Circuit, and an opening brief in the California Court of Appeal.
3  Counsel also has a jury trial in a felony assault case in the Contra Costa Superior Court, as well
4  as two pending murder cases in state court, at least one of which will likely proceed to
5  preliminary hearing in state court in June and is a complicated four defendant case that will
6  require much preparation and court time.  Defense counsel also has vacations scheduled this
7  summer which cannot be rescheduled.  For all these reasons, counsel therefore stipulate and
8  agree that defense counsel cannot conduct an adequate investigation or preparation for the trial of
9  this case until September 30, 2013 and that the trial should be continued to that date.

10  The parties agree, and the Court finds, that the extension is not sought for delay.  For
11  these stated reasons, the Court finds that the ends of justice served by granting the continuance
12  outweigh the best interests of the public and the defendant in a speedy trial.  Good cause
13  appearing therefor, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv),
14  **IT IS HEREBY ORDERED** that the trial this matter is continued from May 15, 2013 at
15  8:30 a.m. to September 30, 2013, at 8:30 a.m. before this Court, and that time between the date
16  of this Order and September 30, 2013 is excluded under the Speedy Trial Act to allow for the
17  effective preparation of defense counsel, taking into account the exercise of due diligence
18  pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(ii), and (B)(iv).

20  DATED:_____

HON. SAUNDRA BROWN ARMSTRONG
United States District Court Judge

AMENDED STIP. TO CONTINUE TRIAL TO SEPTEMBER 30, 2013
AND TO EXCLUDE TIME; [PROPOSED] ORDER
No. CR-11-00288 SBA