ERIK G. BABCOCK, Bar No. 172517
LAW OFFICES OF ERIK BABCOCK
717 Washington St., 2d Floor
Oakland, CA 94607
(510) 452-8400 Tel
(510) 452-8405 Fax

Attorney for the Defendant
SUSAN SU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SUSAN XIAO-PING SU, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | No. CR-11-00288 SBA <br><br> STIPULATED REQUEST TO ALLOW DEFENDANT SU TO TRAVEL TO VISIT FAMILY |

IT IS HEREBY STIPULATED between the parties, with the concurrence of Pretrial Services, that the conditions of release for defendant SU may be modified to allow her to travel to Alabama to visit with her brother. Defendant shall provide Pretrial Services with her itenerary and contact information before any travel.

**SO STIPULATED**.

DATED: June 18, 2013     By: _____/s/_____
                              WADE M. RHYNE
                              Assistant United States Attorney
                              Counsel for United States

STIP. TRAVEL ORDER
No. CR-11-00288 SBA                                              Page 1 of 2

1
2  DATED: June 18, 2013          By:      /s/
3                                     ERIK BABCOCK
                                       Counsel for Defendant SU
4
5   **SO ORDERED**.
6  DATED:
7                                     _____
                                       U.S. MAGISTRATE JUDGE
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28