ERIK G. BABCOCK, Bar No. 172517
LAW OFFICES OF ERIK BABCOCK
717 Washington St., 2d Floor
Oakland, CA 94607
(510) 452-8400 Tel
(510) 452-8405 Fax

Attorney for the Defendant
SUSAN SU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-11-00288 SBA |
| Plaintiff, ) | |
| ) | STIPULATED REQUEST TO ALLOW |
| v. ) | DEFENDANT SU TO TRAVEL TO VISIT |
| ) | FAMILY |
| SUSAN XIAO-PING SU, ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED between the parties, with the concurrence of Pretrial Services, that the conditions of release for defendant SU may be modified to allow her to travel to Alabama to visit with her brother from July 19, 2013 to July 29, 2013.   Defendant shall provide Pretrial Services with her itenerary and contact information before any travel.

**SO STIPULATED**.

DATED: June 21, 2013           By: _____/s/_____
                                    WADE M. RHYNE
                                    Assistant United States Attorney
                                    Counsel for United States

1
2  DATED: June 21, 2013        By:     /s/
3                                                  ERIK BABCOCK
4                                                  Counsel for Defendant SU
5  **SO ORDERED**.
6  DATED:
7                                                 U.S. MAGISTRATE JUDGE