# ATTACHMENT 1



**Department of Homeland Security**
U.S. Immigration and Customs Enforcement
*Homeland Security Investigations*
*Forensic Laboratory (HSI-FL)*

# STATEMENT OF QUALIFICATIONS

## CAROLYN BAYER-BRORING

### Education

**Master of Forensic Sciences,** 1997
The George Washington University, Washington, DC

**Bachelor of Arts in Sociology,** 1987
**(dual concentration: Criminal Justice & Bioethics)**
Trinity College, Washington, DC

### Professional Experience

**U.S. Department of Homeland Security (DHS)**
**U.S. Immigration and Customs Enforcement (ICE)**
**Homeland Security Investigations**
**Forensic Laboratory (HSI-FL)**

*The HSI-FL has been accredited by the American Society of Crime Laboratory Directors Laboratory
Accreditation Board (ASCLD/LAB) since 2001.*

*Forensic Document Examiner*, September 2003 to present
Conduct examinations of domestic and international travel and identification documents to
determine authenticity and reveal alterations.  Examinations include but are not limited to
microscopic, instrumental and comparative analysis of handwriting, typewriting, printing
processes and stamp impressions.  Prepare written laboratory reports and provide testimony upon
request.

Serve as an acting supervisor; responsible for the oversight of casework to include administrative
and technical reviews.  Serve as a mentor for apprentice examiners; provide on-the-job training
regarding casework examinations and participate in expert panels for question and answer
training sessions.  Provide instruction and training to law enforcement and other officials
encompassing various components of questioned document examination.

*Apprentice Forensic Document Examiner*, January 2001 to September 2003
Completed a resident training program in the forensic science of questioned document
examination at the HSI-FL.

## Specialized Training

"Paper Fundamentals for Forensic Document Examiners" workshop, McLean, VA (March 2012)

Datacard Group Passport and Identity Card training, McLean, VA (February 2012)

Safran/Morpho Polycarbonate Cards and 3D Photo ID training, McLean, VA (November 2011)

Tour of Government Printing Office, Washington, DC (June 2011)

Tour of Portals - DeLaRue Security Printers, Inc., security and manufacturing facility, Dulles, VA (March 2011)

Tour of Damilic Autopen, autopen systems manufacturing facility, Rockville, MD (March 2011)

"Match Maker" shredded paper assembly software training, McLean, VA (December 2010)

Foster + Freeman Video Spectral Comparator 6000 training, McLean, VA (December 2010)

Foster + Freeman Electrostatic Detection Apparatus 2 training, McLean, VA (November 2010)

Adobe Photoshop for Forensics training, McLean, VA (November 2010)

Kubtec Xpert 80 X-Ray System training, McLean, VA (July 2010)

"American Society of Crime Laboratory Directors/Laboratory Accreditation Board (ASCLD/LAB) *International* Preparation Course," Vienna, VA (March 2010)

Tour of De La Rue Security Papers, security paper manufacturing facility, Bathford, UK (February 2010)

Tour of De La Rue Holographics, security hologram manufacturing facility, Basingstoke, UK (February 2010)

Tour of De La Rue Identity Systems, developer of secure identification systems, Basingstoke, UK (February 2010)

Tour of UK Border Agency, National Document Fraud Unit, Middlesex, UK (February 2010)

Leica Digital Comparison Microscope training, McLean, VA (January 2010)

"Bones to Bits" Facial Identification Conference, McLean, VA (October 2009)

Foster + Freeman Video Spectral Comparator 6000 training, McLean, VA (September 2009)

Keyence Digital Microscope training, McLean, VA (August 2009)

Envisage Systems Limited Ribbon Analysis Workstation training, McLean, VA (February 2009)

Tour of Folger Shakespeare Conservation Laboratory, Washington, DC (January 2008)

Operation Bullpen Workshop, presented by Mid-Atlantic Association of Forensic Scientists, Cooperstown, NY (December 2008)

Tour of Banknote Corporation of America, Inc., producer of security documents, Browns Summit, NC (September 2008)

Keyence Digital Microscope training, McLean, VA (September 2008)

Foster + Freeman Video Spectral Comparator 6000 training, McLean, VA (September 2008)

