1  MELINDA HAAG (CABN 132612)
   United States Attorney

2
3  J. DOUGLAS WILSON (DCBN 412811)
   Chief, Criminal Division

4  HARTLEY M.K. WEST (CABN 191609)
   WADE M. RHYNE (CABN 216799)
5  Assistant United States Attorneys

6      1301 Clay Street, Suite 340S
       Oakland, California 94612
7      Telephone: (510) 637-3680
       FAX: (510) 637-3724
8      hartley.west@usdoj.gov
       wade.rhyne@usdoj.gov
9
   Attorneys for United States of America
10

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13                    OAKLAND DIVISION

14

15  UNITED STATES OF AMERICA,          )   CASE NO. CR-11-00288 SBA
                                       )
16          Plaintiff,                 )   **UNITED STATES' TRIAL WITNESS LIST**
                                       )
17      v.                             )   Date: September 30, 2013
                                       )   Time: 8:30 a.m.
18  SUSAN XIAO-PING SU,                )   Judge: Hon. Saundra B. Armstrong
                                       )
19          Defendant.                 )
    _____)
20

21          Plaintiff United States of America hereby gives notice that the government may call the

22  following witnesses while presenting evidence during its case-in-chief.   The United States respectfully

23  reserves its right to modify or supplement this list of witnesses as it continues to prepare for trial.  A

24  brief summary of the expected testimony of the witnesses follows.

25          A.    __Tri-Valley University "Employee" Witnesses:__

26          __Vishal Dasa__ – Mr. Dasa will testify about his employment at Tri-Valley University (TVU) and

27  how he created fraudulent I-20s and other fraudulent documents at Defendant's direction.  He will also

28  testify how Defendant harbored him as an illegal alien and about the fraudulent operations of TVU.  Mr.

1  Dasa will also testify about his cooperation with the Department of Homeland Security (DHS)

2  Homeland Security Investigations (HSI).

3      Anji Dirisanala – Mr. Dirisanala will testify about his employment at TVU and how he created

4  fraudulent I-20s and other fraudulent documents at Defendant's direction.  He will also testify how

5  Defendant harbored him as an illegal alien and about the fraudulent operations of TVU.  Mr. Dirisanala

6  will also testify about his cooperation with HSI during multiple recorded encounters inside TVU's

7  office.

8      Tushar Tambe – Mr. Tambe will testify about his employment at TVU and how he created

9  fraudulent I-20s and other fraudulent documents at Defendant's direction.  He will also testify how

10  Defendant harbored him as an illegal alien and about the fraudulent operations of TVU.  Mr. Tambe will

11  also testify about his cooperation with HSI.

12      Ramakrishina Karra – Mr. Karra will testify about his relationship with TVU and Defendant.

13  More specifically, he will testify that he was a recruiter for TVU and that Defendant paid him referral

14  fees for his services.

15      Parth Patel – Mr. Patel will testify that he worked in the TVU office for Defendant, and that

16  Defendant instructed him and others to access SEVIS to input false information and to create fraudulent

17  transcripts.

18      Naveen Kumar Kundar – Mr. Kundar will testify that he worked in the TVU office for

19  Defendant, and that Defendant instructed him and others to create false transcripts.

20      Latha Chathri – Ms. Chatri will testify that she worked in the TVU office for Defendant, that

21  Defendant instructed her to access SEVIS to input false information, and that she confronted Defendant

22  about the illegality of accessing SEVIS.

23      Sophie Su – Ms. Su will testify that she is Defendant's sister and that she was never formally

24  employed at TVU, that Defendant fraudulently used Ms. Su's name as a TVU Designated School

25  Official (DSO), and that Ms. Su signed some TVU forms at Defendant's request and later requested that

26  Defendant remove Ms. Su's name from TVU's materials, among other things.

27      Wenchao "Vince" Wang – Mr. Wang will testify that he is Sophie Su's husband and that he was

28

2

UNITED STATES' TRIAL WITNESS LIST
NO. CR-11-00288 SBA

never formally employed at TVU, that Defendant fraudulently used Mr. Wang's name as a TVU DSO, and that he signed some TVU forms at Defendant's request and later requested that Defendant remove his name from TVU's materials, among other things.

Renu Philip – Ms. Philip will testify that she worked as a TVU DSO, that Su issued Ms. Philip's SEVIS password to other TVU employees without Philip's authorization, and that Philip quit because she did not approve the way Su was operating TVU.

Prasad Aluru – Mr. Aluru will testify that he and Defendant agreed to fabricate transcripts and a TVU diploma so that he could enroll at TVU as a Ph.D. student and be listed as a teacher at TVU.

