MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

HARTLEY M.K. WEST (CABN 191609)
WADE M. RHYNE (CABN 216799)
Assistant United States Attorneys

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    hartley.west@usdoj.gov
    wade.rhyne@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO. CR-11-00288 SBA |
|---|---|---|
| Plaintiff, | ) | **UNITED STATES' PROPOSED FORM OF VERDICT** |
| v. | ) | |
| SUSAN XIAO-PING SU, | ) | Trial Date: September 30, 2013 |
| Defendant. | ) | Time: 8:30 a.m. |
| | ) | Judge: Hon. Saundra B. Armstrong |

COUNT ONE:    (18 U.S.C. §§ 1343 & 2 – Wire Fraud; Aiding and Abetting)

    WE, THE JURY, find defendant SUSAN XIAO-PING SU in the above-entitled case

_____ of wire fraud as charged in Count One.
Guilty/Not Guilty

///

///

///

UNITED STATES' PROPOSED FORM OF VERDICT
NO. CR-11-00288-SBA

COUNT TWO:        (18 U.S.C. §§ 1343 & 2 – Wire Fraud; Aiding and Abetting)

WE, THE JURY, find defendant SUSAN XIAO-PING SU in the above-entitled case _____ of wire fraud as charged in Count Two.
    Guilty/Not Guilty

COUNT THREE:     (18 U.S.C. §§ 1343 & 2 – Wire Fraud; Aiding and Abetting)

WE, THE JURY, find defendant SUSAN XIAO-PING SU in the above-entitled case _____ of wire fraud as charged in Count Three.
    Guilty/Not Guilty

COUNT FOUR:      (18 U.S.C. §§ 1343 & 2 – Wire Fraud; Aiding and Abetting)

WE, THE JURY, find defendant SUSAN XIAO-PING SU in the above-entitled case _____ of wire fraud as charged in Count Four.
    Guilty/Not Guilty

COUNT FIVE:       (18 U.S.C. §§ 1343 & 2 – Wire Fraud; Aiding and Abetting)

WE, THE JURY, find defendant SUSAN XIAO-PING SU in the above-entitled case _____ of wire fraud as charged in Count Five.
    Guilty/Not Guilty

COUNT SIX:         (18 U.S.C. §§ 1343 & 2 – Wire Fraud; Aiding and Abetting)

WE, THE JURY, find defendant SUSAN XIAO-PING SU in the above-entitled case _____ of wire fraud as charged in Count Six.
    Guilty/Not Guilty

COUNT SEVEN:    (18 U.S.C. §§ 1343 & 2 – Wire Fraud; Aiding and Abetting)

WE, THE JURY, find defendant SUSAN XIAO-PING SU in the above-entitled case _____ of wire fraud as charged in Count Seven.
    Guilty/Not Guilty

UNITED STATES' PROPOSED FORM OF VERDICT
NO. CR-11-00288-SBA

**COUNT EIGHT:** (18 U.S.C. §§ 1343 & 2 – Wire Fraud; Aiding and Abetting)

WE, THE JURY, find defendant SUSAN XIAO-PING SU in the above-entitled case

_____ of wire fraud as charged in Count Eight.
   Guilty/Not Guilty

**COUNT NINE:** (18 U.S.C. §§ 1343 & 2 – Wire Fraud; Aiding and Abetting)

WE, THE JURY, find defendant SUSAN XIAO-PING SU in the above-entitled case

_____ of wire fraud as charged in Count Nine.
   Guilty/Not Guilty

**COUNT TEN:** (18 U.S.C. §§ 1343 & 2 – Wire Fraud; Aiding and Abetting)

WE, THE JURY, find defendant SUSAN XIAO-PING SU in the above-entitled case

_____ of wire fraud as charged in Count Ten.
   Guilty/Not Guilty

**COUNT ELEVEN:** (18 U.S.C. §§ 1343 & 2 – Wire Fraud; Aiding and Abetting)

WE, THE JURY, find defendant SUSAN XIAO-PING SU in the above-entitled case

_____ of wire fraud as charged in Count Eleven.
   Guilty/Not Guilty

**COUNT TWELVE:** (18 U.S.C. §§ 1343 & 2 – Wire Fraud; Aiding and Abetting)

WE, THE JURY, find defendant SUSAN XIAO-PING SU in the above-entitled case

_____ of wire fraud as charged in Count Twelve.
   Guilty/Not Guilty

/ / /

/ / /

/ / /

/ / /

COUNT THIRTEEN:          (18 U.S.C. §§ 1341 & 2 – Mail Fraud; Aiding and Abetting)

