1    MELINDA HAAG (CABN 132612)
    United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3    Chief, Criminal Division

4    HARTLEY M.K. WEST (CABN 191609)
    WADE M. RHYNE (CABN 216799)
5    Assistant United States Attorneys

6     1301 Clay Street, Suite 340S
     Oakland, CA 94612
7     Telephone: (510) 637-3680
     Fax: (510) 637-3724
8     E-Mail:     hartley.west@usdoj.gov
             wade.rhyne@usdoj.gov
9
   Attorneys for Plaintiff
10

                UNITED STATES DISTRICT COURT
11
             NORTHERN DISTRICT OF CALIFORNIA
12
                   OAKLAND DIVISION
13

14    UNITED STATES OF AMERICA,      )    No. CR-11-00288 SBA
                              )
15        Plaintiff,            )    **UNITED STATES' TRIAL EXHIBIT**
                              )    **LIST**
16     v.                       )
                              )
17    SUSAN XIAO-PING SU,         )    Trial Date:    September 30, 2013
                              )    Time:         8:30 a.m.
18        Defendant.         )    Judge:       Hon. Saundra B. Armstrong
    ——————————————————————— )
19

20        The United States provides a list of previously produced exhibits that it intends to offer at

21    trial in the above-entitled case.  The United States respectfully reserves its right to modify or

22    supplement this list as it continues to prepare for the trial.

23

24    DATED: August 14, 2013            Respectfully submitted,

25                                  MELINDA HAAG
                                 United States Attorney
26

27                                    /s/
                          ————————————————
28                                  WADE M. RHYNE
                                 HARTLEY M.K. WEST
                                 Assistant United States Attorneys

# UNITED STATES DISTRICT COURT
## for the Northern District of California

Case No.:  CR-11-0288-SBA                    Date:  September 30, 2013

### UNITED STATES OF AMERICA  vs.  SUSAN XIAO-PING SU

### EXHIBIT LIST

(X)  PLAINTIFF                                        ( ) DEFENDANT

| Exh. No. | DESCRIPTION | SPONSORING WITNESS | DATE Marked | DATE Admitted |
|---|---|---|---|---|
| | **SEVIS/SEVP PUBLIC/BUSINESS RECORDS:** | | | |
| | **Form I-17 Related Records:** (Counts One, Thirteen and/or Fourteen) | | | |
| 1 | Cover Sheet and Form I-17 Petition for Approval of School for Attendance by Nonimmigrant Student (with accompanying documents), 9/15/08 (signed on 10/14/08; stamped received on 10/15/08) | Self Authenticating/ SEVIS or SEVP Custodian/ Coy Wells | | |
| 2 | Email from SEVIS (sysadmin.sevis@dhs.gov) to Su (ssu@trivalleyuniversity.edu), 12/10/08, Subject: Request For Evidence (SEVIS requesting corrections to TVU's Form I-17 and re-submission with additional evidence) | Self Authenticating/ SEVIS or SEVP Custodian | | |
| 2a | SEVIS Request for Evidence Comments | Self Authenticating/ SEVIS or SEVP Custodian | | |
| 3 | Corrected Form I-17, Petition for Approval of School for Attendance by Nonimmigrant Student (with cover letter and accompanying documents, including DSO Certification), 12/23/08 (signed on 12/11/08; stamped received on 12/23/08) | Self Authenticating/ SEVIS or SEVP Custodian | | |
| 4 | Letter from Su to SEVP with Three Articulation Agreements ISO Form I-17, dated 2/10/09, received 2/13/09 | Self Authenticating/ SEVIS or SEVP Custodian | | |
| 5 | SEVIS Certification Site Visit Checklist 10/14/08 | Self Authenticating/ SEVIS or SEVP Custodian/ Coy Wells | | |
| 6 | SEVIS Business Records: Event History Screenshot for Tri-Valley University, SEVP Adjudicator Worksheet, I-17 Tracking Sheet, and SEVIS I-17 Certification Summary | Self Authenticating/ SEVIS Custodian | | |
| 7 | Selected SEVP Documents Shown to Su During 1/19/11 Interview with HSI Agents (Form I-17, Articulation Agreements, Teacher List, TVU Financials, and Attendance) | SA Mackey/ SA Taylor | | |

# UNITED STATES DISTRICT COURT
## for the Northern District of California

Case No.:  CR-11-0288-SBA                    Date:  September 30, 2013

UNITED STATES OF AMERICA  vs.  SUSAN XIAO-PING SU

EXHIBIT LIST

(X)  PLAINTIFF                                        ( ) DEFENDANT

| Exh. No. | DESCRIPTION | SPONSORING WITNESS | DATE Marked | DATE Admitted |
|---|---|---|---|---|
| 8 | DHS Forensic Document Laboratory Report, 4/27/11 by Carolyn Bayer-Broring (with attachments) | Bayer-Broring | | |
| 9 | DHS Forensic Document Laboratory Report by Carolyn Bayer-Broring (with attachments) -- Supplemental Report **-- To Be Produced** | Bayer-Broring | | |
| | | | | |
| | **SEVIS ENTRIES/TVU RECORDS FOR STUDENTS IN SUBSTANTIVE COUNTS:** | | | |
| | **SEVIS Entries/TVU Records for B.C.:** (Count Three) | | | |
| 10 | SEVIS "Initial Screen Shot Record" for B.C. | Self Authenticating/ SEVIS Custodian/ | | |
| 11 | SEVIS "Event History Screen Shot Record," for B.C. | Self Authenticating/ SEVIS Custodian/ | | |
| 12 | "Initial" Form I-20, Certificate of Eligibility for Nonimmigrant (F-1) Student Status, for B.C., 1/10/10 (signed by DSO) | SA Taylor/B.C. | | |
| 13 | "Active" Form I-20, Certificate of Eligibility for Nonimmigrant (F-1) Student Status, for B.C., 5/21/10 | SA Taylor/B.C. | | |
| 14 | "Active" Form I-20, Certificate of Eligibility for Nonimmigrant (F-1) Student Status, for B.C., 12/28/2010 | SA Taylor/B.C. | | |
| 15 | TVU Class Receipt for B.C. for $2,365, 5/21/10, with FTK Screenshot (found on TVU computer during search warrant) | SA Brown/ SA Mackey/B.C. | | |
| 16 | TVU Credit Card Receipt for $1,000 with Credit Card Invoice, 9/7/10 (found at TVU during search warrant) | SA Mackey SA Purfeerst/B.C. | | |

# UNITED STATES DISTRICT COURT
## for the Northern District of California

Case No.: CR-11-0288-SBA              Date:  September 30, 2013

<u>UNITED STATES OF AMERICA</u>  vs.  <u>SUSAN XIAO-PING SU</u>

<u>EXHIBIT LIST</u>

(X)  PLAINTIFF                                        ( ) DEFENDANT

| Exh. No. | DESCRIPTION | SPONSORING WITNESS | DATE | |
|---|---|---|---|---|
| | | | Marked | Admitted |
| 17 | TVU Class Receipt for B.C. for $335, 9/7/10 (found on TVU's computers during search warrant) | SA Brown/ SA Mackey/B.C. | | |
| 18 | TVU Credit Card Receipt for $1,000 with TVU Credit Card Invoice, 12/28/10 (found at TVU during search warrant) | SA Mackey/ SA Purfeerst/ B.C. | | |
| 19 | TVU Transcripts for B.C., 8/29/10, with FTK Screenshot (found on TVU computer during search warrant) | SA Brown/ SA Mackey. | | |
| 20 | WITHDRAWN | SA Taylor/B.C. | | |
| 21 | TVU Online Account Access History for B.C. (showing that B.C. logged in for the first and last time on 4/20/10 with a 139 days of no logging in) (found on TVU computer during search warrant) | SA Brown/ SA Mackey | | |
| | **SEVIS Entries/TVU Records for K.C.:** (Count Four) | | | |
| 30 | SEVIS "Initial Screen Shot Record" for K.C. | Self Authenticating/ SEVIS Custodian/ | | |
| 31 | SEVIS "Event History Screen Shot Record" for K.C. | Self Authenticating/ SEVIS Custodian/ | | |
| 32 | "Active" Form I-20, Certificate of Eligibility for Nonimmigrant (F-1) Student Status, for K.C., 1/27/10 (signed by DSO) | SA Mackey/K.C. | | |
| 33 | "Active" Form I-20, Certificate of Eligibility for Nonimmigrant (F-1) Student Status, for K.C., 9/12/10 (signed by DSO) | SA Mackey/K.C. | | |
| 34 | "Active" Form I-20, Certificate of Eligibility for Nonimmigrant (F-1) Student Status, for K.C., 10/7/10 (signed by DSO) | SA Mackey/K.C. | | |
| 35 | TVU Class Receipt for K.C., 4/16/10 (given to SA Mackey by K.C.) | SA Mackey/K.C. | | |
| 36 | TVU Transcripts for K.C., 4/29/10 (given to SA Mackey by K.C.) | SA Mackey/K.C. | | |

