MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

HARTLEY M.K. WEST (CABN 191609)
WADE M. RHYNE (CABN 216799)
Assistant United States Attorneys

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    hartley.west@usdoj.gov
    wade.rhyne@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-11-00288 SBA |
| Plaintiff, | **UNITED STATES' SUPPLEMENTAL TRIAL WITNESS LIST** |
| v. | Date: September 30, 2013 |
| SUSAN XIAO-PING SU, | Time: 8:30 a.m. |
| Defendant. | Judge: Hon. Saundra B. Armstrong |

      Plaintiff United States of America hereby gives notice that the government may call the following additional witnesses while presenting evidence during its case-in-chief. The United States respectfully reserves its right to modify or supplement this list of witnesses as it continues to prepare for trial. A brief summary of the expected testimony of the witnesses follows.

      <u>Pastor David Sell</u> – Pastor Sell will testify about how he agreed to lease a portion of 4455 Stoneridge Drive to Susan Su in late 2008. He will testify that Su had permission to utilize a portion of the office, but did not have permission to utilize the remainder of the building to operate a university.

      <u>Scott Cole</u> – Mr. Cole will testify that he is the Vice President and General Counsel at University

of Central Florida (UCF). He will state that after thorough search, he confirmed that no Articulation Agreement existed between UCF and Tri-Valley University.

DATED: September 10, 2013            Respectfully submitted,

MELINDA HAAG
United States Attorney

      /s/
WADE M. RHYNE
HARTLEY M.K. WEST
Assistant United States Attorneys

2