1 MELINDA HAAG (CABN 132612)
United States Attorney

2

3 J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

4 HARTLEY M.K. WEST (CABN 191609)
WADE M. RHYNE (CABN 216799)
5 Assistant United States Attorneys

6     1301 Clay Street, Suite 340S
    Oakland, California 94612
7     Telephone: (510) 637-3680
    FAX: (510) 637-3724
8     hartley.west@usdoj.gov
    wade.rhyne@usdoj.gov
9
Attorneys for United States of America

10

11 UNITED STATES DISTRICT COURT

12 NORTHERN DISTRICT OF CALIFORNIA

13 OAKLAND DIVISION

14

15 UNITED STATES OF AMERICA, ) CASE NO. CR-11-00288 SBA
 )
16     Plaintiff, ) **UNITED STATES' REPLY IN SUPPORT OF**
 ) **MOTION IN LIMINE NO. 1**
17    v. )
 ) PTC Date: September 18, 2013
18 SUSAN XIAO-PING SU, ) Time: 3:00 p.m.
 ) Judge: Hon. Saundra B. Armstrong
19     Defendant. ) Trial: September 30, 2013
 )
20

21 **INTRODUCTION**

22     Plaintiff United States of America, by and through its counsel of record, Assistant United States

23 Attorneys Wade M. Rhyne and Hartley M. K. West, hereby submits this reply memorandum pursuant to

24 Federal Rule of Evidence 104(a) in support of its motion in limine for a preliminary ruling as to the

25 admissibility of certain trial exhibits – constituting certified business records and public records –

26 without live testimony from foundational records custodians.

27 ///

28

**ARGUMENT**

In its motion in limine, the United States notified the Court that it was awaiting the receipt of additional custodian certifications for certain trial exhibits. Since that time, the United States has received additional certifications as anticipated.

The current status for each <u>business record</u> exhibit, as of the date of filing this reply, is as follows:

1. **Well Fargo Bank Records** – Exhibit Nos. 500-509, 520, 531-535, 560, 570, 580-591, 600-608 (certifications included with trial exhibits);

2. **CitiBank Records** – Exhibits Nos. 510-513a, 609 (certifications included with trial exhibits);

3. **PayPal Records** – Exhibit Nos. 514-515 (certifications included with trial exhibits);

4. **Global Payment Inc**. **Records** – Exhibit No 416 (certification included with trial exhibits);

5. **American Express Records** – Exhibit No. 519 (certification included with trial exhibits);

6. **Mercedes Benz of Pleasanton Records** – Exhibit No. 700 (certification included with trial exhibits);

7. **Fidelity National Title Co. Records** – Exhibit No. 701 (certifications included with trial exhibits);

8. **Chicago Title Co. Records** – Exhibit No. 702 (certification included with trial exhibits);

9. **Placer Title Co. Records** – Exhibit No. 704 (certifications included with trial exhibits);

10. **Prominent Escrow Services Records –** Exhibit No. 705 (certifications included with trial exhibits);

11. **Comcast Records** – Exhibit No. 707 (certification included with trial exhibits); and

12. **Equity Residential Records** – Exhibit No. 709 (certification included with trial exhibits).

The current status for each <u>public record</u> exhibit, as of the date of filing this reply, is as follows:

1. **SEVIS/SEVP Records** – Exhibits Nos. 1-6, 10-11, 30-31, 50-51, 60-61, 70-71, 80-81, 106, 420-440 (awaiting certification);

2. **U.S. District Court for the Northern District of California** – Exhibit Nos. 450, 451, 452, and 453 (stamp certified);

3. **Federal Deposit Insurance Corporation Certificates** – Exhibit Nos. 610-611 (certification included with trial exhibits);

4. **Alameda County Recorder's Office** – Former Exhibit Nos. 701a, 702a, 704a, 705a; now identified as Exhibit Nos. 705a and 705b (seal certified; certification included with trial exhibits);

5. **U.C. Berkeley** – Exhibit No. 706 (certification included with trial exhibits); and

6. **Secretary of State for State of California** – Exhibit No. 708 (certification included with trial exhibits).

## CONCLUSION

For the reasons stated, the United States respectfully requests the Court grant its motion in limine for a preliminary ruling of admissibility as to each certified business record and public record, all without the need for live testimony from each foundational custodian.

DATED:  September 11, 2013              Respectfully submitted,

                                        MELINDA HAAG
                                        United States Attorney


                                               /s/
                                        HARTLEY M. K. WEST
                                        WADE M. RHYNE
                                        Assistant United States Attorneys