UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SUSAN XIAO-PING SU,<br><br>　　　　　Defendant. | Case No:  CR 11-00288 SBA<br><br>**ORDER VACATING PRETRIAL CONFERENCE AND TRIAL DATE AND SCHEDULING TRIAL SETTING** |

　　　The pretrial conference scheduled for September 17, 2013, and the trial date of September 30, 2013, are VACATED.  The parties shall appear for a trial setting conference on <u>September 27, 2013 at 10:00 a.m.</u>  Due to pending motions in limine, time under the Speedy Trial Act remains automatically tolled under 18 U.S.C. § 3161(h)(1)(D).

　　　IT IS SO ORDERED.

Dated:  September 13, 2013

　　　　　　　　　　　　　　　　　　　　　　_Saundra B Armstrong_
　　　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　　　United States District Judge