## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES

#### Date: 9/27/2013

**TIME IN HEARING: 10:39 a.m. - 10:50 a.m. (11 minutes)**

CR11-00288SBA                              JUDGE: SAUNDRA BROWN ARMSTRONG

SUSAM XIAO-PING SU                    Present (X) Not Present () In Custody ()
DEFENDANT(S)

Wade Rhyne_____                         Erik Babcock_____
U.S. ATTORNEY                              ATTORNEY FOR DEFENDANT(S)

Deputy Clerk: Nikki D. Riley             Cathy Wyatt____
                                          Court Reporter

_N/A_____              _____
Interpreter                                Probation Officer

### PROCEEDINGS

**REASON FOR HEARING: Trial Setting - HELD**

**RESULT OF HEARING:   Time is excluded from 9/27/2013 to 2/24/2014 for continuity of counsel and pending motion.**

**Next court dates are: 2/11/2014 at 10:00 a.m. for pretrial; 2/24/2014 at 8:30 a.m. for jury trial (10 day).**

cc