UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>SUSAN XIAO-PING SU,<br><br>　　　　Defendant. | Case No:  CR 11-00288 SBA<br><br>**ORDER** |

　　　Finding myself unable to try the above-captioned action, I hereby request that the Assignment Committee reassign the case forthwith.

　　　IT IS SO ORDERED.

Dated:  November 25, 2013

_Saundra B. Armstrong_
SAUNDRA BROWN ARMSTRONG
United States District Judge