UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

### CRIMINAL MINUTES

| | | |
|---|---|---|
| Judge: | Jon S. Tigar | Time in Court: 19 minutes |
| Date: | December 20, 2013 | |
| Case No. | **4:11-cr-00288-JST** | |

**United States of America**   v.   **Susan Xiao-Ping Su**

Defendant
☑ Present
☐ Not Present
☐ In Custody

Wade Rhyne                                                    Erik Babcock
Hartley West                                                   Alanna Coopersmith
U.S. Attorney                                                  Defense Counsel


Deputy Clerk:  William Noble                   Reporter:  Raynee Mercado


### PROCEEDINGS

REASON FOR HEARING:   Status conference.

RESULT OF HEARING:

The Court set the following schedule:

| Pretrial conference | February 7, 2014 at 9:30 a.m. in San Francisco |
|---|---|
| Further pretrial conference | March 3, 2014 at 9:00 a.m. in San Francisco |
| Jury Selection | March 4, 2014 and March 5, 2014 in San Francisco |
| Jury Trial | March 11, 2014 (4 weeks) in San Franciscvo |

Daily trial schedule:  8:30 a.m. to 1:30 p.m. with two, 15 minute breaks.  Trial runs Monday through Thursday.

Time is excluded through March 3, 2014 for effective preparation of counsel.  The Government is to prepare a proposed order.