1 | MELINDA HAAG (CABN 132612)
United States Attorney

2

3 | J. DOUGLAS WILSON (DCBN 412822)
Chief, Criminal Division

4 | HARTLEY M.K. WEST (CABN 191609)
WADE M. RHYNE (CABN 216799)

5 | Assistant United States Attorneys
    1301 Clay Street, Suite 340S

6 |     Oakland, California 94612
    Telephone: (510) 637-3693

7 |     FAX: (510) 637-3724
    Email: hartley.west@usdoj.gov

8 |            wade.rhyne@usdoj.gov

9 | Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-11-00288 JST |
| Plaintiff, | **[PROPOSED] ORDER EXCLUDING TIME FROM DECEMBER 20, 2013 TO MARCH 3, 2014** |
| v. | |
| SUSAN XIAO-PING SU, | |
| Defendant. | |

The United States by and through its attorneys of record, and the defendant Susan Xiao-Ping Su, by and through her attorneys of record, appeared before the Court on December 20, 2013 for a status conference and trial re-setting. The Court set the matter for an initial pre-trial conference on February 7, 2014 at 9:30 a.m., for a further pre-trial conference on March 3, 2014 at 9:00 a.m., for jury selection on March 4, 2014 at 8:30 a.m., and for trial on March 11, 2014 at 8:30 a.m., all in Courtroom 9, on the 19th Floor in San Francisco. The United States represented that the case involved 35-counts and that its case-in-chief would take approximately three trial weeks (excluding voir dire) and include up to 60 witnesses, depending on upon stipulations and upon the Court's ruling on the pending motion in limine. Based on

ORDER EXLUDING TIME
Case No. CR-11-00288 JST

1 the defense counsels' availability and the parties' continuing preparation for trial, the parties jointly
2 agreed upon the dates set forth above, as suggested by the Court.  The parties further agreed that the
3 Court should exclude time under the Speedy Trial Act between December 20, 2013 and March 3, 2014.

4       Based upon the representations of counsel and for good cause shown, the Court finds that failing
5 to exclude the time between December 20, 2013 and March 3, 2014 would deny counsel the reasonable
6 time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C.
7 § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time
8 between December 20, 2013 and March 3, 2014 from computation under the Speedy Trial Act outweigh
9 the best interests of the public and the defendant in a speedy trial.  Therefore, **IT IS HEREBY**
10 **ORDERED** that the matter is set before this Court on the dates set forth above and that the time
11 between December 20, 2013 and March 3, 2014 shall be excluded from computation under the Speedy
12 Trial Act.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

15 DATED: _____

                            JON S. TIGAR
16                             United States District Judge

ORDER EXLUDING TIME
Case No. CR-11-00288 JST