UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES of AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>SUSAN XIAO-PING SU,<br><br>    Defendant. | Case No. 11-cr-00288-JST-1<br><br>**NOTICE OF *EX PARTE* COMMUNICATION** |
|---|---|

TO ALL PARTIES AND THEIR ATTORNEY OF RECORD:

The Court hereby gives notice that it received the *ex parte* communication of which a copy is attached hereto.

The Court is prohibited from receiving *ex parte* communications. An *ex parte* communication occurs when one party communicates with the court, orally or in writing, either without notice to or without the presence of the other party or parties. Canon 3(A)(4) of the Code of Conduct for United States Judges provides that, except in circumstances not present here, "a judge should not initiate, permit, or consider *ex parte* communications or consider other communications concerning a pending or impending matter that are made outside the presence of the parties or their lawyers."

Additionally, Civil Local Rule 11-4(c) provides:

> Except as otherwise provided by law, these Local Rules or otherwise ordered by the Court, an attorney or party to an action must refrain from making telephone calls or writing letters or sending copies of communications between counsel to the assigned Judge or the Judge's law clerks or otherwise communicating with a Judge or the Judge's staff regarding a pending matter, without prior notice to opposing counsel.

This rule is incorporated into the Criminal Local Rules.  See Crim. L.R. 2-1.

The Clerk is directed to place this Notice and its attachment in the file of the case.

**IT IS SO ORDERED**.

Dated:  January 24, 2014

_____
JON S. TIGAR
United States District Judge

2