# 一个父亲的申诉

## 尊敬的美国大法官：

我是三谷大学案当事人苏小平的父亲，请允许我作两点申诉。

我要申诉的第一点是：请法官大人明查当事人是一个"神经有病的人"。

不管怎样讲，当事人犯过神经病，并始终未痊愈，这是客观存在的事实。对于当事人是个"神经病人"这一点，她的父亲、母亲、妹妹、妹夫、弟弟、她的两个女儿，以及她的前夫和前公公、婆婆等，只要排除"家丑不可外扬"的思想顾虑，至少十人以上都是可以出庭作证的。

当事人的神经病始发于她办学之前的1-2年。

当事人得神经病的原因既有社会原因，也有家庭原因，归纳起来讲是三种因素合并而引起：失业、受骗、家暴。

当事人一个堂堂的美国柏克利大学博士，2004年遭公司裁员后多年处于失业状态，偶尔找到一所大学任教，也只是临时代课教师。其间有一个美国江湖骗子公司，说什么入股可获高利息，当事人上当受骗达5万美元以上。失业和受骗也严重影响了当事人的夫妻关系，她的丈夫开始对她实行经济封锁，并经常吵嘴打架。失业—受骗—家暴同时袭来，便造成当事人的神经错乱。

当事人神经错乱的主要表现：

1. 当事人与英国王子本来没有任何关系，英国王子也根本不知道世界上还有她这个女子存在，她本身又是一个有夫之妻和一个有两个女儿的母亲，但她成天说英国王子要来娶她为妻。当事人并经常吵叫要她的家人陪她一起到车站等英国王子，说英国王子就要来了。她还要她的弟弟陪她到商店花了一百多美元买了一件婚纱，说出嫁时穿。她这样成天折腾，使她的丈夫和两个女儿最感到伤心，觉得这是一件难以告人的大丑事。这样就使她完全失去家庭温暖，她多次受到丈夫的打骂，她丈夫多次讲到要用绳子把她捆起来送到神经病医院关起来；她的女儿也开始讨厌她经常对她大吼大叫并监视她的行动。

2. 当事人发神经病时，曾送 Pleasanton "红房子医院" 住院治疗一个多星期。医院肯定会有病历可查。出院后病仍未好，她的丈夫还打电话通知她的弟弟从佛罗里达几千里之外赶到加州来看过她。
3. 她神经病发作时很少吃东西，身体瘦的不像样子，她说要减肥以便好嫁给英国王子。
4. 2007 年冬她又受到丈夫的打骂，这时她提出要离婚，我和她的妹妹怕出问题，于是开车去把她接到她妹妹家，一住就是半年，这半年也是她实质性的夫妻分居。

后来她的病在妹妹家有母亲照料慢慢也养好了一些，她又回家与前夫和两个女儿一起过日子。

不久便传来消息说她要申办什么网络大学。对于当事人宣布要申办大学，可以说所有家人都是冷漠的。特别是她的前夫更是极力反对和千方百计的阻止，只要是发现她打电话与办学有关，她的前夫都非常生气。她的弟弟妹妹对她办学一事也是冷漠的。偶尔答应她的要求帮她做些事，也完全是出于面子。弟弟妹妹一不入伙，二做事也不计报酬。我是一个教书人，听她讲到网络教育可以大幅度降低培养人才的投入和代价，我倒是产生兴趣；又认为办学是对社会有益的事总不会错；还认为办学或许对她的神经病会有好处，出于这三方面考虑，所以要说家人也只有我对她办学是持支持态度的。但我支持她办学也只是办网络大学，因为我很明白，她根本没有条件办普通大学。我的这个态度是有证据的：2012 年三谷大学决定加以规顺特申办《环球电脑网络大学》，我不断积极参与，并因为我是当事人的父亲，被挂名校董事长。《环球电脑网络大学》立下的办学宗旨是："为开创和推广人类的网络教育事业而办学"。不料 2013 年申办网络大学，反而遭到政府的拒批。

事物的发展完全出乎我的预料，当事人所办的三谷大学居然大获成功。成功的标志：首先是学校得到美国政府主管教育部门的正式批准；不久又获得对外招生资格的批准；更出奇的是学校已拥有几百万的校产；学校注册研究生已达千人以上。

除以上硬件外，还有些软件也足以证明三谷大学办学成功。例如：我最小的女儿苏小健在奥克兰上社区大学，她讲到："有一天老师向我们学生询问：你们毕业后有什么打算？其中就有一个同学回答：我打算到三谷大学攻

读硕士学位。似乎老师早已知道三谷大学，并表示认可。这说明大姐办学很成功。"

正在我沉浸于当事人办学成功之时，于2011年1月19日三谷大学突然遭到查封。就在三谷大学被查封之后，我仍然在美国的《世界日报》上看到一篇文章，报道原来在三谷大学任过教的一个老师讲到："我认为三谷大学在组织教学方面是很正规和认真的。"正是我看到这篇文章，所以才使我的心变踏实了，相信三谷大学案总有一天会弄清楚。我坚信三谷大学干的是树人之事，培养一个人才至少也得几年的努力，这与被骗当事人几万美元的江湖骗子公司是截然不同的。

