MELINDA HAAG (CSBN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

DAVID B. COUNTRYMAN (CSBN 226995)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7303
    FAX: (415) 436-7234
    Email: david.countryman@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. CR 11-0288 JST |
| Plaintiff, | ) |
| | ) NOTICE OF ENTRY OF APPEARANCE AND |
| v. | ) NOTICE OF SUBSTITUTION |
| SUSAN SU, | ) |
| Defendant. | ) |

TO THE COURT AND DEFENDANTS AND COUNSEL:

PLEASE TAKE NOTICE THAT effective immediately, Assistant United States Attorney (AUSA) David B. Countryman will be entering an appearance on behalf of the United States in the above-captioned case. Please include AUSA Countryman in all future correspondence, pleadings, and notices, in place and instead of AUSA Patricia J. Kenney.

///

///

///

///

Entry of Appearance
CR 11-0288 JST

AUSA Countryman's information is as follows:

>David B. Countryman
>Assistant United States Attorney
>450 Golden Gate Avenue, 11th Floor
>San Francisco, CA 94102
>Telephone: (415) 436-7303
>Facsimile: (415) 436-7234
>Email: david.countryman@usdoj.gov

Dated: February 6, 2014              Respectfully submitted,

>MELINDA HAAG
>United States Attorney

>_____/S/_____
>DAVID B. COUNTRYMAN
>Assistant United States Attorney

Entry of Appearance
CR 11-0288 JST