UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

*CRIMINAL MINUTES*

Judge:        Jon S. Tigar                          Time in Court:   55 minutes

Date:         February 7, 2014

Case No.    **4:11-cr-00288-JST-1**

**United States of America**         v.        **Susan Xiao-Ping Su**

Defendant
☑ Present
☐ Not Present
☐ In Custody

Hartley West
Wade Rhyne
David Countryman                                      Erick Babcock
U.S. Attorney                                          Defense Counsel

Deputy Clerk:  William Noble                  Reporter:  Sarah Goekler

*PROCEEDINGS*

REASON FOR HEARING:     Pretrial Conference

RESULT OF HEARING:

Parties are working toward agreement on remaining motion in limine.

Defendant is scheduled for a medical appointment on March 11, 2014 and depending on the diagnosis may need further appointments or treatment.

Government informed the Court that due to the change in trial schedule that its expert has changed.  The expert's CV will be provided to the defendant.

Government informed the Court that one witness will use a Mandarin Chinese interpreter.

The Government will provide an amended exhibit list to the Court.  Exhibit binders should be submitted at the beginning of March.

Date:              February 7, 2014

Case No.         **4:11-cr-00288-JST-1**

**United States of America**         v.         **Susan Xiao-Ping Su**


Defendant waived her right to a Jury trial to decide the issue of forfeiture.  The Court will decide the forfeiture issue.

Government may dismiss some money laundering charges.

The Court will issue a written order regarding the number of case agents the Government may have present in the courtroom and seated at counsel table.

Three alternates will be selected for Jury.

The trial schedule was modified as follows:
March 3, 2014 at 8:00 a.m. - Jury selection
March 4, 2014 at 8:00 a.m. - Jury selection (continued), entry of evidence
March 5, 2014 at 8:00 a.m. - Jury trial
March 6, 2014 - Trial dark
March 7, 2014 - Trial dark
March 10, 2014 - Trial dark
Trial will continue Monday through Thursday from 8:00 a.m. to 1:30 p.m.  The jurors will be present by 8:30 a.m.