**FILED**

MAR 03 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SUSAN XIAO-PING SU,<br><br>Defendant. | CASE NO. CR-11-00288 JST<br><br>**JOINT EVIDENTIARY STIPULATIONS**<br><br>Trial Date: March 11, 2014<br>Time: 8:30 a.m.<br>Judge: Hon. Jon S. Tigar |

The United States of America, by and through its counsel of record, Assistant United States Attorneys Wade M. Rhyne and Hartley M.K. West, and Defendant Susan Xiao-Ping Su by and through her counsel of record, Erik Babcock, hereby agree and stipulate to the following:

**Evidentiary Stipulation No. 1**:

Pursuant to Federal Rule of Evidence 902(11), the parties stipulate to the self-authenticating status of all certified domestic records of a regularly conducted activity, specifically the following:

1. **Well Fargo Bank Records** – Exhibit Nos. 500-509, 520, 531-535, 560, 570, 580-591, 600-608;

2. **CitiBank Records** – Exhibits Nos. 510-513a, 609;

1

JOINT EVIDENTIARY STIPULATIONS
CR-11-00288 JST

3. **PayPal Records** – Exhibit Nos. 514-515;
4. **Global Payment Inc. Records** – Exhibit No 416;
5. **American Express Records** – Exhibit No. 519;
6. **Mercedes Benz of Pleasanton Records** – Exhibit No. 700;
7. **Fidelity National Title Co. Records** – Exhibit No. 701;
8. **Chicago Title Co. Records** – Exhibit No. 702;
9. **Placer Title Co. Records** – Exhibit No. 704;
10. **Prominent Escrow Services Records** – Exhibit No. 705;
11. **Comcast Records** – Exhibit No. 707; and
12. **Equity Residential Records** – Exhibit No. 709.

**Evidentiary Stipulation No. 2**:

Pursuant to Federal Rule Evidence 902(4), the parties further stipulate to the self-authenticating status of all certified copies of public records, specifically the following:

1. **U.S. District Court for the Northern District of California** – Exhibit Nos. 450, 451, 452, and 453;
2. **Federal Deposit Insurance Corporation Certificates** – Exhibit Nos. 610-611;
3. **Alameda County Recorder's Office** – Exhibit Nos. 705a and 705b;
4. **U.C. Berkeley** – Exhibit No. 706; and
5. **Secretary of State for State of California** – Exhibit No. 708.

**Evidentiary Stipulation No. 3**:

The parties further stipulate to the authenticity of all records obtained from the U.S. Department of Homeland Security, Student and Exchange Visitor Program (SEVP) and Student and Exchange Visitor Information System (SEVIS), specifically the following: Exhibits Nos. 1-6, 10-11, 30-31, 50-51, 60-61, 70-71, 80-81, 106, 420-440.

///

**Evidentiary Stipulation No. 4:**

The parties further stipulate that all documents and emails obtained from computers belonging to Tri-Valley University and Susan Su accurately reflect the records as they existed on those computers at the date of their seizure.

**SO STIPULATED AND AGREED.**

Dated: 3/3/14

MELINDA HAAG
United States Attorney

HARTLEY M. K. WEST
WADE M. RHYNE
Assistant United States Attorneys

Dated: 3/3/14

ERIK BABCOCK
Counsel for Defendant Susan Xiao-Ping Su

JOINT EVIDENTIARY STIPULATIONS
CR-11-00288 JST

3