**FILED**

MAR 0 3 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. CR-11-00288 JST |
|---|---|
| Plaintiff, | ) **JOINT FACTUAL STIPULATIONS** |
| v. | ) |
| SUSAN XIAO-PING SU, | ) Trial Date: March 3, 2014 |
|  | ) Time: 8:30 a.m. |
| Defendant. | ) Judge: Hon. Jon S. Tigar |

The United States of America, by and through its counsel of record, Assistant United States Attorneys Wade M. Rhyne and Hartley M.K. West, and Defendant Susan Xiao-Ping Su by and through her counsel of record, Erik Babcock, hereby agree and stipulate that these facts may be presented to the jury as having been proved in accordance with Ninth Circuit Model Criminal Jury Instruction 2.4.:

**Factual Stipulation No. 1**:

During the dates of the offenses charged in this case, Wells Fargo Bank and CitiBank were financial institutions and banks insured by the Federal Insurance Deposit Corporation.

/ / /

/ / /

JOINT FACTUAL STIPULATIONS
CR-11-00288 JST

1

**Factual Stipulation No. 2:**

During the dates of the offenses charged in this case, all emails sent to or from special agents for the Department of Homeland of Security with emails ending in dhs.gov electronically traveled in interstate commerce through servers located in Virginia.

**Factual Stipulation No. 3:**

During the dates of the offenses charged in this case, the Student and Exchange Visitor Information System (SEVIS) was a nonpublic computer system located in Rockville, Maryland. All entries made into the SEVIS computer system electronically traveled in interstate commerce to servers located in Rockville, Maryland.

**SO STIPULATED AND AGREED.**

Dated: 3/3/14

MELINDA HAAG
United States Attorney

HARTLEY M. K. WEST
WADE M. RHYNE
Assistant United States Attorneys

Dated: 3/3/14

ERIK BABCOCK
Counsel for Defendant Susan Xiao-Ping Su