UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

*CRIMINAL JURY TRIAL MINUTES*

| | | | |
|---|---|---|---|
| Judge: | Jon S. Tigar | Time in Court: | 3 hours, 7 minutes |
| Date: | March 3, 2014 | | |
| Case No. | **4:11-cr-00288-JST-1** | | |
| Case Title: | **United States of America v. Susan Xiao-Ping Su** | | |

☑ Present
☐ Not Present
☐ In Custody

Appearances:

For Government: Wade Rhyne; Hartley M.K. West

For Defendant: Erik Babcock; Kevin Morley

Deputy Clerk: William Noble                    Reporter: James Pence

Trial Begin: March 3, 2014                    Further Trial: March 4, 2014

Exhibits Admitted

Government:

Defendant:

Witness Sworn

Government:

Defendant:

Depositions Read
Motions Heard
Other

Jury selection begins.
Jury selection completed.

Also Present: Special Agent Jason Mackey

1

Case No: **4:11-cr-00288-JST-1**
Case Name: <u>United States of America v. Susan Xiao-Ping Su</u>
Date: March 3, 2014
Courtroom Deputy: William Noble                Court Reporter: James Pence

| GOV NO. | DEF NO. | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 8:14 a.m. | | | Court called to order. Joint stipulations (dockets 97, 98) may be read at the conclusion of the Government's case. Special Agent Mackey will split his testimony and be called twice. Court read proposed case summary. Parties will provide each other advance notice of what witness will be called. Trial will be in session on March 10, 2014. | |
| | | 8:30 a.m. | | | Discussion about Jury selection process. Court will choose four alternates. Preemptory challenges will be made verbally. Government has six challenges, Defendant has ten challenges. If both sides decline to exercise a challenge, it will indicate to the Court that the Jury is selected. | |
| | | 8:42 a.m. | | | Attorneys and Jurors may bring drinks into the Courtroom. Schedule for the day: Jury selection will continue to 4:30 p.m. if needed. Court will take break at noon if Jury Selection is going to appear to take the entire day. | |
| | | 8:43 a.m. | | | Court in recess. | |
| | | 9:23 a.m. | | | Court in session. Discussion regarding size of venire. | |
| | | 9:25 a.m. | | | Court in recess. | |
| | | 9:49 a.m. | | | Court in session. Venire present. | |
| | | 9:57 a.m. | | | Venire sworn. | |
| | | 10:11 a.m. | | | Jury selection begins. | |
| | | 11:18 a.m. | | | Court in recess. | |
| | | 11:33 a.m. | | | Court in session. Jury selection resumes. | |

2

Case No: **4:11-cr-00288-JST-1**
Case Name: <u>**United States of America v. Susan Xiao-Ping Su**</u>
Date: March 3, 2014
Courtroom Deputy: William Noble          Court Reporter: James Pence

| GOV NO. | DEF NO. | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 12:17 p.m. | | | Preemptory challenges exercised by Government and Defendant. | |
| | | 12:20 p.m. | | | Jury sworn. Selection of alternates begins. No preemptory challenges by either party. Alternate Jurors sworn. | |
| | | 12:28 p.m. | | | Jury selection complete. | |
| | | 12:34 p.m. | | | Jurors excused until March 4, 2014 at 8:30 a.m. | |
| | | 12:40 p.m. | | | Court in recess until March 4, 2014 at 8:00 a.m. | |