UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

*CRIMINAL JURY TRIAL MINUTES*

| | | | |
|---|---|---|---|
| Judge: | Jon S. Tigar | Time in Court: | 4 hours, 31 minutes |
| Date: | March 4, 2014 | | |
| Case No. | **4:11-cr-00288-JST-1** | | |
| Case Title: | **United States of America v. Susan Xiao-Ping Su** | | |

Defendant: ☑ Present
☐ Not Present
☐ In Custody

Appearances:

For Government:  Wade Rhyne; Hartley M.K. West

For Defendant:  Erik Babcock; Kevin Morley

Deputy Clerk: William Noble                     Reporter: James Pence

Trial Begin: March 3, 2014                        Further Trial: March 4, 2014

Exhibits Admitted
Government: 1, 2, 3, 4, 5, 12, 13, 50, 106A, 860, 862

Defendant: 1000, 1001

Witness Sworn
Government: Vandana Virmani; Special Agent William Elliott; Susanna Warner

Defendant:

Other

Preliminary jury instructions read.
Government's opening statement.
Defendant's opening statement.


Also Present: Special Agent Jason Mackey

1

Case No: **4:11-cr-00288-JST-1**
Case Name: **United States of America v. Susan Xiao-Ping Su**
Date: March 4, 2014
Courtroom Deputy: William Noble      Court Reporter: James Pence

| GOV NO. | DEF NO. | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 8:31 a.m. | | | Court in session. Jurors not present. Discussion regarding jury instructions and notes from the jurors during trial. | |
| | | 8:39 a.m. | | | Jurors present. | |
| | | 8:43 a.m. | | | Court begins reading preliminary jury instructions. | |
| | | 8:59 a.m. | | | Reading of preliminary jury instructions ends. | |
| | | 9:00 a.m. | | | Government's opening statement begins. | |
| | | 9:18 a.m. | | | Government's opening statement ends. | |
| | | 9:18 a.m. | | | Defendant's opening statement begins. | |
| | | 9:23 a.m. | | | Defendant's opening statement ends. | |
| | | 9:23 a.m. | | | Government calls witness **Vandana Virmani**. Witness sworn. Direct examination begins. | |
| 862 | | 9:38 a.m. | X | X | Tri Valley University, Official Transcript for Vandana Virmani. | G |
| | | 9:41 a.m. | | | Direct examination of **Vandana Virmani** ends. Cross examination begins. | |
| | | 10:00 a.m. | | | Court recess. | |
| | | 10:17 a.m. | | | Court resumes. Jurors present. Cross examination resumes. | |
| | 1000 | 10:21 a.m. | X | X | BA370 Business Administration and Management Course information | D |
| | 1001 | 10:27 a.m. | X | X | BA380 Seminar in Business Administration | D |
| | 1002 | 10:29 a.m. | X | | Screen shot of course transcript. | D |
| | | 10:33 a.m. | | | Cross examination of **Vandana Virmani** ends. Re-direct begins. | |

Case No:     **4:11-cr-00288-JST-1**
Case Name:   **United States of America v. Susan Xiao-Ping Su**
Date:        March 4, 2014
Courtroom Deputy:  William Noble                    Court Reporter:  James Pence

| GOV NO. | DEF NO. | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
|  | 1000 | 10:35 a.m. |  |  | Previously admitted. |  |
|  | 1001 | 10:36 a.m. |  |  | Previously admitted. |  |
| 860 |  | 10:39 a.m. | X | X | Portion of emails to Better Business Bureau | G |
|  |  | 10:42 a.m. |  |  | Re-direct examination of **Vandana Virmani** ends. Re-cross begins. |  |
|  | 1003 | 10:44 a.m. | X |  | Email from Pinky Thakkar to Vandana Virmani | D |
|  |  | 10:48 a.m. |  |  | Re-cross examination of **Vandana Virmani** ends. No re-direct. Witness excused. |  |
|  |  | 10:56 a.m. |  |  | Government calls Special Agent **William Elliott**. Witness sworn. Direct examination begins. |  |
|  |  | 11:04 a.m. |  |  | Direct examination of Special Agent **William Elliott** ends. Cross examination begins. |  |
|  |  | 11:09 a.m. |  |  | Cross examination of Special Agent **William Elliott** ends. No re-direct examination. Witness excused. |  |
|  |  | 11:09 a.m. |  |  | Government calls **Susanna Warner**. Witness sworn. Direct examination begins. |  |
| 106 A |  | 11:23 a.m. | X | X | SEVIS pop up warning banner. | G |
|  |  | 11:30 a.m. |  |  | 8 CFR § 214.3(a)(3)(i) shown to Jury. |  |
| 1 |  | 11:35 a.m. | X | X | Cover sheet and Form I-17 Petition for Approval | G |
|  |  | 11:50 a.m. |  |  | Jurors not present. Discussion with counsel regarding matters sidebar. Court directly addresses defendant. |  |
|  |  | 11:56 a.m. |  |  | Court in recess. |  |

Case No: **4:11-cr-00288-JST-1**
Case Name: <u>**United States of America v. Susan Xiao-Ping Su**</u>
Date: March 4, 2014
Courtroom Deputy: William Noble                Court Reporter: James Pence

| GOV NO. | DEF NO. | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
|  |  | 12:12 p.m. |  |  | Court resumes. Jurors present. Direct examination of witness **Susanna Warner** resumes. |  |
| 5 |  | 12:13 p.m. | X | X | SEVIS Certification Site Visit Checklist 10/14/08 | G |
| 1 |  | 12:38 p.m. |  |  | Previously admitted. |  |
| 2 |  | 12:52 p.m. | X | X | Request for Evidence Comments. | G |
| 3 |  | 12:57 p.m. | X | X | Corrected Form I-17, Petition for Approval of School for Attendance | G |
| 4 |  | 1:02 p.m. | X | X | Letter from Su to SEVP with Three Articulation Agreements. | G |
| 102 |  | 1:12 p.m. | X |  | Email from Shi-Shenq Liou 6/11/08 with Course Articulation Agreement attached. Only page five shown to Jury. | G |
| 3 |  | 1:14 p.m. |  |  | Previously admitted. |  |
| 12 |  | 1:17 p.m. | X | X | "Initial" Form I-20, Certificate of Eligibility for Nonimmigrant Student. | G |
| 13 |  | 1:23 p.m. | X | X | "Active" Form I-20, Certificate of Eligibility for Nonimmigrant Student. | G |
| 50 |  | 1:25 p.m. | X | X | SEVIS "Initial Screen Shot Record" for S.A. | G |
|  |  | 1:31 p.m. |  |  | Jurors excused until March 5, 2014 at 8:30 a.m. |  |
|  |  | 1:35 p.m. |  |  | Court in recess until March 5, 2014 at 8:00 a.m. |  |