# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT of CALIFORNIA

### *CRIMINAL JURY TRIAL MINUTES*

| | | | |
|---|---|---|---|
| Judge: | Jon S. Tigar | Time in Court: | 4 hours, 31 minutes |
| Date: | March 5, 2014 | | |
| Case No. | **4:11-cr-00288-JST-1** | | |
| Case Title: | **United States of America v. Susan Xiao-Ping Su** | | |

Defendant:    ☑ Present
                 ☐ Not Present
                 ☐ In Custody

Appearances:

| | |
|---|---|
| For Government: | Wade Rhyne; Hartley M.K. West |
| For Defendant: | Erik Babcock; Kevin Morley |

| | |
|---|---|
| Deputy Clerk: William Noble | Reporter: James Pence |
| Trial Begin: March 3, 2014 | Further Trial: March 10, 2014 |

### Exhibits Admitted

Government:  10, 11, 30, 31, 51, 60, 61, 70, 71, 80, 81, 102, 112, 420, 430, 440

Defendant:

Court:  A

### Witness Sworn

Government:  Susanna Warner (previously sworn), Hao Luo, Qi Jin, Shy Sheng Liou, Carolyn Bayer-Broring

Defendant:

### Other

Conditions of pretrial release modified by Court.  The Government is to prepare a proposed order.

Also Present:  Special Agent Jason Mackey

1

Case No:     **4:11-cr-00288-JST-1**
Case Name:   **United States of America v. Susan Xiao-Ping Su**
Date:        March 5, 2014
Courtroom Deputy:   William Noble                    Court Reporter:   James Pence

| GOV NO. | DEF NO. | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
|  |  | 8:36 a.m. |  |  | Court in session.<br>Jurors not present<br>Discussion with counsel regarding email sent to Court from "Susan Stanton." |  |
|  |  | 8:37 a.m. | X | X | Court Exhibit A<br>Emails with attachments from "Susan Stanton" sent to Court on March 5, 2014 at 3:18 a.m. and 3:41 a.m.<br>Exhibit not for publication to Jury. |  |
|  |  | 8:43 a.m. |  |  | Court modified defendants conditions of pretrial release as follows:<br>1.  Defendant shall appear at each day of trial not later than 8:00 a.m. unless otherwise ordered by the Court and be on time for all pre-trial proceedings.<br>2.  Defendant shall avoid all contact with any alleged victim of the crimes alleged in this case, with any witness that may testify, is testifying, or has testified (18 U.S.C. § 3142(c)(1)(b)(5)).<br>The Government shall prepare a proposed order.<br>Discussion with counsel while Court waits on a Juror to arrive. |  |
|  |  | 8:59 a.m. |  |  | Jurors present. |  |
|  |  | 9:00 a.m. |  |  | Direct examination of previously sworn witness **Susanna Warner** resumes. |  |
| 10 |  | 9:01 a.m. | X | X | SEVIS "Initial Screen Shot Record" for B.C. | G |
| 30 |  | 9:01 a.m. | X | X | SEVIS "Initial Screen Shot Record" for K.C. | G |
| 60 |  | 9:01 a.m. | X | X | SEVIS "Initial Screen Shot Record" for K.D. | G |
| 70 |  | 9:01 a.m. | X | X | SEVIS "Initial Screen Shot Record" for M.R. | G |
| 80 |  | 9:01 a.m. | X | X | SEVIS "Initial Screen Shot Record" for R.B. | G |

Case No:      **4:11-cr-00288-JST-1**
Case Name:    <u>**United States of America v. Susan Xiao-Ping Su**</u>
Date:         March 5, 2014
Courtroom Deputy:   William Noble        Court Reporter:   James Pence

| GOV NO. | DEF NO. | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| 420 | | 9:02 a.m. | X | X | SEVIS "Event History Screen Shot Record" for Vishal Dasa | G |
| 430 | | 9:12 a.m. | X | X | SEVIS "Event History Screen Shot Record" for Tushar "Jimmy" Tambe | G |
| 440 | | 9:15 a.m. | X | X | SEVIS "Event History Screen Shot Record" for Anji Dirisanala | G |
| 11 | | 9:20 a.m. | X | X | SEVIS "Event History Screen Shot Record" for B.C. | |
| 31 | | 9:20 a.m. | X | X | SEVIS "Event History Screen Shot Record" for K.C. | |
| 51 | | 9:20 a.m. | X | X | SEVIS "Event History Screen Shot Record" for S.A. | |
| 61 | | 9:20 a.m. | X | X | SEVIS "Event History Screen Shot Record" for K.D. | |
| 71 | | 9:20 a.m. | X | X | SEVIS "Event History Screen Shot Record" for M.R. | |
| 81 | | 9:20 a.m. | X | X | SEVIS "Event History Screen Shot Record" for R.B. | |
| | | 9:21 a.m. | | | Direct examination of witness **Susanna Warner** ends. Cross examination begins. | |
| 430 | | 9:24 a.m. | | | Previously admitted. | |
| 420 | | 9:41 a.m. | | | Previously admitted. | |
| | | 9:58 a.m. | | | Court in recess. | |
| | | 10:14 a.m. | | | Court resumes. Jurors not present. Discussion with counsel regarding Defendant's attempt to speak with a witness outside the Courtroom. Court reminded defendant of her recently modified conditions of pretrial release. | |
| | | 10:19 a.m. | | | Jurors present. Cross examination of **Susanna Warner** resumes. | |
| 3 | | 10:21 a.m. | | | Previously admitted. | |

