UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-11-00288 JST |
| Plaintiff, | **[PROPOSED] ORDER MODIFYING PRETRIAL RELEASE CONDITIONS** |
| v. | |
| SUSAN XIAO-PING SU, | |
| Defendant. | |

On March 5, 2014, prior to the commencement of the second day of jury trial, defendant Susan Xiao-Ping Su sent two emails with attachments to the Court and to trial counsel at 3:18 a.m. and 3:41 a.m., using the pseudonym of "Susan Stanton" with an email address of xp7379@gmail.com.

Defendant's first email contained a subject line of "Susan Su Request" and included a forwarded email chain. The email chain included correspondence from defendant to a government witness who had testified the prior day. Defendant's second email contained a subject line of "Re: Susan Su Request" and included a similar forwarded email chain along with a note stating "and one document illustrating how TVU's transcript and grade work. . . ."

1    During a hearing outside the presence of the jury, the parties agreed that defendant was the author and sender of these emails. Counsel for the government further informed the Court that defendant had also sent several prior emails to government witnesses using the pseudonym "Dacey Dale," and that a Court Security Officer (CSO) had informed counsel that CSO staff had observed defendant talking with members of the venire.

On that basis, and for good cause shown, the Court modified defendant's conditions of pre-trial release pursuant to 18 U.S.C. § 3142(c)(1)(B)(v) to include the condition that defendant shall avoid all contact with any alleged victim of the crime and with any potential witness who is testifying, who may testify, and/or who has testified concerning the offense. Nothing in this order precluded defendant's appointed counsel from contacting witnesses in the normal course of preparing a defense in the above-referenced case. Following pronouncement of this order, the trial resumed.

During the first trial recess, after the Court's issuance of the above-referenced modification, counsel for the United States informed the Court that defendant had attempted to make verbal contact with a government witness in the courtroom hallway. The Court re-admonished defendant of the conditions of her pretrial release.

ACCORDINGLY, FOR GOOD CAUSE SHOWN, THE COURT HEREBY ORDERS, pursuant to 18 U.S.C. § 3142(c)(1)(B)(v), that defendant Susan Xiao-Ping Su's conditions of pretrial release are modified to include the condition that defendant shall avoid all contact with any alleged victim of the crime and with any potential witness who is testifying, who may testify, and/or who has testified concerning the offense.

IT IS SO ORDERED.

DATED: _____            _____
                                          HON. JON S. TIGAR
                                          UNITED STATES DISTRICT JUDGE