UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

*CRIMINAL JURY TRIAL MINUTES*

Judge:          Jon S. Tigar                    Time in Court:  4 hours, 26
                                                                minutes

Date:           March 10, 2014

Case No.        **4:11-cr-00288-JST-1**

Case Title:     **United States of America v. Susan Xiao-Ping Su**

                Defendant:      ☑  Present
                                ☐  Not Present
                                ☐  In Custody

Appearances:

                For Government:   Wade Rhyne; Hartley M.K. West

                For Defendant:    Erik Babcock; Kevin Morley

Deputy Clerk:  William Noble                    Reporter:   James Pence

Trial Begin: March 3, 2014                      Further Trial:   March 11, 2014

Exhibits Admitted

Government:  7, 100, 100A, 100C, 109, 122, 206B, 207B, 300, 303B, 305, 307, 309, 315, 320, 320A, 327, 330, 331, 332, 333, 400, 401, 403, 405, 406, 407, 580, 581, 582, 582A, 583, 584, 585, 587, 588, 589, 590, 591, 592, 706, 709

Defendant:

Witness Sworn

Government:  Carolyn Bayer-Broring (previously sworn); A. Miller Allen; Jason Mackey

Defendant:

Other

Also Present:  Special Agent Jason Mackey

1

Case No: **4:11-cr-00288-JST-1**
Case Name: **United States of America v. Susan Xiao-Ping Su**
Date: March 10, 2014
Courtroom Deputy: William Noble                    Court Reporter: James Pence

| GOV NO. | DEF NO. | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 8:08 a.m. | | | Court in session. Jurors not present. Discussion with counsel regarding defendant's contact with witnesses that are family members. Defendant's request to modify conditions of pretrial relief is denied. Discussion with counsel regarding witness schedule. | |
| | | 8:14 a.m. | | | Court in recess. | |
| | | 8:34 a.m. | | | Court in session. Jurors present. Direct examination of previously sworn witness **Carolyn Bayer-Broring** resumes. | |
| | | 8:36 a.m. | | | Demonstrative chart 4 displayed to Jury. Enlargements of Government exhibits 4 and 102 | |
| | | 8:38 a.m. | | | Demonstrative chart 5 displayed to Jury. Enlargements of signatures from Government exhibits 4 and 102. | |
| | | 8:43 a.m. | | | Demonstrative chart 6 displayed to Jury. Overlay of signatures from Government exhibits 4 and 102. | |
| | | 8:48 a.m. | | | Direct examination of witness **Carolyn Bayer-Broring** ends. Cross examination begins. Demonstrative chart 5 displayed to Jury. | |
| | | 8:51 a.m. | | | Cross examination of witness **Carolyn Bayer-Broring** ends. No re-direct examination. Witness excused. | |
| | | 8:53 a.m. | | | Government calls **A. Miller Allen**. Witness sworn. Direct examination begins. | |
| 1 | | 8:59 a.m. | | | Previously admitted. | |
| | | 9:01 a.m. | | | Direct examination of witness **A. Miller Allen** ends. Cross examination begins. | |
| | | 9:07 a.m. | | | Cross examination of witness **A. Miller Allen** ends. No re-direct examination. Witness excused. | |

Case No:     **4:11-cr-00288-JST-1**
Case Name:   **United States of America v. Susan Xiao-Ping Su**
Date:        March 10, 2014
Courtroom Deputy:   William Noble                     Court Reporter:   James Pence

