UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

*CRIMINAL JURY TRIAL MINUTES*

| | | | |
|---|---|---|---|
| Judge: | Jon S. Tigar | Time in Court: | 4 hours, 26 minutes |
| Date: | March 11, 2014 | | |
| Case No. | **4:11-cr-00288-JST-1** | | |
| Case Title: | **United States of America v. Susan Xiao-Ping Su** | | |

Defendant: ☑ Present
☐ Not Present
☐ In Custody

Appearances:

For Government: Wade Rhyne; Hartley M.K. West

For Defendant: Erik Babcock; Kevin Morley

Deputy Clerk: William Noble                Reporter: James Pence

Trial Begin: March 3, 2014                 Further Trial: March 12, 2014

Exhibits Admitted

Government: 15, 19, 311, 450, 479, 477, 478, 480, 520, 588A

Defendant:

Witness Sworn

Government: Jason Mackey (previously sworn); Scott Cole; Vishal Dasa; Bhanu Challagundla

Defendant:

Other

Also Present: Special Agent Jason Mackey

Case No:    **4:11-cr-00288-JST-1**
Case Name:  <u>**United States of America v. Susan Xiao-Ping Su**</u>
Date:       March 11, 2014
Courtroom Deputy:  William Noble                    Court Reporter:   James Pence

| GOV NO. | DEF NO. | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
|  |  | 8:11 a.m. |  |  | Court in session. Jurors not present. Defendant not present.  Court recesses until defendant is present. |  |
|  |  | 8:28 a.m. |  |  | Court in session.  Jurors not present. Plaintiff makes request for sidebars to be reported. Request granted by Court. |  |
|  |  | 8:31 a.m. |  |  | Jurors present. Cross examination of previously sworn witness **Jason Mackey** resumes. |  |
|  | 1004 | 8:40 a.m. | X |  | October 2012 email from Jason Mackey to U.S. Attorney. | D |
|  | 1005 | 8:46 a.m. | X |  | Memorandum from Jason Mackey to Deputy Chief Counsel. | D |
| 320 A |  | 8:56 a.m. |  |  | Previously admitted. |  |
|  |  | 9:01 a.m. |  |  | Cross examination of witness **Jason Mackey** ends. Re-direct examination begins. |  |
| 1 |  | 9:03 a.m. |  |  | Previously admitted. |  |
| 3 |  | 9:05 a.m. |  |  | Previously admitted. |  |
| 311 |  | 9:10 a.m. | X | X | Email from Steven forwarded to Su dated 2/19/10, Subject: Fwd: Regarding Sree Krishna Yarlagadda. | G |
|  |  | 9:17 a.m. |  |  | Re-direct examination of witness **Jason Mackey** ends. Re-cross examination begins. |  |
| 311 |  | 9:19 a.m. |  |  | Previously admitted. |  |
| 1 |  | 9:21 a.m. |  |  | Previously admitted. |  |
|  | 1006 | 9:23 a.m. | X |  | Code of Federal Regulations § 214.3. | D |
| 1 |  | 9:26 a.m. |  |  | Previously admitted. |  |

2

Case No: **4:11-cr-00288-JST-1**
Case Name: <u>**United States of America v. Susan Xiao-Ping Su**</u>
Date: March 11, 2014
Courtroom Deputy: William Noble  Court Reporter: James Pence

