# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT of CALIFORNIA

## *CRIMINAL JURY TRIAL MINUTES*

| | | | |
|---|---|---|---|
| Judge: | Jon S. Tigar | Time in Court: | 4 hours, 19 minutes |
| Date: | March 12, 2014 | | |

Case No.     **4:11-cr-00288-JST-1**

Case Title:  **United States of America v. Susan Xiao-Ping Su**

Defendant:   ☑ Present
☐ Not Present
☐ In Custody

Appearances:

For Government:   Wade Rhyne; Hartley M.K. West

For Defendant:    Erik Babcock; Kevin Morley

Deputy Clerk: William Noble          Reporter: James Pence

Trial Begin: March 3, 2014           Further Trial: March 13, 2014

## Exhibits Admitted

Government: 200B, 202B, 202C, 202D, 203C, 203D, 203E, 203F, 204B, 204C, 204D, 205B, 205C, 206, 206A, 207, 207A, 208B, 208D, 209D

Defendant:

## Witness Sworn

Government: Bhanu Challagundla (previously sworn); Dylan Critten; Dale Taylor

Defendant:

## Other

Stipulated facts read into the record by the Government.


Also Present: Special Agent Jason Mackey

1

Case No: **4:11-cr-00288-JST-1**
Case Name: <u>United States of America v. Susan Xiao-Ping Su</u>
Date: March 12, 2014
Courtroom Deputy: William Noble     Court Reporter: James Pence

| GOV NO. | DEF NO. | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 8:34 a.m. | | | Court in session. Jurors present. Direct examination of previously sworn witness **Bhanu Challagundla** resumes. | |
| | | 8:38 a.m. | | | Direct examination of witness **Bhanu Challagundla** ends. Cross examination begins. | |
| | | 9:07 a.m. | | | Cross examination of witness **Bhanu Challagundla** ends. No re-direct examination. Witness excused. | |
| | | 9:08 a.m. | | | Factual stipulations read into record by Government. | |
| | | 9:09 a.m. | | | Reading ends. Government calls **Dylan Critten**. Witness sworn. Direct examination begins. | |
| 209 D | | 9:13 a.m. | X | X | Packet of form I-20's, enrollment letters, transcripts, and attendance records for TVU students R.B and M.R. | G |
| | | 9:30 a.m. | | | Direct examination of witness **Dylan Critten** ends. Cross examination begins. | |
| 209 D | | 9:40 a.m. | | | Previously admitted. | |
| | | 9:53 a.m. | | | Cross examination of witness **Dylan Critten** ends. Re-direct examination begins. | |
| 209 D | | 9:55 a.m. | | | Previously admitted. | |
| | | 9:56 a.m. | | | Re-direct examination of witness **Dylan Critten** ends. Re-cross examination begins. | |
| | | 9:57 a.m. | | | Re-cross examination of witness **Dylan Critten** ends. No re-direct examination. Witness excused. | |
| | | 9:58 a.m. | | | Court in recess. | |

Case No: **4:11-cr-00288-JST-1**
Case Name: <u>**United States of America v. Susan Xiao-Ping Su**</u>
Date: March 12, 2014
Courtroom Deputy: William Noble    Court Reporter: James Pence

| GOV NO. | DEF NO. | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 10:17 a.m. | | | Court in session. Jurors not present. Parties stipulation to relieve the court reporter from transcribing audio that will be played in the Courtroom. The Court will admit the transcripts that are marked as exhibits 206A and 207A . | |
| 206 A | | 10:19 a.m. | X | X | Transcript of telephone recording with Su, 9/20/10. | G |
| 207 A | | 10:19a.m. | X | X | Transcript of telephone recording with Su, 9/24/10. | G |
| | | 10:19 a.m. | | | Jurors present. Government calls **Dale Taylor**. Witness sworn. Direct examination begins. | |
| 200 B | | 10:26 a.m. | X | X | Slip of paper and other documents given to Anji Dirisanala after meeting with Susan Su. | G |
| 50 | | 10:30 a.m. | | | Previously admitted. | |
| 60 | | 10:33 a.m. | | | Previously admitted. | |
| 400 | | 10:36 a.m. | | | Previously admitted. Blow up of photograph shown to Jury | |
| 401 | | 10:36 a.m. | | | Previously admitted. Blow up of photograph shown to Jury | |
| 403 | | 10:36 a.m. | | | Previously admitted. Blow up of photograph shown to Jury | |
| 202 D | | 10:40 a.m. | X | X | Active form I-20, certificates of eligibility for nonimmigrant (F-1) student status for S.A. and K.D., 7/27/10. | G |
| 202 C | | 10:44 a.m. | X | X | Email from Su to K.D., 7/29/10, Subject: Summer Registration. | G |
| 51 | | 10:48 a.m. | | | Previously admitted. | |
| 61 | | 10:49 a.m. | | | Previously admitted. | |
| 203 E | | 10:50 a.m. | X | X | Email chain between anjirede1@gmail.com to TVU 8/4/10-8/11/10, Subject: NEW ADMISSION FOR THREE STUDENTS - URGENT. | G |

