FILED

MAR 1 2 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>SUSAN XIAO-PING SU,<br><br>  Defendant. | CASE NO. CR-11-00288 JST<br><br>**JOINT FACTUAL STIPULATION**<br><br>Trial Date: March 3, 2014<br>Time: 8:30 a.m.<br>Judge: Hon. Jon S. Tigar |

The United States of America, by and through its counsel of record, Assistant United States Attorneys Wade M. Rhyne and Hartley M.K. West, and Defendant Susan Xiao-Ping Su by and through her counsel of record, Erik Babcock, hereby agree and stipulate that these facts may be presented to the jury as having been proved in accordance with Ninth Circuit Model Criminal Jury Instruction 2.4.:

**Factual Stipulation No. 4**:

During the dates of the offenses charged in this case, Tri-Valley University's website domain (www.trivalleyuniversity.org) and Tri-Valley University's email accounts (ending in trivalleyuniversity.org) were hosted and operated through a company known as HostMonster, located in

1  Provo, Utah.  All emails sent to, and from, Tri-Valley University's email addresses electronically
2  traveled in interstate commerce through a HostMonster server located in Utah.  All electronic data stored
3  on Tri-Valley University's public website was stored on a HostMonster server located in Utah.

**SO STIPULATED AND AGREED.**

Dated: 3/12/14

MELINDA HAAG
United States Attorney

HARTLEY M. K. WEST
WADE M. RHYNE
Assistant United States Attorneys

Dated: 3/12/14

ERIK BABCOCK
Counsel for Defendant Susan Xiao-Ping Su

2

JOINT FACTUAL STIPULATIONS
CR-11-00288 JST