UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

*CRIMINAL JURY TRIAL MINUTES*

| | | | |
|---|---|---|---|
| Judge: | Jon S. Tigar | Time in Court: | 4 hours, 21 minutes |
| Date: | March 12, 2014 | | |
| Case No. | **4:11-cr-00288-JST-1** | | |
| Case Title: | **United States of America v. Susan Xiao-Ping Su** | | |

Defendant:   ☑ Present
             ☐ Not Present
             ☐ In Custody

Appearances:

For Government:  Wade Rhyne; Hartley M.K. West
For Defendant:   Erik Babcock; Kevin Morley

Deputy Clerk: William Noble                 Reporter: James Pence

Trial Begin: March 3, 2014                  Further Trial: March 17, 2014

Exhibits Admitted

Government: 86

Defendant:

Witness Sworn

Government: Dale Taylor (previously sworn); Anji Dirisanala; Rajeev Bhatia

Defendant:

Other

Also Present: Special Agent Jason Mackey

1

Case No:     **4:11-cr-00288-JST-1**
Case Name:   <u>United States of America v. Susan Xiao-Ping Su</u>
Date:        March 13, 2014
Courtroom Deputy:  William Noble                Court Reporter:   James Pence

| GOV NO. | DEF NO. | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 8:31 a.m. | | | Court in session.<br>Jurors not present.<br>Government shall submit proposed Jury Instructions to Court in Microsoft Word format.<br>Parties to inform the Court on Monday (March 17, 2014) if a Jury Instruction conference is needed.<br>Government may drop three of the money laundering. | |
| | | 8:35 a.m. | | | Jurors present.<br>Cross examination of previously sworn witness **Dale Taylor** resumes. | |
| 200 B | | 8:37 a.m. | | | Previously admitted. | |
| 208 A | | 8:46 a.m. | X | | Transcript of recording from TVU offices, 12/01/2010. | D |
| 201 A | | 8:54 a.m. | X | | Transcript of recording from TVU offices, 07/27/2010. | D |
| | | 8:55 a.m. | | | Cross examination of witness **Dale Taylor** ends.<br>Re-direct examination begins. | |
| | | 8:57 a.m. | | | Re-direct examination of witness **Dale Taylor** ends.<br>Re-cross examination begins. | |
| | | 8:58 a.m. | | | Re-cross examination of **Dale Taylor** ends.<br>No re-direct examination.<br>Witness excused.<br>Government calls **Anji Dirisanala**. Witness sworn. Direct examination begins. | |
| | | 10:02 a.m. | | | Court in recess. | |
| | | 10:17 a.m. | | | Court in session.<br>Jurors not present.<br>Court waiting on Defendant to conduct hearing outside the presence of the Jury. | |
| | | 10:20 a.m. | | | Defendant present.<br>Court conducts hearing regarding statements of co-conspirators. | |

2

Case No: **4:11-cr-00288-JST-1**
Case Name: <u>United States of America v. Susan Xiao-Ping Su</u>
Date: March 13, 2014
Courtroom Deputy: William Noble    Court Reporter: James Pence

| GOV NO. | DEF NO. | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 10:25 a.m. | | | Jurors present.<br>Direct examination of witness **Anji Dirisanala** resumes. | |
| 200 B | | 10:50 a.m. | | | Previously admitted. | |
| 202 D | | 11:00 a.m. | | | Previously admitted. | |
| 202 C | | 11:04 a.m. | | | Previously admitted. | |
| 203 C | | 11:09 a.m. | | | Previously admitted. | |
| 203 D | | 11:12 a.m. | | | Previously admitted. | |
| 204 B | | 11:18 a.m. | | | Previously admitted. | |
| 204 D | | 11:19 a.m. | | | Previously admitted. | |
| | | 11:24 a.m. | | | Direct examination of witness **Anji Dirisanala** ends.<br>Cross examination begins. | |
| | | 11:42 a.m. | | | Court in recess. | |
| | | 12:04 p.m. | | | Court resumes.<br>Jurors present.<br>Cross examination of witness **Anji Dirisanala** resumes. | |
| 200 A | | 12:33 p.m. | X | | Transcript of audio from TVU offices, 06/03/2010. | D |
| 452 | | 12:51 p.m. | X | | Certified plea agreement for Anji Dirisanala. | D |
| | | 12:54 p.m. | | | Cross examination of witness **Anji Dirisanala** ends. | |
| | | 12:54 p.m. | | | Side bar. | |
| | | 12:59 p.m. | | | Re-direct examination of witness **Anji Dirisanala** begins. | |
| | | 1:02 p.m. | | | Re-direct of witness **Anji Dirisanala** ends.<br>No re-cross examination.<br>Witness excused but subject to recall. | |

3

Case No: **4:11-cr-00288-JST-1**
Case Name: <u>**United States of America v. Susan Xiao-Ping Su**</u>
Date: March 13, 2014
Courtroom Deputy: William Noble          Court Reporter: James Pence

| GOV NO. | DEF NO. | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 1:04 p.m. | | | Government calls **Rajeev Bhatia**. Witness sworn. Direct examination begins. | |
| 86 | | 1:10 p.m. | X | X | TVU application for R.B., 09/07/2010. | G |
| 205 C | | 1:20 p.m. | | | Previously admitted. | |
| | | 1:24 p.m. | | | Direct examination of witness **Rajeev Bhatia** ends. Cross examination begins. | |
| | | 1:27 p.m. | | | Cross examination of witness **Rajeev Bhatia** ends. No re-direct examination. Witness excused. | |
| | | 1:28 p.m. | | | Jurors excused until March 17, 2014 at 8:30 a.m. Government to provide proposed Jury Instructions to Court in Microsoft Word format by end of the week. | |
| | | 1:29 p.m. | | | Court in recess until March 17, 2014 at 8:00 a.m. | |