MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

HARTLEY M.K. WEST (CABN 191609)
WADE M. RHYNE (CABN 216799)
Assistant United States Attorneys

  450 Golden Gate Ave., 11th Floor
  San Francisco, California 94102
  Telephone: (415) 436-6747
  FAX: (415) 436-7234
  hartley.west@usdoj.gov
  wade.rhyne@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-11-00288 JST |
| Plaintiff, | **UNITED STATES' AMENDED PROPOSED FORM OF VERDICT** |
| v. | |
| SUSAN XIAO-PING SU, | |
| Defendant. | |

COUNT ONE:  (18 U.S.C. §§ 1343 & 2 – Wire Fraud; Aiding and Abetting)

  WE, THE JURY, find defendant SUSAN XIAO-PING SU in the above-entitled case

_____ of wire fraud as charged in Count One, relating to an electronic submission
Guilty/Not Guilty

of a Form I-17, on or about September 15, 2008.

/ / /

/ / /

U.S. PROPOSED FORM OF VERDICT
NO. CR-11-0288 JST

2

1  COUNT TWO:         (18 U.S.C. §§ 1343 & 2 – Wire Fraud; Aiding and Abetting)

2       WE, THE JURY, find defendant SUSAN XIAO-PING SU in the above-entitled case

3  _____ of wire fraud as charged in Count Two, relating to an email from defendant
   Guilty/Not Guilty

4

5  regarding recruiting Indian students, on or about February 21, 2009.

6

7  COUNT THREE:      (18 U.S.C. §§ 1343 & 2 – Wire Fraud; Aiding and Abetting)

8       WE, THE JURY, find defendant SUSAN XIAO-PING SU in the above-entitled case

9  _____ of wire fraud as charged in Count Three, relating to a Student and Exchange
   Guilty/Not Guilty

10

11 Visitor Information System (SEVIS) entry for B.C., on or about January 10, 2010.

12

13 COUNT FOUR:       (18 U.S.C. §§ 1343 & 2 – Wire Fraud; Aiding and Abetting)

14      WE, THE JURY, find defendant SUSAN XIAO-PING SU in the above-entitled case

15 _____ of wire fraud as charged in Count Four, relating to a SEVIS entry for K.C.,
   Guilty/Not Guilty

16

17 on or about January 27, 2010.

18

19 COUNT FIVE:        (18 U.S.C. §§ 1343 & 2 – Wire Fraud; Aiding and Abetting)

20      WE, THE JURY, find defendant SUSAN XIAO-PING SU in the above-entitled case

21 _____ of wire fraud as charged in Count Five, relating to a SEVIS entry for S.A.,
   Guilty/Not Guilty

22

23 on or about July 27, 2010.

24 / / /

25 / / /

26 / / /

27 / / /

28

3

U.S. PROPOSED FORM OF VERDICT
NO. CR-11-0288 JST

1  COUNT SIX:            (18 U.S.C. §§ 1343 & 2 – Wire Fraud; Aiding and Abetting)

2      WE, THE JURY, find defendant SUSAN XIAO-PING SU in the above-entitled case

3  _____ of wire fraud as charged in Count Six, relating to a SEVIS entry for K.D.,
Guilty/Not Guilty

4

5  on or about July 27, 2010.

6

7  COUNT SEVEN:       (18 U.S.C. §§ 1343 & 2 – Wire Fraud; Aiding and Abetting)

8      WE, THE JURY, find defendant SUSAN XIAO-PING SU in the above-entitled case

9  _____ of wire fraud as charged in Count Seven, relating to a SEVIS entry for M.R.,
Guilty/Not Guilty

10

11 on or about August 31, 2010.

12

13 COUNT EIGHT:        (18 U.S.C. §§ 1343 & 2 – Wire Fraud; Aiding and Abetting)

14     WE, THE JURY, find defendant SUSAN XIAO-PING SU in the above-entitled case

15 _____ of wire fraud as charged in Count Eight, relating to a SEVIS entry for R.B.,
Guilty/Not Guilty

16

17 on or about September 7, 2010.

18

19 COUNT NINE:          (18 U.S.C. §§ 1343 & 2 – Wire Fraud; Aiding and Abetting)

20     WE, THE JURY, find defendant SUSAN XIAO-PING SU in the above-entitled case

21 _____ of wire fraud as charged in Count Nine, relating to an email from defendant
Guilty/Not Guilty

22

23 containing a Form I-20, transcript, and letter of good standing for S.A., on or about September 20, 2010.

