UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

*CRIMINAL JURY TRIAL MINUTES*

| | | | |
|---|---|---|---|
| Judge: | Jon S. Tigar | Time in Court: | 4 hours, 25 minutes |
| Date: | March 17, 2014 | | |

Case No.   **4:11-cr-00288-JST-1**

Case Title:   **United States of America v. Susan Xiao-Ping Su**

Defendant:   ☑ Present
☐ Not Present
☐ In Custody

Appearances:
For Government:   Wade Rhyne; Hartley M.K. West
For Defendant:   Erik Babcock; Kevin Morley

Deputy Clerk: William Noble                                Reporter: James Pence

Trial Begin: March 3, 2014                                 Further Trial: March 18, 2014

Exhibits Admitted

Government: 32, 33, 34, 35, 36, 530, 531, 532, 533, 534, 535

Defendant:

Witness Sworn

Government: Santosh Ignatius; Kalpana Challa; Parth Patel

Defendant:

Other

Also Present: Special Agent Jason Mackey

1

Case No: **4:11-cr-00288-JST-1**
Case Name: <u>**United States of America v. Susan Xiao-Ping Su**</u>
Date: March 17, 2014
Courtroom Deputy: William Noble       Court Reporter: James Pence

| GOV NO. | DEF NO. | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 8:25 a.m. | | | Court in session. Jurors not present. Discussion with counsel regarding trial schedule. Government may conclude its case on Wednesday or Thursday of this week. Defendant does not yet know if she will put on a case. The Court sets a Jury Instruction hearing for March 18, 2014 at 2:30 p.m. Government informs Court if accidental conversation between a Government law clerk and Juror Number Six (G. Rudderow). Neither party requests further action from the Court. | |
| | | 8:32 a.m. | | | Jurors present. | |
| | | 8:33 a.m. | | | Government calls **Santosh Ignatius**. Witness sworn. Direct examination begins. | |
| | | 9:29 a.m. | | | Side bar. | |
| | | 9:30 a.m. | | | Direct examination of witness **Santosh Ignatius** resumes. | |
| | | 9:34 a.m. | | | Direct examination of witness **Santosh Ignatius** ends. Cross examination begins. | |
| | | 10:01 a.m. | | | Court in recess. | |
| | | 10:21 a.m. | | | Court resumes. Jurors present. Cross examination of witness **Santosh Ignatius** resumes. | |
| | | 10:22 a.m. | | | Cross examination of witness **Santosh Ignatius** ends. Re-direct examination begins. | |
| | | 10:23 a.m. | | | Re-direct examination of witness **Santosh Ignatius** ends. No re-cross examination. Witness excused. | |
| | | 10:23 a.m. | | | Government calls **Kalpana Challa**. Witness worn. Direct examination begins. | |

2

Case No: **4:11-cr-00288-JST-1**
Case Name: <u>**United States of America v. Susan Xiao-Ping Su**</u>
Date: March 17, 2014
Courtroom Deputy: William Noble        Court Reporter: James Pence

| GOV NO. | DEF NO. | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| 530 | | 10:31 a.m. | X | X | WFB Account #0454 - Check number 102 from Kalpana Challa to TVU for $1,000.00, 01/27/2010. | G |
| 32 | | 10:32 a.m. | X | X | Form I-20, Certificate of Eligibility for Nonimmigrant (F-1) Student Status for Kalpana Challa, 01/27/2010. | G |
| 531 | | 10:35 a.m. | X | X | WFB Account #0454 - Check number 105 from Kalpana Challa for $600.00, 02/15/2010. | G |
| 535 | | 10:40 a.m. | X | X | WFB Account #0454 - Check number 1148 to Kalpana Challa for $40500, 04/12/2010. | G |
| 532 | | 10:43 a.m. | X | X | WFB Account #4780 - Check number 2252 from Kalpana Challa to TVU for $6,217.00, 03/15/2010. | G |
| 35 | | 10:47 a.m. | X | X | TVU Class Receipt for Kalpana Challa, 04/16/2010. | G |
| 36 | | 10:49 a.m. | X | X | TVU transcripts for Kalpana Challa, 04/29/2010. | G |
| 533 | | 10:53 a.m. | X | X | WFB Account #04780 - Check number 134 from Kalpana Challa to TVU for $500.00, 10/01/2010. | G |
| 534 | | 10:54 a.m. | X | X | WFB Account #04780 - Check number 135 from Kalpana Challa to TVU for $500.00, 10/01/2010. | G |
| 33 | | 10:56 a.m. | X | X | Form I-20, Certificate of Eligibility for Nonimmigrant (F-1) Student Status, for Kalpana Challa, 09/12/2010. | G |
| 34 | | 11:01 a.m. | X | X | Form I-20, Certificate of Eligibility for Nonimmigrant (F-1) Student Status, for Kalpana Challa, 10/07/2010. | G |
| | | 11:06 a.m. | | | Direct examination of witness **Kalpana Challa** ends. Cross-examination begins. | |
| 535 | | 11:23 a.m. | | | Previously admitted. | |
| 532 | | 11:26 a.m. | | | Previously admitted. | |
| | | 11:37 a.m. | | | Side bar. | |

Case No: **4:11-cr-00288-JST-1**
Case Name: <u>**United States of America v. Susan Xiao-Ping Su**</u>
Date: March 17, 2014
Courtroom Deputy: William Noble            Court Reporter: James Pence

| GOV NO. | DEF NO. | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 11:38 a.m. | | | Cross examination of **Kalpana Challa** resumes. | |
| 34 | | 11:41 a.m. | | | Previously admitted. | |
| | | 11:45 a.m. | | | Cross examination of witness **Kalpana Challa** ends. Re-direct examination begins. | |
| | | 11:46 a.m. | | | Re-direct examination of witness **Kalpana Challa** ends. No re-cross examination. Witness excused. | |
| | | 11:47 a.m. | | | Court in recess. | |
| | | 12:10 p.m. | | | Court resumes. Jurors present. | |
| | | 12:11 p.m. | | | Joint factual stipulation number four read into record by Government. | |
| | | 12:12 p.m. | | | Reading ends. | |
| | | 12:12 p.m. | | | Government calls **Parth Patel**. Witness sworn. Direct examination begins. | |
| | | 12:54 p.m. | | | Direct examination of witness **Parth Patel** ends. Cross examination begins. | |
| | | 1:26 p.m. | | | Cross examination of witness **Parth Patel** ends. Re-direct examination begins. | |
| | | 1:29 p.m. | | | Re-direct examination of witness **Parth Patel** ends. Re-cross examination ends. | |
| | | 1:31 p.m. | | | Re-cross examination of witness **Patel Patel** ends. No re-direct examination. Witness excused. | |
| | | 1:32 p.m. | | | Jurors excused until March 18, 2014 at 8:30 a.m. | |
| | | 1:33 p.m. | | | Court in recess until March 18, 2014 at 8:00 a.m. | |

4