UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

*CRIMINAL JURY TRIAL MINUTES*

| | | | |
|---|---|---|---|
| Judge: | Jon S. Tigar | Time in Court: | Trial: 4 hours, 12 minutes |
| | | | Jury Instruction hearing: 47 minutes |
| Date: | March 18, 2014 | | |
| Case No. | **4:11-cr-00288-JST-1** | | |
| Case Title: | **United States of America v. Susan Xiao-Ping Su** | | |

Defendant:  ☑ Present
            ☐ Not Present
            ☐ In Custody

Appearances:

For Government: Wade Rhyne; Hartley M.K. West
For Defendant: Erik Babcock; Kevin Morley

Deputy Clerk: William Noble                Reporter: Kelly Polvi; James Pence

Trial Begin: March 3, 2014                 Further Trial: March 19, 2014

Exhibits Admitted

Government: 16, 17, 18, 209, 209A, 209B, 500, 501, 501A, 501B, 502, 503, 503A, 504, 505, 505A, 505B, 506, 507, 508, 509, 510, 511, 511A, 512, 513, 513A, 514, 515, 516, 600, 601, 603, 605, 606, 608, 609, 650, 651, 653, 700, 701, 702, 704, 705, 705A, 800

Defendant:

Witness Sworn

Government: Naveen Kundar; David Ramirez; Jason Mackey (previously sworn)

Defendant:

1

| | |
|---:|:---|
| Case No: | **4:11-cr-00288-JST-1** |
| Case Name: | <u>United States of America v. Susan Xiao-Ping Su</u> |
| Date: | March 18, 2014 |
| Courtroom Deputy: | William Noble     Court Reporters: Kelly Polvi; James Pence |

## Motions Heard

Government's motion to dismiss Money Laundering charges 28, 30, 33 and Alien Harboring charge 23, is granted.

Court will reserve ruling on a Rule 29 motion until after the Government rests.

## Other

Audio recording (exhibit 209) played in Court.

Jury Instruction hearing held.

Also Present: Special Agent Jason Mackey

Case No: **4:11-cr-00288-JST-1**
Case Name: <u>United States of America v. Susan Xiao-Ping Su</u>
Date: March 18, 2014
Courtroom Deputy: William Noble     Court Reporters: Kelly Polvi; James Pence

| GOV NO. | DEF NO. | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 8:26 a.m. | | | Court in session. Jurors not present. Government informed Court that it intends to rest today. Court discussed scheduling with counsel. | |
| | | 8:34 a.m. | | | Defendant may examine Agent Mackey regarding testimony of witness Parth Patel during cross-examination. Court will not order the Jurors to deliberate on Friday, March 21, 2014. | |
| | | 8:44 a.m. | | | Jurors present. Court informs Jurors of possible trial schedule changes. | |
| | | 8:46 a.m. | | | Government calls **Naveen Kundar**. Witness sworn. Direct examination begins. | |
| | | 9:08 a.m. | | | Direct examination of witness **Naveen Kundar** ends. Cross examination begins. | |
| | | 9:24 a.m. | | | Cross examination of witness **Naveen Kundar** ends. Re-direct examination begins. | |
| | | 9:25 a.m. | | | Re-direct examination of witness **Naveen Kundar** ends. No re-cross examination. Witness excused. | |
| | | 9:26 a.m. | | | Government calls **David Ramirez**. Witness sworn. Direct examination begins. | |
| 209 | | 9:32 a.m. | X | X | Audio recording of undercover telephone call to Susan Su, 01/07/2011. | G |
| 209 A | | 9:32 a.m. | X | X | Transcript of telephone recording to Susan Su 01/07/2011. | G |
| | | 9:32 a.m. | | | Audio recording of exhibit 209 played in Court. | |
| | | 9:37 a.m. | | | Audio recording ends. | |
| 209 B | | 9:38 a.m. | X | X | Email from Susan Su to David Ramirez, 01/07/2011. | G |
| | | 9:47 a.m. | | | Direct examination of witness **David Ramirez** ends. Cross examination begins. | |

3

Case No:     **4:11-cr-00288-JST-1**
Case Name:   **United States of America v. Susan Xiao-Ping Su**
Date:        March 18, 2014
Courtroom Deputy:   William Noble            Court Reporters:   Kelly Polvi; James Pence

