UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br>    Plaintiff,<br>    v.<br>SUSAN XIAO-PING SU,<br>    Defendant. | Case No.  11-cr-00288-JST-1<br><br>**ORDER RE: CLOSING ARGUMENT** |

This order resolves an issue at today's Rule 29 conference.

In closing argument, Defendant will be permitted to argue that one factor motivating the United States' prosecution of the Defendant is that it will be easier for the United States to obtain the Defendant's assets through forfeiture if she is convicted.

The Court notes that no party offered any authority in support of its position on this question, and the Court has not been able to locate any.

**IT IS SO ORDERED.**

Dated:  March 18, 2014

_____
JON S. TIGAR
United States District Judge