# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT of CALIFORNIA

## *CRIMINAL JURY TRIAL MINUTES*

| | |
|---|---|
| Judge: | Jon S. Tigar |
| Date: | March 19, 2014 |
| Case No. | **4:11-cr-00288-JST-1** |
| Case Title: | **United States of America v. Susan Xiao-Ping Su** |

Time in Court: 5 hours, 7 minutes

Defendant: ☑ Present
☐ Not Present
☐ In Custody

Appearances:

For Government: Wade Rhyne; Hartley M.K. West
For Defendant: Erik Babcock; Kevin Morley

Deputy Clerk: William Noble

Reporter: Kelly Polvi

Trial Begin: March 3, 2014

Further Trial (Jury deliberation): March 20, 2014

### Exhibits Admitted

Government: 705B

Defendant:

### Witness Sworn

Government:

Defendant:

### Motions Heard

United States' Motion to Reconsider Court's Order Regarding Reference to Punishment in Closing Argument (docket 114). Motion denied.

### Other

Government rests.

1

|                    |                                              |                |             |
|-------------------:|:---------------------------------------------|---------------:|:------------|
|           Case No: | **4:11-cr-00288-JST-1**                      |                |             |
|         Case Name: | <u>United States of America v. Susan Xiao-Ping Su</u> |         |             |
|              Date: | March 19, 2014                               |                |             |
|  Courtroom Deputy: | William Noble                                | Court Reporter: | Kelly Polvi |

Defendant rests.

Jury Instructions read.

Government's closing argument.

Defendant's closing argument.

Government's rebuttal closing argument.

Jury notes received: One

Also Present: Special Agent Jason Mackey

2

Case No: **4:11-cr-00288-JST-1**
Case Name: <u>United States of America v. Susan Xiao-Ping Su</u>
Date: March 19, 2014
Courtroom Deputy: William Noble        Court Reporter: Kelly Polvi

| GOV NO. | DEF NO. | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 8:24 a.m. | | | Court in session.<br>Jurors not present.<br>Defendant is not present. Mr. Babcock informed the court that he spoke to Dr. Su at about 7:20 a.m. and she was in her car in Pleasanton.<br>Jury portion of trial will not begin until defendant is present.<br>Court addressed counsel regarding email sent from Dr. Su to Court at about 5:21 a.m. No further action will be taken. Courtroom Deputy is instructed to delete copy of email. | |
| | | 8:29 a.m. | | | Hearing on United States' Motion to Reconsider Court's Order Regarding Reference to Punishment in Closing Argument (docket 114). | |
| | | 8:51 a.m. | | | Government's motion for reconsideration is denied. | |
| | | 8:56 a.m. | | | Defendant's counsel informs court of Dr. Su's location. | |
| 705 B | | 8:57 a.m. | X | X | Certified Alameda County title documents. | G |
| | | 8:58 a.m. | | | Court in recess. | |
| | | 9:16 a.m. | | | Court in session.<br>Jurors not present.<br>Defendant is present.<br>Court will hold hearing at end of day regarding time defendant arrived in courtroom.<br>Discussion with counsel regarding Jury Instructions.<br>Defendant will not be testifying. | |
| | | 9:36 a.m. | | | Jurors present. | |
| | | 9:37 a.m. | | | Government rests. | |
| | | 9:37 a.m. | | | Sidebar. | |

Case No: **4:11-cr-00288-JST-1**
Case Name: **United States of America v. Susan Xiao-Ping Su**
Date: March 19, 2014
Courtroom Deputy: William Noble        Court Reporter: Kelly Polvi

| GOV NO. | DEF NO. | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:38 a.m. | | | Defendant rests. | |
| | | 9:41 a.m. | | | Court begins reading Jury Instructions. | |
| | | 10:01 a.m. | | | Pause in reading of instructions for sidebar. | |
| | | 10:03 a.m. | | | Reading of Jury Instructions resumes. | |
| | | 10:30 a.m. | | | Reading of Jury Instructions ends. | |
| | | 10:31 a.m. | | | Jurors not present. Discussion with counsel regarding schedule of closing arguments. | |
| | | 10:50 a.m. | | | Court in session. Jurors not present. Discussion with counsel regarding closing argument schedule. | |
| | | 10:52 a.m. | | | Jurors present. | |
| | | 10:53 a.m. | | | Closing argument by Government begins. | |
| | | 12:14 p.m. | | | Closing argument by Government ends. | |
| | | 12:15 p.m. | | | Jurors not present. Discussion with counsel regarding schedule for rest of day. Discussion with counsel regarding Defendant's tardiness. Court addresses Defendant regarding her attendance in Court. | |
| | | 12:22 p.m. | | | Court in recess. | |
| | | 12:36 p.m. | | | Court in session. Jurors present. Closing argument by Defendant begins. | |
| | | 1:45 p.m. | | | Closing argument by Defendant ends. | |
| | | 1:45 p.m. | | | Sidebar. | |

|  | Case No: | **4:11-cr-00288-JST-1** |
|---:|---|---|
|  | Case Name: | **United States of America v. Susan Xiao-Ping Su** |
|  | Date: | March 19, 2014 |
| Courtroom Deputy: | William Noble | Court Reporter:   Kelly Polvi |

| GOV NO. | DEF NO. | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
|  |  | 1:46 p.m. |  |  | Closing rebuttal argument by Government begins. |  |
|  |  | 2:06 p.m. |  |  | Closing rebuttal argument by Government ends. |  |
|  |  | 2:12 p.m. |  |  | Court security officer retiring with Jury is sworn.  Jurors one through twelve retire to Jury room to elect presiding juror and inform court of their deliberation schedule.  Jury will begin their deliberations on Thursday, March 20, 2014 at 8:30 a.m.  Jurors may begin deliberating as soon as they are all present.  Alternate Jurors are placed on telephone standby. |  |
|  |  | 2:17 p.m. |  |  | Jurors not present.<br>Defendant is ordered to appear in Court by 8:30 a.m., March 20, 2014 or unless otherwise informed by her attorney. |  |
|  |  | 2:19 p.m. |  |  | Court in recess.<br>Jury note One (Juror's deliberation schedule) received after Court in recess. |  |