UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

*CRIMINAL JURY TRIAL MINUTES*

| | | | |
|---|---|---|---|
| Judge: | Jon S. Tigar | Time in Court: | 11 minutes |
| Date: | March 20, 2014 | | |
| Case No. | **4:11-cr-00288-JST-1** | | |
| Case Title: | **United States of America v. Susan Xiao-Ping Su** | | |

Defendant:  ☑ Present
☐ Not Present
☐ In Custody

Appearances:

For Government:  Wade Rhyne; Hartley M.K. West
For Defendant:   Erik Babcock; Kevin Morley

Deputy Clerk: William Noble

Reporter: James Pence

Trial Begin: March 3, 2014

Further Trial (Jury deliberation):
March 24, 2014

Exhibits Admitted

Government:

Defendant:

Witness Sworn

Government:

Defendant:

Other

Jury deliberations begin.

Jury notes received: Two.

1

Case No:     **4:11-cr-00288-JST-1**
Case Name:   <u>United States of America v. Susan Xiao-Ping Su</u>
Date:        March 20, 2104
Courtroom Deputy: William Noble                    Court Reporter:   James Pence

| GOV NO. | DEF NO. | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 8:32 a.m. | | | Jury deliberations begin. | |
| | | 10:10 a.m. | | | Jury note two received. | |
| | | 10:34 a.m. | | | Court in session. Jurors not present. Discussion regarding Jury Note Two. Court prepares written response to Jury Note Two that is reviewed and agreed to by counsel. | |
| | | 10:44 a.m. | | | All parties are to appear in the Courtroom at 8:30 a.m. each day Jury is deliberating. | |
| | | 10:45 a.m. | | | Court in recess while Jury deliberates. | |
| | | 1:30 p.m. | | | Jury concludes deliberations for the day. Jurors will return on Monday, March 24, 2014 at 8:30 a.m. to resume deliberations. | |

2