UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

*CRIMINAL JURY TRIAL MINUTES*

| | |
|---|---|
| Judge: | Jon S. Tigar |
| Date: | March 24, 2014 |
| Case No. | **4:11-cr-00288-JST-1** |
| Case Title: | **United States of America v. Susan Xiao-Ping Su** |

Time in Court: 37 minutes

Defendant: ☑ Present
☐ Not Present
☐ In Custody

Appearances:

For Government: Wade Rhyne; Hartley M.K. West
For Defendant: Erik Babcock

Deputy Clerk: William Noble                Reporter: James Pence

Trial Begin: March 3, 2014                Further Trial: None

Other

Jury deliberations continue.

Jury notes received: Three; Four

Verdict Form read.

Jurors excused.

Defendant remanded.

1

Case No: **4:11-cr-00288-JST-1**
Case Name: <u>United States of America v. Susan Xiao-Ping Su</u>
Date: March 24, 2014
Courtroom Deputy: William Noble          Court Reporter: James Pence

| GOV NO. | DEF NO. | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 8:30 a.m. | | | Jury deliberations resume<br>Jury note Three received. Copies of note provided to Government and Defendant. | |
| | | 11:15 a.m. | | | Jury note Four received. | |
| | | 11:40 a.m. | | | Court in session.<br>Jurors present. | |
| | | 11:41 a.m. | | | Verdict form given to Court by Presiding Juror. | |
| | | 11:42 a.m. | | | Reading of Verdict Form begins. | |
| | | 11:56 a.m. | | | Reading of Verdict Form ends.<br>Defendant is found guilty on all counts. | |
| | | 11:56 a.m. | | | Jury polled.<br>Verdict is unanimous. | |
| | | 12:03 p.m. | | | Jurors excused.<br>Sentencing set for June 20, 2014 at 2:00 p.m. in Oakland.<br>Defendant is ordered to personally appear at sentencing.<br>Detention hearing held.<br>Defendant is remanded pending sentencing.<br>Further status conference set for April 1, 2014 at 9:30 a.m. in San Francisco. | |
| | | 12:17 p.m. | | | Court in recess. | |