

FILED
MAR 24 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-11-00288 JST |
| Plaintiff, | **VERDICT FORM** |
| v. | |
| SUSAN XIAO-PING SU, | |
| Defendant. | |

COUNT ONE:     (18 U.S.C. §§ 1343 & 2 – Wire Fraud; Aiding and Abetting)

WE, THE JURY, find defendant SUSAN XIAO-PING SU in the above-entitled case

_Guilty_ of wire fraud as charged in Count One, relating to an electronic submission
Guilty/Not Guilty

of a Form I-17, on or about September 15, 2008.

COUNT TWO:     (18 U.S.C. §§ 1343 & 2 – Wire Fraud; Aiding and Abetting)

WE, THE JURY, find defendant SUSAN XIAO-PING SU in the above-entitled case

_Guilty_ of wire fraud as charged in Count Two, relating to an email from defendant
Guilty/Not Guilty

regarding recruiting Indian students, on or about February 21, 2009.

2

NO. CR-11-0288 JST

1 | COUNT THREE: (18 U.S.C. §§ 1343 & 2 – Wire Fraud; Aiding and Abetting)

2 |   WE, THE JURY, find defendant SUSAN XIAO-PING SU in the above-entitled case

3 |   __GUILTY__ of wire fraud as charged in Count Three, relating to a Student and Exchange
  Guilty/Not Guilty

4 |

5 | Visitor Information System (SEVIS) entry for B.C., on or about January 10, 2010.

6 |

7 | COUNT FOUR: (18 U.S.C. §§ 1343 & 2 – Wire Fraud; Aiding and Abetting)

8 |   WE, THE JURY, find defendant SUSAN XIAO-PING SU in the above-entitled case

9 |   __GUILTY__ of wire fraud as charged in Count Four, relating to a SEVIS entry for K.C.,
  Guilty/Not Guilty

10 |

11 | on or about January 27, 2010.

12 |

13 | COUNT FIVE: (18 U.S.C. §§ 1343 & 2 – Wire Fraud; Aiding and Abetting)

14 |   WE, THE JURY, find defendant SUSAN XIAO-PING SU in the above-entitled case

15 |   __GUILTY__ of wire fraud as charged in Count Five, relating to a SEVIS entry for S.A.,
  Guilty/Not Guilty

16 |

17 | on or about July 27, 2010.

18 |

19 | COUNT SIX: (18 U.S.C. §§ 1343 & 2 – Wire Fraud; Aiding and Abetting)

20 |   WE, THE JURY, find defendant SUSAN XIAO-PING SU in the above-entitled case

21 |   __GUILTY__ of wire fraud as charged in Count Six, relating to a SEVIS entry for K.D.,
  Guilty/Not Guilty

22 |

23 | on or about July 27, 2010.

24 | ///

25 | ///

26 | ///

27 | ///

28 | ///

COUNT SEVEN: (18 U.S.C. §§ 1343 & 2 – Wire Fraud; Aiding and Abetting)

WE, THE JURY, find defendant SUSAN XIAO-PING SU in the above-entitled case ___GUILTY___ of wire fraud as charged in Count Seven, relating to a SEVIS entry for M.R.,
Guilty/Not Guilty

on or about August 31, 2010.

COUNT EIGHT: (18 U.S.C. §§ 1343 & 2 – Wire Fraud; Aiding and Abetting)

WE, THE JURY, find defendant SUSAN XIAO-PING SU in the above-entitled case ___GUILTY___ of wire fraud as charged in Count Eight, relating to a SEVIS entry for R.B.,
Guilty/Not Guilty

on or about September 7, 2010.

COUNT NINE: (18 U.S.C. §§ 1343 & 2 – Wire Fraud; Aiding and Abetting)

WE, THE JURY, find defendant SUSAN XIAO-PING SU in the above-entitled case ___GUILTY___ of wire fraud as charged in Count Nine, relating to an email from defendant
Guilty/Not Guilty

containing a Form I-20, transcript, and letter of good standing for S.A., on or about September 20, 2010.

COUNT TEN: (18 U.S.C. §§ 1343 & 2 – Wire Fraud; Aiding and Abetting)

WE, THE JURY, find defendant SUSAN XIAO-PING SU in the above-entitled case ___GUILTY___ of wire fraud as charged in Count Ten, relating to an email from defendant
Guilty/Not Guilty

containing a Form I-20, transcript, and letter of good standing for K.D., on or about September 24, 2010.

