UNITED STATES DISTRICT COURT
NORTHEN DISTRICT of CALIFORNIA

FILED
MAR 2 4 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case Number: 4:11-cr-00288-JST-1

Case Name: United States of America v. Susan Xiao-Ping Su

NOTE FROM THE JURY - DELIBERATION SCHEDULE

Note number: ONE

Date: 3/19

Time: 2:33

| | |
|---|---|
| Start time: | 8:30 - 3/20-ONLY |
| Break: | 10:00 - 10:15 |
| Lunch: | N/A |
| Break: | 11:45 - 12:00 |
| End time: | 1:30 - 3/20 -    3/24 - 3/28 end time TBD on 3/20 (at least 1:30) |

Steve Sockolov
☐ Presiding Juror

UNITED STATES DISTRICT COURT
NORTHEN DISTRICT of CALIFORNIA

Case Number: 4:11-cr-00288-JST-1

Case Name: United States of America v. Susan Xiao-Ping Su

NOTE FROM THE JURY

Note number: / TWO

Date: 3/20

Time: 9:30

1. The Jury has reached a unanimous verdict ☐

Or

2. The Jury has the following question ☒

Was there a set of instructions in filling out the I-17 form?

Steve Sockolov
Presiding Juror

# UNITED STATES DISTRICT COURT
# NORTHEN DISTRICT of CALIFORNIA

Case Number: 4:11-cr-00288-JST-1

Case Name: United States of America v. Susan Xiao-Ping Su

## NOTE FROM THE JURY

Note number: / TWO

Date: 3/20

Time: 9:30

1. The Jury has reached a unanimous verdict ☐

Or

2. The Jury has the following question ☑

Was there a set of instructions in filling out the I-17 form?

Instructions regarding the site visit and documents required, which included reference to the Form I-17, are in Exhibit 320A.
However, instructions for the Form I-17 itself are not in evidence.

JST

Steve Sockolov
Presiding Juror

UNITED STATES DISTRICT COURT
NORTHEN DISTRICT of CALIFORNIA

Case Number: 4:11-cr-00288-JST-1

Case Name: United States of America v. Susan Xiao-Ping Su

NOTE FROM THE JURY

Note number: THREE

Date: 3/24

Time: 8:30

1. The Jury has reached a unanimous verdict ☐

Or

2. The Jury has the following question ☐

3/24

one break at 10:00

one break at 11:30

continue until necessary until 4:30

Steve Sockolov
Presiding Juror

# UNITED STATES DISTRICT COURT
# NORTHEN DISTRICT of CALIFORNIA

Case Number: 4:11-cr-00288-JST-1

Case Name: United States of America v. Susan Xiao-Ping Su

## NOTE FROM THE JURY

Note number: FOUR

Date: 3/24/14

Time: 11:15

1. The Jury has reached a unanimous verdict ☒

Or

2. The Jury has the following question ☐

Presiding Juror