# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT of CALIFORNIA

### *CRIMINAL MINUTES*

| | | | |
|---|---|---|---|
| Judge: | Jon S. Tigar | Time in Court: | 17 minutes |
| Date: | April 1, 2014 | | |
| Case No. | **4:11-cr-00288-JST** | | |

**United States of America**   v.   **Susan Xiao-Ping Su**

Defendant
☑ Present
☐ Not Present
☑ In Custody

Wade Rhyne; Hartley West;
David Countryman                           Erik Babcock
U.S. Attorney                                      Defense Counsel


Deputy Clerk:  William Noble                    Reporter:  Jo Ann Bryce

### *PROCEEDINGS*

REASON FOR HEARING:     Status conference.

RESULT OF HEARING:

The Court ordered the United States to retain the admitted trial exhibits.

Attorney Babcock informed the Court that Ms. Su's family had retained attorney Michael Cardoza.  Mr. Cardoza spoke to Mr. Babcock and United States informing them both that he will be in trial for the next two weeks.  Mr. Cardoza has not yet met with Defendant.

Identification of counsel set for April 22, 2014 at 9:30 a.m. in San Francisco.

The Court set the following schedule for the Government's proposed Application for Preliminary Order of Forfeiture:
Briefing due:  May 1, 2014
Response due:  May 30, 2014
No reply due.

Date: April 1, 2014

Case No. **4:11-cr-00288-JST**

**United States of America** v. **Susan Xiao-Ping Su**

Hearing set for June 6, 2014 at 9:30 a.m. in Oakland.

Mr. Babcock is unsure if he or Mr. Cardoza will prepare a Rule 29 motion. The Court will issue a ruling prior to sentencing whether or not formal briefing is prepared. The matter will be addressed further at the April 22, 2014 hearing.