4:11-CR-00288-JST-1

## 写给美国大法官的第二封信

尊敬的大法官：

在三谷大学案开庭之前我给您寄过两次信，邮差证明您都收到。但不见任何回音，这是中国人的友感的。

我的第一封信主要谈到两个问题：第一，当事人蒋加平是一个神经有病的人。第二，美国政府把三谷大学的性质搞错了。三谷大学以教学手段和收费标准足以证明是一所网络大学，完根本不等于普通大学的易年条件。一所网络大学如果去做普通大学所做的事，可以说无论是谁？就是神仙也不可能做正确。

我给您的第二封信，还是主要谈两个问题。这两个问题也是此案的关键。

第一个问题：我弄不清按照美国的法律，如果是犯有同样的法，对于神经有病的人，是照欺欺骗，章拿神经病人开刀；还是照顾神经病人，法律对神经病人不开一面？

第二个问题：我弄不清三谷大学到底是经过美国政府审批过的还是没有？因为在这之前，美国的各个报刊（包括《世界日报》和《星岛日报》在内），都报道承认三谷大学是经过美国政府批准的，对外招生资格也是经过政府批准的。可是事到如今，2014年3月25日的美国《世界日报》和《星岛日报》都异口同声的否认了政府的批准。《星岛日报》评道：三谷大学是一所并未领有办学资格的教育机

京文阁印制

年　　月　　日　　　　　　　　　　第 2 页

榜"；《世界日报》评判："这所大学却是假的，没有教育当局的认证资格。"

众所周知，只要有教育部批准，就不可能叫做"假学校"之说；只要是经教育部批准的学校；批评就要负主要责任，主办要负一定的责任。也许这就是改府变挂的原因吧？

《星岛日报》还报道："该案揭示出社会上存在涉嫌售卖的野鸡签证工厂的情况。"《世界日报》也同时报道："对打美国的签证工厂，三谷大学一案只是冰山一角，尚有更以此手法进行诈骗的学校还有很多。"我不知"签证工厂"与世人皆知的"野鸡大学"是否属一回事？更不知"很多"到底是多少？"冰山"又到底有多大？如果全美不只是几所几十所，几百所，而是几千所，那么这个问题就已有所证明是美国政府的问题。因为这些"签证工厂"都是经过美国政府批准的。现在政府已经不认中华就了事，而单方面惩处这些由华人教以中印的野鸡工厂，这样只能象报纸所说签证工厂还会层出不穷，更重要的是伤害人才。

对于三谷大学而言，学校注册学生最多时达到1550人，如果按照美国普通大学的平均收费标准，每年的学费应共收5000~8000万元，而实际上三谷大学是按照国境大学学费标准，共收费才几百万元，只占千分之一。这怎么叫"贪婪"呢？

所以说当事人对学校理财是相当严谨的。她的单

年　月　日　　　　　　第 3 页

弟买住房前其月好我有国际汇我她借钱，她就没借；她的好姐姐己辞掉"学生管理员"，但因无学生公寓，所以一直没到任领取工资；那这4000多元美元它的工资主年没有啥到她学校卡上，馆不是游一趟原故。她们写买房子是因为房子是奶学街市一需要，当时正处房价最低低谷，这是为学校理财最明智选择，以后为款把什么罪？她近十年来一直开源节流都是与能出几千美元如破甲，学校买了一楼等把这犯什么罪？正是因为她认真理财，所以政府才能没收到她一百多万现金，这是用以保教学开支的费用。

我知道女族妒之心人人有之，一听说两家奶学资产几百万，院家国游人们反应很自然。但我与当事人曾强商量过，如果它三资网络义学还义务办学，学校愿意把所掌握的网络教学归学校有；反自都游校产捐给她的母校—个省别大学。只是想在老党允许的情况下，能受聘母校做一名普通教员，以后为人类的教育事业贡献自己的力学。只望您我所有学生中，若报告教有能考测连议义务愿意诺资游，希望母校所能予帮助。

尊敬的大法官：我知道您有义经过，政府现在要打击"签论工了"，正如新律师已竟在法庭上讲到："既郭政府与想拿证据先开刀"。那么，您就拿政府的意愿开刀吧。但是政府做事先先源资，证据先方判底不服，会上先到底。

目前我正回中国探亲。因美后想通过大法



To: John S. Tigar
United States Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102
U.S.A

By air

DL国际信封2011年10月10万
执行标准GB/T1416-2003
北京市邮政管理局监制-证号10-DX01
北京中鸿邮政包装制品有限公司出品
业务电话: 010-61243310  61241510

RECEIVED

APR 1 4 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA