CR 11-00288 SBA  1.

写给美国大法官的第三封信

尊敬的大法官：

今特把《反告美民高官范士丹等人的上诉提纲》上呈于您，择日向法官邮寄送达，正式起诉。

郭对三茗大学案官宪民135项罪，今民将反告官四项罪如下：
一、诬告罪。
八、诽谤罪。

正如辩护律师在法庭上作无罪辩护的题纲一样：被告不是江湖骗子，而是一位出于善意办学的女性。

三茗大学的定位：完完全全是一所网络大学。作为独立的足以暗筹电机电脑硕士和博士为目标的网络大学，它是世界上第一所。

一所网络大学要去做普通大学的所作所事，无论是谁，都不可能做得全对。如果用普通大学的标准去衡量一所网络大学，怎么也会我出问题来。然而，一所大学的性质不是由它能定的，它定要以教学场地及形式来而决定的。所以人对我的问题，教学是有必要负责任的。

不可拯然三茗大学为人类的网络教育事业的开创和提供于她作的贡献。应以对待新生事物的宽容态度去看待三茗大学；不可求全责备，更不可一棒子打死。

2、起诉书实属诬告。

检控官的起诉把被告的犯罪基础写"贪婪"罪；其次

学费8000万元，实收学费800万元，何所谓"贪婪"？又死法庭宣判之前，被告方就已用书面方式向法庭提出："愿意将师事据的网校教学时学校书及全部校产捐给卅立大学。"这又何谓"贪婪"？

被告正当收取学费，不叫"出卖学位"。学校按照网校学费标准收取的学费，然后认真的精心的为学生提供了高质量的网校课程，这怎么叫"行骗"？

被告以校为家从严理财犯哪似么罪？买房是办学的第一需要，买房又犯哪似么罪？学校买一辆新轿车又犯哪似么罪？

至于"洗黑钱"、"藏匿外国人"……，这简直是荒唐之言。

起诉书中提到的5项罪100条来源，这些是照搬几个违法贪污人的证言之词。有几个人因贪污学校的钱被校法开除，于是司机报复，同谋搞垮学校，并阴谋勤索学校100万，勤索未成就捏造大量罪状污蔑学校。检控官的起诉书绝大部分内容基本是原文照搬这几个违法贪污人的污蔑伪造之词。

检控官起诉书中的主要证据是采用间谍手段以欺骗方式而获得的东西。官员帮办成学生到学校去用欺骗手段取证，这种间谍手段是冷战时期对待敌人的手段，现今官员却用来对待人民。而且这些"假学生"到校行骗多次并没有找到校长本人，而是办事人员接待。所以，用这种间谍手段获得的东西，根本不能作为证据。

起诉书上加列的35项罪，经法庭开庭审理，应绝大多数明显是被辩护方律师当庭驳回的。因为被告本人无钱请辩护律师，此律师还是法庭指定的。辩护方律师驳倒起诉书的内容，远远超过半数，这难道还不能说明是诬告吗？老汉今年66，还是第一次见到起诉一个被告人达35项罪之多，这岂不能证明是被告罪大恶极，而只能证明是原告居心恶毒。

二、赖账罪。

1、赖账表现。

只要是爱看报纸的人，都能看到：自2011年1月19日—2014年3月24日，历时三年多的时间，美国媒体包括《世界日报》和《星岛日报》在内的众多报纸都报道承认三谷大学是经美国政府批准的，其对外招生资格也是经美国政府批准的。其间尽管有媒体报道"政府已撤销三谷大学对外招生资格"，这仍然是以承认经政府批准为前提，有"批准"才有"撤销"。

但不知为啥？戏幕突变：自2014年3月25日起媒体完全翻脸，本就承认同等的否认政府的批准。《星岛日报》否认道："三谷大学是一般而来就没有办学资格的教育机构。"《世界日报》否认道："这所大学却是假的，没有获得当局的认证资格。"

