UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

*CRIMINAL MINUTES*

| | | | |
|---|---|---|---|
| Judge: | Jon S. Tigar | Time in Court: | 6 minutes |
| Date: | April 22, 2014 | | |
| Case No. | **4:11-cr-00288-JST-1** | | |

**United States of America**   v.   **Susan Xiao-Ping Su**

☑ Defendant Present
☐ Not Present
☑ In Custody

Wade Rhyne
U.S. Attorney

Barry Morris specially appearing for Michael Cardoza
Kevin Morley specially appearing for Erik Babcock
Defense Counsel

Deputy Clerk: William Noble         Reporter: Debra Pas

*PROCEEDINGS*

REASON FOR HEARING:   Attorney appointment hearing

RESULT OF HEARING:

Mr. Cardoza was not able to appear as he is currently in trial in a different matter.

Attorney appointment and motion setting hearing set for May 9, 2014 at 9:30 a.m. in Oakland.

Defendant's request to be released pending sentencing is denied.

1