MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

DAVID COUNTRYMAN (CABN 226995)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7303
    FAX: (415) 436-7234
    david.countryman@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 11-00288 JST |
| Plaintiff, | THE UNITED STATES' MOTION TO UNSEAL AND [PROPOSED] ORDER |
| v. | |
| SUSAN XIAO-PING SU, | |
| Defendant. | |

    The United States hereby moves the Court for an Order unsealing the related seizure warrants, seizure warrant applications, affidavits, sealing motions, sealing orders, and all attached documents in the following matters:

    (1) In the Matter of the Seizure of Property, 4-11-70040 DMR;

    (2) In the Matter of the Seizure of Property, 4-11-70041 DMR;

    (3) In the Matter of the Seizure of Property, 4-11-70046 DMR;

    (4) In the Matter of the Seizure of Property, 4-11-70047 DMR;

    (5) In the Matter of the Seizure of Property, 4-11-70057 DMR; and

(6) In the Matter of the Seizure of Property, 4-11-70075 DMR.

The law enforcement justification for sealing this material no longer exists.

DATED: April 30, 2014

Respectfully submitted,
MELINDA HAAG
United States Attorney

/S/ DAVID COUNTRYMAN
DAVID COUNTRYMAN
Assistant United States Attorney

[PROPOSED] ORDER

Pursuant to the United States' motion and for good cause shown, the search warrants, search warrant applications, affidavits, sealing motions, sealing orders, and all attached documents in the following matters shall be unsealed:

(1) In the Matter of the Seizure of Property, 4-11-70040 DMR;

(2) In the Matter of the Seizure of Property, 4-11-70041 DMR;

(3) In the Matter of the Seizure of Property, 4-11-70046 DMR;

(4) In the Matter of the Seizure of Property, 4-11-70047 DMR;

(5) In the Matter of the Seizure of Property, 4-11-70057 DMR; and

(6) In the Matter of the Seizure of Property, 4-11-70075 DMR.

SO ORDERED.

DATE: _____

HON. JON S. TIGAR
UNITED STATES DISTRICT JUDGE