1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  DAVID COUNTRYMAN (CABN 226995)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7303
7      FAX: (415) 436-7234
       david.countryman@usdoj.gov
8
   Attorneys for United States of America
9

10                      UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                          SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,          )  CASE NO. CR 11-00288 JST
14                                     )
         Plaintiff,                    )  THE UNITED STATES' MOTION TO UNSEAL
15                                     )  AND [PROPOSED] ORDER
      v.                               )
16                                     )
   SUSAN XIAO-PING SU,                 )
17                                     )
         Defendant.                    )
18  _____)

19
20       The United States hereby moves the Court for an Order unsealing the related seizure warrants,

21  seizure warrant applications, affidavits, sealing motions, sealing orders, and all attached documents in

22  the following matters:

23       (1) In the Matter of the Seizure of Property, 4-11-70040 DMR;

24       (2) In the Matter of the Seizure of Property, 4-11-70041 DMR;

25       (3) In the Matter of the Seizure of Property, 4-11-70046 DMR;

26       (4) In the Matter of the Seizure of Property, 4-11-70047 DMR;

27       (5) In the Matter of the Seizure of Property, 4-11-70057 DMR; and

28
                                                                                            1
   MOTION TO UNSEAL AND [PROPOSED] ORDER
   CR 11-00288 JST

(6) In the Matter of the Seizure of Property, 4-11-70075 DMR.

The law enforcement justification for sealing this material no longer exists.

DATED: April 30,2014

Respectfully submitted,
MELINDA HAAG
United States Attorney

/S/ DAVID COUNTRYMAN
DAVID COUNTRYMAN
Assistant United States Attorney

### [PROPOSED] ORDER

Pursuant to the United States' motion and for good cause shown, the search warrants, search warrant applications, affidavits, sealing motions, sealing orders, and all attached documents in the following matters shall be unsealed:

(1) In the Matter of the Seizure of Property, 4-11-70040 DMR;

(2) In the Matter of the Seizure of Property, 4-11-70041 DMR;

(3) In the Matter of the Seizure of Property, 4-11-70046 DMR;

(4) In the Matter of the Seizure of Property, 4-11-70047 DMR;

(5) In the Matter of the Seizure of Property, 4-11-70057 DMR; and

(6) In the Matter of the Seizure of Property, 4-11-70075 DMR.

SO ORDERED.

DATE:  May 1, 2014

HON. JON S. TIGAR
UNITED STATES DISTRICT JUDGE