## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT of CALIFORNIA

### *CRIMINAL MINUTES*

| | | | |
|---|---|---|---|
| Judge: | Jon S. Tigar | Time in Court: | 7 minutes |
| Date: | May 9, 2014 | | |
| Case No. | **4:11-cr-00288-JST-1** | | |

**United States of America**        v.        **Susan Xiao-Ping Su**

Defendant
☒ Present
☐ Not Present
☒ In Custody

|  |  |
|---|---|
| | John Jordan |
| | Michael Cardoza |
| Wade Rhyne | Kevin Morley for Erik Babcock |
| U.S. Attorney | Defense Counsel |

Probation Officer: Jessica Goldsberry

Deputy Clerk: William Noble                    Reporter: Raynee Mercado

### *PROCEEDINGS*

REASON FOR HEARING:      Attorney appointment hearing.

RESULT OF HEARING:

Mr. Jordan informed Court that he had met with defendant and her family. The Defendant selected Mr. Jordan to represent her. Mr. Babock will supply Mr. Jordan with his file.

The Court allowed the change of counsel. John Jordan entered his general appearance. Mr. Babcock is excused.

Mr. Jordan anticipates filing Rule 29 and Rule 33 motions.

The Court vacated the existing motion and sentencing schedule and set the following dates:

Date:                  May 9, 2014

Case No.          **4:11-cr-00288-JST-1**

**United States of America**                v.          **Susan Xiao-Ping Su**

| July 18, 2014 | Deadline to file motions |
|---|---|
| August 15, 2014 | Responses due |
| August 29, 2014 | Replies due |
| September 12, 2014 at 1:30 p.m. | Hearing on motions, forfeiture, and sentencing. |