大法官：

(第4郭)

就我看华盛顿最高联邦法院《反苏联案美国高官范士丹等人的起诉书》中写到，陪审团的有罪认定，是范士丹"特别呼吁"的产物。只要能解决"行政平等司法"这个问题，苏晓平之事应按司法处理。

范士丹"要打击这间美学校"的"特别呼吁"，属于革政治党派的行政干涉。证明是，三袁天营业完全就明其网络教育部签署新生事物的客观属性，完全颠覆同为打击东西之方的"签证厅"那样一撒为如政抗破多二点。只要带政治干涉，就根本无法保障司法的公正。

我这次事后还要提一个要求：要求保留8.5万元购买的这个小房子。理由如下：

一、苏晓平的工资远远不止购买这个小房子，这个小房子不能破认定为"赃款"。

二、这个小房子是克多克大学还没有招收外籍学生时就购买的。买的目的就是个住，苏晓平要克这个小房子里居住一年多的时间，后来都在比房也住一年，况也其妹居住半年式营。

三、又打击人也为争讲人权，不能对为人以"毁家式的"惩罚。有稳定住所的房屋是"家"的最基本的家庭。

当否？请大法官明断。

苏晓平（被控诉人）之父苏长贵
2014年5月4日上

(案号：CR11-00288 SBA)

chang gui su

Chong gui Su
3340 Gardella Plz
Apt. 104 Livermore.
CA. 94551

To: John S Tigar
United states courthouse
450 Golden gate Avenue.
San Francisco, CA 94102

RECEIVED
MAY 12 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA