UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      v.<br><br>SUSAN XIAO-PING SU,<br><br>           Defendant. | Case No.  11-cr-00288-JST-1<br><br>**CERTIFICATE OF SERVICE** |
|---|---|

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 5/12/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Chang Gui Su
3340 Gardella Plaza, Apartment 104
Livermore, CA 94551


Dated: 5/12/2014


                                        Richard W. Wieking
                                        Clerk, United States District Court

                                        By:_____
                                        William Noble, Deputy Clerk to the
                                        Honorable JON S. TIGAR