MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

HARTLEY M.K. WEST (CABN 191609)
WADE M. RHYNE (CABN 216799)
Assistant United States Attorneys

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    E-Mail: hartley.west@usdoj.gov
            wade.rhyne@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-11-00288 JST |
|     Plaintiff, | [FILED: APRIL 28, 2011] |
|   v. | |
| SUSAN XIAO-PING SU, | |
|     Defendant. | |

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-11-0742 KAW |
|     Plaintiff, | [FILED: MARCH 15, 2011] |
|   v. | **NOTICE OF RELATED CASE IN A CRIMINAL ACTION** |
| VISHAL DASA, ANJI REDDY DIRISINALA, TUSHAR TAMBE (a/k/a "Jimmy Tambe"), and RAMAKRISHNA REDDY KARRA, | |
|     Defendants. | |

NOTICE OF RELATED CASES

1    The United States of America, pursuant to Local Criminal Rule 8-1, hereby notifies the Court

2    that the above-captioned criminal cases are related. For the reasons stated below, however, the parties

3    jointly request that the district court allow the cases to proceed before the judges to which they are

4    currently assigned.

5    United States v. Su, initially filed on April 28, 2011, is set for sentencing and post-trial motion

6    hearings before the Honorable Jon S. Tigar on September 12, 2014. These hearings follow a three-week

7    jury trial resulting in defendant Susan Xiao-Ping Su's convictions on 31 counts, including crimes of wire

8    fraud, mail fraud, conspiracy to commit visa fraud, visa fraud, use of a false document, false statements

9    to a government agency, alien harboring, unauthorized access to a government computer, and money

10   laundering, all arising from Su's role as the Founder, Chief Executive Officer, and President of

11   Pleasanton-based Tri-Valley University (TVU).

12   United States v. Dasa, et al., initially filed on March 15, 2011, involves a single misdemeanor

13   charge of conspiracy to commit unauthorized access of a government computer system, in violation of

14   18 U.S.C. § 982(a)(2)(B), against four defendants, arising from their conduct while working for Su at

15   TVU. Defendants Vishal Dasa, Anji Dirisinala, Tushar Tambe, and Ramakrishna Karra pleaded guilty

16   pursuant to cooperation plea agreements on March 22, 2013, and are scheduled for sentencing before

17   Magistrate Judge Kandis A. Westmore on July 11, 2014. As part of their plea agreements, the

18   defendants consented to have their cases proceed before Judge Westmore pursuant to Rule 58.

19   Defendants Dasa and Dirisinala testified at the trial in United States v. Su; defendants Tambe and Karra

20   were not called as witnesses.

21   Local Rule 8-1 requires parties to notify the Court when pending actions are related. The notice

22   is to be filed with the judge assigned to the earliest filed action and lodged with the chambers of each

23   Judge assigned to each related case.

24   Here, the misdemeanor case of United States v. Dasa, et al. is the earliest filed action. While the

25   parties in Dasa have consented that the defendants shall be sentenced by Magistrate Judge Westmore on

26   their misdemeanor convictions, the magistrate judge lacks jurisdiction over Su's felony case. Fed. R.

27   Cr. P. 59. Accordingly, although the government believes the cases are related under Local Rule 8-1,

28

NOTICE OF RELATED CASES

1 | the United States has no objection to allowing the cases to proceed unrelated before their respective
2 | courts.

DATED: May 19, 2014                     Respectfully submitted,

                                                      MELINDA HAAG
                                                      United States Attorney

                                                      /s/
                                                      WADE M. RHYNE
                                                      Assistant United States Attorney

NOTICE OF RELATED CASES