UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>SUSAN XIAO-PING SU,<br>Defendant. | Case No. 11-cr-00288-JST-1<br><br>**NOTICE OF *EX PARTE* COMMUNICATION; INSTRUCTIONS TO CLERK**<br><br>Re: Dkt. Nos. 92, 126, 133 |
|---|---|

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

The Court hereby gives notice that it received the *ex parte* communication of which a copy is attached hereto. The Court has previously noted that it may not consider *ex parte* communications for any purpose.

The attached correspondence appears to be the fifth ex parte communication from the same person. The letters are all in what appear to be Chinese characters, the handwriting is similar, and three of the letters are signed in English with the name "Chang Gui Su." ECF Nos. 92, 126 (two letters), 133).

A copy of the most recent Notice of Ex Parte Communication was mailed to Chang Gui Su on May 12, 2014, ECF No. 133, and he should therefore be aware of the prohibition on *ex parte* communications. But he nonetheless continues to make them.

Absent further order of the Court, the Clerk of the Court is ordered not to accept any additional letters or other communications from Chang Gui Su. Any letter or document sent to the Court will be returned unfiled. The Clerk is directed to mail a copy of this Notice to Chang Gui Su.

Of course, if Chang Gui Su's communications contain matter of evidentiary or other value

to the proceedings, counsel for the parties remain free to bring them to the Court's attention in conformity with the Federal Rules of Evidence, the Federal Rules of Criminal Procedure, and the Local Rules.

**IT IS SO ORDERED**.

Dated:  May 20, 2014



JON S. TIGAR
United States District Judge