

# 更换法官请求书

## 案件号:11-CR-00288 JST-1

## 联邦法院：

我收到法官 Jon S. Tigar 5 月 12 日的唯一来信，故特请求：更换主审法官 Jon S. Tigar。因为怀疑此法官是违宪害民高官范士丹的热捧者。理由证据如下：

一、求功心切。

由于检方起诉被告罪名之多，所以原来的主审法官审理三年仍然有些问题没有弄清，因此没正式开庭。此法官接受此案，才几天时间便决定开庭。以表自己能力强，能速战速决，一锤定音。

二、随意变卦。

本来此法官已用书面形式正式通知有关证人于 3 月 11 日开庭，其中包括书面通知被告的妹妹和弟弟。法律是庄严的，书面通知的东西，不可随意更改。然而，不知何故？是否处于政治干涉的因素？此法官随意变卦，于 3 月 3 日提前开庭。并且废除了部分原已书面通知的证人，其中包括废除被告的妹妹和弟弟，造成历时三周的庭审，被告神经病人的家人无一人到庭参加。

三、无视客观。

法律的准绳是客观存在的事实，而不是其它任何东西。证据分两类：实证和伪证。凡重实证则为公正之案；凡重伪证则为冤案。

1. 此法官无视学校的客观属性。

明明摆在世人面前的是一所学校，而且是一所开创和推广人类网络教育事业的学校；是一所深受师生欢迎的学校；是一所已经成功的培养出数名电机电脑专业人才的学校。这一切此法官都看不到，他硬要说是一个工厂，而且是一个"签证工厂"。似乎"签证工厂"比"制毒工厂"罪还要重。

这足以说明：三谷大学案已经被违宪害民高官范士丹的"特别呼吁"政治炒作成打击全美像"冰山"一样多的"签证工厂"，用以惩一儆百的活靶子。范士丹多年"要打击这同类学校"的"特别呼吁"，属于带政治号召性的政治炒作，"惩一儆百"的手段属于一种政治手段；行政高官干涉司法属于违反三权独立宪法的犯罪行为。凡带有政治色彩和行政干涉的司法案件，根本无法保障其公正性。

2. 此法官无视被告是神经病人的客观事实。

2

被告的家人曾多次向法官反映了有关被告发神经病具体的客观情况，其父更是以书面方式向此法官报告了被告神经病发作的细节。可是此法官一概无视，对反映的情况根本不做任何查证。

全世界每一个国家对于神经病人都有网开一面的法律规定。美国更是有法律规定，只要有十人以上的人能证明被告是神经病人，则应作神经病人对待。为什么此法官既无视被告是神经病人的客观事实，也无视美国法律？

3. 此法官无视辩护律师在法庭上为被告作无罪辩护的客观陈词。

由于三谷大学用以保障教学的一百多万美元全部被当局收走，造成被告无钱请辩护律师。此辩护律师本来就是由法院指定的。在开庭的第一天，辩护律师巴克在法庭上为被告作无罪辩护带概括性的讲到："苏小平只是一名带着善意，一心想经营好学校的女性。过程中或有不完满的地方，但不可抹煞被告善意的努力"。辩护律师在法庭上还坚称道："苏小平或许没有把每件事都做对，但是这不该是一项罪行。"（见2014年3月5日《星岛日报》）

此法官由于以上"三个无视"，使其在接案后短短的一个多月的时间里，把一所学校审成一个工厂；把一个神经病人审成正常人；把一个被保释在外很普通一般的被告人，审成为"打击全美日渐增多签证工厂"惩一儆百政治服务的活靶子而被收监的重罪囚犯。

为什么此法官会出现以上"三个无视"？

答案只有一个：因为只有这样无视，才能为"打击全美日渐增多签证工厂"的政治服务。而这个政治并不是美国的政府行为，因为政府没有出台任何文件"要打击这同类学校"。这个政治纯属范士丹的个人行为，是政客范士丹多年"特别呼吁"的产物。办学就是办学，什么"签证工厂"？！什么"假冒学校"？！假冒学校能培养出硕士人才吗？既然有人赖账，我不得不讲：三谷大学毕业的硕士比有的其他硕士工作能力还要强，这个铁的客观，比什么办学资格"批准"、"认证"都要硬。

四、威胁他人。

因为被告是神经病人，所以为父有责任向法官反映情况。即使不是神经病人，反映情况也无罪。法官对反映的情况应本着兼听则明的原则做适当查证。可是此法官不但不做任何查证，反而对反映情况的人十分恼恨，并加以威胁。

此法官在未宣判之前的保释期内下令收监神经病人，是一种不顾后果的做法。被告在保释期间本来没有出现异常问题，应该在法院宣判之前都属于保释期。然而，此法官不知是否因政治因素尽然在宣判之前下令将被告收监？如果在宣判之前被收监的这几个月的时间里，引起被告神经病大发作，此法官应负什么责任？

3

  此法官威胁他人已经达到非常可恶和可怕的程度。他对我的子女到底讲了些什么？得问他自己。我只知道我子女的反应：①我的二女儿对我讲道："老爸，请您不要再给法官写信了！再写会把您牢中的大女儿害死的！法官对您给他写信非常恼怒，这只会加倍对大姐的判刑。"②我二女婿对我讲道："你虽然是给法官写信，却给你的子女带来很大压力，你的二女儿也快神经了。"③我好不容易去探监一次，我牢中的大女儿拒绝跟我讲话，她把电话翻过来。这到底是神经病发作的反应，还是他人威胁的反应？④我大女儿2011年对我讲说她的律师对她讲："如果你选择认罪，依我看只会判两年。"结果她选择不认罪。如今经此法官庭审后，报纸上讲："被告至少要判二十年。"

  此法官最可恶的是：无视人权，对一个神经病人实行"毁家"式的惩罚。现在被告的所有衣服和家具全部被乱七八糟的扔在她妹妹的车库里，真是令人寒心。难道这就是一个博士办学的悲惨下场？要知道：犯人也是人，对犯人也得讲人权。中国几千年的法制留下一句老话："打了不罚，罚了不打"。为什么此法官要"打罚"做绝？

  目前我只是认为此法官是范士丹多年"特别呼吁"的受害者，如果是他本身的问题，我会到"世界人权委员会"去控告此大法官的。

  面对此法官的威胁，我的回答是：这是我的个人行为，我是美国的永久居民，为了捍卫宪法，为了不让其它"签证工厂"的博士和硕士再受其害，我会写到底。因为美国是个移民国家，早已推行用多种语言和文字办公。我本人因超速上法庭，就是法庭负责免费提供翻译。我不会英语，又无钱请律师，我只能这样写。

  综上所述，由于此法官求功心切，随意变卦，无视客观，威胁他人，故特请求联邦法院更换此法官。并且最好能排除4月24日范士丹于旧金山皇后酒店宴请过的大法官。（见4月25日《世界日报》）

        此致

         敬礼

*chang gui su*

请求人：反告范士丹的起诉人**苏长贵**

2014年5月16日上

4

chang gwi Su
3340 Gardella Plz
Apt 104 Livermore.
CA. 94551

To: The head of
OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102



U.S. MARSHALS SERVICE
MAY 19 2014