United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>SUSAN XIAO-PING SU,<br><br>                    Defendant. | Case No.  11-cr-00288-JST-1<br><br>**ORDER SETTING DEADLINE FOR RELATING CASES** |
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>VISHAL DASA, ANJI REDDY DIRISINALA, TUSHAR TAMBE (a/k/a "Jimmy Tambe"), and RAMAKRISHNA REDDY KARRA,<br><br>                    Defendants. | Case No. 11-cr-00742-KAW |

On May 19, 2014, the United States filed a Notice of Related Case regarding <u>United States v. Su</u>, Case No. 4:11-cr-00288-JST-1, and <u>United States v. Dasa, et al.</u>, Case No. 4:11-cr-00742-KAW.  The former case is assigned to the undersigned; the latter, to Judge Westmore.  The United States filed the Notice only in the <u>Su</u> case.

Criminal Local Rule 8-1 provides, in relevant part:

> Whenever a party to a criminal action pending in this District knows or learns that the action is related to a civil or criminal action, which is or was pending in this District, that party shall promptly file a "Notice of Related Case in a Criminal Action" with the Judge assigned to the earliest filed action, *shall lodge a copy of the notice with the chambers of each Judge assigned to each related case and shall serve all known parties with a copy of the notice.*

1    Id. (emphasis added).

2        It does not appear that the United States lodged a copy of either Notice with Judge

3  Westmore's chambers, or that it served copies on the Defendants. The purpose of this Order is to

4  ensure that all parties have adequate notice and an opportunity to be heard before the Court rules

5  on the Notice of Related Case.

6        This Order constitutes notice to all parties in both actions that any party may serve and file

7  a statement of support for or opposition to the United States' Notice of Related Case by June 5,

8  2014.  Such statement shall specifically address the issues in Crim. L.R. 8-1(b) and (c).

9        **IT IS SO ORDERED.**

10  Dated:  May 28, 2014

11   

12                          JON S. TIGAR
                    United States District Judge

United States District Court
Northern District of California