MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

WADE M. RHYNE (CABN 216799)
Assistant United States Attorney
    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3693
    Fax: (510) 637-3724
    Email: wade.rhyne@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 11-00288 JST |
| Plaintiff, | CERTIFICATE OF SERVICE |
| v. | |
| SUSAN XIAO-PING SU, | |
| Defendant. | |

I, Janice Pagsanjan, declare that I am a citizen of the United States, over the age of 18 years and

**NOTICE OF RELATED CASE IN A CRIMINAL ACTION**

was mailed to the named party(ies) listed below:

Angela Hansen
Federal Public Defender's Office
555 12th Street, Suite 650
Oakland, CA 94607

Ginny Walia
Ginny Walia Law Office
710 152 N 3rd Street
San Jose, CA 95112

1

CERTIFICATE OF SERVICE
CR-11-00288 JST

1  Martha A. Boersch
   Boersch Shapiro LLP
2  235 Montgomery Street, Suite 835
   San Francisco, Ca 94104
3
   Kenneth McGuire
4  McGuire Law Firm
   P.O. Box 246
5  Pt. Reyes, CA 94956

6     I declare under penalty of perjury that the foregoing is true and correct, and that this certificate was

7  executed at Oakland, California.

8

9  DATED:  May 28, 2014                                    /s/
                                                    JANICE PAGSANJAN
10                                                  Legal Assistant
                                                    United States Attorney's Office, Oakland

2

CERTIFICATE OF SERVICE
CR-11-00288 JST