STEVEN G. KALAR
Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone:  (510) 637-3500

Counsel for Defendant DASA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.    11-CR-00288 JST |
| Plaintiff, | ) | |
| v. | ) | |
| SUSAN XIO-PING SU, | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.    11-CR-00742 KAW |
| Plaintiff, | ) | (Earlier-Filed Case) |
| v. | ) | |
| VISHAL DASA, | ) | **DEFENDANT DASA'S RESPONSE TO** |
| ANJI REDDY DIRISINALA, | ) | **NOTICE OF RELATED CRIMINAL** |
| RAMAKRISHNA REDDY KARRA, and | ) | **CASES** |
| TUSHAR TAMBE | ) | |
| Defendants. | ) | |

In response to the Court's May 28, 2014 Order, Vishal Dasa, through his counsel,

Assistant Federal Public Defender Angela M. Hansen, notifies the Court that he supports the

government's position that the two above-captioned cases should proceed before their respective

1   Courts and not be reassigned.  Mr. Dasa agrees with the government's description of the two

2   above-captioned cases in its May 19, 2014 Notice of Related Case in a Criminal Action.  Further,

3   for the reasons set forth below, Mr. Dasa believes that reassignment to a single Court is

4   unnecessary to conserve judicial resources or to promote an efficient determination of the action.

5        Pursuant to Criminal Local Rule 8-1(b)(1) and (2), an action may be related to another if

6   both cases involve one or more of the same defendants and "the same alleged events,

7   occurrences, transactions or property," *or* if the actions are likely to entail "substantial

8   duplication of labor" or "unnecessary expenses" if heard by different judges.  Here, the two

9   actions involve different defendants and different charges.  Mr. Dasa and his co-defendants were

10  charged with *misdemeanor* conspiracy to commit unauthorized access of a government computer

11  system based on their conduct recruiting students for Susan Su, who was the founder and

12  president of Tri-Valley University.  Although the two cases may involve a few of the same

13  alleged events, the conduct of the four defendants involved in the misdemeanor case assigned to

14  the Honorable Kandis Westmore constitutes a small subset of the broader criminal conduct

15  involved in Ms. Su's case.  Indeed, after a jury trial, Ms. Su was convicted of 31 felony counts,

16  including wire and mail fraud, visa fraud, false documents, false statements and money

17  laundering.  The defendants in the earlier-filed misdemeanor case have not been charged with

18  these crimes.

19       Moreover, Mr. Dasa and his co-defendants have consented to the jurisdiction of the

20  magistrate court, and because Mr. Dasa already appeared before Judge Westmore last year for his

21  change of plea hearing, there would not be a substantial duplication of labor for the sentencing

22  hearing on this misdemeanor case to proceed before that same Court on July 11, 2014.

23       For all of these reasons, Mr. Dasa supports the government's position that the two above-

24  captioned cases should proceed before their respective Courts and not be reassigned.

25

26

1    Dated: May 29, 2014

2                                    Respectfully submitted,

3                                    STEVEN G. KALAR
                                     Federal Public Defender
4
                                               /S/
5
                                     ANGELA M. HANSEN
6                                    Assistant Federal Public Defender

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26