```
JOHN J. JORDAN, ESQ.   (Cal. State Bar No. 175678)
400 Montgomery Street
Suite 200
San Francisco, CA   94104
(415) 391-4814
(415) 391-4308 (FAX)

Attorney for Defendant
SUSAN XIAO-PING SU
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  CR-11-00288 JST |
| | ) | |
| Plaintiff, | ) | |
| | ) | **DEFENDANT SU'S RESPONSE TO** |
| V. | ) | **NOTICE OF RELATED CASES** |
| | ) | |
| SUSAN XIAO-PING SU, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |
| UNITED STATES OF AMERICA, | ) | No.  CR-11-00742 KAW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | |
| | ) | |
| VISHAL DASA, et. al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Defendant Susan Xiao-Ping Su, through counsel of record, John J. Jordan, in response to this Court's Order of May 28, 2014, hereby notifies the Court that the defendant agrees with the government that two above-captioned cases should not be related, pursuant to Local Rule 8-1(b)(1) and (2).

At this point, this Court has presided over a jury trial of the defendant SU, and has scheduled a hearing on post-trial

1

motions. The concerns of Local Rule 8-1 to avoid substantial duplication of labor or unnecessary expense strongly argue in favor of this Court continuing to exercise jurisdiction over the *Su* case at this stage of the proceedings. As for the *Dasa* case, as the defendants there have already pled guilty, it again appears that relating that case to the *Su* case would not avoid duplication of labor.

In addition, even if the government had filed a Notice of Related Case as the onset of litigation, this case would still not be relatable to the misdemeanor *Dasa* case, as this is a felony prosecution, and SU has not consented to prosecution by a magistrate judge.

Accordingly, the defendant SU submits that the two cases should not be related and the cases should proceed before their respective Courts.

Dated: May 29, 2014.              Respectfully submitted,


                                  */S/ John J. Jordan*
                                  John J. Jordan