UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SUSAN XIAO-PING SU,<br><br>　　　　Defendant. | Case No.  11-cr-00288-JST-1<br><br>**ORDER FINDING CASES ARE NOT RELATED**<br><br>Re: Dkt. No. 134 |
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VISHAL DASA, ANJI REDDY DIRISINALA, TUSHAR TAMBE (a/k/a "Jimmy Tambe"), and RAMAKRISHNA REDDY KARRA,<br><br>　　　　Defendants. | Case No.  11-cr-00742-KAW |

All the parties who have addressed the question of relating the above-captioned cases oppose relation.  See ECF No. 134 (United States); ECF No. 138 (Defendant Vishal Dasa); ECF No. 139 (Defendant Susan Su).[1]  Finding no reason to disagree with the parties' well-reasoned positions, the Court accordingly declines to relate them.

**IT IS SO ORDERED.**

Dated:  June 9, 2014

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] All docket references are to Case No. 11-cr-288.