```
                                                                    1

 1                    UNITED STATES DISTRICT COURT

 2                   NORTHERN DISTRICT OF CALIFORNIA

 3                BEFORE THE HONORABLE JON S. TIGAR

 4   UNITED STATES OF AMERICA,    )
                                  )
 5              Plaintiff,        )
                                  )
 6        VS.                     ) NO. 11-00288 JST
                                  )
 7   SUSAN XIAO-PING SU,          )
                                  )
 8              Defendant.        )
     _____)
 9
```

10                    **M A S T E R   I N D E X**

11
     **APPEARANCES:**
12

13   **For Plaintiff:**         MELINDA HAAG
                                UNITED STATES ATTORNEY
14                              1301 Clay Street, Suite 340S
                                Oakland, California 94612
15                         **BY: HARTLEY M.K. WEST, ESQ.**
                                **WADE M. RHYNE, ESQ.**
16                              **ASSISTANT UNITED STATES ATTORNEYS**

17
     **For Defendant:**         Law Offices of Erik G. Babcock
18                              717 Washington Street, Second Floor
                                Oakland, California 94607
19                         **BY: ERIK G. BABCOCK, ESQ.**
                                **ATTORNEY AT LAW**
20

21

22

23

24   Reported By: James C. Pence, RMR, CRR, CSR No. 13059
                  Official Court Reporter - U.S. District Court
25                Kelly Polvi, CSR, RMR, FCRR
                  Contract Court Reporter - U.S. District Court

# M A S T E R   I N D E X

Monday, March 3, 2014 - Volume 1

Tuesday, March 4, 2014 - Volume 2

Wednesday, March 5, 2014 - Volume 3

Monday, March 10, 2014 - Volume 4

Tuesday, March 11, 2014 - Volume 5

Wednesday, March 12, 2014 - Volume 6

Thursday, March 13, 2014 - Volume 7

Monday, March 17, 2014 - Volume 8

Tuesday, March 18, 2014 - Volume 9

Tuesday, March 18, 2014 - Volume 10

Wednesday, March 19, 2014 - Volume 11

Thursday, March 20, 2014 - Volume 12

Monday, March 24, 2014 - Volume 13

|                                          | **PAGE** | **VOL.** |
|------------------------------------------|------|------|
| Opening Statement by Mr. Rhyne           | 157  | 2    |
| Opening Statement by Mr. Babcock         | 169  | 2    |
| Instructions by the Court                | 1765 | 11   |
| Closing Argument by Ms. West             | 1803 | 11   |
| Closing Argument by Mr. Babcock          | 1860 | 11   |
| Rebuttal Argument by Ms. West            | 1889 | 11   |
| Verdict                                  | 1918 | 13   |

**GOVERNMENT'S WITNESSES** — **PAGE VOL.**

**SATIJA, VANDANA**

|                                          | PAGE | VOL. |
|------------------------------------------|------|------|
| (SWORN)                                  | 171  | 2    |
| Direct Examination by Mr. Rhyne          | 172  | 2    |
| Cross-Examination by Mr. Babcock         | 186  | 2    |
| Redirect Examination by Mr. Rhyne        | 213  | 2    |
| Recross-Examination by Mr. Babcock       | 220  | 2    |

