1        UNITED STATES DISTRICT COURT

2        NORTHERN DISTRICT OF CALIFORNIA

3        BEFORE THE HONORABLE JON S. TIGAR

4   UNITED STATES OF AMERICA,        )
                                     ) Volume 8
5            Plaintiff,              ) Pages 1333 - 1547
                                     )
6        VS.                         ) NO. 11-00288 JST
                                     )
7   SUSAN XIAO-PING SU,              )
                                     ) San Francisco, California
8            Defendant.              ) Monday, March 17, 2014
    _____ ) 8:25 a.m.

9

10            **TRANSCRIPT OF COURT PROCEEDINGS**

11

    **APPEARANCES:**
12

13   **For Plaintiff:**         MELINDA HAAG
                                 UNITED STATES ATTORNEY
14                               1301 Clay Street, Suite 340S
                                 Oakland, California 94612
15                   BY:   **HARTLEY M.K. WEST, ESQ.**
                           **WADE M. RHYNE, ESQ.**
16                         **ASSISTANT UNITED STATES ATTORNEYS**

17

     **For Defendant:**         Law Offices of Erik G. Babcock
18                               717 Washington Street, Second Floor
                                 Oakland, California 94607
19                   BY:   **ERIK G. BABCOCK, ESQ.**
                           **ATTORNEY AT LAW**

20

21

22

23

24

     Reported By:  James C. Pence, RMR, CRR, CSR No. 13059
25                  Official Court Reporter - U.S. District Court
                    Computerized Transcription By Case CATalyst

**I N D E X**

Monday, March 17, 2014 - Volume 8

| GOVERNMENT'S WITNESSES | PAGE | VOL. |
|---|---|---|
| **IGNATIUS, SANTHOSH** | | |
| (SWORN) | 1343 | 8 |
| Direct Examination by Ms. West | 1344 | 8 |
| Cross-Examination by Mr. Babcock | 1387 | 8 |
| Redirect Examination by Ms. West | 1412 | 8 |
| | | |
| **CHALLA, KALPANA** | | |
| (SWORN) | 1413 | 8 |
| Direct Examination by Mr. Rhyne | 1415 | 8 |
| Cross-Examination by Mr. Babcock | 1453 | 8 |
| Redirect Examination by Mr. Rhyne | 1488 | 8 |
| | | |
| **PATEL, PARTH** | | |
| (SWORN) | 1490 | 8 |
| Direct Examination by Mr. Rhyne | 1492 | 8 |
| Cross-Examination by Mr. Babcock | 1521 | 8 |
| Redirect Examination by Mr. Rhyne | 1542 | 8 |
| Recross-Examination by Mr. Babcock | 1544 | 8 |

**E X H I B I T S**

| GOVERNMENT'S EXHIBITS | IDEN | EVID | VOL. |
|---|---|---|---|
| 32 | 1423 | 1423 | 8 |
| 33 | 1444 | 1444 | 8 |
| 34 | 1448 | 1449 | 8 |
| 35 | 1436 | 1437 | 8 |
| 36 | 1438 | 1438 | 8 |
| 530 | 1422 | 1422 | 8 |
| 531 | 1425 | 1427 | 8 |
| 532 | 1433 | 1433 | 8 |
| 533 | 1441 | 1442 | 8 |
| 534 | 1441 | 1443 | 8 |

# E X H I B I T S

| GOVERNMENT'S EXHIBITS | IDEN | EVID | VOL. |
|---|---|---|---|
| 535 | 1430 | 1432 | 8 |

```
1    Monday, March 17, 2014                              8:25 a.m.

2                            ---o0o---

3         (Proceedings were heard out of the presence of the jury:)

4         THE COURT:  All right.  Let's go on the record.

5    We're outside the presence of the jury.

6         I did get the Government's jury instructions and proposed

7    verdict form.  You may have those -- eventually, we can set a

8    time to talk about those.

9         What is the Government's current estimate as to when it

10   will finish its case?

11        MS. WEST:  I believe that we will rest sometime this

12   week, and I think we'll have a better sense after today's

13   witnesses as to when that will be.  We have an ambitious

14   lineup, and it just depends on how quickly we move through

15   them.  We'll have -- I think at the end of today, we'll have a

16   much better sense of which day this week we would rest.

17        THE COURT:  What is the soonest and what is the

18   latest based on what you know now?

19        MR. RHYNE:  I think the earliest would be

20   Wednesday --

21        THE COURT:  Okay.

22        MR. RHYNE:  -- and I think the latest would probably

23   be Thursday.  So I think that that largely depends -- we talked

24   to Mr. Babcock this morning a little bit about the length of

25   the cross-examination of Agent Mackey with respect to the
```

```
1    financial documents, which will be fairly lengthy just because
2    we're going to be putting in a lot of bank records but not
3    overly substantive.
4         So I think that's kind of the factor that we're trying to
5    decide on right now.
6              THE COURT:  Very good.
7         Mr. Babcock, do you think the defendant will put on a case?
8              MR. BABCOCK:  I don't know yet, your Honor, but I
9    will be prepared to tell you as we get closer to the end of
10   their case.
11             THE COURT:  I don't recall precisely when I told the
12   jury I thought the case might end.  We're well within that
13   time.  I know that.
14             MR. BABCOCK:  Oh, we are, yes.  I think they'll
15   probably be surprised if they hear the Government is done this
16   week.
17             THE COURT:  And we've not lost anybody yet on our
18   jury.
19             MR. BABCOCK:  Jinx.
20             THE COURT:  The record well reflect that I knocked on
21   the --
22             MR. BABCOCK:  Ample alternates still.
23             THE COURT:  Yes, we do have ample alternates.
24        Perhaps we can all talk about the verdict form and the jury
25   instructions tomorrow afternoon at 2:30.
```

1338

```
1            MS. WEST:  That's fine.

2       And I did just want to put on the record, your Honor -- I

3   apologize for getting those to the Court so late, and it being

4   yesterday, I was operating under the misunderstanding that I

5   was -- we were supposed to meet and confer about them with

6   Counsel, and it wasn't until yesterday when I got a chance to

7   speak with defense counsel that I was advised that the Court

8   had just wanted them and we weren't to meet and confer -- or

9   didn't need to meet and confer further about them.

10      So I apologize, and that end is our fault.

11           THE COURT:  I think I asked you to send them to me

12  over the weekend, and I received them.  So I think they were

13  timely.  Also, I have a patent claim construction hearing this

14  afternoon at 2:00 o'clock.  So I had some other things to read

15  over the weekend.

16           MS. WEST:  I'm glad we didn't leave the Court bored.

17           THE COURT:  Is there anything else we needed to talk

18  about?

19           MR. RHYNE:  Yes, your Honor.  There was one issue

20  that we've raised with the defense that we wanted to bring to

21  the Court's attention.  That was Thursday of last week.

22      Apparently, one of the many law clerks we've had sitting in

23  the back watching the trial was in the same elevator with Ms.

24  Rudderow, who's Juror No. 7, and Ms. Rudderow asked her, "Oh,

25  what are you" -- "what are you here doing?"
```

1    At which point, our law clerk said, "I'm enjoying my summer

2    as a law clerk with the U.S. Attorney's Office."  I think at

3    that point, the law clerk realized that it was a juror, and I

4    think -- it sounds like Ms. Rudderow realized that she couldn't

5    be in that conversation, either, at which point there was no

6    more contact, but we did want to put that on the record that

7    there was that contact.

8    We have informed our law clerk and will inform all of the

9    law clerks throughout the U.S. Attorney's Office of the

10   Northern District today to be mindful of jurors in elevators

11   and common areas.

12   THE COURT:  Very good.

13   It doesn't sound as though there was any discussion of the

14   case.

15   MR. RHYNE:  I asked her specifically, and she said

16   that there was not.

17   THE COURT:  All right.  Does anyone -- I appreciate

18   your bringing that to the Court's and defense counsel's

19   attention promptly.

20   Is there anything that anyone wants the Court to do

21   further?

22   MR. RHYNE:  Not from the Government's standpoint.

23   THE COURT:  Mr. Babcock?

24   MR. BABCOCK:  I don't think so.  Sounds pretty

25   innocuous.

```
 1              THE COURT:  It does sound innocuous to me.  I would
 2    say if I had any -- if I had entertained any doubt, I would
 3    have a separate conversation with that juror, but under these
 4    circumstances, it sounds as though I would be putting someone
 5    on the spot unnecessarily.
 6              MR. BABCOCK:  I'm guessing she didn't -- she wouldn't
 7    have been so friendly if it was somebody she recognized from
 8    the courtroom.
 9              THE COURT:  I think that's right.
10       I mean -- also, it's worth noting that the juror was simply
11    making small talk.  She didn't ask about the case.  There's
12    just a stranger in an elevator, and she says, "What do you do?"
13    And she probably doesn't spend a lot of time in federal
14    courthouses.  She was just curious what the person did.
15       So, again, I appreciate the Government putting that on the
16    record, and no one is asking the Court to do anything further
17    in that regard.
18       Anything else?
19              MS. WEST:  No.
20              MR. RHYNE:  No, your Honor.
21              THE COURT:  All right.  Mr. Noble, whenever our
22    jurors are all here, we can begin.
23       Good morning, Ms. Su.
24       What -- how will we be starting our day?  We were in the
25    middle of something on Friday.
```

```
1              MR. RHYNE:  We finished with --

2              MR. BABCOCK:  We finished with --

3              MR. RHYNE:  -- Agent Bhatia.

4              THE COURT:  Oh, right.

5              MR. BABCOCK:  We're starting a new witness.

6              THE COURT:  Oh.  Okay.  All right.  Well, then I will

7      find out when the jury comes in.

8              MR. BABCOCK:  He's probably in Afghanistan by now.

9         (Proceedings were heard in the presence of the jury:)

10             THE CLERK:  All rise.

11        You may be seated.

12             THE COURT:  Good morning.  All the jurors are in

13     their assigned seats.

14        It's Monday morning.  We're starting our third week of this

15     trial.  I should say we're -- we're very much on track.  It's

16     possible that we'll be earlier than the estimate I gave you.

17     I've not a shred of reason to think that we would go later than

18     the estimate I gave you.  The lawyers can make the case.

19     They're doing a very good job on both sides in that regard.

20     They're using their time productively.

21        I also want to say I think one of you handled something

22     extremely well, and it's worth mentioning to all of you.  One

23     of you was in the elevator and you happened to ask the person

24     next to you, "What do you do for work?"

25             And the person said, "I'm a law clerk in the U.S.
```

```
 1    Attorney's Office," and both the juror and the law clerk
 2    realized that probably ought to be the end of the conversation,
 3    and it was.  And so I just want to say that is exactly the way
 4    of handling that sort of thing when jurors start to talk about
 5    the case.  No one talked about the case.
 6        So I just -- again, I want to say how perfectly handled
 7    that was and to remind you that you're in a federal courthouse,
 8    and there are lots of people who, even if you recognize -- even
 9    if you don't recognize them, have an interest in the outcome of
10    this case or are just interested in the case and would love to
11    talk about it and would love to talk about it with a juror if
12    they could.  So erring on the side of caution there is the best
13    approach.
14        We finished a witness on Friday.  So we're going to start
15    afresh with a new witness.
16        Government's next witness?
17            MS. WEST:  Thank you, your Honor.
18        The United States calls Santhosh Ignatius.
19            THE COURT:  Good morning, Mr. Ignatius.  I'll ask you
20    to come to the witness stand to my right, and when you get
21    there, just remain standing and raise your right hand and face
22    my courtroom deputy, please.
23            THE WITNESS:  Here?
24            THE COURT:  Right there.
25        Raise your right hand.
```

```
 1              THE CLERK:  Face me, please.
 2         Do you solemnly swear or affirm that the testimony you're
 3    about to give in the matter now pending before this Court shall
 4    be the truth, the whole truth, and nothing but the truth?
 5              THE WITNESS:  Yes.
 6              THE CLERK:  Thank you.  Please be seated, and you
 7    need to speak directly into the microphone in order to be
 8    heard.
 9         Okay.  Can you please state your full name and spell your
10    first and last name for the Court.
11              THE WITNESS:  My name is Santhosh Ignatius.  It's
12    S-a-n-t-h-o-s-h.  I-g-n-a-t-i-u-s.
13              THE COURT:  Good morning, Mr. Ignatius.
14              THE WITNESS:  Your Honor.
15              THE COURT:  Let me tell you a couple things about
16    testifying that will make things a little easier.
17         Have you ever testified in court?
18              THE WITNESS:  No.
19              THE COURT:  Okay.  So you can move that microphone
20    closer to you.  It's important that everybody hear you.  The
21    jurors over here are the ones deciding the case.
22              THE WITNESS:  Okay.
23              THE COURT:  All the way back to the end of the row,
24    they have to hear you clearly.  So if you're close to the
25    microphone, that will help.
```

1          THE WITNESS:  Okay.

2          THE COURT:  The water is there for you.  That's for

3    you in case you get thirsty or just want to have something in

4    front of you.

5        Also, we have a court reporter taking down the questions

6    and answers.  Now, Ms. West will wait for you to finish before

7    she asks you another question.  It's important that you wait

8    for her to finish or you wait for Mr. Babcock to finish before

9    you answer so the court reporter can take everybody down.

10   Okay?

11         THE WITNESS:  Okay.

12         THE COURT:  Ms. West?

13         MS. WEST:  Thank you, your Honor.

14                        **SANTHOSH IGNATIUS,**

15   Called as a witness by the Government, having been duly sworn,

16   testified as follows:

17                        **DIRECT EXAMINATION**

18   BY MS. WEST:

19   Q.  Good morning, Mr. Ignatius.

20   A.  Good morning.

21   Q.  Can you please tell us where you grew up.

22   A.  India.

23   Q.  And where do you live now?

24   A.  Here in Phoenix.

25   Q.  Phoenix, Arizona?

1    A.    Yeah.

2    Q.    And what do you do in Arizona?

3    A.    As of now, I'm job-searching, and right now I'm staying

4    with my cousin.  She's a distant cousin.  So I'm staying with

5    her.

6    Q.    Why did you come to the United States?

7    A.    For education, higher education.

8    Q.    Can you tell us, please, when that was.

9    A.    It was 2010, May 5th.

10    Q.    The 5th of May?

11    A.    Yes.

12    Q.    Can you please tell us a little bit about your educational

13    background before coming to the United States.

14    A.    I did my graduation in Commerce and post-graduation in MBA,

15    Business Administration.

16    Q.    Was -- was that both in India?

17    A.    Yes.

18    Q.    Now, when you -- you said that you were coming to the

19    United States for higher education.  Can you be more specific

20    about that?  What were you looking for?

21    A.    I was looking for another post-graduate degree and MBA but

22    specialized in another field that's IT because I did

23    marketing -- specialization in marketing back in India.  So I

24    just wanted to divulge myself into another field, and so IT was

25    the best -- something which I was looking forward to.

1    Q.    What does IT mean?

2    A.    Information Technology.

3    Q.    Why did you want to do that in the United States?

4    A.    Because I was pursuing -- pursuing a career in IT.  So I

5    wanted to get a degree in that.

6    Q.    Was there a particular reason why you wanted to do that in

7    the United States as opposed to in India?

8    A.    Well, along with the degree, the IT degree, I wanted to get

9    something like international exposure and be more independent,

10   international, be more independent, and the best way to do that

11   was to come to a foreign country, one of -- a foreign country

12   which -- I had listed a couple foreign countries like U.S. and

13   UK.  The U.S. is what I zeroed in on, and -- yeah.

14        I would say along with the education, better exposure,

15   being more independent -- because I feel you can be more --

16   back in India in my home country, you relied more on your

17   parents for studies and all your expenses.  So this was the

18   best place to, you know, be more independent and get a better

19   exposure of different culture along with a good education.

20   Q.    Have you ever heard of Tri-Valley University?

21   A.    Yes.

22   Q.    How did you first hear of it?

23   A.    While I was looking for a good institute in the U.S., I

24   approached a consultancy, which helps in finding a good

25   university in India, and they listed some universities which

1   they had ties with.  So yeah, they gave me the list, and

2   Tri-Valley University happened to be one of them.

3   Q.   Now, did you do any research about Tri-Valley University?

4   A.   They did give some information about it, and then I went

5   through the website.  That's the extent of the search I did.

6   Q.   What did you notice on the website?

7   A.   First thing I saw is -- I think it was in the homepage -- I

8   saw it was written that the university is Christian-run --

9   not-for-profit Christian-run university.  So --

10  Q.   Why did that stand out to you?

11  A.   I'm a Christian, and in India, we -- we believe that any

12  universities which is more Christian or Catholic-run happens to

13  have -- compared to the others, has a higher reliability

14  when -- you can rely on better education if it's Christian-run.

15  So it's something we believe in India.

16      So that kind of happened, and then I'm a Christian, and so

17  I have that extra -- I don't know -- trust towards that.  There

18  is a trust factor which made me go for it.

19  Q.   Was there anything else that you particularly noticed about

20  the website?

21  A.   The website did -- it didn't look very professional.  I'm

22  not sure if that's the right word.  I would say a flashy -- it

23  didn't look very flashy, anything like other university

24  websites.  But then again, since it -- it stated it's a

25  not-for-profit, obviously, I didn't have too much expectations

1   from the website.

2   Q.   Did the website give you any information about Tri-Valley's

3   fees?

4   A.   Yes.  It had the fees.

5   Q.   And was that something that was important to you one way or

6   another?

7   A.   Yes.  Yes.  The fees -- while selecting the college, the

8   fees was one of the biggest factors for me.  So it happened to

9   be not -- more towards my budget.  So that's why I went for

10  Tri-Valley.

11  Q.   Did you notice on the website anything regarding

12  Tri-Valley's courses or instructors?

13  A.   Yes.  It had a listing of all the courses it was providing

14  and instructors, too, and with their degrees.

15  Q.   With regard to the courses, did you find in the course list

16  what you were looking for?

17  A.   Yes, I did.

18  Q.   That is something with regard to an information

19  technology --

20  A.   Yes.

21  Q.   -- program?

22  A.   Yes.

23  Q.   Now, how did you know whether Tri-Valley University would

24  be able to accept foreign students?

25  A.   Can you repeat the question?

1    Q.   Yeah.

2         Did you know whether Tri-Valley University would be able to

3    accept students from foreign countries?

4    A.   Well, I did not do any research on it because, like I said

5    before, there are consultancies who work in that field who help

6    you out in finding the university and getting the admission,

7    all the paperworks and stuff.

8         So I just went with that.  I mean, if they are listing it

9    and if you can go through the whole process, that means they

10   might have the rights to get the foreign students -- bring

11   foreign students.

12   Q.   So the consultancy presented this Tri-Valley University to

13   you as an option for you as a citizen of India --

14   A.   Yes.

15   Q.   -- to attend?  Is that fair?

16   A.   Yes.  Yes.  One of the options.

17   Q.   One of the options?

18   A.   Yes.

19   Q.   Were you considering other options?

20   A.   Well, I did, but this one seemed to have more -- I was more

21   in favor of this university because there are some things --

22   like, the state was California.  The other one was, I think,

23   Kentucky, and there was Minnesota.  So that was a factor which

24   I took into consideration, California, because I heard there

25   were a lot of Indians in California.  So that was -- again, the

1    fees and then the not-for-profit, trusting.  So yeah.

2    Q.   Now, how did you apply to Tri-Valley University?

3    A.   Again, the consultancy -- I -- they asked for online

4    transcripts.  As soon as I finish from the university, they

5    asked for my transcripts, and they were doing all the

6    paperworks for getting the admission.  So I just gave them the

7    transcripts, and they took it and a payment for me for the

8    whole process, and then they took care of all the paperworks.

9    Q.   At some point, did you receive a form I-20 from Tri-Valley?

10   A.   Yes.

11   Q.   Did you ever have a visa interview?

12   A.   Yes.

13   Q.   What kinds of information or documents did you have to

14   bring with you to the visa interview?

15   A.   Again, my transcripts, then the payment, the receipt which

16   I made a payment for, the government fees, and -- for the I-20,

17   and then the I-20, passport, and then my financial documents

18   stating that I won't be needing any kind of sponsorship.  I can

19   take care of myself.

20   Q.   Did you ultimately obtain a visa?

21   A.   Yes.

22   Q.   Do you know what kind of visa that was?

23   A.   F-1 student visa.

24   Q.   And was that in particular for Tri-Valley University?

25   A.   Yes.

IGNATIUS - DIRECT / WEST

1   Q.   Did you receive any points of contact for Tri-Valley

2   University before coming to the United States?

3   A.   Yes.  This particular consultancy gave me the number of a

4   person who they said was the student representative of India.

5   Q.   Now, when did you actually arrive in the United States?

6   A.   5th of May, 2010.

7   Q.   Did you come over here by yourself?

8   A.   No.  I had a friend with me.  Both of us came together, and

9   both of us applied for the university together.

10  Q.   When you arrived in the United States, did you contact the

11  point of contact you had received?

12  A.   Yes.  From the airport, I did try contacting him, but

13  unfortunately he was not available in California.  He said he's

14  in Texas, if I remember right, and he gave me another number

15  stating that he's the representer.  So we can call him, and

16  he'll be able to pick me up and help me with getting settled.

17  Q.   Do you remember the name of the new point of contact you

18  were given?

19  A.   Yeah.  His name was Ramakrishna Karra.

20  Q.   And did you actually contact Mr. Karra upon arrival in the

21  United States?

22  A.   Yes.

23  Q.   What happened?

24  A.   So I contacted him, and he said he would pick me up, and he

25  comes, and he -- he had his friend come to pick us up, and --

1    well -- so I was -- both of us were expecting -- when it's a

2    student -- you know, a student from the university, a

3    representative from the university, and transportation also

4    from the university.  So we were expecting something like a

5    minivan or something which has the university's name and

6    everything written on the van.

7    Q.   Let me just stop you for a moment.

8    A.   Yeah.

9    Q.   When you say both of you and "we," are you referring to you

10   and your friend?

11   A.   Yes.  Yes, because -- because both of us come together for

12   the same university.

13   Q.   And what is your friend's name?

14   A.   Susanna Varghese.

15   Q.   Okay.  Please --

16                  (Court reporter clarification.)

17            THE WITNESS:  Varghese, V-a-r-g-h-e-s-e.

18   BY MS. WEST:

19   Q.   Please continue.

20   A.   So that's when we were expecting -- so that's what we had

21   in mind when we say it's university transportation, but he

22   comes up in a very shabby-looking car, and we were taken aback.

23   We were not expecting that, and when we tried to get in, we

24   were shocked to see -- there were, like, open beer cans and

25   cigarette butts and used cigarettes strewn all around the car

1    floor.

2         So we rushed out at that point in time, but then we didn't

3    have any options because we were new.  We didn't have anyone

4    who we knew.  So this was the point of contact given to us.  So

5    we just went ahead with that.

6    Q.   Did you have any conversation with Mr. Karra about

7    Tri-Valley University?

8    A.   Yeah.  So that was another shocker.  We were -- he was

9    taking us to this place, accomm- -- supposedly, we were

10   thinking an accommodation, but then he starts saying that

11   "There's no university like this.  I don't know why you guys

12   came here.  You applied for some wrong university.  First of

13   all, there's no university.  We go and check that place.  It's

14   not a good university.  It's some small room or something."

15        So we were shocked because he is supposed to be the

16   representer from the university, and we just didn't know what

17   to say.  He keeps saying this, and then -- then we had in mind

18   that probably he would have had some kind of fall with the

19   university and probably that's why he's just saying the things.

20   Q.   Let me just stop you for a moment, please.

21        Do I understand correctly that Mr. Karra was supposed to be

22   the representative of Tri-Valley University?  Is that right?

23   A.   Yes.

24   Q.   And then he was telling you there is no university?

25   A.   Yes.

1    Q.   Okay.  What was your reaction to this?

2    A.   So there's no -- we didn't know how to react, and we just

3    were shocked.  We -- we were blank.  We didn't know what to

4    say.  We did ask him, "What are you saying?" because -- we got

5    the visa for this -- through this university, and that's how we

6    came over here.  You can't -- I mean, how can we get there when

7    there is no university?  So --

8         MR. BABCOCK:  Your Honor --

9         THE WITNESS:  -- rather -- we just stopped because --

10   like, we said -- just by looking at him and looking at the car

11   and all, we were shocked.  We didn't know what to say.  We just

12   wanted to get home because it was a long flight.  It was too

13   much to take.

14        THE COURT:  Hold on a second.

15        MR. BABCOCK:  Your Honor, I'm sorry.

16        THE COURT:  Mr. Babcock?

17        MR. BABCOCK:  I'm sorry.  He keeps saying "we," your

18   Honor.  I understand why, but if the Court could ask him just

19   to speak to his own personal knowledge.

20        THE COURT:  Sure.

21     Mr. Ignatius, if you could just testify about what you said

22   or what you were feeling and not --

23        THE WITNESS:  Sure.

24        THE COURT:  I understand you came over with somebody

25   else.  So -- but if you can just limit your testimony to your

1        own thoughts or what you said.

2                    THE WITNESS:  Sure.

3                    THE COURT:  Thanks.

4            Ms. West?

5                    MR. BABCOCK:  Thank you, your Honor.

6        BY MS. WEST:

7        Q.   Did Mr. Karra at some point take you to Tri-Valley

8        University?

9        A.   Yes.  After --

10       Q.   Can you please tell us about that.

11       A.   Sure.  It was the next day -- next day or couple of days.

12       He took us to the university to show that "Yes, there's no

13       university.  It's just a small room.  You can see for yourself

14       and make a decision."  And he did take me over there, and --

15       yeah.  It was after two days, I believe.

16       Q.   Okay.  Did you -- did you go inside?

17       A.   Yes, I did go inside.  I wanted to meet Susan Su.

18       Q.   And did Mr. Karra go inside with you?

19       A.   No.  He was standing outside.

20       Q.   Okay.  Tell us what happened, please.  Well, let me ask you

21       first:  Where was it that Mr. Karra took you to?  Do you

22       recall?

23       A.   It was in Pleasanton, but I don't recall exactly the street

24       address.

25       Q.   Can you describe to us what you saw when you went there?

1    A.   Yeah.  So he -- or Mr. Karra then -- he said he's not

2    coming in because he doesn't want to meet anyone there.  So he

3    just asked me to go in.  So I go there, and like he said, I

4    saw -- what I saw was just a small -- small room, and I didn't

5    see any university or -- when I'm saying "university," I was

6    expecting a big building at least, but I see just a small room.

7    So --

8    Q.   Did you see any students there?

9    A.   No, no students.  I just saw one person working inside.

10   Q.   Do you know who that person is?  Who was working inside?

11   A.   Yeah.  His name was Anji Reddy.

12          THE COURT:  Could you say that again, please.

13          THE WITNESS:  Anji Reddy.

14          THE COURT:  Oh.  Thank you.

15   BY MR. RHYNE:

16   Q.   Did you talk to anyone inside?

17   A.   Yes.  I spoke to him.

18   Q.   You spoke to Anji Reddy?

19   A.   Yes.

20   Q.   And what did he say?

21   A.   Well, I talked to him.  I asked him, "So what's going on?

22   There's this person who's saying that there's no university,

23   there's no classes or anything.  It's just" -- "it's going to

24   close.  It's going to shut down.  So what is happening?"  I

25   asked him.

1    So he said, "No.  There's nothing like that.  It's just

2    rumors.  I know" -- I mean, "I'm" -- "I" as in "he."  He was

3    saying that "I heard the rumors.  It was just a rumor.  You

4    don't have to believe that.  There's nothing like that."

5    Q.  Did you have any contact -- or let me ask you first:  Do

6    you know the name Susan Su?

7    A.  Yes.

8    Q.  And who is Susan Su?

9    A.  She was the -- the -- the principal -- I don't know how --

10   you've got a principal here.  It's got -- the head of the

11   university.

12   Q.  Of Tri-Valley University?

13   A.  Yes.

14   Q.  And did you have an opportunity to speak with her on that

15   first day that you went to Tri-Valley University?

16   A.  Can you repeat that?

17   Q.  Did you have an opportunity to speak with Susan Su on that

18   day?

19   A.  No.  She was not there.

20   Q.  Did you make any attempt to contact her?

21   A.  So that day, I couldn't contact her.  I come back, and

22   then --

23   Q.  Well, before we get to that, let me ask you:  Before you --

24   after Anji Reddy told you that he had heard the rumors also and

25   that they were just rumors about -- you said Tri-Valley

1    shutting down; is that right?

2    A.   Yes.

3    Q.   Did you have any more discussion about Tri-Valley

4    University before you left?

5    A.   No.  That's it.  I didn't discuss because he was just an

6    employee there, and he was saying that it's just rumors.  So I

7    didn't want to -- because I, in fact, wanted to meet Susan Su

8    at that time.  So I didn't talk much to him.

9    Q.   Okay.  So after leaving Tri-Valley University on that day,

10   did you make any effort to contact Susan Su?

