```
JOHN J. JORDAN, ESQ.   (Cal. State Bar No. 175678)
400 Montgomery Street
Suite 200
San Francisco, CA   94104
(415) 391-4814
(415) 391-4308 (FAX)

Attorney for Defendant
SUSAN XIAO-PING SU
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>SUSAN XIAO-PING SU,<br><br>        Defendants. | No.  CR-11-0288 JST<br><br>**STIPULATED MOTION AND ~~PROPOSED~~ ORDER TO CONTINUE MOTION AND SENTENCING HEARING**<br><br>No Hearing Requested |

The parties, through counsel of record, hereby move for an order continuing the motion and sentencing hearing now scheduled for September 12, 2014, for approximately six seeks until October 30, at 1:30 p.m., or as soon thereafter as is convenient to the Court's schedule, to allow the defense additional time to prepare motions and prepare for sentencing.

    1.    Counsel for the defendant made a general appearance in this case on May 9, 2014.  At the May 9, 2014 hearing, this Court continued the hearing on defense motions and the sentencing until September 12, 2014, with the defense motions due to be filed this Friday, July 18, 2014.

    2.    The defense requests additional time to prepare post-verdict motions and prepare for sentencing, due to the complex

lengthy court proceedings in this case. In particular, the defense requests additional time to review the approximately 1937 pages of the trial transcripts and to allow additional time for a defense-retained expert to examine the defendant.

3. After counsel's appointment, the defense proceeded to order the trial transcript, once funds were received from the defendant's relatives. Counsel has now received and is in the process of reviewing the transcripts, but will need additional time to finish reviewing the transcripts with the defendant.

4. In addition, after conferring with the U.S. Attorney, it appears an additional post-verdict transcript for April 1, 2014 should be ordered, which will be done today.

5. The defense has also arranged for a neuro-psychologist to examine the defendant. The doctor has seen Ms. Su once, but scheduling issues with the Alameda Jail has delayed a follow-up interview. Counsel for the defense believes it is necessary to receive a report from the doctor before filing motions.

6. On July 11. 2014, counsel spoke with AUSA West, who graciously agreed to the proposed new motions schedule: defense motions to be filed by August 29, 2014; government opposition to be filed by September 26, 2104; defense reply by October 10, 2014, and the motions hearing set for October 31, 2014.

7. A survey of all counsel indicate that all parties are available to appear before this Court on October 31, 2014. The Court's website indicates that the Court is unavailable on October 24, 2014, but available on October 31, 2014.

8. The defense continues to work with the prosecutors and potential post-trial settlement talks are also in progress. The parties believe that a delay in the filing of the motions would also further the possibility of a settlement.

9. As a verdict has been reached, there are no speedy trial considerations under 18 U.S.C. § 3161.

WHEREFORE, the parties respectfully request that this Court issue an order continuing the case until October 31, 2104, at 1:30 p.m. A proposed order is being submitted with this request.

**SO STIPULATED:**

DATED: July 14, 2014          MELINDA HAAG
                              UNITED STATES ATTORNEY

                              By: */s/ Hartley M. K. West*
                              HARTLEY M. K. WEST
                              Assistant U.S. Attorney

                              By: */s/ Wade Maxwell Rhyne*
                              WADE MAXWELL RHYNE
                              Assistant U.S. Attorney

DATED: July 14, 2014          LAW OFFICE OF JOHN J. JORDAN

                              By: */s/ John J. Jordan*
                              John J. Jordan
                              Attorney for Defendant

**ECF ATTESTATION**

I, John J. Jordan, attest that concurrence in e-filing this **STIPULATION AND [PROPOSED] ORDER CONTINUING THE SEPTEMBER 12, 2014, HEARING DATE** has been obtained from the signatories, in compliance with General Order 45, X.B.

Dated: July 14, 2014.         LAW OFFICE OF JOHN J. JORDAN

                              By: */s/ John J. Jordan*
                              John J. Jordan

3

## [PROPOSED]  ORDER

The motion and sentencing date is continued until October 31, 2014, at 9:30 a.m.  Defense motions shall be filed by August 29, 2014; government opposition to be filed by September 26, 2104; defense reply by October 10, 2014, and the motions hearing set for October 31, 2014.

IT IS SO ORDERED.

Dated: July 23, 2014.



_____
Hon. Jon S. Tigar
United States District Judge

4