| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>CAND 435<br>(CAND Rev. +/2013) | TRANSCRIPT ORDER<br>Please use one form per court reporter.<br>*CJA counsel please use Form CJA24*<br>*Please read instructions on next page.* | COURT USE ONLY<br>**DUE DATE:** |
|---|---|---|

| 1a. CONTACT PERSON FOR THIS ORDER | 2a. CONTACT PHONE NUMBER | 3a. CONTACT EMAIL ADDRESS |
|---|---|---|
| 1b. ATTORNEY NAME (if different) | 2b. ATTORNEY PHONE NUMBER | 3b. ATTORNEY EMAIL ADDRESS |

| 4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE) | 5. CASE NAME | 6. CASE NUMBER |
|---|---|---|
| 7. COURT REPORTER NAME ( FOR FTR, LEAVE BLANK AND CHECK BOX)→ ❏ FTR | 8. THIS TRANSCRIPT ORDER IS FOR:<br>❏ APPEAL ❏ CRIMINAL ❏ In forma pauperis (NOTE: Court order for transcripts must be attached)<br>❏ NON-APPEAL ❏ CIVIL ■ CJA: Do not use this form; use Form CJA24 | |

9. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

| a. HEARING(S) (OR PORTIONS OF HEARINGS) | | | | b. SELECT FORMAT(S) (NOTE: ECF access is included with purchase of PDF, text, paper or condensed.) | | | | | c. DELIVERY TYPE (Choose one per line) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION If requesting less than full hearing, specify portion (e.g. witness or time) | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | ECF ACCESS (web) | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | DAILY (Next day) | HOURLY (2 hrs) | REALTIME |
| | | | | ○ | ○ | ○ | ○ | ○ | | | | | | |
| | | | | ○ | ○ | ○ | ○ | ○ | | | | | | |
| | | | | ○ | ○ | ○ | ○ | ○ | | | | | | |
| | | | | ○ | ○ | ○ | ○ | ○ | | | | | | |
| | | | | ○ | ○ | ○ | ○ | ○ | | | | | | |
| | | | | ○ | ○ | ○ | ○ | ○ | | | | | | |

10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:

| ORDER & CERTIFICATION (11. & 12.) By signing below, I certify that I will pay all charges (deposit plus additional).<br>11. SIGNATURE | 12. DATE |
|---|---|

| DISTRIBUTION: | ❏ COURT COPY | ❏ TRANSCRIPTION COPY | ❏ ORDER RECEIPT | ❏ ORDER COPY |
|---|---|---|---|---|