```
 1              UNITED STATES DISTRICT COURT

 2              NORTHERN DISTRICT OF CALIFORNIA

 3  BEFORE THE HONORABLE SAUNDRA BROWN ARMSTRONG, JUDGE

 4  THE UNITED STATES OF AMERICA,

 5

 6            PLAINTIFF,

 7    VS.                          NO. CR-11-288 JST
                                   PAGES 1 - 12
 8  SUSAN XIAO-PING SU,

 9

10            DEFENDANT.
    _____
11
              OAKLAND, CALIFORNIA
12         SEPTEMBER 27, 2013

13           TRANSCRIPT OF PROCEEDINGS

14  APPEARANCES:

15  FOR PLAINTIFF:
    UNITED STATES ATTORNEY'S OFFICE
16  450 GOLDEN GATE AVENUE
    SAN FRANCISCO, CALIFORNIA 94102
17

18  BY:  WADE RHYNE, ASSISTANT UNITED STATES ATTORNEY
         HARTLEY M.K. WEST, ASSISTANT UNITED STATES ATTORNEY
19

20  FOR DEFENDANT:
    ERIK BABCOCK, ESQUIRE
21  717 WASHINGTON STREET
    OAKLAND, CALIFORNIA 94607
22

23  REPORTED BY:  KATHERINE WYATT, CSR, RPR, RMR
              COMPUTERIZED TRANSCRIPTION BY ECLIPSE
24

25
```

```
1    SEPTEMBER 27, 2013                          10:39 O'CLOCK A.M.
2
3                     P R O C E E D I N G S
4           THE CLERK:  WE ARE CALLING CR 11-00288, UNITED STATES
5    OF AMERICA VERSUS SUSAN XIAO-PING SU.
6        PLEASE STEP FORWARD, AND STATE YOUR APPEARANCES FOR THE
7    RECORD.
8           MR. RHYNE:  GOOD MORNING, YOUR HONOR.  WADE RHYNE AND
9    HARTLEY WEST FOR THE UNITED STATES.  GOOD MORNING.
10          MS. WEST:  GOOD MORNING.
11          THE COURT:  GOOD MORNING.  GOOD MORNING.
12          MR. BABCOCK:  GOOD MORNING, YOUR HONOR.  ERIK BABCOCK
13   FOR MS. SU, WHO IS PRESENT.
14         THE DEFENDANT:  I'M HERE.
15          THE COURT:  GOOD MORNING.
16          MR. BABCOCK:  AND I WOULD ALSO LIKE TO INTRODUCE YOU
17   TO ALANNA COOPERSMITH.  MS. COOPERSMITH IS PART --
18          THE COURT:  GOOD MORNING.
19          MR. BABCOCK:  --  OF JUDGE WHITE'S ATTORNEY
20   DEVELOPMENT PROGRAM.
21          THE COURT:  JUDGE WHO?
22          MR. BABCOCK:  JUDGE WHITE HAS AN ATTORNEY DEVELOPMENT
23   PROGRAM TO TRY TO GET MORE PEOPLE WITH SOME FEDERAL EXPERIENCE
24   SO THEY MIGHT BE AVAILABLE TO BE AVAILABLE ON THE PANEL AND THE
25   LIKE.  MS. COOPERSMITH HAS ABUNDANT STATE EXPERIENCE, BUT NO
```

