```
                                              PAGES 1 - 7

              UNITED STATES DISTRICT COURT

           NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,    )
                             )
         PLAINTIFF,          )   NO. CR-11-0288 SBA
                             )
  VS.                        )   FRIDAY, SEPTEMBER 30, 2011
                             )
SUSAN XIAO-PING SU,          )   OAKLAND, CALIFORNIA
                             )
         DEFENDANT.          )   STATUS CONFERENCE
_____)
```

**BEFORE THE HONORABLE SAUNDRA BROWN ARMSTRONG, JUDGE**

<u>REPORTER'S TRANSCRIPT OF PROCEEDINGS</u>

<u>**APPEARANCES:**</u>

```
FOR PLAINTIFF:          MELINDA L. HAAG, ESQUIRE
                        UNITED STATES ATTORNEY
                        1301 CLAY STREET, SUITE 340S
                        OAKLAND, CALIFORNIA  94612
                   BY:  WADE RHYNE,
                        ASSISTANT UNITED STATES ATTORNEY


FOR DEFENDANT:          BONJOUR, THORMAN, BARAY & BILLINGSLEY
                        24301 SOUTHLAND DR. #312
                        HAYWARD, CALIFORNIA 94545
                   BY:  DAVID HARRIS BILLINGSLY, ESQUIRE



REPORTED BY:            DIANE E. SKILLMAN, CSR 4909, RPR, FCRR
                        OFFICIAL COURT REPORTER


     TRANSCRIPT PRODUCED BY COMPUTER-AIDED TRANSCRIPTION
```

```
1    FRIDAY, SEPTEMBER 30, 2011                          10:30 A.M.
2                        P R O C E E D I N G S
3         THE CLERK: CALLING CRIMINAL 11-288 UNITED STATES OF
4    AMERICA VERSUS SUSAN XIAO-PING SU.
5       THE MATTER IS ON FOR STATUS.
6         THE COURT: OKAY.
7         MR. RHYNE: GOOD MORNING, YOUR HONOR. WADE RHYNE FOR
8    THE UNITED STATES.
9         THE COURT: MR. RHYNE.
10        MR. BILLINGSLEY: GOOD MORNING, YOUR HONOR. DAVID
11   BILLINGSLEY. I'M APPEARING WITH MS. SU WHO IS PRESENT OUT OF
12   CUSTODY.
13        THE COURT: GOOD MORNING. THE RECORD WILL SO
14   REFLECT.
15      THIS IS ON FOR STATUS.
16        MR. RHYNE: YES, YOUR HONOR.
17      THE PARTIES HAVE BEEN ENGAGED IN PRETTY HEAVY PLEA
18   NEGOTIATIONS. IT DOESN'T LOOK, AT THIS POINT, LIKE THE CASE
19   IS GOING TO RESOLVE. AS A RESULT OF THAT, I THINK IT'S THE
20   DEFENSE'S INTENTION TO FILE A MOTION TO DISMISS THE INDICTMENT
21   OR PARTS OF IT.
22      WE HAVE DISCUSSED A BRIEFING SCHEDULE THAT WE WOULD BE
23   PREPARED TO TENDER TO THE COURT TODAY, AND SET IT OUT FOR A
24   HEARING. AND DEPENDING ON WHAT HAPPENS THEN, WE'LL DECIDE
25   THAT.
```

1      **THE COURT:** OKAY.

2      **MR. RHYNE:** THE PROPOSED BRIEFING SCHEDULE WOULD BE

3  AN OPENING BRIEF BY THE DEFENSE ON OCTOBER 21ST, AN OPPOSITION

4  BY THE GOVERNMENT ON NOVEMBER 10TH, AN OPTIONAL REPLY BRIEF BY

5  THE DEFENSE ON NOVEMBER 18TH, AND THEN A HEARING DATE ON

6  DECEMBER 12TH AT 11:00 O'CLOCK.

7      **THE COURT:** I DON'T HAVE A 2011 CALENDAR, LISA. HOW

8  MUCH TIME IS BETWEEN EACH OF THESE DATES?

9      **THE CLERK:** THERE'S TWO WEEKS BETWEEN THE FILING OF

10 THE BRIEF AND THE OPPOSITION. THERE'S A WEEK AND A DAY

11 BETWEEN THE OPPOSITION AND THE REPLY. AND THEN THERE'S THREE

12 WEEKS BETWEEN THE REPLY AND THE HEARING.

13      **THE COURT:** OKAY. DECEMBER 12TH WORK --

14      **THE CLERK:** YES, YOUR HONOR.

