```
                                                         Pages 1 - 6
                    UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA
              BEFORE THE HONORABLE JON S. TIGAR, JUDGE
UNITED STATES OF AMERICA,       )
                                )
          Plaintiff,            )
                                )
  vs.                           ) NO. CR 11-288 JST
                                )
SUSAN SU,                       )
                                ) San Francisco, California
          Defendant.            ) Tuesday,
                                ) April 22, 2014
_____) 9:42 a.m.

                      TRANSCRIPT OF PROCEEDINGS
APPEARANCES:

For Plaintiff:           MELINDA L. HAAG
                         United States Attorney
                         1301 Clay Street
                         Suite 340S
                         Oakland, California  94612
                  BY:    WADE RHYNE
                         Assistant United States Attorney


For Defendant:           LAW OFFICES OF ERIK BABCOCK
                         717 Washington Street, 2nd Floor
                         Oakland, California  94607
                   BY:   KEVIN MORLEY, ESQ. Specially Appearing

Also Present:            THE CARDOZA LAW OFFICES
                         1220 Oakland Boulevard
                         Suite 200
                         Walnut Creek, California  94596
                  BY:    BARRY MORRIS, ESQ.


        Reported by DEBRA PAS, CSR, CRR, RMR
      Transcribed by BELLE BALL, CSR 8785, CRR, RDR
         Official Reporters, U.S. District Court
```

```
 1  TUESDAY, APRIL 22, 2014                              9:42 A.M.
 2                         P R O C E E D I N G S
 3          THE CLERK:  Calling Criminal Case 11-288, United
 4  States of America versus Susan Su.
 5      Counsel, will you please make your appearances.
 6          MR. RHYNE:  Good morning, Your Honor.  Wade Rhyne for
 7  the United States.
 8          THE COURT:  Good morning, Mr. Rhyne.
 9          MR. MORRIS:  Good morning, Your Honor.  Barry Morris
10  appearing for Michael Cardoza, who makes a general appearance
11  at this time.
12          THE COURT:  Good morning, Mr. Morris.
13          MR. MORLEY:  Good morning, Your Honor.  Kevin Morley
14  appearing on behalf of Erik Babcock.
15          THE COURT:  Good morning, Mr. Morley.
16          MR. MORRIS:  Mr. Cardoza is presently in trial in
17  front of Judge Jacobson in Alameda County.  They have dark days
18  on Fridays.  So, I understand that a date has to be set for a
19  Rule 29 motion.
20      Mr. Cardoza indicated he's available on the 9th, to be
21  here personally.  Not to hear the Rule 29 motion on the 9th --
22  obviously it hasn't been filed yet -- but to set a date for a
23  hearing.
24          THE COURT:  Mr. Morris, have you had a chance to talk
25  to my clerk about our calendar here?
```

1          **MR. MORRIS:** Yes, I did. I was told the 9th was a
2  possibility.
3          **THE COURT:** I'm in Oakland that morning.
4          **MR. MORRIS:** Oh, that's even better.
5          **THE COURT:** So -- so what do you contemplate will
6  happen on May 9th?
7          **MR. MORRIS:** Mr. Cardoza will appear and a date will
8  be set to hear a Rule 29 motion.
9          **THE COURT:** All right. We have a sentencing set in
10 this case on June 20th.
11         **MR. MORRIS:** I'm aware of that.
12         **THE COURT:** Is Mr. Cardoza able to indicate to the
13 Court now when he thinks a Rule 29 -- let me just say a few
14 things.
15         **MR. MORRIS:** Okay, sure.
16         **THE COURT:** First, if Mr. Cardoza knows he's in
17 trial, it's a good idea for him to make a motion to continue a
18 hearing if he needs that.
19     Although, it sounds to me like maybe we'll get some things
20 done today.
21         **MR. MORRIS:** Okay.
22         **THE COURT:** I would be curious to know if Mr. Cardoza
23 has given any thought to the relationship between the Rule 29
24 motion and the sentencing.
25     I don't know whether Mr. Cardoza has talked to Mr. Babcock

1  about who will have summoned for briefing that motion.  I would
2  be curious to know that.
3      Obviously, it's important to the Court to honor Ms. Su's
4  right to counsel of her choice.  But I also have to manage the
5  deadlines in the case.  And it also needs to be clear to the
6  Court who's responsible for what.
7      And, I also think that Mr. Babcock is -- has been
8  representing Ms. Su as a member of our CJA panel.  So, I would
9  like to get a handle on all of those housekeeping issues.  It
10 may be that I may need to hear from Mr. Babcock, too.
11     Do you think -- oh, and let me also say:  I've had to
12 think about the -- I had to think about the Rule 29 motion,
13 when it was made.  I don't have a tentative ruling about a
14 motion that hasn't been filed yet.
15     I would say, as I sit here, probably the one area where I
16 could use a little help in terms of briefing is the
17 alien-harboring conviction.
18     Obviously, I'll read the motion closely.  And, it may be
19 that something will be called to my attention that I missed
20 during the trial.
21     With regard to the other counts, my recollection of the
22 evidence is it would be difficult for the Court to conclude
23 that no reasonable juror could find that the counts had been
24 proven beyond a reasonable doubt.
25     But as to that, as to those alien-harboring counts, I

1  actually would look forward to getting some briefing.
2          **MR. MORRIS:**  I will convey that to Mr. Cardoza.
3          **THE COURT:**  Mr. Rhyne, is the government available on
4  May 9th in Oakland?
5          **MR. RHYNE:**  We are, Your Honor.
6          **THE COURT:**  Mr. Morley, do you know if Mr. Babcock
7  and Mr. Cardoza have spoken about the transition between
8  counsel --
9          **MR. MORRIS:**  You know, Judge, I was told that Mike
10 was still in trial, and I should come here today.  And I
11 was told --
12         **THE COURT:**  I directed my question to Mr. Morley.
13         **MR. MORRIS:**  Oh, I'm sorry.
14         **MR. MORLEY:**  My understanding is that they only had
15 brief conversations about it.  And I think they were planning
16 to talk more today.
17     Obviously, it's not happening.
18         **THE COURT:**  Okay.  May 9th at 9:30 a.m.
19         **MR. MORRIS:**  Your Honor?
20         **THE COURT:**  Yes.
21         **MR. MORRIS:**  One additional matter.  My client has
22 requested that I ask you if she could be released pending
23 sentencing.
24         **THE COURT:**  That request is denied.
25         **MR. MORRIS:**  Okay.  Would the Court be willing to

```
1  refer the matter for Pretrial Services for that purpose?  To
2  make -- to renew the request?
3              THE COURT:  On an oral motion this morning?  No.
4        Court is in recess.
5              THE CLERK:  All rise.
6            (Conclusion of Proceedings)
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**CERTIFICATE OF REPORTER**

I, BELLE BALL, Official Reporter for the United States Court, Northern District of California, hereby certify that the foregoing is a true and correct transcript, to the best of my ability, of the above pages, of the stenographic notes of Official Court Reporter DEBRA PAS, CSR, CRR, RMR, provided to me by the U.S. District Court for the Northern District of California, of the proceedings taken on the date and time previously stated in the above matter. I further certify that I am neither counsel for, related to, nor employed by any of the parties to the action in which this hearing was taken, and further that I am not financially nor otherwise interested in the outcome of this action.

/s/ Belle Ball_____

Wednesday , September 17, 2014

Belle Ball, CSR 8785, CRR, RDR