MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

HARTLEY M. K. WEST (CABN 191609)
WADE M. RHYNE (CABN 216799)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6747
    FAX: (415) 436-7234
    Hartley.West@usdoj.gov
    Wade.Rhyne@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 11-0288 JST |
| Plaintiff, | DECLARATION OF HARTLEY M. K. WEST IN SUPPORT OF UNITED STATES' OPPOSITION TO DEFENDANT'S RULE 33 MOTION |
| v. | |
| SUSAN SU, | |
| Defendant. | |

I, Hartley M. K. West, declare as follows:

1.     I am an Assistant United States Attorney in the Northern District of California, Criminal Division, and have been since January 2002. In the course of my duties, I was assigned to the investigation and prosecution of Susan Su, in the above-captioned case.

2.     Attached to this Declaration as Exhibit A is a true and correct copy of a certified transcript from the May 12, 2011 magistrate court proceeding in the above-captioned case.

3.     Attached to this Declaration as Exhibit B is a true and correct copy of a certified transcript from the March 7, 2013 magistrate court proceeding in the above-captioned case.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed this 9th day of October, 2014, in San Francisco, California.

DATED: October 9, 2014

_____
HARTLEY M. K. WEST
Assistant United States Attorney

WEST DECLARATION IN SUPPORT OF
U.S. OPP. TO DEFT'S RULE 33 MTN.            2