UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA      **ORIGINAL**

BEFORE THE HONORABLE SAUNDRA BROWN ARMSTRONG, JUDGE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | HEARING RE: STATUS |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| VS. | ) | NO. CR 11-00288JST |
| | ) | |
| SUSAN XIAO-PING SU, | ) | PAGES 1 – 5 |
| | ) | |
| DEFENDANT. | ) | OAKLAND, CALIFORNIA |
| _____ | ) | TUESDAY, JULY 12, 2011 |

### REPORTER'S TRANSCRIPT OF PROCEEDINGS

**APPEARANCES:**

FOR PLAINTIFF:          MELINDA L. HAAG, ESQ.
                        UNITED STATES ATTORNEY
                        1301 CLAY STREET, SUITE 340S
                        OAKLAND, CALIFORNIA  94612
                    BY: WADE M. RHYNE,
                        HARTLEY M. K. WEST,
                        ASSISTANT UNITED STATES ATTORNEYS

FOR DEFENDANT:          BONJOUR, THORMAN, BARAY & BILLINGSLEY
                        24301 SOUTHLAND DRIVE #312
                        HAYWARD, CALIFORNIA  94545
                    BY: DAVID H. BILLINGSLEY, ATTORNEY AT LAW


REPORTED BY:            RAYNEE H. MERCADO
                        CSR. NO. 8258

   PROCEEDINGS REPORTED BY ELECTRONIC/MECHANICAL STENOGRAPHY;
TRANSCRIPT PRODUCED BY COMPUTER-AIDED TRANSCRIPTION.

```
 1    TUESDAY, JULY 12, 2011                              10:58 A.M.
 2                     P R O C E E D I N G S
 3         THE CLERK:  CALLING CRIMINAL 11-288, UNITED STATES OF
 4    AMERICA VERSUS SUSAN XIAO-PING SU.
 5         MR. RHYNE:  GOOD MORNING, YOUR HONOR.  WADE RHYNE AND
 6    HARTLEY WEST FOR THE UNITED STATES.
 7         MS. WEST:  GOOD MORNING.
 8         THE COURT:  GOOD MORNING.
 9      GOOD MORNING.  ARE YOU NEW?
10         MS. WEST:  NO.  SAN FRANCISCO, YOUR HONOR.
11         THE COURT:  OH, ARE YOU?  WELCOME TO OAKLAND.
12         MS. WEST:  NEW TO OAKLAND.  THANK YOU.
13         MR. BILLINGSLEY:  GOOD MORNING, YOUR HONOR.  DAVID
14    BILLINGSLEY.  I'M APPEARING WITH SUSAN SU, WHO'S OUT OF
15    CUSTODY.
16         THE COURT:  GOOD MORNING.  GOOD MORNING.  THE RECORD
17    WILL SO REFLECT.
18       THIS IS ON FOR STATUS CONFERENCE.
19         MR. RHYNE:  YES, YOUR HONOR.  THIS IS OUR FIRST
20    APPEARANCE BEFORE THE DISTRICT COURT.  TO DATE, THE UNITED
21    STATES HAS PRODUCED A RATHER VOLUMINOUS AMOUNT OF DISCOVERY.
22    IT INCLUDES THOUSANDS OF PAGES OF DOCUMENTS IN ADDITION TO
23    SOME COMPUTER HARD DRIVE EVIDENCE THAT'S -- THAT'S FAIRLY
24    SIZEABLE.
25       I KNOW DEFENSE COUNSEL IS CONTINUING TO REVIEW THAT.
```

