```
                    UNITED STATES DISTRICT COURT           ORIGINAL

                   NORTHERN DISTRICT OF CALIFORNIA

        BEFORE THE HONORABLE JON S. TIGAR, JUDGE

        UNITED STATES OF AMERICA,     )    HEARING RE:
                                      )    APPOINTMENT OF ATTORNEY
                 PLAINTIFF,           )
                                      )
          VS.                         )    NO. CR 11-00288JST
                                      )
        SUSAN XIAO-PING SU,           )    PAGES 1 - 7
                                      )
                 DEFENDANT.           )    OAKLAND, CALIFORNIA
        _____)    FRIDAY, MAY 9, 2014
```

**REPORTER'S TRANSCRIPT OF PROCEEDINGS**

**APPEARANCES:**

```
FOR PLAINTIFF:              MELINDA L. HAAG, ESQ.
                            UNITED STATES ATTORNEY
                            1301 CLAY STREET, SUITE 340S
                            OAKLAND, CALIFORNIA  94612
                      BY:   WADE M. RHYNE,
                            ASSISTANT UNITED STATES ATTORNEY

FOR DEFENDANT:              LAW OFFICE OF JOHN J. JORDAN
                            400 MONTGOMERY STREET, SUITE 200
                            SAN FRANCISCO, CALIFORNIA  94104
                      BY:   JOHN J. JORDAN, ATTORNEY AT LAW

                            LAW OFFICE OF ERIK G. BABCOCK
                            717 WASHINGTON STREET, SECOND FLOOR
                            OAKLAND, CALIFORNIA  94607
                      BY:   KEVIN MORLEY, ATTORNEY AT LAW

                            THE CARDOZA LAW OFFICES
                            1220 OAKLAND BOULEVARD, SUITE 200
                            WALNUT CREEK, CALIFORNIA  94596
                      BY:   MICHAEL CARDOZA, ATTORNEY AT LAW

REPORTED BY:                RAYNEE H. MERCADO
                            CSR. NO. 8258
```

PROCEEDINGS REPORTED BY ELECTRONIC/MECHANICAL STENOGRAPHY; TRANSCRIPT PRODUCED BY COMPUTER-AIDED TRANSCRIPTION.

```
 1   FRIDAY, MAY 9, 2014                                    10:26 A.M.
 2                      P R O C E E D I N G S
 3        THE CLERK:  CALLING CRIMINAL CASE 11-288, UNITED
 4   STATES OF AMERICA VERSUS SUSAN XIAO-PING SU.
 5      COUNSEL, ONCE THE DEFENDANT IS PRESENT, WILL YOU PLEASE
 6   MAKE YOUR APPEARANCES.
 7                   (PAUSE IN THE PROCEEDINGS.)
 8        MR. RHYNE:  GOOD MORNING, YOUR HONOR.  WADE RHYNE FOR
 9   THE UNITED STATES.
10        MR. CARDOZA:  AND GOOD MORNING, YOUR HONOR.  MICHAEL
11   CARDOZA.
12        MR. JORDAN:  GOOD MORNING, YOUR HONOR.  JOHN JORDAN.
13        THE CLERK:  AND WE HAVE...?
14        MR. MORLEY:  GOOD MORNING.  KEVIN MORLEY APPEARING
15   FOR ERIK BABCOCK.
16        MR. JORDAN:  YOUR HONOR, I BELIEVE WE HAVE A
17   RESOLUTION OF THE REPRESENTATION ISSUE.  I DID MEET WITH
18   MS. SU FOR THE FIRST TIME THIS WEDNESDAY AT HER FACILITY AT
19   SANTA RITA, SPOKE WITH HER.  SHE INDICATED SHE WISHED TO GO
20   FORWARD WITH ME.
21      I'VE MET WITH THE FAMILY AND FINALIZED THOSE ARRANGEMENTS.
22   I BELIEVE SHE'S INFORMED MR. CARDOZA THAT SHE PREFERS TO GO
23   WITH ME WITH THANKS TO HIM FOR THE WORK HE'S DONE SO FAR.
24      I SPOKE TO MR. BABCOCK YESTERDAY BY TELEPHONE, WHO SAID HE
25   WAS HAPPY TO GET ME THE FILE NEXT WEEK, AND AGREED TO THE
```

