1   MELINDA HAAG (CABN 132612)
United States Attorney

2

J. DOUGLAS WILSON (DCBN 412811)
3   Chief, Criminal Division

4   HARTLEY M.K. WEST (CABN 191609)
WADE M. RHYNE (CABN 216799)
5   Assistant United States Attorneys

6       1301 Clay Street, Suite 340S
        Oakland, California 94612
7       Telephone: (510) 637-3680
        FAX: (510) 637-3724
8       E-Mail:  hartley.west@usdoj.gov
                 wade.rhyne@usdoj.gov
9

Attorneys for United States of America
10

11                     UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13                          OAKLAND DIVISION

14

15   UNITED STATES OF AMERICA,          )   CASE NO. CR-11-00288 JST
                                        )
16           Plaintiff,                 )   **DECLARATION OF AUSA WADE M. RHYNE**
                                        )   **IN SUPPORT OF UNITED STATES'**
17       v.                             )   **SENTENCING MEMORANDUM**
                                        )
18   SUSAN XIAO-PING SU,                )   Hearing Date: October 31, 2014
                                        )   Time: 9:30 a.m.
19           Defendant.                 )   Judge:  Hon. Jon S. Tigar
                                        )
20                                      )
                                        )
21   _____)

22           I, Wade M. Rhyne, hereby declare and state as follows:

23           1.      I am an Assistant United States Attorney at the United States Attorney's Office for the

24   Northern District of California. I submit this declaration in support of the United States' Sentencing

25   Memorandum in the above-entitled case.

26           2.      Attached hereto as <u>Exhibit 1</u> is a true and correct copy of a compilation of six emails with

27   attachments, respectively identified as Witness Email #1 through #6.  The original recipients of the

28

                                             1

1 | emails provided copies of the communications to law enforcement agents of the United States.

2

3 |      I declare under penalty of perjury that the foregoing is true and correct.  Executed on October 23,

4 | 2014, in Oakland, California.

5

6

7 | WADE M. RHYNE
     Assistant United States Attorney

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

AUSA RHYNE DECLARATION
No. CR-11-00288 JST

# EXHIBIT 1 - BINDER

NOTICE OF MANUAL FILING
Exhibit 1 – BINDER Compilation of Six Emails With Attachments

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.   If you are a participant on this case, this filing will be served in hard-copy shortly.  For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reasons:

Exhibit 1 is a BINDER compilation of six emails with attachments