JOHN J. JORDAN, ESQ.   (State Bar No. 175678)
400 Montgomery Street, Suite 200
San Francisco, CA   94104
(415) 391-4814
(415) 391-4308 (FAX)

Attorney for Defendant
SUSAN XIAO-PING SU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>SUSAN XIAO-PING SU,<br><br>    Defendant. | No. CR-11-00288 JST<br><br>**SUBMISSION OF TRANSCRIPT OF MAY 9, 2014 HEARING IN SUPPORT OF DEFENDANT'S FED. R. CRIM. P. 33 MOTION**<br><br>Date:   October 31, 2014<br>Time:   9:30 a.m.<br>Hon. Jon S. Tigar |

    The defendant SUSAN XIAO-PING SU, through her above-listed counsel, hereby submits the attached certified transcript of the May 9, 2014 hearing, in support of the Defendant's motion for the granting a new trial, pursuant to Federal Rule of Criminal Procedure 33, regarding the timeliness of the motion.

Dated: October 24, 2014.     Respectfully submitted,

                                      /s/ John J. Jordan
                                      JOHN J. JORDAN
                                      Attorney for Defendant
                                      SUSAN XIAO-PING SU

SUBMISSION                                  1