**Amanda Gregory, Ph.D.**
**Forensic and Clinical Psychologist**
**California License Number PSY 20207**
**55 New Montgomery Street, Suite 420**
**San Francisco, CA 94105**
**(415) 796-2801**

October 23, 2014

John Jordan, Esq.
400 Montgomery Street
Suite 200
San Francisco, CA 94104

Re:   **United States vs. Susan Xiaoping Su**
      *ADDENDUM TO PSYCHOLOGICAL EVALUATION SUMMARY*

Dear Mr. Jordan:

Pursuant to your request, this letter summarizes my follow-up interviews with Ms. Su's family members. The interviews were conducted to gain further information on Ms. Su's mental health history for an addendum to my Psychological Evaluation Summary Report on Ms. Su, dated August 27, 2014. As you know, Ms. Su is a 44-year-old (date of birth XXXX, XX, 1970), divorced, Chinese woman who was found guilty in Federal Court of multiple charges including money laundering and conspiracy to commit visa fraud in March of this year. I interviewed Ms. Su's ex-husband Hong (Henry) Yang, her sister Sophie Su, and her older daughter Jenny Yang.

**Interview with Henry Yang, Ms. Su's ex-husband**
I met with Mr. Yang for just less than two hours on October 8, 2014. Mr. Yang is a 49-year-old, divorced (from Susan Su) man of Chinese descent with a doctorate in Materials Science and Engineering who lives in Pleasanton, California. Mr. Yang reported that he is a Senior Manager of Technology at Intermolecular Inc. Mr. Yang reported that he met Ms. Su in Beijing, China in January of 1992 and that they were married in May of the same year. He reported that they officially separated in December of 2009. (Ms. Su moved out, although Mr. Yang reported that they had been distant in the two years before that.) He reported that they officially divorced in December of 2013.

Mr. Yang reported that he had concerns about his wife's mental health when, as a graduate student at the University of California, Berkeley in 1997, Ms. Su believed she was having a romantic relationship with her professor. Apparently, these thoughts were not based in reality. He also described how she told him another professor had put listening devices in the walls of the students' offices to monitor their conversations. He said she displayed a tendency to "link things that don't need to be linked," and make inaccurate associations between unrelated events. He said, "Her thought process is strange." He reported that her professor refused to continue working with her and she transferred to working with another professor.

Mr. Yang also noted Ms. Su's mood instability and tendency to be easily upset. He noted that she could become very upset and angry during their relationship and she would call the police. He

said things could be fine for a couple of weeks and then there could be an explosion. He reported that she has no history of substance abuse issues. He indicated that she is alcohol intolerant. He said that on one occasion she drank a beer and started screaming nonsense.

Mr. Yang also reported that Ms. Su was "obsessed" with the British Royal Family, saying things like, "I'm going to be Queen of England," and believing that her daughters would be princesses. He reported that from 2001 to 2002 she would spend many nights online in chat rooms discussing the Royal Family. He said he logged on to the chats on a few occasions and learned that his wife believed that Prince William was going to marry one of her daughters and that she and Princess Diana were connected by their similar life stories.

Mr. Yang reported that Ms. Su had a severe episode of mental illness in 2005 at which point she was hospitalized. He reported that in the three to four months preceding the hospitalization, she was acting "pretty strange." He reported that just prior to her hospitalization, the family was in San Antonio for the daughter's softball tournament and her mind appeared to be wandering. He described how she started screaming and crying that people were following her. He said he was able to take her to the hospital by convincing her that she needed a physical checkup. She did not believe she had any mental health issues. He reported that she had to be restrained due to agitation when she went to the hospital. He said that she did not recognize him or her daughter and appeared very confused. He noted that she was misperceiving things and thought people were wearing masks, which appeared to scare her. He described this episode as "very frightening."

