October 01, 2014

Dear the Honorable Judge Jon Tigar,

My name is Jenny Yang, and I am writing to you on behalf of my mother, Susan Su. I would like to share with you a unique glimpse of Susan's life through a daughter's perspective.

Growing up with my mother was not always easy due to her mental condition, but by no means was it all bad. Upon first meeting Susan, she seems like your everyday mother, compassionate, caring, and full of enthusiasm. However, through spending more and more time with her, nuances in her behavior become apparent. I remember certain mundane things like roses, masks, and lucky numbers that I learned to never mention because doing so would trigger nonsensical thoughts and tangents from her. Her greatest delusion was thinking she, in righteousness, was the Queen of England, and during her darkest times, my mom was hospitalized due to an episode in which she did not recognize her own family.

Despite these unfortunate incidents, the majority of my memories with her are pleasant and happy ones. My mom always tries staying up to date with everything in my life. She remembers practically every one of my friends' names I've ever mentioned, even the ones I made and may have only known back in elementary school. I am 20 years old now and a third year college student. From when I was 5 years old through to high school, the activity I loved most was participating in sports like gymnastics, tennis, as well as playing for a traveling softball team. This would not have been possible for me without my mom's efforts in driving me to every practice, setting up carpools when she couldn't, consoling me when I felt exhausted, and cheering me on from the sidelines during all my competitions and tournaments.

Currently I am attending college at UC Berkeley which is not too far from my home in Pleasanton. Although my mom is being held in the same city, she feels so incredibly far away. Over the summer when I was back home, my sister and I visited her in prison at least once every week. Now a simple phone call is so difficult to achieve, not because she doesn't try to call, but because every time she does try, I sadly find myself unavailable due to being in class or work. I really miss the contact we used to have. Especially attending such a demanding and competitive university like UC Berkeley, my mother's alma mater, I need her comfort and support now more than ever to pick myself up during rough times. Whenever we are able to catch up over the phone, my mom never forgets to remind me of how proud of me she is, and how confident she is in me accomplishing what I set my mind to. I am not sure how possible this is, but it would mean the world to me having my mom able to watch me graduate from both her and my dream school.

My mom is a good and sincere person at heart. Sometimes what is going on in her head gets in the way and she can't help it. My mom has never been someone who intentionally hurts or tries to do wrong to someone else. In her state of mind, I firmly believe she thought she was doing everything genuinely and never meant to deceive anyone.

Considering all this, I kindly ask you and would immensely appreciate any leniency you may extend to my mother, Susan Su. Thank you so much, Honorable Judge Jon Tigar, for your time and consideration.

Respectfully,

Jenny Yang