October 01, 2014

Dear the Honorable Judge Jon Tigar:

My name is Rachel Yang. I am a first-year student at Duke University in Durham, NC, and I am writing this letter on behalf of Susan Su, who is my mother.

Every mother deserves the unconditional love and respect from her children, and I am ashamed to say that it took me far too many years to develop the love and respect that I have for my mother today. Throughout my elementary and middle school years, my family was whole, but in no way were we functional or happy. My mother was distant, often lost in her delusions and thoughts of grandeur, and the only consistency I could expect was hearing her raised voice in her arguments with my father. She was almost a stranger in my life.

When my parents eventually separated in the year end of 2009, I saw a change in my mother. On one hand, she became a much more active part of my life: she began cooking dinner for my sister and me, she would call me every other day to ask how my day went, she wanted to know everything and anything. On the other hand, I think not being able to see my sister and me everyday drove her to want to prove herself as our mother. I can genuinely say that, at the time she was running her business, she *thought* what she was doing was right. She thought she was following all the rules and procedures. She thought she was making an honest living for herself, and for her two daughters. I understand that sometimes one's thinking can be flawed, but it seems just human to make mistakes.

One thing that my mother has taught me is to learn from my mistakes. I think my biggest mistake is taking for granted her impact on my life. Every week when I see her behind the thick glass window at Santa Rita Jail, every part of me wishes I could somehow give her the hug I should have given her before she was taken into custody. I wish I could visit her every day, but at the same time I wish I never had to see her deal with what she must be experiencing right now. I wish I could somehow do the impossible and give her the life she deserves.

The honorable Judge Jon Tigar, I have a deep respect for your profession as a United States District Judge. I see my mother as someone who is caring, loving, and dependable, and I can only hope that you see my mother as someone who acts with pure intentions and who is capable of learning from her mistakes, mistakes which she sometimes just has difficulty realizing. I miss my mother, and I need my mother. I need her to cheer me up on those days when nothing seems to go right. I need her to watch me adjust to life in college, to welcome me home during the holidays. I just need her to be there for me, just as she always used to be.

Sincerely,

Rachel Yang