Hong S. Yang<br>
3518 Ovella Way<br>
Pleasanton, CA 95615<br>
Phone: 925 209 0975<br>
September 30, 2014

The Honorable Judge Jon S. Tigar

United States District Court, Norhern Dsitrict of California


Dear Honorable Judge Jon Tigar,

  On a beautiful late August day at the picturesque Duke University campus, my older daughter Jenny and I were with my 18-year old daughter, Rachel, attending a reception for the parents of students in the Class of 2018.  Excited by her first day at college, Rachel politely introduced herself to her fellow freshmen and had conversations with their parents.  Occasionally, her mind appeared to wander away, and I could see that she missed her mom very much and wished her mom could be there with her to check out the place she would spend her next four years away from home for the first time.  Unfortunately, her mother, Susan Su, could not come to Duke, and nor could she go to Rachel's high school graduation months earlier, because she was sitting in a jail, waiting to be sentenced.  How could the fun-loving, energetic, musically talented, top-college graduate I had married for 18 years end up in a prison?

  When I first dated Susan in 1992, she just graduated from Tsinghua University, one of the top-ranking universities in China; at the time, I was doing my postdoctoral research at UC Davis after receiving Ph.D from University of Birmingham, UK.  Susan's fun-loving spirit, and her musical and athletic talents attracted me, and we fell in love and got married shortly after we met.  Unfortunately, it was a difficult marriage from the very beginning.  I got very frsutrated when every female friend I talked to automatically became my mistress in Susan's mind.  Unaware of her mental illness at the time, I thought she was just feeling insecure in our new marriage.  We had two wonderful daughters together, and Susan worked very hard and managed to complete her M.Sc at UC Davis and Ph.D at UC Berkely while raising two young girls.  Susan always wanted to be the best in whatever she pursued.

  I started to notice Susan's serious mental illness while she was working on her Ph.D at Berkeley (1997 - 2001).  On one rainy afternoon, she told me that she believed that her professor had placed a listening device in the Laboratory wall to listen to her conversations with her labmates.  I told her that it was purely her imagination.

  Susan lost her first full-time job in 2002.  In the aftermath of the dot com bubble, she could not find a regular full-time job for a while.  Susan started part-time teaching at San

Francisco State, San Jose State, and other local private colleges.  With the extra free time she had, she got addicted to the Internet, and was fasinated with the British Royal Family.  She often stayed up very late at night, chatting online with other members of royal family fan clubs.  For years, she believed she could become the Queen of England someday and our daughters could become the princesses.  In the summer of 2005, after returning home from a national softball tournemant for our older daughter Jenny, Susan complained to me that some people from the Royal Family were chasing her around in our house and she screamed loudly.  I used an excuse of her need for a physical health check-up to get her hospitallized for a week.  In the hospital bed the next day, Susan could not recognize who I was and she could not recognize her daughters either.  Shocked by Susan's mental condition, my two young daughers (11 and 9 years of age) and I cried as we stood next to her hosipital bed.  Not sure how well she could recover from this psychotic episode, I prayed to God and promised to take care of her for the rest of myself no matter what happens to her in the future.  It is beyond my imagination that years later she would be put behind bars.  After Susan's hospital stay, we took her home instead of sending her to a mental hospital as we believed home environment would help her recovery.  She did recover somewhat, but was never fully recovered to good mental health because she refused to aceept the fact that she was mentally sick.  As a result, she stopped seeing doctors and getting the medications she needed.  Mental health is a taboo topic for many Chinese Americans, in part because psychiatric illness is stigmatized in traditional Chinese culture, and I could not, without getting in to a major argument, ask her to seek help and get treated for her mental illness.  I always hoped  certain legal means which would force her to get treated for her mental illness, but I could not find any before.  Now that she is waiting to be sentenced, I hope the Court can impose a probation condition by which she is required to get mental health help and take prescribed medications on a regular basis until she gets a clean bill of mental health.

　　　For simple and basic things, Susan can tell right from wrong, and make the right decisions.  She is a loving mother to our two daughters, and seldomly raises her voice to them even during her severe mood swings, for which I am very thankful.  Susan is kind to others, even to strangers.  We are both Christians, and Susan has used her music talents for church chiors and Bible study groups for more than 10 years.  When it comes to more complicated matters like running a business, however, Susan had troubles in making right desicisons because of her mental illness.  Her thoughts were often delusional, detached from reality.  She has repeatedly been a fraud victim in her business endeavours. She lost thousands of dollars in 2006 after shipping laptops to scammers in Nigieria without receiving payments first.  She also lost $75,000 in 2007 by investing in a ponzi scheme run by Swainson Hawke who has been recently convicted.

Susan is fully capable of learning from her mistakes.  After several jail visits to see her, I was encouraged to learn that she had a strong interest in a cosmetology class run at Santa Rita jail and possibly opening a beauty salon after her release form prison, and she also likes to teach computer skills and mathematics to fellow inmates.  I see that Susan can make significantly more contributions to the society if her mental condition is properly treated.

The Honorable Judge Jon Tigar, I understand that Susan has made terrible mistakes that negatively affected the lives of many people and resulted in her being incarcerated.  I also undersand that, as a United States District Court judge, you are obliged to follow federal sentencing guidelines when imposing a sentence on Susan.  Considering many factors including (i) Susan has no prior crimial convictions, (ii) Susan is a kind-hearted person, (iii) Susan's severe mental illness, I would greatly appreciate any leniency you may extend to Susan Su, my ex-wife and mother of my two daughters.  I hope Susan can attend at least one of her daughters' college gradution.  Thank you very much, Honorable Judge Jon Tigar, for your time and consideration.

Sincerely,

Hong S. Yang