Sophie Su
1174 Wenig Court
Pleasanton, CA 94566
Phone: 925-595-2717

September 28, 2014

The Honorable Judge Jon Tigar:

I'm Susan Su's younger sister Sophie Su. I wished I could come to court during the trial so I could talk to you, but I was not called in as a planned witness.

We were born in a teachers' family in a remote rural area in China. Our father is a high school math teacher, and our mother is a middle school physics teacher. Our parents were very strict with us during our childhood. They taught us to follow the laws, rules and regulations, respect other people and care for people. Susan is the oldest kid in our family. She was very intelligent, and was always ranked number one in her class from elementary school to high school, so she was accepted by Tsinghua University, the top university in China. She was always a good guide and example to me and younger brother Xiaogang Su. She taught us many effective study strategies. We looked up to her.

After she graduated from Tsinghua University in China, she quickly got married and came to United States. She was only 22 years old. Because of different language, culture and custom, she struggled with the new life in United States at the beginning. She didn't allow herself to relax and enjoy, but chose to continue her graduate study. She studied very hard. Even with two little babies at that time, she managed to complete the Master's Degree in Mechanical Engineering from UC Davis, and PhD's Degree in Mechanical Engineering from UC Berkeley. That year she was 31 years old and a mom with 2 daughters (7 and 5 years old). Everyone admired her.

She was a very good sister to me and my brother and a good daughter to our parents. She always tries to help us. She helped my brother apply schools in US and paid the school application fees for my brother. She encouraged me to study and get a degree in US, so I could get a job and be independent.

After she graduated from UC Berkeley, she had worked in a small company for about two years, and then recession happened. She lost her job. She started working as an instructor in different colleges or universities around SF Bay Area. She learned how to run a college during those years of teaching at colleges although it's proven that she used some wrong strategies.

Another important thing I should let you know is that Susan has a history of mental problem. This mental disorder has deeply affected her thinking and behaviors. At the worst time, she was taken to Valley Care Hospital and stayed there for a few days. Even during her trial, she had ongoing mental illness. My mom noticed the symptoms and problems, so my mom told me about it. I  Due to her mental illness, she might behave improperly, think and even believe non-existing things. Please kindly forgive her behaviors.

I humbly ask you to reduce the sentence and consider alternative punishment to Susan. She is a remarkable woman, mom, sister, daughter, sister-in-law, friend and teaching instructor who made some terrible mistakes. She has shown great remorse. Please show your leniency to Susan to reduce her sentence.

If you have any question, please feel free to contact me.


Sincerely,


Sophie Su