David Kerns
280 Shady Glen Road
Walnut Creek, CA  94596
Phone: 925-396-5357

October 22, 2014

The Honorable Judge Jon Tigar:

I am Susan Su's boyfriend.  I first meet Susan in April 2013 and we started dating soon thereafter.  Susan was up front and honest with me about TVU, her arrest and related legal issues right from the beginning.  Over the year and a half since we meet I have come to know Susan as a very bright, kind, genial, beautiful woman.  The most important thing in Susan's life is her two wonderful daughters who have both inherited their mother's strong interest in academics.  Both of Susan's daughters are gifted students in their respective schools.  Despite Susan recent notoriety I saw that she was highly regarded and maintain close friendships with her neighbors.  She was also a very active member of her church which she attended almost every Sunday.

I am not familiar with the details of Susan case and I did not attend her trial, but I do know the crimes that she has been convicted of are very serious.  That being said, I do not believe Susan started TVU as a get rich quick scheme or for the purpose of committing visa fraud.  I believe the original genesis for TVU was born from the high value place on education by her family and her Chinese culture, and her father's own attempt to start a school years ago in China.  Susan has very strong views and opinions about the current state and teaching methods used at traditional institutions of higher education.  She often spoke passionately about how it could be that here in Northern California, in the center of technology and innovation, our most predominate universities are still focused on teaching methods first developed over 2,500 years ago in ancient Greece.  She spoke about advanced teaching methods used at many schools in China and other countries that leverage technology to create interactive/collaborative on-line classrooms that greatly enhance the learning experience.  I believe these are the ideas and methods she had in mind when she started TVU.

Susan is a very gentle person.  She has no previous criminal history.  Knowing Susan as I do and given the nature of the crimes that she has been convicted of, I believe that the risk of recidivism is zero.  Susan is

a very intelligent and capable person with still a lot to contribute to society, her family and her community.  Susan has already suffered greatly through this experience.  I believe a long and costly incarceration would benefit no one.  I ask you to please minimize the length of her required incarceration and to seriously consider sentencing alternatives such as probation, restitution, community service and home confinement.

Thank you,


David Kerns