MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

HARTLEY M.K. WEST (CABN 191609)
WADE M. RHYNE (CABN 216799)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    E-Mail: hartley.west@usdoj.gov
           wade.rhyne@usdoj.gov

Attorneys for United States of America

FILED
OCT 2 4 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 11-00288 JST |
| Plaintiff, | |
| vs. | NOTICE OF MANUAL FILING |
| SUSAN XIAO-PING SU, | EXHIBIT 1 - BINDER |
| Defendant. | |

Regarding: EXHIBIT 1 - BINDER Compilation of Six Emails With Attachments

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant on this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

/////

/////

/////

NOTICE OF MANUAL FILING
CR 11-00288 JST

1
2 | This filing was not e-filed for the following reasons:
3 |     Exhibit 1 – BINDER Compilation of Six Emails With Attachments
4
5 | DATED: October 24, 2014             Respectfully submitted,
6 |                                         MELINDA HAAG
                                        United States Attorney
7
8 |                                         /s/ WMR
9
10 |                                         WADE M. RHYNE
                                        Assistant United States Attorney

NOTICE OF MAUAL FILING
CR 11-00288 JST