# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT of CALIFORNIA

## *CRIMINAL MINUTES*

| | | | |
|---|---|---|---|
| Judge: | Jon S. Tigar | Time in Court: | 2 hours 13, minutes |
| Date: | October 31, 2014 | | |
| Case No.: | **4:11-cr-00288-JST** | | |

**United States of America**　　v.　　**Susan Xiao-Ping Su**

　　　　　　　　　　　　　　　　　　Defendant
☑ Present
☐ Not Present
☑ In Custody

Wade Rhyne; Hartley M.K. West; David Countryman　　　　　John Jordan
U.S. Attorney　　　　　　　　　　　　　　　　　　　　　　Defense Counsel

Probation Officer:  Jessica Goldsberry

Deputy Clerk:  William Noble　　　　　　　　　　　Reporter: Belle Ball

## *PROCEEDINGS*

REASON FOR HEARING:
- Motion Pursuant to Fed. R. Crim. P. 29(c) (docket 166)
- Motion Pursuant to Fed. R. Crim. P. 33 (docket 167)
- Sentencing

RESULT OF HEARING:

1. Motion hearings held.
    a. The Motion Pursuant to Fed. R. Crim. P. 29(c) (docket 166) is denied for the reasons stated on the record.
    b. The Motion Pursuant to Fed. R. Crim. P. 33 (docket 167) is denied for the reasons stated on the record.
    c. The transcript of the hearing will act as the Court's Order.  No written Order will be issued.

4:11-cr-00288-JST
October 31, 2014

2. Sentencing held.
    a. The Defendant is committed to the custody of the Bureau of Prisons for a term of 198 months as follows: 198 months on counts 1 through 14, 60 months on counts 15, 20, 21; 120 months on counts 16 through19, 22, 24, 26, 27, 29, 31, 32, 34, and 35; 12 months on count 25, all counts to be served concurrently.
    b. Upon release from imprisonment the Defendant shall be placed on supervised release for three years supervised release as follows: 3 years on counts 1 through 22, 24 26 27 29 31 32 34 35 and one year on count 25, all counts to be served concurrently, with the special conditions set forth in the judgment.
    c. A copy of Dr. Gregory's report shall be attached to the transcript when the record is transmitted to the Bureau of Prisons.
    d. The Court recommends to the Bureau of Prisons that the Defendant be placed in a facility where she can receive mental health treatment.
    e. The defendant shall pay the United States a special assessment in the amount of $3,025.00, due immediately.
    f. The Court finds the defendant does not have the ability to pay and orders the fine waived.
    g. The Court ordered restitution in the amount of $904,198.84, consisting of $595,111.00 to PayPal Inc., and $309,087.84 to Total Merchant Services, Inc.

3. The Court Ordered that its preliminary order of forfeiture is now made final. The Defendant's request for stay of the order is denied.

4. The Government informed the Court that the amount of restitution had changed, with $420,684.64 owed to Total Merchant Services, Inc. The Court's Order will stand and the Government may seek relief.

5. The court recommends to the Bureau of Prisons that the defendant be designated to a facility close to the San Francisco Bay Area consistent with her classification to facilitate visitation with family members including the Defendant's two daughters.

6. The Court recommends to the Bureau of Prisons that the Defendant participate in the RDAP program and be designated to a facility that offers that program.