1  JOHN J. JORDAN, ESQ. (State Bar No. 175678)
   400 Montgomery Street, Suite 200
2  San Francisco, CA 94104
   Tel: (415) 391-4814
3  Fax: (415) 391-4308

4  Counsel for Defendant
   SUSAN XIAO-PING SU

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 11-0288 JST |
|---|---|---|
| Plaintiff, | ) | **NOTICE OF APPEAL** |
| vs. | ) | |
| SUSAN XIAO-PING SU, | ) | |
| Defendant. | ) | |

PLEASE TAKE NOTICE that SUSAN XIAO-PING SU, the defendant in the above-named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the final judgment and sentence entered in this action.

October 31, 2014.                Respectfully submitted,

                                 _____
                                 JOHN J. JORDAN
                                 Attorney for Defendant
                                 SUSAN XIAO-PING SU

NOTICE OF APPEAL                                 1

**CERTIFICATE OF SERVICE**

I, the undersigned, declare that I am over 18 years of age and not a party to the within cause; my business address is 400 Montgomery St, 2nd floor, San Francisco, CA 94104.

On October 31, 2014 I served a true copy of the attached:

Defendant's NOTICE OF APPEAL

on the following parties, by U.S. mail:

**HARTLEY M.K. WEST**
**WADE M RHYNE**
Asst. U.S. Attorney
450 Golden Gate Avenue
11th Floor
P.O. Box 36055
San Francisco, CA 94102

Dated: October 31, 2014                          _____
                                                 JOHN J. JORDAN

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611100283
Cashier ID: sprinka
Transaction Date: 10/31/2014
Payer Name: JOHN J JORDAN

NOTICE OF APPEAL/DOCKETING FEE
 For: SUSAN XIAO-PING SU
 Case/Party: D-CAN-3-11-CR-000288-001
 Amount:         $505.00

PAPER CHECK CONVERSION
 Check/Money Order Num: 0146
 Amt Tendered: $505.00

Total Due:        $505.00
Total Tendered:   $505.00
Change Amt:       $0.00

JST

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```