MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

HARTLEY M.K. WEST (CABN 191609)
WADE M. RHYNE (CABN 216799)
Assistant United States Attorneys

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    E-Mail:  hartley.west@usdoj.gov
            wade.rhyne@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-11-00288 JST |
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER TO AMEND PRONOUNCEMENT OF SENTENCE AS TO RESTITUTION** |
| v. | |
| SUSAN XIAO-PING SU, | |
| Defendant. | |

      For the reasons set forth below, the parties jointly request the Court to amend the restitution order component of the final judgment for Total Merchant Services in the above-entitled case from $309,087.84 to $420,684.64.

      On October 31, 2014, this Court conducted a sentencing hearing in the above-entitled case, which included an order for the Defendant Susan Xiao-Ping Su to pay restitution to Total Merchant Services.  The Pre-Sentence Investigation Report (PSR) identified $309,087.84 as the restitution amount owed to Total Merchant Services and directed payments to be sent to Total Merchant Services, Inc.,

1  Attn: Director of Operations, Director of Operations, 255 Gold River Road, 3d Floor, Basalt, CO 81621.
2  Before final pronouncement of sentence, the United States noted that the PSR's restitution amount
3  pertaining to Total Merchant Services was not current, and that the accurate amount was $420,684.64, as
4  set forth in the United States' sentencing memorandum.  The United States explained that it had
5  provided the revised restitution calculation to the United States Probation Office, but not to counsel for
6  the defense.
7       Accordingly, following the sentencing hearing, the United States provided updated loss
8  information to counsel for the defendant regarding the underlying restitution calculation for Total
9  Merchant Services and the parties jointly agree that the judgment should reflect an order of restitution to
10 Total Merchant Services in the amount of $420,684.64 and that payments should be sent to: Jonathan E.
11 Orell, Esq., C/O Total Merchant Services Restitution Payment, Berkowitz, Trager & Trager, LLC, 8
12 Wright Street, Westport, CT 06880.  The parties further stipulate that nothing in this agreement will
13 constitute a waiver of the defendant's right to appeal any component of the sentence.
14      **SO STIPULATED AND AGREED**.

MELINDA HAAG
United States Attorney

Dated: November 5, 2014            /s/
HARTLEY M. K. WEST
WADE M. RHYNE
Assistant United States Attorneys

Dated: November 5, 2014            /s/
JOHN JORDAN
Counsel for Defendant Susan Xiao-Ping Su

/ / / /

/ / / /

/ / / /

/ / / /

JOINT STIP. AND [PROPOSED] ORDER
No. CR-11-00288 JST

**[PROPOSED] ORDER**

For good cause shown, the Court **GRANTS** the parties' joint request to amend the restitution order in the above-entitled case as to Total Merchant Services from $309,087.84 to $420,684.64 and to have restitution payments sent to Jonathan E. Orell, Esq., C/O Total Merchant Services Restitution Payment, Berkowitz, Trager & Trager, LLC, 8 Wright Street, Westport, CT 06880.

**IT IS SO ORDERED.**

DATE: _____          _____
                                 JON S. TIGAR
                                 UNITED STATES DISTRICT JUDGE

JOINT STIP. AND [PROPOSED] ORDER
No. CR-11-00288 JST