1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  HARTLEY M.K. WEST (CABN 191609)
   WADE M. RHYNE (CABN 216799)
5  Assistant United States Attorneys

6       1301 Clay Street, Suite 340S
        Oakland, California 94612
7       Telephone: (510) 637-3680
        FAX: (510) 637-3724
8       E-Mail:  hartley.west@usdoj.gov
                 wade.rhyne@usdoj.gov
9
   Attorneys for United States of America
10

11                       UNITED STATES DISTRICT COURT
12                     NORTHERN DISTRICT OF CALIFORNIA
13                              OAKLAND DIVISION
14

15  UNITED STATES OF AMERICA,           )   CASE NO. CR-11-00288 JST
                                        )
16         Plaintiff,                   )   **JOINT STIPULATION AND [PROPOSED]**
                                        )   **ORDER TO AMEND PRONOUNCEMENT OF**
17      v.                              )   **SENTENCE AS TO RESTITUTION**
                                        )
18  SUSAN XIAO-PING SU,                 )
                                        )
19         Defendant.                   )
                                        )
20                                      )
                                        )
21

22       For the reasons set forth below, the parties jointly request the Court to amend the restitution

23  order component of the final judgment for Total Merchant Services in the above-entitled case from

24  $309,087.84 to $420,684.64.

25       On October 31, 2014, this Court conducted a sentencing hearing in the above-entitled case,

26  which included an order for the Defendant Susan Xiao-Ping Su to pay restitution to Total Merchant

27  Services.  The Pre-Sentence Investigation Report (PSR) identified $309,087.84 as the restitution amount

28  owed to Total Merchant Services and directed payments to be sent to Total Merchant Services, Inc.,

JOINT STIP. AND [PROPOSED] ORDER
No. CR-11-00288 JST

Attn: Director of Operations, Director of Operations, 255 Gold River Road, 3d Floor, Basalt, CO 81621. Before final pronouncement of sentence, the United States noted that the PSR's restitution amount pertaining to Total Merchant Services was not current, and that the accurate amount was $420,684.64, as set forth in the United States' sentencing memorandum. The United States explained that it had provided the revised restitution calculation to the United States Probation Office, but not to counsel for the defense.

Accordingly, following the sentencing hearing, the United States provided updated loss information to counsel for the defendant regarding the underlying restitution calculation for Total Merchant Services and the parties jointly agree that the judgment should reflect an order of restitution to Total Merchant Services in the amount of $420,684.64 and that payments should be sent to: Jonathan E. Orell, Esq., C/O Total Merchant Services Restitution Payment, Berkowitz, Trager & Trager, LLC, 8 Wright Street, Westport, CT 06880. The parties further stipulate that nothing in this agreement will constitute a waiver of the defendant's right to appeal any component of the sentence.

**SO STIPULATED AND AGREED**.

MELINDA HAAG
United States Attorney

Dated:   November 5, 2014                                /s/
HARTLEY M. K. WEST
WADE M. RHYNE
Assistant United States Attorneys

Dated:   November 5, 2014                                /s/
JOHN JORDAN
Counsel for Defendant Susan Xiao-Ping Su

/ / / /

/ / / /

/ / / /

/ / / /

JOINT STIP. AND [PROPOSED] ORDER
No. CR-11-00288 JST

1 **[PROPOSED] ORDER**

2   For good cause shown, the Court **GRANTS** the parties' joint request to amend the restitution
3 order in the above-entitled case as to Total Merchant Services from $309,087.84 to $420,684.64 and to
4 have restitution payments sent to Jonathan E. Orell, Esq., C/O Total Merchant Services Restitution
5 Payment, Berkowitz, Trager & Trager, LLC, 8 Wright Street, Westport, CT 06880.

6   **IT IS SO ORDERED.**

8 DATE: November 5, 2014

  _____
  JON S. TIGAR
  UNITED STATES DISTRICT JUDGE