UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TRANSCRIPT DESIGNATION AND ORDERING FORM

SUPPLEMENTAL PAGE 2 -Transcript Designation Page

USA v. Susan Su     CA9 No. 14-10499
                    USDC No. CR-13-0288 JST

| Hearing Date | Court Reporter | Hearing Type | Case No. | Transcript E-Filed? |
|---|---|---|---|---|
| 03/12/2014 | James Pence | Trial | CR 11-288 | Yes, Dkt # 151 |
| 03/13/2014 | James Pence | Trial | CR 11-288 | Yes, Dkt # 152 |
| 03/17/2014 | James Pence | Trial | CR 11-288 | Yes, Dkt # 153 |
| 03/18/2014 | James Pence/ Kelly Polvi | Trial | CR 11-288 | Yes, Dkt # 148/154 |
| 03/19/2014 | Kelly Polvi | Trial | CR 11-288 | Yes, Dkt # 149 |
| 03/20/2014 | James Pence | Trial | CR 11-288 | Yes, Dkt # 155 |
| 03/24/2014 | James Pence | Trial | CR 11-288 | Yes, Dkt. #156 |
| 04/01/2014 | Jo An Bryce | Post-Trial | CR 11-288 | Yes, Dkt #160 |
| 04/22/2014 | Debra Pas | Post-Trial | CR 11-288 | Yes, Dkt # 183 |
| 05/09/2014 | Raynee Mercado | Post-Trial | CR 11-288 | Yes, Dkt # 193 |
| 10/31/2014 | Belle Ball | Sentencing | CR 11-288 | No, Ordered 11/11/14 Dkt # 211. |