THE LAW FIRM *of*
FATIMA JOHNSON
~U.S. IMMIGRATION LAW~



www.vitalvisa.com

Address:
3737 N. Meridian Street
Suite 402
Indianapolis, IN 46208
317.455.6829
fatima@vitalvisa.com

November 28, 2014

United States Attorneys Office
Attn: District Judge Jon S. Tigar
San Francisco Courthouse, Courtroom 9 - 19th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

4 11-CR-00288-JST-1

Dear Judge Tigar:

I am representing Rebecca Rajkumari David, one of the students of Tri-Valley University.

As you may already know, Susan Su, the head of the Tri-Valley University was ordered to serve 198 months behind bars, forfeit $5.6 million and pay more than $904,000 in restitution, as a result of her extensive criminal activity, which included bringing unwitting foreign students into the country and extorting money from them. Ms. David was one of the foreign students who was placed in deportation proceedings and forced to leave the U.S. as a result of this scam.

Despite continuing to struggle with the aftereffects of this incident, Ms. David is trying to build a new future for herself by applying for a U visa. The U visa is intended to protect victims who have gathered the courage to come forward and assist with the investigation or prosecution of a crime. In order to apply for a U visa, an applicant must provide a certification from a law enforcement official affirming that he "has been helpful, is being helpful, or is likely to be helpful" in the investigation or prosecution of the crime. The statute covers many types of criminal activity, including extortion, conspiracy to commit extortion, attempt to commit extortion, trafficking, obstruction of justice, and other crimes. A tenable argument can be made that Ms. Su's crimes were substantially similar to any of these crimes. If such an argument is accepted by United States Citizenship and Immigration Services, Ms. David would be entitled to receive a U visa.

Please find enclosed a U visa certification for Ms. David. I would greatly appreciate your signature on this form confirming that she has been helpful—by reporting facts concerning the crime to law enforcement officials or otherwise—in the investigation of the crime in which he was victimized. I have also enclosed the following documents that may answer many of the questions you

THE LAW OFFICE *of*
FATIMA JOHNSON



December 18, 2014
Page 2

may have regarding U visa certifications and that I hope will alleviate any hesitancy you may have in signing Ms. David's certification:

A.   List of the criminal activity/violations;
B.   Superseding Indictment with statutory citations for the criminal activity;
C.   Ms. David's Subpoena to Testify in a Criminal Case;
D.   Emails between Ms. David and Jason Mackey, DHS/HSI; and
E.   Memorandum concerning Crime Victim Cooperation Certifications.

Please send the signed certification to me in the enclosed return envelope. If you have any questions about this request, do not hesitate to contact me directly at (317) 455-6829. I greatly appreciate your assistance and cooperation in this matter.

Sincerely,

Fatima T. Johnson
Attorney at Law

Enclosures