OMB No. 1615-0104: Expires 01/31/2016

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

# I-918 Supplement B,
# U Nonimmigrant Status Certification

**START HERE - Please type or print in black ink.**

## Part 1. Victim information.

| Family Name | Given Name | Middle Name |
|---|---|---|
| DAVID | Rebecca | Rajkumari |

Other Names Used *(Include maiden name/nickname)*

Date of Birth *(mm/dd/yyyy)*: 08/12/1972

Gender: ☐ Male  ☒ Female

### For USCIS Use Only

| Returned | Receipt |
|---|---|
| Date | |
| Date | |
| **Resubmitted** | |
| Date | |
| Date | |
| **Reloc Sent** | |
| Date | |
| Date | |
| **Reloc Rec'd** | |
| Date | |
| Date | |

**Remarks**

## Part 2. Agency information

Name of Certifying Agency: United States District Court- Northern District of California

Name of Certifying Official: Judge Jon S. Tigar

Title and Division/Office of Certifying Official: District Judge

Name of Head of Certifying Agency: Judge Claudia Wilken- Chief Judge

Agency Address - Street Number and Name: 450 Golden Gate Avenue, 19th Floor    Suite No.: 9

City: San Francisco    State/Province: California    Zip/Postal Code: 94102

Daytime Phone No. *(with area code and/or extension)*: (415) 522-2036

Fax No. *(with area code)*:

**Agency Type**
☒ Federal   ☐ State   ☐ Local

**Case Status**
☐ On-going   ☒ Completed   ☐ Other: _____

**Certifying Agency Category**
☒ Judge   ☐ Law Enforcement   ☐ Prosecutor   ☐ Other: _____

Case Number: CR 1100288 SBA

FBI No. or SID No. *(if applicable)*:

## Part 3. Criminal Acts

1. The applicant is a victim of criminal activity involving or similar to violations of one of the following Federal, State or local criminal offenses. *(Check all that apply.)*

| | | | |
|---|---|---|---|
| ☐ Abduction | ☐ Female Genital Mutilation | ☐ Obstruction of Justice | ☐ Slave Trade |
| ☐ Abusive Sexual Contact | ☐ Hostage | ☐ Peonage | ☐ Torture |
| ☐ Blackmail | ☐ Incest | ☐ Perjury | ☐ Trafficking |
| ☐ Domestic Violence | ☐ Involuntary Servitude | ☐ Prostitution | ☐ Unlawful Criminal Restraint |
| ☐ Extortion | ☐ Kidnapping | ☐ Rape | ☐ Witness Tampering |
| ☐ False Imprisonment | ☐ Manslaughter | ☐ Sexual Assault | ☒ Related Crime(s) |
| ☐ Felonious Assault | ☐ Murder | ☐ Sexual Exploitation | ☒ Other: *(If more space needed, attach separate sheet of paper.)* |
| ☐ Attempt to commit any of the named crimes | ☐ Conspiracy to commit any of the named crimes | ☐ Solicitation to commit any of the named crimes | See attachment A |

**Part 3. Criminal Acts** *(continued.)*

2. Provide the date(s) on which the criminal activity occurred.

   Date *(mm/dd/yyyy)*: 09/2008-11/09/2011
   Date *(mm/dd/yyyy)*:
   Date *(mm/dd/yyyy)*:
   Date *(mm/dd/yyyy)*:

3. List the statutory citation(s) for the criminal activity being investigated or prosecuted, or that was investigated or prosecuted.

   See attachment B

4. Did the criminal activity occur in the United States, including Indian country and military installations, or the territories or possessions of the United States? [X] Yes [ ] No

   a. Did the criminal activity violate a Federal extraterritorial jurisdiction statute? [ ] Yes [X] No

   b. If "Yes," provide the statutory citation providing the authority for extraterritorial jurisdiction.

   c. Where did the criminal activity occur?

   Pleasanton, CA, USA

5. Briefly describe the criminal activity being investigated and/or prosecuted and the involvement of the individual named in Part 1. Attach copies of all relevant reports and findings.

   Susan Su accepted students' money for grades, creating a kickback scheme for students who referred new students, and hired recruiters to help find students who would fall for the scheme.

6. Provide a description of any known or documented injury to the victim. Attach copies of all relevant reports and findings.

   Ms. David has suffered substantial abuse by losing her legal immigration status, her money, and her life as a student in America. She has since suffered from severe anxiety and depression as a result of this incident.

**Part 4. Helpfulness of the Victim**

The victim (or parent, guardian or next friend, if the victim is under the age of 16, incompetent or incapacitated.):

1. Possesses information concerning the criminal activity listed in **Part 3**. [X] Yes [ ] No

2. Has been, is being or is likely to be helpful in the investigation and/or prosecution of the criminal activity detailed above. *(Attach an explanation briefly detailing the assistance the victim has provided.)* [X] Yes [ ] No

3. Has not been requested to provide further assistance in the investigation and/or prosecution. *(Example: prosecution is barred by the statute of limitation.)* *(Attach an explanation.)* [ ] Yes [X] No

4. Has unreasonably refused to provide assistance in a criminal investigation and/or prosecution of the crime detailed above. *(Attach an explanation.)* [ ] Yes [X] No

**Part 4. Helpfulness of the Victim** *(continued)*

5. Other, please specify.

   Ms. David traveled from India to the United States to be a witness and help with the prosecution of this crime.

**Part 5. Family Members Implicated in Criminal Activity**

1. Are any of the victim's family members believed to have been involved in the criminal activity of which he or she is a victim? ☐ Yes ☒ No

2. If "Yes," list relative(s) and criminal involvement. *(Attach extra reports or extra sheet(s) of paper if necessary.)*

| Full Name | Relationship | Involvement |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**Part 6. Certification**

I am the head of the agency listed in **Part 2** or I am the person in the agency who has been specifically designated by the head of the agency to issue U nonimmigrant status certification on behalf of the agency. Based upon investigation of the facts, I certify, under penalty of perjury, that the individual noted in **Part 1** is or has been a victim of one or more of the crimes listed in **Part 3**. I certify that the above information is true and correct to the best of my knowledge, and that I have made, and will make no promises regarding the above victim's ability to obtain a visa from the U.S. Citizenship and Immigration Services, based upon this certification. I further certify that if the victim unreasonably refuses to assist in the investigation or prosecution of the qualifying criminal activity of which he/she is a victim, I will notify USCIS.

**Signature of Certifying Official Identified in Part 2.**   **Date** *(mm/dd/yyyy)*