## List of Criminal Activity/Violations

- Wire Fraud
- Mail Fraud
- Conspiracy to Commit Visa Fraud
- Visa Fraud
- Use of a False Document
- False Statement to a Government Agency
- Alien Harboring
- Unauthorized Access to a Government Computer
- Money Laundering
- Aiding and Abetting
- Visa Fraud Forfeiture
- Mail Fraud, Wire Fraud, and Alien Harboring Forfeiture
- Money Laundering Forfeiture