CAND 89A (Rev. 1/06) Subpoena to Testify in a Criminal Case

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

**SUBPOENA TO TESTIFY IN A CRIMINAL CASE**

V.

Case Number: CR 11-00288 SBA

SUSAN SU
Defendant.

TO: Rebecca David
280 W. California Avenue, Apt. #201
Sunnyvale, CA 94086

YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | | | COURTROOM/JUDGE |
|---|---|---|---|
| ☐ United States Courthouse 450 Golden Gate Avenue San Francisco, CA 94102 | ☐ United States Courthouse 280 South First Street San Jose, CA 95113 | ☒ United States Courthouse 1301 Clay Street Oakland, CA 94612 | JUDGE ARMSTRONG Courtroom #2 |
| | | | DATE AND TIME |
| ☐ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s): | | | September 30, 2013 at 8:30 am |

NOTE: Parties requesting a subpoena requiring only the production of documents or objects at or in advance of the trial, hearing or proceeding at which the items are to be offered in evidence, must use Form CAND 89B, *Subpoena to Produce Documents or Objects in a Criminal Case*. Forms are available at the Court's Internet site: http://www.cand.uscourts.gov.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| Richard W. Wieking (By) Deputy Clerk [signature] | 8/1/2013 |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

WADE M. RHYNE, AUSA
U.S. ATTORNEY'S OFFICE
1301 CLAY STREET, SUITE 340S
OAKLAND, CA 94612
PHONE: (510) 637-3680
FAX: (510) 637-3724

FOR QUESTIONS REGARDING SUBPOENA, CONTACT:
SPECIAL AGENT JASON MACKEY
HOMELAND SECURITY INVESTIGATIONS
630 SANSOME STREET, 8TH FLOOR
SAN FRANCISCO, CA 94111
PHONE: (510) 760-5867

CAND 89A (Rev. 1/06) Subpoena to Testify in a Criminal Case

| PROOF OF SERVICE | | |
|---|---|---|
| RECEIVED BY SERVER | DATE | PLACE |
| SERVED | DATE | PLACE |
| SERVED ON (PRINT NAME) | | FEES AND MILEAGE TENDERED TO WITNESS<br>☐ YES  ☐ NO  AMOUNT $ |
| SERVED BY (PRINT NAME) | | TITLE |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
DATE

SIGNATURE OF SERVER

ADDRESS OF SERVER

ADDITIONAL INFORMATION