## Fatima Johnson

**From:** Rebecca David <rebeccadavid7@gmail.com>
**Sent:** Tuesday, November 18, 2014 10:44 PM
**To:** Fatima Johnson
**Subject:** Fwd: Teleconference with Our Attorneys

---------- Forwarded message ----------
From: **Rebecca David** <rebeccadavid7@gmail.com>
Date: Sun, Sep 1, 2013 at 6:30 PM
Subject: Re: Teleconference with Our Attorneys
To: "Mackey, Jason" <Jason.Mackey@ice.dhs.gov>

Sure Mr Jason, I guess it will be 6pm EST for me here. if that's true. definitely will look forward to speaking to you on the 4th. I'm sorry I missed your call on Friday evening coz I came back home and put my phone for charging and somehow without my knowledge it got switched off, and I didnt know it got switched off till 10pm at night. so apologie for that. but yes I'm available and look forward to talking to you and your attorney on the 4th..

Rebecca.

On Thu, Aug 29, 2013 at 1:33 PM, Mackey, Jason <Jason.Mackey@ice.dhs.gov> wrote:

> Rebecca,
>
> Are you available to speak with me and our attorneys over the phone on September 4, 2013 at 3PM (Pacific Time)?
>
> Regards,
>
> Jason

1

**Fatima Johnson**

**From:** Rebecca David <rebeccadavid7@gmail.com>
**Sent:** Tuesday, November 18, 2014 10:28 PM
**To:** Fatima Johnson
**Subject:** Fwd: TriValley University

---------- Forwarded message ----------
From: **Mackey, Jason** <Jason.Mackey@ice.dhs.gov>
Date: Thu, Jun 28, 2012 at 12:01 PM
Subject: RE: TriValley University
To: "kbeckydavid@yahoo.co.in" <kbeckydavid@yahoo.co.in>, "rebeccadavid7@gmail.com" <rebeccadavid7@gmail.com>

Rebecca,

Please confirm whether you are still interested in traveling to the US to be witness.

Regards,

Jason Mackey

DHS/HSI

---

**From:** rebecca david [mailto:kbeckydavid@yahoo.co.in]
**Sent:** Wednesday, June 20, 2012 2:36 AM
**To:** Mackey, Jason
**Subject:** Re: TriValley University

Hello Mr Jason,

Thank you so much for this reply, really glad to see that I am being added to the witness list for the trial. As promised by me, I am ready to incur the travel expenses for my travel to the US for this purpose and bear all my

1

living expenses on me once I reach USA. and will be greatfull to receive Work Authorization from your office as mentioned in your mail. I also confirm you through this mail that I am interested to returning to the US for the Tri-Valley case and agree to all that you have mentioned in the above mail sent from you and look forward to begin my process from your office to send me the travel documents necessary to book my flight tickets at my expense to arrive in the US. also if need be you can call me at my # 732-568-4752 if you have any communications to follow from my end. but I am glad to confirm my willingness to accept your offer and come down to the US as soon as the paper work and the travel documents are received from your office to me. so Thanking you officer for this and you can mail or call me in case you need any other info from me in the future.

Thanking you,

Rebecca.

---

**From:** "Mackey, Jason" <Jason.Mackey@ice.dhs.gov>
**To:** rebecca david <kbeckydavid@yahoo.co.in>
**Sent:** Tuesday, 19 June 2012 3:43 PM
**Subject:** RE: TriValley University

Rebecca,

I'm sending you this email to confirm that we would like you to be a witness for the Tri-Valley University trial. If you agree, the general process would be as follows:

1. I will begin the process to send travel documents to the Embassy in New Dehli. This typically takes 1-2 months.

2. You will travel to New Dehli to collect your travel documents and make your own arrangements to travel to the US.

3. Upon arrival in the US, you will travel to our office in San Francisco. If you need work authorization, we will collect the application from you and file it for you. We will also issue you a subpoena to be a witness at trial.

4. You will make your own work/living arrangements while waiting for trial. You do not need to live in San Francisco, but need to stay available by phone.

5. When trial begins, you will be required to travel to San Francisco for the duration of the trial (possibly several weeks).

Trial is expected to begin no earlier than October 2012, but may be delayed into 2013. The travel document you would be on would expire once trial and/or sentencing completed (probably 2013) at which point you would be required to depart the US, unless you have adjusted to another status. You would also be responsible for all of your travel and living expenses, with the possible exception of the costs specifically associated with your travel to the actual trial.

Please send me a confirmation email if you are still interested. I will be out of the office until next week, but will have limited access to email while I am out.

Regards

Jason Mackey

Special Agent

DHS/HSI San Francisco

---

**From:** rebecca david [mailto:kbeckydavid@yahoo.co.in]
**Sent:** Monday, June 11, 2012 9:35 AM
**To:** Mackey, Jason
**Subject:** Re: TriValley University

Thanks for the reply Mr. Jason, will look forward for your call tomorrow.

Rebecca.

---

**From:** "Mackey, Jason" <Jason.Mackey@ice.dhs.gov>
**To:** rebecca david <kbeckydavid@yahoo.co.in>
**Sent:** Monday, 11 June 2012 11:37 AM
**Subject:** RE: TriValley University

I will call tomorrow at 9AM our time / 9:30PM your time.

Your current visa application will have to be decided on its merits. We can talk more about that on the phone tomorrow.

Regards,

Jason Mackey

**From:** rebecca david [mailto:kbeckydavid@yahoo.co.in]
**Sent:** Saturday, June 09, 2012 2:33 AM
**To:** Mackey, Jason
**Subject:** Re: TriValley University

Hello Mr. Jasson,

As you have written I was a former Tri-Valley student and returned to India on March 31:2012 by taking a Voluntary Departure, would be greatfull to do the needful and be of any help to be a witness in the University case to the best of my knowledge. my Vonage # here in India is 732-568-4752 and my India cell # 011-91-9440769495, Landline - 011-91-40-27063339, and I am residing in the CITY - Hyderabad, STATE - Andhra Pradesh, INDIA. my alternate email id is rebeccadavid7@gmail.com, you can call me any part of the day or night, will be my privileged to help you in this case. also wanted to let you know that I am going to the US Consulate in my city on the 11th i.e this Monday for a Visa stamping and my interview for a US Visa is scheduled at 9:30 am so request you if you can get in touch with your counterparts here I will be granted a visa to return to the US and do the needful. the info for the US Consulate here where I will be attending the interview is : http://hyderabad.usconsulate.gov, EMAIL - HydCEA@state.gov, http://hyderabad.usconsulate.gov/contact-information.html. Will try to get in touch with you on the mention Tel # or you can do the same.

P.S - I am interested to returning to the US to do the needful for this case

Thanking you,

Rebecca David.

---

**From:** "Mackey, Jason" <Jason.Mackey@ice.dhs.gov>
**To:** "KBECKYDAVID@YAHOO.CO.IN" <KBECKYDAVID@YAHOO.CO.IN>

4

**Sent:** Friday, 8 June 2012 4:56 PM
**Subject:** TriValley University

Ms Rebecca,

I work for the U.S. Department of Homeland Security in San Francisco, California. I am in the process of selecting witnesses for the Tri-Valley University case. I would like to schedule a phone interview with you to further determine if you would make a good witness for this case. I understand that you recently returned to India. If you receive this email, and would be interested in temporarily returning to the US for this case, please reply with your phone number and good time to contact you (preferably between 9AM to 5PM Pacific Standard time, Monday thru Friday).

Regards,

Jason Mackey

Special Agent

HSI San Francisco

510-760-5867