2. **The applicant can be deemed "helpful" to the investigation or prosecution based solely on their *reporting* crimes against them to officials in the criminal justice system.** U visas were made available by the U.S. government to eliminate widespread fear and apprehension among immigrant victims of crimes, and to reward migrants who simply *report* crimes committed against them. *See* Pub. L. No. 106-386, Victims of Trafficking and Violence Protection Act of 2000, Section 1513(a) (describing the purpose of creating the U visa and Congressional findings supporting it). Thus, there is no legal requirement that applicants testify in court, meet and collaborate with prosecutors, or complete any other activity beyond initially reporting a crime so that law enforcement officials can begin investigating, and perhaps prosecuting, that crime. However, such activity may reinforce the migrant's "helpfulness."

3. **Any officer of the criminal justice system can sign a Crime Victim Cooperation Certification form regardless of their level of personal involvement in the investigation or prosecution of the case.** The Crime Victim Cooperation Certification form may be signed by anyone that has been involved with *either* the investigation *or* the prosecution of criminal activity victimizing a visa applicant. *See id.* at 1101(a)(15)(U)(i)(III) (mentioning "a Federal, State, or local law enforcement official. ... a Federal, State, or local prosecutor, ... a Federal or State judge, or ... other Federal, State, or local authorities investigating or prosecuting criminal activity..."). Many officials within the criminal justice system have access to police reports and prosecutorial case information, and a certification form can be completed based on the knowledge any official can obtain from this paperwork.

To help answer any other questions or resolve further doubts about these points, we have attached copies of the statutes and other laws referred to in this memo.

We sincerely hope that this information is helpful to you in ascertaining your specific role in the U visa application process, and how you can help immigrant survivors of domestic violence and other immigrant victims of violent crime.

//Attachments: 8 U.S.C. 1101(a)(15)(U); Pub. L. No. 106-386, Section 1513(a)

**8 U.S.C. 1101(a)(15)(U):**

**1101. Definitions**

   (a) As used in this Act—
   [...]

      (15) The term "immigrant" means every alien except an alien who is within one of the following classes of non-immigrant aliens—

   [...]

         (U)(i) subject to [8 U.S.C. 1184(o)], an alien who files a petition for status under this subparagraph, if the Attorney General determines that—

            (I) the alien has suffered substantial physical or mental abuse as a result of having been a victim of criminal activity described in clause (iii):

            (II) the alien (or in the case of an alien child under the age of 16, the parent, guardian, or next friend of the alien) possesses information concerning criminal activity described in clause (iii):

            (III) the alien (or in the case of an alien child under the age of 16, the parent, guardian, or next friend of the alien) has been helpful, is being helpful, or is likely to be helpful to a Federal, State. or local law enforcement official, to a Federal, State, or local prosecutor, to a Federal or State judge, to the Service, or to other Federal, State, or local authorities investigating or prosecuting criminal activity described in clause (iii): and

            (IV) the criminal activity described in clause (iii) violated the laws of the United States or occurred in the United States (including in Indian country and military installations) or the territories and possessions of the United States:

         (ii) if accompanying, or following to join, the alien described in clause (i)—

            (I) in the case of an alien described in clause (i) who is under 21 years of age, the spouse, children, unmarried siblings under 18 years of age on the date on which such alien applied for status under such clause, and parents of such alien: or

            (II) in the case of an alien described in clause (i) who is 21 years of age or older, the spouse and children of such alien: and

         (iii) the criminal activity referred to in this clause is that involving one or more of the following or any similar activity in violation of Federal, State. or local criminal law: rape; torture; trafficking: incest: domestic violence: sexual assault: abusive sexual contact: prostitution; sexual exploitation; female genital mutilation: being held hostage: peonage; involuntary servitude; slave trade; kidnapping; abduction; unlawful criminal restraint; false imprisonment: blackmail: extortion: manslaughter: murder: felonious assault: witness tampering: obstruction of justice; perjury; or attempt, conspiracy, or solicitation to commit any of the above mentioned crimes.

(from **VICTIMS OF TRAFFICKING AND VIOLENCE PROTECTION ACT OF 2000 (Public Law No: 106-386, 114 Stat. 1464) Title V):**

SEC. 1513. PROTECTION FOR CERTAIN CRIME VICTIMS INCLUDING VICTIMS OF CRIMES AGAINST WOMEN.

(a) FINDINGS AND PURPOSE—
  (1) FINDINGS—Congress makes the following findings:
    (A) Immigrant women and children are often targeted to be victims of crimes committed against them in the United States, including rape, torture, kidnapping, trafficking, incest, domestic violence, sexual assault, female genital mutilation, forced prostitution, involuntary servitude, being held hostage or being criminally restrained.
    (B) All women and children who are victims of these crimes committed against them in the United States must be able to report these crimes to law enforcement and fully participate in the investigation of the crimes committed against them and the prosecution of the perpetrators of such crimes.
  (2) PURPOSE—
    (A) The purpose of this section is to create a new nonimmigrant visa classification that will strengthen the ability of law enforcement agencies to detect, investigate, and prosecute cases of domestic violence, sexual assault, trafficking of aliens, and other crimes describes in section 101(a)(15)(U)(iii) of the Immigration and Nationality Act committed against aliens, while offering protection to victims of such offenses in keeping with the humanitarian interests of the United States. This visa will encourage law enforcement officials to better serve immigrant crime victims and to prosecute crimes committed against aliens.
    (B) Creating a new nonimmigrant visa classification will facilitate the reporting of crimes to law enforcement officials by trafficked, exploited, victimized, and abused aliens who are not in lawful immigration status. It also gives law enforcement officials a means to regularize the status of cooperating individuals during investigations or prosecutions. Providing temporary legal status to aliens who have been severely ~timized by criminal activity also comports with the humanitarian interests of the United State.