MELINDA HAAG (CSBN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

DAVID B. COUNTRYMAN (CSBN 226995)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7303
    FAX: (415) 436-7234
    Email:  david.countryman@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 11-0288 JST |
| Plaintiff, | CERTIFICATE OF SERVICE |
| v. | |
| SUSAN XIAO-PING SU, | |
| Defendant. | |

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of:

- Preliminary Order of Forfeiture

to be served this date via certified mail delivery and first class mail delivery upon the person(s) below at the place(s) and address(es) which is the last known address(es):

Jonathan E. Orell, Esq
c/o Total Merchant Services Restitution Payment
Berkowitz, Trager and Trager, LLC
8 Wright Street
Westport, CT 06880

Michael Rou
Global Regulatory Policy, Paypal Inc.
2211 North First Street
San Jose, CA 95131

Certificate of Service
CR 11-288 JST                   1

1   I declare under penalty of perjury under the laws of the United States of America that the
2   foregoing is true and correct to the best of my knowledge.
3   Executed this  30th  day of December, 2014, at San Francisco, California.

                                                                                                               /S/
                                                                                                    CAROLYN JUSAY
                                                                                                    FSA Paralegal
                                                                                                    Asset Forfeiture Unit