MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

DAVID B. COUNTYRMAN (CABN 226995)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7303
    FAX: (415) 436-7234
    Email: david.countryman@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SUSAN XIAO-PING SU,<br><br>    Defendant. | CASE NO. CR 11-0288 JST<br><br>DECLARATION OF PUBLICATION |

    In accordance with 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure, notice of the forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on November 5, 2014 and ending on December 4, 2014. (See, Attachment 1).

    I declare under penalty of perjury that the forgoing is true and correct.

    Executed on December 30, 2014 at San Francisco, California.

                                        */s/ Carolyn Jusay*
                                        CAROLYN JUSAY
                                        FSA Paralegal
                                        Asset Forfeiture Unit

Declaration of Publication
CR 11-0288 JST                             1

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
COURT CASE NUMBER: CR 11-0288 JST; NOTICE OF FORFEITURE

Notice is hereby given that on October 24, 2014, in the case of U.S. v. Susan Xiao-Ping Su, Court Case Number CR 11-0288 JST, the United States District Court for the Northern District of California entered an Order condemning and forfeiting the following property to the United States of America:

$3,659 in United States Currency (11-CBP-000086) which was seized from Susan Su on January 19, 2011 at 1371 Germano Way, located in Pleasanton, CA

$934,058.04 from PayPal Acct no xxxxxxxxxxxxxxx1921 (11-CBP-000087) which was seized from Susan Su on January 19, 2011 at 1371 Germano Way, located in Pleasanton, CA

$338,319.07 from Wells Fargo Acct. (11-CBP-000152) which was seized from Susan Su on January 19, 2011 at 1371 Germano Way, located in Pleasanton, CA

$30,000 from Citibank Acct xxxxxxx3045 (11-CBP-000153) which was seized from Susan Su on January 19, 2011 at 1371 Germano Way, located in Pleasanton, CA

$227,439.98 from Wells Fargo Acct xxxxxx0454 (11-CBP-000154) which was seized from Susan Su on January 19, 2011 at 1371 Germano Way, located in Pleasanton, CA

$30,000 from Citibank Acct xxxxxxx5024 (11-CBP-000155) which was seized from Susan Su on January 19, 2011 at 1371 Germano Way, located in Pleasanton, CA

$15,184.71 from Wells Fargo Acct xxxxxx3640 (11-CBP-000156) which was seized from Susan Su on January 19, 2011 at 1371 Germano Way, located in Pleasanton, CA

2009 Mercedes Benz C300 License No 6KHC985 VIN# WDDGF54X79R073026 (11-CBP-000157) which was seized from Susan Su on January 19, 2011 at 1371 Germano Way, located in Pleasanton, CA

$63,317.59 from Wells Fargo Acct xxxxxx9937 (11-CBP-000158) which was seized from Susan Su on January 19, 2011 at 1371 Germano Way, located in Pleasanton, CA

$3,000.18 from Wells Fargo Acct xxxxxx6782 (11-CBP-000159) which was seized from Susan Su on January 19, 2011 at 1371 Germano Way, located in Pleasanton, CA

$100.00 from Wells Fargo Acct xxxxxx2773 (11-CBP-000160) which was seized from Susan Su on January 19, 2011 at 1371 Germano Way, located in Pleasanton, CA

$7,526.93 from Citibank Acct xxxxxxx3045 (11-CBP-000161) which was seized from Susan Su on January 19, 2011 at 1371 Germano Way, located in Pleasanton, CA

Real Property Located at 405 Boulder Ct., Suite 800, Pleasanton, CA (APN 946-4547-297). (11-ICE-000292)

Real Property Located at 405 Boulder Ct., Suite 700, Pleasanton, CA (APN 946-4547-296). (11-ICE-000293)

1087 Murrieta Blvd., #133, Livermore, CA (APN 097-0085-132). (11-ICE-000294)

Sgl Family Housing Unit at 2890 Victoria Ridge Ct., Pleasanton, CA (APN 946-4580-018). (11-ICE-000295)

1371 Germano Way, Pleasanton, CA (APN 950-29-18). (11-ICE-000296)

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file a Petition within 60 days of the first date of publication (November 05, 2014) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The petition must be filed with the Clerk of the Court, 450 Golden Gate Avenue, 16th Floor, San Francisco, CA  94102, and a copy served upon Assistant United States Attorney David Countryman, 450 Golden Gate Avenue, 9th Floor, San Francisco, CA  94102. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.



# Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between November 5, 2014 and December 04, 2014. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. Susan Xiao-Ping Su

**Court Case No:** CR 11-0288 JST
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 11/05/2014 | 24.0 | Verified |
| 2 | 11/06/2014 | 24.0 | Verified |
| 3 | 11/07/2014 | 24.0 | Verified |
| 4 | 11/08/2014 | 24.0 | Verified |
| 5 | 11/09/2014 | 24.0 | Verified |
| 6 | 11/10/2014 | 24.0 | Verified |
| 7 | 11/11/2014 | 24.0 | Verified |
| 8 | 11/12/2014 | 24.0 | Verified |
| 9 | 11/13/2014 | 24.0 | Verified |
| 10 | 11/14/2014 | 24.0 | Verified |
| 11 | 11/15/2014 | 24.0 | Verified |
| 12 | 11/16/2014 | 24.0 | Verified |
| 13 | 11/17/2014 | 24.0 | Verified |
| 14 | 11/18/2014 | 24.0 | Verified |
| 15 | 11/19/2014 | 24.0 | Verified |
| 16 | 11/20/2014 | 24.0 | Verified |
| 17 | 11/21/2014 | 23.8 | Verified |
| 18 | 11/22/2014 | 24.0 | Verified |
| 19 | 11/23/2014 | 24.0 | Verified |
| 20 | 11/24/2014 | 24.0 | Verified |
| 21 | 11/25/2014 | 24.0 | Verified |
| 22 | 11/26/2014 | 24.0 | Verified |
| 23 | 11/27/2014 | 24.0 | Verified |
| 24 | 11/28/2014 | 24.0 | Verified |
| 25 | 11/29/2014 | 24.0 | Verified |
| 26 | 11/30/2014 | 24.0 | Verified |
| 27 | 12/01/2014 | 24.0 | Verified |
| 28 | 12/02/2014 | 24.0 | Verified |
| 29 | 12/03/2014 | 24.0 | Verified |
| 30 | 12/04/2014 | 24.0 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.