UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

SUSAN XIAO-PING SU,

        Defendant.

Case No.  11-cr-00288-JST-1

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on 1/2/2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Fatima T. Johnson
The Law Firm of Fatima Johnson
3737 N. Meridian Street, Suite 402
Indianapolis, IN 46208

Dated: 1/2/2015

Richard W. Wieking
Clerk, United States District Court

By:_____
William Noble, Deputy Clerk to the
Honorable JON S. TIGAR

United States District Court
Northern District of California