Tour of SICPA Securink Corporation, producer of security ink products, Springfield, VA (August 2008)

Toppan Document Securities Conference, presented by L-1 Identity Solutions, Arlington, VA (February 2008)

Tour of United States Holocaust Memorial Museum archives, Washington, DC (2007)

Training seminar on Kinegram technology, presented by Kurz, McLean, VA (March 2007)

Tour of Imaging Technology International Corporation, producer of digital manufacturing systems, Boulder, CO (September 2006)

Training seminar on laser engraving, presented by Muhlbauer, Inc., McLean, VA (August 2006)

Biometrics Technology Fair, Washington, DC (May 2006)

Training seminar on inks for printing on card stock, presented by SICPA, McLean, VA (May 2006)

Training seminar on Scrambled Indicia technology, presented by GSSC, McLean, VA (May 2006)

Collateral Duty Safety Officer Training, Boston, MA (July 2005)

Presentation on "Digital Watermarks" presented by Digimarc, McLean, VA (June 2004)

Tour of Axalto (Schlumberger), Security Printer specializing in SmartCard and credit card production, Owings Mills, MD (December 2003)

Presentation on "Digital Imaging and Photograph/Digital Image Manipulation" presented by the Federal Bureau of Investigation, McLean, VA (November 2003)

"MeadWestvaco Paper Knowledge Field Seminar" presented by MeadWestvaco Corporation at the U.S. Secret Service, Washington, DC (May 2003)

Tour of The Washington Post, printing and bundling of newspapers, Springfield, VA (May 2003)

Tour of Appleton Paper, Inc., Roaring Springs Paper Mill, security paper manufacturing facility, Roaring Springs, PA (April 2003)

"Fundamentals of Handwriting", Federal Bureau of Investigation Academy, Quantico, VA (April 2003)

Presentation on the "Preservation of Charred Documents" presented by the Federal Bureau of Investigation, McLean, VA (April 2003)

Tour of Damilic Autopen, autopen systems manufacturing facility, Rockville, MD (March 2003)

Tour of R&D Stamp & Sign Company, rubber stamp manufacturing facility, Lorton, VA (January 2003)

Presentation on "Security Papers" by Arjo Wiggins, manufacturer of security papers, McLean, VA (December 2002)

"Overview of Digital Printing Technologies", Bureau of Engraving and Printing, Washington, DC (December 2002)

Tour of SICPA Security Inks, security inks manufacturing facility, Springfield, VA (November 2002)

Tour of the Government Printing Office, security printing and manufacturing of U.S. passports, Washington, DC (October 2002)

Tour of Baumgarten Stamp Co., wet and dry seal manufacturing facility, Laurel, MD (October 2002)

Tour of Portals - DeLaRue Security Printers, Inc., security and manufacturing facility, Dulles, VA (October 2002)

Tour of the U.S. Bureau of Engraving and Printing, security printing of U.S. currency, Washington, DC (September 2002)

Tour of U.S. Secret Service Training Academy Offset Printing Press, U.S. Secret Service Training Academy in Beltsville, MD (August 2002)

"U.S. Secret Service Questioned Documents Course", U.S. Secret Service at FLETC, Glynco, GA (March 2002)

Tour of Scientific Games Security Printers, security printer of lottery tickets and secure documents, Atlanta, GA (February 2002)

"Printing Process Identification for Forensic Document Examiners", Rochester Institute of Technology, Rochester, NY (October 2001)

Tour of Trans Digital Technologies, security printer, Arlington, VA (June 2001)

Observation of Asylum Applicant Interviews, U.S. Immigration & Naturalization Service Asylum Office, Rosslyn, VA (April 2001)

**Professional Meetings**

American Academy of Forensic Sciences 65th Annual Meeting, Washington, DC (February 2013)

American Society of Questioned Document Examiners 70th Annual General Meeting, Charleston, SC (August 2012)

Mid-Atlantic Association of Forensic Scientists 39th Annual Meeting, Ellicott City, MD (May 2012)

11th Annual Security Printing & Alternative Solutions in Central & Eastern Europe and Russia, Zagreb, Croatia (January 2011)

Facial Identification Scientific Working Group (FISWG), Orlando, FL (May 2010)

Security Document World "SDW-2010" Conference, London, UK (February 2010)