Guarav Bhatia – Mr. Bhatia will testify that while enrolling in TVU, Defendant signed him up for classes and then asked him to teach one of those classes.  Defendant told him that she would charge him a reduced tuition rate and stated, "Don't worry.  You can teach."  Defendant told him to always give passing grades.

Bhargav Boinpally – Mr. Boinpally will testify that he was a recruiter for TVU and that Defendant paid him referral fees for his services.

Hamat Can Gencer – Mr. Gencer will testify that he was a teacher at TVU, that he taught some classes, and that Defendant instructed him not to fail any non-participating students.

**B.      Tri-Valley University "Student" Witnesses:**

Rebecca David – Ms. David will testify about how she enrolled in a Christian Studies program at TVU only to learn that no such classes were taught at TVU.

Bhanu Challagundla – Ms. Challagundla will testify that she enrolled at TVU, that she discovered that TVU was not a legitimate school and tried to transfer, and that Defendant told her that she could not transfer.  Ms. Challagundla will also testify in support of Count Three.

Kalpana Challa – Ms. Challa will testify that she enrolled at TVU, that she enrolled in classes, that those classes were each taught by the same student-professor, that she received straight A grades for her classes despite the fact that she did not complete assignments, that Defendant stated that TVU was having technical problems with its online classes and would eventually hold physical classes.

Vandana Virmani – Ms. Virmani will testify that she enrolled in TVU, that she never attended

UNITED STATES' TRIAL WITNESS LIST
NO. CR-11-00288 SBA

1  classes because they were not held or cancelled, that she received all A grades for classes, that she

2  believed TVU was a sham school, and that she unsuccessfully sought a refund.

3      <u>Adarshynam Vontivalo</u> – Mr. Vontivalo will testify that he enrolled in TVU, that he never

4  attended any classes, and that he tried to get a tuition refund but was told by a TVU employee that he

5  needed to complete two semesters before he could leave TVU.

6      <u>Santosh Sabu Ignatius</u> – Mr. Ignatius will testify that he enrolled in TVU, that Defendant told

7  him TVU did not offer physical classes, and that Defendant threatened to terminate him in SEVIS if he

8  did not pay tuition or tried to transfer from TVU.

9      <u>Susanna Daniel Varghese</u> – Ms. Varghese will testify to the same events as Mr. Ignatius.

10      <u>Vijay Amruth Chepuri</u> – Mr. Chepuri will testify that he enrolled in TVU believing it to be a

11  legitimate school, that he made attempts to transfer from TVU when he discovered it was a sham, and

12  that Defendant told him he needed to pay additional "tuition" before she would allow him to transfer.

13      <u>Abdul Bari Syed</u> – Mr. Syed will testify that he enrolled in TVU through Vishal Dasa, that Dasa

14  told him physical classes would start soon, that he could not access the TVU website to take his classes,

15  and that when he tried to transfer from TVU, the staff told him he needed to pay more tuition first.

16      <u>Reveesh Jangiti</u> – Mr. Jangiti will testify that he enrolled in TVU, that Defendant and Dasa both

17  promised him physical classes in the future, that he did not attend physical or online classes, that TVU's

18  online classes had "technical difficulties," and that he received all A grades for his classes.

19      <u>Vinay Kumar Baluguri</u> – Mr. Baluguri will testify that he enrolled at TVU, that he tried to

20  transfer, and that Defendant told him that "transfers take time" and he "needed to pay more money

21  before he could transfer."

22      <u>Sudarshan Jaya Rao Mamiduri</u> – Mr. Mamiduri will testify that he enrolled in TVU, that

23  Defendant told him TVU would eventually have physical classes, that when he inquired about physical

24  classes Defendant told him to "come back later...I'm busy," and that Defendant kicked him out of her

25  office.

26      <u>Kabin Karki</u> – Mr. Karki will testify that he enrolled in TVU, that he made an effort to log into

27  his online classes but could not do so, that he received passing grades for classes he was not taking, that

28

UNITED STATES' TRIAL WITNESS LIST
NO. CR-11-00288 SBA

1   he ultimately quit trying to participate in classes, and that he continued to get passing grades.

2        Rajitha Kasula – Mr. Kasula will testify that she enrolled in TVU, and that his classes were

3   online, self-paced, and without professors.  She will state that the classes had no assignments or

4   attendance requirements, and that when she attempted to transfer from TVU Defendant told him she

5   needed to pay for two full semesters before he could do so.