  WE, THE JURY, find defendant SUSAN XIAO-PING SU in the above-entitled case

_____ of mail fraud as charged in Count Thirteen.
 Guilty/Not Guilty

COUNT FOURTEEN:          (18 U.S.C. §§ 1341 & 2 – Mail Fraud; Aiding and Abetting)

  WE, THE JURY, find defendant SUSAN XIAO-PING SU in the above-entitled case

_____ of mail fraud as charged in Count Fourteen.
 Guilty/Not Guilty

COUNT FIFTEEN:     (18 U.S.C. § 371 – Conspiracy to Commit Visa Fraud)

  WE, THE JURY, find defendant SUSAN XIAO-PING SU in the above-entitled case

_____ of conspiracy to commit visa fraud as charged in Count Fifteen.
 Guilty/Not Guilty

COUNT SIXTEEN:     (18 U.S.C. §§ 1546(a) & 2 – Visa Fraud; Aiding and Abetting)

  WE, THE JURY, find defendant SUSAN XIAO-PING SU in the above-entitled case

_____ of visa fraud as charged in Count Sixteen.
 Guilty/Not Guilty

COUNT SEVENTEEN:          (18 U.S.C. §§ 1546(a) & 2 – Visa Fraud; Aiding and Abetting)

  WE, THE JURY, find defendant SUSAN XIAO-PING SU in the above-entitled case

_____ of visa fraud as charged in Count Seventeen.
 Guilty/Not Guilty

/ / /

/ / /

/ / /

COUNT EIGHTEEN:         (18 U.S.C. §§ 1546(a) & 2 – Visa Fraud; Aiding and Abetting)

WE, THE JURY, find defendant SUSAN XIAO-PING SU in the above-entitled case

_____ of visa fraud as charged in Count Eighteen.
    Guilty/Not Guilty

COUNT NINETEEN:         (18 U.S.C. §§ 1546(a) & 2 – Visa Fraud; Aiding and Abetting)

WE, THE JURY, find defendant SUSAN XIAO-PING SU in the above-entitled case

_____ of visa fraud as charged in Count Nineteen.
    Guilty/Not Guilty

COUNT TWENTY:   (18 U.S.C. §§ 1001(a)(3) & 2 – Use of False Document; Aiding and Abetting)

WE, THE JURY, find defendant SUSAN XIAO-PING SU in the above-entitled case

_____ of use of a false document as charged in Count Twenty.
    Guilty/Not Guilty

COUNT TWENTY-ONE:       (18 U.S.C. §§ 1001(a)(2) & 2 – False Statements to a Government Agency; Aiding and Abetting)

WE, THE JURY, find defendant SUSAN XIAO-PING SU in the above-entitled case

_____ of false statement to a government agency as charged in Count Twenty-One.
    Guilty/Not Guilty

COUNT TWENTY-TWO:       (8 U.S.C. § 1324(a)(1)(A)(iii), (a)(1)(A)(v)(II), (a)(1)(B)(i) – Alien Harboring)

WE, THE JURY, find defendant SUSAN XIAO-PING SU in the above-entitled case

_____ of alien harboring as charged in Count Twenty-Two.
    Guilty/Not Guilty

/ / /

/ / /

/ / /

COUNT TWENTY-THREE: (8 U.S.C. § 1324(a)(1)(A)(iii), (a)(1)(A)(v)(II), (a)(1)(B)(i) – Alien Harboring)

WE, THE JURY, find defendant SUSAN XIAO-PING SU in the above-entitled case

_____ of alien harboring as charged in Count Twenty-Three.
   Guilty/Not Guilty

COUNT TWENTY-FOUR:   (8 U.S.C. § 1324(a)(1)(A)(iii), (a)(1)(A)(v)(II), (a)(1)(B)(i) – Alien Harboring)