−3−

# UNITED STATES DISTRICT COURT
for the Northern District of California

Case No.:  CR-11-0288-SBA                    Date:  September 30, 2013

UNITED STATES OF AMERICA  vs.  SUSAN XIAO-PING SU

EXHIBIT LIST

(X)  PLAINTIFF                              ( ) DEFENDANT

| Exh. No. | DESCRIPTION | SPONSORING WITNESS | DATE | |
|---|---|---|---|---|
| | | | Marked | Admitted |
| 37 | WITHDRAWN | | | |
| 38 | WITHDRAWN | | | |
| 39 | WITHDRAWN | | | |
| 40 | WITHDRAWN | | | |
| | **SEVIS Entries/TVU Records for S.A.:** (Count Five) | | | |
| 50 | SEVIS "Initial Screen Shot Record" for S.A. | Self Authenticating/ SEVIS Custodian | | |
| 51 | SEVIS "Event History Screen Shot Record" for S.A. | Self Authenticating/ SEVIS Custodian | | |
| 52 | WITHDRAWN | | | |
| 53 | WITHDRAWN | | | |
| 54 | TVU Transcripts for S.A., 8/29/10 (found on TVU computer during search warrant) | SA Purfeerst/ SA Mackey | | |
| | **SEVIS Entries/TVU Records for K.D.:** (Count Six) | | | |
| 60 | SEVIS "Initial Screen Shot Record" for K.D. | Self Authenticating/ SEVIS Custodian | | |
| 61 | SEVIS "Event History Screen Shot Record" for K.D. | Self Authenticating/ SEVIS Custodian | | |
| 62 | WITHDRAWN | | | |
| 63 | WITHDRAWN | | | |
| 64 | TVU Class Receipt for K.D., 7/28/10, with FTK Screenshot (found on TVU computer during search warrant) | SA Brown/ SA Mackey | | |
| 65 | TVU Transcripts for K.D., 8/29/10, with FTK Screenshot (found on TVU computer during search warrant) | SA Brown/ SA Mackey | | |

– 4 –

# UNITED STATES DISTRICT COURT
## for the Northern District of California

Case No.:  CR-11-0288-SBA                    Date:  September 30, 2013

<u>UNITED STATES OF AMERICA</u>  vs.  <u>SUSAN XIAO-PING SU</u>

<u>EXHIBIT LIST</u>

(X)  PLAINTIFF                                                    ( ) DEFENDANT

| Exh. No. | DESCRIPTION | SPONSORING WITNESS | DATE | |
|---|---|---|---|---|
| | | | Marked | Admitted |
| 66 | "Active" Form I-20 Certificate of Eligibility for Nonimmigrant (F-1) Student Status, for K.D., 9/24/10 (signed by Sophie Su) (found at TVU during search warrant) | SA Purfeerst/ SA Mackey | | |
| | **SEVIS Entries/TVU Records for M.R.:** (Count Seven) | | | |
| 70 | SEVIS "Initial Screen Shot Record" for M.R. | Self Authenticating/ SEVIS Custodian | | |
| 71 | SEVIS "Event History Screen Shot Record" for M.R. | Self Authenticating/ SEVIS Custodian | | |
| 72 | WITHDRAWN | | | |
| 73 | WITHDRAWN | | | |
| 74 | TVU Transcripts for M.R., Fall 2010, with FTK Screenshot (found on TVU computer during search warrant) | SA Brown/ SA Mackey | | |
| 75 | "Active" Form I-20 Certificate of Eligibility for Nonimmigrant (F-1) Student Status, for M.R., 8/31/10 (unsigned) (found at TVU during search warrant) | SA Mackey | | |
| | **SEVIS Entries/TVU Records for R.B.:** (Count Eight) | | | |
| 80 | SEVIS "Initial Screen Shot Record" for R.B. | Self Authenticating/ SEVIS Custodian | | |
| 81 | SEVIS "Event History Screen Shot Record" for R.B. | Self Authenticating/ SEVIS Custodian | | |
| 82 | WITHDRAWN | | | |
| 83 | WITHDRAWN | | | |
| 84 | TVU Letter of Admission for R.B., 9/7/10 (found at TVU during search warrant) | SA Mackey | | |

# UNITED STATES DISTRICT COURT
## for the Northern District of California

Case No.:  CR-11-0288-SBA                  Date:  September 30, 2013

<u>UNITED STATES OF AMERICA</u>  vs.  <u>SUSAN XIAO-PING SU</u>

<u>EXHIBIT LIST</u>

(X)  PLAINTIFF                                         ( ) DEFENDANT

| Exh. No. | DESCRIPTION | SPONSORING WITNESS | DATE Marked | DATE Admitted |
|---|---|---|---|---|
| 85 | TVU Transcripts for R.B., 12/29/10, with FTK Screenshot (found on TVU computer during search warrant) | SA Brown/ SA Mackey/ SA Bhatia | | |
| 86 | TVU Application for R.B., 9/7/10 (signed by undercover ICE agent posing as TVU applicant, R.B.) (found at TVU during search warrant) | SA Purfeerst/ SA Mackey/ SA Bhatia | | |
| 87 | TVU Attendance Sheet for R.B., Fall 2010 -- BA 300, with FTK Screenshot (found on TVU computer during search warrant) | SA Brown/ SA Mackey | | |
| 88 | TVU Attendance Sheet for R.B., Fall 2010 -- BA 353, with FTK Screenshot (found on TVU computer during search warrant) | SA Brown/ SA Mackey | | |
| 89 | TVU Enrollment Letter for R.B., 1/7/11, with FTK Screenshot (found on TVU computer during search warrant) | SA Brown/ SA Mackey | | |
| | | | | |
| | **ADDITIONAL RECORDS SEIZED FROM TVU OFFICES/COMPUTERS AND SU'S RESIDENCE:** | | | |
| 100 | TVU Website Screen Shots (Main Page) | SA Brown/ SA Mackey | | |
| 100a | TVU Website Screen Shot (Susan Su) | SA Brown/ SA Mackey | | |
| 100b | TVU Website Screen Shot (Course Catalogue) | SA Brown/ SA Mackey | | |
| 101 | Course Articulation Agreement with University of Central Florida, 5/1/08, with FTK Screenshot (signatures of Su and Xiao Gang Su) (found on TVU computer during search warrant) | SA Mackey/ SA Brown | | |

# UNITED STATES DISTRICT COURT
## for the Northern District of California

Case No.: CR-11-0288-SBA                    Date:  September 30, 2013

UNITED STATES OF AMERICA  vs.  SUSAN XIAO-PING SU

EXHIBIT LIST

(X)  PLAINTIFF                                    ( ) DEFENDANT

| Exh. No. | DESCRIPTION | SPONSORING WITNESS | DATE | |
|---|---|---|---|---|
| | | | Marked | Admitted |
| 101a | Articulation Agreement with University of Central Florida, 2/2/09, with FTK Screenshot (signatures of Su and Xiao Gang Su) (vertical version identical to that found in I-17 submission) (found on TVU computer during search warrant) | SA Mackey/ SA Brown | | |
| 101b | Articulation Agreement with University of Central Florida, 2/3/09, with FTK Screenshot (signatures of Su and Xiao Gang Su) (horizontal version of Exhibit 104) (found on TVU computer during search warrant) | SA Mackey/ SA Brown | | |
| 102 | Email from Shi-Shenq Liou (ssl@sfsu.edu) to Su (ssu@trivalleyuniversity), 6/11/08, Subject: From Susan, attaching Course Articulation Agreement with San Francisco State University, undated, (signature of Prof. Shi-Shenq Liou) (found on TVU computer during search warrant) | SA Mackey/ SA Brown | | |
| 102a | Articulation Agreement with San Francisco State University, 2/2/09, with FTK Screenshot (signatures of Su and  Prof. Shi-Shenq Liou) (vertical version identical to that found in I-17 submission) (found on TVU computer during search warrant) | SA Mackey/ SA Brown | | |
| 102b | Articulation Agreement with San Francisco State University, 2/2/09, with FTK Screenshot (signatures of Su and  Prof. Shi-Shenq Liou) (horizontal version of Exhibit 104) (found on TVU computer during search warrant) | SA Mackey/ SA Brown | | |
| 103 | Draft Copy of Form I-17, Petition for Approval of School for Attendance by Nonimmigrant Student (signed on 12/11/08), with FTK Screenshot (Count One) (found at TVU during search warrant) | SA Mackey/ SA Purfeerst | | |
| 104 | Draft Letter from Su to SEVP with Three Articulation Agreements ISO Form I-17, dated 2/10/09 (Count Fourteen) (found at TVU during search warrant) | SA Mackey/ SA Purfeerst | | |