关于第一点申诉，还得说明一点：那就是当事人的神经病在办学中以及学校关闭后的这些年，虽然病情较办学前大有好转，但仍然没有痊愈。也就是说她至今仍然是一个神经有病的人。对于这一点许多接触过当事人的人过后都讲到："这个人的神经有问题。"开始关押她的警察也觉得她的神经有问题，并把她送到神经病医院去做过检查。正因为她是一个神经有病的人，所以她办学多年，尽管她的学校已办成千人学生的大校，她仍然是"一人办学"。

我要申诉的第二点是：三谷大学的实质总起来讲应该算是一场误会，是人类对网络教育这一新生事物在开创阶段世人处于不了解时而产生的一场误会。

事实可以证明：三谷大学为人类的网络教育的开创与推广功不可没，至少起到投石问路的作用。早在人类的网络教育几乎还处于一片空白之时，三谷大学就已经采用网络教学成功的培养出数名硕士和即将毕业的博士。直到人类的网络教育近两年才开始蓬勃兴起的今日，三谷大学所掌握的"网络教室技术"仍处于世界网络教学的尖端水平和领先地位，至今世界许多名牌大学对此"网络教室技术"仍然望尘莫及。事实足以证明：苏小平博士虽然是一个神经有病的人，但在网络教学科学研究中是有一技之长的人，至少是一个愿意为人类的教育事业做些事的人，她绝不是什么江湖骗子。

当然，对于一个神经有病的人在办学过程中肯定会有这样或那样的问题。该怎样看待这些问题呢？首先得承认当事人是一个神经有病的人，其次除去当事人的个人责任，可以说政府主管教育的官员和政府负责签证的官员也有

3

不可推卸的责任。这些官员只要稍加调查负责一点，有许多问题就会避免发生。

三谷大学自始至终在客观上一直是一所网络大学。

如果说学校是按照普通大学申报的，那也不属于当事人有意欺骗政府。是因为当时世界上还没有申报网络大学的先例，当事人根本不知道该怎样申报网络大学。

如果要说政府批准三谷大学为普通大学完全是受了当事人的欺骗，那么，三谷大学在申报时既没有教学区，也没有生活区，更没有体育区；又开办一所普通大学的启动资金至少也得几百万吧，可三谷大学连一万都没有；三谷大学更没有一支像样的教授队伍，请问，政府主管教育的官员，他们是凭什么批准三谷大学为普通大学的？这能怪受骗吗？我这样问，不是说政府不该批准三谷大学，而是指政府只能批准三谷大学是客观的网络大学。又三谷大学从来就没有学生公寓，那么政府官员又是凭什么批准其对外招生资格的？更不可理解的是：三谷大学在一无所有的情况下，政府尽然能批准它为普通大学；当三谷大学具有相当的规模和成熟的网络教学技能时，于 2012 年专门想把学校性质规正特申报网络大学，反而遭到拒批，这又该怎样解释呢？

如果要说政府签证官也是受了当事人的欺骗，请问，政府负责签证的官员，他们是凭什么批准数千名印度学生的签证的？据了解三谷大学在申报材料中"学生管理员"这一栏的签名始终都是用的一个人的签名，试问：一个人能管理几千名学生吗？又三谷大学的对外招生名额一年只有 30 名，签证官是凭什么批准一千多印度学生签证的？

以上这些问题的答案只能用"误会"来解释。因为直到现在人们才知道网络教学根本不需要学生签证出国住读，如果不涉及到出国签证，不就什么问题也没有吗？可是谁也不是天生的先知，没有经过实践谁也不知道网络教学根本不需要住读。所以说三谷大学案的实质是新生事物在开创阶段而产生的误会。

任何科学技术在发明和开创阶段都是会走弯路的，都是要付出代价的，都是会有许多误会的。对于三谷大学案的主要误会是两点：一是把当事人一个神经有病的人误会为一般正常人；二是把一所客观的网络大学误会为普通大学。如果用普通大学的标准去衡量网络大学，那是不客观的，是会出问题的。

4

起诉书既不公平，也不客观。起诉书所列举的内容占 90%的都是与事实根本不相符的。起诉书把政府官员的责任推卸的一干二净，对老百姓是抓住一点全盘否定。如果没有政府批准三谷大学为普通大学的错误，起诉书所指的一切都不可能发生，所以一句话：起诉书是严重不切合实际的。