3

Case No:     **4:11-cr-00288-JST-1**
Case Name:   **United States of America v. Susan Xiao-Ping Su**
Date:        March 5, 2014
Courtroom Deputy:   William Noble                    Court Reporter:   James Pence

| GOV NO. | DEF NO. | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| 4 | | 10:21 a.m. | | | Previously admitted. | |
| 50 | | 10:32 a.m. | | | Previously admitted. | |
| 1 | | 10:37 a.m. | | | Previously admitted. | |
| 5 | | 10:39 a.m. | | | Previously admitted. | |
| 106 A | | 10:49 a.m. | | | Previously admitted. | |
| | | 10:55 a.m. | | | 8 CFR § 214.39(a)(3)(i) Displayed to Jury. | |
| | | 11:06 a.m. | | | Cross examination of witness **Susanna Warner** ends. Re-direct examination begins. | |
| 3 | | 11:10 a.m. | | | Previously admitted. | |
| 106 A | | 11:16 a.m. | | | Previously admitted. | |
| | | 11:16 a.m. | | | Re-direct examination of witness **Susanna Warner** ends. Re-cross examination begins. | |
| 3 | | 11:17 a.m. | | | Previously admitted. | |
| | | 11:18 a.m. | | | Re-cross examination of witness **Susanna Warner** ends. No re-direct examination. Witness excused. | |
| | | 11:19 a.m. | | | Government calls witness **Hao Luo**.  Witness sworn.  Direct examination begins. | |
| 1 | | 11:28 a.m. | | | Previously admitted. | |
| | | 11:34 a.m. | | | Direct examination of **Hao Luo** ends. Cross examination begins. | |
| | | 11:45 a.m. | | | Cross examination of **Hao Luo** ends. No re-direct examination. Witness excused. Court in recess. | |
| | | 12:04 p.m. | | | Court resumes. Jurors present. | |

4

Case No:      **4:11-cr-00288-JST-1**
Case Name:   <u>**United States of America v. Susan Xiao-Ping Su**</u>
Date:         March 5, 2014
Courtroom Deputy:   William Noble                    Court Reporter:    James Pence

| GOV NO. | DEF NO. | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
|  |  |  |  |  | Government calls witness **Qi Jin**.  Witness sworn.  Direct examination begins. |  |
| 1 |  | 12:07 p.m. |  |  | Previously admitted. |  |
|  |  | 12:12 p.m. |  |  | Direct examination of **Qi Jin** ends. Cross examination begins. |  |
| 1 |  | 12:14 p.m. |  |  | Previously admitted. |  |
|  |  | 12:16 p.m. |  |  | Cross examination of **Qi Jin** ends. No re-direct examination. Witness excused. |  |
|  |  | 12:18 p.m. |  |  | Government calls witness **Shy Sheng Liou**. Witness sworn.  Direct examination begins. |  |
| 102 |  | 12:25 p.m. |  | X | Email from Shi-Shenq Liou to Su, 06/11/08. Previously marked on 03/04/14. | G |
| 4 |  | 12:47 p.m. |  |  | Previously admitted. |  |
|  |  | 12:52 p.m. |  |  | Direct examination of **Shy Sheng Liou** ends. Cross examination begins. |  |
| 102 |  | 12:56 p.m. |  |  | Previously admitted. |  |
|  |  | 1:06 p.m. |  |  | Cross examination of **Shy Sheng Liou** ends. Re-direct examination begins. |  |
| 4 |  | 1:08 p.m. |  |  | Previously admitted. |  |
| 102 |  | 1:09 p.m. |  |  | Previously admitted. |  |
|  |  | 1:11 p.m. |  |  | Re-direct examination of witness **Shy Sheng Liou** ends. No re-cross examination. Witness excused. |  |
|  |  | 1:12 p.m. |  |  | Government calls witness **Carolyn Bayer-Broring**.  Witness sworn.  Direct examination begins. |  |
| 4 |  | 1:17 p.m. |  |  | Previously admitted. |  |
| 102 |  | 1:19 p.m. |  |  | Previously admitted. |  |
| 112 |  | 1:20 p.m. | X | X | IRS Form 2553 Election by a Small Business Corporation 3/31/08. | G |

Case No:     **4:11-cr-00288-JST-1**
Case Name:   <u>**United States of America v. Susan Xiao-Ping Su**</u>
Date:        March 5, 2014
Courtroom Deputy:   William Noble                    Court Reporter:   James Pence

| GOV NO. | DEF NO. | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---------|---------|--------------|----|----|-------------|----|
|  |  |  |  |  | Admitted subject to motion to strike. |  |
|  |  | 1:23 p.m. |  |  | Demonstrative of exhibits 4 and 112 displayed to jury. |  |
|  |  | 1:28 p.m. |  |  | Demonstrative of signatures of Xiao Gang Su from exhibits 4 and 112 displayed to jury. |  |
|  |  | 1:31 p.m. |  |  | Demonstrative of overlay of signatures of Xiao Gang Su from exhibits 4 and 112 displayed to jury. |  |
|  |  | 1:39 p.m. |  |  | Jurors excused until March 10, 2014 at 8:30 a.m. |  |
|  |  | 1:40 p.m. |  |  | Court in recess until March 10, 2014 at 8:00 a.m. |  |