| GOV NO. | DEF NO. | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---------|---------|--------------|----|----|-------------|----|
| | | 9:07 a.m. | | | Government calls **Jason Mackey**.  Witness sworn.  Direct examination begins. | |
| 100 | | 9:16 a.m. | X | X | TVU Website screen shot (main page). | G |
| 100 A | | 9:22 a.m. | X | X | TVU Website screen shot (Susan Su) | G |
| 706 | | 9:25 a.m. | X | X | U.C. Berkeley Transcript and Degree Records for Susan Su. | G |
| 407 | | 9:28 a.m. | X | X | Photograph of residence of Germano Way (front of gate). Blow up of photo of residence shown to Jury. | G |
| 7 | | 9:32 a.m. | X | X | Selected SEVP Documents shown to Susan Su during 01/19/2011 interview with HSI agents. | G |
| 709 | | 9:57 a.m. | X | X | Equity residential lease records for 555 E. El Camino Real, Apt. 14, Sunnyvale, CA. | G |
| | | 9:59 a.m. | | | Court in recess. | |
| | | 10:17 a.m. | | | Court resumes. Jurors present. | |
| 300 | | 10:24 a.m. | X | X | Email from Susan to to Barghav, 2/25/09, Subject: R: Dr. Susan Su from Tri-Valley University. | G |
| 303 B | | 10:31 a.m. | X | X | Signed ABS Consulting Referral Contract "Memorandum of Understanding." | G |
| 580 | | 10:36 a.m. | X | X | WFB account #0454 (no check number) from Susan Su to Samuel Steven K for $1,073.00, dated 3/27/09. | G |
| 581 | | 10:36 a.m. | X | X | WFB account #0454 Check no. 005 from Susan Su to Samuel Steven K for $600.00, dated 4/16/09. | G |
| 582 | | 10:36 a.m. | X | X | WFB account #0454 Check no. 007 from Susan Su to Samuel Steen K for $732.00, dated 5/5/09. | G |
| 582 A | | 10:36 a.m. | X | X | WFB account #0454 Check no. 008 from Susan Su to Samuel Steven K for $567.00, dated 5/9/09. | G |
| 583 | | 10:36 a.m. | X | X | WFB account #0454 Check no. 012 from Susan Su to Sauel Steen Kancharakuntla for $1,780.00, dated 8/3/08. | G |

Case No:     **4:11-cr-00288-JST-1**
Case Name:   **United States of America v. Susan Xiao-Ping Su**
Date:        March 10, 2014
Courtroom Deputy:   William Noble                    Court Reporter:   James Pence

| GOV NO. | DEF NO. | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---------|---------|--------------|----|----|-------------|----|
| 584 | | 10:36 a.m. | X | X | WFB account #0454 Check no. 020 from Susan Su to Sauel Steven K for $868.00, dated 9/8/09. | G |
| 585 | | 10:36 a.m. | X | X | WFB account #0454 Check no. 022 from Susan Su to Samuel Steven Kancharakuntla for $1,080.00 dated 9/11/09. | G |
| 587 | | 10:36 a.m. | X | X | WFB account #0454 Check no. 1071 from Susan Su to Samuel Steven K for $3,240.00 dated 2/17/10. | G |
| 588 | | 10:36 a.m. | X | X | WFB account #0454 Check no. 1072 from Susan Su to Bhargav Boinpally for $3,340.00, date 2/12/10. | G |
| 589 | | 10:36 a.m. | X | X | WFB account #0454 Check no. 1092 from Susan Su to Bhargav Boinpally for $6,817.00, dated 5/11/10. | G |
| 590 | | 10:36 a.m. | X | X | WFB account #0454 Check no. 1002 from Susan Su to Samuel Steven K. for $7,370.00, dated 8/18/10. | G |
| 591 | | 10:36 a.m. | X | X | WFB account #0454 Check no. 1288 from Susan Su to Samuel Steven Kancharakuntla for $39,010.00, dated 10/10/10 | G |
| 592 | | 10:36 a.m. | X | X | Citi account #3045 Check no. 1109 from Susan Su to Parth Patel for $3,000.00, dated 9/12/10. | G |
| 406 | | 10:48 a.m. | X | X | Two photographs of residence at Victoria Ridge Court. | G |
| 401 | | 10:51 a.m. | X | X | Photograph of Boulder Court Suite 700 (exterior). | G |
| 403 | | 10:51 a.m. | X | X | Photograph of Boulder Court Suite 800 (exterior). | G |
| 400 | | 10:52 a.m. | X | X | Two photographs of Boulder Court (TVU Buildings). | G |
| 405 | | 10:54 a.m. | X | X | Photograph of red Mercedes-Benz. | G |
| 7 | | 10:56 a.m. | | | Previously admitted. | |
| 206 B | | 11:03 a.m. | X | X | Three email selected excerpts from Susan Su to SA Dale Taylor dated 9/20/10, subject: TVU Student. | G |