| GOV NO. | DEF NO. | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:29 a.m. | | | Re-cross examination of witness **Jason Mackey** ends. Re-direct examination begins. | |
| | | 9:34 a.m. | | | Re-direct examination of witness **Jason Mackey** ends. Re-cross examination ends. | |
| | | 9:36 a.m. | | | Re-cross examination of witness **Jason Mackey** ends. No re-direct examination. Witness excused subject to recall later in the case. | |
| | | 9:38 a.m. | | | Government calls **Scott Cole**. Witness sworn. Direct examination begins. | |
| 4 | | 9:43 a.m. | | | Previously admitted. | |
| | | 9:46 a.m. | | | Direct examination of witness **Scott Cole** ends. Cross examination begins. | |
| | | 9:52 a.m. | | | Cross examination of witness **Scott Cole** ends. No re-direct examination. Witness excused. | |
| | | 9:52 a.m. | | | Government calls witness **Vishal Dasa**. Witness sworn. Direct examination begins. | |
| | | 10:04 a.m. | | | Court in recess. | |
| | | 10:24 a.m. | | | Court resumes. Jurors present. Direct examination of witness **Vishal Dasa** resumes. | |
| 479 | | 10:26 a.m. | X | X | TVU Admission Documents/Receipt for Fall 2009 - Vishal Dasa | G |
| 480 | | 10:31 a.m. | X | X | TVU Transcript for Vishal Dasa | G |
| 477 | | 10:54 a.m. | X | X | TVU Referral Agreement. | G |
| 478 | | 10:58 a.m. | X | X | TVU Agent Referral Fees. Agent Name: Mr. Dasa Vishal. | G |

Case No: **4:11-cr-00288-JST-1**
Case Name: <u>**United States of America v. Susan Xiao-Ping Su**</u>
Date: March 11, 2014
Courtroom Deputy: William Noble          Court Reporter: James Pence

| GOV NO. | DEF NO. | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| 588 A | | 11:05 a.m. | X | X | WFB Account #0454, check no. 1124 from Susan Su to Vishal Dasa for $945.00, dated 4/30/10. | |
| | | 11:12 a.m. | | | Direct examination of witness **Vishal Dasa** ends.<br>Cross examination begins. | |
| 480 | | 11:33 a.m. | | | Previously admitted. | |
| | | 11:43 a.m. | | | Court in recess. | |
| | | 12:05 p.m. | | | Court in session.<br>Jurors present.<br>Cross examination of witness **Vishal Dasa** resumes. | |
| 450 | | 12:21 p.m. | X | X | Plea Agreement for Vishal Dasa. | D |
| | | 12:32 p.m. | | | Cross examination of witness **Vishal Dasa** ends. | |
| | | 12:33 p.m. | | | Re-direct examination of witness **Vishal Dasa** begins. | |
| | | 12:34 p.m. | | | Re-direct examination of witness **Vishal Dasa** ends.<br>Re-cross examination begins. | |
| | | 12:34 p.m. | | | Re-cross examination of witness **Vishal Dasa** ends.<br>No re-direct.<br>Witness excused. | |
| | | 12:35 p.m. | | | Jurors not present.<br><br>The Court admonished Defendant that she has the right to be present in the Courtroom during every stage of the proceedings. If the Defendant engages in disruptive conduct, the Court has the authority to order the Defendant's removal from the courtroom and to find she has waived her right to be present in the courtroom. | |
| | | 12:41 p.m. | | | Jurors present.<br>Government calls **Bhanu Challagundla**.<br>Witness sworn. Direct examination begins. | |

| | | |
|---|---|---|
| Case No: | **4:11-cr-00288-JST-1** | |
| Case Name: | <u>United States of America v. Susan Xiao-Ping Su</u> | |
| Date: | March 11, 2014 | |
| Courtroom Deputy: | William Noble | Court Reporter: James Pence |

| GOV NO. | DEF NO. | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| 12 | | 12:48 p.m. | | | Previously admitted. | |
| 520 | | 12:59 p.m. | X | X | WFB Account #0454, check no. 48776 from B.C. to TVU for $2,365.00, dated 4/28/10. | G |
| 15 | | 1:05 p.m. | X | X | TVU Class receipt for Bhanu Challagundla for $2,365.00, dated 5/21/10. | G |
| 19 | | 1:13 p.m. | X | X | TVU Transcripts for Bhanu Challagundla dated 8/29/10. | G |
| | | 1:33 p.m. | | | Jurors excused until March 12, 2014 at 8:30 a.m. | |
| | | 1:36 p.m. | | | Court in recess until March 12, 2014 at 8:00 a.m. | |

5