Case No: **4:11-cr-00288-JST-1**
Case Name: **United States of America v. Susan Xiao-Ping Su**
Date: March 12, 2014
Courtroom Deputy: William Noble     Court Reporter: James Pence

| GOV NO. | DEF NO. | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| 203 C | | 11:01 a.m. | X | X | Copies of two money order checks for $1,000.00 and $750.00, 8/10/10. | G |
| 203 D | | 11:04 a.m. | X | X | WFB Account #0454, check number 1166 for $405.00, 8/11/10, and three initial form I-20's for M.R., F.I., and D.G. | G |
| 203F | | 11:08 a.m. | X | X | Email from Su to K.D. 8/11/10, Subject: Official Fee Receipt. | G |
| 202 B | | 11:10 a.m. | X | X | Email from Su to S.A. and Anji Dirisanala, 7/29/10, Subject: Registration. | G |
| 70 | | 11:14 a.m. | | | Previously admitted. | |
| 204 B | | 11:16 a.m. | X | X | Receipt and photograph of money order for $1,000.00. | G |
| 204 D | | 11:21 a.m. | X | X | Active form I-20 for M.R. and two TVU fee receipts for M.R. | G |
| 204 C | | 11:24 a.m. | X | X | Email from Su to M.R., 8/31/10, Subject: TVU_I-20-Reg. | G |
| 205 C | | 11:30 a.m. | X | X | Initial, signed active form I-20, 9/7/10, and TVU fee receipt for R.B. and two handwritten notes. | G |
| 205 B | | 11:33 a.m. | X | X | Email from Su to R.B., 9/7/10, Subject: TVU_I-20-Reg, Courses, REg [sic], TVU_Invoice-Fall 2010 | G |
| 206 | | 11:39 a.m. | | | Audio recording of telephone call to Su, 9/20/10. Jurors informed by Court that admitted exhibits 206A and 207A are transcripts of audio recording. | G |
| | | 11:40 a.m. | | | Playing of audio recording begins. | |
| | | 11:48 a.m. | | | Playing of audio recording ends. | |
| 206 B | | 11:49 a.m. | | | Previously admitted. | |
| | | 11:56 a.m. | | | Court in recess. | |
| | | 12:17 p.m. | | | Court resumes. Jurors present. Direct examination of **Dale Taylor** resumes. | |

4

Case No: **4:11-cr-00288-JST-1**
Case Name: **United States of America v. Susan Xiao-Ping Su**
Date: March 12, 2014
Courtroom Deputy: William Noble          Court Reporter: James Pence

| GOV NO. | DEF NO. | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| 207 | | 12:20 p.m. | X | X | Audio recording of telephone call to Su, 9/4/10. | |
| | | 12:21 p.m. | | | Playing of audio recording begins. | |
| | | 12:27 p.m. | | | Playing of audio recording ends. | |
| 207 B | | 12:28 p.m. | | | Previously admitted. | |
| 208 B | | 12:54 p.m. | X | X | Request for evidence letter provided to Su, signed 12/1/10. | G |
| 208 D | | 12:56 p.m. | X | X | Fed Ex mailing from Su to Mackey, 12/8/10. | G |
| | | 1:03 p.m. | | | Direct examination of **Dale Taylor** ends. Cross examination begins. | |
| 400 | | 1:10 p.m. | | | Previously admitted. Blow up of photograph shown to Jury | |
| 401 | | 1:10 p.m. | | | Previously admitted. Blow up of photograph shown to Jury | |
| 403 | | 1:10 p.m. | | | Previously admitted. Blow up of photograph shown to Jury | |
| 204 C | | 1:25 p.m. | | | Previously admitted. | |
| | | 1:31 p.m. | | | Jurors excused until March 13, 2014 at 8:30 a.m. Parties file additional Joint Factual Stipulation. | |
| | | 1:33 p.m. | | | Court in recess until March 13, 2014 at 8:00 a.m. | |