24 / / /

25 / / /

26 / / /

27 / / /

28

4

U.S. PROPOSED FORM OF VERDICT
NO. CR-11-0288 JST

1  COUNT TEN: (18 U.S.C. §§ 1343 & 2 – Wire Fraud; Aiding and Abetting)

2  WE, THE JURY, find defendant SUSAN XIAO-PING SU in the above-entitled case

3  _____ of wire fraud as charged in Count Ten, relating to an email from defendant
   Guilty/Not Guilty

5  containing a Form I-20, transcript, and letter of good standing for K.D., on or about September 24, 2010.

7  COUNT ELEVEN: (18 U.S.C. §§ 1343 & 2 – Wire Fraud; Aiding and Abetting)

8  WE, THE JURY, find defendant SUSAN XIAO-PING SU in the above-entitled case

9  _____ of wire fraud as charged in Count Eleven, relating to an email from
   Guilty/Not Guilty

11 defendant containing a Form I-20, transcript, and letter of good standing for M.R., on or about

12 January 7, 2011.

14 COUNT TWELVE: (18 U.S.C. §§ 1343 & 2 – Wire Fraud; Aiding and Abetting)

15 WE, THE JURY, find defendant SUSAN XIAO-PING SU in the above-entitled case

16 _____ of wire fraud as charged in Count Twelve, relating to an email from
   Guilty/Not Guilty

18 defendant containing a Form I-20, transcript, and letter of good standing for R.B., on or about

19 January 7, 2011.

21 COUNT THIRTEEN: (18 U.S.C. §§ 1341 & 2 – Mail Fraud; Aiding and Abetting)

22 WE, THE JURY, find defendant SUSAN XIAO-PING SU in the above-entitled case

23 _____ of mail fraud as charged in Count Thirteen, relating to a Form I-17 and
   Guilty/Not Guilty

25 accompanying documents, including a DSO verification letter, from defendant to the Student and

26 Exchange Visitor Program (SEVP), on or about December 23, 2008.

27 / / /

28

5

U.S. PROPOSED FORM OF VERDICT
NO. CR-11-0288 JST

COUNT FOURTEEN:        (18 U.S.C. §§ 1341 & 2 – Mail Fraud; Aiding and Abetting)

WE, THE JURY, find defendant SUSAN XIAO-PING SU in the above-entitled case

_____ of mail fraud as charged in Count Fourteen, relating to three articulation
Guilty/Not Guilty

agreements sent from defendant to SEVP, on or about February 10, 2009.


COUNT FIFTEEN:    (18 U.S.C. § 371 – Conspiracy to Commit Visa Fraud)

WE, THE JURY, find defendant SUSAN XIAO-PING SU in the above-entitled case

_____ of conspiracy to commit visa fraud as charged in Count Fifteen.
Guilty/Not Guilty


COUNT SIXTEEN:    (18 U.S.C. §§ 1546(a) & 2 – Visa Fraud; Aiding and Abetting)

WE, THE JURY, find defendant SUSAN XIAO-PING SU in the above-entitled case

_____ of visa fraud as charged in Count Sixteen, relating to S.A., on or about
Guilty/Not Guilty

July 27, 2010.

*If you have found defendant SUSAN XIAO-PING SU not guilty of Count Sixteen, you do not need to answer question 16.a and may proceed directly to Count Seventeen. If you have found defendant SUSAN XIAO-PING SU guilty of Count Sixteen, then please answer the following question 16.a:*

16.a.   WE, THE JURY, unanimously find that defendant SUSAN XIAO-PING SU (check all that apply):

_____ forged or falsely made the Form I-20;

_____ knowingly used, attempted to use, possessed, obtained, or received the Form I-20.

/ / /

/ / /

1  COUNT SEVENTEEN:        (18 U.S.C. §§ 1546(a) & 2 – Visa Fraud; Aiding and Abetting)

2      WE, THE JURY, find defendant SUSAN XIAO-PING SU in the above-entitled case

3  _____ of visa fraud as charged in Count Seventeen, relating to K.D., on or about
   Guilty/Not Guilty

5  July 27, 2010.

7  *If you have found defendant SUSAN XIAO-PING SU not guilty of Count Seventeen, you do not*

8  *need to answer question 17.a and may proceed directly to Count Eighteen.  If you have found defendant*

9  *SUSAN XIAO-PING SU guilty of Count Seventeen, then please answer the following question 17.a:*

10      17.a.   WE, THE JURY, unanimously find that defendant SUSAN XIAO-PING SU (check all

11  that apply):

12      _____ forged or falsely made the Form I-20;

13      _____ knowingly used, attempted to use, possessed, obtained, or received the