| GOV NO. | DEF NO. | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:50 a.m. | | | Cross examination of witness **David Ramirez** ends.<br>No re-direct examination.<br>Witness excused.<br>Jurors on break. | |
| | | 9:51 a.m. | | | Court in recess. | |
| | | 10:07 a.m. | | | Court in session.<br>Jurors not present.<br>Government informs Court that Juror #8 (E. Fitzgerald) may have been asleep while Court was in session. | |
| | | 10:10 a.m. | | | Government request that Juror #8 be excused. The Court will speak to Juror #8 at the end of the day. | |
| | | 10:14 a.m. | | | Jurors present.<br>Government recalls previously sworn witness **Jason Mackey**.<br>Direct examination begins. | |
| 653 | | 10:31 a.m. | X | X | Money flow summary #3 | G |
| 650 | | 10:31 a.m. | X | X | Money flow summary #1 | G |
| 651 | | 10:31 a.m. | X | X | Money flow summary #2 | G |
| | | 10:35 a.m. | | | Poster of exhibit 651 shown to Jury. | |
| 514 | | 10:51 a.m. | X | X | PayPal account #1921, opening application, 09/22/2003, and business name change to TVU, 03/28/2008. | G |
| 515 | | 10:51 a.m. | X | X | PayPal account #1921, CD-ROM of transaction records from 03/28/2008 to 01/18/2011. | G |
| 500 | | 10:56 a.m. | X | X | WFB accounts #0454 and #3640, opening application and certificate of authority, 04/25/2008. | G |
| 501 | | 10:56 a.m. | X | X | WFB accounts #0454 and #3640, monthly statements from 04/01/2008 to 01/31/2011. | G |
| 501 A | | 10:56 a.m. | X | X | WFB accounts #0454 and #3640, deposits from 04/01/2008 to 01/31/2011. | G |

Case No: **4:11-cr-00288-JST-1**
Case Name: <u>United States of America v. Susan Xiao-Ping Su</u>
Date: March 18, 2014
Courtroom Deputy: William Noble           Court Reporters: Kelly Polvi; James Pence

| GOV NO. | DEF NO. | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| 501 B | | 10:57 a.m. | X | X | WFB account #3640, selected wire transfer deposits. | G |
| 516 | | 10:58 a.m. | X | X | Global Payment Inc., credit card processing agreements and credit card merchant statements for: Account #1698, 03/03/2009; #3536, 03/17/2009; account #8838, 10/14/2009. | G |
| 512 | | 10:59 a.m. | X | X | CitiBank account #3045, signature card 03/25/2009 | G |
| 513 | | 10:59 a.m. | X | X | CitiBank account #3045, monthly statements from 03/25/2009 to 02/28/2011. | G |
| 513 A | | 10:59 a.m. | X | X | CitiBank account #3045, selected deposits from 03/25/2009 to 02/28/2011. | G |
| 502 | | 11:02 a.m. | X | X | WFB account #4780, opeing application and certificate of authority, 01/02/2010. | G |
| 503 | | 11:02 a.m. | X | X | WFB account #4780, monthly statements from 01/02/2010 to 03/31/2011. | G |
| 503 A | | 11:02 a.m. | X | X | WFB account #4780, selected deposits. | G |
| 600 | | 11:08 a.m. | X | X | WFB account #0454, check number 1037 from Susan Su to Mercedes Benz of Pleasanton for $36,783.61. | G |
| 700 | | 11:08 a.m. | X | X | Mercedes Benz of Pleasanton sales contract, 11/28/2009. | G |
| 601 | | 11:12 a.m. | X | X | WFB account #0454, wire transfer from Susan Su to Fidelity National Title Escrow for $78,700.00, 02/25/2010, for Murrieta Blvd. Property, Livermore. | G |
| 701 | | 11:14 a.m. | X | X | Fidelity National Title Escrow File for Murrieta Blvd., Livermore CA. | G |
| | | 11:15 a.m. | | | Sidebar. | |
| | | 11:17 a.m. | | | Jurors not present. Court informs parties that alternates are placed into the Jury in the same order they were selected. | |
| | | 11:18 a.m. | | | Court in recess. | |

5

Case No: **4:11-cr-00288-JST-1**
Case Name: <u>**United States of America v. Susan Xiao-Ping Su**</u>
Date: March 18, 2014
Courtroom Deputy: William Noble  Court Reporters: Kelly Polvi; James Pence

| GOV NO. | DEF NO. | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
|  |  | 11:37 a.m. |  |  | Court in session. Jurors present. Direct examination of witness **Jason Mackey** resumes. |  |
| 603 |  | 11:42 a.m. | X | X | WFB account #0454, withdrawal slip and cashier's check to Chicago Title Company for $160,987.87, 0409/2010 for 405 Boulder Court, Ste. 800, Pleasanton, CA. | G |
| 702 |  | 11:44 a.m. | X | X | Chicago Title Company escrow files for 405 Boulder Court, Ste. 700 and 800, Pleasanton, CA. | G |
| 605 |  | 11:46 a.m. | X | X | WFB account #0454, withdrawal slip and cashier's check to Chicago Title Company for $261,307.49, 07/08/2010, for 405 Boulder Court, Ste. 700, Pleasanton, CA. | G |
| 609 |  | 11:49 a.m. | X | X | CitiBank account #3045, wire trnsfer from Susan Su to Prominent Escrow Services for $1.2 million, 12/15/2010 for Germano Way, Pleasanton, CA. | G |
| 705 |  | 11:51 a.m. | X | X | Prominent Escrow Services escrow file, Germano Way, Pleasanton, CA. | G |
| 608 |  | 11:52 a.m. | X | X | WFB account #4780, wire transfer from Susan Su to Prominent Escrow Services for $600,000.00 for Germano Way, Pleasanton CA. | G |
| 606 |  | 11:57 a.m. | X | X | WFB account #0454, withdrawal slip and cashier's check to Placer Title Company for $700,000.00, 07/20/2010 for Victoria Ridge Court, Pleasanton, CA. | G |
| 704 |  | 11:58 a.m. | X | X | Placer Title Company escrow file for Victoria Ridge Court, Pleasanton, CA. | G |
| 705 A |  | 12:01 p.m. | X | X | Certified Alameda County title documents. | G |
| 504 |  | 12:03 p.m. | X | X | WFB account #9937, opening application and certificate of authority, 07/09/2010. | G |
| 505 |  | 12:03 p.m. | X | X | WFB account #9937, monthly statement summaries from 07/01/2010 to 03/31/2011. | G |
| 505 A |  | 12:03 p.m. | X | X | WFB account #9937, selected deposits from Prominent Escrow Services for $14,925.00. | G |