///
///
///
///
///

4

NO. CR-11-0288 JST

1 | COUNT ELEVEN: (18 U.S.C. §§ 1343 & 2 – Wire Fraud; Aiding and Abetting)

2 | WE, THE JURY, find defendant SUSAN XIAO-PING SU in the above-entitled case

3 | __GUILTY__ of wire fraud as charged in Count Eleven, relating to an email from
Guilty/Not Guilty

5 | defendant containing a Form I-20, transcript, and letter of good standing for M.R., on or about

6 | January 7, 2011.

8 | COUNT TWELVE: (18 U.S.C. §§ 1343 & 2 – Wire Fraud; Aiding and Abetting)

9 | WE, THE JURY, find defendant SUSAN XIAO-PING SU in the above-entitled case

10 | __GUILTY__ of wire fraud as charged in Count Twelve, relating to an email from
Guilty/Not Guilty

12 | defendant containing a Form I-20, transcript, and letter of good standing for R.B., on or about

13 | January 7, 2011.

15 | COUNT THIRTEEN: (18 U.S.C. §§ 1341 & 2 – Mail Fraud; Aiding and Abetting)

16 | WE, THE JURY, find defendant SUSAN XIAO-PING SU in the above-entitled case

17 | __GUILTY__ of mail fraud as charged in Count Thirteen, relating to a Form I-17 and
Guilty/Not Guilty

19 | accompanying documents, including a DSO verification letter, from defendant to the Student and

20 | Exchange Visitor Program (SEVP), on or about December 23, 2008.

22 | COUNT FOURTEEN: (18 U.S.C. §§ 1341 & 2 – Mail Fraud; Aiding and Abetting)

23 | WE, THE JURY, find defendant SUSAN XIAO-PING SU in the above-entitled case

24 | __GUILTY__ of mail fraud as charged in Count Fourteen, relating to three articulation
Guilty/Not Guilty

26 | agreements sent from defendant to SEVP, on or about February 10, 2009.

27 | ///

28 | ///

5

NO. CR-11-0288 JST

1 | COUNT FIFTEEN: (18 U.S.C. § 371 – Conspiracy to Commit Visa Fraud)

2 |     WE, THE JURY, find defendant SUSAN XIAO-PING SU in the above-entitled case

3 | __GUILTY__ of conspiracy to commit visa fraud as charged in Count Fifteen.
Guilty/Not Guilty

4

5

6 | COUNT SIXTEEN: (18 U.S.C. §§ 1546(a) & 2 – Visa Fraud; Aiding and Abetting)

7 |     WE, THE JURY, find defendant SUSAN XIAO-PING SU in the above-entitled case

8 | __GUILTY__ of visa fraud as charged in Count Sixteen, relating to S.A., on or about
Guilty/Not Guilty

9

10 | July 27, 2010.

11

12 | *If you have found defendant SUSAN XIAO-PING SU not guilty of Count Sixteen, you do not need*

13 | *to answer question 16.a and may proceed directly to Count Seventeen. If you have found defendant*

14 | *SUSAN XIAO-PING SU guilty of Count Sixteen, then please answer the following question 16.a:*

15 |     16.a. WE, THE JURY, unanimously find that defendant SUSAN XIAO-PING SU (check all

16 | that apply):

17 |         ✓ forged or falsely made the Form I-20;

18 |         ✓ knowingly used, attempted to use, possessed, obtained, or received the

19 |         Form I-20.

20 | ///
21 | ///
22 | ///
23 | ///
24 | ///
25 | ///
26 | ///
27 | ///
28 | ///

6

NO. CR-11-0288 JST

1 | COUNT SEVENTEEN:    (18 U.S.C. §§ 1546(a) & 2 – Visa Fraud; Aiding and Abetting)

WE, THE JURY, find defendant SUSAN XIAO-PING SU in the above-entitled case __GUILTY__ of visa fraud as charged in Count Seventeen, relating to K.D., on or about
Guilty/Not Guilty

July 27, 2010.