2、赖账六问：

一问：如果无政府批准，那么三年来媒体一直报道："有无政府批准"？

二问：如果无政府批准，那么多年政府教育主管部门对学校检查工作时，为什么不提出来？

三问：如果无政府批准，那么又怎么会列入政府受检学校名单呢？

四问：《世界日报》3月25日报道："三藩大学一案只是美国'签证工厂'的冰山一角，充分美以此手法进行诈骗的学校还有很多。"《星岛日报》3月25日也报道："该案揭示出社会上日渐增多的所谓'签证工厂'的情况"试问："冰山"到底有多大？"很多"到底是多少？"日渐增多"的"签证工厂"到底是谁造成的？

五问：美国这么多的"签证工厂"，对应该都是"没有获得当局的认证资格"吗？如果是，那么这些"签证工厂"又怎么能办理签证呢？

六问：对于"三藩大学"从承办改到批准到整个签发签证的过程中，官员到底做了多少不可告人的手脚？

二、冤民众。

1、诬冤神经有病的人。

开庭之前当事人的家人已经多次向法院报告了有关当事人患抑郁病的具体情况和病况，但不见官员作任何查证。于2011年1月19日警察逮捕当事人的当天，警察也已就发现当事人神经有问题，于是把当事人送医院还做过检查。若某大法官也委托对当事人进行过神经检查。神经病本身就是一种时好时差的病症，一时未检查出有神经病，并不证明就不是神经病人。

为什么这些官员对神经有病的人不是往开一面进行照顾，而是欺欺欺，那么多"签证工厂"，却单单一个神经有病的人开刀，妄想达到"杀一儆百"的效果。

2、诬冤人才。

美国的"签证工厂"，美国人又称为"野鸡大学"，花邱园创办搞

为"民办大学"。此类大学从上个世纪八十年代开始，至今已有三十多年的发展史。此类大学仅数量在美共有两千所以上。这些大学其实都是经过美国政府规范的，其中绝大多数开办时都是民间的私办。

众所周知，一般只有博士才有教大学的资格。在此类大学从过业的博士应有10万人以上，其完从业人员不少于20万。可以说，这类大学为美国的就业作了很大贡献。又在此类大学进修学习过的人应在2000万人以上，这为人类的教育事业以及发展美国经济更是作出了很大贡献。

然而，有千利必有一弊，最新发现此类大学有"签证工厂"之弊。本来这一弊端是政府的主要责任造成，政府又可以通过制定新的政策改革签证制度加以解决。可是，以范士丹为首的美国高官不从政府方面找原因，政府一款惯使了。而是以动用司法手段方面"打击这间美的学校"。

这实际上就是打击这些数以万计的办学博士和任教博士。一旦"打击这间美的学校"实现，必将有数以十计的办学博士进牢房，必将有数以万计的博士失业。除非美国政府在"打击这间美学校"时，采用双重标准，有的打击，有的包庇。

四、逆宪罪。

联邦参议员范士丹的"特别呼吁"行为，犯了"违犯美国宪法"罪。正如《世界日报》3月25日报道讲："加州联邦参议员范士丹还'特别呼吁，要打击这间美的学校'。"范士丹身为联邦参议员属于州长级别的行政高官，她也了解美国宪法，行政、司法、媒体三权独立是美国宪法的核心。可是范士丹凭着她行政高官的权位，将司法与媒体严重干涉，不只是说三道四，而是"特别呼吁"。"特

别呼吁"比"说三道四"要严重一等。如此高官的"特别呼吁"若不执行有损高官的脸面；一旦执行既害民又严重影响我国的司法和媒体对外方的形象。

我的子女及其配偶中现已有美国博士三人，美国硕士三人，中年后子女及孙子女中美国博士和硕士一定会是一个两位数。过去我一直认为美利坚这块土地是培养人才的圣地；现在面对范士丹的蛮横"特别呼吁"，及让那些刺苦与美国数以万计的中博士和硕士找不到出路觅口饭工作，于是我产生了动摇，觉得我要重新认识美国。我不妨问自己：我的子女都是在中国读书到大学毕业后才来到美国，如果不来美国在中国发展是否会更好？

蒋卓苓

2014年4月8日写于中国家里

Case Number: CR 11-00288 SBA