# M A S T E R   I N D E X

| GOVERNMENT'S WITNESSES | PAGE | VOL. |
|---|---|---|
| **ELLIOTT, WILLIAM** | | |
| (SWORN) | 226 | 2 |
| Direct Examination by Mr. Rhyne | 227 | 2 |
| Cross-Examination by Mr. Babcock | 235 | 2 |
| | | |
| **WARNER, SUSANNA** | | |
| (SWORN) | 240 | 2 |
| Direct Examination by Ms. West | 240 | 2 |
| | | |
| **WARNER, SUSANNA (RECALLED)** | | |
| (PREVIOUSLY SWORN) | 361 | 3 |
| Direct Examination (Resumed) by Ms. West | 361 | 3 |
| Cross-Examination by Mr. Babcock | 380 | 3 |
| Redirect Examination by Ms. West | 433 | 3 |
| Recross-Examination by Mr. Babcock | 440 | 3 |
| | | |
| **LUO, HAO** | | |
| (SWORN) | 442 | 3 |
| Direct Examination by Mr. Rhyne | 442 | 3 |
| Cross-Examination by Mr. Babcock | 453 | 3 |
| | | |
| **JING, QI** | | |
| (SWORN) | 463 | 3 |
| Direct Examination by Mr. Rhyne | 464 | 3 |
| Cross-Examination by Mr. Babcock | 469 | 3 |
| | | |
| **LIOU, SHY SHENG** | | |
| (SWORN) | 474 | 3 |
| Direct Examination by Ms. West | 474 | 3 |
| Cross-Examination by Mr. Babcock | 497 | 3 |
| Redirect Examination by Ms. West | 506 | 3 |
| | | |
| **BAYER-BRORING, CAROLYN** | | |
| (SWORN) | 511 | 3 |
| Direct Examination by Ms. West | 512 | 3 |
| | | |
| **BAYER-BRORING, CAROLYN (RECALLED)** | | |
| (PREVIOUSLY SWORN) | 543 | 4 |
| Direct Examination (Resumed) by Ms. West | 543 | 4 |
| Cross-Examination by Mr. Babcock | 552 | 4 |
| | | |
| **ALLEN, ADOLPH MILLER** | | |
| (SWORN) | 556 | 4 |
| Direct Examination by Mr. Rhyne | 556 | 4 |
| Cross-Examination by Mr. Babcock | 563 | 4 |

# MASTER INDEX

| GOVERNMENT'S WITNESSES | PAGE | VOL. |
|---|---|---|
| **MACKEY, JASON** | | |
| (SWORN) | 568 | 4 |
| Direct Examination by Mr. Rhyne | 569 | 4 |
| Cross-Examination by Mr. Babcock | 685 | 4 |
| | | |
| **MACKEY, JASON (RECALLED)** | | |
| (PREVIOUSLY SWORN) | 731 | 5 |
| Cross-Examination (Resumed) by Mr. Babcock | 731 | 5 |
| Redirect Examination by Mr. Rhyne | 748 | 5 |
| Recross-Examination by Mr. Babcock | 761 | 5 |
| Further Redirect Examination by Mr. Rhyne | 767 | 5 |
| Further Recross-Examination by Mr. Babcock | 771 | 5 |
| | | |
| **COLE, SCOTT** | | |
| (SWORN) | 774 | 5 |
| Direct Examination by Ms. West | 774 | 5 |
| Cross-Examination by Mr. Babcock | 780 | 5 |
| | | |
| **DASA, VISHAL** | | |
| (SWORN) | 785 | 5 |
| Direct Examination by Mr. Rhyne | 786 | 5 |
| Cross-Examination by Mr. Babcock | 836 | 5 |
| Redirect Examination by Mr. Rhyne | 881 | 5 |
| Recross-Examination by Mr. Babcock | 882 | 5 |
| | | |
| **CHALLAGUNDLA, BHANU** | | |
| (SWORN) | 886 | 5 |
| Direct Examination by Ms. West | 887 | 5 |
| | | |
| **CHALLAGUNDLA, BHANU (RECALLED)** | | |
| (PREVIOUSLY SWORN) | 932 | 6 |
| Direct Examination (Resumed) by Ms. West | 932 | 6 |
| Cross-Examination by Mr. Babcock | 935 | 6 |
| | | |
| **CRITTEN, DYLAN** | | |
| (SWORN) | 958 | 6 |
| Direct Examination by Ms. West | 958 | 6 |
| Cross-Examination by Mr. Babcock | 972 | 6 |
| Redirect Examination by Ms. West | 986 | 6 |
| Recross-Examination by Mr. Babcock | 988 | 6 |
| | | |
| **TAYLOR, DALE** | | |
| (SWORN) | 992 | 6 |
| Direct Examination by Ms. West | 992 | 6 |
| Cross-Examination by Mr. Babcock | 1101 | 6 |