11   A.   After -- yes, I did try to make contact.  I -- the next --

12   the next day -- the next day, I believe.  So since all of this

13   was happening, I -- I and my friend -- both of us were

14   discussing about the same thing, and so what I -- can I use

15   "we"?

16       Because we made a decision just to make a random call to

17   the university and see what's happening, just to at least talk

18   to -- because this Pleasanton happened to be a long away from

19   where we were staying, where I was staying, and I didn't have

20   transportation.

21       So before I could go back again and see -- and I didn't

22   want to go all the way to Pleasanton and see her and then Susan

23   Su is not there and again come back.  So what I and my friend

24   decided -- we just make a random call posing as new students,

25   not the -- not me and her, new students applying for the

1    university and then ask her about what is going on.

2    Q.   Ask who?

3    A.   Ask Susan Su.

4    Q.   And so did you follow through on this plan?

5    A.   Yes.  So I contacted her, and I talked -- posed as a --

6    just a random student who's applying -- who wants to apply to

7    the university.

8    Q.   Excuse me.

9         Was this by phone?

10   A.   Yes.

11   Q.   Okay.

12   A.   So --

13   Q.   Did you actually reach Susan Su?

14   A.   Yes.

15   Q.   And what did she say?

16   A.   So I -- I told her that "I want to apply for the

17   university, but the thing is I hear that there are" -- "I hear

18   people saying that the university is going to shut down and

19   there's some problem with the university.  Is that true?"

20        So she also said, "No.  It's just rumors.  There's nothing

21   like that.  Everything is going fine.  So you can apply for

22   the" -- "you can get the admission."

23   Q.   Did she say anything else?

24   A.   No.

25   Q.   Based on that phone call, what did you do?

1    A.   So I and my friend -- I went to the -- I decided I'm going

2    to the university again and meeting her in person, and I did go

3    after the next day or maybe in a couple of days.

4    Q.   And meeting who in person?

5    A.   Susan Su.

6    Q.   Did you do that then?

7    A.   Yes.

8    Q.   When you went back to Tri-Valley University to meet Susan

9    Su in person, what happened?

10   A.   So I went there, and I'm just trying to think if she was

11   there first or when she came.  She was there, and there were

12   another -- two, three students working over there, too.  So I

13   started talking to her saying that this -- these -- "we hear

14   things that the university is going to shut down, and we

15   don't" -- "I don't see any university here.  I just see this

16   small room.  So where's the" -- "where's the university?"

17        So she says, "This is the office.  You can go ahead with

18   the classes online, and there would be" -- I don't know if -- I

19   don't remember if she said it's construction or -- she said

20   it's going to -- the -- "you're going to be having the physical

21   classes in a few months.  That's three, four months.  I believe

22   it's the end of" -- or "end of the year."

23   Q.   Let me just stop you for a moment and break this down a

24   little bit, please.

25        When you went back to Tri-Valley University on this day,

1    did you go by yourself?

2    A.   No.  Again, Mr. Karra took us.

3    Q.   Mr. Karra took you?

4    A.   Yeah.

5    Q.   Okay.  And were you again with your friend?

6    A.   Yes.  We -- I had my friend, and there was another guy who

7    Karra -- who was also a student of his.  So us --

8    Q.   So --

9    A.   So three of us.

10   Q.   -- when you went to Tri-Valley University and spoke with

11   Dr. Su this time, did you identify yourself in your true name,

12   or were you still pretending to be a potential new student?

13   A.   Oh, no.  True name.  We -- I did say I'm Santhosh Ignatius,

14   and my friend introduced herself, and -- yeah.  So it was not

15   pretend.

16   Q.   How did you know it was Dr. Su to whom you were speaking?

17   Did she identify herself --

18   A.   Yes.

19   Q.   -- as Susan Su?

20   A.   Yeah.

21   Q.   And did she say anything to you about her role in the

22   university?

23   A.   Her what?

24   Q.   Did she identify herself as the president of Tri-Valley

25   University?

1    A.   No.

2    Q.   Okay.  Just her name, you recall?

3    A.   Yes.  Yes.

4    Q.   All right.  So you mentioned she said something about

5    construction.  Did you discuss just the nature of the buildings

6    at Tri-Valley University?

7    A.   Yeah.  So -- so I asked her, "Where's the classroom?

8    Where's the physical classes at?"

9         And she said, "It's not yet started as of now.  You can do

10   online, and it will be starting in a few months."  So --

11   Q.   Were you expecting the classes to be online?

12   A.   No.

13   Q.   Why not?

14   A.   Because I know you don't have to come all the way to the

15   U.S. to do online.  You can do it from anywhere you want.

16   Q.   Based on Susan Su telling you that the classes were going

17   to be online for a few months until the physical classes

18   started, did you make any decision about whether you wanted to

19   attend Tri-Valley University or not?

20   A.   Yeah.  I made a decision not to attend the university

21   because that's not what I was expecting.  So -- and on top of

22   that, with the rumors floating around, it -- I don't know if it

23   was rumors or fact, but since it was floating around and since

24   there was -- I mean, what I saw was not actually a university.

25   So I made my decision not to go for it.

1    Q.   And what did you do based on that decision?

2    A.   So I did request to her that is it possible to just -- so

3    before this, I did talk to Mr. Karra.  Mr. Karra did say that

4    he has another university which he could introduce me to,

5    and -- which is supposedly properly run without any issues or

6    anything.  So -- so this was also happening in mid-week.

7    Q.   Okay.  Let me stop you because --

8    A.   Yeah.

9    Q.   -- I want to make sure we're clear on the timeline.

10   A.   Yeah.

11   Q.   Had you already talked with Mr. Karra about that other

12   university before he brought you to Tri-Valley on this day?

13   A.   Yes.  Yes, because that was also simultaneously

14   happening --

15                  (Court reporter clarification.)

16              THE WITNESS:  That was also happening at the same

17   time right -- while I was trying to contact Susan Su when going

18   to that university.  This was also happening on the same

19   timeline.  So --

20   BY MS. WEST:

21   Q.   Did you have any contact with that university Mr. Karra was

22   mentioning before you went back to Tri-Valley on this day?

23   A.   Yes.  I did go there once.

24   Q.   Please tell us about that.

25   A.   So --

1  Q.   Do you remember the name of the university?

2  A.   Yes.  It's California Takshila University.

3  Q.   And can you please tell us what that contact was.

4  A.   Again, Mr. Karra would take us -- take me to the

5  university, and I met with the DSO over there.  It was not just

6  me.  There was some other students also applying -- new

7  students were trying to apply for admission there, and it was

8  just, like, a small meeting.  He was talking about the

9  university and just giving an introduction about the

10  university, taking questions, all those things.  So that's what

11  happened.

12                    (Court reporter clarification.)

13            THE WITNESS:  California Takshila University,

14  T-a-k-s-h-i-l-a.

15  BY MS. WEST:

16  Q.   So by the time you were at Tri-Valley University having

17  this conversation with Susan Su where she tells you that for at

18  least a few months the classes are going to be online, did you

19  already have in mind that other university that Mr. Karra

20  showed you?

21  A.   Yes, like, as one of the options if I do get the transfer.

22  I had that in mind one university because I was pretty

23  convinced after seeing the university and talking to the DSO

24  over there.  I was a bit convinced.  So I had that, like, a

25  primary option in mind if I get a transfer from here.

1    Q.   Did you have a conversation with Susan Su on that day --

2    and can you remind us, please, approximately what day was this.

3    A.   Should be end of May or -- yeah, end of May.

4    Q.   Okay.  We're still in May.  Then yes.

5    A.   Yeah, May or probably first week of June.

6              THE COURT:  This is 2010?

7              THE WITNESS:  '10.

8    BY MS. WEST:

9    Q.   When you were at Tri-Valley University on that day, did you

10   have a discussion with Susan Su about the possibility of your

11   transferring?

12   A.   Yes.  I did ask her if I can get -- transfer to another

13   university because I'm not very sure of joining this

14   university.

15   Q.   How did she respond?

16   A.   So she -- she -- she did get angry at me because I think

17   she was -- I mean, she did not expect me to get a transfer

18   probably.  So she did get angry at me, and she did tell that

19   it's not possible because there's a rule that states that you

20   have to do two semesters in that university.  Whichever

21   university your visa is on, you have to do two semesters there

22   before you get a transfer to another university.

23   Q.   Had you heard of that rule before?

24   A.   No.

25   Q.   What was your reaction?

1    A.   So I did -- so because she said so, I did have a doubt.   Is

2    there something like that?  So I was not under -- sure about

3    that, but I did know one thing you can do over here is if you

4    are not convinced with the university, you can surely move to

5    transfer to another university.  I did know that, but -- so I

6    was not completely trusting her on that when she said that

7    there's a rule like that.

8    Q.   Did she say anything more about whether you could transfer?

9    A.   No.  That's all she said, and she did -- she was angry

10   probably because -- because she did say that "I know who's

11   trying to get you out of this university, get you transferred

12   to another university.  I know who's spreading the rumors and

13   all those things."  So I think she was -- she was angry at that

14   day just because I asked for the transfer.

15   Q.   How could you tell she was angry?

16   A.   Well, she -- her voice was raised a bit, and she looked

17   like when a person is angry, you know?  They start shivering --

18   shivering or shaking, and your face turns red and whatever

19   happens when you are angry and when you want to shout at

20   someone.

21   Q.   Okay.  So she looked like that?

22   A.   I did see that.

23   Q.   Okay.  Did you -- did Dr. Su say anything to you about what

24   other option there was for transferring if -- instead of

25   transferring, did she mention any other options?

1    A.   So since we were insisting on transferring, she's said,

2    "There's" -- "I can't transfer you.  There's no way I can do

3    that because the rule does not allow me to do that.  The only

4    other option you have is getting terminated from the

5    university."

6    Q.   Terminated from the university?

7    A.   Yes.

8    Q.   What did you understand that to mean?

9    A.   So what I understood at that point of time is that

10   "terminated" means just like -- they just -- they are just --

11   they're not transferring you because -- at that point in time,

12   I didn't know exactly how the rules work.  So I just started

13   thinking of these stages -- thinking that another student at

14   that university at all.

15   Q.   And what was your reaction to her stating that she can

16   terminate you?

17   A.   I did not -- did not feel scared or anything about that

18   because I didn't know what was the scope of termination.  So I

19   was okay with that.  Actually, one other person that was

20   working over there said that he just kind of came and -- as he

21   was sitting over there, but he just told me, like, a warning.

22   "Don't go for termination.  Don't go for termination," he said.

23   Q.   Do you know who it was who said that?

24   A.   Yes.  His name was Vishal -- Vishal.  I don't know his last

25   name.

1    Q.   And was Vishal part of this conversation that you were

2    having with --

3    A.   He was not.

4    Q.   Hold on.

5    A.   Oh.  I'm sorry.  I'm sorry.

6    Q.   Was Vishal part of this conversation that you were having

7    with Susan Su?

8    A.   No, he was not part of the conversation.

9    Q.   Was he nearby?

10   A.   Yes.  He was working next -- it's a small room.  So he was

11   just working at the side facing the wall.

12   Q.   So he just interrupted?

13   A.   Yeah.  He just -- he just interrupted, and he said -- he

14   just told me, like, a warning.  "Don't get yourself

15   terminated."

16   Q.   When he said, "Don't get yourself terminated," what did you

17   do?

18   A.   Well -- so I did want to discuss it with him because he was

19   kind of -- I felt like he was trying to help me out.  So when

20   he said that -- but suddenly Susan Su asked him to just do his

21   work and not interfere in the conversation.

22        So -- but then after what he said, I was kind of -- again

23   started feeling scared, thinking of the consequences of getting

24   terminated, but I still didn't know what was -- what was going

25   to be the aftermath of termination.

1    Q.   So did you take an opportunity to speak with anybody else

2    about termination?

3    A.   Yeah.  So I did ask her if I can get a few minutes and

4    discuss it with my friend and then get back to her.  So we did

5    step out, and since Karra was supposed to be the guy at that

6    point in time who was helping me -- helping me out and

7    without -- because he's been there, and I was thinking he knew

8    everything about the university.  So I just wanted to call him

9    up because, again, he was -- he was just waiting at the parking

10   lot.  He was not coming in.

11       So I tried calling him from the -- from outside the office

12   and asking him, "So what is this termination all about?  Is it

13   an issue?  Is it going to be a problem?"

14       He said, "There won't be an issue.  There's no problem

15   because you can just get yourself terminated, and you can

16   just" -- "I'll get you the admission to the other university."

17   Q.   So he said, "It's fine to go ahead and get terminated"?

18   A.   Yes.

19   Q.   Based on that information, what did you do?

20   A.   So -- so we were then -- I went back in, and I said, "Okay.

21   Fine.  You can terminate me."  I asked her to go ahead with it.

22   Q.   And how did Susan Su respond?

23   A.   She was still angry.  She was not happy about it, and she

24   kind of -- I think before that, I did ask her -- before this

25   discussion, I did ask her, "What does this termination mean?

1     What are you" -- "what does" -- "I mean, once you terminate me,

2     what is going to happen?"

3         So she said she was not really happy about me asking that,

4     and she was not telling me what is going to happen.  She said,

5     "You can find out for yourself."

6         And I said, "But still I should be knowing that because I'm

7     not sure what is going to happen after termination."  So she

8     was not willing to help me out on that, and she -- I then --

9     then I did -- because Vishal told me about this one being the

10    termination, I did ask her, "So do you" -- "you're sure you

11    don't have any other option apart from this termination?"  And

12    then she shows me this screen.  I couldn't see it much.  I was

13    not going through it --

14    Q.  I'm sorry.  You said she showed you a screen?

15    A.  Yes.  She showed me a screen of where she said -- she was

16    trying to show me that she only has the option of terminating

17    or transfer -- or not transfer.  Yeah.

18    Q.  Is this a computer screen?

19    A.  Yes.

20    Q.  Okay.  So she showed you a computer screen?

21    A.  Yes.

22    Q.  And what did she do with the computer screen when she

23    showed --

24    A.  She --

25    Q.  You need to --

1    A.   Sorry.

2    Q.   Sorry.  I need to finish asking the question for the court

3    reporter.  Thank you.

4         When she showed you the computer screen, what was she

5    showing you?

6    A.   She was trying to show me that there was just the option of

7    terminating and not transferring, but I couldn't see -- the

8    text was small.  So I was not obviously looking at it much.

9    So -- so she was just trying to show me that it's -- you can

10   only terminate -- she can only terminate me and not transfer.

11        So -- yeah.  So she says, "This is how it is, and if you

12   want me to just terminate, I can just click it and terminate,

13   and that's all I can do."

14   Q.   And so did you tell her that you wanted her to go ahead and

15   terminate you?

16   A.   Yes, and since Karra gave me the go-ahead, it's -- since

17   he's a representer of that university, and so I just went by

18   his word and asked her to terminate me.

19   Q.   And did you see her terminate you?

20   A.   Yeah.  She just -- I think just clicked it and terminated.

21   Q.   I'm sorry.  She clicked a button?

22   A.   Yeah, just clicked a button, and she said I'm terminated

23   now.  "You can just" -- "you can go ahead with your" --

24   "whatever you have in mind, want to do."

25   Q.   Did you then make any efforts to transfer?

1    A.   Yes.  So I went back to the other university and talked to

2    the dean, and they -- again, the whole process of -- I give the

3    transcripts, and they issued me a new I-20.  And when --

4    after -- after two or three days, the dean -- the DSO calls me

5    and says that I got -- "I'm not able to activate your I-20

6    because" --

7                    MR. BABCOCK:  Objection.  Move to strike.  Hearsay,

8    your Honor.

9                    MS. WEST:  It's --

10                   THE COURT:  The objection --

11                   MS. WEST:  It's being offered for the effect on the

12   listener, your Honor.

13                   THE COURT:  I'll let the witness finish and answer,

14   and I may strike it in a moment.

15       Go ahead.

16                   THE WITNESS:  So he calls me and says that he -- he's

17   not able to activate my I-20 because I was supposed to get

18   transferred from the other university, and since you are

19   terminated -- since I'm terminated, he's not able to activate

20   my I-20.

21   BY MS. WEST:

22   Q.   Based on that information, did you do anything?

23   A.   Yes.  So -- so again, I was confused, and I didn't know how

24   to go about the whole thing because everything -- all these

25   paperworks were in India through the consultancy.  So I was not

1    sure how to go through the whole thing.

2        So I asked for his advice, the DSO from the new university,

3    and he said, "Yeah.  This is the only way.  You should get a

4    transfer from the university, and since you are terminated,

5    it's" -- "you don't have" -- so at that point in time, I

6    realized that I don't even have a status to stay over here

7    because unfortunately I'm not even a student at that point in

8    time since she -- since she terminated me.

9    Q.   Based on your conversation with the DSO from that other

10   school, did you reapproach Susan Su?

11   A.   Yes.  So I tried -- before that, I tried -- because the DSO

12   said, "Why don't you just talk to the USCIS and ask them for

13   their advice.  Tell them what happened and see what they can do

14   about it, if they can reinstate the" -- "the status."

15   Q.   Okay.  And let me stop you again.  You mentioned USCIS.

16   What is that?

17        MR. BABCOCK:  I'm sorry, your Honor.  Can we -- can I

18   get a ruling on my earlier objection?

19        THE COURT:  Overruled.

20        MR. BABCOCK:  Thank you.

21   BY MS. WEST:

22   Q.   What is USCIS?

23   A.   It's supposed to be the department for immigration

24   services.  That's what I know.

25   Q.   Okay.  And so from your conversation -- did you contact

1   CIS?

2   A.   Yes, I did.

3   Q.   Okay.  So from your conversation with the DSO from that

4   other school and with CIS, did you reapproach Susan Su about

5   the transfer?

6   A.   Yes.

7   Q.   And what conversation did you have with Susan Su?

8   A.   So I talked to her and told her that, "Well, because you've

9   terminated, I'm not able to get admission in the other

10  university.  So is there any way you can help me out with the

11  transfer?"

12       She said, "That's not possible because you are terminated."

13  So I -- since she can -- she did tell me that it's not

14  possible.  So that's it.

15       So one -- I'm not sure who I discussed with -- if it was

16  Vishal or -- I think it -- between all this, I had talked to

17  Vishal about all this, and he also advised me to just talk to

18  Susan Su, and that's -- that's when I talked to her, and she

19  said she can take me back into that -- into Tri-Valley

20  University and not transfer me.

21  Q.   Okay.  So do I understand right that Susan Su said she

22  could -- she couldn't transfer you but she could take you back

23  to Tri-Valley?

24  A.   Yes.  Yes.

25  Q.   And what did you do?

1    A.   So I did not see any other options for me and since she was

2    insisting on doing the two semesters, what -- I decided, "Okay.

3    Let's go ahead with the two semesters, what she's asking for."

4    So -- and then get the transfer to a proper university.  So I

5    just went ahead with that.

6    Q.   You said you went ahead with that.  What --

7    A.   With getting the admission back into Tri-Valley University.

8    Q.   How did you do that?

9    A.   I approached Susan Su once again, and she could get me back

10   when -- I don't know how she did it, but she got me the

11   admission, and I got -- I got reinstated.

12   Q.   Okay.  So you went back and talked with Susan Su, and she

13   reinstated you at Tri-Valley?

14   A.   Yes.

15   Q.   At some point, did you register for classes at Tri-Valley?

16   A.   Yes, at that same day.

17   Q.   The same day?

18   A.   Yeah.

19   Q.   Are we now into June, or is it sometime later?

20   A.   Yes, June.

21   Q.   Was it the same location that you had previously gone to?

22   A.   No.  This time, it was another location.

23   Q.   Do you recall where?

24   A.   It was again in Pleasanton, but the street address -- I'm

25   not sure.  I know -- I know one of these addresses in at

1    hindsight -- the addresses in hindsight.  I don't know if it

2    was the old one or the new one.

3    Q.   Okay.  But it was a new location still in Pleasanton?

4    A.   Yes.  Yes.

5    Q.   Was the building different?

6    A.   Yes.  This time, it was a bigger building.  It looked more

7    like a university office at least.  So yeah, this time it was a

8    bigger building.

9    Q.   How did you go about registering for classes?

10   A.   The same day.  So this time, I was -- like I said, I was in

11   touch with Vishal because he was working at that university of

12   Tri-Valley.

13        So he drove me -- okay.  I'm not sure if he drove me or I

14   went -- oh.  No, but the same day, Vishal and both Susan Su --

15   they got me the admission.  I just paid the fee and any -- the

16   other transcripts were already there.  So there was no -- you

17   didn't have -- I didn't have to bring all the transcripts --

18   transcripts.  They came.

19   Q.   You just needed to pay a fee?

20   A.   Just had to pay a fee and go for the -- the courses, which

21   are those subjects -- you had to select the subjects, what

22   classes you want.

23   Q.   Do you recall how much you paid for a fee?

24   A.   I just paid a once payment of $500.  So he's -- Vishal was

25   taking care of it.  I requested if I can just make an advance,

1    just a small amount, and then later pay the fee.

2    Q.   Why did you do that?

3    A.   Why I did is because, like I said before, I was planning to

4    just do the supposed two semesters which she was mentioning.  I

5    just wanted to go through it and make sure I get a transfer.

6         So I just -- I didn't want to pay the whole amount and then

7    keep waiting.  I just thought I'd pay a small amount, and while

8    it's ending, I can just pay the whole thing and just make --

9    make -- I'll get an assurance that I will be getting a transfer

10   from there.

11   Q.   How did you choose which classes to register for?

12   A.   Like I said before, I was -- I just wanted to go through

13   the two semesters which she was mentioning because still I was

14   sure that there's no rule like that, but since it was existing

15   and my status was a problem, I just thought I'd just go through

16   the semesters that she was saying.

17        So I didn't give much thought to what classes, what papers,

18   what subjects I was going to -- I just told Vishal to go ahead

19   with -- I don't remember what exactly I went for.  So I just

20   asked him to enroll me for these subjects.

21   Q.   Something in IT?

22   A.   I think one of the papers had IT.

23   Q.   Do you remember whether you chose the classes yourself or

24   whether Vishal chose them?

25   A.   We were just do -- I think I was doing it -- yeah.  I just

1    discussed with him.  I was -- I was not exactly saying what I

2    was looking for.  So I would say both of us just decided on the

3    subjects.

4    Q.   Okay.  It sounds like you don't specifically recall.

5    A.   Yeah, I do not recall exactly.

6    Q.   Oh.  I wanted to go back on your fee.

7         You said you paid $500; is that right?

8    A.   Yes.

9    Q.   Do you recall how you paid, your method of payment?

10   A.   The -- using a card, credit card.

11   Q.   A credit card.

12        All right.  So after you were registered for classes, did

13   you actually attend any?

14   A.   No.

15   Q.   Did you attend any physical classes?

16   A.   No.

17   Q.   Did you attend any classes online?

18   A.   No.

19   Q.   Why not?

20   A.   First of all, I was -- I did not accept this university as

21   a university.  So I was not looking to do any classes because I

22   know if -- if this is what I have to go through, I was not

23   expecting anything out of the classes.  So that's why.  I just

24   wanted to go through the two semesters, what she was specifying

25   on, and get on out of there.

1    Q.   Did you -- do you recall whether you received any e-mails

2    about classes?

3    A.   I did -- yeah.  I did used to get some e-mails once in a

4    while stating that -- I don't know -- I don't recall if it was

5    stating that it was actually classes.  Some -- I think it

6    mentioned, like, a discussion or something on this topic.  It

7    was something like that.  It was not exactly classes or any

8    document or anything like that.  So --

9    Q.   Did you ever work for Tri-Valley University?

10   A.   Yes.

11   Q.   How did that come about?

12   A.   So I think it was after a week of enrolling.  Susan Su

13   called -- called me.  I don't recall exactly if it was me or my

14   friend because we stayed together.  She called and asked if I

15   was -- I and my friend were interested in working over there,

16   working in the university.  So she said she'd be paying for it,

17   and --

18   Q.   I'm sorry.  She said what?

19   A.   She said she would pay for it because I was not expecting

20   to work or anything in the university.  She said -- she asked

21   me if I would want to work in the university, and she said I --

22   I'd be -- I'd get picked from my house and dropped to the

23   university by Vishal, and he will drop me back -- he will drop

24   me back.

25        So I didn't find any problems with that.  So I just

1    thought, "Okay.  Why not?"  I told my friend.

2    Q.   And why did you do that?  Why did you agree to work for

3    Tri-Valley?

4    A.   Well, I didn't have any intention of working for

5    Tri-Valley, just that when she said -- and I was not doing

6    anything at that time.  So I said -- I went with it.  I didn't

7    have any intention of working for Tri-Valley.

8    Q.   But you agreed to do it?

9    A.   Yes.  Yes.

10   Q.   For one day or for longer?

11   A.   At that point of time, I didn't think about anything.  She

12   just asked me "if you wanted to work."  So I was just thinking

13   it could be just for a day or something or maybe she might tell

14   me what happens next.  So at that point in time, I didn't ask

15   anything.  I just wanted to see because -- I mean, I've never

16   worked here.  So I just wanted to see how it is to work in the

17   university and --

18   Q.   Did you have another source of income while you were in the

19   United States?

20   A.   No.

21   Q.   How many days did you work for Tri-Valley University?

22   A.   One day.

23   Q.   What time did you get there, if you remember?

24   A.   Around 9:00, 9:30.

25   Q.   What happened when you arrived?

1    A.   When I arrived, I think she -- I think she was not there.

2    We had to -- I had to wait, and me and my friend -- Vishal was

3    there.  He -- because he gave us a ride and he's also working

4    there, and there was another two -- two guys also who carpooled

5    with us because they were also working there.  So we had to

6    wait there.  I had to wait there until she arrived, and then --

7    Q.   By "she," you mean Susan Su?

8    A.   Susan Su, yeah.

9    Q.   Okay.  What happened when Susan Su arrived?

10   A.   She arrives, and she opens the door.  All of us enter,

11   and -- except for one person.  He was waiting outside, and all

12   of us enters, and then -- then she gives us -- me and my

13   friend.

14        So she gave me -- she gives me all -- two -- an old laptop

15   and asked me to start it, and I had to start the whole thing.

16   It was an old laptop.  It was taking some time, and -- yeah.

17   Then she says what to do, what work is to be done.

18   Q.   And what did she -- what work did she tell you to do?

19   A.   She -- so there was a -- I think -- I don't recall it much,

20   but it was -- I think it was an entire list of students, and I

21   think it was -- it was a list of the payment they made or the

22   payment they had to make or something like that.

23        And I had to -- they were, like -- it was a big list, and I

24   had to check each and every thing, and I had to -- there were

25   checkboxes, and I had to check the ones who had paid or not

```
 1    paid, something along those -- but I don't exactly recall, but
 2    I know I had to go through each names and something about them
 3    and then check or not check.
 4    Q.  And do you know what SEVIS is?
 5    A.  Yes, not exactly the technically word, but I heard SEVIS
 6    is -- it's like a student -- that's how you -- SEVIS is the one
 7    I think they issue the I-20.
 8    Q.  I'm sorry.  The one that what?
 9    A.  SEVIS is the -- is the organization or the department that
10    issues the I-20.
11    Q.  And did you -- do you know whether you did any work in
12    SEVIS at Tri-Valley on that day?
13    A.  I do not recall.  I'm -- no, I don't recall.
14    Q.  When you were looking through the list of students and --
15    you said checking things off?
16    A.  Yes.
17    Q.  Did you receive instructions on what you were supposed to
18    do and how to do it?
19    A.  Yes.  I -- yes.  She said what is to be done, and it was
20    just simple work.  So -- just that it was time-consuming
21    because it was a big list.  I think it was a list of the
22    students of Tri-Valley.  So it was a big list, but it was just
23    a simple job.  You just had to check and uncheck or something
24    like that.
25    Q.  And what were others doing in the office if you were able
```

1    to see?

2    A.   My friend -- she also had to do -- it was the same thing, I

3    guess, and the other -- one of them, who was -- like I

4    mentioned before, was standing outside -- he left after some

5    time after meeting -- talking to her, and then he left.  So I'm

6    not sure what happened over there.  The other two -- I don't

7    know what they were doing, but -- yeah.  They were taking a lot

8    of calls, though.

9    Q.   Calls?

10   A.   Phone calls, yeah.

11   Q.   And were people working on computers?

12   A.   Yeah, all of them.  All of us.

13   Q.   You were working on a computer as well?

14   A.   Yes.

15   Q.   And did you log into the computer yourself?

16   A.   No.  She logged in for me.

17   Q.   At some point during the day, did Susan Su leave the

18   office?

19           MR. BABCOCK:  Objection.  Can we approach on this,

20   your Honor?

21           THE COURT:  Sure.

22      (The following proceedings were heard at the sidebar:)

23           THE COURT:  We're at sidebar outside the hearing of

24   the jury.