```
1    FEDERAL COURT EXPERIENCE.
2             THE COURT:  OKAY.  WELL, WELCOME.  WELCOME TO THE
3    FEDERAL EXPERIENCE.
4        MS. COOPERSMITH:  THANK YOU, JUDGE.
5             THE COURT:  YOU'RE WELCOME.
6        THIS IS ON FOR TRIAL SETTING?
7             MR. BABCOCK:  IT IS, YOUR HONOR.
8             MR. RHYNE:  IT IS, YOUR HONOR.
9             THE COURT:  YOU ALL ARE SURE YOU'RE NOT GOING TO BE
10   ABLE TO RESOLVE THIS SHORT OF TRIAL?
11            MR. RHYNE:  I DON'T BELIEVE SO, YOUR HONOR.
12            MR. BABCOCK:  I NEVER SAY "NEVER," BUT I'M CERTAINLY
13   PREPARING TO TRY IT, IF NECESSARY.
14            THE COURT:  OKAY.
15            MR. RHYNE:  WE HAVE TRIED, THOUGH.
16            THE COURT:  OKAY.  AND SO IF I RECALL YOU ALL WERE
17   SAYING THAT THIS CASE MAY TAKE THREE WEEKS.  I MEAN, WHY WOULD
18   IT TAKE -- AS I RECALL, IS THAT WHAT THE TIME ESTIMATE WAS?
19   WHAT MAKES YOU THINK THIS NEEDS TO BE TRIED IN THREE WEEKS?
20   THAT'S A LONG TIME FOR THESE CHARGES.
21            MR. BABCOCK:  WELL, GOVERNMENT'S WITNESS LIST ALONE
22   HAS 60 -- ROUGHLY 60 WITNESSES.
23            THE COURT:  WELL, THEY ARE NOT GOING TO CALLING 60,
24   I'M SURE.  JUST BECAUSE THE LIST -- AT THIS POINT, YOU ALL
25   PROBABLY SHOULD BE FAMILIAR ENOUGH WITH YOUR CASE WHERE YOU
```

```
 1    WINNOW IT DOWN TO WHAT THE REALITY IS AS OPPOSED TO THE
 2    UNIVERSE.
 3          SO OF THE SIXTY HAVE YOU FIGURED OUT HOW MANY OF THOSE
 4    WITNESSES ARE NOT DUPLICATIVE OR CUMULATIVE OR REALLY ARE GOING
 5    TO BE CALLED?
 6              MR. RHYNE:  WE HAVE CUT IT DOWN, YOUR HONOR.  ONE OF
 7    THE ISSUES IS GOING TO BE IF WE'RE GOING TO NEED TO CALL
 8    BUSINESS RECORD CUSTODIANS.  AND, AS YOU KNOW, THAT'S ONE OF
 9    THE -- THAT'S ACTUALLY THE MOTION IN LIMINE THAT IS PENDING.
10          ASSUMING WE'RE ABLE TO REACH STIPULATIONS AND WE'RE ABLE
11    TO ADMIT A LOT OF THE BUSINESS RECORDS WITHOUT LIVE WITNESSES,
12    THAT WILL --
13              THE COURT:  YES.  IS THAT REALLY AN ISSUE IN TERMS OF
14    WHETHER IT'S A BUSINESS RECORD?  I MEAN, IS THAT SOMETHING THAT
15    YOU ALL -- THAT SEEMS TO BE SOMETHING YOU OUGHT TO BE ABLE TO
16    MEET AND CONFER ABOUT.
17              MR. BABCOCK:  YES.  I DON'T THINK THAT'S GOING TO BE
18    A BIG ISSUE.
19              THE COURT:  OKAY.
20              MR. BABCOCK:  I'D BE HAPPY IF THEY COULD CUT THEIR
21    CASE DOWN.  I WILL SAY, I MEAN, THE INVESTIGATIONS, THEY HAVE
22    INTERVIEWED OVER SOME 1500 POTENTIAL WITNESSES.  SO THEY
23    STARTED FROM A VERY LARGE UNIVERSE.  SO WHETHER THEY GET DOWN
24    TO 40 OR 50, OR WHATEVER IT IS --
25              MR. RHYNE:  I THINK WE WILL BE CUTTING IT DOWN QUITE
```