15      **THE COURT:** -- FOR A DECISION?

16   OKAY. THAT'S ACCEPTABLE.

17      **THE CLERK:** DECEMBER 12TH AT 11:00 A.M.

18      **THE COURT:** AND SO BETWEEN NOW AND OCTOBER 21ST, I

19 GUESS THE -- YOU WANT TO TOLL THE TIME BASED UPON YOUR NEED TO

20 PREPARE THE MOTION AND ALSO TO -- WELL, YOU TELL ME WHAT THE

21 TIME --

22      **MR. BILLINGSLEY:** THE DEFENSE WOULD BE ASKING FOR THE

23 TIME TO BE TOLLED DURING THAT TIME PERIOD FOR EFFECTIVE

24 PREPARATION OF COUNSEL IN TERMS OF DOING THE RESEARCH IN

25 PREPARATION OF THE MOTION.

| | |
|---|---|
| 1 | **THE COURT:** OKAY. |
| 2 | **MR. RHYNE:** I WOULD ALSO ADD TO THE RECORD THAT THIS |
| 3 | CASE INVOLVES THOUSANDS OF PAGES OF DISCOVERY THAT INCLUDES |
| 4 | MULTIPLE COMPUTER HARD DRIVES THAT WERE TAKEN FROM THE |
| 5 | DEFENDANT'S UNIVERSITY IN THIS CASE.  SO I KNOW THERE'S |
| 6 | VOLUMINOUS DISCOVERY AND WE'VE BEEN TALKING ABOUT -- |
| 7 | **THE COURT:**  IN TERMS OF THE PREPARATION? |
| 8 | **MR. RHYNE:**  YES, MA'AM. |
| 9 | **THE COURT:**  SO THE TIME BETWEEN -- SO ANYWAY, THOSE |
| 10 | THOUSANDS OF PAGES OF DISCOVERY AND TAPES THAT YOU ARE TALKING |
| 11 | ABOUT WILL -- YOU WILL PROBABLY BE WORKING ON THOSE EVEN |
| 12 | BEYOND THE TIME YOU FILE THE MOTION. |
| 13 | **MR. BILLINGSLEY:**  YES.  THAT'S CORRECT, YOUR HONOR. |
| 14 | **THE COURT:**  SO I AM GOING TO TOLL THE TIME BETWEEN |
| 15 | NOW AND DECEMBER 12TH BASED UPON THE ADEQUATE PREPARATION OF |
| 16 | COUNSEL UNDER 18, U.S.C., SECTION 3161(H)(7)(A) AND (B)(4) TO |
| 17 | ALLOW FOR ADEQUATE PREPARATION OF COUNSEL, TAKING INTO ACCOUNT |
| 18 | THE EXERCISE OF DUE DILIGENCE. |
| 19 | AND THEN AS OF OCTOBER 21ST, THE MOTION WILL ALSO TOLL THE |
| 20 | TIME BETWEEN OCTOBER 21ST AND DECEMBER 12TH.  SO IF YOU DON'T |
| 21 | FILE THE MOTION, YOU KNOW, IT REALLY WON'T MATTER BECAUSE I AM |
| 22 | TOLLING THE TIME BETWEEN NOW AND DECEMBER 12TH. |
| 23 | SO IF YOU FILE IT, THAT'S FINE.  WE WILL HAVE BOTH BASES. |
| 24 | IF YOU DON'T, THE TIME IS STILL TOLLED TO ENABLE YOU ADEQUATE |
| 25 | PREPARATION OF TIME TO -- ARE YOU NOT ABLE TO HEAR ME? |