1  PARTIES ARE CONTINUING TO MEET AND CONFER ON THE CASE. WE'VE
2  BEEN IN PRETTY CLOSE COMMUNICATION. I THINK IT'S OUR JOINT
3  REQUEST, PROVIDED IT'S ACCEPTABLE TO THE COURT, TO CONTINUE
4  THIS FOR STATUS TO JULY 26TH.
5       BETWEEN NOW AND THEN, I THINK IT WOULD BE THE INTENT TO
6  ACCOMPLISH TWO THINGS. THE DEFENSE WOULD CONTINUE TO REVIEW
7  THE DISCOVERY. AND THIS MORNING, THE DEFENSE RAISED A SECOND
8  ISSUE, WHICH WAS PERHAPS A MENTAL COMPETENCY ISSUE. SO
9  BETWEEN NOW AND THEN, I BELIEVE DEFENSE COUNSEL IS GOING TO
10 CONFER WITH THE MEDICAL SPECIALIST ON THEIR SIDE TO DETERMINE
11 WHETHER THERE'D BE ANY NEED TO MAKE A MOTION FOR A MENTAL
12 COMPETENCY EVALUATION.
13      HOPEFULLY, WE'D BE ABLE TO PROVIDE THE COURT MORE
14 INFORMATION ON THAT ISSUE ON JULY 26TH.
15      **THE COURT:** OKAY.
16 WHAT'S -- WHAT'S THE CHARGE HERE?
17      **MR. RHYNE:** IT'S A 33-COUNT INDICTMENT THAT ALLEGES
18 VISA FRAUD CONSPIRACY, SUBSTANTIVE VISA FRAUD COUNTS, MONEY
19 LAUNDERING, MAIL FRAUD, WIRE FRAUD, AND A UNAUTHORIZED ACCESS
20 TO A COMPUTER ACCOUNT AS WELL.
21      **THE COURT:** OKAY. SO ARE YOU ALL GOING TO -- I
22 ASSUME YOU'RE GOING TO KNOW BEFORE THE 26TH WHETHER OR NOT
23 THAT'S GOING TO BE A REQUEST THAT YOU'RE GOING TO MAKE; IS
24 THAT CORRECT?
25      **MR. BILLINGSLEY:** IN TERMS OF THE COMPETENCY ISSUE?

```
 1         THE COURT:  YEAH.
 2         MR. BILLINGSLEY:  CORRECT.
 3         THE COURT:  OKAY.  SO IF YOU'LL SUBMIT SOMETHING
 4    AHEAD OF TIME AND LET THE COURT KNOW WHAT YOUR -- WHAT YOUR
 5    REQUEST WILL BE SO THAT WE CAN -- AND I DON'T KNOW IF YOU ALL
 6    WOULD -- HAVE IN MIND WHO YOU WOULD WANT TO DO THE
 7    EXAMINATION, BUT IF YOU COULD MEET AND CONFER AND RESOLVE
 8    THOSE ISSUES, THEN PERHAPS ON THAT DATE, IF THAT IS WHAT
 9    YOU'RE GOING TO BE REQUESTING, THEN WE CAN MAKE THE
10    APPROPRIATE REFERRAL WITHOUT WASTING A LOT OF TIME.  OKAY?
11         MR. BILLINGSLEY:  AND ON BEHALF OF THE DEFENSE,
12    DEFENSE WOULD MOVE TO EXCLUDE TIME BETWEEN TODAY'S DATE AND
13    JULY 26TH FOR EFFECTIVE PREPARATION OF COUNSEL.  AND THAT IS
14    BASED UPON THE VOLUMINOUS AMOUNT OF DISCOVERY THAT'S BEEN
15    PROVIDED TO --
16         THE COURT:  AND THAT REQUEST IS GRANTED.  SO THE TIME
17    BETWEEN TODAY AND JULY 26TH WILL BE TOLLED UNDER 18 U.S.C.
18    SECTION 3161(H)(7)(A) AND (B)(4) TO ALLOW FOR ADEQUATE
19    PREPARATION OF COUNSEL TAKING INTO ACCOUNT THE EXERCISE OF DUE
20    DILIGENCE.
21      OKAY.  SO JULY 26 AT -- DID WE SAY 10:00?
22         THE CLERK:  10:00 A.M., YOUR HONOR.
23         THE COURT:  10:00 A.M.  AND THE DEFENDANT'S ORDERED
24    TO RETURN TO THIS COURT ON THAT DATE AND TIME, JULY 26TH AT
25    10:00 A.M.  OKAY?
```

```
 1        OKAY?
 2             THE DEFENDANT:  YEAH.
 3             THE COURT:  OKAY.
 4             MR. BILLINGSLEY:  THANK YOU, YOUR HONOR.
 5             MR. RHYNE:  THANK YOU, YOUR HONOR.
 6             MR. BILLINGSLEY:  THANK YOU.
 7          (PROCEEDINGS WERE CONCLUDED AT 11:01 A.M.)
 8                            --oOo--
```

**CERTIFICATE OF REPORTER**

I CERTIFY THAT THE FOREGOING IS A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE ABOVE-ENTITLED MATTER. I FURTHER CERTIFY THAT I AM NEITHER COUNSEL FOR, RELATED TO, NOR EMPLOYED BY ANY OF THE PARTIES TO THE ACTION IN WHICH THIS HEARING WAS TAKEN, AND FURTHER THAT I AM NOT FINANCIALLY NOR OTHERWISE INTERESTED IN THE OUTCOME OF THE ACTION.

_/s/ Raynee H. Mercado_

RAYNEE H. MERCADO, CSR, RMR, CRR, FCRR, CCRR

TUESDAY, OCTOBER 14, 2014