*RAYNEE H. MERCADO, CSR, RMR, CRR, FCRR (510) 451-7530*

```
 1   SUBSTITUTION, SO I THINK WITH ALL THAT SAID, I'M PREPARED TO
 2   ENTER A GENERAL APPEARANCE TODAY TO TAKE OVER THE CASE.
 3           THE COURT:  DOES ANYONE ON THE DEFENSE SIDE OF THE
 4   COURTROOM WISH TO BE HEARD TO SUPPLEMENT OR AMEND ANYTHING
 5   THAT MR. JORDAN HAS SAID?
 6           MR. CARDOZA:  I DO NOT.  THAT IS ACCURATE, WHAT HE
 7   SAID.
 8           THE COURT:  MR. MORLEY, IS THAT ALSO ACCURATE FROM
 9   YOUR AND MR. BABCOCK'S PERSPECTIVE?
10           MR. MORLEY:  YES, YOUR HONOR.
11           THE COURT:  VERY GOOD.  MR. JORDAN, YOUR GENERAL
12   APPEARANCE ON BEHALF OF MS. SU IS NOTED FOR THE RECORD.
13        GOOD MORNING AGAIN, MS. SU.
14           MR. CARDOZA:  MAY WE BE EXCUSED?
15           THE COURT:  YOU ARE EXCUSED.  THANK YOU, MR. CARDOZA.
16           MR. CARDOZA:  I APPRECIATE IT.
17           THE COURT:  YOU FINISHED -- YOU JUST A TRIAL IN MY
18   OLD STOMPING GROUNDS IN FRONT OF JUDGE JACOBSEN; IS THAT TRUE?
19           MR. CARDOZA:  I DID, A MONTH AND A HALF.  AND
20   ACTUALLY IT WAS ENJOYABLE TO A CERTAIN LEVEL.
21           THE COURT:  YEAH.  WELL, HE'S A GOOD TRIAL JUDGE.
22        ANYWAY, THANK YOU.
23           MR. CARDOZA:  I KNOW.  THANK YOU.  GOOD TO SEE YOU.
24           THE COURT:  SO WE'VE GOT SOME SCHEDULING ISSUES IN
25   THE CASE.
```

```
 1            IS THE PROBATION DEPARTMENT HERE THIS MORNING?
 2            MR. RHYNE:  YES, THEY ARE, YOUR HONOR.
 3            THE COURT:  GOOD MORNING.
 4            THE PROBATION OFFICER:  GOOD MORNING.  JESSICA
 5    GOLDSBERRY FOR THE PROBATION OFFICE.
 6            THE COURT:  IS IT GOLDSBERRY WITH AN "S"?
 7            THE PROBATION OFFICER:  YES.
 8            THE COURT:  MS. GOLDSBERRY, GOOD MORNING TO YOU.
 9            THE PROBATION OFFICER:  GOOD MORNING.
10            THE COURT:  SO HERE ARE ALL THE THINGS I WANT TO
11    FIGURE OUT.  WE HAVE A SENTENCING DATE.  THERE WAS AN ORAL
12    RULE 29 MOTION MADE DURING THE TRIAL.  I DEFERRED RULING ON
13    THAT UNTIL AFTER THE VERDICT.  THE VERDICT CAME IN, AS WE
14    KNOW.  MR. BABCOCK HAD RESERVED THE RIGHT TO HIMSELF TO BRIEF
15    THAT MOTION.  WE ACTUALLY HAVE A HEARING DATE FOR THAT MOTION.
16    WE HAVE A SENTENCING DATE.  AND PERHAPS THE PARTIES HAVE
17    TALKED AMONGST THEMSELVES TO HARMONIZE THE FIRMAMENT OF ALL
18    THESE DATES AND THEIR RESPECTIVE SCHEDULES.
19        WHO WANTS TO ADDRESS SCHEDULING?
20            MR. JORDAN:  YOUR HONOR, IF I MIGHT, WE HAD SOME TIME
21    THIS MORNING, AND ALSO I TALKED TO MS. HARTLEY WEST YESTERDAY
22    AND MS. GOLDSBERRY AT LENGTH, AND THEN THIS MORNING WITH
23    MR. RHYNE, SO WE HAVE SOME PROPOSALS FOR YOU WHICH SEEM TO
24    HARMONIZE EVERYTHING.
25        WE WOULD ASK THAT YOU VACATE, I GUESS, ALL THE DATES AND
```