Mr. Yang said that after the hospitalization, he chose to take his wife home to care for her rather than admitting her to a psychiatric hospital because he thought he and Ms. Su's brother and sister could care for her. He said that he tried to keep having her take medication but she refused to take it soon after she left the hospital. He reported that he did not seek additional mental health treatment for his wife because she did not think she was sick and did not want to go to treatment. He also said that in Chinese culture it is "shameful" to be seen as having a mental illness and that blame is placed on the person or the family. He reported that when she was hospitalized he did not tell any of his Chinese friends the nature of his wife's difficulties.

Mr. Yang reported that after Ms. Su came home from the hospital she was still "very sick and thinking about the Royal Family." He reported that she told him she was waiting for mail from the Royal Family and every time she saw the postman arrive, she would get excited. He reported that her strange behavior persisted for approximate five or six months. He reported that during periods of mental illness, Ms. Su tends to talk very quickly to the point that she is difficult to follow and make grandiose statements (e.g. "I can win the Nobel Prize," and "I can be the Queen of England").

Mr. Yang also noted Ms. Su's history of paranoid thoughts including thinking people were following her. He noted that she also believed she could speak directly to God. He also reported that she would write in a journal and on random pieces of paper, and that her writing would often not make much sense. He also noted episodes where her difficulty with thinking rationally resulted in other problems for her. He reported that she lost $75,000 in a Ponzi scheme in 2007

and lost $10,000 to $20,000 when she sent twenty or thirty laptops to Nigeria and was shocked when she was not paid for the items.

Mr. Yang reported episodes where Ms. Su would improve and be less set on her unusual beliefs, but then she would get worse again. Mr. Yang reported that there was no reasoning with or talking Mr. Su out of these beliefs.

When I asked Mr. Yang about his knowledge of his ex-wife's family history of mental health issues, he reported that Ms. Su's father also appears to have some grandiose thinking, including writing a book and telling people he is the best writer in China. He also reportedly wanted to start a school in China. Mr. Yang reported that Ms. Su's father has also written letters to the White House and senators. He reported that Ms. Su's mother has some difficulty getting along with other people.

Mr. Yang described examples of grandiose thinking in Ms. Su during the period when she was running the school. He reported that she talked of making the school global, with "tens of thousands of students." She felt the school was good for the community because it was low cost and involved cutting edge technology. He also reported that she believed it was God's wish for her to start the school, which is why she made it a Christian school. He reported that she was very focused on the school. He reported that she would stay up very late, night after night, studying different topics (including those in which she had no prior knowledge, such as nursing and law) in order to develop the curriculum. He reported that when she told him she had a lot of students, he told her she needed to get help in managing the school. He reported that any time he tried to tell her she was "crazy" for what she was doing with the school, "There was a big argument." He reported that he was amazed that she was able to proceed so far because she is not very detail oriented and tends to be "sloppy." He reported that if he tried to say something that did not support her beliefs about her school she "got very upset," saying, "I'm doing everything right," and staying in her "own unreal world." He reported that she believed she could take care of everything.  He reported that he did not think she would be given a certification/granted a permit to run the school in the first placed because she was so disorganized. He equated her getting the permit to giving a driver's license to a blind person. He said he anticipated the school would soon get shut down again because of her difficulty with organization. He reported that he was shocked when she was arrested.

Mr. Yang reported that during his ex-wife's criminal trial, she was not being realistic about the trial, telling him, "Everything's going well." He stated that she told him the statements of government witnesses were helping her and she felt "100% they will drop the charges." He said she also did not believe she had committed any crimes or understand the severity of her behavior. He said she believed these things all the way to the end of her trial. He reported that he had contact with her every week or two during that time. He said she was also quite depressed after the trial.

Mr. Yang reported that the only time his wife has thought she might have a mental illness has been during her time in jail. He reported that he is not sure if she truly believes she is mentally ill or if she sees this as a potential defense in her case, while not really believing she is actually

mentally ill. He noted that she is feeling depressed about the upcoming court date on October 31, 2014. He reported that she has said the potential for a bad outcome is elevated because court is on Halloween. He concluded by saying that his ex-wife is not a bad or mean person but that she has a mental illness and has a hard time seeing reality. He reported that he hopes that a condition of her sentence includes taking medication and getting the mental health treatment she needs.