Facial Identification Scientific Working Group (FISWG), Jacksonville, FL (October 2009)

American Academy of Forensic Sciences 61st Annual Meeting, Denver, CO (February 2009)

American Academy of Forensic Sciences 60th Annual Meeting, Washington, DC (February 2008)

U.S. Department of State Fraud Roundtable, Skopje, Macedonia (October 2007)

International Conference on Digital Printing Technologies, Anchorage, AK (September 2007)

Mid-Atlantic Association of Forensic Scientists 34th Annual Meeting, Washington, DC (June 2007)

National Association of Public Health Statistics and Information Services / National Council on Healthcare Statistics (NAPHSIS / NCHS) Joint Conference, Salt Lake City, UT (June 2007)

American Academy of Forensic Sciences 59th Annual Meeting, San Antonio, TX (February 2007)

International Conference on Digital Printing Technologies, Denver, CO (September 2006)

American Academy of Forensic Sciences 58th Annual Meeting, Seattle, WA (February 2006)

Document Examiners of the Washington DC Area Meeting, Washington, DC (May 2005)

American Academy of Forensic Sciences 56th Annual Meeting, Dallas, TX (February 2004)

American Society of Questioned Document Examiners 61st Annual Meeting, Baltimore, MD (August 2003)

Mid-Atlantic Association of Forensic Scientists 30th Annual Meeting, Annapolis, MD (April 2003)

Mid-Atlantic Association of Forensic Scientists 29th Annual Meeting, Frederick, MD (April 2002)

American Academy of Forensic Sciences 54th Annual Meeting, Atlanta, GA (February 2002)

Marking Device Association International Conference, Chicago IL (October 2001)

American Academy of Forensic Sciences 52nd Annual Meeting, Reno, NV (February 2000)

Mid-Atlantic Association of Forensic Scientists Annual Meeting, Ocean City, MD (April 1999)

American Academy of Forensic Sciences 51st Annual Meeting, Miami, FL (February 1999)

American Academy of Forensic Sciences 50th Annual Meeting, San Francisco, CA (February 1998)

American Academy of Forensic Sciences 49th Annual Meeting, New York, NY (February 1997)

## Presentations and Instruction

Presentation at American Academy of Forensic Sciences Annual Conference entitled "A Novel Method of Interpreting Evidence When First Attempts Fail", Washington, DC (February 2013)

Presentation at American Academy of Forensic Sciences Annual Conference Young Forensic Scientists Forum entitled "The Role of Questioned Document Examination in the Field of Forensic Science", Washington, DC (February 2013)

Training conducted for Sri Lankan Document Examiners on behalf of the U.S. Department of Justice International Criminal Investigative Training Assistance Program (ICITAP) at the Government Analyst Department laboratory facility, Colombo, Sri Lanka (November 2012)

Presentation at Women In Federal Law Enforcement 13th Annual Leadership Training Conference entitled "Can You Spot the Difference?", Orlando, Florida (June 2012)

Presentation at Document Security Alliance (DSA) Meeting entitled "Evolution of Security Features in International Travel Documents", Washington, DC (June 2012)

Presentation at Mid-Atlantic Association of Forensic Scientists (MAAFS) Annual Meeting entitled "Evolution of Security Features in International Travel Documents", Ellicott City, MD (May 2012)

Training conducted for Georgian Border Control on behalf of the U.S. Department of State, Bureau for International Narcotics & Law Enforcement Affairs (INL) at the Republic of Georgia Police Academy, Tbilisi, Republic of Georgia (March 2012)

Presentation at Document Security Alliance (DSA) Meeting entitled "Current Fraud Trends in International Travel Documents", Washington, DC (March 2011)

Presentation at 11th Annual Security Printing & Alternative Solutions in Central & Eastern Europe and Russia entitled "Current Fraud Trends in International Travel Documents", Zagreb, Croatia (January 2011)

Co-author (with Robert Gohl) of paper presented at 7th Pan European High Security Printing Conference entitled "Current Trends in Document Fraud: Thin Overlay Laminates", Berlin, Germany (April 2010)

Training conducted in fraudulent document recognition on behalf of U.S. Immigration and Customs Enforcement at the Queen Alia International Airport, Amman, Jordan (April 2010)