6        Syed Masood Ahmed – Mr. Ahmed will testify that he enrolled in TVU, that Defendant

7   promised TVU would have physical classes, that despite not attending online classes he received A

8   grades, and that Defendant told him he would need to pay additional tuition to transfer.

9        Shivkumar Baburao Vendra – Ms. Vendra will testify that she enrolled in TVU, that Defendant

10  stated that TVU would have physical classes, that when physical classes never began she sought to

11  transfer, and that Defendant told her that she would need to pay additional tuition to transfer.

12       Hari Parvathaneni – Mr. Parathanei will testify that he enrolled in TVU, that he never attended

13  classes, and that he got passing grades nevertheless.  When he attempted to transfer out of TVU,

14  Defendant told him that he would have to pay for two additional semesters of tuition.

15       Alexander Avinash – Mr. Avinash will testify that he saw TVU employees accessing SEVIS and

16  creating I-20s.  Mr. Avinash enrolled in TVU and did not attend classes.

17       Shane Clayburn – Mr. Clayburn will testify that he enrolled in TVU after Defendant told him

18  that he could take all of his classes online while living in Chicago.  He will state that during his first

19  semester he was able to access two of three classes yet got A grades in all three, that during his second

20  semester he was unable to login to his classes and sought a transfer.  Defendant told him that he could

21  not.

22       Harsha Parvataneni – Mr. Parvataneni will testify that the TVU recruiter told him that he would

23  not be required to attend classes at TVU and that TVU would grant him a work authorization.  Mr.

24  Parvataneni received A grades for classes he did not attend, and when he sought to transfer out of TVU

25  Defendant told him that he could not.

26       Tulasi Papeneni – Mr. Papeneni will testify that he received A grades for classes he did not

27  attend, that he saw Defendant forge signatures on Form I-20s, and that Defendant refused to allow him

28

UNITED STATES' TRIAL WITNESS LIST
NO. CR-11-00288 SBA

to transfer from TVU.

Rizwan Uddin Mohammed – Mr. Mohammed will testify that he enrolled at TVU as a graduate student, that he enrolled in three classes but could only access one, and that he never took any classes from Defendant.

### C.    Law Enforcement Witnesses:

Special Agent Jason Mackey – HSI SA Mackey will testify about his investigation in this case with an emphasis on his January 19, 2011 interview of Defendant.

Special Agent Dale Taylor – HSI SA Taylor will testify about his investigation in this case with an emphasis on his January 19, 2011 interview of Defendant.

Special Agent Dylan Critten – HSI SA Critten will testify about his investigation in this case with an emphasis on January 7, 2011, when Defendant provided him with fraudulent I-20s and supporting documents.

Special Agent David Ramirez – HSI SA Ramirez will testify about his investigation in the case with an emphasis on a recorded phone call he made to Defendant on January 7, 2011.

Special Agent Rajeev Bhatia – HSI SA Bhatia will testify about his investigation in the case with an emphasis on his participation in a September 7, 2010 undercover operation.

Special Agent Christopher Purfeerst – HSI SA Purfeerst will testify about his role as the evidence custodian during the search warrant at TVU.

Special Agent Diana Alvarez – HSI SA Alvarez will testify about her role as the evidence custodian during the search warrant at Defendant's Germano Way residence.

Special Agent Daniel Mills – HSI SA Mills will testify about his role as the evidence custodian during the search warrant at Defendant's Victoria Ridge residence.

Special Agent Brian Jang – HSI SA Jang will testify about his role in the seizure of the bank accounts and real property assets.

Coy Wells – Mr. Wells, a subcontractor with DHS, will testify that he conducted the on-site visit of TVU in October 2008.

Other Special Agents – The United States may call additional agents for purposes of

6

UNITED STATES' TRIAL WITNESS LIST
NO. CR-11-00288 SBA

impeachment of other witnesses with prior inconsistent statements.

**D.      I-17 Witnesses/Articulation Agreement Witnesses:**

Shy Sheng Liou – Mr. Liou will testify that he was a former professor at San Francisco State University (SFSU), that Defendant used to work for him at SFSU, that Defendant contacted him in 2008 about starting a school, and that he did not sign the Articulation Agreement that purports to bear his signature.

Xaio Gang Su (a/k/a "Sean Su") – Mr. Su will testify that he is Defendant's brother and was a student advisor in the Department of Statistics and Actuarial Science at the University of Central Florida.  He will testify that he did not have authorization to sign the Articulation Agreement but that he did so because Defendant stated that she would disown him if he did not sign it.  He will also state that Defendant falsely told him that she did not use the Articulation Agreement.