WE, THE JURY, find defendant SUSAN XIAO-PING SU in the above-entitled case

_____ of alien harboring as charged in Count Twenty-Four.
   Guilty/Not Guilty

COUNT TWENTY-FIVE:   (18 U.S.C. §§ 1030(a)(3) & 2 – Unauthorized Access of a Government Computer; Aiding and Abetting)

WE, THE JURY, find defendant SUSAN XIAO-PING SU in the above-entitled case

_____ of unauthorized access of a government computer as charged in
   Guilty/Not Guilty

Count Twenty-Five.

COUNT TWENTY-SIX:    (18 U.S.C. §§ 1957(a) & 2 – Money Laundering; Aiding and Abetting)

WE, THE JURY, find defendant SUSAN XIAO-PING SU in the above-entitled case

_____ of money laundering as charged in Count Twenty-Six.
   Guilty/Not Guilty

COUNT TWENTY-SEVEN: (18 U.S.C. §§ 1957(a) & 2 – Money Laundering; Aiding and Abetting)

WE, THE JURY, find defendant SUSAN XIAO-PING SU in the above-entitled case

_____ of money laundering as charged in Count Twenty-Seven.
   Guilty/Not Guilty

/ / /

/ / /

COUNT TWENTY-EIGHT:  (18 U.S.C. §§ 1957(a) & 2 – Money Laundering; Aiding and Abetting)

WE, THE JURY, find defendant SUSAN XIAO-PING SU in the above-entitled case

_____ of money laundering as charged in Count Twenty-Eight.
    Guilty/Not Guilty

COUNT TWENTY-NINE:   (18 U.S.C. §§ 1957(a) & 2 – Money Laundering; Aiding and Abetting)

WE, THE JURY, find defendant SUSAN XIAO-PING SU in the above-entitled case

_____ of money laundering as charged in Count Twenty-Nine.
    Guilty/Not Guilty

COUNT THIRTY:    (18 U.S.C. §§ 1957(a) & 2 – Money Laundering; Aiding and Abetting)

WE, THE JURY, find defendant SUSAN XIAO-PING SU in the above-entitled case

_____ of money laundering as charged in Count Thirty.
    Guilty/Not Guilty

COUNT THIRTY-ONE:     (18 U.S.C. §§ 1957(a) & 2 – Money Laundering; Aiding and Abetting)

WE, THE JURY, find defendant SUSAN XIAO-PING SU in the above-entitled case

_____ of money laundering as charged in Count Thirty-One.
    Guilty/Not Guilty

COUNT THIRTY-TWO:     (18 U.S.C. §§ 1957(a) & 2 – Money Laundering; Aiding and Abetting)

WE, THE JURY, find defendant SUSAN XIAO-PING SU in the above-entitled case

_____ of money laundering as charged in Count Thirty-Two.
    Guilty/Not Guilty

/ / /

/ / /

/ / /

/ / /

COUNT THIRTY-THREE: (18 U.S.C. §§ 1957(a) & 2 – Money Laundering; Aiding and Abetting)

WE, THE JURY, find defendant SUSAN XIAO-PING SU in the above-entitled case

_____ of money laundering as charged in Count Thirty-Three.
   Guilty/Not Guilty

COUNT THIRTY-FOUR: (18 U.S.C. §§ 1957(a) & 2 – Money Laundering; Aiding and Abetting)

WE, THE JURY, find defendant SUSAN XIAO-PING SU in the above-entitled case

_____ of money laundering as charged in Count Thirty-Four.
   Guilty/Not Guilty

COUNT THIRTY-FIVE: (18 U.S.C. §§ 1957(a) & 2 – Money Laundering; Aiding and Abetting)

WE, THE JURY, find defendant SUSAN XIAO-PING SU in the above-entitled case

_____ of money laundering as charged in Count Thirty-Five.
   Guilty/Not Guilty

DATED: _____    _____
                                                                                       FOREPERSON