– 7 –

# UNITED STATES DISTRICT COURT
## for the Northern District of California

Case No.:  CR-11-0288-SBA                    Date:  September 30, 2013

<u>UNITED STATES OF AMERICA</u>  vs.  <u>SUSAN XIAO-PING SU</u>

<u>EXHIBIT LIST</u>

(X)  PLAINTIFF                              ( ) DEFENDANT

| Exh. No. | DESCRIPTION | SPONSORING WITNESS | DATE Marked | DATE Admitted |
|---|---|---|---|---|
| 105 | Copy of a mailing envelope from Tri-Valley University to SEVP (found at TVU during search warrant) | SA Brown/ SA Mackey | | |
| 106 | SEVIS Pop-Up Warning Banner for U.S. Government Computer System as viewed by TVU's computers, with FTK Screenshot (Count Twenty-Five) | SEVIS Custodian/ SA Brown | | |
| 107 | SEVP Publication, "How to Prepare for a Site Visit", with FTK Screenshot (found on TVU computer during search warrant) | SA Brown | | |
| 108 | Letter from Su to SEVIS entitled "SEVIS Violation Report" wherein Su reports that another school is improperly refusing to allow F-1 students to transfer from the school to TVU, undated, with FTK Screenshot (found on TVU computer during search warrant) | SA Brown | | |
| 109 | CD-ROM of Credit Card Receipt Copies and Supporting Invoices compiled by SA Mackey (found at TVU during search warrant -- paper files and electronic files) (offered to substantiate financial analysis testimony) (can be printed upon request) | SA Purfeerst/ SA Mackey | | |
| 110 | "TVU -- Staff -- Manuel [sic]" (TVU staff guide on accessing and inputting records into SEVIS with instructions on how to respond to student inquiries), with FTK Screenshot (found on Su's TVU computer during search warrant) | SA Brown/ SA Mackey | | |
| 111 | DSO Training Manual from SEVP (found on TVU computer during search warrant) | SA Brown/ SA Mackey | | |
| 112 | IRS Form 2553 -- Election by a Small Business Corporation, 3/31/08 (signed by Su and Xiao-Gang "Eric" Su) (found at Germano Way during search warrant) | SA Purfeerst/ SA Mackey | | |

# UNITED STATES DISTRICT COURT
## for the Northern District of California

Case No.:  CR-11-0288-SBA                    Date:  September 30, 2013

UNITED STATES OF AMERICA  vs.  SUSAN XIAO-PING SU

EXHIBIT LIST

(X)  PLAINTIFF                              ( ) DEFENDANT

| Exh. No. | DESCRIPTION | SPONSORING WITNESS | DATE | |
|---|---|---|---|---|
| | | | Marked | Admitted |
| | **TVU Records for Other "Students":** | | | |
| 120 | TVU Transcripts and Bachelor's Degree for Sree Krishna Yarlagadda, with FTK Screenshot (found on TVU computer during search warrant) (discussed in Exhibit Nos. 312 and 313) (Counts Two and Fifteen) | SA Brown/ SA Mackey | | |
| 121 | TVU Transcripts (two sets) and Master's Degree for Vinod Kumar Konne, with FTK Screenshot (as discussed in Exhibit No. 314) (found on TVU computer during search warrant)(Counts Two and Fifteen) | SA Brown/ SA Mackey | | |
| 122 | TVU Transcripts for Boinpally, Samuel, Surineni for Summer 2009,with FTK Screenshot (as discussed in Exhibit No. 315) (found on TVU computer during search warrant) (Counts Two and Fifteen) | SA Brown/ SA Mackey/ Barghav Boinpally | | |
| 123 | TVU Transcripts and Master's Degree for Ram Reddy Tippani, with FTK Screenshot (as discussed in Exhibit No. 307) (found on TVU computer during search warrant) | SA Brown/ SA Mackey/ Barghav Boinpally | | |
| 124 | TVU Transcripts (Revised) for Ram Reddy Tippani  with FTK Screenshot (as discussed in Exhibit No. 308) (found on TVU computer during search warrant) | SA Brown/ SA Mackey/ Barghav Boinpally | | |
| 125 | WITHDRAWN | | | |
| 126 | TVU Transcripts showing passing grades for TVU students that had been previously been reported with F grades, with FTK Screenshot (as discussed in Exhibit No. 338) (found on TVU computer during search warrant) | SA Brown/ SA Mackey | | |
| | | | | |

# UNITED STATES DISTRICT COURT
## for the Northern District of California

Case No.: CR-11-0288-SBA        Date: September 30, 2013

UNITED STATES OF AMERICA vs. SUSAN XIAO-PING SU

EXHIBIT LIST

(X) PLAINTIFF             ( ) DEFENDANT

| Exh. No. | DESCRIPTION | SPONSORING WITNESS | DATE Marked | DATE Admitted |
|---|---|---|---|---|
| | **COVERT AUDIO/VIDEO RECORDINGS, RELATED EMAIL CORRESPONDENCE, AND OTHER EVIDENCE:** | | | |
| | **6/3/10 Undercover Operation:** | | | |
| 200 | Audio Recording from TVU Offices, 6/3/10 (*Meet 1*) (Dirisanala obtains two initial Form I-20 forged by Su for fictitious students K.D. and S.A.) (Counts Five and Six) | SA Mackey/ SA Taylor/ Anji Dirisanala | | |
| 200a | Transcript of Audio from TVU Offices, 6/3/10 (*Meet 1*) | SA Taylor | | |
| 200b | Slip of Paper Given to Dirisanala containing fictitious student information for K.D. and S.A.; Packet of Documents Obtained from Anji Dirisanala After Meeting with Su (Two Letters of Admission for K.D. and S.A., Initial I-20s for S.A. and K.D. (forged in name of Wang) | SA Mackey/ Anji Dirisanala | | |
| | **7/27/10 Undercover Operations:** | | | |
| 201 | Audio Recording from TVU Offices, 7/27/10 (*Attempt 1*) (Dirisanala pays $2,000 in cash for two active Form I-20s forged by Su for fictitious students K.D. and S.A.; Dirisanala also asks about enrolling three more fictitious students and Su tells him to submit the information via email) (Counts Five, Six, Sixteen, and Seventeen) | SA Mackey/ SA Taylor/ Anji Dirisanala | | |
| 201a | Transcript of Recording from TVU Offices, 7/27/10 (*Attempt 1*) | SA Taylor/ Anji Dirisanala | | |
| 202 | Audio Recording from TVU Offices, 7/27/10 (*Attempt 2*) (Dirisanala obtains two active Form I-20s for fictitious students K.D. and S.A.) (Counts Five, Six, Sixteen, and Seventeen) | SA Mackey/ SA Taylor/ Anji Dirisanala | | |
| 202a | Transcript of Recording from TVU Offices, 7/27/10 (*Attempt 2*) | SA Taylor/ Anji Dirisanala | | |

# UNITED STATES DISTRICT COURT
## for the Northern District of California

Case No.: CR-11-0288-SBA                    Date: September 30, 2013

<u>UNITED STATES OF AMERICA</u>  vs.  <u>SUSAN XIAO-PING SU</u>

<u>EXHIBIT LIST</u>

(X) PLAINTIFF                              ( ) DEFENDANT

| Exh. No. | DESCRIPTION | SPONSORING WITNESS | DATE | |
|---|---|---|---|---|
| | | | Marked | Admitted |
| 202b | Email from Su (sus@trivalleyuniversity.org) to S.A. (sparky.agrawat@gmail.com) and Anji Dirisanala (anjiredi@gmail.com), 7/29/10, Subject: Registration (Su sending fee receipts and unsigned Form I-20 for fictitious student S.A.) Counts Five, Six, and Sixteen) | SA Mackey/ Anji Dirisanala | | |
| 202c | Email from Su (sus@trivalleyuniversity.org) to K.D. (kadir.dirikan@gmail.com), 7/29/10, Subject: Summer Registration (Su sending fee receipts and unsigned Form I-20 for fictitious student K.D. to fictitious email address) (Counts Five, Six, and Seventeen) | SA Mackey | | |
| 202d | "Active" Form I-20, Certificates of Eligibility for Nonimmigrant (F-1) Student Status, for S.A. and K.D., 7/27/10 (with forged signature in the name of Wang) | SA Mackey/ SA Taylor/ Anji Dirisanala | | |
| | **8/11/10 Undercover Operation:** | | | |
| 203 | Audio <u>and Video</u> Recording from TVU Offices, 8/11/10 (Dirisanala pays $1,750 to Su (with two money orders) for fictitious student K.D.'s previously obtained Form I-20; Dirisanala also obtains initial Form I-20s for three more fictitious students from Tambe at Su's direction; Su also provides Dirisanala with student referral fee payment)  (Counts Six and Seventeen) | SA Mackey/ SA Taylor/ Anji Dirisanala | | |
| 203a | Transcript of Recording (3 parts) from TVU Offices, 8/11/10 | SA Taylor/ SA Mackey/ Anji Dirisanala | | |
| 203b | WITHDRAWN | SA Mackey/ Anji Dirisanala | | |
| 203c | Two Cashier's Checks for $1,000 (Check No. 17960675667) and $750 (Check No. 17960674678), 8/10/10 (Counts Six and Seventeen) | SA Mackey/ SA Taylor/ Anji Dirisanala | | |