这里对起诉书中指控最严重的一条辩驳如下：说什么"勾结非法移民集团出卖签证。"证据是："官员假扮学生作试探。"-----这是严重的概念不清，手段不当。

1. 根本不存在与任何"非法移民集团"有勾结。
2. "出卖签证"与"正当收取学费"是两个决然不同的概念。谁都知道一份美国签证至少要卖几万美元；而三谷大学所收的网络学费是一年只收 2700 美元。这个收费标准，既是判别到底是"出卖签证"，还是"正当学费"的试金石；又是判别到底是网络大学，还是普通大学的依据之一。这个收费标准也表明网络大学的学费只占普通大学的十分之一甚至更低。
3. "一边干工，一边学习"。这本来就是网络大学学生的正常流向。虽有违政府关于外籍学生住读的规定，那是因为政府没有把客观的网络大学性质弄清楚，因为网络教育不需要学生住读。
4. "官员假扮学生作试探"，手段不适当。假学生讲假话说："只干工，不学习"，谁能保证"假学生"以后就真的不修咱的网络课程？所以只要注册就照常收费，这不叫"出卖签证"，仍属于"正当收取学费"。
5. 一所网络大学的学生名额十万之内都为适当，三谷大学只有一千多学生无可非议。
6. 网络大学属于远程教育，网络大学的招生原则是既不认人也不认地方。无论是什么人，什么地方的人都一视同仁。例如：非法移民、犯人、伤残人、政府官人、外国人……都一视同仁。只要你愿意学习，都可以注册成为学生。网络大学招生唯一注重的是专业基础。
7. 这些印度学生都是大学毕业，留在美国即便干工，对美国也是有益无害。

既然当事人是一个神经有病的人，既然搞科学发明总会付出代价，既然起诉书严重不实，三谷大学案就不适合兴师问罪。如果硬要问罪，那么没有

5

神经病的官员不说应该重罪，至少也得同罪，只有这样才能体现法律的公平。为什么这样讲？因为与其说这些官员是受了一个神经有病人的欺骗，倒不如说是属于这些官员自身严重失职。难道把一所始终客观的网络大学错误批准为普通大学，这其中不存在政府官员的严重失职吗？

三谷大学案的关键在于首先得弄清这所大学的定性，它到底是普通大学还是网络大学？如果连学校的定性就没弄清楚，讨论其它问题都是没有意义的。所有问题都是定性错误所引起的。

既然三谷大学案不适合兴师问罪，那么，一所经过堂堂的美国政府正式批准的大学；一所世界上最早期诞生的网络大学；一所当时令许多学生向往的大学；一所注册研究生超过千人以上的大学；一所曾经震惊美国、印度两个超级大国的大学，总不能因连学校定性就还没有弄清楚就判其死刑吧！

摆在世人面前的客观事实铁一般的证明：三谷大学无论过去还是现在都不符合普通大学的基本条件；可是三谷大学却是开创、探索、推广人类网络教育事业的一只领头羊。因为虽说十年前网络教学的某些技术就已开始被一些普通大学所使用，但作为一所独立的完全的使用网络教学高科技手段，专门培养硕士和博士的网络大学，三谷大学算是世界上的第一所。"网络大学"与世界各国形形色色的其它大学也有本质区别，主要区别在于所采用的教学手段不同，网络大学是完全的单纯的使用电脑网络进行教学，而其它大学的教学手段则是五花八门。其次是学费标准也大不相同。因为开办世界第一所网络大学的人是伯克利大学的博士，是美国公民，所以这是美利坚的骄傲。

咱们退一步讲，即使真的要给当事人判几年刑，那么，一所经过美国政府正式批准的大学，主要是因为政府把学校性质搞错了，就能遭到取缔吗？堂堂的美国政府正式批准的大学难道就这样不值？这种取缔到底是合法的还是非法的？如果说是合法，那么又是合的哪一条法？取缔世界上第一所网络大学，在国际上又该怎样交代？

综上所述，故特呼吁：决不能因为学校定性不清，就一刀活生生的杀死这只网络大学的领头羊！请大法官救救它吧！故特向大法官提出两点请求：

1. 还其真面目，将"三谷大学"正名为"三谷网络大学"，并纠正以前所有与客观不相符的东西。
2. 撤销苏小平的校长职务，面向社会公开招聘新校长。让苏小平一边养病，一边集中精力做些技术工作。

6

  这样，以便让现成的社会资源继续服务社会，并为人类的网络教育事业做些贡献。

  尊敬的大法官：当事人是个神经病人，我是她的父亲，又是规正网络大学的法人代表，如果要问罪，请冲我来吧！

  法律是以客观存在的事实为标准。三谷大学无论是怎样申报和审批的，客观事实它就是一所网络大学。 人们不能只看到三谷大学收费，也应该看到它组织教学的艰辛和努力。如果三谷大学有一个签证收费超过一万美元以上，这叫"出卖签证"；如果三谷大学收取了网络学费，没有按承诺提供网络课程，这叫"行骗"。我都愿意受罚，因为"养子不教父之过"。

  请大法官明断！

此致

敬礼

*chang gui SU*

申诉人：苏长贵 *苏长贵*

12/26/2013

住址：3340 Gardella Plz, Apt 104, Livermore, CA 94551

电话：925-301-0412（Chinese Mandarin）

Chang Gui Fu
3340 Gardella Plz
Apt 104
Livermore, CA 94551

Mr. Richard W Wieking
United States Courthouse
450 Golden Gate Ave.
San Francisco, CA 94102