4

Case No: **4:11-cr-00288-JST-1**
Case Name: **United States of America v. Susan Xiao-Ping Su**
Date: March 10, 2014
Courtroom Deputy: William Noble          Court Reporter: James Pence

| GOV NO. | DEF NO. | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| 207 B | | 11:03 a.m. | X | X | Email from Susan Su to SA Dale Taylor dated 9/24/10, subject: RE: TVU Student. | G |
| 102 | | 11:13 a.m. | | | Previously admitted. | |
| 109 | | 11:17 a.m. | X | X | CD-ROM of credit card receipt copies and supporting invoices compiled by SA Mackey. | G |
| 112 | | 11:18 a.m. | | | Previously admitted. | |
| 122 | | 11:21 a.m. | X | X | TVU transcripts for Boinpally, Samuel, Surineni for Summer 2009. | G |
| 307 | | 11:26 a.m. | X | X | Email from Susan Su to Barghav dated 4/8/09, Subject: Re: certificates. | G |
| 309 | | 11:34 a.m. | X | X | Email from Susan Su to Barghav dated 4/9/09, Subject: Re: credit card details. | G |
| 305 | | 11:36 a.m. | X | X | Email from Susan Su to Barghav dated 3/17/09, Subject: Re: want to buy degree without taking classes. | G |
| 315 | | 11:41 a.m. | X | X | Email from Susan Su to Barghav, Surineni, and Steven dated 8/3/09, Sub: Re: summer break. | G |
| 320 | | 11:46 a.m. | X | X | Email chain from Susan Su to Bjorn Frogner dated 5/5/08, Subject: Re Followup from your conversation with Chun-Mou Peng. | G |
| | | 11:51 a.m. | | | Court in recess. | |
| | | 12:08 p.m. | | | Court resumes. Jurors present. | |
| 307 | | 12:09 p.m. | | | Previously admitted. | |
| 100 C | | 12:10 p.m. | X | X | Printout from Tri-Valley University web site, "Student Profile." | G |
| 320 A | | 12:13 p.m. | X | X | Email from Susan Su to Bjorn Frogner dated 5/8/08, Subject: Re: Followup from your conversation with Chun-Mou Peng. | G |
| 327 | | 12:16 p.m. | X | X | Email from Susan Su to Gemello dated 2/6/09, Subject: Dr. Susan Su, Tri-Valley University. | G |
| 330 | | 12:19 p.m. | X | X | Email from Susan Su and Harman Jeet dated 11/5/08, Subject: Re: Tuition Fee. | G |

Case No: **4:11-cr-00288-JST-1**
Case Name: <u>**United States of America v. Susan Xiao-Ping Su**</u>
Date: March 10, 2014
Courtroom Deputy: William Noble          Court Reporter: James Pence

| GOV NO. | DEF NO. | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| 331 | | 12:22 p.m. | X | X | Email from Susan Su to Vaibhav Nyalkalkar dated 9/22/09, Subject, Re: hello madam need some help!! | G |
| 332 | | 12:25 p.m. | X | X | Email from Susan Su to Anuja Shroff dated 9/29/09, Subject: Re: TVU admission letter. | G |
| 333 | | 12:28 p.m. | X | X | Email from Susan Su to Vamseedhar Vuppu dated 9/26/09, Subject: Add/Drop of course. | G |
| | | 12:30 p.m. | | | Direct examination of **Jason Mackey** ends. Cross examination begins. | |
| 1 | | 12:39 p.m. | | | Previously admitted. | |
| 706 | | 12:42 p.m. | | | Previously admitted. | |
| 100 | | 12:49 p.m. | | | Previously admitted. | |
| 333 | | 1:05 p.m. | | | Previously admitted. | |
| 305 | | 1:07 p.m. | | | Previously admitted. | |
| 303 B | | 1:11 p.m. | | | Previously admitted. | |
| 320 | | 1:17 p.m. | | | Previously admitted. | |
| | | 1:29 p.m. | | | Jurors excused until March 11, 2014 at 8:30 a.m. | |
| | | 1:29 p.m. | | | Jurors not present. Court addresses counsel regarding behavior of defendant while Jury is present. Court admonishes defendant to remain seated during trial and speak in a voice that cannot be overheard. Court memorializes a ruling made at side bar. Discussion with counsel regarding trial schedule. Government may rest by end of next week. | |
| | | 1:36 p.m. | | | Court in recess until March 11, 2014 a 8:00 a.m. | |