14      Form I-20.

16  COUNT EIGHTEEN:         (18 U.S.C. §§ 1546(a) & 2 – Visa Fraud; Aiding and Abetting)

17      WE, THE JURY, find defendant SUSAN XIAO-PING SU in the above-entitled case

18  _____ of visa fraud as charged in Count Eighteen, relating to M.R., on or about
   Guilty/Not Guilty

20  August 31, 2010.

22  *If you have found defendant SUSAN XIAO-PING SU not guilty of Count Eighteen, you do not*

23  *need to answer question 18.a and may proceed directly to Count Nineteen.  If you have found defendant*

24  *SUSAN XIAO-PING SU guilty of Count Eighteen, then please answer the following question 18.a:*

25  */ / /*

26  */ / /*

27  */ / /*

1  18.a. WE, THE JURY, unanimously find that defendant SUSAN XIAO-PING SU (check all that apply):

_____ forged or falsely made the Form I-20;

_____ knowingly used, attempted to use, possessed, obtained, or received the Form I-20.

COUNT NINETEEN: (18 U.S.C. §§ 1546(a) & 2 – Visa Fraud; Aiding and Abetting)

WE, THE JURY, find defendant SUSAN XIAO-PING SU in the above-entitled case _____ of visa fraud as charged in Count Nineteen, , relating to R.B., on or about
Guilty/Not Guilty

September 7, 2010.

*If you have found defendant SUSAN XIAO-PING SU not guilty of Count Nineteen, you do not need to answer question 19.a and may proceed directly to Count Twenty. If you have found defendant SUSAN XIAO-PING SU guilty of Count Nineteen, then please answer the following question 19.a:*

19.a. WE, THE JURY, unanimously find that defendant SUSAN XIAO-PING SU (check all that apply):

_____ forged or falsely made the Form I-20;

_____ knowingly used, attempted to use, possessed, obtained, or received the Form I-20.

COUNT TWENTY: (18 U.S.C. §§ 1001(a)(3) & 2 – Use of False Document; Aiding and Abetting)

WE, THE JURY, find defendant SUSAN XIAO-PING SU in the above-entitled case _____ of use of a false document as charged in Count Twenty, on or about
Guilty/Not Guilty

September 24, 2010.

/ / /

8
U.S. PROPOSED FORM OF VERDICT
NO. CR-11-0288 JST

COUNT TWENTY-ONE: (18 U.S.C. §§ 1001(a)(2) & 2 – False Statements to a Government Agency; Aiding and Abetting)

WE, THE JURY, find defendant SUSAN XIAO-PING SU in the above-entitled case _____ of false statement to a government agency as charged in Count Twenty-One,
Guilty/Not Guilty

on or about January 7, 2011.

COUNT TWENTY-TWO: (8 U.S.C. § 1324(a)(1)(A)(iii), (a)(1)(A)(v)(II), (a)(1)(B)(i) – Alien Harboring)

WE, THE JURY, find defendant SUSAN XIAO-PING SU in the above-entitled case _____ of alien harboring as charged in Count Twenty-Two, relating to V.D.
Guilty/Not Guilty

*If you have found defendant SUSAN XIAO-PING SU not guilty of Count Twenty-Two, you do not need to answer question 22.a and may proceed directly to Count Twenty-Three. If you have found defendant SUSAN XIAO-PING SU guilty of Count Twenty-Two, then please answer the following question 22.a:*

22.a. WE, THE JURY, unanimously find that defendant SUSAN XIAO-PING SU acted for the purpose of commercial advantage or private financial gain:

_____ YES

_____ NO

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

COUNT TWENTY-THREE: (8 U.S.C. § 1324(a)(1)(A)(iii), (a)(1)(A)(v)(II), (a)(1)(B)(i) – Alien Harboring)

WE, THE JURY, find defendant SUSAN XIAO-PING SU in the above-entitled case _____ of alien harboring as charged in Count Twenty-Three, relating to T.T.
Guilty/Not Guilty

*If you have found defendant SUSAN XIAO-PING SU not guilty of Count Twenty-Three, you do not need to answer question 23.a and may proceed directly to Count Twenty-Four. If you have found defendant SUSAN XIAO-PING SU guilty of Count Twenty-Three, then please answer the following question 23.a:*

    23.a.    WE, THE JURY, unanimously find that defendant SUSAN XIAO-PING SU acted for the purpose of commercial advantage or private financial gain:

    _____ YES

    _____ NO

COUNT TWENTY-FOUR:    (8 U.S.C. § 1324(a)(1)(A)(iii), (a)(1)(A)(v)(II), (a)(1)(B)(i) – Alien Harboring)