Case No: **4:11-cr-00288-JST-1**
Case Name: **United States of America v. Susan Xiao-Ping Su**
Date: March 18, 2014
Courtroom Deputy: William Noble          Court Reporters: Kelly Polvi; James Pence

| GOV NO. | DEF NO. | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| 505 B | | 12:03 p.m. | X | X | WFB account #9937, monthly statement summaries from 07/01/2010 to 03/31/2011. | G |
| 506 | | 12:05 p.m. | X | X | WFB account #6782, opening application and certificate of authority, 12/17/2010. | G |
| 507 | | 12:05 p.m. | X | X | WFB account #6782, monthly statements from 12/01/2010 to 03/31/2011. | G |
| 508 | | 12:06 p.m. | X | X | WFB account #2773, opening application and certificate of authority, 12/14/2010. | G |
| 509 | | 12:06 p.m. | X | X | WFB account #2773, monthly statements from 12/01/2010 to 03/31/2011. | G |
| 510 | | 12:07 p.m. | X | X | CitiBank account #5029, signature card, 11/18/2006. | G |
| 511 | | 12:07 p.m. | X | X | CitiBank account #5029, monthly statement from 12/01/2008 to 03/31/2011. | G |
| 511 A | | 12:07 p.m. | X | X | CitiBank account #5029, selected deposits from 12/01/2008 to 03/31/2011. | G |
| 16 | | 12:10 p.m. | X | X | TVU credit card receipt for $1,000.00, with credit card invoice, 09/07/2010 | G |
| 17 | | 12:14 p.m. | X | X | TVU class receipt for B.C. for $335.00, 09/07/2010. | G |
| 18 | | 12:14 p.m. | X | X | TVU credit card receipt for $1,000.00 with TVU credit card invoice, 12/28/2010. | G |
| 800 | | 12:16 p.m. | X | X | Claim for damage, injury or death submitted to HSI by Susan Su, 04/15/2011, with attachment from Su claiming lost tuition for Spring 2011 of $5,429,700. | G |
| | | 12:26 p.m. | | | Direct examination of witness **Jason Mackey** ends. Cross examination begins. | |
| | | 12:52 p.m. | | | Cross examination of witness **Jason Mackey** ends. Re-direct examination begins. | |
| | | 12:56 p.m. | | | Re-direct examination of witness **Jason Mackey** ends. Re-cross examination begins. | |
| | | 1:00 p.m. | | | Re-cross examination of witness **Jason Mackey** ends. No re-direct examination. Witness excused. | |

7

Case No: **4:11-cr-00288-JST-1**
Case Name: <u>United States of America v. Susan Xiao-Ping Su</u>
Date: March 18, 2014
Courtroom Deputy: William Noble        Court Reporters: Kelly Polvi; James Pence

| GOV NO. | DEF NO. | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 1:01 p.m. | | | All jurors except for Juror #8 (E. Fitzgerald) excused until March 19, 2014 at 8:30 a.m. | |
| | | 1:03 p.m. | | | Court has discussion with Juror #8 regarding attentiveness during trial. | |
| | | 1:04 p.m. | | | Sidebar. | |
| | | 1:07 p.m. | | | Juror #8 excused until March 19, 2014 at 8:30 a.m. | |
| | | 1:09 p.m. | | | Court in recess. | |
| | | 2:03 p.m. | | | Court in session. Jurors not present. Defense informs court that Defendant Susan Su is not anticipated to testify. | |
| | | 2:05 p.m. | | | Government moves to dismiss Money Laundering charges 28, 30, 33 and Alien Harboring charge 23. Motion is granted. | |
| | | 2:12 p.m. | | | Court will reserve ruling on any Rule 29 motion until after the Government rests. The motion will be made at a sidebar. | |
| | | 2:13 p.m. | | | Jury Instruction hearing begins. Government will make change to Jury Instructions as ordered by the Court and provide copy to Defendant before submitting to Court. | |
| | | 2:50 p.m. | | | Court in recess until March 19, 2014 at 8:00 a.m. | |