*If you have found defendant SUSAN XIAO-PING SU not guilty of Count Seventeen, you do not need to answer question 17.a and may proceed directly to Count Eighteen. If you have found defendant SUSAN XIAO-PING SU guilty of Count Seventeen, then please answer the following question 17.a:*

   17.a.  WE, THE JURY, unanimously find that defendant SUSAN XIAO-PING SU (check all that apply):

   __✓__ forged or falsely made the Form I-20;

   __✓__ knowingly used, attempted to use, possessed, obtained, or received the Form I-20.

COUNT EIGHTEEN:    (18 U.S.C. §§ 1546(a) & 2 – Visa Fraud; Aiding and Abetting)

WE, THE JURY, find defendant SUSAN XIAO-PING SU in the above-entitled case __GUILTY__ of visa fraud as charged in Count Eighteen, relating to M.R., on or about
Guilty/Not Guilty

August 31, 2010.

*If you have found defendant SUSAN XIAO-PING SU not guilty of Count Eighteen, you do not need to answer question 18.a and may proceed directly to Count Nineteen. If you have found defendant SUSAN XIAO-PING SU guilty of Count Eighteen, then please answer the following question 18.a:*

///
///
///
///

7

NO. CR-11-0288 JST

1  18.a. WE, THE JURY, unanimously find that defendant SUSAN XIAO-PING SU (check all that apply):

✓ forged or falsely made the Form I-20;

✓ knowingly used, attempted to use, possessed, obtained, or received the Form I-20.

COUNT NINETEEN: (18 U.S.C. §§ 1546(a) & 2 – Visa Fraud; Aiding and Abetting)

WE, THE JURY, find defendant SUSAN XIAO-PING SU in the above-entitled case ___GUILTY___ of visa fraud as charged in Count Nineteen, , relating to R.B., on or about
Guilty/Not Guilty

September 7, 2010.

*If you have found defendant SUSAN XIAO-PING SU not guilty of Count Nineteen, you do not need to answer question 19.a and may proceed directly to Count Twenty. If you have found defendant SUSAN XIAO-PING SU guilty of Count Nineteen, then please answer the following question 19.a:*

19.a. WE, THE JURY, unanimously find that defendant SUSAN XIAO-PING SU (check all that apply):

✓ forged or falsely made the Form I-20;

✓ knowingly used, attempted to use, possessed, obtained, or received the Form I-20.

COUNT TWENTY: (18 U.S.C. §§ 1001(a)(3) & 2 – Use of False Document; Aiding and Abetting)

WE, THE JURY, find defendant SUSAN XIAO-PING SU in the above-entitled case ___GUILTY___ of use of a false document as charged in Count Twenty, on or about
Guilty/Not Guilty

September 24, 2010.

///

///

8

NO. CR-11-0288 JST

1 | COUNT TWENTY-ONE: (18 U.S.C. §§ 1001(a)(2) & 2 – False Statements to a Government Agency; Aiding and Abetting)

WE, THE JURY, find defendant SUSAN XIAO-PING SU in the above-entitled case __GUILTY__ of false statement to a government agency as charged in Count Twenty-One, Guilty/Not Guilty

on or about January 7, 2011.

COUNT TWENTY-TWO: (8 U.S.C. § 1324(a)(1)(A)(iii), (a)(1)(A)(v)(II), (a)(1)(B)(i) – Alien Harboring)

WE, THE JURY, find defendant SUSAN XIAO-PING SU in the above-entitled case __GUILTY__ of alien harboring as charged in Count Twenty-Two, relating to V.D. Guilty/Not Guilty

*If you have found defendant SUSAN XIAO-PING SU not guilty of Count Twenty-Two, you do not need to answer question 22.a and may proceed directly to Count Twenty-Three. If you have found defendant SUSAN XIAO-PING SU guilty of Count Twenty-Two, then please answer the following question 22.a:*

22.a. WE, THE JURY, unanimously find that defendant SUSAN XIAO-PING SU acted for the purpose of commercial advantage or private financial gain:

✓ YES

___ NO

///
///
///
///
///
///
///
///

9

NO. CR-11-0288 JST

COUNT TWENTY-FOUR: (8 U.S.C. § 1324(a)(1)(A)(iii), (a)(1)(A)(v)(II), (a)(1)(B)(i) – Alien Harboring)

WE, THE JURY, find defendant SUSAN XIAO-PING SU in the above-entitled case __GUILTY__ of alien harboring as charged in Count Twenty-Four, relating to A.D.
Guilty/Not Guilty