**M A S T E R   I N D E X**

| | **GOVERNMENT'S WITNESSES** | **PAGE** | **VOL.** |
|---|---|---|---|
| | **TAYLOR, DALE (RECALLED)** | | |
| | (PREVIOUSLY SWORN) | 1128 | 7 |
| | Cross-Examination (Resumed) by Mr. Babcock | 1128 | 7 |
| | Redirect Examination by Ms. West | 1142 | 7 |
| | Recross-Examination by Mr. Babcock | 1144 | 7 |
| | **DIRISANALA, ANJI REDDY** | | |
| | (SWORN) | 1145 | 7 |
| | Direct Examination by Ms. West | 1146 | 7 |
| | Cross-Examination by Mr. Babcock | 1248 | 7 |
| | Redirect Examination by Ms. West | 1304 | 7 |
| | **BHATIA, RAJEEV** | | |
| | (SWORN) | 1307 | 7 |
| | Direct Examination by Ms. West | 1308 | 7 |
| | Cross-Examination by Mr. Babcock | 1326 | 7 |
| | **IGNATIUS, SANTHOSH** | | |
| | (SWORN) | 1343 | 8 |
| | Direct Examination by Ms. West | 1344 | 8 |
| | Cross-Examination by Mr. Babcock | 1387 | 8 |
| | Redirect Examination by Ms. West | 1412 | 8 |
| | **CHALLA, KALPANA** | | |
| | (SWORN) | 1413 | 8 |
| | Direct Examination by Mr. Rhyne | 1415 | 8 |
| | Cross-Examination by Mr. Babcock | 1453 | 8 |
| | Redirect Examination by Mr. Rhyne | 1488 | 8 |
| | **PATEL, PARTH** | | |
| | (SWORN) | 1490 | 8 |
| | Direct Examination by Mr. Rhyne | 1492 | 8 |
| | Cross-Examination by Mr. Babcock | 1521 | 8 |
| | Redirect Examination by Mr. Rhyne | 1542 | 8 |
| | Recross-Examination by Mr. Babcock | 1544 | 8 |
| | **KUNDUR, NAVEEN** | | |
| | (SWORN) | | |
| | Direct Examination by Mr. Rhyne | 1565 | 9 |
| | Cross-Examination by Mr. Babcock | 1584 | 9 |
| | Redirect Examination by Mr. Rhyne | 1598 | 9 |
| | **RAMIREZ, DAVID** | | |
| | (SWORN) | | |
| | Direct Examination by Ms. West | 1599 | 9 |
| | Cross-Examination by Mr. Babcock | 1611 | 9 |

**MASTER INDEX**

| **GOVERNMENT'S WITNESSES** | | **PAGE** | **VOL.** |
|---|---|---|---|
| **MACKEY, JASON** | | | |
| (PREVIOUSLY SWORN) | | | |
| Direct Examination by Mr. Rhyne | | 1618 | 9 |
| Cross-Examination by Mr. Babcock | | 1683 | 9 |
| Redirect Examination by Mr. Rhyne | | 1698 | 9 |
| Recross-Examination by Mr. Babcock | | 1701 | 9 |

**EXHIBITS**

| **GOVERNMENT'S EXHIBITS** | **IDEN** | **EVID** | **VOL.** |
|---|---|---|---|
| 1 | 260 | 261 | 2 |
| 2 | 309 | 310 | 2 |
| 3 | 314 | 315 | 2 |
| 4 | 318 | 319 | 2 |
| 5 | 278 | 280 | 2 |
| 7 | 587 | 588 | 4 |
| 10 | 361 | 363 | 3 |
| 11 | 378 | 379 | 3 |
| 12 | 330 | 331 | 2 |
| 13 | 335 | 335 | 2 |
| 15 | 903 | 904 | 5 |
| 16 |  | 1672 | 9 |
| 17 |  | 1675 | 9 |
| 18 |  | 1675 | 9 |
| 19 | 909 | 909 | 5 |
| 30 | 362 | 363 | 3 |
| 31 | 378 | 379 | 3 |