25           Mr. Babcock?

1    MR. BABCOCK:  I believe he is going to say that she

2    left, and while they left -- while she left -- I don't think

3    it's relevant.  I do think it's unduly prejudicial.  I ask that

4    it be --

5              THE COURT:  She logged him in, and then she left?

6              MR. BABCOCK:  Yeah, and there were coworkers or

7    whoever was there while she left the office.  She locked the

8    door, and they couldn't get out.

9              MS. WEST:  That's true.  That is what he's going to

10   say.  That's part of the alien-harboring counts.

11             MR. BABCOCK:  It's irrelevant.  I don't think -- I

12   don't think it's harboring.

13             THE COURT:  I don't think I have the same concerns I

14   have -- as I had about the -- the last time -- the issue of

15   prejudice was raised.

16        So I'll allow it.

17        (Proceedings were heard in the presence of the jury:)

18   BY MS. WEST:

19   Q.  Mr. Ignatius, at some point, did Susan Su -- did you see

20   Susan Su leave the office?

21   A.  Yes, during lunchtime.

22   Q.  Were you able to leave?

23   A.  No.

24   Q.  Why not?

25   A.  During lunchtime, I saw her -- before she left for lunch,

1    she closed the doors of the building and left.  So we were kind

2    of -- we were locked inside the building.

3    Q.  How do you know you were locked inside as opposed to just

4    the door closed?

5    A.  Well, she did -- I did see her using a key to lock it, and

6    I did try to open and leave, but I couldn't open.

7    Q.  Who was locked inside?

8    A.  It was me, my friend, and Vishal and the other guy, four of

9    us.

10   Q.  Approximately how long did Susan Su lock you inside the

11   Tri-Valley office?

12   A.  An hour.

13   Q.  I'm sorry.  About an hour?

14   A.  Yeah.

15   Q.  Were you able to eat lunch?

16   A.  Yeah.  We brought our lunch.  I brought my lunch.

17   Q.  How many hours did you work that day?

18   A.  Eight hours, I guess.  Yeah, eight.

19   Q.  And were you paid?

20   A.  Yes.

21   Q.  How much did Susan Su pay you?

22   A.  $60.

23   Q.  At some point, did you receive a transcript from Tri-Valley

24   University?

25   A.  Yeah, I did get a transcript, more than one transcripts.

1    Q.   How did you receive them?

2    A.   By e-mail.  E-mail.

3    Q.   Approximately when?

4    A.   I don't recall it.  I think it was after two -- two months

5    or something maybe, August, September, October, around that

6    time.

7    Q.   And what was your reaction when you received these -- you

8    said two transcripts?

9    A.   Yeah.  I think I got two.

10   Q.   What was your reaction?

11   A.   Well, I was -- I was shocked because I never knew you could

12   get transcripts or grades by not attending classes.

13   Q.   Were you ever able to transfer out of Tri-Valley

14   University?

15   A.   So my -- the only option I had was after the two

16   semesters -- and the two semesters was supposed to end by

17   January of 2011, and that's when the whole shutdown and all

18   happened.  So just -- I went to another direction.  I thought I

19   didn't have any options.

20   Q.   Okay.  So you were supposed to be able to transfer in

21   January of 2011?

22   A.   No.

23   Q.   I'm sorry.  Tell me when that -- you said the two semesters

24   would be up when?

25   A.   January of 2011.

```
1    Q.   And did you transfer in January of 2011?

2    A.   No.

3    Q.   Why not?

4    A.   Because the shutdown happened in January 2011 and I lost my

5    student status and --

6    Q.   The shutdown of Tri-Valley University?

7    A.   Yes.

8    Q.   Mr. Ignatius, what is your current status in the United

9    States, if you know?

10   A.   I do not have a status, but I'm in something called a

11   deferred action.

12              MS. WEST:  Thank you.

13              THE COURT:  Cross-examination?

14                       CROSS-EXAMINATION

15   BY MR. BABCOCK:

16   Q.   Good morning, sir.

17   A.   Good morning.

18   Q.   My name is Erik Babcock, and I represent Dr. Su.

19   A.   Okay.

20   Q.   I don't -- I don't think Ms. West asked you, but do you --

21   do you recognize Dr. Su?

22   A.   Yes.

23   Q.   Okay.  You remember her?

24   A.   Yes.

25   Q.   You haven't seen her in what, a little over three years or
```

1    so?

2    A.   Yes.

3    Q.   So your plan was to transfer after two semesters at TVU?

4    A.   Yes.

5    Q.   To another school; right?

6    A.   Yes.

7    Q.   And that two -- that would have happened sometime in

8    January of 2011; right?

9    A.   Yes.

10   Q.   But you weren't -- were not able to do so because TVU was

11   shut down in January --

12   A.   Yes.

13   Q.   -- right?

14        And you actually received a knock on the door of your home

15   early in the morning in January 2011.  Do you remember that?

16   A.   Yes.

17   Q.   And some ICE agents showed up?

18   A.   Yes.

19   Q.   And they -- do you remember how many agents?

20   A.   Two.

21   Q.   Two agents?

22   A.   Yes.

23   Q.   And they started asking you questions about your status in

24   the United States; right?

25   A.   Not exactly the status.  They were asking about the

1    university.

2    Q.   Fair enough.

3         They were asking about Tri-Valley University?

4    A.   Yes.

5    Q.   Did they tell you the school is being shut down that day?

6    A.   No, not that day.

7    Q.   Okay.  You found out afterwards?

8    A.   Yes.

9    Q.   Okay.  When you tried to transfer to a new school?

10   A.   Oh, no.  At that point of time, there was -- the transfer

11   thing was not happening with my -- we were just waiting for it,

12   and this -- this just -- they were just asking about -- about

13   the Tri-Valley University.

14        And so I was just -- since I already had in mind that

15   this -- there's some rumors going on that it might shut down

16   and all this.  So I was just thinking probably it's just some

17   kind of investigation and they're just trying to get

18   information about the university.

19   Q.   Fair enough.

20        You -- you answered their questions; right?

21   A.   Yes.

22   Q.   And you met with them on subsequent occasions?

23   A.   With who?

24   Q.   You spoke with them on other days, too?

25   A.   Not -- not with them, just -- they were just for that one

IGNATIUS - CROSS / BABCOCK

1    day.

2    Q.   Did you not -- did you not go to Immigration about a month

3    and a half later with your -- with your lawyer at the time?

4    A.   Oh, no.  I didn't have a lawyer.

5    Q.   You never had a lawyer?

6    A.   No.  Oh, yeah.  Yeah.  Oh.  I'm sorry.  I'm sorry.  So I

7    didn't exactly have a lawyer.  So the procedure was we have to

8    go talk to the agents there, and for that, we -- I did -- I

9    didn't hire -- I didn't make any payment or anything.  She was

10   there, and if -- if she was needed.  Then we signed a contract

11   and moved forward.

12        So yes, I did go with a lawyer.  There was a lawyer with

13   me, but nothing happened that day because there was

14   something -- this came up, and we couldn't do the discussion

15   with the officers that day, and she -- she had to leave, said

16   we'd do it another day.  And then after that, it was just me

17   and the -- the agents.  The lawyer was not there.

18   Q.   You -- you went to the immigration building; right?

19   A.   Yes.  I believe it's the immigration building where the

20   Homeland Security -- yes.

21   Q.   Fair enough.

22        And with this -- was there a woman or a man that was sort

23   of your lawyer?

24   A.   Woman.

25   Q.   A woman?

1    A.   Yeah.

2    Q.   Okay.  Although you hadn't paid her any retainer fee, it

3    sounds like?

4    A.   No.  I think I paid a $50, like -- I don't know if it's

5    called an admission fee or something.  I did pay 50 -- $50,

6    yeah.

7    Q.   Okay.  But you ended up not speaking with --

8    A.   Yeah.

9    Q.   -- the immigration officers?

10   A.   Yes.

11   Q.   While your lawyer was there?

12   A.   Yes.

13   Q.   After your lawyer left, you did speak with some immigration

14   officers?

15   A.   Yes.  Yes.

16   Q.   And that was back in March of 2011; right?

17   A.   I don't exactly remember -- recall the month but 2011,

18   beginning.

19   Q.   Fair enough.

20        And my point being that you had spoken with Immigration

21   about Tri-Valley University on at least a couple of occasions;

22   right?

23   A.   Yes.

24   Q.   January 2011, March of 2011.  Any other times?

25   A.   I think it was -- it was maybe another one or two more

1    times probably.

2    Q.   Okay.

3    A.   Three, four times.

4    Q.   Uh-huh.

5         Did you ever meet with the U.S. Attorneys in this case?

6    A.   No.  It was -- not at that point when I met the officers

7    two or three times but later -- later with -- way later, I did

8    meet them.

9    Q.   I understand.

10        And at some point, your student status was terminated;

11   right?

12   A.   Yes.

13   Q.   And before you were able to work, you had to -- to work

14   legally in the United States, you had to get permission; right?

15   A.   Yes.

16   Q.   And you got -- you're now under what I think is called a

17   deferred action?

18   A.   Yes.

19   Q.   Which allows you to work?

20   A.   Yes.

21   Q.   While this -- while this -- while these proceedings are

22   going on; right?

23   A.   Yes.

24   Q.   And you knew that you would be testifying against Dr. Su;

25   right?

1    A.   Yes.

2    Q.   You've known that for some time; is that right?

3    A.   Yes.

4    Q.   I want to talk to you a little bit about when you first

5    arrived in the United States.

6         You -- you hired a company in India to help you look at

7    schools in the United States?

8    A.   Yes.

9    Q.   As well as the United Kingdom, I guess?

10   A.   Yes.

11   Q.   What was the name of that agency?

12   A.   Opulentus, O-p-u-l-e-n-t-u-s.

13   Q.   And they gave you a list of schools?

14   A.   Yes.

15   Q.   Tri-Valley University was one of the schools?

16   A.   Yes.

17   Q.   I think you mentioned there was also one in Kentucky that

18   you considered?

19   A.   Yes.

20   Q.   And one in Minnesota?

21   A.   Yes.

22   Q.   Did you consider any --

23   A.   I did not consider.  That was -- that was there on the

24   list.  That's what -- I recall those universities were there on

25   the list.

1    Q.   You never seriously considered those?

2    A.   So when I just -- when I was finalizing my decision, I just

3    went with some things -- some -- a set of things -- what I was

4    expecting.  So I was looking into -- into a state which I -- I

5    would be comfortable, too.  So --

6    Q.   I understand.

7    A.   So this --

8    Q.   You mentioned --

9    A.   California.

10   Q.   You mentioned there's a lot of Indian people living in

11   California; right?

12   A.   Yeah.  Yeah.  Yeah.

13   Q.   That was an important consideration in your decision?

14   A.   Yes.  Yes.

15   Q.   And you also mentioned that Tri-Valley University was a

16   Christian university?

17   A.   Yes.

18   Q.   And were the other schools that you were considering

19   Christian schools?

20   A.   I did not have in mind that it has to be Christian.  I was

21   not looking at that right away in finalizing.  It's just that I

22   saw that on the website, and I -- it gave me more confidence

23   about the university.

24   Q.   I understand.

25        And the other important factor was the fees; right?

1    A.   Yes.

2    Q.   You did look at the fees for Tri-Valley University?

3    A.   Yes.

4    Q.   As well as the fees for some of the other schools?

5    A.   Yes.

6    Q.   And the fees for Tri-Valley University were -- were lower;

7    right?

8    A.   Yes.  Yes.

9    Q.   And that was -- that was a big factor --

10   A.   Yes.

11   Q.   -- in your decision?

12   A.   Yes.

13   Q.   Which school to choose?

14   A.   Yes.

15   Q.   Now, you mentioned that -- and you submitted -- when you

16   applied through your agency, you gave them copies of your

17   degrees; right?

18   A.   Yes.

19   Q.   Your transcripts?

20   A.   Yes.

21   Q.   Do you recall what else you gave them?  Any letters of

22   recommendations, things like that?

23   A.   Yes.  Yes.

24   Q.   And Opulentus submitted an application to Tri-Valley

25   University on your behalf?

IGNATIUS - CROSS / BABCOCK

1    A.   Yes.

2    Q.   Did you ever see the application?

3    A.   No.

4    Q.   Okay.  But you were notified at some point that you had

5    been accepted?

6    A.   Yes.

7    Q.   And you received an I-20?

8    A.   Yes.

9    Q.   Who did you receive that from?

10   A.   From Opulentus.

11   Q.   Okay.  Do you know how they received it?

12   A.   How they received it?

13   Q.   Yes.

14   A.   No.

15   Q.   Okay.  The -- and then you applied to be interviewed at the

16   consulate?

17   A.   Yes.

18   Q.   Where were you living in India?

19   A.   Hyderabad.

20   Q.   Hyderabad?

21   A.   Yes.

22   Q.   You applied for an interview at --

23   A.   American.

24   Q.   The American consulate?

25   A.   Yes.

1    Q.   To get an F-1 visa?

2    A.   Yes.

3    Q.   And you took your I-20?

4    A.   Yes.

5    Q.   You took the transcripts?

6    A.   Yes.

7    Q.   And your degrees and the like?

8    A.   Yes.

9    Q.   Did you have to take -- you mentioned they asked you some

10   questions about your finances?

11   A.   They did not ask, but I as a student -- foreign student, I

12   have to have that document with me.  So if they ask -- it's not

13   necessarily that they ask in the interview, only -- if they

14   think that it's necessary to ask, they ask, but if they ask

15   you, you have to have the documents with you.  So I had my

16   financial documents.

17   Q.   Okay.  What kind of documents did you have?

18   A.   A C -- check account that stated that I have this much

19   worth of assets and financial backing, and -- yeah.  Then I had

20   one or two bank documents stating that I have this much of

21   deposit, fixed deposit.

22   Q.   Okay.  To show that you had -- you had some money to live

23   on when you arrived in the United States; right?

24   A.   Yes.  Yes.

25   Q.   About how much were you prepared to tell them that -- what

1    kind of money you had when you would arrive?

2    A.  I was told by the consultancy, "This much is usually how

3    much you have, like, a budget for your living expenses."  I

4    don't recall exactly what the amount was, but I just -- I had

5    to show that I do have that kind of money.

6    Q.  Okay.  And did you have that kind of money?

7    A.  Yes.

8    Q.  What kind of money did you have -- have when you arrived in

9    the United States?  How much money did you have on hand?

10   A.  On hand, maybe 3,000, around 3,000.

11   Q.  Is that what you were prepared to show them in India that

12   you had?

13   A.  No.  I think the 3,000 of what I'm saying is for what are

14   your expenses over here, but there you have to show that you

15   have the money for the fee, including the school fee and all

16   that.  So it's a bigger amount than 3,000, what you have to

17   show, but it's not like you have to carry that money into the

18   U.S.  Yeah.

19   Q.  Okay.  I'm going to guess -- I'm just curious why -- why

20   you accepted the job if you need -- you know, if you needed

21   money once you got here.  Ms. Su -- Ms. Su offered you a job?

22   A.  Oh, yeah.  Yes.  Well, I would say extra income and --

23   since it was the first day, it was more of probably, like, a

24   curiosity factor to see how to go and work and because it's a

25   new country and -- and I know you can work part time, you know?

1    So one is that, and one -- you know, probably extra income.

2    Q.   Partly for the experience, not just for the money?  Is that

3    fair?

4    A.   Can you repeat that?

5    Q.   Partly for the experience?

6    A.   Yeah, partly for the experience.

7    Q.   Not just for the money?

8    A.   Yeah --

9    Q.   Okay.

10   A.   -- because I never had in mind that I would want to work in

11   a university or work as such.  So --

12   Q.   Okay.  Now, you mentioned that you got the name of a

13   contact -- the name and number, I guess, of a contact before

14   you came to the United States.  Do you remember that?

15   A.   Oh, yes.  Yes.

16   Q.   Who was that person?

17   A.   Before I came to the United States, the contact I got was

18   for a person by the name of Abbas, A-b-b-a-s.

19   Q.   Okay.

20   A.   Yeah.

21   Q.   And at some point when you contacted Abbas, it sounded like

22   he had moved to Texas or somewhere else?

23   A.   He said he was in Texas.  So --

24   Q.   Okay.

25   A.   -- I don't know -- he -- he said he's in Texas.  So --

1    Q.   Okay.

2    A.   -- he won't be able to pick me up.

3    Q.   So he referred you to someone else?

4    A.   Yes.

5    Q.   And that someone else was Ramakrishna Karra?

6    A.   Yes.

7    Q.   Okay.  And Mr. Karra actually picked you up at the airport?

8    A.   Yes.

9    Q.   And isn't it true that he pretty much immediately started

10   trying to convince you not to go to Tri-Valley University?

11   A.   Yes.

12   Q.   Right?

13   A.   Yes.

14   Q.   He said that it was going to be shut down?

15   A.   Yes.

16   Q.   And he tried to -- started trying to convince you to go to

17   another school?

18   A.   Yes.

19   Q.   California -- was it California Takshila?

20   A.   Yes.

21   Q.   Where is that located?

22   A.   Santa Clara.

23   Q.   You visited that campus at some point; right?

24   A.   Yes.

25   Q.   Did he -- did you ask him when you arrived whether or not

1   he was working for Tri-Valley University, or did you --

2   A.   No, I did not ask him --

3   Q.   I guess --

4   A.   -- because --

5   Q.   Did you just sort of assume that he was connected with

6   Tri-Valley University because you had gotten his name from your

7   prior contact?

8   A.   Correct, yes.

9   Q.   But he didn't really appear to be -- looking back on it,

10  isn't it fair to say he didn't really appear to be working on

11  behalf of Tri-Valley University?

12  A.   Yes.

13  Q.   He --

14  A.   As a --

15  Q.   He started trying to convince you to go somewhere else?

16  A.   Yes.  Yes, he is.  So what I had in mind was probably he

17  was working -- or he is working, but now he's not with Tri --

18  because it's -- he sounded a little bit more like a marketing

19  guy who was trying to get clients for some places.  So I was

20  thinking probably he's not working for them right now, he's now

21  working for a new university, or something.  That's what I --

22  Q.   When he ended up taking you to Tri-Valley University, he

23  didn't go inside with you; right?

24  A.   No.

25  Q.   He just waited out in his car?

1    A.   Yes.

2    Q.   That must have seemed a little bit odd, I would think.

3    A.   Yes.  That kind of strengthened my doubts that, yeah,

4    probably he was working with her right now, he's had a fallout

5    or something probably for some -- some reason.  So that's why

6    he's standing out.  He doesn't want to face her.

7    Q.   Okay.  Now, as I understand it, you -- you went to TVU.

8    The first day you went, Dr. Su was not there?

9    A.   Yes.

10   Q.   And shortly after that, you made a phone call and said that

11   you were a potential student, not a student who had already

12   applied; right?

13   A.   Yes.

14   Q.   And asked about a rumor you had heard whether the school

15   was still in existence or going to be shut down?

16   A.   Yes.

17   Q.   And Dr. Su said it was just a rumor?

18   A.   Yes.

19   Q.   Okay.  And when you -- then you went back to Tri-Valley

20   University what, within -- the second time was within the first

21   week of you being here?

22   A.   The second time?  Yeah, maybe in two weeks.

23   Q.   Okay.  Had you already been to California Takshila at that

24   point?

25   A.   Yeah.  For the second time, I did go there once.

1    Q.   Okay.  So you had already looked at the other school and

2    were considering going somewhere else at that point?

3    A.   Yeah, probably 20, 30 percent.  I asked that, like -- I

4    wanted, like, that like a backup if at all I'm not convinced

5    with this university.

6    Q.   I'm sorry.  I missed that.

7    A.   I just had that -- just had that as a backup in my mind if

8    it doesn't work out with this university.

9    Q.   Did you make an application to California Takshila

10   University?

11   A.   Not the first time -- not the first time I went there.

12   Q.   Did you make --

13   A.   Yes.

14   Q.   Did you make application for admission to California

15   Takshila University before you finally ended up paying and

16   attending Tri-Valley University?

17   A.   Before I paid for the Tri-Valley University?

18   Q.   Yes.

19   A.   Yes, I did.  Yeah.

20   Q.   About how long was it -- you said you arrived, I think, on

21   May 5th --

22   A.   Yes.

23   Q.   -- of 2010 and that you didn't enroll -- pay and enroll in

24   TVU until sometime in June?

25   A.   Yes.

1    Q.   So there was at least a month --

2    A.   Yes.

3    Q.   -- gap in there; right?

4    A.   Yes.

5    Q.   And during -- in that period at some point, you made an

6    application to California Takshila University?

7    A.   Yes.

8    Q.   And were you accepted there?

9    A.   Yes.

10   Q.   Okay.  Did you have to provide them with all the things

11   that you had originally given Opulentus, your transcripts,

12   degrees, things like that?

13   A.   Yes.

14   Q.   Did they offer the same kind of program that you were

15   interested in?

16   A.   Yes.

17   Q.   The second time you went to TVU, Dr. Su was there; right?

18   A.   Yes.

19   Q.   And you were able to talk to her?

20   A.   Yes.

21   Q.   And you asked her about these rumors that you heard; right?

22   A.   Yes.

23   Q.   That the school is going to be shut down?

24   A.   Yes.

25   Q.   She said they were just rumors?

IGNATIUS - CROSS / BABCOCK

1    A.   Yes.

2    Q.   And you asked her about the classes as well; right?

3    A.   Yes.

4    Q.   And she said there were no physical classes at the moment?

5    A.   Yes.

6    Q.   But there was going to be a new school facility?

7    A.   Yes.

8    Q.   And at that point, there would be physical classes?

9    A.   Yes.

10   Q.   And that that new building was going to be starting

11   sometime around the end of the year?

12   A.   Yes.

13   Q.   You also asked Dr. Su about Ramakrishna Karra.  Do you

14   remember that?  You mentioned his name at some point?

15   A.   I don't remember that.

16   Q.   You don't remember that?

17   A.   No.  I -- I recall her saying that "I know who is behind

18   the" -- "spreading this rumor and who's trying to get you out

19   of this university," and I recall that, but I don't recall

20   exactly me mentioning his name to her.

21   Q.   Okay.  Well, somebody brought it up.  It was you or her?

22   A.   Yeah.

23   Q.   And what was Dr. Su's reaction?

24   A.   Reaction to what?

25   Q.   To -- to Ramakrishna Karra.

```
 1    A.   She was definitely angry.  Yeah, she was angry.  I mean, I
 2    didn't mention his name.  So it came from her.  So --
 3    Q.   She said that he -- Mr. Karra had been stealing students;
 4    right?
 5    A.   Yeah, something like that.  Yes.
 6    Q.   Hijacking students?
 7    A.   Yeah, something like that.
 8    Q.   Was that the word she used?
 9    A.   I -- I don't exactly but something like that.  I don't
10    exactly recall.
11    Q.   Okay.  Fair enough.
12         Now, was it -- it was not at this meeting but at a
13    subsequent meeting that you made a decision -- that you told
14    her to terminate you; is that right?  Was it the first time you
15    met her or at a later meeting?
16    A.   I believe it's the first time, yeah.
17    Q.   Let me ask you this:  How many times did you meet Dr. Su
18    before you ended up paying the $500 and registering for
19    classes?
20    A.   Once.  Yeah, once.
21    Q.   Just once?
22    A.   Yes.  Yes.
23    Q.   Isn't it true that -- didn't she -- you didn't register for
24    classes until after you had been terminated and then said you
25    were not able to transfer and came back to Tri-Valley
```

1       University?  Do you understand my question?

2       A.  No.

3       Q.  Okay.  What I thought you said earlier when Ms. West was

4       asking you questions is that you went to Tri-Valley University?

5       A.  Yeah.

6       Q.  You spoke with Dr. Su, but at that point you were still

7       considering California Takshila University.  And when you went

8       back at a later meeting to see Dr. Su, you finally asked her to

9       terminate your status so that you can go to California

10      Takshila?

11      A.  No, that's not what I said.

12      Q.  Okay.

13      A.  I -- first time I met -- I didn't meet her.  I met this

14      person -- Anji Reddy was working there.  She was not there.

15      Then I came back.  Then I went to -- then I went to the

16      Takshila University.  Then nothing happened.  Then I just spoke

17      to the DSO there.  Then I came back.  Then I went to TVU again.

18      That's when I met her, and -- yeah.  So it was just once I met

19      her.

20          I was not convinced -- I said I wanted the actual facts of

21      whatever is happening from her.  I wanted to listen from her

22      what is the actual situation.  So yeah -- and she looked and

23      told me there's no physical classes as of now.  So yeah, it was

24      just once I met her, and like I said before, I had a backup

25      plan of this university, and so that's why I went ahead with

1    requesting for a transfer that same day.  So I just met her

2    once.

3    Q.   Okay.  And at that point, she -- is this the meeting where

4    she showed you the screen about what the transfer options were,

5    transfer --

6    A.   She --

7    Q.   -- and termination options?

8    A.   Yeah, showing that there's no transfer option, just

9    termination option.

10   Q.   Okay.

11              THE COURT:  Mr. Babcock, at some point in the next

12   five minutes, I'd like to take our break.

13              MR. BABCOCK:  Certainly.

14   BY MR. BABCOCK:

15   Q.   And was this on a laptop, or was this on a -- like a desk

16   computer?

17   A.   Yes.

18   Q.   Desktop?

19   A.   Yeah.

20   Q.   Was this in her office or an office with some other people

21   around?

22   A.   Her office with two or three guys working over there.  So

23   it was a small room.

24   Q.   In the same room?

25   A.   Yeah.

1    Q.   Okay.  And she logged you -- she showed you what -- what

2    she said was basically the system for dealing with transfers

3    and terminations and the like; right?

4    A.   Yes.

5    Q.   Okay.  Were you standing behind the -- behind a desk with

6    her, or did she turn the computer around -- screen --

7    A.   No.

8    Q.   -- and show it to you?

9    A.   She turned her computer.

10   Q.   Okay.

11   A.   Yeah.

12   Q.   She turned it around so it was facing you?

13   A.   Yeah.  She turned the monitor to show me.  So --

14   Q.   Okay.

15   A.   Because I was standing in front of her.

16   Q.   Okay.  And did you have a chance to look at the screen?

17   A.   Yeah.  Yes.  Yes.

18   Q.   Did you -- and did you have a chance to ask her what it was

19   that you were looking at?

20   A.   No, not exactly.  No.

21   Q.   I understand.

22        You're probably -- because you probably didn't understand

23   exactly what you were looking at?

24   A.   I was -- because she was showing the screen.  So it's not

25   like I know what is happening and what screen is it.  So it's

1    just -- just shows -- showing it, and I said, "Yeah," but I'm

2    still requesting her to do the transfer.

3    Q.   You -- did you have -- were you able to see, like, buttons

4    or icons that said "Transfer" or "Terminate" or anything like

5    that?

6    A.   I think I saw something like a "Terminate" or something, I

7    think.  I don't exactly recall.

8    Q.   I know it's been a few years.

9            MR. BABCOCK:  This would be a fine point, your Honor.

10           THE COURT:  All right.  Ladies and gentlemen, let's

11   take our first recess of the morning.  The Court will be in

12   recess for 15 minutes.

13           THE CLERK:  All rise.

14      Court will be in recess for 15 minutes.

15                        (Recess taken.)

16           THE COURT:  All right.  Back on the record.

17      Mr. Babcock?

18           MR. BABCOCK:  Thanks, your Honor.

19   BY MR. BABCOCK:

20   Q.   Mr. Ignatius, good morning again.

21      You -- after you finally -- you ultimately paid TVU $500 to

22   register --

23   A.   Yes.

24   Q.   -- right?

25   A.   Yes.

1    Q.   And you sat down with Vishal, and he enrolled you in some

2    classes?

3    A.   Yes.

4    Q.   You don't remember specifically which classes at this

5    point?

6    A.   No.

7    Q.   Okay.  But it didn't sound like at that point -- you never

8    made an attempt to go online and do the classes?

9    A.   No.

10   Q.   Is that fair to say?

11   A.   Yes.

12   Q.   You had already decided that you wanted to transfer, and at

13   this point you were just waiting -- your plan was to wait for

14   your two semesters and then go to a different school?

15   A.   Yes.

16   Q.   So that was -- that was your decision not to go online and

17   do the classes; right?

18   A.   Yes.

19   Q.   And no one told you not to do the classes; right?

20   A.   No.

21   Q.   Okay.  Thank you, sir.

22           MR. BABCOCK:  That's all I have.

23           THE COURT:  Redirect?

24   ///

25   ///

1        **REDIRECT EXAMINATION**

2     BY MS. WEST:

3     Q.   Mr. Ignatius, at some point, did you leave to return to

4     India after Tri-Valley was shut down and you were placed in

5     deferred action?