```
 1   A BIT, AND WE WERE IN THE PROCESS OF DOING THAT.  THE MAIN --
 2           THE COURT:  THE REASON I'M ASKING THIS BECAUSE MY LAW
 3   CLERK INDICATED YOU ALL WANTED TO GET KIND OF A FIRM DATE.  AND
 4   THE DATES THAT I'M GOING TO BE ABLE TO GIVE YOU REALLY IS GOING
 5   TO DEPEND ON HOW MUCH OF MY TIME THAT YOU ARE GOING TO NEED FOR
 6   THIS.
 7       BUT I ALSO REALIZE THAT THREE WEEKS IS PROBABLY NOT
 8   NECESSARY.  SO WHAT I'M TRYING TO GET IS A FEEL FOR
 9   REALISTICALLY HOW MUCH TIME THIS CASE IS GOING TO TAKE SO I CAN
10   REALLY SET A DATE THAT I CAN PRETTY MUCH ASSURE YOU WE CAN --
11           MR. RHYNE:  RIGHT.  I THINK THAT THE MAIN LENGTH OF
12   THE TRIAL OR THE REASON IT WOULD BE MULTI WEEKS IS JUST BECAUSE
13   WE HAVE 35 COUNTS HERE AND A LONG FACTUAL RECORD THAT I THINK
14   WE'RE GOING TO NEED TO EXPLAIN TO THE COURT AND THE JURY.
15       I THINK THAT BASED ON WHAT MR. BABCOCK IS SAYING MAYBE
16   TWO-AND-A-HALF TRIAL WEEKS WOULD BE OPTIMISTIC, ASSUMING
17   THERE'S NOT A LENGTHY DEFENSE CASE.
18           THE COURT:  TWO-AND-A-HALF WOULD BE OPTIMISTIC?
19           MR. RHYNE:  I THINK TWO-AND-A-HALF WOULD BE
20   REALISTIC.
21           THE COURT:  OH.  SO THAT'S EVEN WITH THEIR
22   STIPULATING TO THE FOUNDATION TO ELIMINATE THE NEED TO CALL THE
23   CUSTODIANS FOR THE BUSINESS RECORDS?
24           MR. RHYNE:  I THINK SO, YOUR HONOR.  MY CONCERN IS
25   THAT I TELL YOU THAT IT'S GOING TO BE -- YOU KNOW, WE'RE GOING
```