| | |
|---|---|
| 1 | **THE DEFENDANT:** YES, I'M FINE. |
| 2 | **THE COURT:** SO, IF YOU DON'T FILE THE MOTION, THE |
| 3 | TIME IS STILL TOLLED TO ENABLE YOU TO HAVE ADEQUATE TIME TO |
| 4 | PROCESS THE DISCOVERY AND THE TAPES THAT ARE CHARACTERIZED AS |
| 5 | BEING VOLUMINOUS IN THIS CASE. |
| 6 | AND THEN THE, DEFENDANT, MS. SU, YOU ARE ORDERED TO RETURN |
| 7 | TO THIS COURT ON DECEMBER 12TH AT -- YOU SAY 11, LISA? |
| 8 | **THE CLERK:** 11. |
| 9 | **THE COURT:** 11 A.M.  OKAY? |
| 10 | **THE DEFENDANT:** YES. |
| 11 | **MR. BILLINGSLEY:** JUDGE, I AM SORRY.  THERE IS ONE |
| 12 | OTHER MATTER I WANTED TO BRING TO THE COURT'S ATTENTION. |
| 13 | **THE COURT:** YES. |
| 14 | **MR. BILLINGSLEY:** IN THIS CASE THERE IS A PROTECTIVE |
| 15 | ORDER WITH REGARDS TO DISCOVERY.  THERE'S SOME CERTAIN |
| 16 | DISCOVERY WHICH HAS BEEN MARKED AS CONFIDENTIAL.  MS. SU HAS |
| 17 | GOT ACCESS TO IT, BUT SIMPLY WITHIN THE CONFINES OF DEFENSE |
| 18 | COUNSEL'S OFFICE. |
| 19 | **THE COURT:** WHO'S THE MAGISTRATE, DISCOVERY |
| 20 | MAGISTRATE? |
| 21 | **MR. BILLINGSLEY:** SO WE HAVE BEEN -- WE WERE IN FRONT |
| 22 | OF JUDGE RYU. |
| 23 | **THE COURT:** OKAY. |
| 24 | **MR. RHYNE:** I BELIEVE WE SUBMITTED THE PROTECTIVE |
| 25 | ORDER TO YOUR HONOR, THOUGH.  AND IT IS THE STANDARD |

1  PROTECTIVE ORDER WE USE IN CASES LIKE THIS.
2          **MR. BILLINGSLEY:**  I JUST WANTED TO LET THE COURT KNOW
3  THAT THE PROTECTIVE ORDER IS IN PLACE.  IT ALLOWS FOR MS. SU
4  TO WITNESS -- VIEW THE DISCOVERY WITHIN THE CONFINES OF THE
5  DEFENSE OFFICE.
6      IT DID COME TO MY ATTENTION THAT MS. SU DID HAVE AND WAS
7  IN POSSESSION OF SOME ITEMS OF DISCOVERY WHICH WERE MARKED
8  CONFIDENTIAL AND SHE HAD POSSESSION OF THEM OUTSIDE OF MY
9  OFFICE.
10     WHEN IT CAME TO MY ATTENTION, I JUST INFORMED MS. SU THAT
11 THAT WAS OUTSIDE THE BOUNDARIES OF WHAT THE PROTECTIVE ORDER
12 REQUIRED, AND SHE RETURNED THOSE ITEMS TO ME.
13     I DID WANT TO --
14         **THE COURT:**  -- DISCLOSE THAT.
15         **MR. BILLINGSLEY:**  -- ALERT THE COURT TO THAT.
16         **THE COURT:**  I APPRECIATE THAT.
17     IS THAT A CONCERN FOR THE GOVERNMENT?
18         **MR. RHYNE:**  IT IS NOT.  AND MR. BILLINGSLEY TIMELY
19 NOTIFIED ME ABOUT IT AS WELL AND TALKED ABOUT PUTTING IT ON
20 THE RECORD TODAY.
21         **THE COURT:**  I COMMEND YOU FOR DOING THAT.  THANK YOU.
22     AND YOUR CLIENT UNDERSTANDS NOW WHAT THE PARAMETERS ARE OF
23 THE PROTECTIVE ORDER?
24         **MR. BILLINGSLEY:**  YES.  WE CERTAINLY WENT OVER IT IN
25 SOME DETAIL ONCE THIS BECAME APPARENT.

1       **THE COURT:** OKAY.  THANK YOU.
2    THANK YOU.  HAVE A GOOD WEEKEND.
3       **MR. RHYNE:** THANK YOU, YOUR HONOR.
4          (PROCEEDINGS CONCLUDED AT 10:32 A.M.)

6              **CERTIFICATE OF REPORTER**
7       I, DIANE E. SKILLMAN, OFFICIAL REPORTER FOR THE
8    UNITED STATES COURT, NORTHERN DISTRICT OF CALIFORNIA, HEREBY
9    CERTIFY THAT THE FOREGOING IS A CORRECT TRANSCRIPT FROM THE
10   RECORD OF PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.

12       *[signature: Diane E. Skillman]*
13           DIANE E. SKILLMAN, CSR 4909, RPR, FCRR
14              THURSDAY, SEPTEMBER 11, 2014