1    SET THIS DOWN ON SEPTEMBER 12TH, WHICH WE'VE TALKED TO YOUR
2    LAW CLERK, IS AN AVAILABLE TIME TO BE SPECIALLY SET IN THE
3    AFTERNOON.  I WILL ORDER THE TRANSCRIPTS IF THEY HAVEN'T BEEN
4    ORDERED ALREADY.  I'LL NEED TO REVIEW THOSE, AND THAT SHOULD
5    TAKE ABOUT A MONTH FOR THEM TO BE PREPARED.
6        I WOULD THEN NEED AN APPROXIMATE MONTH TO PREPARE THE
7    VARIOUS RULE 29/RULE 33 MOTIONS, AND I WOULD PROPOSE TO FILE
8    THOSE ON JULY 18TH.  GIVE THE GOVERNMENT A MONTH TO RESPOND,
9    WHICH WOULD BE AUGUST 15TH.  I WOULD HAVE TWO DAYS TO FILE A
10   REPLY, WHICH WOULD BE AUGUST 29TH.
11       AND THEN WE'VE GIVEN YOUR HONOR APPROXIMATELY TWO WEEKS TO
12   REVIEW IT, COMING BACK HERE ON THE 12TH.  THAT'S A LITTLE
13   LONGER, BUT WE NEED TO GET THE TRANSCRIPTS READY.
14       MS. GOLDSBERRY AND OTHER PEOPLE HAVE VACATIONS IN AUGUST.
15   AUGUST IS USUALLY A SLOW MONTH.  AND IN MY MIND, THIS IS LIKE
16   THE VERDICT DATE TODAY.  I'M JUST COMING IN.  SO WE WOULD
17   NORMALLY SET THE CASE OUT --
18           **THE COURT:**  I DON'T -- JUST SO THAT YOU KNOW, ABSENT
19   ANY SHOWING OF PREJUDICE THAT THE GOVERNMENT MIGHT MAKE, WHICH
20   I WOULD BE SURPRISED IF THEY COULD, BECAUSE MS. SU IS NOW IN
21   CUSTODY -- SHE'S EFFECTIVELY SERVING HER SENTENCE RIGHT NOW, I
22   DON'T HAVE ANY OBJECTION TO GIVING YOU, MR. JORDAN, THE TIME
23   THAT YOU NEED, AND I RECOGNIZE THAT YOU'RE NEW AND I WANT YOU
24   TO BE ABLE TO DO A GOOD JOB.  SO YOU DON'T NEED TO CONVINCE ME
25   ON THE LENGTH OF TIME.  THAT'S FINE.

1 **MR. JORDAN:** THANK YOU, YOUR HONOR. I VERY MUCH
2 APPRECIATE THAT. SO THAT'S OUR PROPOSAL.
3    THERE WAS ALSO FORFEITURE FILED. I'VE TALKED TO
4 MR. RHYNE. WE'VE AGREED TO SUBSTITUTE THESE DAYS FOR THAT AND
5 HAVE EVERYTHING HEARD ON THE 12TH IN ONE OMNIBUS PROCEEDING.
6    **THE COURT:** THAT SOUNDS FINE. SO YOU'RE
7 CONTEMPLATING -- WHAT DATE OF THE WEEK, PLEASE, IS SEPTEMBER
8 THE 12TH?
9    **MR. JORDAN:** A FRIDAY.
10    **THE COURT:** FRIDAY. I SEE. SO --
11    **MR. JORDAN:** THAT WAS SUGGESTED ABOUT YOUR COURTROOM
12 DEPUTY.
13             (PAUSE IN THE PROCEEDINGS.)
14    **THE COURT:** OKAY. SO I'M GOING TO SET THIS ON
15 SEPTEMBER THE 12TH, 2014, AT 1:30 P.M.
16    MS. SU, YOU'RE ORDERED TO BE PERSONALLY PRESENT AT THAT
17 TIME.
18    ON THAT DATE, WE WILL HEAR THE DEFENDANT'S RULE 29 MOTION,
19 WE'LL ALSO HEAR ANY FORFEITURE REQUESTS THAT HAVE BEEN MADE
20 AND MS. GOLDSBERRY OR SOMEBODY TELL ME ABOUT WHAT'S HAPPENING
21 WITH SENTENCING.
22    **MR. JORDAN:** THAT WOULD BE ON THE DIFFERENT TRACK,
23 BUT WE TALKED ABOUT THAT. I DO PLAN TO HAVE A DOCTOR LOOK AT
24 MS. SU. I WOULD LIKE TO GET THAT TO MS. GOLDSBERRY BEFORE SHE
25 INTERVIEWS THE DEFENDANT, SO WE WORKED OUT THIS SCHEDULE SO