**Interview with Sophie Su, Ms. Su's sister**
I spoke with Ms. Su for one-and-a-half hours on October 22, 2014. Ms. Su reported that she is 41-years-old and lives in Pleasanton. She reported that she has a Master's degree in Computer Science and is the Lead Software Release Engineer at Kaiser Permanente, Pleasanton. Ms. Su reported that she moved to the United States from China in 1996.

Ms. Su reported that the first time she had her concerns that her sister had a mental illness confirmed was when her sister received inpatient psychiatric treatment in 2005. She reported thinking that her sister had mental health problems prior to the hospitalization because, "The way of her thinking is not normal like everyone else." She gave examples of Ms. Su thinking her professor was in love with her and saying, "I'm going to marry him," which resulted in "very bad problems." She reported that her attempts to reason with her sister that her thinking was irrational did not sway her opinion. She said that ultimately this professor would no longer have her as a student. She also reported that her sister had another relationship which she thought would result in marriage, but that was actually only romantic in her mind, with a coworker at a startup in 2001 to 2002. She said that her sister often thinks that God is guiding her thinking and no one else understands.

Ms. Su's sister also referenced her sister's fixation on the British Royal Family. She reported that she would read books about them and imagine herself as Princess Ann and think the Prince was going to marry her. She reported that this behavior started around 2004 or 2005 and escalated in the months prior to her hospitalization in 2005. She reported that her sister "lost herself" in books and on the Internet day and night. She reported that her sister believed that someone from the Royal Family was going to come to give her a wedding ring, wedding dress and marry her. She reported that when Susan was in the hospital in 2005, her brother flew in to see her. She reported that when he arrived at the hospital, Susan asked him, "Where's my wedding ring." She reported that when Susan was discharged, "She was still very confused for the next week or two." She continued to maintain that the Royal Family was coming to give her a package and she would wait expectantly for the mailman.

Ms. Su reported that when she saw her sister after Susan had started teaching part-time, she thought she had recovered. However, she said Susan's husband indicated that she was still spending a lot of time on the Internet researching the Royal Family. She also said as recently as the day before our interview, she had told Susan their mother had fallen in the street and broken her arm. Susan asked if someone was trying to hurt her mother and had pushed her. She did not believe Sophie when she asserted this was not the case, and insisted on talking to her mother. Ms. Su reported that Susan believes people from the government are trying to hurt her family.

When I asked Ms. Su about a family history of mental illness, she reported that she has sometimes wondered if her father has similar problems to Susan with regard to being set on an idea and not listening to the reasoning of others. She reported that her mother has a history of depression. She reported that her sister has no history of substance abuse.

Ms. Su said that when her sister was running the school, there were times when she was worried about her mental health. She reported that before she was arrested, Susan told her she thought someone was following her and trying to kill her. Susan told her she saw blood on her window and thought the students or staff were trying to kill her. She reported that she also appeared to have episodes of elevated mood while running her school. She said that when she talked about the school, Susan had a vey high opinion of it and that it would be very successful. She said that when she tried to give Susan advice, she would not listen to her. She reported that some days Susan would be more down and in crisis because there were too many students coming in. She described Susan as disorganized in running the school and stated "She's a very impulsive person. She thinks something and does it right away." She also reported that Susan talked about God's guidance and how God spoke to her and wanted her to run the school. She reported that Susan said that God had told her to have at least 5000 students; hence, she could not stop admitting more students, even when her sister told her she could not handle more students. Ms. Su said, "She didn't listen to me."