Training conducted on behalf of the U.S. Department of State, Diplomatic Security Service's Anti-Terrorism Assistance Fraudulent Travel Document Course (DS/ATA FTD) at the Preventive Security Department Police Academy, Amman, Jordan (April 2010)

Briefing at U.S. Embassy, London on HSI-FL mission and capabilities, London, UK (February 2010)

Training conducted on behalf of the U.S. Department of State, Diplomatic Security Service's Anti-Terrorism Assistance Fraudulent Travel Document Course (DS/ATA FTD) at the Federation Ministry of Interior Police Academy, Sarajevo, Bosnia and Herzegovina (March 2008)

Presentation at U.S. Department of State Fraud Roundtable on European Union and Visa-Waiver Documents and Document Fraud, Skopje, Macedonia (October 2007)

Presentation at NAPHSIS / NCHS Joint Conference entitled "Detecting and Responding to Fraud", Salt Lake City, UT (June 2007)

Presentation at American Academy of Forensic Sciences Annual Conference entitled "Watch That Step! A Traumatic Injury Results in the Need for a Right-Handed Writer to Learn to Write with the Left Hand", San Antonio, TX (February 2007)

Presentation on Document Security Features - Presented as part of Document Security Alliance (DSA) presentation entitled 21st Century Document Security: The Battle Against Counterfeiting and ID Theft, Rayburn House Senate Office Building, Washington DC (April 2006)

## Professional Affiliations

Society for Imaging Science and Technology, Member (2006 to present)

Document Security Alliance, Member (2003 to present)

Mid-Atlantic Association of Forensic Scientists, Member, Questioned Document Section (2002 to present)

American Academy of Forensic Sciences, Questioned Document Section, Member (1997 to present)

## Testimony

Qualified as an expert witness in the field of forensic document examination in U.S. Federal District and U.S. Immigration Courts.

## Additional Qualifications

Alternate Safety Officer, HSI-FL, 2011 to 2012

Safety Officer, HSI-FL, 2005 to 2011

Assisted the HSI-FL Quality Manager in monitoring laboratory practices in verifying continuing compliance with internal policies including performing case file reviews for the ASCLD/LAB audit/inspection.

Successfully completed annual proficiency testing in the forensic disciplines of Questioned Documents and Handwriting Examination, Collaborative Testing Services, Sterling, VA, (2003 to present).

**ATTACHMENT 2**

# William R. Elliott III

235 Pine Street, Suite 900,
San Francisco, CA 94104
(415) 705-1176
(415) 609-6579
Elliottwr@state.gov

## Employment History

o   U.S. Department of State, Bureau of Diplomatic Security – January 2006-Present
  o   Special Agent, San Francisco Field Office – October 2012-Present
    ▪   Criminal investigator focusing on passport and visa fraud investigations, protection of the Secretary of State and protection of visiting foreign dignitaries.
    ▪   Presently serving as a Deputy Unit Supervisor and managing the criminal investigations program for a six agent unit responsible for investigations in the Northern District of California and District of Nevada.
  o   Vice Consul, Assistant Regional Security Officer Investigator, U.S. Consulate General Guangzhou, China – September 2010-August 2012
    ▪   Criminal investigator focusing on passport and visa fraud investigations, physical security of the consulate, personnel security, liaison with host nation police forces and training of host nation police and immigration officials.
    ▪   During a two year assignment, conducted over forty visa fraud investigations related to immigrant and non-immigrant visas.  Of those, over a dozen of the investigations pertained specifically to student visa fraud.
    ▪   Provided regular training to U.S. and Locally Engaged Staff on fraud trends, particularly those related to student visa fraud.  Worked closely with U.S. Consulate Guangzhou's Fraud Prevention Unit to uncover fraud schemes and prevent visa issuances to unqualified applicants.
  o   Special Agent, Counterintelligence Division, Diplomatic Security Service Headquarters – August 2008-March 2010
    ▪   Served as a headquarters desk officer responsible for managing and coordinating all counterintelligence related matters for approximately ten U.S. Embassies and Consulates.
    ▪   Alongside Federal Bureau of Investigation agents, conducted sensitive counterintelligence and national security investigations.
  o   Special Agent, Washington Field Office – September 2006-August 2008
    ▪   Criminal investigator focusing on passport and visa fraud investigations, protection of the Secretary of State and protection of visiting foreign dignitaries.

o   Federal Bureau of Investigation – July 2004-January 2006
  o   Police Officer, FBI Headquarters, Washington, DC – July 2004-January 2006
    ▪   Provided physical security at the J. Edgar Hoover and Washington Field Offices in Washington, DC.  Conducted traffic stops, issued citations and made arrests for violations of local and federal laws.