Gail Evans, Ph.D. – Dr. Evans is the Dean of Undergraduate Studies at SFSU.  She will testify that no articulation agreements exist between the SFSU and any California nonpublic unaccredited schools, including TVU.

David Nickerson, Ph.D. – Dr. Nickerson is a Professor and Chair of the Department of Statistics for the University of Central Florida (UCF).  He will testify that no articulation agreements exist between the UCF and TVU, and that Xaio Gang Su had no authorization to sign any articulation agreements on behalf of UCF.

A. Allen Miller, Ph.D. – Dr. Miller will testify that approximately five years ago Defendant approached him about teaching at a school she was starting.  Dr. Miller said he would consider a teaching position but that he never accepted a position, agreed to teach, or agreed to have his name or credentials on TVU's website.

Gary G. Fan, Ph.D. – Dr. Fan will testify that approximately five years ago, Defendant approached him about teaching at a school she was starting.  Dr. Fan declined Defendant's offer, never agreed to teach, and never agreed to have his name or credentials on TVU's website.

Qi Jin, Ph.D. – Dr. Jin will testify that she does not know Defendant, that she had never heard of TVU, and that she never agreed to have her name or credentials on TVU's website.

UNITED STATES' TRIAL WITNESS LIST
NO. CR-11-00288 SBA

1    <u>Nik Tehrani</u> – Mr. Tehrani will testify that, although he had never accepted any teaching position

2    at TVU, he began receiving emails from purported TVU students requesting assistance in logging into

3    Mr. Tehrani's class. Mr. Tehrani confirmed that his name was on TVU's website, sent emails to

4    Defendant asking her to take him off the website, and later sent a similar letter from his attorney.

5    <u>Hao Luo</u> – Mr. Luo will testify that approximately five years ago, Defendant approached him

6    about teaching at a school she was starting but that he never agreed to do so.

7    <u>Amy Ming Tang Guo</u> – Ms. Guo will testify that approximately five years ago, Defendant

8    approached her about teaching at a school she was starting but that he never agreed to do so. Ms. Guo

9    was "shocked" to find out her name was on TVU's website.

10    <u>Mark Angel</u> – Mr. Angel will testify that he previously discussed a teaching position at TVU

11    with Defendant, but that he declined the offer after touring the school and reviewing the offer. He later

12    learned that Defendant had used his name on the TVU website. He called Defendant and demanded his

13    name be removed.

14    **E.    Expert Witnesses:**

15    <u>Carolyn Bayer-Broring</u> – Ms. Baker-Broring will testify in accordance with the United States'

16    Notice of Expert Witness Testimony.

17    <u>Jason Kanno</u> – Mr. Kanno will testify in accordance with the United States' Notice of Expert

18    Witness Testimony.

19    <u>Special Agent William Elliot</u> – SA William R. Elliott, of the U.S. Department of State, will

20    testify in accordance with the United States' Notice of Expert Witness Testimony.

21    <u>Michael Brown</u> – Mr. Brown, a Computer Forensic Analyst with HSI, will testify in accordance

22    with the United States' Notice of Expert Witness Testimony.

23    ///

24    ///

25    ///

26    ///

27    ///

28

8

UNITED STATES' TRIAL WITNESS LIST
NO. CR-11-00288 SBA

F.     **Records Custodians:**

Absent stipulations to the foundations of documentary evidence or the admission of the documents pursuant to Fed. R. of Evid. 902, the government will offer evidence through the testimony of the custodians of records from the following businesses and public agencies: United States District Court for the Northern District of California, DHS, SEVIS, SEVP, Wells Fargo Bank, PayPal, Host Monster (email server location), G-mail, Comcast, Citibank, Total Merchant Services, Global Payments Inc., American Express, Chicago Title, LSI Title, Old Republic Title, Placer Title, Fidelity National Title, Mercedes Benz of Pleasanton, Prominent Escrow, California Employment Development Division, Equity Residential (Arbor Terrace Apartments), Alameda County, the Secretary of State for the State of California, the Federal Deposit Insurance Corporation (FDIC), and U.C. Berkeley.


DATED: August 14, 2013                                  Respectfully submitted,

                                                        MELINDA HAAG
                                                        United States Attorney


                                                        _____/s/_____
                                                        WADE M. RHYNE
                                                        HARTLEY M.K. WEST
                                                        Assistant United States Attorneys

UNITED STATES' TRIAL WITNESS LIST
NO. CR-11-00288 SBA