# UNITED STATES DISTRICT COURT

for the Northern District of California

Case No.: CR-11-0288-SBA                    Date:  September 30, 2013

UNITED STATES OF AMERICA  vs.  SUSAN XIAO-PING SU

EXHIBIT LIST

(X)  PLAINTIFF                                    ( ) DEFENDANT

| Exh. No. | DESCRIPTION | SPONSORING WITNESS | DATE | |
|---|---|---|---|---|
| | | | Marked | Admitted |
| 203d | WFB Acct #0454 -- Check for $405, Check No. 1168, 8/11/10 (signed by Su for "For: Mr. Dirikan's Refer Fee") and Three "Initial" Form I-20s for M.R., F.I., D.G. (Counts Six and Seventeen) | SA Mackey/ SA Taylor/ Anji Dirisanala | | |
| 203e | Email chain between anjirede1@gmail.com to TVU (ssu@trivalleyuniversity.org) and (sus@trivalleyuniversity.org), 8/4/10-8/11/10, Subject: NEW ADMISSION FOR THREE STUDENTS - URGENT (Agents posing as Dirisanala and enrolling the three fictitious students referenced above in Exhibit 201) | SA Mackey/ SA Taylor | | |
| 203f | Email from Su (sus@trivalleyuniversity.org) to K.D. (kadir.dirikan@gmail.com), 8/11/10, Subject: Official Fee Receipt (Su sending fee receipt for fictitious student K.D. to undercover agent email address) | SA Mackey | | |
| | **8/31/10 Undercover Operation:** | | | |
| 204 | Audio/Video Recording from TVU Offices, 8/31/10 (Dirisanala obtains "Active" Form I-20 for fictitious student M.R. for $1,000 from Su) (Counts Seven and Eighteen) | SA Mackey/ SA Taylor/ Anji Dirisanala | | |
| 204a | Transcript of Recording (2 parts) from TVU Offices, 8/31/10 | SA Mackey/ Anji Dirisanala | | |
| 204b | Receipt and Photo of Money Order for $1,000, Check No. 17960670955, 8/18/10 (Counts Seven and Eighteen) | SA Mackey/ Anji Dirisanala | | |
| 204c | Email from Su (sus@trivalleyuniversity.org) to M.R. (rizzymohammad@gmail.com), 8/31/10, Subject: TVU_I-20-Reg, Courses Reg, TVU_Invoice-Fall 2010 (Su sending registration form, Form I-20, and fee receipt for fictitious student M.R. to fictitious email address) (Counts Seven and Eighteen) | SA Mackey | | |

–12–

# UNITED STATES DISTRICT COURT
### for the Northern District of California

Case No.: CR-11-0288-SBA                    Date:  September 30, 2013

UNITED STATES OF AMERICA  vs.  SUSAN XIAO-PING SU

EXHIBIT LIST

(X)  PLAINTIFF                                   ( ) DEFENDANT

| Exh. No. | DESCRIPTION | SPONSORING WITNESS | DATE | |
|---|---|---|---|---|
| | | | Marked | Admitted |
| 204d | "Active" Form I-20 for fictitious student M.R. and two TVU Fee Receipts for M.R. | SA Mackey/ Anji Dirisanala | | |
| | **9/7/10 Undercover Operation:** | | | |
| 205 | Audio/Video Recording from TVU Offices, 9/7/10 (SA Bhatia undercover operation posing as a prospective TVU student R.B. enters TVU's office and meets with Dasa, Tambe, and Su; Su provides initial and signed active Form I-20 for R.B. after SA Bhatia pays $1,000 cash) (Counts Eight and Nineteen) | SA Bhatia | | |
| 205a | Translated Transcript of Audio Recording from TVU Offices, 9/7/10 | SA Bhatia | | |
| 205b | Email from Su (sus@trivalleyuniversity.org) to R.B. (rajiv.batra30@gmail.com), 9/7/10, Subject: TVU_I-20-Reg, Courses REg (sic), TVU_Invoice-Fall 2010 (Su sending registration form, Form I-20, and fee receipt for fictitious student R.B. to fictitious email address) | SA Mackey | | |
| 205c | "Initial", signed "Active" Form I-20 (9/7/10), and TVU Fee Receipt for fictitious student R.B. and Two Handwritten Notes from TVU Staff | SA Bhatia/ SA Mackey | | |
| | **9/20/10 Undercover Operation:** | | | |
| 206 | Audio Recording of Undercover Telephone Call to Su, 9/20/10 (SA Taylor posing as Customs Officer from SFO Airport asking about fictitious TVU student S.A.; Su vouches for S.A. as an actual student in TVU's Ph.D. program; Su agrees to email Form I-20, Enrollment Letter, and Transcripts) (Counts Nine and Sixteen) | SA Taylor | | |
| 206a | Transcript of Telephone Recording with Su, 9/20/10 | SA Mackey | | |

# UNITED STATES DISTRICT COURT
## for the Northern District of California

Case No.: CR-11-0288-SBA           Date:  September 30, 2013

<u>UNITED STATES OF AMERICA</u>  vs.  <u>SUSAN XIAO-PING SU</u>

<u>EXHIBIT LIST</u>

(X)  PLAINTIFF                          ( ) DEFENDANT

| Exh. No. | DESCRIPTION | SPONSORING WITNESS | DATE | |
|---|---|---|---|---|
| | | | Marked | Admitted |
| 206b | Three Email Selected Excerpts from Su (ssu@trivalleyuniversity.org) to SA Dale Taylor (dale.r.taylor@dhs.gov), 9/20/10, Subject: TVU Student (Su emailing copies of Form I-20, Enrollment Letter, and Transcripts for fictitious TVU student, S.A.) **(Authenticated by Su during interview)** (Counts Nine and Sixteen) | SA Mackey/ SA Taylor | | |
| 206c | Same Three Emails with Full Attachments as actually received by SA Taylor (including unsigned Active I-20 for S.A., TVU Verification Letter, TVU Transcripts, and signed Active I-20 for S.A.) (seized from TVU computer during search warrant) | SA Brown/ SA Taylor | | |
| | **9/24/10 Undercover Operation:** | | | |
| 207 | Audio Recording of Undercover Telephone Call to Su, 9/24/10 (SA Taylor posing as Immigration Officer at SFO Airport asking about fictitious TVU student K.D. returning from Yemen; Su vouches for K.D. as an actual student in TVU's Ph.D. program; Su agrees to email Form I-20, Enrollment Letter and Transcripts) (Counts Ten and Seventeen) | SA Taylor | | |
| 207a | Transcript of Telephone Recording with Su, 9/24/10 | SA Mackey | | |
| 207b | Email from Su (ssu@trivalleyuniversity.org) to SA Dale Taylor (dale.r.taylor@dhs.gov), 9/24/10, Subject: RE TVU Student (Su emailing copies of Form I-20, Enrollment Letter, and Transcripts for fictitious TVU student, K.D.) (Authenticated by Su during interview) (Counts Nine and Sixteen) (Counts Ten and Seventeen) | SA Taylor/ SA Brown | | |
| | **12/1/10 Undercover Operation:** | | | |
| 208 | Audio/Video Recording from TVU Offices, 12/1/10 (SA Mackey and SA Taylor conduct ruse site visit at TVU; Su provides tour making false statements about DSOs) | SA Mackey | | |

# UNITED STATES DISTRICT COURT
## for the Northern District of California

Case No.:  CR-11-0288-SBA                  Date:  September 30, 2013

<u>UNITED STATES OF AMERICA</u>  vs.  <u>SUSAN XIAO-PING SU</u>

<u>EXHIBIT LIST</u>

(X)  PLAINTIFF                                        ( ) DEFENDANT

| Exh. No. | DESCRIPTION | SPONSORING WITNESS | DATE | |
|---|---|---|---|---|
| | | | Marked | Admitted |
| 208a | Transcript of Recording from TVU Offices, 12/1/10 | SA Mackey | | |
| 208b | Request for Evidence Letter provided to Su by SA Mackey/Taylor, signed 12/1/10 (Requesting school catalogue, teaching roster, and attendance records for three classes) | SA Mackey/ SA Taylor | | |
| 208c | WITHDRAWN | | | |
| 208d | Fed Ex Mailing from Su to SA Mackey, 12/8/10 (Su providing copies of catalogue, teaching roster, and attendance records) | SA Mackey | | |
| | **1/7/11 Undercover Operation:** | | | |
| 209 | Audio Recording of Undercover Telephone Call to Su (WS600008.WMA), 1/7/11 (SA Ramirez posing as Officer at JFK Airport about fictitious students R.B. and M.R. both returning from Pakistan; Su vouches for R.B. and M.R. as actual students stating M.R. is in a class taught personally by Su; Su agrees to email Form I-20s, Enrollment Letters, Transcripts, and Attendance Records) (Counts Eleven and Twelve) | SA Ramirez | | |
| 209a | Transcript of Telephone Recording with Su, 1/7/11 | SA Mackey | | |
| 209b | Email from Su (ssu@trivalleyuniversity.org) to SA David Ramirez (david.ramirez1@dhs.gov) so SA Mackey, 1/7/11, Subject: FW: Students Record Tri-Valley University (Su emailing copies of Form I-20, and Enrollment Letters, Attendance Records Transcripts for fictitious TVU student, R.B.) (Authenticated by Su during interview) (Counts Nine and Sixteen) (Counts Eleven, Twelve, Eighteen, and Nineteen) | SA Ramirez/ SATaylor/ SA Brown | | |
| 209c | WITHDRAWN | | | |