WE, THE JURY, find defendant SUSAN XIAO-PING SU in the above-entitled case _____ of alien harboring as charged in Count Twenty-Four, relating to A.D.
Guilty/Not Guilty

*If you have found defendant SUSAN XIAO-PING SU not guilty of Count Twenty-Four, you do not need to answer question 24.a and may proceed directly to Count Twenty-Five. If you have found defendant SUSAN XIAO-PING SU guilty of Count Twenty-Four, then please answer the following question 24.a:*

    24.a.    WE, THE JURY, unanimously find that defendant SUSAN XIAO-PING SU acted for the purpose of commercial advantage or private financial gain:

    _____ YES

    _____ NO

COUNT TWENTY-FIVE:     (18 U.S.C. §§ 1030(a)(3) & 2 – Unauthorized Access of a Government Computer; Aiding and Abetting)

WE, THE JURY, find defendant SUSAN XIAO-PING SU in the above-entitled case

_____ of unauthorized access of a government computer as charged in
Guilty/Not Guilty

Count Twenty-Five.

COUNT TWENTY-SIX:     (18 U.S.C. §§ 1957(a) & 2 – Money Laundering; Aiding and Abetting)

WE, THE JURY, find defendant SUSAN XIAO-PING SU in the above-entitled case

_____ of money laundering as charged in Count Twenty-Six, relating to a
Guilty/Not Guilty

$36,783.61 check used to purchase a 2009 Mercedes Benz, on or about November 28, 2009.

COUNT TWENTY-SEVEN: (18 U.S.C. §§ 1957(a) & 2 – Money Laundering; Aiding and Abetting)

WE, THE JURY, find defendant SUSAN XIAO-PING SU in the above-entitled case

_____ of money laundering as charged in Count Twenty-Seven, relating to a
Guilty/Not Guilty

$78,700 wire transfer to purchase 1087 Murrieta Boulevard, #133, in Livermore, CA, on or about February 25, 2010.

COUNT TWENTY-NINE:    (18 U.S.C. §§ 1957(a) & 2 – Money Laundering; Aiding and Abetting)

WE, THE JURY, find defendant SUSAN XIAO-PING SU in the above-entitled case

_____ of money laundering as charged in Count Twenty-Nine, relating to a
Guilty/Not Guilty

$160,986.87 cashier's check used to purchase 405 Boulder Court, Suite 800, in Pleasanton, CA, on or about April 9, 2010.

/ / /

11

U.S. PROPOSED FORM OF VERDICT
NO. CR-11-0288 JST

COUNT THIRTY-ONE:        (18 U.S.C. §§ 1957(a) & 2 – Money Laundering; Aiding and Abetting)

WE, THE JURY, find defendant SUSAN XIAO-PING SU in the above-entitled case

_____ of money laundering as charged in Count Thirty-One, relating to a
Guilty/Not Guilty

$261,307.49 cashier's check used to purchase 405 Boulder Court, Suite 700, in Pleasanton, CA, on or about July 8, 2010.

COUNT THIRTY-TWO:        (18 U.S.C. §§ 1957(a) & 2 – Money Laundering; Aiding and Abetting)

WE, THE JURY, find defendant SUSAN XIAO-PING SU in the above-entitled case

_____ of money laundering as charged in Count Thirty-Two, relating to a
Guilty/Not Guilty

$700,000 cashier's check used to purchase 2890 Victoria Ridge Court, in Pleasanton, CA, on or about July 20, 2010.

COUNT THIRTY-FOUR:       (18 U.S.C. §§ 1957(a) & 2 – Money Laundering; Aiding and Abetting)

WE, THE JURY, find defendant SUSAN XIAO-PING SU in the above-entitled case

_____ of money laundering as charged in Count Thirty-Four, relating to a
Guilty/Not Guilty

$600,000 wire transfer to purchase 1371 Germano Way, in Pleasanton, CA, on or about December 15, 2010.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

U.S. PROPOSED FORM OF VERDICT
NO. CR-11-0288 JST

12

COUNT THIRTY-FIVE:     (18 U.S.C. §§ 1957(a) & 2 – Money Laundering; Aiding and Abetting)

WE, THE JURY, find defendant SUSAN XIAO-PING SU in the above-entitled case

_____ of money laundering as charged in Count Thirty-Five, relating to a
Guilty/Not Guilty

$1,200,000 wire transfer to purchase 1371 Germano Way, in Pleasanton, CA, on or about December 15, 2010.

DATED: _____                    _____
                                                                          FOREPERSON