*If you have found defendant SUSAN XIAO-PING SU not guilty of Count Twenty-Four, you do not need to answer question 24.a and may proceed directly to Count Twenty-Five. If you have found defendant SUSAN XIAO-PING SU guilty of Count Twenty-Four, then please answer the following question 24.a:*

24.a. WE, THE JURY, unanimously find that defendant SUSAN XIAO-PING SU acted for the purpose of commercial advantage or private financial gain:

__✓__ YES

____ NO

COUNT TWENTY-FIVE: (18 U.S.C. §§ 1030(a)(3) & 2 – Unauthorized Access of a Government Computer; Aiding and Abetting)

WE, THE JURY, find defendant SUSAN XIAO-PING SU in the above-entitled case __GUILTY__ of unauthorized access of a government computer as charged in
Guilty/Not Guilty

Count Twenty-Five.

COUNT TWENTY-SIX: (18 U.S.C. §§ 1957(a) & 2 – Money Laundering; Aiding and Abetting)

WE, THE JURY, find defendant SUSAN XIAO-PING SU in the above-entitled case __GUILTY__ of money laundering as charged in Count Twenty-Six, relating to a
Guilty/Not Guilty

$36,783.61 check used to purchase a 2009 Mercedes Benz, on or about November 28, 2009.

/ / /

/ / /

/ / /

COUNT TWENTY-SEVEN: (18 U.S.C. §§ 1957(a) & 2 – Money Laundering; Aiding and Abetting)

WE, THE JURY, find defendant SUSAN XIAO-PING SU in the above-entitled case

___Guilty___ of money laundering as charged in Count Twenty-Seven, relating to a
Guilty/Not Guilty

$78,700 wire transfer to purchase 1087 Murrieta Boulevard, #133, in Livermore, CA, on or about February 25, 2010.

COUNT TWENTY-NINE: (18 U.S.C. §§ 1957(a) & 2 – Money Laundering; Aiding and Abetting)

WE, THE JURY, find defendant SUSAN XIAO-PING SU in the above-entitled case

___Guilty___ of money laundering as charged in Count Twenty-Nine, relating to a
Guilty/Not Guilty

$160,986.87 cashier's check used to purchase 405 Boulder Court, Suite 800, in Pleasanton, CA, on or about April 9, 2010.

COUNT THIRTY-ONE: (18 U.S.C. §§ 1957(a) & 2 – Money Laundering; Aiding and Abetting)

WE, THE JURY, find defendant SUSAN XIAO-PING SU in the above-entitled case

___Guilty___ of money laundering as charged in Count Thirty-One, relating to a
Guilty/Not Guilty

$261,307.49 cashier's check used to purchase 405 Boulder Court, Suite 700, in Pleasanton, CA, on or about July 8, 2010.

COUNT THIRTY-TWO: (18 U.S.C. §§ 1957(a) & 2 – Money Laundering; Aiding and Abetting)

WE, THE JURY, find defendant SUSAN XIAO-PING SU in the above-entitled case

___Guilty___ of money laundering as charged in Count Thirty-Two, relating to a
Guilty/Not Guilty

$700,000 cashier's check used to purchase 2890 Victoria Ridge Court, in Pleasanton, CA, on or about July 20, 2010.

///

NO. CR-11-0288 JST

1  COUNT THIRTY-FOUR:     (18 U.S.C. §§ 1957(a) & 2 – Money Laundering; Aiding and Abetting)

2       WE, THE JURY, find defendant SUSAN XIAO-PING SU in the above-entitled case

3  ___Guilty___ of money laundering as charged in Count Thirty-Four, relating to a
    Guilty/Not Guilty

5  $600,000 wire transfer to purchase 1371 Germano Way, in Pleasanton, CA, on or about December 15,

6  2010.

8  COUNT THIRTY-FIVE:     (18 U.S.C. §§ 1957(a) & 2 – Money Laundering; Aiding and Abetting)

9       WE, THE JURY, find defendant SUSAN XIAO-PING SU in the above-entitled case

10 ___Guilty___ of money laundering as charged in Count Thirty-Five, relating to a
    Guilty/Not Guilty

12 $1,200,000 wire transfer to purchase 1371 Germano Way, in Pleasanton, CA, on or about December 15,

13 2010.

15 DATED: __3/24/14__                                          _____[signature]_____
                                                                  FOREPERSON

12

NO. CR-11-0288 JST