# MASTER INDEX

## EXHIBITS

| GOVERNMENT'S EXHIBITS | IDEN | EVID | VOL. |
|---|---|---|---|
| 32 | 1423 | 1423 | 8 |
| 33 | 1444 | 1444 | 8 |
| 34 | 1448 | 1449 | 8 |
| 35 | 1436 | 1437 | 8 |
| 36 | 1438 | 1438 | 8 |
| 50 | 336 | 337 | 2 |
| 51 | 378 | 379 | 3 |
| 60 | 362 | 363 | 3 |
| 61 | 378 | 379 | 3 |
| 70 | 362 | 363 | 3 |
| 71 | 379 | 379 | 3 |
| 80 | 363 | 363 | 3 |
| 81 | 379 | 379 | 3 |
| 86 | 1314 | 1315 | 7 |
| 100 | 575 | 576 | 4 |
| 100A | 580 | 580 | 4 |
| 100C | 670 | 671 | 4 |
| 102 | 326 | | 2 |
| 102 | | 479 | 3 |
| 109 | 648 | 649 | 4 |
| 112 | 518 | 519 | 3 |
| 122 | 650 | 651 | 4 |

# MASTER INDEX

## EXHIBITS

| GOVERNMENT'S EXHIBITS | IDEN | EVID | VOL. |
|---|---|---|---|
| 200B | 998 | 998 | 6 |
| 202B | 1033 | 1033 | 6 |
| 202C | 1010 | 1012 | 6 |
| 202D | 1009 | 1009 | 6 |
| 203C | 1026 | 1026 | 6 |
| 203D | 1028 | 1028 | 6 |
| 203E | 1017 | 1018 | 6 |
| 203F | 1031 | 1032 | 6 |
| 204B | 1038 | 1039 | 6 |
| 204C | 1045 | 1045 | 6 |
| 204D | 1043 | 1043 | 6 |
| 205B | 1053 | 1053 | 6 |
| 205C | 1051 | 1051 | 6 |
| 206 | 1058 | 1058 | 6 |
| 206A | 990 | 991 | 6 |
| 206B | 639 | 640 | 4 |
| 207 | 1069 | 1069 | 6 |
| 207A | 990 | 991 | 6 |
| 207B | 639 | 640 | 4 |
| 208B | 1092 | 1093 | 6 |
| 208D | 1095 | 1096 | 6 |
| 209 | | 1604 | 9 |

# MASTER INDEX

## EXHIBITS

| GOVERNMENT'S EXHIBITS | IDEN | EVID | VOL. |
|---|---|---|---|
| 209A |  | 1604 | 9 |
| 209B |  | 1605 | 9 |
| 209D | 961 | 961 | 6 |
| 300 | 612 | 613 | 4 |
| 303B | 617 | 618 | 4 |
| 305 | 660 | 661 | 4 |
| 307 | 653 | 654 | 4 |
| 309 | 658 | 659 | 4 |
| 311 | 755 | 756 | 5 |
| 315 | 663 | 664 | 4 |
| 320 | 666 | 667 | 4 |
| 320A | 672 | 673 | 4 |
| 327 | 675 | 676 | 4 |
| 330 | 677 | 678 | 4 |
| 331 | 680 | 681 | 4 |
| 332 | 682 | 682 | 4 |
| 333 | 684 | 684 | 4 |
| 400 | 631 | 632 | 4 |
| 401 | 631 | 632 | 4 |
| 403 | 631 | 632 | 4 |
| 405 | 633 | 634 | 4 |
| 406 | 628 | 629 | 4 |

# MASTER INDEX

## EXHIBITS

| GOVERNMENT'S EXHIBITS | IDEN | EVID | VOL. |
|---|---|---|---|
| 407 | 584 | 585 | 4 |
| 420 | 363 | 364 | 3 |
| 430 | 371 | 371 | 3 |
| 440 | 373 | 374 | 3 |
| 450 | 874 | 875 | 5 |
| 477 | 821 | 822 | 5 |
| 478 | 821 | 825 | 5 |
| 479 | 798 | 799 | 5 |
| 480 | 802 | 803 | 5 |
| 500 |  | 1638 | 9 |
| 501 |  | 1638 | 9 |
| 501A |  | 1638 | 9 |
| 501B |  | 1638 | 9 |
| 502 |  | 1641 | 9 |
| 503 |  | 1641 | 9 |
| 503A |  | 1641 | 9 |
| 504 |  | 1668 | 9 |
| 505 |  | 1668 | 9 |
| 505A |  | 1668 | 9 |
| 505B |  | 1668 | 9 |
| 506 |  | 1669 | 9 |
| 507 |  | 1669 | 9 |