6     A.   Yes, recently.

7     Q.   I'm sorry?

8     A.   When you say "leave," as of what date?

9     Q.   At some point after Tri-Valley University was shut down --

10    A.   Yes.

11    Q.   -- did you return to India?

12    A.   Yes.

13    Q.   Why was that?

14    A.   Because my father passed away.

15    Q.   And were you paroled back into the United States by

16    Department of Homeland Security?

17    A.   Yes.

18              MS. WEST:  No more questions.  Thank you.

19              THE COURT:  Mr. Babcock, anything within the scope?

20              MR. BABCOCK:  No, your Honor.

21              THE COURT:  Mr. Ignatius, thanks for your testimony.

22    You're excused.

23              THE WITNESS:  Thank you.

24              THE COURT:  You can step down.

25              THE WITNESS:  Okay.

```
1              THE COURT:  Government's next witness?

2              MR. RHYNE:  Yes, your Honor.

3          The United States calls Kalpana Challa.

4              THE COURT:  Good morning, Ms. Challa.  I'm going to

5      ask you to come to the witness stand -- it's just right over

6      there -- and when you get there, just remain standing and then

7      raise your right hand.  Come up here where the chair is.  Raise

8      your right hand, please.

9              THE CLERK:  Face me, please.

10         Do you solemnly swear or affirm that the testimony you're

11     about to give in the matter now pending before this Court shall

12     be the truth, the whole truth, and nothing but the truth?

13             THE WITNESS:  Yes.

14             THE CLERK:  Thank you.  Please be seated.

15             THE WITNESS:  Thank you.

16             THE CLERK:  You'll need to speak directly into the

17     microphone in order to be heard --

18             THE WITNESS:  Okay.

19             THE CLERK:  -- real close to you.

20             THE WITNESS:  Sure.

21             THE CLERK:  Can you please state your full name and

22     spell your first and last name.

23             THE WITNESS:  Kalpana Challa.  First name is Kalpana.

24     Last name is Challa.

25             THE COURT:  Could you spell both of those for the
```

1      court reporter, please.

2              THE WITNESS:  K-a-l-p-a-n-a, Kalpana.  Challa,

3      C-h-a-l-l-a.

4          Thank you.

5              THE COURT:  All right.  Thank you.

6          Ms. Challa, have you ever testified before?

7              THE WITNESS:  Yes.

8              THE COURT:  Okay.

9              THE WITNESS:  Yes.

10             THE COURT:  Well, then you may know some of this.

11     It's very important that the jurors all hear you and the

12     lawyers on both sides.  So if you can just pull the microphone

13     close --

14             THE WITNESS:  Okay.

15             THE COURT:  -- you won't have to think about it.

16         Also, that water is there for you in case you get thirsty.

17             THE WITNESS:  Thank you.

18             THE COURT:  And the last thing is we do have a court

19     reporter making a record of what's said.  So to make his job

20     possible, if you can wait until the lawyers are finished with

21     their questions before you answer.  They'll wait until you

22     finish your answer before they ask another question.

23             THE WITNESS:  Okay.

24             THE COURT:  All right.  Thank you.

25             THE WITNESS:  Thank you.

1           THE COURT:  Mr. Rhyne?

2           MR. RHYNE:  Thank you, your Honor.

3                    **KALPANA CHALLA,**

4   Called as a witness by the Government, having been duly sworn,

5   testified as follows:

6                   **DIRECT EXAMINATION**

7   BY MR. RHYNE:

8   Q.  Where do you currently reside?

9   A.  Sorry?

10  Q.  Where do you currently reside?

11  A.  Oh.  I live in Gilroy.

12  Q.  Are you currently employed?

13  A.  No.

14  Q.  Are you familiar with the defendant in this case, Dr. Susan

15  Su?

16  A.  Yes.

17  Q.  How do you know her?

18  A.  Tri-Valley University.

19  Q.  And you were a former student at Tri-Valley University; is

20  that correct?

21  A.  Yes.

22  Q.  Can you please summarize your educational background for

23  the jury.

24  A.  Yeah.  I did my BS in Mathematics in India, and I did my

25  Hospitality Management in Paris.  Yeah.  I came here for my MB.

CHALLA - DIRECT / RHYNE

1    Q.   And what degree did you say you earned in France?

2    A.   Hospitality Management, MB.

3    Q.   What school is that?

4    A.   ESLSCA.

5                  (Court reporter clarification.)

6          THE WITNESS:  E-s-c-l-s-c-a.

7    BY MR. RHYNE:

8    Q.   Can you summarize your immigration history?

9    A.   I came here in 2009 September on F-1 visa.

10   Q.   On an F-1 visa?

11   A.   Yes.

12   Q.   For which -- for which school was that?

13   A.   California Lutheran, Thousand Oaks.

14   Q.   Did you finish at Cal Lutheran?

15   A.   No.

16   Q.   Where did you go after Cal Lutheran?

17   A.   After coming to that university, like, I transferred -- I

18   transferred to International Technological University in San

19   Jose.

20   Q.   That's also known as ITU; is that correct?

21   A.   Yes.

22   Q.   How long were you at ITU?

23   A.   For a semester.

24   Q.   Where did you go after ITU?

25   A.   Tri-Valley University.

1   Q.   Okay.  I want to talk about Tri-Valley University.

2   A.   Definitely.

3   Q.   How did you hear about Tri-Valley University?

4   A.   Some friends.

5   Q.   Okay.  What had you heard about it?

6   A.   Oh.  It's, like, less fees than ITU.

7   Q.   Okay.

8   A.   So I'd preferred to go to that.

9   Q.   Did you have an opportunity to look at the website?

10  A.   Yes.

11  Q.   What did you see when you looked at the website?

12  A.   Like, I saw some courses for -- actually in healthcare

13  management at that time.  So I saw, like, so many subjects and

14  professors with Ph.D. degrees.

15  Q.   So you saw faculty members with Ph.D. degrees?

16  A.   Yes.

17  Q.   And you said you were looking at healthcare management?

18  A.   Yes.

19  Q.   Why were you interested in healthcare management?

20  A.   Because I do hospitality management in MBA.  So I wanted to

21  do healthcare management in completing my Master's in -- of the

22  subject.

23  Q.   After you looked at the website, did you make contact with

24  Tri-Valley University?

25  A.   Yes.

CHALLA - DIRECT / RHYNE

1    Q.   Did you call them?

2    A.   Yes.

3    Q.   Who did you talk to?

4    A.   Susan Su.

5    Q.   I want to talk about that conversation.

6    A.   Oh, like, when we can come and meet until -- what time they

7    are available.

8    Q.   You were checking to see what time they were available?

9    A.   Yes.

10   Q.   To meet in person?

11   A.   Yes.

12   Q.   What did Dr. Su tell you during that phone call?

13   A.   Oh, like, I asked her if they provided healthcare

14   management and subjects and regarding -- so she told me to look

15   at the website.  So after that, I saw on the website the --

16   what course subjects they are providing.

17   Q.   And you confirmed that they offered the subjects that you

18   wanted to take?

19   A.   Yes.

20   Q.   Did you later visit Tri-Valley University?

21   A.   Yes.

22   Q.   Okay.  I want to talk about that visit that you had.  When

23   was that?

24   A.   It's, like, January ending -- almost, like, after the 25th

25   or something in 2010, January.

1    Q.   Where was Tri-Valley University located?

2    A.   Actually, I saw the address on Stoneridge Drive, but I went

3    to Bernal Road some -- in Pleasanton.

4    Q.   So you went to the first address at Stoneridge Drive?

5    A.   It's like -- it was a different address, though, that

6    matched what was on my previous I-20, but that was on Bernal

7    Road.  It's a different address.

8    Q.   So you went to the Stoneridge Drive because you saw it on

9    the I-20?

10   A.   Uh-huh.

11   Q.   But then you went to Bernal Road?

12   A.   Yes.

13   Q.   How did you know to go to Bernal Road?

14   A.   Because we called.

15   Q.   Who did you talk to?

16   A.   Susan Su.

17   Q.   Okay.  She directed you to the location?

18   A.   Yes.

19   Q.   Tell me what happened when you arrived.

20   A.   After going there, a couple of students were there for

21   registration, and we saw the university.  There is nothing in

22   that except one small room and students.  Nothing is there.

23   Q.   Okay.  So it was a small university?  You said a small

24   room?

25   A.   Yes.

1    Q.   Susan Su was there?

2    A.   Uh-huh.

3    Q.   Who else was there?

4    A.   A couple of students were there for the registration, I

5    think.

6    Q.   Okay.  Did you talk to Dr. Su during that meeting?

7    A.   Yes.

8    Q.   What did she tell you about the school?

9    A.   About the school -- like, they're providing online classes.

10   Q.   Did she tell you about the rooms that were located there?

11   A.   Yeah.  That -- behind there, there is some rooms, like,

12   empty rooms.

13   Q.   Okay.

14   A.   So they are going to start the classes after -- in the

15   future.

16   Q.   Okay.  Now, you said she initially told you they were

17   online classes; is that correct?

18   A.   Yes.

19   Q.   Did you talk to her at all, or did she make any statements

20   about physical classes?

21   A.   Yes.

22   Q.   What did she say about physical classes?

23   A.   In the future, they will start after.

24   Q.   I'm sorry?

25   A.   In the future, they will start --

1   Q.   Okay.

2   A.   -- when they are starting to become more --

3   Q.   Did she say how long in the future it would take to start

4   physical classes?

5   A.   Maybe after a semester.

6   Q.   Were physical classes relevant to you or important to you

7   at that point?

8   A.   Yes.

9   Q.   Why?

10   A.   Being an international student, full-time student, we have

11   to work in classes.

12   Q.   That was your --

13   A.   Not more than one class we can transfer online.

14   Q.   That was your belief based on your immigration status?

15   A.   Yes.

16   Q.   So did you have more discussions with Dr. Su about the

17   classes at Tri-Valley University during that meeting?

18   A.   Sorry?

19   Q.   Did you discuss the classes further with her, what you

20   planned to take?

21   A.   Yes.

22   Q.   Did you end up enrolling in Tri-Valley University?

23   A.   Yes, I enrolled.

24   Q.   How did you enroll?

25   A.   On -- in healthcare management, I enrolled for three

 1    subjects.  She gave me I-20, registration I-20.

 2    Q.   Did you pay any tuition that day?

 3    A.   Yes.

 4    Q.   Did you --

 5    A.   I paid a thousand dollars in check.

 6              MR. RHYNE:  Your Honor, may I approach the witness?

 7              THE COURT:  You may.

 8         (Government's Exhibit 530 marked for identification.)

 9    BY MR. RHYNE:

10    Q.   I'm going to hand you what we've marked as Exhibit 530 for

11    identification and ask you to take a look at it.

12    A.   Sure.

13    Q.   I'll refer you to Page -- Page 3, 530-003.

14    A.   This is my first semester fees.

15    Q.   I'm sorry?

16    A.   This is my first semester fees, thousand dollars.

17    Q.   This is the check that you wrote that day?

18    A.   Yes.

19              MR. RHYNE:  Your Honor, we'd offer Exhibit 530 into

20    evidence.

21              MR. BABCOCK:  Actually -- no objection.

22              THE COURT:  Exhibit 530 is admitted.

23         (Government's Exhibit 530 received in evidence.)

24              MR. RHYNE:  Can we publish Exhibit 530, Page 3,

25    please.

1    BY MR. RHYNE:

2    Q.   Ms. Challa, is this the check?

3    A.   Yes.

4              MR. RHYNE:  May I approach, your Honor?

5              THE COURT:  Yes.

6         (Government's Exhibit 32 marked for identification.)

7    BY MR. RHYNE:

8    Q.   I'm going to hand you Exhibit 32 for identification and

9    have you take a look at that.

10   A.   Sure.

11        This is my registration I-20.

12   Q.   Is that the -- did you get an I-20 that day that you paid?

13   A.   Yes.

14   Q.   Is that it?

15   A.   Yes.

16             MR. RHYNE:  Your Honor, we'd offer Exhibit 32 into

17   evidence.

18             THE COURT:  Any objection?

19             MR. BABCOCK:  No objection.

20             THE COURT:  32 is admitted.

21        (Government's Exhibit 32 received in evidence.)

22             MR. RHYNE:  Can we publish Exhibit 32, Page 1,

23   please.

24        And can we zoom in at the top of the I-20, please, the

25   name.

1    BY MR. RHYNE:

2    Q.   Ms. Challa, this is your name on the I-20?

3    A.   Yes.

4         MR. RHYNE:   And can we go down to Block 10 now, the

5    DSO signature?

6    BY MR. RHYNE:

7    Q.   Did you see who signed this I-20?

8    A.   Yes.

9    Q.   Who signed it?

10   A.   Susan Su.

11   Q.   And it's signed in the name of Sophie Su; is that correct?

12   A.   Yes.

13   Q.   Did you notice that at the time?

14   A.   No, I didn't notice that.

15        MR. BABCOCK:   I'm sorry.  I missed that last answer.

16        THE COURT:   I think she said that she did not notice

17   that.

18        Is that right, Ms. Challa?

19        THE WITNESS:   Yes.

20        MR. BABCOCK:   Thank you.

21   BY MR. RHYNE:

22   Q.   Do you remember the three classes that you signed up for

23   that day?

24   A.   Yes.

25   Q.   What were they?

1    A.   Medical Recording, Medical Office Management, and

2    Statistics Method.

3    Q.   Was there any discussion with Dr. Su during this meeting

4    about employment opportunities at Tri-Valley University for

5    students?

6    A.   Yes.

7    Q.   Tell me about that.

8    A.   About on-campus job.

9    Q.   Did you ask about it?

10   A.   Yes.

11   Q.   What did Dr. Su say?

12   A.   Like, she have opportunities to give us jobs on campus, we

13   can work, but I asked her at that point, like, how did she pay

14   for that.

15   Q.   What did she say?

16   A.   It was a payroll that -- she did not -- she did not pay

17   with a payroll.

18   Q.   Okay.  So she wasn't ready to hire you at that point?

19   A.   No.

20        (Government's Exhibit 531 marked for identification.)

21   BY MR. RHYNE:

22   Q.   Okay.  I'm going to now hand you Exhibit 531 for

23   identification.

24        Before we talk about that, were you there with other people

25   that day when you were enrolling at Tri-Valley University?

1    A.   Yes.

2    Q.   Who were you there with?

3    A.   Syed and my husband and my friend.

4    Q.   Can you spell that first name?  You said Syed?

5    A.   S-y-e-d.

6    Q.   And who is the next person?

7    A.   Tulasi.

8    Q.   Can you spell that?

9    A.   T-u-l-a-s-i.

10   Q.   And the third person was your husband; is that correct?

11   A.   Uh-huh.  Yes.

12   Q.   Did anybody else make payments that day to enroll in

13   classes?

14   A.   No.

15   Q.   Were there any payments made for those people on that day?

16   A.   No.

17   Q.   Do you recognize Exhibit 531?

18   A.   Yes.

19   Q.   What is that?

20   A.   This is my husband's fees payment.  I pay, like, 500 with a

21   credit card and 400 with a credit card and 600 with a

22   post-dated check.

23   Q.   So you --

24        MR. RHYNE:  Your Honor, we'd offer Exhibit 531 into

25   evidence.

1          MR. BABCOCK:  No objection.

2          THE COURT:  Exhibit 531 is admitted.

3          (Government's Exhibit 531 received in evidence.)

4          MR. RHYNE:  Can we publish Exhibit 531, Page 3,

5     please.

6     BY MR. RHYNE:

7     Q.  Can you tell the jury what this check is?

8     A.  This is $600 from my husband's fees.

9     Q.  So you paid $600 for his fees in addition to your own fees;

10    is that correct?

11    A.  Yes.

12    Q.  And you said you paid another balance on a credit card for

13    him as well?

14    A.  Yeah, same day.

15    Q.  Do you remember what the charge was on the credit card?

16    A.  Yes.

17    Q.  What was it?

18    A.  $400 and -- oh.  Bank of America.

19    Q.  And did they swipe your credit card at Tri-Valley

20    University?

21    A.  Yes.

22    Q.  Do you remember who swiped the card?

23    A.  Abdul Tulasi, my friend.

24    Q.  Do you remember who was working at Tri-Valley University

25    who actually took the card?

1    A.   My friend.

2    Q.   Oh.  She was working there?

3    A.   Yes.

4    Q.   Okay.

5    A.   She only -- only swiped the card.

6    Q.   After you enrolled in these classes, did you ever receive

7    any information about how to attend these classes?

8    A.   No.  I never attended any classes.

9    Q.   Okay.  Did you receive any direction --

10   A.   Like --

11   Q.   -- on how --

12   A.   I used to receive some -- sorry.

13   Q.   Did you receive any direction on how to attend these

14   classes?

15   A.   No.

16   Q.   Did you ever inquire with Tri-Valley University about these

17   classes?

18   A.   Yes, a couple of times that I couldn't log in because I --

19   I had to reset the password.

20   Q.   So you made attempts to log into the classes?

21   A.   Yes.

22   Q.   Tell me what happened when you tried to log into the

23   classes.

24   A.   I -- they used to have, like, one link, but I never tried

25   to log in.

1   Q.   Okay.

2   A.   I never logged in to --

3   Q.   Did you ever make attempts to log in?

4   A.   No.

5   Q.   Why not?

6   A.   Because whenever I tried -- so I don't see anybody in the

7   classroom.

8   Q.   So were you able to get through and then there was nothing

9   there?

10   A.   No.

11   Q.   Did you ever see a teacher?

12   A.   No.

13   Q.   Did you ever approach Dr. Su about the online classes that

14   you weren't able to take?

15   A.   After the semester.

16   Q.   Okay.  Tell me about that conversation.

17   A.   Before my summer registration, like, I went to Susan Su,

18   and then she's, like, "I want to change the place from that to

19   a new place, like, new building."  So I thought, like, this

20   time there is no physical classes, and I'm not interested with

21   the online classes, and I took a break.

22   Q.   Okay.  Let's go back and break that down a little bit.

23       So you approached her about concerns you had with the

24   online classes; is that correct?

25   A.   Yes.

1    Q.   And she responded that Tri-Valley University was going to

2    move buildings?

3    A.   Yes.

4    Q.   What did she say about the effect that would have on the

5    classes?

6    A.   So when they move to new building, very soon they will have

7    the physical classes.

8    Q.   And then you mentioned something about a break?

9    A.   Yeah.  I don't want to register for online classes at the

10   university.  So I took my break in summer.

11   Q.   So this would be the summer break?

12   A.   Yes.

13   Q.   So this is at the end of Spring of 2010, then?

14   A.   Yes.

15   Q.   Did you have an intent to come back in the fall?

16   A.   Yeah.  I waited -- actually, I came back in the fall.

17   Q.   Okay.  Why did you plan to go back in the fall when you

18   didn't have any classes in the spring?

19   A.   I had to register for the classes.  Otherwise, I had to

20   transfer courses to another university.  So I had to go back to

21   Tri-Valley.

22        (Government's Exhibit 535 marked for identification.)

23   BY MR. RHYNE:

24   Q.   I'm going to hand you Exhibit 535 for identification.

25        At the end of the spring semester, did you ever have an

1    opportunity to talk with Dr. Su about referral payments?

2    A.   Yes.

3    Q.   Okay.  What did she tell you about referral payments?

4    A.   When we registered, she -- she made us, like, referral

5    program.  There would be somebody under that person and other

6    students like that, and she will give, like, 15 percentage fees

7    amount if they refer to us.

8    Q.   Did you then refer students to Tri-Valley University?

9    A.   Sorry?

10   Q.   Did you later refer students to Tri-Valley University?

11   A.   I didn't get you.

12   Q.   Did you later refer some students to Tri --

13   A.   No, I did not refer anybody.

14   Q.   Did you earn any referral payments for --

15   A.   Only one check, this one -- the first semester when we

16   registered, the same day.

17   Q.   Okay.

18   A.   So that referral money fees -- I got it in summer.

19   Q.   Do you recognize Exhibit 535?

20   A.   Yes.

21   Q.   What is it?

22   A.   It's the 405 for my referral check.

23              (Court reporter clarification.)

24        THE WITNESS:  405 -- $405, my referral money.

25        MR. RHYNE:  Your Honor, we'd offer Exhibit 535 into

1    evidence.

2              MR. BABCOCK:  I have no objection.

3              THE COURT:  Exhibit 535 is admitted.

4         (Government's Exhibit 535 received in evidence.)

5              MR. RHYNE:  Can we publish Exhibit 535, please.

6    BY MR. RHYNE:

7    Q.   This is the check that you received from Dr. Su; is that

8    correct?

9    A.   Yes.

10   Q.   And you said this was a referral payment for who?

11   A.   Under me -- my friends are there, I think, because we don't

12   know how they registered exactly on the --

13   Q.   So let me understand.  So when you first enrolled, there

14   were multiple people with you enrolling; is that correct?

15   A.   Yes.

16   Q.   Did this referral fee relate to that?

17   A.   No.

18   Q.   Tell me what this referral fee relates to.

19   A.   It's -- somebody is there, and then we -- that I referred

20   them, but exactly -- I don't know who is there also because I

21   didn't propose that.

22   Q.   So you just received this from Dr. Su; is that correct?

23   A.   Yes.

24   Q.   And did you cash it?

25   A.   Yes, I deposit it.

CHALLA - DIRECT / RHYNE

1    Q.   Now, did you still owe some tuition or balance of your

2    tuition during the Spring of 2010 semester?

3    A.   Yes.

4         (Government's Exhibit 532 marked for identification.)

5    BY MR. RHYNE:

6    Q.   I'm going to hand you what's been marked as Exhibit 532 for

7    identification and ask you to take a look at it.

8         Do you recognize Exhibit 532?

9    A.   Yes.

10   Q.   What is it?

11   A.   This is the draft from India bank.

12   Q.   And is this a draft that you paid to Tri-Valley University?

13   A.   Yes.

14        MR. RHYNE:  Your Honor, we'd offer Exhibit 532 into

15   evidence.

16        MR. BABCOCK:  No objection.

17        THE COURT:  Exhibit 532 is admitted.

18        (Government's Exhibit 532 received in evidence.)

19        MR. RHYNE:  Can we publish Exhibit 532, please.

20   Can we go to Page 3, please.

21   BY MR. RHYNE:

22   Q.   Now, you testified earlier that you needed to pay the

23   balance --

24   A.   Yes.

25   Q.   -- for the spring; is that correct?

1    A.   Yes.

2    Q.   Okay.  And is this payment for that balance?

3    A.   Yes.

4    Q.   Now, the amount of this check is $6,217; is that correct?

5    A.   Yes.

6    Q.   Why did you pay this amount?

7    A.   This amount -- I paid only a thousand dollars for my

8    spring -- for my husband also.  So we have to pay less the

9    amount of $858.  So we have to pay that fee.

10   Q.   So you owed a thousand on your account; is that correct?

11   A.   Yes.

12   Q.   And how much did your husband's account need?

13   A.   So 850.

14   Q.   Okay.  So that's 1850.  You still have a $6,000 check here.

15   What's the rest of the money for?

16   A.   We paid thousand, thousand.  We have to pay 850, 850, 1700.

17   We have to pay 1700 to get that.

18   Q.   Have you paid more than what you owed?

19   A.   Yes.

20   Q.   Did you talk to Dr. Su about that?

21   A.   Yes.

22   Q.   What did she say about that?

23   A.   So we have -- we went, like, in a room, me and my friends,

24   both friends.  So after giving this check -- so we have to get

25   back money, but we, like, distribute everything, whatever we

CHALLA - DIRECT / RHYNE

1    paid to Susan Su, the amount.

2    Q.  Did you ask Dr. Su for change?

3    A.  Yes.

4    Q.  What did she tell you?

5    A.  So instead of giving check, that we can pay to other

6    things.

7    Q.  Let me ask you this way:  Dr. Su agreed to give you change?

8    A.  Yes.  She has to give me the change, but she told that "You

9    can pay to your friends, and then" --

10   Q.  So did she give you money?

11   A.  No.

12   Q.  Okay.  So did she agree to give you change?

13   A.  No.

14   Q.  Okay.  What did she do instead?

15   A.  So I paid to my friends.

16   Q.  Why did you pay for your friends?  Let me -- withdrawn.

17   A.  Okay.

18   Q.  Who told you to pay for your friends?

19   A.  Susan Su.

20   Q.  So she wanted the rest of this balance rather than giving

21   you change to have you pay for your friends that were there; is

22   that correct?

23   A.  Yes.

24   Q.  Who were those friends?

25   A.  Likitha and Tulasi, me and my husband.

CHALLA - DIRECT / RHYNE

1    Q.   Okay.  Can you spell that first name, Likitha?

2    A.   L-i-k-i-t-h-a.

3    Q.   And the second name?

4    A.   T-u-l-a-s-i, Tulasi.

5    Q.   And then your husband was the third?

6    A.   Yes, Syed.  Yeah.

7    Q.   Okay.  I understand.

8         (Government's Exhibit 35 marked for identification.)

9    BY MR. RHYNE:

10   Q.   I'm going to hand you what's been marked as Exhibit 35 for

11   identification and ask you to take a look at it.

12        Do you recognize Exhibit 35?

13   A.   Yes.

14   Q.   What is that?

15   A.   This is my fees receipt.

16   Q.   Your fee receipt?

17   A.   Yes.

18   Q.   From Tri-Valley University?

19   A.   Yes.

20   Q.   For the Spring 2010 semester; is that correct?

21   A.   Yes.

22        MR. RHYNE:  Your Honor, we'd offer Exhibit 35 into

23   evidence.

24        MR. BABCOCK:  No objection.

25        THE COURT:  Exhibit 35 is admitted.

1           (Government's Exhibit 35 received in evidence.)

2               MR. RHYNE:  Can we publish Exhibit 35, please, and

3       can we just zoom in to the top of the box with her name down

4       to -- through the signature block at the bottom.

5           Thank you.

6       BY MR. RHYNE:

7       Q.  And this is the fee receipt you're referring to?

8       A.  Yes.

9       Q.  These are the classes that you enrolled in?

10      A.  Sorry?

11      Q.  These are the classes that you enrolled in; is that

12      correct?

13      A.  Yes.

14              MR. RHYNE:  Can we zoom out and then zoom in at the

15      very bottom where it says, "Received Payment of $1,000"?  It's

16      the subtext.

17      BY MR. RHYNE:

18      Q.  Do you see this portion of the receipt?

19      A.  Yes.

20      Q.  And this is for a total of $2,800; is that correct?

21      A.  Yes.

22      Q.  Now, there's a check number at the bottom; is that correct?

23      A.  Yes.

24      Q.  And that check number is the same as the ending account

25      number on Exhibit 532; is that correct?

1    A.   Yes.

2    Q.   And that was the large $6,217 check that you paid; correct?

3    A.   Yes.

4    Q.   And this was the portion that was applied to your tuition?

5    A.   Yes.

6    Q.   Okay.  I want to stay talking about the end of the Spring

7    2010 semester.

8         Did you get transcripts for these classes?

9    A.   Yes.

10        (Government's Exhibit 36 marked for identification.)

11   BY MR. RHYNE:

12   Q.   I'm going to hand you Exhibit 36 for identification and ask

13   you if you recognize it.

14   A.   Yeah.  This is my spring transcript.

15        MR. RHYNE:  Your Honor, we'd offer Exhibit 36 into

16   evidence.

17        MR. BABCOCK:  No objection.

18        THE COURT:  Exhibit 36 is admitted.

19        (Government's Exhibit 36 received in evidence.)

20        MR. RHYNE:  Can we publish that, please, and can we

21   zoom in starting at her name down through her grades.

22   BY MR. RHYNE:

23   Q.   This is the transcript you received; is that correct?

24   A.   Yes.

25   Q.   And these are the grades that were on the transcript when

1    you received it?

2    A.   Yes.

3    Q.   And these are the classes you stated earlier that you never

4    took; is that correct?

5    A.   No.

6    Q.   Okay.  Now, I want to move to the Summer of 2010.

7         You discussed taking a break during the Summer of 2010; is

8    that correct?

9    A.   Yes.

10   Q.   What did you do over the Summer of 2010?

11   A.   Nothing.  I do -- I took break.  I did not register for any

12   classes.

13   Q.   Were you working or anything?

14   A.   No.

15   Q.   So I want to fast-forward now, September 2010.

16        Did you return to Tri-Valley University?

17   A.   Yes.

18   Q.   What was the purpose of that visit to Tri-Valley

19   University?

20   A.   Oh.  Actually, I wanted to transfer to a different

21   university.

22   Q.   Why did you want to transfer?

23   A.   Because I wanted to finish my Master's to -- as a full-time

24   student.  So I already wasted time in two semesters.  So I

25   don't want to -- I don't have any hopes from the classes and

CHALLA - DIRECT / RHYNE

1    that it's going to work out in this university.

2    Q.   Did you talk to Dr. Su about transferring out of Tri-Valley

3    University?

4    A.   Yes.

5    Q.   What did you tell her?

6    A.   Like, I get admission in another university, ITU, and I

7    wanted to transfer from this Tri-Valley University.

8    Q.   What was the other university you were looking at?

9    A.   Same -- ITU, because we already have some credits there.

10   Q.   What did Dr. Su tell you when you were -- told her you

11   wanted to transfer from Tri-Valley University to ITU?