1  TO GET IT IN IN EIGHT TRIAL DAYS, AND THEN WE END UP GOING OVER
2  BY TWO DAYS.  I DON'T WANT TO CREATE AN EXPECTATION WITH THE
3  JURY.  I THINK THAT WE CAN DO THAT, GET IT IN IN TWO-AND-A-HALF
4  TRIAL WEEKS RATHER THAN THREE TRIALS WEEKS, BASED ON THE
5  BUSINESS RECORD STIPULATION.
6             THE COURT:  OKAY.
7             MR. RHYNE:  WE MAY GET IT IN SOONER.
8             THE COURT:  WELL, SOONER IS OKAY.
9             MR. RHYNE:  WE'RE CERTAINLY GOING TO TRY.
10            THE COURT:  OKAY.
11            MR. RHYNE:  WE'RE CERTAINLY GOING TO TRY, AND THAT'S
12 WHAT WE'VE BEEN WORKING TOWARDS ALL ALONG IS TRYING TO CUT DOWN
13 THE LIVE WITNESS TESTIMONY.
14            THE COURT:  OKAY.
15            MR. BABCOCK:  MR. RHYNE HAS A BETTER IDEA OF WHAT
16 EXACTLY HE NEEDS TO PUT ON AND WHAT HE CAN ELIMINATE AND NARROW
17 DOWN.  I DON'T SEE ANY WAY THIS CASE COULD GO IN LESS THAN TWO
18 WEEKS, SO SOMEWHERE BETWEEN TWO AND THREE WEEKS SEEMS
19 REASONABLE.
20            THE COURT:  I WAS WONDERING WHETHER TWO WEEKS WAS
21 GOING TO WORK.  SO YOU THINK THAT THE MORE REALISTIC IS
22 TWO-AND-A-HALF WEEKS?
23            MR. BABCOCK:  I WOULD LIKE TO ERR ON -- I DID HAVE
24 ONE CASE WHICH WAS JUDGE WALKER'S CASE, AND THEN HE GAVE IT TO
25 JUDGE SHUBB.  AND THE GOVERNMENT'S ESTIMATE WAS ONE MONTH, AND

```
 1   WE ENDED UP DRAGGING ON FOR FOUR.  SO I WOULD LIKE TO BE --
 2             THE COURT:  WELL, THINGS DON'T DRAG ON IN MY COURT.
 3   I KNOW DIFFERENT JUDGES HAVE DIFFERENT APPROACHES, AND MINE IS
 4   NOT TO HAVE ANYTHING THAT HAS AN ESTIMATE OF ONE THING DRAG ON.
 5             MR. BABCOCK:  RIGHT.
 6             THE COURT:  I'VE NOT HAD THAT EXPERIENCE IN 22 YEARS,
 7   AND SO I'M NOT GOING TO START NOW.  BUT WHAT I'M TRYING TO DO
 8   IS TRYING TO --
 9             MR. BABCOCK:  YES, GET A REALISTIC ESTIMATE.
10             THE COURT:  -- YOUR REQUEST FOR SETTING A DATE THAT
11   IS FIRM SO THAT YOU CAN KIND OF BE --
12             MR. BABCOCK:  I'M SORRY TO INTERRUPT.  IF YOU ARE
13   BLOCKING OUT THE TIME, I WOULD BE CONCERNED IF THE COURT
14   ALLOCATED ANYTHING LESS THAN THREE WEEKS.  I MEAN, IF THE COURT
15   GIVES US X NUMBER OF DAYS AND TELLS THEM, YOU KNOW:
16             "THIS IS HOW MANY DAYS THEY HAVE TO GET IN THEIR
17        CASE, AND THAT THE LAST DAY THEY ARE DONE."
18             THE COURT:  NO, I'M COMFORTABLE IF HE'S SAYING --
19   SINCE YOU SAID IT'S PROBABLY NOT GOING TO BE AN ISSUE WITH
20   RESPECT TO THE FOUNDATION OF THE BUSINESS RECORDS, AND HE'S
21   SAYING WITHOUT THAT TWO-AND-A-HALF WEEKS IS REALISTIC, THAT'S
22   WHAT I'M MORE LIKELY TO ALLOCATE THAT, RATHER THAN ALLOCATING
23   MORE TIME WHEN I'M TOLD --
24             MR. BABCOCK:  OKAY.
25             THE COURT:  YOU ALL ARE IN A BETTER POSITION THAN I
```