| | |
|---|---|
| 1 | THAT I WOULD GET MS. GOLDSBERRY THAT REPORT TOWARDS THE END OF |
| 2 | JUNE. AND THEN SHE COULD INTERVIEW THE DEFENDANT FIRST WEEK |
| 3 | OF JULY, END OF JUNE, AND STILL HAVE TIME TO GET THE 35-DAY |
| 4 | REPORT IN FOR THE SEPTEMBER 12TH DATE. THAT'S ACTUALLY WHY |
| 5 | WE -- |
| 6 | **THE COURT:** SO THAT ALSO WOULD BE A SENTENCING |
| 7 | DATE -- |
| 8 | **THE PROBATION OFFICER:** YES. |
| 9 | **THE COURT:** -- ASSUMING THAT RULE 29 MOTION WERE |
| 10 | (SIC) NOT GRANTED. |
| 11 | **THE PROBATION OFFICER:** (NODS HEAD.) |
| 12 | **THE COURT:** ALL RIGHT. IT WILL BE A BUSY AFTERNOON. |
| 13 | MR. RHYNE, DOES THIS SCHEDULE ALSO -- IS THIS SCHEDULE |
| 14 | ALSO AGREEABLE TO THE GOVERNMENT? |
| 15 | **MR. RHYNE:** THAT WILL BE FINE, YOUR HONOR. |
| 16 | **THE COURT:** AND, MS. GOLDSBERRY, THIS WORKS FOR YOU, |
| 17 | TOO? |
| 18 | **THE PROBATION OFFICER:** IT DOES, YOUR HONOR. THANK |
| 19 | YOU. |
| 20 | **THE COURT:** THE COURT WILL ALSO SET THE MATTER FOR |
| 21 | SENTENCING ON SEPTEMBER 12TH, 2014, AT 1:30 P.M. |
| 22 | **MR. JORDAN:** JUST ONE FINAL CLARIFICATION, YOUR |
| 23 | HONOR. |
| 24 | I MAY ALSO, ALTHOUGH I'M NOT -- FILE RULE 33 MOTION WITH |
| 25 | THE RULE 29 BUT ON THE SAME BRIEFING SCHEDULE. |

```
1          THE COURT:  THAT'S UNDERSTOOD.
2          MR. JORDAN:  OKAY.
3          THE COURT:  ANYTHING ELSE?
4          MR. JORDAN:  NO, YOUR HONOR.
5          MR. RHYNE:  NO, YOUR HONOR.
6          THE COURT:  ALL RIGHT.  THANK YOU ALL.
7          MR. RHYNE:  THANK YOU.
8          (PROCEEDINGS WERE CONCLUDED AT 10:33 A.M.)
9                         --O0O--
10
11                  **CERTIFICATE OF REPORTER**
12
13         I CERTIFY THAT THE FOREGOING IS A CORRECT TRANSCRIPT
14  FROM THE RECORD OF PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.
15  I FURTHER CERTIFY THAT I AM NEITHER COUNSEL FOR, RELATED TO,
16  NOR EMPLOYED BY ANY OF THE PARTIES TO THE ACTION IN WHICH THIS
17  HEARING WAS TAKEN, AND FURTHER THAT I AM NOT FINANCIALLY NOR
18  OTHERWISE INTERESTED IN THE OUTCOME OF THE ACTION.
19
20         _____[signature]_____
21         RAYNEE H. MERCADO, CSR, RMR, CRR, FCRR, CCRR
22                FRIDAY, OCTOBER 10, 2014
23
24
25
```