Ms. Su reported that well before the trial, Susan told her the government was trying to protect her. She reported that she was "very confused" in her thinking. She reportedly told Ms. Su that the government and her lawyer were working on a plea bargain. She reportedly believed the government was trying to protect her if she proceeded with trial, and that she did nothing wrong, so she did not take the deal. Ms. Su said of Susan: "During the trial, she became very seriously mentally ill." She noted that at the start of the trial, Susan told her everyone was trying to help her, including the government with whom she had a deal. She described her mood as "very strange, so weird. I think she had a problem." She reported that Susan was convinced she was going to win at trial, despite Ms. Su's protestations that this was in her imagination. She reported that Susan appeared "extremely happy" and told her that the jury and judge were helping her and on her side, which she could tell from their facial expressions. She reported that she no longer saw Susan after the start of the trial because there was a Court order for her to have no contact because she was a witness. Ms. Su said that when she saw Susan right after the trial, Susan was very sad and crying.

Ms. Su reported that whenever family members would attempt to reason with Susan and "help her see reality," Susan would not want to talk about it." Ms. Su also said that they thought reasoning with her would make a difference. She also said, "In China, no one is willing to talk about this kind of thing (mental illness). They will always hide it." She reported that suggestions to her sister to enter treatment did not go well. She said that when she would try to tell her she might have a problem and that she might need to see a doctor to "check why you think that way," Susan would become angry. She asserted that her sister never thought she had a mental illness. She did say that she thinks that her sister might consider treatment currently. She concluded, "I hope she can become normal and to think the right way and do something really good."

**Interview with Jenny Yang, Ms. Su's Daughter**
I spoke with Ms. Yang for one hour on October 23, 2014. Ms. Yang is the 20-year-old (older) daughter of Ms. Su and Mr. Yang. She is currently in her junior year at the University of California, Berkeley studying Material Science and Engineering.

Ms. Yang reported that she recalls her mother having unusual beliefs for as long as she can remember. She also recalls that her mother was easily agitated resulting in frequent arguments between her mother and father She reported that she also learned not to discuss certain topics with her mother because of her odd beliefs. She reported that when she would tell her mother about her softball games, she would tend to "put a meaning behind the numbers" when she would tell her a score. Apparently there were good and bad numbers, which explained why the team won or lost. She recalls one "big episode" where her mother was behaving strangely during her softball tournament. (This appears to have been just prior to Ms. Su's psychiatric hospitalization in 2005.) Ms. Yang said that her team's uniform had a mask on the jersey (the team was the Phantoms, the mask was from Phantom of the Opera) and her mother was uncomfortable around masks. She reported, "They were scary to her." She reported that her mother became fixated on the mask and started behaving strangely. She reported that they had to leave the tournament early because her mother "had a breakdown" and was subsequently hospitalized. She said that while her mother was in the hospital, "She couldn't recognize who we were." She also said her mother was talking incoherently about masks and black gates. She does not recall her mother receiving treatment after she left the hospital. She noted that her mother came home so her family could take care of her. She said her mother did not believe she needed mental health treatment. She also noted the stigma in Asian culture of being mentally ill.

Ms. Yang described another episode of bizarre behavior in her mother when Ms. Yang was around the age of ten to twelve. She reported that the family was at a dinner given by her father's co-worker. She said her mother became fixated on the number of shrimp being served and the family had to leave early when she became upset. She reported that when they were driving home, her father had to stop the car because her mother was "hysterically crying" and saying, "I'm going to die." She does not recall what happened once they got home other than that her father "handled it to protect us instead of letting us watch."

Ms. Yang reported that when she was in middle school, her mother would spend hours and hours on the computer. She reported that her father tried to get her mother to use the computer less. Ms. Yang said that her mother did not think the behavior was problematic and told him to let her do what she was doing. She said that her parents frequently argued whenever her father tried to suggest she spend less time on the computer or counter his wife's unusual beliefs about the Royal Family. She also reported that her mother sometimes forgot to pick her up from school because she was on the computer.

Ms. Yang said her mother was looking up information on the computer about the British Royal Family. She reported that her mother was "obsessed with Princess Diana." She also said her mother expressed the strange belief that she had the right to be the Queen of England. She

reported that she was also fixated on a particular type of china tea set that had roses on it and was apparently used by the Royal Family. She reported that her mother had to buy this style every time she saw it and she was fixated on red roses.