**Educational History**

- o University of Massachusetts at Amherst
  - o Bachelor of Arts in History and Political Science

**Professional Training**

- o Fraud Prevention for Consular Managers – Foreign Service Institute – Arlington, VA – August 2010
  - o This course presents the basic information needed to operate an effective consular fraud prevention program, emphasizing fraud prevention as well as counterterrorism measures. Topics covered include: passport and citizenship fraud, visa fraud, validation studies, using systems as a fraud prevention tool, accountability, preventing malfeasance, consular interviewing, record-keeping and reporting, management controls, recognition of fraudulent documents, detecting impostors, priorities and resources, petition revocation, working with Diplomatic Security and the Department of Homeland Security and training others in fraud detection and prevention.
- o Basic Consular Course – Foreign Service Institute – Arlington, VA – March 2010-May 2010
  - o This thirty one day course offers intensive training in immigration and nationality law and regulations and in consular policies, responsibilities and procedures. The course provides introduction to the basic automated systems used in consular work.
- o Basic Special Agent Course – Diplomatic Security Training Center – Dunn Loring, VA – May 2006-August 2006
  - o This course provides orientation and training to newly appointed Special Agent candidates for domestic duty with the Department of State in the areas of DS legal authorities, Federal criminal law, firearms, defensive and room entry tactics, counterterrorist driving, computer search and seizure, passport and visa fraud investigations, explosive countermeasures, weapons of mass destruction, safe haven emergency medical training and protective security operations.
- o Criminal Investigators Training Program – Federal Law Enforcement Training Center – Glynco, GA – February 2006-May 2006
  - o This course provides orientation and training regarding interviewing, surveillance, criminal case management, legal training, physical techniques and conditioning, tactical training, firearms, vehicle handling skills, physical evidence, and other courses that provide the essential knowledge, skills and abilities needed to become a federal criminal investigator.
- o Mixed Police Basic Training Program – Federal Law Enforcement Training Center – Artesia, NM – July 2004-October 2004
  - o This course provides orientation and training regarding officer safety and survival, communications and interviewing, constitutional and federal criminal law, arrest techniques, defensive tactics, drugs of abuse, terrorism, VIP protection, physical security, firearms, tactics for flying armed and driver training.

**ATTACHMENT 3**

# JASON I. KANNO

500 12th Street SW STOP 5600
Washington, DC 20536-5600

jason.i.kanno@ice.dhs.gov
Work Phone #: (703) 603-3452

---

**Summary:** Subject Matter Expert on regulations, policies, and procedures relating and schools certified by the Student and Exchange Program to enroll F-1 and M-1 visa class nonimmigrant students. Examine certified schools' compliance with federal regulations governing F-1 and M-1 nonimmigrant students.

## Work History

### Adjudicator, Student and Exchange Visitor Program (SEVP), US Immigration and Customs Enforcement, US Department of Homeland Security, Arlington, VA, Nov 2010-Present

- Investigate and research educational institutions certified by SEVP to enroll foreign students for violations of federal regulations, particularly 8 CFR 214.2, 214.3 and 214.4.
  - Compose notices of withdrawal describing SEVP's reasons for revoking a school's certification based on interpretation of federal regulations and examination of collected evidence.
  - Conducted approximately 30 site visits of certified schools, which entail interviews of Designated School Officials as appointed by the schools to administer the records of nonimmigrant students.
  - Withdrawn the certification of approximately 20 SEVP certified schools when they lose eligibility to participate as an SEVP-certified school.
- Advise and consult federal law enforcement agents on interpretations and applications of federal regulations.
- Coordinate with federal law enforcement agencies during criminal investigations of fraudulent activity perpetrated by SEVP-certified schools, including initiating administrative action against the school and providing on-site support during the service of federal search warrants.
- Organize and conduct coordination meetings between interoffice units.
- Testified in federal court as an expert witness on SEVP and foreign student regulations.
- Relevant training courses taken: Understanding Financial Statements, Operations Security Basic, DHS Basic Records Management.