–15–

# UNITED STATES DISTRICT COURT
## for the Northern District of California

Case No.:  CR-11-0288-SBA                    Date:  September 30, 2013

<u>UNITED STATES OF AMERICA</u>  vs.  <u>SUSAN XIAO-PING SU</u>

<u>EXHIBIT LIST</u>

(X)  PLAINTIFF                                    ( ) DEFENDANT

| Exh. No. | DESCRIPTION | SPONSORING WITNESS | DATE | |
|---|---|---|---|---|
| | | | Marked | Admitted |
| 209d | Packet of Form I-20s, Enrollment Letters, Transcripts, and Attendance Records for fictitious TVU students, R.B. and M.R. obtained in person from Su on 1/7/11 (Counts Eleven, Twelve, Eighteen, and Nineteen) | SA Dylan Critten | | |
| | | | | |
| | **OTHER EMAIL CORRESPONDENCE:** | | | |
| | **Su/ABS Consultancy Emails:** (found on TVU computer during search warrants, unless otherwise noted) | | | |
| 300 | Email chain between Su (ssu@trivalleyuniversity.org) to Barghav (multiple addresses), 2/21/09, Subject: Re: Dr. Susan Su from Tri-Valley University (recruiting Indian students for TVU) (Counts Two and Fifteen) | SA Brown/ SA Mackey | | |
| 301 | WITHDRAWN | | | |
| 302 | Email from Su (ssu@trivalleyuniversity.org) to Barghav (bhargavrao2003@gmail.com), 2/25/09, Subject: agreement and letter of authorization (TVU)-barhgav (email chain discussing student referral contract with ABS Consultancy) (Counts Two and Fifteen) | SA Brown/ SA Mackey | | |
| 303 | Email from Su (ssu@trivalleyuniversity.org) to Barghav (bhargavrao2003@gmail.com), 2/25/09, Subject: agreement and letter of authorization (TVU)-Barghav (attaching copy of student referral contract with ABS Consultancy) (Counts Two and Fifteen) | SA Brown/ SA Mackey | | |
| 303b | Signed ABS Consulting Referral Contract "Memorandum of Understanding" (seized from TVU during search warrant) | SA Purfeerst/ SA Mackey | | |

-16-

# UNITED STATES DISTRICT COURT
## for the Northern District of California

Case No.:  CR-11-0288-SBA                    Date:  September 30, 2013

<u>UNITED STATES OF AMERICA</u>  vs.  <u>SUSAN XIAO-PING SU</u>

<u>EXHIBIT LIST</u>

(X)  PLAINTIFF                                ( ) DEFENDANT

| Exh. No. | DESCRIPTION | SPONSORING WITNESS | DATE | |
|---|---|---|---|---|
| | | | Marked | Admitted |
| | **Su Selling Diplomas and Transcripts:** | | | |
| 304 | Email from Barghav (bob.barghav@gmail.com) to Su (ssu@trivalleyuniversity.org), 3/16/09, Subject: want to buy degree without taking classes (discussing purchase of TVU degree for $3,000) (Counts Two and Fifteen) | SA Brown/ SA Mackey | | |
| 305 | Email from Su (ssu@trivalleyuniversity.org) to Barghav (bob.bhargav@gmail.com), 3/17/09, Subject: Re: want to buy degree without taking classes (Su agreeing to sell TVU degree) (Counts Two and Fifteen) | SA Brown/ SA Mackey | | |
| 306 | Email from Barghav (bhargavrao2003@gmail.com) to Su (ssu@trivalleyuniversity.org), 4/7/09, Subject: certificates (sic) : Uncle (requesting fraudulent transcripts and degree for uncle) (Counts Two and Fifteen) | SA Brown/ SA Mackey | | |
| 307 | Email from Su (ssu@trivalleyuniversity.org) to Barghav (bhargavrao2003@gmail.com), 4/8/09, Subject: Re: certificates (sic) : Uncle (Su providing transcripts and degree for uncle, Ram Reddy Tippani) (Counts Two and Fifteen) | SA Brown/ SA Mackey | | |
| 308 | Email from Su (ssu@trivalleyuniversity.org) to Barghav (bhargavrao2003@gmail.com), 4/8/09, Subject: Re: certificates (sic) : Uncle (Su providing revised transcripts for uncle, Ram Reddy Tippani, with corrections) (Counts Two and Fifteen) | SA Brown/ SA Mackey | | |
| 309 | Email from Su (ssu@trivalleyuniversity.org) to Barghav (bhargavrao2003@gmail.com), 4/9/09, Subject: Re: credit card details (sic) : Uncle (Su providing attached receipt for Ram Reddy Tippani's transcripts and diploma and telling Barghav that his uncle can come to the "Graduation Ceremony" to take pictures) (Counts Two and Fifteen) | SA Brown/ SA Mackey | | |

# UNITED STATES DISTRICT COURT
## for the Northern District of California

Case No.:  CR-11-0288-SBA                    Date:  September 30, 2013

### UNITED STATES OF AMERICA  vs.  SUSAN XIAO-PING SU

### EXHIBIT LIST

(X)  PLAINTIFF                                    ( ) DEFENDANT

| Exh. No. | DESCRIPTION | SPONSORING WITNESS | DATE | |
|---|---|---|---|---|
| | | | Marked | Admitted |
| 310 | Email from Barghav (bhargavrao2003@gmail.com) to Su (ssu@trivalleyuniversity.org), 4/15/09, Subject: Re: credit card details (Barghav providing uncle's credit card number) (Counts Two and Fifteen) | SA Brown/ SA Mackey | | |
| 311 | Email from Su (ssu@trivalleyuniversity.org) to Barghav (bhargavrao2003@gmail.com), 4/15/09, Sub: Re: credit card details (Su providing attached credit card receipt for $3,600) (Counts Two and Fifteen) | SA Brown/ SA Mackey | | |
| 312 | Email from Steven (preethamsam@gmail.com) forwarded to Su (ssu@trivalleyuniversity.org), 2/19/10, Subject: Fwd: Regarding SREE KRISHNA YARLAGADDA (requesting to purchase bachelor's degree and transcripts) (Counts Two and Fifteen) | SA Brown/ SA Mackey | | |
| 313 | Email from Steven (preethamsam@gmail.com) to Su (ssu@trivalleyuniversity.org), 2/28/10, Subject: Re: Regarding SREE KRISHNA YARLAGADDA (requesting edits to the purchased transcripts sent previously by Su) (Counts Two and Fifteen) | SA Brown/ SA Mackey | | |
| 314 | Email from Steven (preethamsam@gmail.com) to Su (ssu@trivalleyuniversity.org), 2/19/10, Subject: Regarding VINOD KUMAR urgent (requesting changes to purchased transcripts sent previously by Su) (Counts Two and Fifteen) | SA Brown/ SA Mackey | | |
| 315 | Email from Su (ssu@trivalleyuniversity.org) to Barghav (bhargavrao2003@gmail.com), Surineni (abhilash_surineni@yahoo.com) and Steven (preethamsam@gmail.com), 8/3/09, Sub: Re: summer break (discussing Su's payments for recruited students with email chain wherein Su notifies student recruiters that she will keep them in student status for a summer term despite them not having attended classes) (Counts Two and Fifteen) | SA Brown/ SA Mackey | | |
| 316 | WITHDRAWN | | | |

-18-

# UNITED STATES DISTRICT COURT
## for the Northern District of California

Case No.:  CR-11-0288-SBA                    Date:  September 30, 2013

<u>UNITED STATES OF AMERICA</u>  vs.  <u>SUSAN XIAO-PING SU</u>

<u>EXHIBIT LIST</u>

(X)  PLAINTIFF                              ( ) DEFENDANT

| Exh. No. | DESCRIPTION | SPONSORING WITNESS | DATE | |
|---|---|---|---|---|
| | | | Marked | Admitted |
| 317 | Chat Log from Su's Computer (Su agreeing to charge $300 per unit so that prospective student can get "reimbursed" at $500 per unit with "secret" agreement | SA Brown | | |
| | **Articulation Agreement Emails:** | | | |
| 320 | Email chain with Su (ssu@trivalleyuniversity.org) to Frogner (bjorn.frogner@opensystemscontrol.com), 5/5/08, Subject: Re Followup from your conversation with Chun-Mou Peng (email chain culminating in Su offering $1,000 for two signed articulation agreements with any university with attached "How to Prepare for a Site Visit" SEVIS Guide) (Counts Fourteen and Fifteen) | SA Brown/ SA Mackey | | |
| 321 | Email from Su (ssu@trivalleyuniversity.org) to Liou (ssl@sfsu.edu), 5/6/08, Subject: Tri-Valley University Course transfer (Su providing for review a TVU course syllabus and an Articulation Agreement stating that SFSU will "unconditionally" accept transfer of a TVU course) (Counts Fourteen and Fifteen) | SA Brown/ SA Mackey | | |
| 322 | Email from Su (ssu@trivalleyuniversity.org) to Liou (ssl@sfsu.edu), 5/7/08, Subject: Re: Tri-Valley University Course transfer (Su providing for review a "repolish[ed]" TVU course syllabus and an Articulation Agreement removing "unconditionally" language) (Counts Fourteen and Fifteen) | SA Brown/ SA Mackey | | |
| 323 | Email from Su (ssu@trivalleyuniversity.org) to Liou (ssl@sfsu.edu), 5/7/08, Subject: Re: Tri-Valley University Course transfer (Su providing for review a "modified" TVU course syllabus and an Articulation Agreement removing "unconditionally" language) (Counts Fourteen and Fifteen) | SA Brown/ SA Mackey | | |