# **M A S T E R   I N D E X**

## **E X H I B I T S**

| **GOVERNMENT'S EXHIBITS** | **IDEN** | **EVID** | **VOL.** |
|---|---|---|---|
| 508 |  | 1669 | 9 |
| 509 |  | 1669 | 9 |
| 510 |  | 1670 | 9 |
| 511 |  | 1670 | 9 |
| 511A |  | 1670 | 9 |
| 512 |  | 1639 | 9 |
| 513 |  | 1639 | 9 |
| 513A |  | 1639 | 9 |
| 515 |  | 1634 | 9 |
| 516 |  | 1639 | 9 |
| 520 | 899 | 900 | 5 |
| 530 | 1422 | 1422 | 8 |
| 531 | 1425 | 1427 | 8 |
| 532 | 1433 | 1433 | 8 |
| 533 | 1441 | 1442 | 8 |
| 534 | 1441 | 1443 | 8 |
| 535 | 1430 | 1432 | 8 |
| 580 | 621 | 622 | 4 |
| 581 | 621 | 622 | 4 |
| 582 | 621 | 622 | 4 |
| 582A | 621 | 622 | 4 |
| 583 | 621 | 622 | 4 |

# **M A S T E R  I N D E X**

## **E X H I B I T S**

| **GOVERNMENT'S EXHIBITS** | **IDEN** | **EVID** | **VOL.** |
|---|---|---|---|
| 584 | 621 | 622 | 4 |
| 585 | 621 | 622 | 4 |
| 587 | 621 | 622 | 4 |
| 588 | 621 | 622 | 4 |
| 588A | 831 | 831 | 5 |
| 589 | 621 | 622 | 4 |
| 590 | 621 | 622 | 4 |
| 591 | 621 | 622 | 4 |
| 592 | 621 | 622 | 4 |
| 600 |  | 1645 | 9 |
| 601 |  | 1647 | 9 |
| 603 |  | 1654 | 9 |
| 605 |  | 1657 | 9 |
| 606 |  | 1664 | 9 |
| 608 |  | 1661 | 9 |
| 609 |  | 1659 | 9 |
| 650 |  | 1633 | 9 |
| 651 |  | 1633 | 9 |
| 653 |  | 1633 | 9 |
| 700 |  | 1645 | 9 |
| 701 |  | 1649 | 9 |
| 702 |  | 1656 | 9 |

# **M A S T E R   I N D E X**

## **E X H I B I T S**

| **GOVERNMENT'S EXHIBITS** | **IDEN** | **EVID** | **VOL.** |
|---|---|---|---|
| 704 |  | 1665 | 9 |
| 705 |  | 1661 | 9 |
| 705A |  | 1667 | 9 |
| 705B |  | 1756 | 11 |
| 706 | 582 | 582 | 4 |
| 709 | 606 | 607 | 4 |
| 800 |  | 1676 | 9 |

| **DEFENDANT'S EXHIBITS** | **IDEN** | **EVID** | **VOL.** |
|---|---|---|---|
| 106A | 251 | 252 | 2 |
| 860 | 217 | 217 | 2 |
| 862 | 184 | 185 | 2 |
| 1000 | 204 | 205 | 2 |
| 1001 | 208 | 208 | 2 |
| 1002 | 209 |  | 2 |
| 1003 | 221 |  | 2 |
| 1004 | 742 |  | 5 |
| 1005 | 742 |  | 5 |
| 1006 | 764 |  | 5 |

| **COURT'S EXHIBITS** | **IDEN** | **EVID** | **VOL.** |
|---|---|---|---|
| A | 349 |  | 3 |