12   A.   So we have to pay the rest of the course fees to transfer

13   out of the university.

14   Q.   Okay.  How many course fees did she say you needed to pay?

15   A.   So I have to do more -- three semesters.

16   Q.   I'm sorry.  Say that again.

17   A.   Three semesters.

18   Q.   A total of three semesters?

19   A.   Yes.

20   Q.   So in addition to this semester you already completed, you

21   needed to do two more?

22   A.   I completed one, and I have other credits in ITU.  If I get

23   transferred out of that, I have to pay two semester fees.

24   Q.   Who told you you had to pay two semester fees?

25   A.   Susan Su.

CHALLA - DIRECT / RHYNE

1    Q.   And she said you needed to pay those fees before you could

2    transfer to ITU; is that correct?

3    A.   Yes.

4    Q.   What did you tell her when she told you this?

5    A.   I don't want to pay.  I don't want to -- I want to transfer

6    out at that time.

7    Q.   What did Dr. Su tell you when you told her you wanted to

8    transfer?

9    A.   No, she's not ready to transfer me.

10   Q.   Did Dr. Su mention anything about the SEVIS?

11   A.   SEVIS -- if I don't register on time, my SEVIS will get

12   terminated.

13   Q.   Is that what Dr. Su told you?

14   A.   Yes.

15   Q.   So what did you do at this point?

16   A.   Well, I gave her a post-dated check, just -- I give

17   post-dated check for $500, and I went to my home.  Yeah.

18   Q.   Okay.  I want to show you some exhibits now.

19   A.   Yeah.

20       (Government's Exhibits 533 and 534 marked for

21   identification.)

22   BY MR. RHYNE:

23   Q.   I'm going to hand you Exhibit 533 and Exhibit 534 both for

24   identification and have you look at Exhibit 533 first.

25   A.   Okay.

CHALLA - DIRECT / RHYNE

1    Q.   Do you recognize Exhibit 533?

2              THE COURT:  Ma'am, could you just say "yes" or "no"?

3              THE WITNESS:  Yes.

4    BY MR. RHYNE:

5    Q.   What is that?

6    A.   This is my $500 check -- post-dated check, which I gave her

7    for the spring.

8              MR. RHYNE:  Your Honor, we'd offer Exhibit 533 --

9              THE WITNESS:  I'm sorry.

10             MR. RHYNE:  -- into evidence.

11             MR. BABCOCK:  No objection.

12             THE COURT:  Exhibit 533 is admitted.

13             (Government's Exhibit 533 received in evidence.)

14             MR. RHYNE:  Can you publish Exhibit 533, please.

15             THE WITNESS:  Yeah.  This --

16   BY MR. RHYNE:

17   Q.   And this is the check you referred to; is that correct?

18   A.   Yes.

19   Q.   Can I now have you take a look at Exhibit 534?

20   A.   Yeah.  This is --

21   Q.   Do you recognize 534?

22   A.   Yes.

23   Q.   Is that another check that you gave to Dr. Su that day?

24   A.   Yes.

25             MR. RHYNE:  Your Honor, we'd offer Exhibit 534 into

1      evidence.

2                    MR. BABCOCK:  No objection.

3                    THE COURT:  Exhibit 534 is admitted.

4              (Government's Exhibit 534 received in evidence.)

5      BY MR. RHYNE:

6      Q.   And Exhibit 534 is another $500 check; is that correct?

7      A.   Yes.

8      Q.   And it's dated the same day, October 1st?

9      A.   No.  Actually, I went in September, and I gave post-dated

10     check --

11     Q.   Right.

12     A.   -- after two weeks.

13     Q.   Okay.  So they're both dated October 1st; is that correct?

14     A.   Yes.

15     Q.   And they're both post-dated?

16     A.   Yes.

17     Q.   Because you wrote them on an earlier date?

18     A.   Yes.

19     Q.   Why did you write these checks?

20     A.   Actually, I give post-dated check because I don't have any

21     plan to register, but I have to give to keep my status active.

22     So I gave post-dated checks for the registration for this --

23     Q.   And was this during the same conversation where Dr. Su said

24     you needed to --

25     A.   Same time I gave.

1    Q.   This is the same conversation where she said you needed to

2    continue to enroll; is that correct?

3    A.   Yes.

4    Q.   Did you receive an I-20 after you wrote these checks?

5    A.   Yes.

6         (Government's Exhibit 33 marked for identification.)

7    BY MR. RHYNE:

8    Q.   I'm going to hand you Exhibit 33 for identification and

9    have you take a look at it.

10   A.   This is my registration I-20.

11   Q.   Did you receive that from Dr. Su that day?

12   A.   Yes.

13   Q.   After you wrote the checks?

14   A.   Yes.

15        MR. RHYNE:  Your Honor, we'd offer Exhibit 33 into

16   evidence.

17        MR. BABCOCK:  No objection.

18        THE COURT:  Exhibit 33 is admitted.

19        (Government's Exhibit 33 received in evidence.)

20        MR. RHYNE:  Can we publish Exhibit 33, please.

21   Can we start with the top box there, "Name and University"?

22   BY MR. RHYNE:

23   Q.   This is your name --

24   A.   Yes.

25   Q.   -- correct?

1      And the university, Tri-Valley University; is that right?

2    A.   Yes.

3            MR. RHYNE:  Can we go down to the DSO's signature

4    now?

5    BY MR. RHYNE:

6    Q.   Did you see who signed this I-20?

7    A.   Yes.

8    Q.   Who signed it?

9    A.   Susan Su.

10   Q.   And it's signed in the name of Wenchao Vince Wang; is that

11   correct?

12   A.   Yes.

13   Q.   Did you notice that at the time?

14   A.   Before that, I noticed actually, not at this time.  When

15   I'm going to India, I came for the travel I-20.  At that point,

16   I observed.

17   Q.   You noticed it later then?

18   A.   Yes.

19   Q.   Did you register for classes after you paid your two $500

20   checks that day?

21   A.   Yes.

22   Q.   What classes did you register for?

23   A.   Business Communications -- Business Communications and

24   Project Management and Principles Management.

25   Q.   Principles in Management?  Is that what you said?

1    Principles Management?

2    A.   Yes.

3    Q.   Was there any discussion during this meeting about

4    employment at Tri-Valley University?

5    A.   About the employment?

6    Q.   About you working there.

7    A.   Yes.

8    Q.   What did Dr. Su say about that?

9    A.   The same conversation.

10   Q.   Which was that?

11   A.   Like, part of payroll, and she's ready to pay a thousand

12   dollars cash.

13   Q.   For you to work there?

14   A.   Yes.

15   Q.   And she told you that it would be in cash?

16   A.   Yes.

17   Q.   What did you say?

18   A.   I decided not to work.

19   Q.   Why?

20   A.   Because I wanted to get the payroll and the legal right.

21   Q.   You didn't want to work for cash?

22   A.   No.

23   Q.   Do you know what happened with the checks that you wrote

24   that day?

25   A.   Actually, I gave two weeks post-dated check ahead.  She

1      deposited it the next day.

2      Q.   Okay.  Did you ask her to wait to deposit those checks?

3      A.   Yes.

4      Q.   How did you know they were deposited the next day?

5      A.   Because I got a message from my bank.

6      Q.   What did you do when you got that message?

7      A.   It's overdraft in my bank.

8      Q.   What did you do when your bank told you that?

9      A.   Oh, I called to Tri-Valley University, but nobody answered.

10     So I went to Tri-Valley University.

11     Q.   Did you speak with Dr. Su when you went back?

12     A.   Yes.

13     Q.   What did you tell her?

14     A.   I didn't meet her that day.

15     Q.   Did you later talk with her about this check?

16     A.   Yes.

17     Q.   How much later?

18     A.   Oh, maybe, like, a week, something.  I went for my travel

19     I-20.

20     Q.   You went back for --

21     A.   Travel I-20.

22     Q.   A travel I-20?

23     A.   Yes.

24     Q.   Okay.  We'll talk about that in a moment.

25          When you went back for your travel I-20, did you talk to

1    Dr. Su about these checks?

2    A.   Yes.

3    Q.   What did she say?

4    A.   She did not say anything, and she -- from that time, she's

5    a little bit angry, like, speaking -- not speaking well with

6    me.

7    Q.   What do you mean by that?

8    A.   Like, if I'm asking something, "I'm busy.  We'll talk

9    later.  I have some work."

10   Q.   What was her tone of voice?

11   A.   It was kind of rude.

12   Q.   Did she give you an explanation about why she cashed the

13   checks that were post-dated?

14   A.   No.

15   Q.   Now, you mentioned a travel I-20.  One of your other

16   reasons to go to Tri-Valley University that day was to get a

17   travel I-20; is that correct?

18   A.   Yes.

19   Q.   Why did you need a travel I-20?

20   A.   She signed in front of me as a bank.

21   Q.   Okay.  Why did you need a travel I-20?

22   A.   To go to India.

23        (Government's Exhibit 34 marked for identification.)

24   BY MR. RHYNE:

25   Q.   I'm going to hand you Exhibit 34 for identification and

1    have you take a look at it.

2        Do you recognize Exhibit 34?

3    A.  Yes.

4    Q.  Is that the travel I-20 you were just referring to?

5    A.  Yes.

6        MR. RHYNE:  Your Honor, we'd offer Exhibit 34 into

7    evidence.

8        MR. BABCOCK:  No objection.

9        THE COURT:  Exhibit 34 is admitted.

10       (Government's Exhibit 34 received in evidence.)

11       MR. RHYNE:  Can we publish Exhibit 34, please, and

12   can we start at the top again with the name and school.

13   BY MR. RHYNE:

14   Q.  Again, your name and the school of Tri-Valley; is that

15   correct?

16   A.  Yes.

17       MR. RHYNE:  Can we come back out of that, and then

18   can we go down to the DSO's signature?

19   BY MR. RHYNE:

20   Q.  Do you see who signed this travel I-20?

21   A.  Yes.

22   Q.  Who signed it?

23   A.  Susan Su.

24   Q.  At this point, did you notice --

25   A.  Yes.

1    Q.   -- that it was signed in a different name?

2    A.   Yes.

3    Q.   Did you ask Dr. Su about that?

4    A.   Yes.

5    Q.   What did you ask her?

6    A.   "Why are you signing all different names?  Is there any

7    problem with the university or something?"

8    Q.   What did she say?

9    A.   Nothing.

10   Q.   Did she say if there was a problem?

11   A.   No.

12   Q.   Did you later travel to India on this I-20?

13   A.   Yes.

14   Q.   At any point during this academic semester, are you logging

15   into your classes?

16   A.   No.

17   Q.   Are you trying to log in?

18   A.   No.

19   Q.   Did you ever get any instruction on how to log in?

20   A.   No.

21   Q.   How long were you in India?

22   A.   Maybe 45 days or something.

23   Q.   Do you remember about when you returned?

24   A.   Yes, November 29th.

25             MR. RHYNE:  Okay.  Can we back out of this and then

CHALLA - DIRECT / RHYNE

1    go to the stamp on the top right-hand corner?

2    BY MR. RHYNE:

3    Q.   Is this about when you returned to the United States?

4    A.   Yeah.  November 30th, yes.

5    Q.   So that says the 30th?

6    A.   Yeah.

7    Q.   When you got back to the United States, did you go back to

8    Tri-Valley University?

9    A.   Not immediately.  In December, I went.

10   Q.   Okay.  Why did you go there?

11   A.   To transfer out.  I had plans to transfer out.

12   Q.   Okay.  Did you tell Dr. Su that you wanted to transfer out

13   of Tri-Valley University?

14   A.   Yes.

15   Q.   And this is now the second time you're telling her this; is

16   that correct?

17   A.   Yes.

18   Q.   What did she say?

19   A.   That time, she was busy actually.  There were so many

20   employees -- on-campus employees.  So I did not get a chance to

21   meet her like before.

22   Q.   Okay.  So did you meet her during that visit at any point?

23   A.   Yes.

24   Q.   Did you wait?

25   A.   Yes.

CHALLA - DIRECT / RHYNE

1   Q.   Okay.  Were you ultimately able to talk to her?

2   A.   Yes.

3   Q.   Okay.  Tell me about that conversation.  What did Dr. Su

4   say to you when you told her you wanted to transfer?

5   A.   "I want to transfer out from this university."

6   Q.   What did she say?

7   A.   The same thing.

8   Q.   Which was?

9   A.   I have to pay the rest of the course fees if I have to

10   transfer out.

11   Q.   Okay.  What did you do at that point?

12   A.   I gave one check to her -- post-dated checks, same like

13   before, and I came, and I cancelled that check.

14   Q.   Why did you cancel that check?

15   A.   At that point, I don't have money in my account.  I don't

16   know if she deposit, like, maybe before next day.

17   Q.   Did you have any more contact with Tri-Valley University

18   after that day?

19   A.   No.

20   Q.   When was the next time you discussed Tri-Valley University?

21   A.   That is the last time I went.

22   Q.   Did agents from Homeland Security come and talk to you --

23   A.   Yes.

24   Q.   -- after that?

25        Approximately how long after that?

1    A.   It was January 19th or 18th of -- like, two weeks, ten --

2    two weeks, something.

3    Q.   Now, at some point after the agents spoke to you, you're

4    aware that Tri-Valley University was shut down; is that

5    correct?

6    A.   Yes.

7    Q.   And you were placed in what's called deferred action; is

8    that correct?

9    A.   Yes.

10   Q.   What's your current immigration status right now?

11   A.   F-1.

12   Q.   And you're currently going to school?

13   A.   Yes.

14   Q.   At what university?

15   A.   Yes.

16   Q.   Which university?

17   A.   Herguan University.

18              MR. RHYNE:  No further questions, your Honor.

19              THE COURT:  Cross-examination?

20              MR. BABCOCK:  Thank you, your Honor.

21                        **CROSS-EXAMINATION**

22   BY MR. BABCOCK:

23   Q.   Good morning, ma'am.

24   A.   Good morning.

25   Q.   You -- I'm sorry.  Where are you going to school now?  I

```
1    missed your response.

2    A.   Sorry?

3    Q.   Where are you going to school now?

4    A.   Herguan University.

5    Q.   Herguan?

6    A.   Yes.

7    Q.   Where is that?

8    A.   It's on Lawrence in Sunnyvale.

9    Q.   I'm sorry?

10   A.   In on Lawrence in Sunnyvale.

11   Q.   Oh.  It's here in the Bay Area?

12   A.   Uh-huh.

13   Q.   Down in the South Bay?

14   A.   Yes.

15   Q.   And you -- so as I understand it, maybe starting at the

16   end -- at the end -- no.  Let's go back.

17        You first came to the United States planning to go to a

18   different school?

19   A.   Yes.

20   Q.   A school down in Southern California?

21   A.   Yes.

22   Q.   It's California Lutheran?

23   A.   Yes.

24   Q.   Okay.  And you submitted an application from India --

25   A.   Yes.
```

CHALLA - CROSS / BABCOCK

1    Q.   -- I assume.

2         Did any -- did any agencies help you apply, or did you do

3    that on your own?

4    A.   One of my friends -- he helped me.

5    Q.   Okay.  And you were admitted to California Lutheran

6    University, and they issued you an I-20?

7    A.   Yes.

8    Q.   After which you went to the American consulate and got a

9    visa?

10   A.   Yes.

11   Q.   And came to the United States; right?

12   A.   Yes.

13   Q.   And I think you said this was in 2009 --

14   A.   Yes.

15   Q.   -- right?

16        When you applied to California Lutheran University, what --

17   what kinds -- what kind of information did you rely on in

18   selecting that school?

19   A.   I gave my academic background -- you're asking why I choose

20   the university?

21   Q.   How did you choose it, yeah.

22   A.   Yeah.  I -- I heard that that is a good university, and my

23   friend -- he goes to that university because he studied there

24   before.

25   Q.   Okay.

CHALLA - CROSS / BABCOCK

```
1    A.   Yeah.

2    Q.   You had a friend who had gone there?

3    A.   Yes.

4    Q.   Okay.  But did you end up going there?

5    A.   Sorry?

6    Q.   Did you end up going to California Lutheran --

7    A.   No.

8    Q.   -- once you arrived?

9    A.   I did not go there.

10   Q.   You transferred to another school?

11   A.   Yes.

12   Q.   Here in the Bay Area?

13   A.   Yes.

14   Q.   Which was ITU; right?

15   A.   Yes.

16   Q.   Okay.  And did you end up going to ITU?

17   A.   Yes.

18   Q.   And how -- how many semesters did you go to ITU?

19   A.   One semester.

20   Q.   Just one semester?

21   A.   Yes.

22   Q.   And after that, you transferred to TVU?

23   A.   Yes.

24   Q.   Because the fees were more affordable?

25   A.   Yes.
```

CHALLA - CROSS / BABCOCK

1    Q.   How much were the fees at ITU?

2    A.   Oh.  At that point, it was 4,000.

3    Q.   So it was pretty significantly higher than the fees at TVU?

4    A.   Yes.

5    Q.   Okay.  Do you remember what the registration fees at

6    California Lutheran were?

7    A.   Registration fees?

8    Q.   For --

9    A.   Registration -- to pay for the registration fees was only

10   $50, but it's the course registration.

11   Q.   And how much were the -- were the course fees?

12   A.   It's depending on the credit.

13   Q.   Okay.

14   A.   Yes.

15   Q.   Do you remember -- I assume when you decided to go to

16   California Lutheran, one of the things you looked at was how

17   much it was going to cost you; right?

18   A.   Yes.

19   Q.   Do you remember roughly how much the fees were going to be

20   per semester?

21   A.   Like, 5,000, maybe more than 5,000.

22   Q.   Okay.  So even more than the fees at ITU?

23   A.   Yes.

24   Q.   And almost double -- not quite double the fees at TVU?

25   A.   Yes.

CHALLA - CROSS / BABCOCK

1    Q.   Is that -- is that fair to say?

2    A.   Yes.

3    Q.   Okay.  And how did you hear about Tri-Valley University?

4    A.   Two friends.

5    Q.   Which friends were those?

6    A.   Actually, my friend Tulasi.  She's my roommate.  First she

7    told me about that.

8    Q.   Tulasi?  You mentioned her name earlier --

9    A.   Yes.

10   Q.   -- right?

11        And who else?  Anyone else or just Tulasi?

12   A.   Just Tulasi.

13   Q.   Okay.  Isn't it true that when you were at ITU, you met a

14   fellow named Vishal Dasa?  Do you remember that?

15   A.   Sorry?

16   Q.   Do you know a fellow -- someone named Vishal, Vishal Dasa?

17   A.   After transferring to Tri-Valley, I know him.

18   Q.   Okay.  It wasn't until after you transferred?  You didn't

19   meet Mr. Dasa while you were at ITU?

20   A.   No.

21   Q.   I'd like to -- do you recall -- I'd like to try to -- did

22   you tell -- tell the -- strike that.

23        You had spoken to immigration agents and officers about

24   Tri-Valley University on a couple of occasions; right?

25   A.   Yes.

1    Q.   Starting back in January of 2011?

2    A.   Yes.

3    Q.   And then later that year, do you remember speaking -- being

4    interviewed actually with the U.S. Attorney's Office, I think,

5    but in the Oakland --

6    A.   Yes.

7    Q.   In the Oakland office?

8    A.   Yes.

9    Q.   I assume Mr. -- Mr. Rhyne was present for that interview?

10   A.   Yes.

11   Q.   Did -- do you remember telling them that you met Vishal

12   Dasa while you were still at ITU?

13   A.   No.

14   Q.   I'd like to show you something and ask if it refreshes your

15   recollection.

16   A.   Uh-huh.

17   Q.   Maybe just -- if you can read silently -- silently to

18   yourself the -- that last paragraph there.

19   A.   This one?

20   Q.   Yes, and you can flip over to the next page if you need.

21   You don't need to read the whole page.

22   A.   Uh-huh.

23   Q.   Does this refresh your recollection about your meeting with

24   Mr. Rhyne -- and Agent Mackey was there; right?

25   A.   Yes.

1    Q.   This fellow at the end of the table.

2         Do you remember telling them that, in fact, you had met

3    Vishal Dasa while still at ITU?

4    A.   He was not in ITU when I was in ITU.  He --

5    Q.   Is that what you told Mr. Rhyne back in November of 2011?

6    A.   2000 -- 2011?  But I did not see Vishal in ITU.

7    Q.   Well, do you -- you remember meeting -- you remember

8    meeting Mr. Rhyne and Mr. Mackey?

9    A.   Yes.

10   Q.   In November of 2011?

11   A.   Yes.

12   Q.   You went over to Mr. Rhyne's office and probably sat around

13   a table somewhere, and they asked you some questions about TVU?

14   A.   Yeah.  If you're asking at that point, Vishal is at the

15   same complex where I'm staying.  I knew him as a person,

16   Vishal, but I don't meet -- I did know -- know him from ITU.

17   Q.   Okay.

18   A.   Yeah.

19   Q.   So you knew Vishal Dasa before you went to TVU; is that

20   right?

21   A.   Yeah.  I know him but not related to TVU.

22   Q.   Okay.  You knew him, you say, from the same complex?

23   A.   Yes.

24   Q.   You're talking about, like, the same apartment complex?

25   A.   Yes.

1  Q.  Okay.  So -- so you lived in the same facility as Mr. Dasa?

2  A.  He's in a different apartment.

3  Q.  I understand.

4  A.  Yeah.  Uh-huh.

5  Q.  You didn't live together?

6  A.  No.

7  Q.  But in the same building or group of buildings?

8  A.  Yes.

9  Q.  Okay.  So Mr. Dasa did not go to ITU as far as you were

10  aware?

11  A.  Yes.

12  Q.  Okay.  So did you not tell -- did you not tell Mr. Rhyne

13  and Mr. Mackey that you had met -- I understand.  It was while

14  you were going to ITU that you met Mr. Dasa but not that

15  Mr. Dasa was at ITU?

16  A.  Yes.

17  Q.  That's my mistake.  I apologize.

18      The -- when -- you first contacted Tri-Valley University in

19  January 2010; is that right?

20  A.  Yes.

21  Q.  And you spoke with Dr. Su?

22  A.  Yes.

23  Q.  She asked you to send her copies of your passport and visa,

24  transcripts?

25  A.  Yes.

1    Q.   Those types of documents?

2    A.   Yes.

3    Q.   Okay.  And you, in fact, e-mailed her those documents?

4    A.   Yes.

5    Q.   And you were coming -- coming up on the point where you

6    needed to register at ITU.  When you transferred to TVU, you

7    had -- strike that.

8         When -- between semesters at ITU, you had a certain amount

9    of time to reregister; right?

10   A.   Yes.

11   Q.   Paid -- paid the fees for the next semester?

12   A.   I didn't get your question actually.

13   Q.   Fair enough.

14   A.   Yeah.

15   Q.   Which semester did you go to ITU?

16   A.   It's Spring -- Spring 2009.

17   Q.   Spring 2009?

18   A.   Yes.

19   Q.   Okay.  And what did you do after the spring of 2009?

20   A.   Transferred to Tri-Valley in the fall.

21   Q.   Okay.  When is the first time that you spoke with someone

22   at Tri-Valley University?

23   A.   It's in December of, like -- maybe January, first week,

24   something.

25   Q.   Okay.

1    A.   Yeah.

2    Q.   So what -- what happened between the spring of 2009 and

3    December of 2009 or January 2010?

4    A.   I finished my semester in ITU.

5    Q.   Okay.  Did that semester go through the remainder of 2009?

6    That's just all I'm trying to understand.

7    A.   2009 semester -- we finished in 2000 -- before January.

8    Q.   So it was more like the fall of 2009, not the spring of

9    2009?

10   A.   Spring 2009.  It's the spring.  In September, I just

11   started in ITU.  I finished before January.

12   Q.   So you started the semester in September 2009, and they

13   called it the spring --

14   A.   Yes.

15   Q.   -- semester?

16   A.   Yes.

17   Q.   Okay.  I'm -- now, after you finished your first

18   semester --

19   A.   Uh-huh.

20   Q.   -- in December 2009 at ITU --

21   A.   Uh-huh.

22   Q.   -- did you have a certain amount of time to pay for the

23   next semester's classes?

24   A.   Yes.

25   Q.   How long was that?  Do you remember?

1    A.   The deadline for each semester -- they give you, like, one

2    week or ten days, something.

3    Q.   Okay.  And when you were at ITU, how much -- how much did

4    you have to pay for the next semester's tuition?

5    A.   It's like 4,000-something.

6    Q.   I mean -- my apologies.  How much of that 4,000 did you

7    have to pay at the beginning of the semester?

8    A.   It's two times we can pay.

9    Q.   So basically two payments of $2,000?

10   A.   No.  It's more like $2,500 one time, and it's, like, a

11   thousand-500 or something the second time.

12   Q.   Okay.  So the first payment was, like, $2,500?

13   A.   Yes.

14   Q.   And the second payment was 1500?

15   A.   Yes.

16   Q.   Okay.  Were you worried that -- were you able -- were you

17   in a position to pay your next semester's fees at ITU?

18   A.   Sorry?

19   Q.   Did you have the money to pay -- the 2500 to pay for the

20   next semester at ITU?

21   A.   It's not full, but I have money.

22   Q.   Okay.

23   A.   Yeah.

24   Q.   And when you met with Dr. Su, she told you that all the

25   classes would be online, but she was trying in the future to

1    have a building where there would be physical classes; right?

2    A.   Yes.

3    Q.   Okay.  So you decided -- after that, you decided to go

4    ahead and register and pay for -- that was in January of 2010;

5    right?

6    A.   Yes.

7    Q.   Now, you did receive some e-mails relating to the classes

8    that you registered for?

9    A.   Yes.

10   Q.   But you had some difficulty with the system --

11   A.   Yes.

12   Q.   -- if I understand that --

13   A.   Yeah.

14   Q.   You tried to log in --

15   A.   Uh-huh.

16   Q.   -- is that right?

17   A.   Yes.

18   Q.   Did you -- did you see -- were there, like, certain times

19   that you tried to log in where you were expecting to see -- to

20   have a professor available?

21   A.   When I log in once or twice, there is nobody in the room.

22   Q.   Okay.  And you contacted the school about these issues and

23   tried to work them out?

24   A.   Actually, I tried to contact, but it's very hard to call

25   and ask about these things.

1    Q.   Hard because no one answered the phone or because they're

2    hard to talk about?

3    A.   Because there's no staff who can give responsible answers

4    for this.

5    Q.   Okay.  Did you try to call?

6    A.   Yes.

7    Q.   Did you try to e-mail?

8    A.   No.

9    Q.   So how many times did you try to call about your login

10   difficulties?

11   A.   Like, three or four times, something.

12   Q.   Okay.  Now, if I understand you right, you received a --

13   you understood that Tri-Valley University had a sort of

14   referral system?

15   A.   Yeah.

16   Q.   That's what you were told; right?

17   A.   Yes.

18   Q.   But you -- if I understand it -- correct me if I'm wrong,

19   but you never officially referred anyone, or you did?

20   A.   No.

21   Q.   Okay.  But you, in fact, received a check for a referral

22   fee?

23   A.   Yes.

24   Q.   How did you know it was for a referral?

25   A.   She only told me, Susan Su.

1    Q.   So you asked her what the check was for?

2    A.   Sorry?

3    Q.   Well, let me just show it to you.

4         You received this -- you received a check in April of 2010?

5    A.   Yes.

6    Q.   This is Exhibit 535.

7         Did you get this check in the mail, or did someone give it

8    to you?

9    A.   I directly get it from Susan Su.

10   Q.   Okay.  She handed you the check then?

11   A.   Yes.

12   Q.   Okay.  And what did she say it was for?

13   A.   "This is for referral."

14   Q.   Okay.  And what did you say?

15   A.   Because -- I know that I would get money because when we

16   registered the first time, at that time I know that she's --

17   she made some programs for the referral.

18   Q.   So I -- what did you -- what was your response when Dr. Su

19   handed you this check and said, "This is for a referral fee"?

20   A.   She gave me, and I took it.  That's all.

21   Q.   I'm sorry?

22   A.   Yes, I took the check.

23   Q.   I know, but did you say, "I didn't refer anybody"?

24   A.   It's like -- I did not refer personally anybody.  We -- all

25   together, we went -- we went.  It come under that I referred

1    specially somebody.

2    Q.   I understand.

3         The first time you went, you were with two other people;

4    right?

5    A.   Yes.

6    Q.   And you all registered at the same time?

7    A.   Yes.

8    Q.   So she assumed that you had referred one or both of your

9    friends?

10   A.   Yes.

11   Q.   Okay.  Was this referral fee for -- it was $405.  Did you

12   have an understanding of how much the referral was supposed to

13   be?

14   A.   If I'm not -- get a 15 percentage, the fees amount.

15   Q.   Okay.  So did you understand this $405 to be a referral for

16   one or both of your friends?

17   A.   Really, I don't know, because purposely I haven't done

18   that.  So that's why I don't have any idea exactly on that.