1   AM TO KNOW WHAT YOU'RE DEALING WITH.  AND IF HE SAYS -- IF YOU
2   AGREE TO THAT, THEN TWO-AND-A-HALF WEEKS IS REALISTIC, THEN
3   I'LL GO WITH TWO-AND-A-HALF WEEKS.
4         WHAT ARE YOU ALL THINKING ABOUT IN TERMS OF THE TRIAL?
5             MR. BABCOCK:  WE HAD DISCUSSED, YOUR HONOR --
6             THE CLERK:  FEBRUARY, 2014, IS WHAT THEY HAD ADVISED
7   ME.
8             THE COURT:  FEBRUARY WHAT?
9             THE CLERK:  2014.
10            THE COURT:  NOT A SPECIFIC DAY?
11            MR. BABCOCK:  IT WOULD BE DIFFICULT FOR ME --
12            THE COURT:  THAT WOULD BE DIFFICULT FOR YOU?
13            MR. BABCOCK:  NO, ANYTHING BEFORE THEN WOULD BE
14  DIFFICULT FOR ME.  I HAVE GOT SEVERAL CASES SET FOR TRIAL IN
15  STATE COURT THAT I EXPECT TO GO.
16            THE COURT:  OH, YOU DO?  OKAY.
17            MR. BABCOCK:  IN THE NEXT FEW MONTHS.
18            THE COURT:  OKAY. SO YOU WON'T HAVE ANY TIME FOR
19  THIS CASE.
20            MR. BABCOCK:  TO TRY IT BEFORE?  BEFORE FEBRUARY?  I
21  DON'T THINK SO, NO.
22            THE COURT:  OKAY.  WELL, THAT'S AN ADDITIONAL --
23            MR. BABCOCK:  I DON'T HAVE ANY OTHER THINGS SET
24  AFTERWARDS, SO IT DOESN'T HAVE TO BE FEBRUARY, BUT ANYTHING
25  BEFORE FEBRUARY IS PROBLEMATIC.

```
 1              THE COURT:  I THINK WE CAN SET IT FOR FEBRUARY.  SO
 2   WHAT DATE IN FEBRUARY WERE YOU ALL THINKING ABOUT?
 3              MR. BABCOCK:  I FORGET THE HOLIDAYS RIGHT IN FRONT OF
 4   ME.
 5              THE COURT:  IS THERE A HOLIDAY BESIDES VALENTINE'S
 6   DAY IN FEBRUARY?  THAT'S NOT REALLY A HOLIDAY.
 7              MR. BABCOCK:  PRESIDENT'S DAY.
 8              THE COURT:  THAT'S THE 18TH.
 9              MR. BABCOCK:  I DON'T KNOW, THE TENTH?
10              THE COURT:  DID YOU ALL --
11              MR. BABCOCK:  TUESDAY OR MONDAY?
12              THE CLERK:  MONDAY.  IT FELL ON THE 18TH THIS YEAR.
13   IT WILL PROBABLY FALL ON THE 17TH NEXT YEAR.
14              THE COURT:  I DON'T HAVE A FEBRUARY.
15              THE CLERK:  WE HAVE GOTTEN OUR 2014 CALENDAR YET.
16              THE COURT:  OH, WAIT.  YES, I HAVE.  FEBRUARY 17 IS
17   ON A MONDAY.
18              THE CLERK:  YES.  AND THAT'S PROBABLY WHAT THE
19   HOLIDAY WILL BE FOR 2014.
20         YES, IT IS.
21              THE COURT:  OH, WE NEED -- YES, WE DON'T HAVE A
22   PRETRIAL CONFERENCE DATE, EITHER, IN THIS CASE, DO WE?
23              MR. RHYNE:  WE DO NOT.
24              THE COURT:  OKAY. SO WE NEED TO SET THAT.  WELL,
25   LET'S SET THAT FIRST.  AND THEN, ARE YOU GOING TO BE
```