Ms. Yang said of her mother, "There's always a little bit of her off day to day." She reported that she would avoid certain topics (e.g. softball scores, roses) because her mother could go off on tangents. She also noted that her mother experienced episodic mood swings and when she became upset and irritable, "She started to not make sense." She also reported that her mother would sleep a lot when she was younger. She reported that she did not really bring friends home because of concerns that her mother might say something "off" and people might think, "She was rude or weird and not that she can't help it." She also noted that her mother could create a good impression, and that often her first impression would not necessarily suggest there was anything wrong with her. She noted that her mother was an enthusiastic supporter, getting along with other parents, of her tennis pursuits.

Ms. Yang reported that during the time her mother was running the school, she had moved to her own house in Pleasanton, the summer before Ms. Yang's sophomore year in high school. She reported that she and her sister would stay with their mother during the week and with their father on the weekends. She recalls that even before she got her own place, her mother would spend a lot time working on the school in the home office. She recalls looking at the website her mother made for the school and observing a lot of grammatical errors. She said she recalls thinking, "No one's going to let her run her own school." She also recalls her mother talking about the religious aspect of her school and telling her, "God wants her to do whatever she's doing." Ms. Yang reported that her mother's religiosity made her uncomfortable. She reported that she was at her mother's home when she was arrested which she described as "really scary." She went to live with her father full time after that.

Ms. Yang reported that she would sometimes become frustrated with her mother: "I'd mention a number and she'd go all crazy." She said that she would stop feeling frustrated when she would think about how her mother can't help herself and appears to have a chemical imbalance. She said she learned not to talk to her about her day-to-day activities with her mother to prevent her from being able to make special meanings out of events. She reported that she and her sister "matured very fast" in having to manage their mother's mental health difficulties.

Ms. Yang reported that she did not have much contact with her mother during the trial. She was at school and said she "didn't want to deal with it" and placed her focus on school. She did talk to her mother on the phone a few times. She reported that she has been more involved recently. She reported that her mother appears to have been doing better with the structure and routine of jail. Ms. Yang reported that she hopes her mother will be able to get the mental health treatment she needs.


**Discussion**
The collateral information provided by Ms. Su's family members provide further information

indicating that Ms. Su has had a major mental illness for many years that has largely gone untreated. They described psychotic symptoms (primarily grandiose and paranoid delusions[1]) and episodic mood instability involving symptoms of mania (elevated or irritable mood, pressured speech, disorganized thinking and behavior, decreased need for sleep, excessive involvement in plans that seem to be a good idea to Ms. Su but to few others, and with the potential to cause signficant harm). Symptoms appear to have been present to some degree since Ms. Su's early adulthood. Mood symptoms appear to have been episodic (with periods of relative stability as well as long periods of mood instability). Delusional thinking appears to have been present during some periods in the absence of mood symptoms.

The mental health information on Ms. Su provided by her family members further supports my previous diagnosis of **Schizoaffective Disorder, Bipolar Type**. Monitoring Ms. Su's mental health over time will be necessary to make a definitive diagnosis. Other diagnoses that should still be considered in the differential diagnosis include Bipolar Disorder with Psychotic Featues and Schizophrenia, depending on the relative prominence over time of psychotic versus mood symptoms. Medication treatment is highly recommended to address Ms. Su's psychotic and mood symptoms.

Please let me know if I can provide any further information. Should additional relevant records or other collateral information become available, I will gladly amend my report.

Sincerely,

Amanda Gregory, Ph.D.
Clinical Neuropsychologist

---

[1] A delusion, as defined by the Diagnostic and Statistical Manual-5, is a false belief based on incorrect inferences about external reality that is firmly held despite what almost everyone else believes and despite what constitutes incontrovertible and obvious proof or evidence to the contrary. The belief is not ordinarily accepted by other members of the person's culture or subculture (i.e., it is not an article of religious faith). When a false belief involves a value judgment, it is regarded as a delusion only when the judgment is so extreme as to defy credibility.