### Case Analyst, L-3 Communications – Global Security and Engineering Systems – supporting SEVP, Arlington, VA, Oct 2008-Nov 2010

- 6 weeks of intensive on-site training on the school certification process and SEVP regulations and policies.
- Recommended action to federal adjudicators on over 400 petitions from schools for certification to enroll foreign students based on analysis of requested evidence.
  - Compose request for evidence to determine schools' eligibility for certification.
  - Coordinated with schools submitting Form I-17 petitions to clarify regulations and policies regarding the submission of petitions and procedures of adjudication.
- Responded to inquiries to the SEVP Response Center submitted by schools and student stakeholders regarding SEVP regulations, policies, and procedures as well as specific cases relating to individual students and schools.
- Delivered presentations highlighting program achievements and initiatives to outside governmental and educational entities and organizations.
- On-the-job training on the school compliance process and conducting school site visits, including visits to schools under investigation and schools found to be compliant with federal regulations.

## Education
### Bachelor of Arts in Government, College of William and Mary, May 2008

**ATTACHMENT 4**

Michael W. Brown
Special Agent, CFA
Homeland Security Investigations
630 Sansome Street
San Francisco, CA 94111


COMPUTER FORENSIC / IT CERTIFICATIONS

* Certified Forensic Computer Examiner (CFCE), May 17, 2012
International Association of Computer Investigative Specialists (IACIS)

* EnCase Certified Examiner (EnCE), December 20, 2010
Guidance Software

* CompTIA A+, 220-601/602 Essentials / IT Technician
August 31, 2007


TRAINING

* Macintosh Forensics I Level 2, presented by Sumuri, LLC
Department of Homeland Security, ICE Cyber Crimes Center (C3), September 9, 2012 (80 hours)

* Advanced Computer Forensic Evidence Recovery Training (ACERT), class 1202
Department of Homeland Security, ICE, C3, July, 8, 2012 (80 hours)

* Annual Computer Forensic Agent Training
Department of Homeland Security, ICE, C3, September, 2011 (40 hours)

* Basic Computer Forensic Examiner Program
IACIS, May 13, 2011 (72 hours)

* Internet Forensics
AccessData, June 9, 2011 (21 hours)

* Windows Forensics 7
AccessData, February 3, 2011 (21 hours)

* Windows Forensics Registry
AccessData, January 13, 2011 (21 hours)

* Windows Forensics XP
AccessData, December 16, 2010 (21 hours)

* Windows Forensics Vista
AccessData, November 18, 2010 (21 hours)

* MAC Forensics
AccessData, September, 23, 2010 (21 hours)

* AccessData Boot Camp
AccessData, September, 2 2010 (21 hours)

* EnCase Custom 10-day ICE Course
Guidance Software, July 20, 2010 (80 hours)

* Mac Marshal 1.0 Training Program
Architecture Technology Corp, ATC-NY, June 15, 2010 (8 hours)

* P2P Marshal 2.1 Training Program
Architecture Technology Corp, ATC-NY, June 14, 2010 (8 hours)

* Preliminary / Basic Computer Evidence Recovery Training (P/BCERT 705)
Department of Homeland Security, ICE, C3 and Training Academy, September 26, 2007 (6 weeks)

* AccessData BootCamp
AccessData, September 14, 2007 (21 hours)

* Computer Forensics with Forensic Recovery of Evidence Device
Digital Intelligence, September 11, 2007 (16 hours)

* EnCase Computer Forensics I Course
Guidance Software, September 4, 2007 (32 hours)


EMPLOYMENT

Special Agent since September, 1998 (Homeland Security Investigations, its prior legacy agencies and the Department of Transportation, Office of Inspector General).


EDUCATION

University of California, Hastings College of the Law
JD, 1994

University of California, Davis
BA, 1991


ASSOCIATIONS / MEMBERSHIPS

State Bar of California
172611 (inactive), December, 1994

International Association of Computer Investigative Specialists (IACIS), May 13, 2011