# UNITED STATES DISTRICT COURT
## for the Northern District of California

Case No.:  CR-11-0288-SBA                    Date:  September 30, 2013

<u>UNITED STATES OF AMERICA</u>  vs.  <u>SUSAN XIAO-PING SU</u>

<u>EXHIBIT LIST</u>

(X)  PLAINTIFF                                              ( ) DEFENDANT

| Exh. No. | DESCRIPTION | SPONSORING WITNESS | DATE | |
|---|---|---|---|---|
| | | | Marked | Admitted |
| 324 | Email from Su (ssu@trivalleyuniversity.org) to Liou (ssl@sfsu.edu), 6/10/08, Subject: From Susan (Su explaining that she needs his signature on the course transfer agreement to support her I-17) (Counts Fourteen and Fifteen) | SA Brown/ SA Mackey | | |
| 325 | Email from Liou (ssl@sfsu.edu) to Su (ssu@trivalleyuniversity.org), 6/11/08, Subject: Re: From Susan (Liou providing signed Articulation Agreement noting that SFSU can accept a transfer of one course from TVU) | SA Brown/ SA Mackey | | |
| 326 | Email from Su (ssu@trivalleyuniversity.org) to Liou (ssl@sfsu.edu), 6/10/08, Subject: Re: From Susan (Su notifying Liou that she made an edit to the signed Articulation Agreement, which is attached with Liou's digital signature) | SA Brown/ SA Mackey | | |
| 327 | Email from Su (ssu@trivalleyuniversity.org) to Gemello (jgemello@sfsu.edu), 2/6/09, Subject: Dr. Susan Su, Tri-Valley University (Su requesting to establish an Articulation Agreement with SFSU 4 days after purportedly obtaining an Articulation Agreement) | SA Brown/ SA Mackey | | |
| | **<u>Su's Emails with TVU "Instructors" and "Students":</u>** | | | |
| 330 | Email chain between Su (ssu@trivalleyuniversity.org) and Harman Jeet (harman.jeet@ymail.com), 11/5/08, Subject:  Re: Tuition Fee (Su discussing referral fees and telling student that he will have "good grade[s] for now" even though there is no course material) | SA Brown/ SA Mackey | | |
| 331 | Email chain between Su (ssu@trivalleyuniversity.org) and Vaibhav Nyalkalkar (vaibhav.nyalkalkar@gmail.com), 9/22/09, Subject:  Re: hello madam need some help !! (Su telling student that his courses do not have an instructor yet but that he will "have good grade" and that he does "not need to attend the lec[ture]") | SA Brown/ SA Mackey | | |

# UNITED STATES DISTRICT COURT
## for the Northern District of California

Case No.:  CR-11-0288-SBA                Date:  September 30, 2013

UNITED STATES OF AMERICA  vs.  SUSAN XIAO-PING SU

EXHIBIT LIST

(X)  PLAINTIFF                                   ( ) DEFENDANT

| Exh. No. | DESCRIPTION | SPONSORING WITNESS | DATE | |
|---|---|---|---|---|
| | | | Marked | Admitted |
| 332 | Email chain between Su (ssu@trivalleyuniversity.org) and Anuja Shroff (anuja.shroff@gmail.com), 9/29/09, Subject:  Re: TVU Admission Letter (Su telling student that courses are in development and without instructors yet they will count towards the student's Ph.D. and that he will have "good grades") | SA Brown/ SA Mackey | | |
| 333 | Email chain between Su (ssu@trivalleyuniversity.org) and Vamseedhar Vuppu (v.vamseedhar@gmail.com), 9/26/09, Subject: Add/Drop of course (Su informing student that there is no course instructor but that "we will normally give you good grade") | SA Brown/ SA Mackey | | |
| 334 | Email chain between Su (ssu@trivalleyuniversity.org) and Can Gencer (cgencer@trivalleyuniversity.org), 9/18/09, Subject: Re: TVU - CS309A/BA355 DB Systems I Participants (TVU lecturer informing Su that he has students who are not showing for class; Su responds stating "do not reduce their score due to not show up.") | SA Brown/ SA Mackey | | |
| 335 | WITHDRAWN | | | |
| 336 | Email chain between Su (ssu@trivalleyuniversity.org) and Naga Sunil (mnagasunil@gmail.com), 9/13/10, Subject: Re: CS309/BA355 Database Systems I - final (Sunil asking for help from Su because Gencer was going to give him failing grade; Su responds "Do not worry, we will take care of the grade . . ." | SA Brown/ SA Mackey | | |
| 337 | PDF Email chain between Su (ssu@trivalleyuniversity.org) and Jing Li (ling.li@nasa.gov), 5/3/10, Subject: Re: Dear TVU Instructors; Pls E-mail ... (Instructor informing Su about non-participating students and Su responds "OK, give them A- and B+ grade then.") | SA Brown/ SA Mackey | | |

-21-

# UNITED STATES DISTRICT COURT
for the Northern District of California

Case No.:  CR-11-0288-SBA          Date:  September 30, 2013

UNITED STATES OF AMERICA  vs.  SUSAN XIAO-PING SU

EXHIBIT LIST

(X)  PLAINTIFF                    ( ) DEFENDANT

| Exh. No. | DESCRIPTION | SPONSORING WITNESS | DATE | |
|---|---|---|---|---|
| | | | Marked | Admitted |
| 338 | Email chain between Su (ssu@trivalleyuniversity.org) and Kiran Patel(kirpatel72@gmail.com), 5/3/10, Subject: Re: Dean TVU Instructors; Pls Email ... (Instructor providing spreadsheet of class grades with failed students) (as referenced in Exhibit 126) | SA Brown/ SA Mackey | | |
| 339 | Email chain between Su (ssu@trivalleyuniversity.org) and Prabhu Krishna (ch.n.k.prabhakar@gmail.com), 7/15/09, Subject: Re: scanned documents for admission (Su marketing TVU and referring prospective TVU student to ABS recruiters) | SA Brown/ SA Mackey | | |
| | | | | |
| | **PHOTOGRAPHS:** | | | |
| 400 | Two Photographs of Boulder Court (TVU Buildings) | SA Mackey | | |
| 401 | Photograph of Boulder Court Suite 700 (Exterior) | SA Mackey | | |
| 402 | Two Photographs of Boulder Court Suite 700 (Inside) | SA Mackey | | |
| 403 | Photograph of Boulder Court Suite 800 (Exterior) | SA Mackey | | |
| 404 | Two Photographs of Boulder Court Suite 800 (Inside) | SA Mackey | | |
| 405 | Photograph of Mercedes-Benz | SA Mackey | | |
| 406 | Two Photographs of Residence at Victoria Ridge Court | SA Mackey | | |
| 407 | Photograph of Residence at Germano Way (Front Gate) | SA Mackey | | |
| 408 | Photograph of Residence at Germano Way (Front of Residence) | SA Mackey | | |
| | | | | |

# UNITED STATES DISTRICT COURT
## for the Northern District of California

Case No.:  CR-11-0288-SBA                    Date:  September 30, 2013

UNITED STATES OF AMERICA  vs.  SUSAN XIAO-PING SU

EXHIBIT LIST

(X)  PLAINTIFF                                                    ( ) DEFENDANT

| Exh. No. | DESCRIPTION | SPONSORING WITNESS | DATE | |
|---|---|---|---|---|
| | | | Marked | Admitted |
| | **ALIEN HARBORING SEVIS RECORDS:** (Counts Twenty-Two through Twenty-Four) | | | |
| 420 | SEVIS "Event History Screen Shot Record" for Vishal Dasa | Self Authenticating/ SEVIS Custodian | | |
| 430 | SEVIS "Event History Screen Shot Record" for Tushar "Jimmy" Tambe | Self Authenticating/ SEVIS Custodian | | |
| 440 | SEVIS "Event History Screen Shot Record" for Anji Dirisanala | Self Authenticating/ SEVIS Custodian/ | | |
| | | | | |
| | **NDCA COURT RECORDS:** | | | |
| 450 | Plea Agreement for Vishal Dasa | Self Authenticating | | |
| 451 | Plea Agreement for Tushar ("Jimmy") Tambe | Self Authenticating | | |
| 452 | Plea Agreement for Anji Dirisanala | Self Authenticating | | |
| 453 | Plea Agreement for Ram Karra | Self Authenticating | | |
| | | | | |
| | **BANKING AND FINANCIAL RECORDS:** | | | |
| | **Opening Applications/Signature Cards/ Monthly Statements:** | | | |
| 500 | WFB Accounts #0454 and #3640 -- Opening Application and Certificate of Authority, 4/25/08, (Su opens account and has signature authority) with Business Record Declaration | WFB Custodian | | |
| 501 | WFB Accounts #0454 and #3640 -- Monthly Statements from 4/1/08 to 1/31/11 (Su's account activity) with Three Business Record Declarations | WFB Custodian | | |
| 501a | WFB Accounts #0454 and #3640 -- Deposits from 4/1/08 to 1/31/11 with Four Business Record Declarations for #0454 and Five Business Record Declarations for #3640 | WFB Custodian | | |