19   Q.   I understand, but -- so it doesn't sound like you really

20   questioned -- you didn't really question the check.  Is that

21   fair to say?

22   A.   About that?

23   Q.   Yeah.  You didn't say, "No.  I didn't refer anybody.

24   "Keep" -- "keep your check"?

25   A.   Why I would say that?  Because when I'm registering, she

CHALLA - CROSS / BABCOCK

1    put me under -- she put somebody under me; right?

2    Q.  I'm sorry?

3    A.  She told me, like, it's a referral program.  She explained

4    me.  I know that some program she explained to me.  So --

5    Q.  You knew there was a referral program?

6    A.  Yes.

7    Q.  But you didn't refer anybody --

8    A.  Yes.

9    Q.  -- right?

10   A.  Yes.

11   Q.  But she thought you did?

12   A.  Sorry?

13   Q.  She thought you referred somebody; right?

14   A.  Yes.

15   Q.  That's why she gave you the check?

16   A.  Yes.

17   Q.  Okay.  You didn't -- you didn't -- all -- it's not that big

18   a deal.  My only point is you didn't tell her you didn't refer

19   anybody --

20   A.  No.

21   Q.  -- right?

22   A.  Yes.

23   Q.  You just took the check?

24   A.  Yes.

25   Q.  Kept the money and cashed it; right?

1    A.   Yes.

2    Q.   Okay.  Now, if I understand it, about a month later, you

3    had paid as of -- you paid a thousand dollars towards your

4    first semester's tuition; right?

5    A.   Yes.

6    Q.   Do you remember whether that check was in January 2010?

7    A.   Yes.

8    Q.   Okay.  Do you remember when your next -- when you made your

9    next payment?

10   A.   It's in -- yes.

11   Q.   And was that a bigger check, or was that a credit card?

12   A.   It's a bigger check.

13   Q.   This was the check drawn from the Indian bank?

14   A.   Yes.

15   Q.   Okay.  I just want to make sure we're referring to

16   Exhibit 532.

17        This is the check you're referring to; right?

18   A.   Yes.

19   Q.   And this -- I can't read it exactly, but it's drawn on an

20   Indian bank?

21   A.   Yes, Allahabad Bank.

22   Q.   And did your family send you this check?

23   A.   I got from -- sorry?

24   Q.   How did you get -- how did you get the check?

25   A.   This is -- I got it from my aunt.

CHALLA - CROSS / BABCOCK

1    Q.   From your aunt?

2    A.   Yes.

3    Q.   Okay.  Who lives in India, or she was here as well?

4    A.   Sorry?

5    Q.   Was she here in the United States, or was she in India?

6    A.   She's in India --

7    Q.   Okay.

8    A.   -- but I didn't get that -- about what you are asking.

9    Q.   Who gave you -- who gave you the check?

10   A.   The bank.

11   Q.   Okay.  You -- it's dated May of 2010; right?

12   A.   Yes.

13   Q.   Okay.

14   A.   Uh-huh.

15   Q.   So you were in the United States in May 2010; right?

16   A.   Yes.

17   Q.   Okay.  So did someone send you the check?

18   A.   Yes.

19   Q.   Okay.  And this was to be -- it's for $6,267?

20   A.   $17.

21   Q.   $17.  My mistake.

22        And this was to be -- I didn't understand exactly what this

23   was for.  This was the remainder of your tuition?

24   A.   Yes.

25   Q.   Which was still what, 1700?

1    A.   Yes.

2    Q.   As well as your friends' tuition?

3    A.   No.  It's only for my expenses.  The bank will give for

4    tuition fees and personal expenses also.

5    Q.   I understand, but you didn't owe Tri-Valley University more

6    than $6,000.  You only owed them another 1700?

7    A.   Yes.

8    Q.   Okay.

9    A.   Yeah.

10   Q.   And -- but when you presented this check to Dr. Su, you

11   asked -- you asked her to give you -- to take the check and pay

12   you what, around $4,500?

13   A.   Yes.

14   Q.   She didn't want to do that?

15   A.   Yeah.

16   Q.   She wasn't comfortable with that.  Is that fair to say?

17   A.   Yes.

18   Q.   Okay.  But she did say that she would credit that payment

19   towards your friends, who also still owed tuition payments --

20   A.   Yes.

21   Q.   -- right?

22        And then your friends, rather than paying their money to

23   school, would reimburse you for the tuition that you had just

24   paid on their behalf?

25   A.   Yes.

CHALLA - CROSS / BABCOCK

1    Q.   Okay.

2    A.   Yes.

3    Q.   I'm getting that right --

4    A.   Yes.

5    Q.   -- I think.  Okay.

6    A.   Yes.

7    Q.   Did you get reimbursed from your friends?

8    A.   Yes, I got money back.

9    Q.   Okay.  And so as far as you know, did Dr. Su, in fact, give

10   your friends the credit towards the tuition that had been paid

11   with your check?

12   A.   Sorry?

13   Q.   Did your friends have to pay any more towards their

14   tuition, or they just paid you?

15   A.   Paid me.

16   Q.   Okay.  After May, you decided to take the next semester

17   off; is that right?

18   A.   Yes.

19   Q.   Okay.  And you did not have to pay any tuition, I assume,

20   for the semester where you did not -- were not enrolled, not

21   attending; right?

22   A.   Yes.

23   Q.   Okay.  Did you work that summer?

24   A.   No.

25   Q.   And when you went back in the fall -- when you went back in

CHALLA - CROSS / BABCOCK

1    the fall, you had heard some rumors that TVU was going to be

2    shut down; is that right?

3    A.   Yes.

4    Q.   Who did you hear those rumors from?

5    A.   Friends.

6    Q.   Which friends?

7    A.   I don't know.  Like, everybody is speaking it.

8    Q.   I'm sorry?

9    A.   I heard, like, very much that this university is going to

10   shut down.

11   Q.   Did you know a lot of people that were registered at TVU?

12   A.   No, not a lot of people.

13   Q.   Like, how many?  Give us an estimate.

14   A.   Sorry?

15   Q.   Just -- can you give us an estimate of how many people --

16   how many -- how many of your friends were enrolled in TVU in

17   2010?

18   A.   Oh.  I know, like, hardly -- maybe six people or something.

19   Q.   Okay.  Someone told you that they had heard that TVU might

20   be shut down.  Isn't that fair to say?

21   A.   Yes.

22   Q.   When you went back in September when registration for the

23   fall semester was due --

24   A.   Yes.

25   Q.   -- is that right?

1    A.   Yes.

2    Q.   Okay.  So you were having some concerns about whether you

3    wanted to register because you wouldn't want to register for a

4    school that was going to be shut down --

5    A.   Yes.

6    Q.   -- isn't that right?

7    A.   Yes.

8    Q.   But Dr. -- Dr. Su -- you asked Dr. Su about the rumors;

9    right?

10   A.   Yes.

11   Q.   And she -- she denied them, said the school was not going

12   to shut down?

13   A.   No.

14   Q.   At least as far as she knew; right?

15   A.   Yes.

16   Q.   And you gave her the first check for the next semester's

17   fees?

18   A.   Yes.

19   Q.   But the check was -- you post-dated it, I think you said,

20   by two weeks?

21   A.   Yes.

22   Q.   And you got -- you got a call from your bank the next day

23   saying it had been deposited and you were overdrawn?

24   A.   An e-mail, yes.

25   Q.   E-mail from your bank?  Fair enough.

1    A.    Yes.

2    Q.    But the check -- you don't remember exactly what day in

3    September you wrote the check; right?

4    A.    September?  I went at that time maybe, like, the 16th,

5    like, in that time.

6    Q.    Okay.  Around September 16th, but the check was dated

7    October; right?

8    A.    Yes.

9    Q.    And the bank put it through anyway?

10    A.    Sorry?

11    Q.    Well, you said you were overdrawn because of the check --

12    A.    Yes.

13    Q.    -- which means that your bank put through a check that had

14    a date about two weeks after that; right?

15    A.    Yes.

16    Q.    And actually, you wrote two checks?

17    A.    Yes.

18    Q.    One for you and one for your friend; right?

19    A.    One for my husband.

20    Q.    Your husband.  My mistake.

21          You wrote two checks to TVU that day, and they were both

22    post-dated; right?

23    A.    Yes.

24    Q.    And the bank put both of those checks through in your

25    account?

1    A.   Yes.

2    Q.   Did you ever complain to the bank and say --

3    A.   Yeah, I called them.

4    Q.   -- "You shouldn't have honored this check.  It was

5    post-dated for a reason."

6    A.   Yes.

7    Q.   "I didn't have the money yet"?

8    A.   Yes.

9    Q.   Did they -- did they clear that up later?

10   A.   No.

11   Q.   And at that point in the -- when you registered for the

12   fall semester, you dealt with -- you dealt with somebody else,

13   not with Dr. Su directly, but as far as registering for

14   classes.  Do you remember that?

15   A.   Sorry?

16   Q.   You gave Dr. Su -- you gave those two checks -- the two

17   post-dated checks to Dr. Su --

18   A.   Uh-huh.

19   Q.   -- is that right?

20   A.   Yes.

21   Q.   Was she the one that actually registered you for classes,

22   or did someone else from the office do that?

23   A.   She's the one.

24   Q.   Oh.  Okay.  And did you tell her at that point that you

25   wanted to switch to Business Administration?

1    A.   Yes.

2    Q.   Because you thought that there were classes available in

3    that program; is that right?

4    A.   I thought --

5    Q.   That's what you had heard?

6    A.   Yeah.

7    Q.   Did someone tell you that?

8    A.   Yes.

9    Q.   Okay.  By Dr. Su or someone else?

10   A.   There is no someone else in that college.  Every time, I

11   spoke with Susan Su.

12   Q.   Okay.  You never talked with anybody but Susan Su?

13   A.   No.

14   Q.   Fair enough.

15        Your checks bounced.  Did -- did Dr. Su terminate your

16   status?

17   A.   No.

18   Q.   Did she do anything as far as you know to --

19   A.   Because she got the money; right?  It's overdraft.  It's

20   not bounced.

21   Q.   Fair enough.

22        At some point, a month or so later, you went back because

23   you wanted to travel to India --

24   A.   Yes.

25   Q.   -- right?  For a family reason?

1    A.   Yes.

2    Q.   A health -- a health issue, I believe?

3    A.   Yes.

4    Q.   And you wanted an I-20 to go back to India; is that right?

5    A.   Yes.

6    Q.   Okay.  Are you certain that the check -- one of your checks

7    didn't bounce?

8    A.   No.

9    Q.   Well, didn't Dr. Su tell you that you had bounced a check

10   on her and asked you to pay by credit card?

11   A.   No.  She did not tell me anything about the checks -- about

12   that again.

13   Q.   Are you certain about that?

14   A.   Sorry?

15   Q.   It's okay.

16        Let me see if I can refresh your recollection.

17             MR. RHYNE:  Your Honor, can we go sidebar?

18             THE COURT:  Yes.

19        (The following proceedings were heard at the sidebar:)

20             THE COURT:  We're at a sidebar outside the hearing of

21   the jury.

22             MR. RHYNE:  My issue with this is if he's going to

23   refresh her recollection, she hasn't said she doesn't remember.

24   If he wants to impeach her with this, that's perfectly fine,

25   but as far as refreshing her recollection, she hasn't said that

1    she doesn't remember saying this.

2              MR. BABCOCK:  I'm sorry.  I guess I haven't asked her

3    about the statement, but she did tell them --

4              THE COURT:  It's true actually, and this happened

5    once before, and no objection was made, but the witness has to

6    say that she doesn't --

7              MR. BABCOCK:  Right.

8              THE COURT:  -- remember.  If she doesn't remember,

9    the fact that she said something differently -- no.  She said

10   it didn't happen.  I'm sorry.

11             MR. BABCOCK:  She denied that it happen --

12             THE COURT:  Right.

13             MR. BABCOCK:  -- but she's previously saying that it

14   did.  That's --

15             MR. RHYNE:  He can impeach her with that.

16             MR. BABCOCK:  It's that right there.

17             THE COURT:  Yeah.  Well, this is the date she

18   prepared this.

19             MR. RHYNE:  Right.  It's not her check statement.

20   It's a summary of what Agent Mackey says that she said.  So

21   it's actually Agent Mackey's checks material.  It's Agent

22   Mackey's first name.  So that's another part of the analysis.

23             THE COURT:  Do you want to be heard?

24             MR. BABCOCK:  We can ask him about that later.

25             THE COURT:  I think he's right.

1        MR. BABCOCK:  I'll ask her if she said it, denied

2    saying it to him, and see what she says and why it didn't

3    happen, why was she telling him that it did.

4        THE COURT:  Do you deny that's a fair question?  All

5    right.

6        MR. RHYNE:  Great.  Thank you.

7    (Proceedings were heard in the presence of the jury:)

8        MR. BABCOCK:  Everybody good?

9    BY MR. BABCOCK:

10   Q.  Ms. Challa, so -- so I'm crystal-clear, the checks -- there

11   were two checks actually?

12   A.  Yes.

13   Q.  The two post-dated checks that you wrote?

14   A.  Yes.

15   Q.  In the middle of December?

16   A.  Yes.

17   Q.  That were dated in the beginning of October 2010?

18   A.  Yes.

19   Q.  Your testimony is that your bank actually honored those

20   checks?

21   A.  Sorry?

22   Q.  Your bank honored the checks?

23   A.  Yes.

24   Q.  They paid the checks?

25   A.  Yes.

1    Q.   Okay.

2    A.   Yes.

3    Q.   So your account was overdrawn?

4    A.   Yes.

5    Q.   But as far as Tri-Valley University was concerned, the

6    checks cleared?

7    A.   Yes.

8    Q.   Okay.  Do you recall -- I asked you this earlier.  You

9    recall meeting Mr. Rhyne and Agent Mackey -- I don't know who

10   else was there -- in a meeting in November 2011?

11   A.   Uh-huh.

12   Q.   At that point, that was about one year after these checks

13   had been written, 13 months or so; right?

14   A.   Uh-huh.

15   Q.   You have to -- you can't -- you have to say, "Yes" or "no."

16   I'm sorry.

17   A.   I did not get this last one.

18   Q.   Certainly.

19        You recall the meeting at the U.S. Attorney's Office in

20   November 2011 --

21   A.   Yes.

22   Q.   -- right?

23   A.   Yes.

24   Q.   With Mr. Rhyne and Agent Mackey and maybe some other

25   people?

1    A.   Yes.

2    Q.   And they asked -- talked to you about some of the same

3    things that you testified to today; right?

4    A.   Yes.

5    Q.   Having to do with Tri-Valley University.

6         One of the things they talked to you about was these

7    post-dated checks?

8    A.   Yes.

9    Q.   And isn't it true that you told them that when you went

10   back to Tri-Valley -- Tri-Valley University --

11   A.   Uh-huh.

12   Q.   -- to get a travel I-20 to go to India --

13   A.   Uh-huh.

14   Q.   -- Dr. Su had told you your check had bounced?

15   A.   No.

16   Q.   You never told them that in November 2011?

17   A.   No.

18   Q.   Okay.  Did you make -- did you make another payment to

19   Tri-Valley University that day when you went to get the travel

20   I-20?

21   A.   No, I don't think.

22   Q.   Did you ever pay Tri-Valley University using a credit card?

23   A.   Yes.

24   Q.   Okay.  But not in -- not when you went to get the travel

25   I-20?

1    A.   No.

2    Q.   Okay.  Now, you took your trip to India, and I -- you said

3    it was what, four or five weeks long?

4    A.   Yeah, five weeks.

5    Q.   Five weeks?

6    A.   Five.

7    Q.   And Mr. Rhyne showed you a -- Exhibit 34, which was the --

8    this -- this is the I-20 that you got to go back to India?

9    A.   Yes.

10   Q.   Okay.  Did you tell Dr. Su that you needed to go back to

11   India?

12   A.   Yes.

13   Q.   Did you tell her someone in your family was having a health

14   issue and you needed to --

15   A.   Yes.

16   Q.   You said you needed to go?

17   A.   Uh-huh.

18   Q.   So she issued you this I-20?

19   A.   Yes.

20   Q.   Okay.  And when you came back, you flew into what, San

21   Francisco International?

22   A.   Yes.

23   Q.   Okay.  And presented this document at some -- at some point

24   when you were entering the country at the airport?

25   A.   Yes.

1    Q.   Okay.  I assume you had to show them your passport.

2    A.   Yes.

3    Q.   As well as your passport had the F-1 visa in it at the

4    time?

5    A.   Yes.

6    Q.   Okay.  Did they ask you for any other documents?

7    A.   No.

8    Q.   Okay.  Did they specifically ask you for the I-20?

9    A.   I have to take I-20 to clear Immigration.

10   Q.   Okay.  So you did present them with the I-20?

11   A.   Yes.

12   Q.   And hence the stamp there in the upper right.  Looks like

13   November 30th?

14   A.   Yes.

15   Q.   Did you -- did they ask you any questions about your

16   schooling?

17   A.   No.

18   Q.   Ask you if you were actively enrolled in classes?

19   A.   No.

20   Q.   Did they ask you if you were physically attending any

21   classes?

22   A.   No.

23   Q.   I forgot to ask you.  This I-20, the -- Exhibit 34 did not

24   have Susan Su's signature on it?

25   A.   Yes.

1    Q.   Or did not have her name, I take it.

2         And you -- it has the name of Wenchao Vince Wang --

3    A.   Yes.

4    Q.   -- or Wong, and you saw her sign this document?

5    A.   Yes.

6    Q.   Okay.  And you asked her about it?

7    A.   About going in -- before India, I asked her about that.

8    Q.   Okay.  And what did she say?

9    A.   I asked this -- if there is any problem with the

10   university, "why you are signing a different name."  So --

11   Q.   And she said there was no problem?

12   A.   Yes.

13   Q.   That she was authorized to sign it?

14   A.   It's not like that she was authorized to sign it or

15   something.  She told that nothing is there.  That's all.

16   Q.   I'm sorry.  That nothing --

17   A.   She told me nothing -- no problem is there.

18   Q.   That it's not a problem?

19   A.   Yes.

20   Q.   Okay.  As I understand it, you went to TVU one last time

21   after you came back from India in the fall of 2010?

22   A.   Uh-huh.

23   Q.   You went around January 6th, 2011; is that right?

24   A.   Approximately.

25   Q.   Okay.  Fair enough.

1       And you told her that you were -- wanted to be transferring

2    schools?

3    A.   Yes.

4    Q.   And she asked you -- she told you at that point that you

5    had not finished paying your tuition for the fall semester;

6    right?

7    A.   Yes.

8    Q.   And she asked you to pay the balance of that first?

9    A.   Yes.

10   Q.   And you gave her a check; right?

11   A.   Yes, I give her a check.

12   Q.   But then you cancelled the check after you left?

13   A.   Yes.

14   Q.   That check did not bounce in your account; right?

15   A.   No.

16          MR. BABCOCK:  I think that's all I have, your Honor.

17          THE COURT:  Thank you.

18       Mr. Rhyne, will there be redirect?

19          MR. RHYNE:  Yes, your Honor, very briefly.

20          MR. BABCOCK:  Yeah.  Go ahead.

21          THE COURT:  This is normally the time that we would

22   take a break.  If it will just be a couple minutes, then you

23   should go ahead.

24          MR. RHYNE:  I think it will be quick, your Honor.

25          THE COURT:  All right.

1                        **REDIRECT EXAMINATION**

2     BY MR. RHYNE:

3     Q.   Mr. Babcock asked you about your registration for classes

4     in the fall of 2010.  I want to follow up on that a little bit.

5          You decided to register -- reregister for classes; is that

6     correct?

7     A.   Yes.

8     Q.   And that was after Dr. Su had told you that you needed to

9     pay her for additional semesters in order to transfer; is that

10    correct?

11    A.   Yes.

12    Q.   And after she told you that, you wrote the checks and paid;

13    is that correct?

14    A.   Yes.

15                MR. RHYNE:  No further questions, your Honor.

16                THE COURT:  Mr. Babcock?

17                MR. BABCOCK:  No, your Honor.

18                THE COURT:  Ms. Challa, thank you for your testimony.

19    You're excused.  You can step down.

20                THE WITNESS:  Thank you, sir.

21                THE COURT:  Ladies and gentlemen, we'll take our

22    second recess of the day.  The Court will --

23                THE WITNESS:  Sorry, sir.  That's okay.

24                THE COURT:  The Court will be in recess for

25    15 minutes.

1    Thank you.

2            THE CLERK:  All rise.

3    Court is in recess for 15 minutes.

4                    (Recess taken.)

5            THE COURT:  All right.  So back on the record.

6    Next witness, please.

7            MR. RHYNE:  Your Honor, we would like to read a joint

8    factual stipulation into the record, please, to the Court

9    before calling our next witness.

10           THE COURT:  All right.  Members of the jury, as I

11   previously instructed you, when the parties reach a

12   stipulation, it's an agreement that certain things are true.

13   Those things are read into the record.  Those facts become part

14   of the record.  No further evidence needs to be introduced.

15       Mr. Rhyne?

16           MR. RHYNE:  Thank you, your Honor.

17       Factual Stipulation No. 4:  During the dates of the

18   offenses charged in this case, Tri-Valley University's website

19   domain, www.trivalleyuniversity.org, and Tri-Valley

20   University's e-mail accounts ending in trivalleyuniversity.org

21   were hosted and operated through a company known as Host

22   Monster located in Provo, Utah.

23       All e-mails sent to and from Tri-Valley University's e-mail

24   addresses electronically traveled in interstate commerce

25   through a Host Monster server located in Utah.  All electronic

1   data stored on Tri-Valley University's public website was

2   stored on a Host Monster server located in Utah.

3         With that, your Honor, the United States calls Mr. Parth

4   Patel.

5               THE COURT:  Good afternoon, Mr. Patel.

6               THE WITNESS:  Good afternoon.

7               THE COURT:  Let me ask you to come up to the witness

8   stand where this chair is, and when you get there, just remain

9   standing and raise your right hand and face my courtroom

10  deputy, please.

11              THE CLERK:  Do you solemnly swear or affirm that the

12  testimony you're about to give in the matter now pending before

13  this Court shall be the truth, the whole truth, and nothing but

14  the truth?

15              THE WITNESS:  Yeah.  What I am going to say is the

16  truth.

17              THE CLERK:  Thank you.  Please be seated.  You need

18  to speak directly into the microphone in order to be heard.

19       Can you please state your full name and spell your first

20  and last name.

21              THE WITNESS:  My full name is Parth Ashokbhai Patel,

22  P for "Peter," A for "Apple," R for "Robert," T for "Thomas," H

23  for "Henry."  Ashokbhai --

24                   (Court reporter clarification.)

25              THE WITNESS:  Sure.

1           Ashokbhai, A-s-h-o-k-b-h-a-i, and last name is Patel,

2     P-a-t-e-l.

3               THE COURT:  Mr. Patel, have you ever testified

4     before?

5               THE WITNESS:  No.

6               THE COURT:  Okay.  Here's how it works.  All the

7     jurors have to be able to hear you.  So if you can just keep

8     your voice up and use the microphone, that will be helpful.

9               THE WITNESS:  Sure.

10              THE COURT:  That water is there for you if you might

11    get thirsty.

12         Also, this gentleman here is our court reporter.  He's

13    writing down everything that everybody says.  So the lawyers

14    will wait until you're done before they ask you another

15    question because this gentleman can't take down two people at

16    once.  So if you can make sure to wait until the lawyers finish

17    their question before your answer, that will be helpful.

18              THE WITNESS:  Sure.

19              THE COURT:  Mr. Rhyne?

20              MR. RHYNE:  Thank you, your Honor.

21                            **PARTH PATEL,**

22    Called as a witness by the Government, having been duly sworn,

23    testified as follows:

24    ///

25    ///

1              **DIRECT EXAMINATION**

2      BY MR. RHYNE:

3      Q.   Where are you currently employed?

4      A.   Working at Xilinx, Inc.

5      Q.   Can you spell that?

6      A.   X-i-l-i-n-x, Inc.

7      Q.   What do you do there?

8      A.   I'm a verification engineer over there.

9      Q.   What are your duties and responsibilities as an engineer?

10     A.   So Xilinx -- they define an FEG, and I'm verifying those

11     FEG blocks for Xilinx's current design review.  We verify -- we

12     write different type of test cases for -- to make sure the

13     design work correctly or not.

14     Q.   Can you summarize your educational background?

15     A.   I've done my Bachelor's in -- from the Gujarat University

16     in India, and I have done my Master's from San Jose State

17     University from San Jose.

18     Q.   What was your Bachelor's degree -- in what area?

19     A.   My Bachelor's degree in Electronics and Communication and

20     my Master's in Electrical Engineering.

21     Q.   What year did you graduate from San Jose State University

22     with your Master's degree?

23     A.   2000 -- 2011, December 2011.

24     Q.   Are you familiar with the defendant in this case, Dr. Susan

25     Su?

1    A.   Yes.

2    Q.   Is she in the courtroom today?

3    A.   Yes.

4    Q.   Do you see her seated over here?

5    A.   Yes.

6    Q.   I want to talk about your immigration status.

7         What was your immigration status -- or what's your current

8    immigration status?

9    A.   It's H-1B.

10   Q.   That's a work visa; is that correct?

11   A.   Yeah, work visa.

12   Q.   Prior to that, what was your immigration status?

13   A.   F-1.

14   Q.   Where was that F-1 visa?  What university?

15   A.   San Jose State University.

16   Q.   Prior to that, what was your visa -- or what was your

17   immigration status?

18   A.   No.  That's the visa where I -- the visa when I came to the

19   U.S.

20   Q.   So the San Jose State F-1 visa was what brought you to the

21   United States?

22   A.   Yes.

23   Q.   Have you heard of Tri-Valley University?

24   A.   Yes.

25   Q.   How did you first hear about Tri-Valley University?

1    A.   I used to play volleyball in San Jose State, and some guy

2    called Sri -- he asked me to -- need a favor in doing --

3                    (Court reporter clarification.)

4              THE WITNESS:  I was playing volleyball at the time,

5    and the friend -- we just get together in San Jose State

6    ground, and the guy said to me that he needed some -- he needed

7    help for some security work, and at that time even I don't know

8    about Tri-Valley University.  I just know about -- I -- they

9    needed help to -- while I'm -- when I go there on Saturday and

10   Sunday.  The guy drove me there.  Then I had to learn to know

11   what is Tri-Valley University.

12   BY MR. RHYNE:

13   Q.   How do you spell Sri?

14   A.   S-r-i.

15   Q.   Okay.  This is the individual that told you that he needed

16   help working?

17   A.   Yeah.

18   Q.   And you -- he later took you to Tri-Valley University; is

19   that correct?

20   A.   Yes.

21   Q.   To check on employment for yourself; is that right?

22   A.   Yes.  Actually, at that time it was just a daytime job.

23   That's how we describe it.  He said, "There is some e-mails and

24   some" -- "few stuff you need to work on.  You just need to

25   understand how to read e-mail and how to type."

1    Q.   Before we talk about -- about that, can you tell the

2    jury -- are you familiar with the term VLSI?

3    A.   Yes.

4    Q.   What is VLSI?

5    A.   VLSI means very-large-scale-integration.  It's -- it's

6    dom -- it's a specialization in electrical engineering.  So

7    everyone is mostly familiar with Intel chips.  So Intel designs

8    chips, and in a few chips -- in a chip, we need lots and lots

9    of logic gates inside the design, and more and more gates

10   include -- create a bigger and bigger design.  So that stands

11   for VLSI, very-large-scale-integration.

12   Q.   Before you went with your friend Sri to Tri-Valley

13   University, did you have any understanding about whether there

14   was any opportunities through VLSI at Tri-Valley University?

15   A.   Well, I just started to know that she -- the owner also has

16   the same field where I am doing my Master's.  So she also has

17   the same education background, and she might -- can be a very

18   useful guide to my education also.

19   Q.   Okay.  And the person you're referring to is Dr. Su?

20   A.   Yes.

21   Q.   You believed that she had some expertise in that area?

22   A.   Yes.

23   Q.   Did you ultimately go -- or did you finally go visit

24   Tri-Valley University?

25   A.   Yes.

1    Q.   And you went with Sri?

2    A.   Yes.

3    Q.   Okay.  Let's talk about that first visit.

4         Can you tell the jury what happened when you visited

5    Tri-Valley University the first time?

6    A.   So I went to that school district area.  There's one small

7    office, and the guy actually drove me over there.  When I

8    entered the room, they -- Susan was there, and she -- she's

9    panicked because of lots and lots of work.  She handed to us

10   laptops and say, "Just open it" and went into the next room and

11   tell us what to do next.

12   Q.   Did you have a discussion with her at that point about VLSI

13   or why you were there?

14   A.   Well, at that time it was very -- that time was a very

15   panicked situation because they needed to work on -- work on

16   their work immediately.  So they needed immediate help.  So the

17   first thing is they wanted to get rid of those work, and then

18   we can discuss about other things.