1   AVAILABLE -- WELL, WE CAN SET THE PRETRIAL CONFERENCE DATE
2   CLOSE TO THE TRIAL AND THAT WAY WE CAN GET THROUGH THE OTHER
3   MATTERS WE HAVE TO GET THROUGH.
4        SO WHEN DO YOU WANT TO SET THE PRETRIAL CONFERENCE?
5            MR. RHYNE:  I THINK TWO, TWO OR THREE WEEKS BEFORE
6   TRIAL WOULD BE FINE WITH THE PARTIES, YOUR HONOR.
7            THE COURT:  OKAY.
8            MR. BABCOCK:  THE 29TH OR THE 15TH WOULD BE MY -- OR
9   I'M SORRY.  WHY AM I THINKING WEDNESDAY?
10           THE CLERK:  TUESDAY.
11           MR. BABCOCK:  TWENTY-EIGHTH IS FINE FOR ME.
12           THE COURT:  THE 28TH OF JANUARY OR --
13           THE CLERK:  FEBRUARY.
14           THE COURT:  OKAY.  FEBRUARY THE 28TH.
15           THE CLERK:  JANUARY 28TH. I'M SORRY, JUDGE.
16           THE COURT:  OKAY.  SO JANUARY.  LET'S SET IT FOR --
17  WELL, THAT'S FINE.  OKAY.  JANUARY 28TH AT 10:00 A.M. FOR
18  PRETRIAL CONFERENCE.  AND YOU ALL HAVE ALREADY FILED YOUR
19  MOTIONS IN LIMINE, RIGHT?
20           MR. RHYNE:  WE HAVE, YOUR HONOR.
21           THE COURT:  TO THE EXTENT YOU ARE AGREEING TO THE
22  FOUNDATION FOR -- OR ANYTHING THAT YOU FILE MOTIONS IN LIMINE
23  ABOUT THAT I HAVEN'T HAD TO RESOLVE, JUST FILE SOMETHING AND
24  LET ME KNOW THAT THAT'S BEEN RESOLVED.  AND THEN, SO WHAT DO
25  YOU THINK ABOUT FOR THE TRIAL?

| | |
|---|---|
| 1 | DID YOU WANT TWO WEEKS LATER? WELL, ACTUALLY, THAT'S |
| 2 | GOING TO BE BROKEN BY THE HOLIDAY. DID YOU WANT IT AFTER THE |
| 3 | HOLIDAY OR BEFORE THE HOLIDAY? |
| 4 | MR. BABCOCK: EITHER IS GOOD FOR ME, YOUR HONOR. WE |
| 5 | COULD DO FEBRUARY 24TH OR FEBRUARY TENTH. |
| 6 | THE COURT: THE ONLY THING IS IF WE DO FEBRUARY TENTH |
| 7 | WE HAVE THAT ONE DAY THAT'S GOING TO BE A HOLIDAY. DOES THAT |
| 8 | MATTER TO YOU ALL? |
| 9 | MR. BABCOCK: MONDAY, THE 24TH. |
| 10 | THE COURT: SO YOU WANT 24TH OF FEBRUARY FOR THE |
| 11 | TRIAL? DOES THAT WORK FOR BOTH OF YOU? |
| 12 | MS. WEST: IT DOES. |
| 13 | MR. RHYNE: THAT'S FINE, YOUR HONOR. |
| 14 | THE COURT: FEBRUARY 24TH AT 8:30 A.M. FOR TRIAL. |
| 15 | AND THEN, IF WE'RE GOING TO HAVE THE TRIAL ON FEBRUARY 24TH, DO |
| 16 | WE NEED TO HAVE THE PRETRIAL CONFERENCE IN JANUARY? |
| 17 | MR. BABCOCK: WE DON'T NEED TO, NO. |
| 18 | THE COURT: OKAY. SO WHY DON'T WE HAVE THE PRETRIAL |
| 19 | CONFERENCE ON THE 11TH OF FEBRUARY? THAT'S TWO WEEKS. |
| 20 | MR. BABCOCK: FAIR ENOUGH. |
| 21 | THE COURT: AT 10:00 A.M. DOES THAT WORK? |
| 22 | AND THEN, THE TIME BETWEEN TODAY AND ACTUALLY THE |
| 23 | TRIAL, SINCE COUNSEL HAS INDICATED HIS UNAVAILABILITY UNDER 18 |
| 24 | U.S.C. SECTION 3161 (H) (7) (A) AND (B) (IV) FOR CONTINUITY OF |
| 25 | COUNSEL, AS WELL AS THE MOTIONS THAT HAVE ALREADY BEEN FILED |

1  WILL TOLL TO TIME BETWEEN NOW AND THE TRIAL.
2             AND, AGAIN, IF YOU ALL RESOLVE ANY OF THE ISSUES
3  IMPLICATED IN THE MOTIONS IN LIMINE SO THAT IT'S NO LONGER AN
4  ISSUE, PLEASE LET ME KNOW, OKAY?
5             MR. RHYNE:  WE WILL, YOUR HONOR.
6             THE COURT:  OKAY.  THANK YOU.
7             MR. BABCOCK:  THANK YOU, JUDGE.
8             THE COURT:  THANK YOU.  HAVE A GOOD DAY.
9             MR. RHYNE:  THANK YOU, YOUR HONOR.
10            (THEREUPON, THIS HEARING WAS CONCLUDED.)

STENOGRAPHY CERTIFICATION

"I CERTIFY THAT THE FOREGOING IS A CORRECT
TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE
ABOVE-ENTITLED MATTER."
    SEPTEMBER 12, 2014
    KATHERINE WYATT

*Kathy Wyatt* (signature)