# UNITED STATES DISTRICT COURT
## for the Northern District of California

Case No.:  CR-11-0288-SBA                    Date:  September 30, 2013

<u>UNITED STATES OF AMERICA</u>  vs.  <u>SUSAN XIAO-PING SU</u>

<u>EXHIBIT LIST</u>

(X)  PLAINTIFF                              ( ) DEFENDANT

| Exh. No. | DESCRIPTION | SPONSORING WITNESS | DATE | |
|---|---|---|---|---|
| | | | Marked | Admitted |
| 501b | WFB Account #3640 -- Selected Wire Transfers Deposits with Business Record Declaration | WFB Custodian | | |
| 502 | WFB Accounts #4780 -- Opening Application and Certificate of Authority, 1/2/10 (Su opens account and has signature authority) with Business Record Declaration | WFB Custodian | | |
| 503 | WFB Account #4780 -- Monthly Statements from 1/2/10 to 3/31/11 (Su's account activity) with Four Business Record Declarations | WFB Custodian | | |
| 503a | WFB Account #4780 -- Selected Deposits with Business Record Declaration | WFB Custodian | | |
| 504 | WFB Account #9937 -- Opening Application and Certificate of Authority, 7/9/10 (Su opens account and has signature authority) with Business Record Declaration | WFB Custodian | | |
| 505 | WFB Account #9937 -- Monthly Statements from 7/1/10 to 3/31/11 (Su's account activity) with Business Record Declaration | WFB Custodian | | |
| 505a | WFB Account #9937 -- Selected Deposit from Prominent Escrow Services for $14,925 with Business Record Declaration | WFB Custodian | | |
| 505b | WFB Account #9937 -- Selected Withdrawals with Business Record Declaration | WFB Custodian | | |
| 506 | WFB Account #6782 -- Opening Application and Certificate of Authority, 12/17/10 (Su opens account and has signature authority) with Business Record Declaration | WFB Custodian | | |
| 507 | WFB Account #6782 -- Monthly Statements from 12/1/10 to 3/31/11 (Su's account activity) with Two Business Record Declarations | WFB Custodian | | |

# UNITED STATES DISTRICT COURT
## for the Northern District of California

Case No.: CR-11-0288-SBA                    Date:  September 30, 2013

UNITED STATES OF AMERICA  vs.  SUSAN XIAO-PING SU

EXHIBIT LIST

(X)  PLAINTIFF                                ( ) DEFENDANT

| Exh. No. | DESCRIPTION | SPONSORING WITNESS | DATE | |
|---|---|---|---|---|
| | | | Marked | Admitted |
| 508 | WFB Account #2773 -- Opening Application and Certificate of Authority, 12/14/10 (Su opens account and has signature authority) with Business Record Declaration | WFB Custodian | | |
| 509 | WFB Account #2773 -- Monthly Statements from 12/1/10 to 3/31/11 (Su's account activity) with Business Record Declaration | WFB Custodian | | |
| 510 | CitiBank Account #5029 -- Signature Card, 11/18/06 (Su has signature authority) with Business Record Declaration | Citi Custodian | | |
| 511 | CitiBank Account #5029 -- Monthly Statements from 12/1/08 to 3/31/11 (Su's account activity) with Business Record Declaration | Citi Custodian | | |
| 511a | CitiBank Account #5029 -- Select Deposits from 12/1/08 to 3/31/11 with Business Record Declaration | Citi Custodian | | |
| 512 | CitiBank Account #3045 -- Signature Card, 3/25/09 (Su has signature authority) with Business Record Custodian Declaration | Citi Custodian | | |
| 513 | CitiBank Account #3045 -- Monthly Statements from 3/25/09 to 2/28/11 (Su's account activity) with Business Record Declaration | Citi Custodian | | |
| 513a | CitiBank Account #3045 -- Selected Deposits from 3/25/09 to 2/28/11 with Business Record Declaration | Citi Custodian | | |
| 514 | PayPal Account #1921, Opening Application, 9/22/03, and Business Name Change to TVU, 3/28/08 -- **Awaiting Custodian Certification** | PayPal Custodian | | |
| 515 | PayPal Account #1921 -- CD-ROM of Transaction Records from 3/28/08 to 1/18/11 -- **Awaiting Custodian Certification** | PayPal Custodian/ SA Mackey | | |

# UNITED STATES DISTRICT COURT
## for the Northern District of California

Case No.: CR-11-0288-SBA                    Date:  September 30, 2013

<u>UNITED STATES OF AMERICA</u>  vs.  <u>SUSAN XIAO-PING SU</u>

<u>EXHIBIT LIST</u>

(X)  PLAINTIFF                                   ( ) DEFENDANT

| Exh. No. | DESCRIPTION | SPONSORING WITNESS | DATE | |
|---|---|---|---|---|
| | | | Marked | Admitted |
| 516 | Global Payment Inc., Credit Card Processing Agreements and Credit Card Merchant Statements for:<br><br>-Account #1968, 3/3/09 (signed by Su and Xiao Su; voided check linking account to WFB Account #0454)<br><br>-Account #3536, 3/17/09  (signed by Su and Sean Su; voided check linking account to WFB Account #0454)<br><br>-Account #8838, 10/14/09  (signed by Su; voided check linking account to WFB Account #0454)<br><br>**-- Awaiting Custodian Certification** | Global Payments Inc. Custodian | | |
| 519 | American Express Account Cover Page Account #7914 with Credit Card Merchant Statements, 8/8/09 to 1/8/11 (linked  to WFB Account #0454) -- **Awaiting Custodian Certification** | American Express Custodian | | |
| | <u>**Su's Bank Records Related to B.C.:**</u><br>(Count Three) | | | |
| 520 | WFB Account #0454 -- Check No. 48776 from B.C. to TVU for $2,365, 4/28/10 with Business Record Declaration | WFB Custodian/ B.C. | | |
| | <u>**Su's Bank Records Related to K.C.:**</u><br>(Count Four) | | | |
| 530 | WFB Account #0454 -- Check No. 102 from K.C. to TVU for $1,000, 1/27/10, "For: Fees [K.C.]"with Business Record Declaration | WFB Custodian/ K.C | | |
| 531 | WFB Account #0454 -- Check No. 105 from K.C. to TVU for $600, 2/15/10, "For: Fees Syed Massod Ahmed)" with Business Record Declaration | WFB Custodian/ K.C. | | |

–26–

# UNITED STATES DISTRICT COURT
### for the Northern District of California

Case No.:  CR-11-0288-SBA                     Date:  September 30, 2013

<u>UNITED STATES OF AMERICA</u>  vs.  <u>SUSAN XIAO-PING SU</u>

<u>EXHIBIT LIST</u>

(X)  PLAINTIFF                          ( )  DEFENDANT

| Exh. No. | DESCRIPTION | SPONSORING WITNESS | DATE | |
|---|---|---|---|---|
| | | | Marked | Admitted |
| 532 | WFB Account #4780 -- Check No. 2252 from K.C. to TVU for $6,217, 3/15/10 with Business Record Declaration | WFB Custodian/ K.C. | | |
| 533 | WFB Account #4780 -- Check No. 134 from K.C. to TVU for $500, 10/1/10, "For: [K.C.]-Fall-2010"with Business Record Declaration | WFB Custodian/ K.C. | | |
| 534 | WFB Account #4780 -- Check No. 135 from K.C. to TVU for $500, 10/1/10, "For Syed Massood-Fall-2010"with Business Record Declaration | WFB Custodian/ K.C | | |
| 535 | WFB Account #0454 -- Check No. 1148 to K.C. from SU for $405, 4/12/10 with Business Record Declaration | WFB Custodian/ K.C. | | |
| | **Su's Bank Records Related to S.A.:** (Count Five) | | | |
| 550 | None | | | |
| | **Su's Bank Records Related to K.D.:** (Count Six) | | | |
| 560 | WFB Account #0454/3640 -- Two Negotiated Cashier's Checks for $1,000 (Check No. 17960675667) and $750 (Check No. 17960674678), 8/10/10 with Business Record Declaration | WFB Custodian | | |
| | **Su's Bank Records Related to M.R.:** (Count Seven) | | | |
| 570 | WFB Account #0454/3640 -- Negotiated Cashier's Check for $1,000, Check No. 17960670955, 8/18/10 with Business Record Declaration | WFB Custodian | | |
| | **Su's Bank Records Related to ABS Recruiters:** (Counts Two and Fifteen) | | | |
| 580 | WFB Account #0454 -- Check from Su to Samuel Steven K for $1,073, 3/27/09 with Business Record Declaration | WFB Custodian | | |

# UNITED STATES DISTRICT COURT
## for the Northern District of California

Case No.:  CR-11-0288-SBA               Date:  September 30, 2013

UNITED STATES OF AMERICA  vs.  SUSAN XIAO-PING SU

EXHIBIT LIST

(X)  PLAINTIFF                                    ( ) DEFENDANT

| Exh. No. | DESCRIPTION | SPONSORING WITNESS | DATE | |
|---|---|---|---|---|
| | | | Marked | Admitted |
| 581 | WFB Account #0454 -- Check No. 005 from Su to Samuel Steven K for $600, 4/16/09 with Business Record Declaration with Business Record Declaration | WFB Custodian | | |
| 582 | WFB Account #0454 -- Check No. 007 from Su to Samuel Steven K for $732, 5/5/09 with Business Record Declaration | WFB Custodian | | |
| 582a | WFB Account #0454 -- Check No. 008 from Su to Samuel Steven K for $567, 5/8/09 with Business Record Declaration | WFB Custodian | | |
| 583 | WFB Account #0454 -- Check No. 012 from Su to Samuel Steven Kancharakuntla for $1,780, 8/3/08 "For: Summer Referral Fee"with Business Record Declaration | WFB Custodian | | |
| 584 | WFB Account #0454 -- Check No. 020 from Su to Samuel Steven K for $868, 9/8/09 with Business Record Declaration | WFB Custodian | | |
| 585 | WFB Account #0454 -- Check No. 022 from Su to Samuel Steven Kancharakuntla for $1,080, 9/11/09 with Business Record Declaration | WFB Custodian | | |
| 586 | Monthly Statement Page for WBF Account #3640 -- EFT from Su to Boinpally B (Ref: Checking Cecil and Anil Referal Fees), 1/12/10 with Business Record Declaration | WFB Custodian | | |
| 587 | WFB Account #0454 -- Check No. 1071 from Su to Mr. Samuel Steven K for $3,240, 2/17/10 with Business Record Declaration | WFB Custodian | | |
| 588 | WFB Account #0454 -- Check No. 1072 from Su to Mr. Bhargav Boinpally for $3,340, 2/12/10 with Business Record Declaration | WFB Custodian | | |
| 588a | WFB Account #0454 -- Check No. 1124 from Su to Vishal Dasa for $945, 4/30/10 with Business Record Declaration | WFB Custodian | | |