19   Q.   You said "school district."  What city are you referring

20   to?  Where was Tri-Valley University located when you went this

21   time?

22   A.   Pleasanton.  So as far as I know, take an exit from 680,

23   and then near Pleasanton downtown -- on the left side is the

24   downtown, and on the right side, there's a school district.

25   Q.   And the street name was what?

1    A.   Huh?

2    Q.   The street name?

3    A.   The street name -- I don't remember what.  I just remember

4    that when you enter Pleasanton, on the left side there is a

5    first street and there's a downtown, and on the right side is a

6    school district.

7    Q.   And how did you know that Tri-Valley University was busy

8    when you got there?  Who told you?

9    A.   Based on people and based on their screaming and their

10   behavior over there.

11   Q.   Okay.

12   A.   There's lots of work, and we needed to finish this, some

13   e-mails.

14   Q.   Can you describe the office -- what Tri-Valley University's

15   office looked like when you went inside?

16   A.   Office is very small, very -- it's a small office, like,

17   ten-by-ten, and over there one -- one desktop, and then Susan's

18   chair was over there, and there are two, three more chairs in

19   front of her and a few laptops.

20   Q.   Do you recall the month and year that this first visit

21   occurred?

22   A.   Yeah, I clearly remember.  26 January, 2010.

23   Q.   How do you know it's that date?

24   A.   Actually, we have a dedication in San Jose State, and

25   26 days is the people's big day of the year.  So I clearly

1      remember that.

2      Q.   I want to talk about that first experience you had there

3      working.

4           You said when you got there, Dr. Su handed you a laptop; is

5      that correct?

6      A.   Yes.

7      Q.   Did she give you any instruction at that point?

8      A.   Yes.  She said -- can I -- yeah.  She said, "There are lots

9      of e-mails.  You need to get rid of those e-mails by applying

10     some different set of answers.  When somebody ask for

11     admission, give them reply:  'Okay.  You can get admission.'

12     If somebody ask for" -- there's a set of procedures that she

13     explained.

14     Q.   Were you paid at the end of the day?

15     A.   Yes.

16     Q.   How were you paid?

17     A.   Cash.

18     Q.   Who paid you?

19     A.   Susan.

20     Q.   Do you remember how much she paid you for that day of work?

21     A.   Not really, but I asked for -- I know -- maybe a hundred

22     dollars.

23     Q.   Do you remember how long you worked?

24     A.   Since morning until evening, late evening.  I mean, I go

25     there around 9:00 o'clock and worked until evening, 8:00 or

1    something.

2    Q.   At the end of the day, did Dr. Su invite you to come back

3    and work some more?

4    A.   Yes.

5    Q.   Did you go back and work?

6    A.   Yes.

7    Q.   When did you go back?

8    A.   So this weekend, I worked Saturday and Sunday, and then I

9    go back next Saturday and Sunday.

10   Q.   Okay.  During the weekday, are you going to school, I

11   assume?

12   A.   Yes.

13   Q.   At San Jose State?

14   A.   Yes.

15   Q.   So you come back the next weekend?

16   A.   Yes.

17   Q.   What did you do the following weekend?

18   A.   Same thing, reply e-mails and answering -- answering all --

19   all day e-mails the way she told me.

20   Q.   And at this point, did this become a weekend job for you

21   going forward?

22   A.   Yes.  At that time, even I don't know that it's going to be

23   a full-time every-weekend work, but after a few -- one weekend

24   I missed, and she called me back again, and then I go back to

25   work again on Saturday and Sunday.

1    Q.   Did you at some point become a full-time employee for

2    Tri-Valley University?

3    A.   Full-time employment in the summertime.  I worked there

4    more --

5    Q.   Okay.

6    A.   -- during a few days in Monday to Friday also.

7    Q.   Can you give the jury an idea of the types of hours you

8    were working per day?

9    A.   I mean, it's not like a 9:00-to-5:00 job.  It's just like

10   whenever in the morning, just showed up until late night

11   when -- sometimes I worked on Saturday or Sunday 12 hours or

12   more.  I'd go early morning at 9:00 o'clock and leave around

13   9:30, 10:00 in the evening and then the next day.

14       I sometimes stayed at some place she told me -- some place

15   in Pleasanton.  She arranged that place for us so we can stay

16   there, work until late night, and next day early morning we can

17   again start working.

18   Q.   Who was staying in that location with you?

19   A.   No.  I mean, two, three other people who were working

20   there.

21   Q.   Do you know what their immigration status was?

22   A.   I think that they are -- some of them are Tri-Valley

23   students.

24   Q.   Okay.  They were Tri-Valley students who were working in

25   the office with you?

PATEL - DIRECT / RHYNE

1    A.   Yes.

2    Q.   And they were staying at this location?

3    A.   Yes.  Yes.

4    Q.   And Dr. Su told you where you could spend the night?

5    A.   Yes.

6    Q.   Did you have an opportunity during your employment at

7    Tri-Valley University to discuss VLSI with Dr. Su?

8    A.   Yes.

9    Q.   How did that factor into your decision to continue working

10   there?

11   A.   Actually, I -- I'm more interested to find an internship in

12   my field, and I talked with her.  She -- she had the same

13   experience with this field, and she also mentioned that she has

14   previously -- she worked in a company in the same field.  She

15   owns the company or some -- in the same field also for a few

16   times.  I don't exactly remember that, but she said she can --

17   she knows a few people in this field, and she can help me to

18   get an internship also.

19   Q.   I want to keep talking about that Fall of 2010 semester.

20        So you said in January you started; correct?

21   A.   Uh-huh.  Uh-huh.

22   Q.   So I want to talk about that time frame until the summer.

23        Did your duties increase over that semester as you

24   continued to work at Tri-Valley University?

25   A.   Yes.

1   Q.   What other duties did you begin to take on?

2   A.   After -- after that, previously I was just replying to

3   e-mails.  After that, she told me to work on giving admission

4   also and giving the CPT also.

5   Q.   Did you come to learn the term SEVIS?

6   A.   Yes.

7   Q.   What's SEVIS?

8   A.   It's used for Homeland Security to keep track of students

9   who come to the United States.

10  Q.   Did Dr. Su during that semester give you laptops that were

11  logged into SEVIS?

12  A.   Yes.

13  Q.   Okay.  Can you tell the jury how that worked?

14  A.   So whenever we go there, Susan actually opened a laptop,

15  write the password, and give it to us and a few other students

16  who were working there.

17  Q.   I want to talk about what happens at the end of the fall

18  semester.

19  A.   Uh-huh.

20  Q.   Can you tell the jury what happened at the end of the

21  semester?

22       Let me ask it this way:  Did you continue working at

23  Tri-Valley University, or did you have a break?

24  A.   I -- in the middle of summer, I was working there.  I mean,

25  I'd go back and forth a few times.  I was -- I'd leave the job

1    two or three times.  Then I'd -- I was fired at one time, and

2    everyone runs back and forth.  So I don't remember in summer.

3    I left the job.  I don't exactly remember if I left the job in

4    summer.

5    Q.  Well, let's ask it this way:  What were some of the

6    reasons -- you said you left, and you said you were also fired.

7        Let's start with why you were fired.  Why were you fired?

8    A.  Actually, one time I dropped the hard drive and -- I

9    dropped the hard drive from the -- because it's attached to the

10   laptop, and I'm -- I tried to get my laptop, and instead the

11   USB port disconnected, and the hard drive dropped on the floor,

12   and she started yelling at me and said that "You dropped the

13   hard drive.  That means all data were going to be lost."

14       I said it could not be possible because it's just a drop.

15   If it's not just -- it's not damaged that way.  Your data

16   cannot be erased if you drop the hard drive, and that

17   discussion come to end, and she said, "You don't need to" -- "I

18   think I'd like to help you, but I think you don't need to work

19   here anymore," and we left -- I mean, I left the job.

20   Q.  Did Dr. Su ever call you and ask you to come back to work?

21   A.  Yes.

22   Q.  What did she tell you when she called you to come back?

23   A.  She called me -- I remember after the -- 15, 20 days or

24   something, and she said -- no, that our -- yeah.  I mean, "It

25   happens, and you can start working here, and I can help you in

PATEL - DIRECT / RHYNE

```
 1    your field also and getting an internship and all.  So I know a
 2    few people or so.  So you can start working here part time, and
 3    you can focus on your studies also."
 4    Q.  Now, did you continue to be employed continuously
 5    thereafter, or were there more instances when you would quit
 6    and then come back?
 7    A.  As I said, I -- two or three times fired, but the thing is
 8    I also got an internship call from her.  She -- one guy who
 9    helped me to get an internship interview.  I got the interview.
10    I didn't go and get any internship.  And that way, I think,
11    "Okay.  If I keep doing it, I might get an opportunity in my
12    field."
13    Q.  Okay.  So is it safe to say that you would go back to work
14    at Tri-Valley University hoping to have these opportunities?
15    Is that correct?
16    A.  Yes.
17    Q.  Do you remember at some point Tri-Valley University moving
18    locations from that unified school district office to another
19    location?
20    A.  Yes.
21    Q.  Do you know where that new location was?
22    A.  It's -- where is the company?  Or on some -- it's just -- I
23    can tell you how will I go there.
24    Q.  Can you just describe the area or describe the buildings?
25    A.  There's lots of building, and it looks like an industrial
```

PATEL - DIRECT / RHYNE

```
 1      area -- not industrial, office buildings, lots of office
 2      buildings.
 3      Q.   Now, as you continued to be employed at Tri-Valley
 4      University, did your responsibilities continue to increase?
 5      A.   Yes.
 6      Q.   Do you remember who some of the other Tri-Valley University
 7      employees were while you were working there?
 8      A.   Yes.
 9      Q.   Who were they?
10      A.   So you're saying Tri-Valley University students who are
11      working there?
12      Q.   The student -- the Tri-Valley University students who were
13      also working in the front office with you.  What were some of
14      their names?
15      A.   I know Vishal, I know Jimmy, these two guys.  All other
16      guys, I don't exactly -- one guy is Anji Reddy, those two,
17      three guys.
18      Q.   Now, I want to talk about -- I want to back up a little bit
19      and talk about training or instruction that you received on how
20      to do your job.
21      A.   Uh-huh.  Can I?
22      Q.   Yeah.
23      A.   Yes.
24      Q.   Did you receive some training and instruction on how to
25      perform your duties at Tri-Valley University?
```

1    A.   Yes.

2    Q.   Who trained you?

3    A.   Susan.

4    Q.   Did -- did Dr. Su train you on how to handle admissions

5    into Tri-Valley University?

6    A.   Yes.

7    Q.   What instruction did she give you about admissions?

8    A.   She gave verbal instruction like "Give admission to whoever

9    asks for the admission in the e-mail" -- "in" -- "from e-mail.

10   So anyone who wants to get admission in any field, either

11   engineering or nursing or any field, you just give them

12   admission."

13   Q.   Now, Tri-Valley University required an applicant to send

14   certain things when they applied; is that correct?

15   A.   Yes, correct and not correct also because previously they

16   say -- they say, "Check for any attachment."  Okay?  "Check for

17   any attachment with the e-mail and still search for their

18   diploma."  But later on, they say, "No matter what the e-mail

19   does, no matter what kind of attachment they send, just give

20   them admission.  Even if it's a picture with their puppy, just

21   give them admission."

22   Q.   Okay.  Who told you that?

23   A.   Yeah.  Susan.

24   Q.   Now, you said even if they give a picture of a puppy, give

25   them admission?

1    A.   Yeah, picture of their puppy.  Yeah.

2    Q.   Whose words were those?

3    A.   Susan.

4    Q.   Did you ever -- did you ever approach Dr. Su and tell her

5    that an application was incomplete and that it was missing

6    something?

7    A.   Yeah.  That's how it got started, because I approached

8    first time -- I remember there's one student who first got

9    admission in engineering, and after that, he wanted admission

10   in nursing.  So engineering and nursing is totally different

11   field, and I ask her, "Should we still give him admission?"

12        She said -- she just -- she just doesn't want to be sent

13   anything.  She just said, "Give admission.  Give them

14   admission.  Even if you say this have nothing, give them

15   admission."  That's the instruction of that from her.

16   Q.   Was there an admissions committee at Tri-Valley University?

17   A.   If Susan is the committee, then yes.

18   Q.   Did you receive training from Dr. Su about how to respond

19   to students' questions when they would call?

20   A.   Yes.

21   Q.   Okay.  More specifically, did she give you training on how

22   to respond to students who were calling asking about whether

23   they needed to attend classes?

24   A.   Yes.

25   Q.   What instruction did she give you on that topic?

1    A.   She said, "You" -- "all you need to do is reply that all

2    classes are online."

3    Q.   Did she give you instruction on how to respond to students

4    who were calling and saying, "My classes aren't working.  What

5    do I do?"

6    A.   Send a reply like "We are working on it," maybe some words

7    on some technical form.  "We are working on it."

8    Q.   Did she give you training on how to respond to student

9    questions when they would call and say, "I can't log into my

10   classes.  I'm worried about my grades"?

11   A.   Same reply.  "Classes" -- "just" -- "just wait for some

12   time.  Classes are working, and we are working on grades."

13   Q.   Did she give you instruction on how to respond to student

14   inquiries about CPT?

15   A.   Yes.  She said --

16   Q.   Can you -- what's CPT?

17   A.   It's Complimentary Practical Training.

18   Q.   What did she tell you to tell students who were asking

19   about CPT?

20   A.   So they ask -- she told me that if students want CPT,

21   they're required to register their classes first.  They need to

22   give you -- give you class's name that they want to register

23   and offer letter from employment, offer letter.

24   Q.   Now, you mentioned earlier people would be admitted into

25   various fields?

1    A.   Uh-huh.

2    Q.   Regardless of their background; is that correct?

3    A.   Yes.

4    Q.   Did Dr. Su ever give you instruction on how to respond to a

5    student question who would say, "I don't have my Bachelor's

6    degree, but I want to work.  What are my options?"  Did she

7    ever give you instruction on how to respond to those questions?

8    A.   Sorry.  Can you repeat the question?  I don't have --

9    Q.   Did Dr. Su ever give you instruction on how to respond to

10   students who called with a question about they didn't have a

11   Bachelor's degree but they wanted to, say, enroll in a Master's

12   program.  How you should respond to that question?

13   A.   So reply is always the same.  "Okay.  Send us whatever you

14   have.  We'll give you an admission."

15   Q.   And did you have any understanding about the CPT program?

16   And what I'm referring to is:  Was it different for a

17   Bachelor's degree or Master's degree or Ph.D. degree?

18   A.   CPT program -- because it's a Master's program, I know that

19   you -- it should be related to your field which you're working

20   on, and any company case -- it's a program -- you can work on

21   any company while continuing your study, and they give you

22   practical training and also some incentives.  So --

23   Q.   Did Dr. Su give you any training on how to process tuition

24   payments?

25   A.   Yes.

PATEL - DIRECT / RHYNE

```
 1    Q.   What did she tell you about those?

 2    A.   Tuition payment -- she said -- she said all you need to --

 3    whenever e-mail came that student wants to pay the fee and

 4    student say, "These are the classes I want to enroll," all you

 5    need to do is take those credit card letters.  There's one

 6    credit card machine.  Swipe the credit card and some amount of

 7    money.

 8         I don't -- if they say it's the first half -- they have an

 9    instrument system.  So you might need to take the first half --

10    swipe for the first half, or else -- if the student says, "I

11    need to pay for the whole semester" -- so I take out the

12    whole -- all the money and swipe the card for that.

13    Q.   Would you ever process payments that were made on the

14    phone?

15    A.   Yes.

16    Q.   How would you do that?

17    A.   A student calls and says, "I" -- "I want to pay my fees.

18    The" -- "and this is my credit card data.  Can you do it right

19    now?"  And that's actually first priority when they call.  They

20    say we need to do that.

21    Q.   First priority was to process the payment?

22    A.   Yes.  So anyone -- I mean, anytime they call it and do --

23    want to do it on the phone, then we need to do it right away.

24    It's not -- others -- we need to handle on --

25    Q.   Who told you that?
```

1    A.    Susan.

2    Q.    Did Dr. Su give you instructions on creating transcripts?

3    A.    Yes.

4    Q.    What instructions did Dr. Su give you about transcripts at

5    Tri-Valley University?

6    A.    Transcript -- to create a transcript for any student, we

7    need to do it -- we first need to know which classes he is

8    currently enrolled.  If -- if he already -- if they've already

9    completed one folder in a laptop that -- if you already have

10   that in our system, then just need to give them a grade:  A, A,

11   and A-minus.

12   Q.    Did Dr. Su tell you why they needed an A, A, and A-minus?

13   A.    She said, like, she don't want to give anyone a B.  She

14   don't want this student to get a B grade.

15   Q.    Did she tell you why?

16   A.    She said it doesn't look good.  It should be A, A, or

17   A-minus because sometime if you give all of them A, A, A, it

18   doesn't look -- it looks like you made it up.  So that's why

19   she said A, A, and A-minus.

20   Q.    I want to get back to the topic of student admissions.

21         Would you ever approach Dr. Su with questions about student

22   applications?

23   A.    Yes.

24   Q.    How would she respond when you would go to her with

25   questions?

1    A.   I -- so when I first started, I asked her many questions

2    like "Should we give them admission?" because I don't know

3    anyone, and she's my first point of contact.  And I said,

4    "Should we give them admission?"

5         And she says, "Yes.  Give them my admission and write

6    admission letter and create an I-20."

7         And I asked -- sometimes asked, "Should we need to collect

8    any application" -- "application file because that's what first

9    they say.  What is it?  Application document?"

10        She'd say, "No, no need to do that.  Just give them

11   admission."

12        That's the answer.  No matter -- no matter what, if they

13   provide attachment, if they provide a diploma, if they provide,

14   not provide -- if they say, "I need admission," give them

15   admission.

16   Q.   How would Dr. Su react when you would reapproach her with

17   other questions?

18   A.   She started actually yelling at us.  She started yelling

19   really loudly and in front of other people also, and she

20   started -- "just give them admission.  Just give them

21   admission."  She started yelling so loudly that clearly -- she

22   said, "Don't ask any questions.  Okay?  Just give them

23   admission."

24   Q.   Did you take any steps to -- did you take any steps to

25   where you could go to another source to have your questions

1    answered?

2    A.   So -- sorry.  Can you rephrase the question?  I -- can

3    you --

4    Q.   Are you familiar with the Tri-Valley University Employee

5    Manual -- Manual?

6    A.   Yeah.  So that's the manual -- that's the first manual we

7    got that -- this is how we like to do e-mails.  This is how to

8    do --

9    Q.   Can you tell the jury how that manual came into existence?

10   A.   So Susan Su first provided us -- she created one manual.

11   It's like a user manual.  So whenever someone wants an

12   admission, we just need to go through that manual and check for

13   the admission.

14        And inside that -- inside this, they say what type of

15   question you should ask, what type of answer you should

16   provide, what other things you should ask, and all those

17   things.  It also had tips regarding how to give admission, how

18   to create a CPT, how to file a -- I mean, how to create a --

19   process -- take money -- get money from the classes and all

20   those details.

21   Q.   Did Dr. Su ever see this document, this manual?

22   A.   I think she provided us.  So --

23   Q.   She provided it?

24   A.   Yeah.  So she --

25   Q.   And you helped draft part of it; is that correct?

1   A.   Well, I -- I mean, I edit few things in it.

2   Q.   And this would be updated with new information; is that

3   correct?

4   A.   Yes, but actually I tried it once, and she didn't like it.

5   So she again give it to me, and she didn't like it and said,

6   "Stop doing that."  That's what she told me.

7   Q.   As you sit here today, do you recall any instance where

8   Tri-Valley University denied admission to a student applicant?

9   A.   I don't think so.

10   Q.   I want to talk a little bit about SEVIS now.

11        Can you tell the jury how a person accesses SEVIS?

12   A.   So when we -- whenever we go to Tri-Valley University, she

13   give us laptop and open a SEVIS website and enter a password

14   and give it to us.

15   Q.   Who would enter the password?

16   A.   She -- Susan.

17   Q.   And then she would hand it to you when it was already

18   logged in?

19   A.   Yes.

20   Q.   Are you familiar with the address 555 East El Camino Real?

21   A.   Yes.

22   Q.   How are you familiar with that address?

23   A.   So that's the address she want us to put in new I-20.

24   Q.   Who are you referring to?

25   A.   Susan.  Sorry.

1    Q.   And she gave you that instruction?

2    A.   Yeah, Susan gave me that instruction to enter that same

3    address.

4    Q.   Are you familiar with the term "designated school official"

5    or DSO?

6    A.   Yeah.  I mean, I -- I know that.

7    Q.   And how are you familiar with that term?

8    A.   Actually, if I'm not wrong, it's in the I-20; right?

9    Q.   Do you remember names of DSO's on I-20's?

10   A.   I mean, I don't know whether they are DSO.  I know a few

11   names in the I-20.  One is Wenchao Wang, and another is Sophie

12   Su.

13   Q.   Okay.  When you would print I-20's from SEVIS --

14   A.   Uh-huh.

15   Q.   -- on a particular day under a particular SEVIS account,

16   what would the DSO name be that came out?

17   A.   Uh-huh.  I mean, I don't know it's a DSO name, but I know

18   it's on the right side, the bottom right side end.  It's -- I

19   mean, Wenchao Wang and Sophie Su and Susan Su, those three

20   names.  Whenever I print out, either of these three names shows

21   that on this.

22   Q.   As you print I-20's throughout the day, what would you do

23   with that?

24   A.   So that's the same assignment every day.  Whatever I-20 you

25   print out, you keep -- make a stack of it and at the end of the

1    day give it to Susan for signing it.

2    Q.   You would take a stack of I-20's to her?

3    A.   Yeah.

4    Q.   What would Dr. Su do when she got the I-20's?

5    A.   She'd start signing it -- signing all the I-20's, and after

6    that, we need to post it.

7    Q.   What would Dr. Su do if the I-20 was in the name of Wenchao

8    Wang?

9    A.   She signed it.

10   Q.   Which name would she sign?

11   A.   Wenchao Wang.

12   Q.   What if the I-20 was in the name of Sophie Su?  What name

13   would she sign?

14   A.   Yeah.  She signed it in the name of Sophie Su also.

15   Q.   How often would you see her do this?

16   A.   I mean, it's daily.  Whenever I work there, it's daily.

17   Q.   During your employment at Tri-Valley University, did you

18   ever learn of a referral program, student referral program?

19   A.   Yes.

20   Q.   Okay.  What was that?

21   A.   Actually, it's -- a referral program -- if you refer any

22   students to Tri-Valley University, you get -- I don't remember

23   the exact amount but something under $2,000 as a referral fee.

24   Q.   Did you ever refer a student to Tri-Valley University?

25   A.   No.

1    Q.   Did you try to refer a student to Tri-Valley University?

2    A.   Yeah.  Actually one or two -- I mean, I never tried it.

3    Okay?  One or two students called and asked for the information

4    regarding Tri-Valley University, and I give them information,

5    and they say, "If I put your name in the referral, is that

6    fine?"

7         I remember maybe one time I said, "Yes" one or two times.

8    That's the max.

9    Q.   Did you get a referral payment for those students?

10   A.   No.

11   Q.   Did you ever receive any money from Dr. Su in the form of a

12   referral payment?

13   A.   No.

14   Q.   Did you ever ask for one?

15   A.   No.

16   Q.   Were you aware that Dr. Su had a policy at some point that

17   made it against the rules for an employee who worked in the

18   office to get a referral fee?

19   A.   I remember because there's one guy who get so much

20   referral, and she thought that -- and Susan thought that that

21   guy actually got -- get that from the office and put all the

22   spare time to his referral thing.

23   Q.   Who -- who was that that she suspected?

24   A.   Anji Reddy.

25   Q.   Now, I want to ask you about some of the things you saw

1    while you were working at Tri-Valley University.

2         Did you ever see students come to attend physical classes?

3    A.   No.

4    Q.   Did you ever see students come in with backpacks going to

5    sit down at a desk and watch a lecture?

6    A.   No.

7    Q.   Did students ever come to you and complain about the fact

8    that there weren't classes?

9    A.   I mean, in e-mail and on the phone, they complain

10   sometimes.  In an e-mail, they'll say, "There is no classes.

11   We are there waiting for a professor, but nobody is there for a

12   long time," on the phone also, but the answer is always the

13   same.

14   Q.   Whose answer was always the same?

15   A.   Susan's answer is "We are working on the classes."

16   Q.   Have you ever heard of ABS Consultancy?

17   A.   Yes.

18   Q.   How did you hear about it for the first time?

19   A.   Actually, they never -- I mean, from e-mail the first time,

20   I know it's a U.S. consultancy because they are referring

21   students to Tri-Valley University, and I remember one guy from

22   ABS came to Tri-Valley University, and Susan -- Susan

23   introduced me to her -- him, and said, "This is a guy" -- "he's

24   from this consultancy, and he needs help with all his students

25   to register in classes."

1    Q.   Do you remember that individual's name?

2    A.   I don't remember name.  It's from -- I think it's ABNS.

3    It's from S -- his name starts from S.

4    Q.   His name started with an S?

5    A.   Yeah.

6    Q.   Did you ever talk to Dr. Su about teaching at Tri-Valley

7    University?

8    A.   Yes.  She offered -- she offered me to teach in the classes

9    also, to take a class in Tri-Valley University also.

10   Q.   She offered you to teach a class?

11   A.   Yes.

12   Q.   How did you feel about that?

13   A.   Well, I'm -- teaching is a very hard thing.

14   Q.   Did you feel you were qualified to teach that class?

15   A.   Well, qualified in the sense -- I did my Bachelor's in

16   India.  If you did your Bachelor's and you were pursuing your

17   Master's, you can -- you can become an assistant of a

18   professor.  So -- and I have some knowledge of that field, and

19   I'm doing my Master's but not -- I can't teach that school.

20   Q.   Did you tell Dr. Su, "I can't teach that"?

21   A.   Yes.

22   Q.   What was her response?

23   A.   She said that actually I just -- if you don't mind, I want

24   to say how it started.  So the way it started is I needed a

25   ride from San Jose to come to Pleasanton and not at the right

1    time to continue doing this because I don't have a ride, and

2    coming from Pleasanton, it's hard for me.

3         And she said, "No.  You" -- "I can help you to buy a car

4    also, but for the entire time, you need to teach one of the

5    classes.  I can't give you free money."

6         And I said, "Sure, but I can't teach."  I mean, I don't

7    know how to teach.  I just -- I know -- I have knowledge of the

8    field, but I don't know how to teach.

9         And she said, "No.  That's the only way.  You have to

10   teach, and I'm" -- "I'm appointing you as a professor in front

11   of the class."

12   Q.  And that's because she said if you're going to travel that

13   far, you needed to work more hours?  Is that what I'm

14   understanding?

15   A.  I'm sorry?

16   Q.  You needed to put in more hours at the school?  Is that --

17   is that what you're saying?

18   A.  Yeah.  I said I needed more hours and to study also, and I

19   can't work on -- I mean, I can't every time travel by BART and

20   come here for two hours -- for two hours to reach there.

21   Q.  Did you end up teaching at all?

22   A.  I just took one -- first class and realized it's not my cup

23   of tea.  So I don't ever after do that.

24   Q.  So I just want to make sure it's clear.  Dr. Su wanted you

25   to teach, and she told you why; is that correct?

PATEL - CROSS / BABCOCK

1      A.   Yes.

2      Q.   What was her reason of why you needed to teach?

3      A.   Sorry.  What?

4      Q.   Why did she want you to teach?  I just want to make sure

5      we're clear on that.

6      A.   So actually one thing is it's also from my field also.

7      It's a VLSI.  I'm doing a Master's in VLSI, and so she also

8      even -- not an interview, but she could, like, "Do you know how

9      this thing works, how we do that?" and just check my knowledge

10     of my field.  That's the one thing.

11          And the second thing, she said, "If you need" -- "I'm

12     giving you" -- "I will help you to get a car, but if you need a

13     car, then you need to" -- "you have to teach."  Okay?  And

14     that's how I can -- "that's how you will also get some good" --

15     I mean, "good field knowledge also in a VLSI."  That's the two

16     reasons why she told me to teach.

17     Q.   That if you were going to get a car from her, you'd have to

18     teach?

19     A.   Yes.

20               MR. RHYNE:  Okay.  No further questions, your Honor.

21               THE COURT:  Cross-examination?

22                         **CROSS-EXAMINATION**

23     BY MR. BABCOCK:

24     Q.   Good afternoon, Mr. Patel.

25     A.   Good afternoon.

PATEL - CROSS / BABCOCK

1    Q.   So she asked you -- Dr. Su asked you if you would teach

2    class?