# UNITED STATES DISTRICT COURT
### for the Northern District of California

Case No.:  CR-11-0288-SBA                     Date:  September 30, 2013

### UNITED STATES OF AMERICA  vs.  SUSAN XIAO-PING SU

### EXHIBIT LIST

(X)  PLAINTIFF                                         ( )  DEFENDANT

| Exh. No. | DESCRIPTION | SPONSORING WITNESS | DATE | |
|---|---|---|---|---|
| | | | Marked | Admitted |
| 589 | WFB Account #0454 -- Check No. 1092 from Su to Mr. Bhargav Boinpally for $6,817, 5/11/10 with Business Record Declaration | WFB Custodian | | |
| 590 | WFB Account #0454 -- Check No. 1002 from Su to Mr. Samuel Steven K for $7,370, 8/18/10 with Business Record Declaration | WFB Custodian | | |
| 591 | WFB Account #0454 -- Check No. 1288 from Su to Mr. Samuel Steven Kancharakuntla for $39,010, 10/10/10 with Business Record Declaration | WFB Custodian | | |
| | **Su's Bank Records for Money Laundering Counts:** | | | |
| 600 | WFB Account #0454 -- Check No. 1037 from Su to Mercedes Benz of Pleasanton for $36,783.61, 11/28/09 (Authenticated by Su during interview) with Business Record Declaration (Count Twenty-Six) | WFB Custodian/ SA Mackey/ SA Taylor | | |
| 601 | WFB Account #0454 -- Wire Transfer from Su to Fidelity National Title Escrow for $78,700, 2/25/10 for Murrieta Boulevard Property, Livermore, CA with Business Record Declaration (Count Twenty-Seven) | WFB Custodian | | |
| 602 | WFB Account #0454 -- Check No. 1144 from Su to Chicago Title Company for $50,000, 4/2/10 for "58203182" 405 Boulder Court, Suite 800, Pleasanton, CA with Business Record Declaration (Count Twenty-Eight) | WFB Custodian | | |
| 603 | WFB Account #0454 -- Withdrawal Slip and Negotiated Cashier's Check to Chicago Title Company for $160,987.87, 4/9/10 for 405 Boulder Court, Suite 800, Pleasanton, CA with Business Record Declaration (Count Twenty-Nine) | WFB Custodian | | |

# UNITED STATES DISTRICT COURT
for the Northern District of California

Case No.:  CR-11-0288-SBA                        Date:  September 30, 2013

UNITED STATES OF AMERICA  vs.  SUSAN XIAO-PING SU

EXHIBIT LIST

(X)  PLAINTIFF                                    ( ) DEFENDANT

| Exh. No. | DESCRIPTION | SPONSORING WITNESS | DATE | |
|---|---|---|---|---|
| | | | Marked | Admitted |
| 604 | WFB Account #0454 -- Check No. 1014 from Su to Chicago Title Company for $50,000, 6/10/10 for 405 Boulder Court, Suite 700, Pleasanton, CA with Business Record Declaration (Count Thirty) | WFB Custodian | | |
| 605 | WFB Account #0454 -- Withdrawal Slip and Cashier's Check to Chicago Title Company for $261,307.49, 7/8/10 for 405 Boulder Court, Suite 700, Pleasanton, CA with Business Record Declaration (Count Thirty-One) | WFB Custodian | | |
| 606 | WFB Account #0454 -- Withdrawal Slip and Cashier's Check to Placer Title Company for $700,000, 7/20/10 for Victoria Ridge Court, Pleasanton, CA with Business Record Declaration (Count Thirty-Two) | WFB Custodian | | |
| 607 | WFB Accounts #0454 and #4780 -- Two Withdrawal Slips and Cashier's Check to Placer Title Company for a total of $122,990.90, 7/20/10 for Victoria Ridge Court, Pleasanton, CA with Business Record Declaration with Business Record Declaration (Count Thirty-Three) | WFB Custodian | | |
| 608 | WFB Account #4780 -- Wire Transfer from Su to Prominent Escrow Services for $600,000 for Germano Way, Pleasanton, CA with Business Record Declaration (Count Thirty-Four) | WFB Custodian | | |
| 609 | CitiBank Account #3045 -- Wire Transfer from Su to Prominent Escrow Services for $1.2 million, 12/15/10 for Germano Way, Pleasanton, CA with Business Record Declaration (Count Thirty-Five) | Citi Custodian | | |
| 610 | WFB Certificate of Insurance -- FDIC -- with Custodian Declaration | FDIC Custodian Certification | | |
| 611 | Citi Certificate of Insurance -- FDIC -- with Custodian Declaration | FDIC Custodian Certification | | |

# UNITED STATES DISTRICT COURT
## for the Northern District of California

Case No.:  CR-11-0288-SBA                    Date:  September 30, 2013

<u>UNITED STATES OF AMERICA</u>  vs.  <u>SUSAN XIAO-PING SU</u>

<u>EXHIBIT LIST</u>

(X)  PLAINTIFF                                ( ) DEFENDANT

| Exh. No. | DESCRIPTION | SPONSORING WITNESS | DATE | |
|---|---|---|---|---|
| | | | Marked | Admitted |
| | **Bank Account FRE 1006 Summary Exhibits:** | | | |
| 650 | Money Flow Summary #1 (Graphical Depiction of Bank Accounts and Major Transactions) -- **To Be Produced** | SA Mackey | | |
| 651 | Money Flow Summary #2 (Spreadsheet Depiction of Bank Accounts and Transactions) -- **To Be Produced** | SA Mackey | | |
| | | | | |
| | **BUSINESS/PUBLIC RECORDS:** | | | |
| 700 | Mercedes Benz of Pleasanton Sales Contract for Mercedes Benz purchased by Su, 11/28/09 -- **Awaiting Custodian Certification** | Mercedes Benz Custodian | | |
| 701 | Fidelity National Title Escrow File (Parts A & B) for Murrieta Boulevard, Livermore, CA with Business Record Declarations | Fidelity Custodian | | |
| 701a | Certified Grant Deed Alameda County Title Documents for Murrieta Boulevard, Livermore, CA -- **Awaiting Custodian Certification** | Certified Public Record | | |
| 702 | Chicago Title Company Escrow Files for 405 Boulder Court, Suite 700 and 800, Pleasanton, CA with Business Record Custodian Declaration | Chicago Title Custodian | | |
| 702a | Certified Alameda County Title Documents for 405 Boulder Court, Suite 700 and 800, Pleasanton, CA -- **Awaiting Custodian Certification** | Certified Public Record | | |
| 704 | Placer Title Company Escrow File (Parts A&B) for Victoria Ridge Court, Pleasanton, CA with Business Record Declaration | Placer Title Custodian | | |
| 704a | Certified Alameda County Title Documents for Victoria Ridge Court, Pleasanton, CA -- **Awaiting Custodian Certification** | Certified Public Record | | |

# UNITED STATES DISTRICT COURT
## for the Northern District of California

Case No.: CR-11-0288-SBA                    Date:  September 30, 2013

UNITED STATES OF AMERICA  vs.  SUSAN XIAO-PING SU

EXHIBIT LIST

(X)  PLAINTIFF                              ( ) DEFENDANT

| Exh. No. | DESCRIPTION | SPONSORING WITNESS | DATE | |
|---|---|---|---|---|
| | | | Marked | Admitted |
| 705 | Prominent Escrow Services Escrow File (Parts 1 & 2) Germano Way, Pleasanton, CA with Business Record Declaration | Prominent Escrow Services Custodian | | |
| 705a | Certified Alameda County Title Documents for Germano Way, Pleasanton, CA -- **Awaiting Custodian Certification** | Certified Public Record | | |
| 706 | U.C. Berkeley Transcript and Degree Records for Su  -- **Awaiting Custodian Certification** | U.C. Berkeley Custodian | | |
| 707 | Subscriber Information/IP Address Information at 628 Countrybrook Loop, San Ramon, CA (Latha Chathri's Address) (accessing SEVIS from home) -- **Awaiting Custodian Certification** | Comcast Custodian | | |
| 708 | Stamp Certified Articles of Incorporation for TVU filed with Office of the Secretary of State of the State of California, filed 2/22/08 -- **Awaiting Custodian Certification** | Secretary of State Custodian | | |
| 709 | Equity Residential Lease Records for 555 E. El Camino Real, Apt #14, Sunnyvale, CA -- **Awaiting Custodian Certification** | Equity Residential Custodian | | |
| | | | | |
| | | | | |