3    A.   Uh-huh.

4    Q.   You have to say "yes" or "no" and not the "uh-huh."

5    A.   Oh.  Sorry.

6    Q.   That's okay.

7    A.   Yes.

8    Q.   And it was a class that was -- that was in your field?

9    A.   Yes.

10   Q.   The VLSI field; right?

11   A.   Yes.

12   Q.   Something that you had already had some education in?

13   A.   Yes.

14   Q.   I understand.

15        And if you took the teaching job, she offered to buy you a

16   car so you didn't have to spend so much time on BART?  Am I

17   understanding that part right?

18   A.   Yeah.  That's the first reason.

19   Q.   That was the first reason?

20   A.   Yeah.

21   Q.   Okay.

22   A.   Two reasons.  I said one is car, and second is, like, "You

23   will get some exposure.  When you start teaching it, you'll get

24   more knowledge in the field.  It could be helpful to you to get

25   another job or internship also."

1    Q.   It would be a good experience, in other words; right?

2    A.   Well -- but I'm clearly not -- not qualified for that.  My

3    English is not that good, and I'm clearly not qualified for

4    that.  That I know from the very first day.

5    Q.   Well, I certainly disagree about your English, but I

6    understand.

7         You don't have a Ph.D.?

8    A.   Uh-huh.

9    Q.   You didn't -- or you didn't have a -- and you did not have

10   a Master's degree at the time; right?

11   A.   Yes.

12   Q.   So you were studying for your Master's --

13   A.   Yes.

14   Q.   -- at San Jose State?

15        Which semester do you remember did Dr. Su ask you to teach?

16   A.   Huh.  I don't exactly remember, but I -- maybe one year

17   after -- in 2000 -- middle of 2010.

18   Q.   Okay.

19   A.   Yeah.

20   Q.   So maybe the Summer of 2010?

21   A.   No, after summer of 2010 because summer I was working

22   there.

23   Q.   The fall?  So in the fall of 2010?

24   A.   I mean, after Summer 2010.  That I know.

25   Q.   Okay.  You had already been enrolled in San Jose State

PATEL - CROSS / BABCOCK

1    since when in a Master's program?

2    A.   From 2009.

3    Q.   Okay.  So -- and you got your Bachelor's in what year?

4    A.   In 2009.

5    Q.   Okay.  So you had already done a year or so of coursework

6    toward your Master's degree?

7    A.   Yes.

8    Q.   Okay.  And you ended up getting your Master's degree in

9    what?  2011, I think you said?

10   A.   2011 December.

11   Q.   Okay.  And as I understand it, you did -- you decided to

12   give it a try, but after your first session, you didn't -- it

13   didn't work out so well?

14   A.   I'm telling, again, I don't want to give it a try.  I don't

15   want to get the job.

16        Okay.  Then she told me to just give it a try.  "You have

17   to do it."  And that's the only reason I did it.

18   Q.   I understand.

19        And she wanted you to do it?

20   A.   Yes.

21   Q.   Convinced you to try it; right?

22   A.   Yes, I tried.

23   Q.   And -- but you taught one class, and it wasn't your cup of

24   tea --

25   A.   Yes.

PATEL - CROSS / BABCOCK

1   Q.   -- is that right?

2   A.   Yes.

3   Q.   You just taught the one class; right?

4   A.   Yes.  I just -- yeah.  That's the instruction.

5   Q.   Dr. Su took over teaching that class after -- after that

6   because you didn't want to do it?

7   A.   That I -- that I don't remember.

8   Q.   Okay.  This one time that you did teach the class, I

9   assume, was some -- was a -- one of the virtual classes?  In

10   other words, it wasn't in a physical classroom?

11   A.   No.  It was a virtual class.

12   Q.   In other words, you were on a camera?

13   A.   Yes.

14   Q.   And students -- could you see the students?

15   A.   No.

16   Q.   But presumably they could see you and hear you?

17   A.   Yes.

18   Q.   That was how it was supposed to work at least; right?

19   A.   Yes.

20   Q.   And could you hear -- could you hear the students?

21   A.   Yes.

22   Q.   Were they able to ask you questions?

23   A.   Yes.

24   Q.   Okay.  So remind me when you started at Tri-Valley

25   University.

1    A.   2000 -- 2 -- 2010, January 26th.

2    Q.   January 2010?

3    A.   Uh-huh.

4    Q.   And when was the last time that you worked there?

5    A.   Maybe some -- August 2011.

6    Q.   Beginning of 2011?

7    A.   No, end -- ending of 2011 because in 2011, I -- in

8    December, I went to India, and before -- three, four months, I

9    left Tri-Valley University.

10   Q.   So you think it was later -- later in 2011 sometime?

11   A.   Yes.

12   Q.   Now, you testified that you would sometimes -- when you

13   were working in the office at TVU, you would sometimes get

14   e-mails or occasionally maybe phone calls by students with

15   questions or concerns about the classes?

16   A.   Yes.

17   Q.   But mostly -- isn't it fair to say there were not that many

18   complaints considering how many students were at the school?

19   A.   No.  There are so many -- so many complaints.

20   Q.   About -- about the classes?

21   A.   Yes.

22   Q.   About the instruction?

23   A.   Sorry?  Instruction?

24   Q.   Were there complaints about the lack of professors, the

25   lack of teachers?

1    A.   Yes.  "Professors are unavailable.  We are not able to see

2    the professor.  We do not have regular classes."

3    Q.   Isn't it true there needed -- actually, there were very

4    relatively few complaints about the lack of instruction?

5    A.   No.  As far as I know -- because every day I'm answering

6    the phone calls, and if you say I answered ten calls, three to

7    four are basically for classes.

8    Q.   Well, that's not what you told Immigration when you were

9    interviewed back in 2011, is it?  Do you remember being

10   interviewed in March of 2011?

11   A.   March of 2011?

12   Q.   One of the gentlemen sitting at this table; right?

13   A.   Uh-huh.

14   Q.   Do you recognize Agent Mackey?

15   A.   Yes.

16   Q.   I don't know where the interview took place, but do you

17   remember interviewing with Agent Mackey around March 1st of

18   2011?

19   A.   Yes --

20   Q.   Okay.

21   A.   -- I remember.

22   Q.   Isn't it true that you told Agent Mackey that very few

23   students complained about the lack of instruction?

24   A.   It's not possible.

25   Q.   It's not possible?

PATEL - CROSS / BABCOCK

1    A.   I cannot say that.

2         MR. BABCOCK:  I'd like to try to refresh his

3    recollection, your Honor.

4         MR. RHYNE:  Same objection as before, your Honor.

5         THE COURT:  Sustained.

6    BY MR. BABCOCK:

7    Q.   Do you -- would it refresh your recollection to look at a

8    document -- a report of your interview with Agent Mackey?

9         MR. RHYNE:  Objection.

10        THE COURT:  Objection is sustained.  His testimony is

11   not equivocal.  He said it's not possible.

12   BY MR. BABCOCK:

13   Q.   One of the things -- sometimes you brought these

14   complaints -- sometimes if you got a complaint from a

15   student --

16   A.   Uh-huh.

17   Q.   -- you would raise an issue with Dr. Su; isn't that right?

18   A.   Yes, in the beginning.

19   Q.   Okay.  And depending on what the complaint was, she

20   would -- she could tell you to do different things?

21   A.   No.  No, I don't remember that.  She'd just say one thing.

22   "We are working on it.  Just tell the students we are working

23   on it."  That's the one answer.

24   Q.   Well, did she -- one of the things she told you, was it

25   not, was that if there was a class without an instructor, to

1    reenroll them in a different class where there was an

2    instructor?

3    A.   Well, I remember that, but it's very few time.  They say

4    there is a -- very, very few time that happened.

5    Q.   And isn't it also true that sometimes if a student would

6    complain, Dr. Su would call the instructor and chastise them?

7    A.   Well, that I -- that I don't recall.

8    Q.   Well, isn't it true that you told Agent Mackey during that

9    same interview in March 2011 that one of the things Dr. Su

10   would do would be to call an instructor and chastise them?

11   A.   I mean, it's 2014.  In 2011, I made that -- so whatever --

12   right now, whatever I'm telling, it's totally true.  It's from

13   my mind.  I don't exactly remember what I told Jason.

14   Q.   Fair enough.

15        So when you were interviewed in March of 2011 --

16   A.   Uh-huh.

17   Q.   -- you had worked at the school relatively recently; right?

18   A.   Relatively sentiments -- okay.  Let me go through this.  In

19   2011, the first time, I went to India in January 2011, and

20   after coming back from India, I heard this news that at

21   Tri-Valley this is what happened.

22        Okay.  And before I went to India, I left Tri-Valley three

23   or four months before.

24   Q.   Okay.

25   A.   So --

1    Q.   Fair enough.

2    A.   Yeah.

3    Q.   So --

4    A.   In January, I came back, and in March, Jason approached me.

5    That's how it worked.

6    Q.   Let me make sure I get it straight.

7    A.   Uh-huh.

8    Q.   You worked at Tri-Valley University sometime in the fall of

9    2010; is that right?

10   A.   Yes.

11   Q.   Okay.

12   A.   If you -- if you don't mind, I'm --

13   Q.   I'm just actually --

14   A.   I'm a little confused between fall and summer.  If you can

15   just say about -- by month, it will be easier for me.

16   Q.   Well, you tell me.  When was the last month in 2010 that

17   you worked at TVU?

18   A.   So in December, I went to India, and four months before

19   December -- four or five months -- four months before December,

20   three to four months.

21   Q.   So August or September 2010?

22   A.   Yes, fair to say.

23   Q.   That was the last time your worked at TVU?

24   A.   Yes.

25   Q.   Okay.  So August -- from August or September 2010 to March

PATEL - CROSS / BABCOCK

1    of 2010 is what, six or seven months --

2    A.   Yes.

3    Q.   -- rough -- approximately; right?

4    A.   Uh-huh.

5    Q.   It's more than three and a half years ago at this point --

6    A.   Uh-huh.

7    Q.   -- right?

8    A.   Yes.

9    Q.   From March 2014?

10   A.   Yes.

11   Q.   The point being when you interviewed with Agent Mackey in

12   March of 2011, your -- your experience at Tri-Valley University

13   was only a few months old; right?

14   A.   Yes.

15   Q.   It's now been three and a half years --

16   A.   Yes.

17   Q.   -- since you last worked at Tri-Valley University?

18   A.   Yes.

19   Q.   You've gone on with your life; right?

20   A.   Sorry?

21   Q.   You've gone on with your life?

22   A.   Yes.

23   Q.   Isn't it true that your -- that your memory of what

24   happened at Tri-Valley University was fresher in March of 2011

25   than it is today?

1    A.   That's true, but at that time I was extremely scared when

2    it started -- okay? -- because you are scared of what happened

3    and you have learned the news and heard the news.  People are

4    telling all this.

5        So you are -- I was extremely scared.  Then I -- I become

6    stable.  I understand the situation, and I become stable, and

7    then I -- I understand it's not true.  Whatever is true, you

8    just need to tell the truth.  And so right now, whatever I am

9    telling, it's what I exactly did.  Okay?

10   Q.   Okay.

11   A.   And exactly the way I worked.  I know -- just telling the

12   exact same thing.

13   Q.   Are you saying that when you spoke with Agent Mackey in

14   March of 2011, you did not tell him the whole truth?

15   A.   No.  No.  I -- I -- I did my best -- okay? -- but

16   sometimes, you know, things slip here and there.  I'm not -- I

17   can't say, like -- I can't -- if you give me that paper right

18   now, I might not be able to correct line by line.  I might

19   say -- I either said, "This line is true.  This line is not,"

20   but I did my -- I would say I did my best job to explain what

21   happened over there.

22        MR. BABCOCK:  Your Honor, I'd renew my request to

23   refresh his recollection with some of those statements.

24        THE COURT:  I'll permit that.  The witness has

25   testified he doesn't recall --

```
 1              MR. BABCOCK:  Thank you.

 2              THE COURT:  -- with clarity.  You can show him the

 3     interview with the agent.

 4     BY MR. BABCOCK:

 5     Q.  I'm going to show you a document and just ask you to read

 6     to yourself silently maybe the last paragraph in this page and

 7     the top couple paragraphs in that page --

 8     A.  Okay.

 9     Q.  -- and tell me when you're done.

10     A.  Yes, I -- I'm done.

11     Q.  Does that refresh your recollection?

12     A.  Yeah.  Yes.

13     Q.  And isn't it true that --

14     A.  I'm sorry.  What did you say?  Refreshing recollection?

15     Q.  Does it help you remember?

16     A.  Yes.  Yeah.

17     Q.  Isn't it true that you told Agent Mackey in March of 2011

18     that very few students complained about the lack of

19     instruction?

20     A.  Why -- which -- you said me to read this one.  You said me

21     to read --

22     Q.  Oh.  I'm sorry.  You're right.  I didn't show that part.

23     A.  Okay.

24     Q.  I didn't mean to trip you up there.

25     A.  Okay.
```

1    Q.   Isn't it true the part you did read that --

2         MR. BABCOCK:  I'm sorry, your Honor.

3    BY MR. BABCOCK:

4    Q.   Isn't it true that one of the things she would say if you

5    brought student complaints to her was to enroll them in classes

6    that actually had instructors?

7    A.   So if you're talking with regards to that document, I need

8    to read the whole document because what -- part of it is about

9    ABS.  That's the only part I read the document.

10        MR. BABCOCK:  I'd hate to have him read the whole

11   thing, but -- if we were a little farther along, I could say he

12   could just take the copy home and come back in the morning, but

13   it doesn't seem like we're quite there yet.

14        THE COURT:  Well, perhaps his examination can be

15   finished today.

16      Remember, the jury, it's the rule that if the witness wants

17   to read the entirety of the document, the witness needs to be

18   allowed to do that.  Similarly, if --

19        THE WITNESS:  Yeah, I read the document.

20        THE COURT:  Okay.  Mr. Patel, let me just finish

21   telling the jury this.

22      It may become during the trial that if one lawyer refers to

23   just one part of the document and the other side has no

24   objection, that's fine, but if the other side wants the entire

25   thing to come into evidence, then generally it does.  So that's

 1    why we took a little break.

 2        Mr. Babcock?

 3            MR. BABCOCK:  Thanks, your Honor.

 4    BY MR. BABCOCK:

 5    Q.  So while you've still got it up there --

 6    A.  No.  The first page -- this page is done.

 7    Q.  Oh.  You just did the first page?

 8    A.  So do I need to read the whole thing?

 9            THE COURT:  Mr. Patel, perhaps -- I'm going to ask

10    Mr. Babcock to show you the part of the interview that he

11    thinks is relevant and just ask you to read that part --

12            THE WITNESS:  Okay.

13            THE COURT:  -- and I'll ask him to show you the whole

14    area where a subject -- that subject matter was discussed.

15            THE WITNESS:  Oh.

16            MR. BABCOCK:  Just give me one second.

17            THE WITNESS:  Yes, I read [sic] that one.

18    BY MR. BABCOCK:

19    Q.  Okay.  Isn't it true that one of the things that she told

20    you if you brought complaints from students to her was to

21    enroll them in classes where there were actually professors

22    teaching?

23    A.  So it happened, but very few times --

24    Q.  Okay.

25    A.  -- is what I said.

PATEL - CROSS / BABCOCK

1   Q.   Fair enough.

2        And isn't it also true that one of the other things she did

3   in response to complaints was to call professors and chastise

4   them?

5   A.   Okay.  I said it's -- in the beginning, it happened but

6   very few times.  And after that, what instruction given to

7   us -- I don't know what Susan did exactly, but instructions

8   given to us -- whenever someone call, reply them.  Tell them

9   that we are working on the classes.

10  Q.   Well, isn't it true that when you interviewed in March of

11  2011 with Agent Mackey, you told him -- you told Agent Mackey

12  that those were two of the responses that Dr. Su had to student

13  complaints; right?

14  A.   So as I said, I just remember this because that's the most

15  frequent answer.  When few -- when -- one time this answer, one

16  time other answer, and thousand times the third answer.  I just

17  remember which answer -- which instruction given to me a

18  thousand times; right?

19       And one time they give me an instruction to do this, second

20  time do that, and third time they say reply -- reply to them,

21  "We are working on classes."  So I just remember the third

22  instruction.

23  Q.   Isn't it also true that in March of 2011 when you met with

24  Agent Mackey, you told him that, quote, "Very few students

25  complained about the lack of instruction"?

1   A.   So -- so here --

2   Q.   Can I actually -- I'd like a yes-or-no answer.  Is it --

3   did you tell him that or no?

4   A.   Yes, and I want to comment on that if you'll allow me.

5   Q.   I'm sure Mr. Rhyne will allow you.

6        Okay.  You worked with Dr. Su at Tri-Valley University for

7   most of 2010; right?

8   A.   Yes.

9   Q.   All the week -- all the weekends and sometimes during the

10  week as well?

11  A.   All of the weekends and in summer, sometime during

12  weekend -- weekdays also.

13  Q.   And one of the things that you did in your job, as I

14  understand it, was to process payments?

15  A.   Yes.

16  Q.   Keep track of who would pay and how much they had paid

17  towards each semester's tuition?

18  A.   No, not to keep tracking -- to keep tracking.

19  Q.   Okay.  So your job wasn't to keep track, but one of the

20  things that you did -- one of the things you did -- well,

21  strike that.

22  A.   Sorry?

23  Q.   Sorry.  I'm just talking to myself.

24       Did all -- were all the students always up to -- up to date

25  on their payments?  Do you know what I mean?

1    A.   No.

2    Q.   Well, students did not have to pay the full tuition at the

3    beginning of each semester; right?

4    A.   Yes.

5    Q.   They could pay in installments?

6    A.   Yes.

7    Q.   Some payment -- some students paid $1,000 at the beginning

8    of a trimester; right?

9    A.   Yes.

10   Q.   And then they would make a second and third payment after

11   that?

12   A.   Yes.

13   Q.   But they didn't always make the second and third payments;

14   right?

15   A.   I -- yeah.  They don't -- I don't know about that.  I mean,

16   they are making second or -- I can't -- I'm not keeping track

17   of whether they're making the second or third payment or not.

18   Q.   Well, did Dr. Su ever ask you to contact students about --

19   who had not paid?

20   A.   I mean, it may be one day or two days.  I -- so the way it

21   works is I just go there, and then that day I am like a

22   clerical guy with no laptop or no computer.  And then the day I

23   showed up, she told me, "Today, you need to do this.  Next day,

24   you need to do this."  So --

25   Q.   I understand.

1    A.   -- I can't remember if she told me that or not.

2    Q.   You don't remember if she ever asked you to contact

3    students about paying their fees?

4    A.   I mean, I never -- as far as I remember, I never called

5    them to ask for -- I never called the students to ask for the

6    next payment.

7    Q.   Okay.  Well, then maybe not call them but e-mail them?  Did

8    you ever -- did she ever ask you to e-mail students about --

9    who were late or had not paid their fees?

10   A.   I remember she told me once that -- not about paying the

11   bill but students who are not enrolled and their I-20 got

12   expired -- we just need to reenroll them.  That's what she told

13   me.

14   Q.   You mean without them having paid the fees?

15   A.   Yes.

16   Q.   If their I-20's are expired, you had permission to just --

17   to renew it even if they hadn't paid money?

18   A.   Yeah.  So she told me that she opened a SEVIS website and

19   said, "These are all expired I-20's.  Just" -- then teach me

20   how to reenroll them, make it for one, and just keep doing it

21   for all unless anything is -- all of them.

22   Q.   Well, I'm just going to ask you, sir, instead of beating

23   around the bush, whether or not you have an opinion about

24   whether Dr. Su was running the school primarily for money, to

25   make money.

1    A.   I -- what I will say -- I -- I can't make that judgment,

2    but what I will say is she's not -- she's -- she wanted to

3    make -- get more and more students anyway because she wanted to

4    build a more bigger university, but it cost her anyway instead

5    of giving them admission.

6         I don't know whether she's inspired by money or she's

7    inspired to become a big -- big -- make -- open a very big

8    university.  I can't say that, but she wants to somehow --

9    either right way or wrong way, needed more and more students

10   and more of them -- to enroll more and more into university.

11   Q.   Did she seem interested in making this school bigger?

12   A.   She was interested in making it bigger, but again, I said

13   in any way, at any cost, in any -- either right or wrong.

14   Q.   You were asked just last year, I think, whether or not you

15   think Dr. Su was doing this just to make money just last

16   August.  Do you remember that?

17   A.   This last August?

18   Q.   August 28th, 2013.  Were you --

19   A.   Oh.

20   Q.   -- interviewed by Agent Mackey last August?

21   A.   Yes.

22   Q.   Didn't you tell him you did not think Dr. Su did this for

23   the money?

24   A.   So that's what I'm saying; right?  I'm -- I'm saying that I

25   don't know what her motivation -- either it's money or wants to

1   be a big corporate -- create a more bigger university.  I don't

2   know her exact intention, but all I can say is when I thought I

3   was working over there, she wants more and more students

4   through any means.

5   Q.  I understand, but that's not -- the question is:  Didn't

6   you tell Agent Mackey last August that you did not think Dr. Su

7   did this for the money?

8   A.  No.

9               MR. RHYNE:  Objection.

10               THE WITNESS:  Only for money?  I don't think so.

11               MR. RHYNE:  Objection as to relevance and

12   speculation.

13               THE COURT:  Overruled.

14   BY MR. BABCOCK:

15   Q.  I'm sorry.  I missed your answer.  Mr. Rhyne was objecting.

16   A.  I would say -- I can say that not only for the money, but

17   yes, money is a factor.

18   Q.  Well, that's not what you told Agent Mackey last August, is

19   it?

20   A.  So --

21   Q.  You said you did not think she did it for the money.  Isn't

22   that what you told him?

23   A.  So maybe I referred to not only for the money and

24   interested in not only money.

25               MR. BABCOCK:  Thank you, your Honor.  That's all I

1      have.

2                  THE COURT:  All right.  Mr. Rhyne, how long do you

3      think your redirect will be?

4                  MR. RHYNE:  Very brief, your Honor.

5                  THE COURT:  All right.

6                           **REDIRECT EXAMINATION**

7      BY MR. RHYNE:

8      Q.   Mr. Patel, Mr. Babcock was asking you about a sentence in

9      one of those reports; is that correct?

10     A.   Yes.

11     Q.   That sentence was in a longer paragraph; is that correct?

12     A.   Yes.

13     Q.   As you sit up there right now, do you remember exactly what

14     in that entire paragraph -- do you remember exactly what that

15     entire paragraph reads?

16     A.   Not exactly.

17     Q.   If I showed it to you, would it refresh your memory?

18     A.   Yeah.

19                  MR. RHYNE:  May I approach, your Honor?

20                  THE COURT:  Yes.

21     BY MR. RHYNE:

22     Q.   I'm going to direct your attention to this paragraph --

23     A.   Uh-huh.

24     Q.   -- and have you read it.

25                  MR. BABCOCK:  Is this from August?  Is this from

1        August?

2                    THE WITNESS:  Yes, I read that.

3        BY MR. RHYNE:

4        Q.   Yes or no, does that refresh your memory?

5        A.   Yes.

6        Q.   Okay.  I'll take it back from you.

7                    MR. BABCOCK:  Which page, please?

8            Thank you.

9        BY MR. RHYNE:

10       Q.   Now, Mr. Babcock was asking you about student complaints;

11       is that correct?

12       A.   Yes.

13       Q.   In that same paragraph, you told Agent Mackey about two

14       types of students that attend Tri-Valley University; is that

15       correct?

16       A.   Yes.

17       Q.   What are those two types of students?

18       A.   So one of the students -- so one who maintains their status

19       to stay in the United States and the other students who really

20       want to attend the classes.

21       Q.   Okay.  And you, based on your position in the office, had

22       an opinion about the percentage of students that just wanted to

23       maintain their immigration status; is that correct?

24       A.   Yes.

25       Q.   What percentage was that?

1    A.   65 to 70 percent.

2    Q.   That's the information in the rest of that paragraph; is

3    that correct?

4    A.   Yes.

5    Q.   You said you wanted to explain something more.  Is there

6    anything more in response to that question that you wanted to

7    explain?

8    A.   Yes.  So in my statement, I say I have a few complaints

9    about -- and how I come up with 65 to 70 percent.  That's what

10   it mentioned in my statement.  So I just want to say that.

11        I -- if you -- if you -- in my delivering -- and every day,

12   I get, suppose, a hundred calls.  Sometimes 30, 40 calls are

13   for complaints.  Okay?  But those complaints are for a

14   particular class and particular subject.  There are few for a

15   particular class and particular subject, but there are lots of

16   classes.

17        So if you -- some -- all of them -- so general -- in terms

18   of classes are not working, that complaint I got a lot.  But

19   for a few classes -- a few classes, I got less complaints.

20   That's what I referred about in that statement.

21             MR. RHYNE:  No further questions, your Honor.

22             THE COURT:  Recross?

23                    **RECROSS-EXAMINATION**

24   BY MR. BABCOCK:

25   Q.   I'm sorry.  I just -- I didn't understand your answer.

PATEL - RECROSS / BABCOCK

1   What was your -- what were you trying to explain in your last

2   answer --

3   A.  So --

4   Q.  -- about the lack of complaints?

5   A.  -- in general -- if you say in general how many -- if I

6   got -- in my daily phone calls, I got a hundred phone calls

7   daily -- okay.  In general, if you say how I'd characterize

8   these hundred phone calls, I do get more complaints.  I will

9   say yes, 30 to 40 calls for -- regarding complaints about the

10  classes.

11      But if you characterize those 30, 40 and get -- and try to

12  get it right for different classes, okay.  Then I will say for

13  this class, I get less complaints.  This class, I get more

14  complaints, something like that.  So that's how -- that's what

15  my statement in -- that's what I give in the statement.  In the

16  statement, it says I have less complaints, but in general, I

17  got a lot more complaints about the classes.

18  Q.  So you got more complaints about certain classes?

19  A.  No, many.  That's what I'm saying.  If you -- if you sum up

20  all the classes complaints -- okay? -- it's a -- there are a

21  lot of complaints if you just go through my call records.  Out

22  of hundred, that's 30 classes -- 30 complaints about the

23  classes.  That's all -- that's all I want to say.

24  Q.  How -- I don't understand, sir.  Are you saying that

25  that -- that gives context to your statement that very few

1    students complained about the lack of instruction because you

2    had a lot of complaints about other things?  Is that what

3    you're trying to say?

4    A.   No.  I have a lot -- so how I come up with that number --

5    okay.  So they say -- the way I come up with that number, 65 to

6    70 percent, is some classes -- they constantly give us a

7    complaint.  In some classes, there is no -- very few

8    complaints.  But when I go to that class, I see that's a

9    hundred students, and only two or three students are asking for

10   the same class instruction.  That means those other 90 or 80

11   other students -- they are not concerned about their classes.

12       Okay.  So for that particular class, I have less

13   complaints, and that's how I can say 65 to 70 percent want

14   to -- just want to maintain their status.

15   Q.   I understand.

16       Isn't it true you told Agent Mackey that there were very

17   few complaints about the lack of instruction?

18   A.   Sir, I'm sorry?

19   Q.   That's all right.  We don't need to go over it again.

20            MR. BABCOCK:  That's all I have, your Honor.

21            THE COURT:  Mr. Rhyne?

22            MR. RHYNE:  No further questions, your Honor.

23            THE COURT:  Mr. Patel, thank you for your testimony.

24   You're excused.

25            THE WITNESS:  Thanks.

1547

```
 1              THE COURT:  You can step down.

 2         Members of the jury, we're at 1:30 or just a minute or two

 3     after that.  So we're going to break for the day.  Thank you

 4     for all of your attention today.  I'll see you tomorrow at

 5     8:30.

 6              THE CLERK:  All rise.

 7         (Proceedings were heard out of the presence of the jury:)

 8              MR. BABCOCK:  That's a slow door.

 9              THE COURT:  We're outside the presence of the jury.

10         Does anyone have anything for the record?

11              MR. RHYNE:  Not from the Government, your Honor.

12              MR. BABCOCK:  No, your Honor.  Thank you.

13              THE COURT:  Thank you.

14     We'll see you tomorrow.

15              MR. RHYNE:  Thank you.

16              THE CLERK:  All rise.

17     Court is in recess.

18                   (Proceedings adjourned at 1:33 p.m.)

19

20

21

22

23

24

25
```

```
1                    CERTIFICATE OF OFFICIAL REPORTER

2

3

4

5        I, James C. Pence, Federal Official Realtime Court

6   Reporter, in and for the United States District Court for the

7   Northern District of California, do hereby certify that

8   pursuant to Section 753, Title 28, United States Code that the

9   foregoing is a true and correct transcript of the

10  stenographically reported proceedings held in the

11  above-entitled matter and that the transcript page format is in

12  conformance with the regulations of the Judicial Conference of

13  the United States.

14
                            Dated this 20th day of June, 2014.
15

16

17  _____
                       JAMES C. PENCE, RMR, CRR, CSR NO. 13059
18                     FEDERAL OFFICIAL COURT REPORTER

19

20

21

22

23

24

25
```