Hong S. Yang
3518 Ovella Way
Pleasanton, CA 94566
Phone: 925 209 0975
E-Mail: henry_s_yang1@yahoo.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR 11-0288 JST |
| Plaintiff, | ) | |
| v. | ) | **PETITION OF HONG S YANG** |
| | ) | **FOR ANCILLARY HEARING** |
| SUSAN XIAO-PING SU, | ) | |
| Defendant. | ) | Hon Jon S. Tigar |
| _____ | ) | |

### PETITION OF HONG S YANG FOR ANCILLARY HEARING

    Dr. Hong S Yang petitions this court for an ancillary hearing pursuant to Title 21, United States Code, Section 853(n) and asserts its interest as an innocent third party with respect to bank accounts and/or properties which have been forfeited to the United States, in the above-styled case, as follows:

    1. Dr. Hong S Yang asserts its interest in the following bank accounts and/or properties ordered forfeited to the United States in this court's 10/31/2014 order of forfeiture.

    2. Hong S Yang and Susan Xiao-Ping Su were married on May 01, 1992, separated on December 25, 2009, and divorced on December 26, 2013.

    3. On 11/28/2006, Susan Xiao-Ping Su and Hong S Yang, who were a married couple at the time, refinanced their marital house located at 3518 Ovella Way, Pleasanton, CA 94566 and took out $225,316.77 out of the equity of the said marital house. Out of the $225,316.77, $100K went to Susan Xiao-Ping Su's private account

(CitiBank Account 40035925011). Since all of Susan Xiao-Ping Su's accounts and real estate properties were seized by the Government on January 19, 2011 and ordered forfeited to the United States in this court's 10/31/2014 order of forfeiture, I claim my right to 50% of any portion or balance of the said $100K which were transferred to any of the bank accounts being forfeited or used in the purchase of any of the real estate properties being forfeited. A copy of the Chicago Title Company wiring the said $100,000 to Susan Xiao-Ping Su's Citi bank account 40035925011 is attached hereto as exhibit A.

4. The petitioner hereby requests that this Honorable Court hold a hearing ancillary to the criminal conviction of SUSAN XIAO-PING SU at which the petitioner may testify and present evidence on its own behalf pursuant to 21 U.S.C. § 853(n)(5) and further that this court amend its preliminary order of forfeiture dated October 31, 2014 to recognize fully the interest of Hong S Yang as it is set forth herein.

**DECLARATION**

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 31, 2014

Respectfully submitted,

HONG S. YANG

Petition for Ancillary Hearing
CR 11-0288 JST

CR 11-0288 JST  Exhibit A

Date Printed: 11/28/2006
Time Printed: 5:19 PM

# Chicago Title Company
## CTI Santa Clara\San Benito – Milpitas
### WIRE OUT REQUEST

| Cost Center | Profit Center | Escrow No. | Title No. | Date | Instrument No. |
|---|---|---|---|---|---|
| 7743 | 3020 | 0032001719 | 0059009714 | 11/28/2006 | 2001031560 |

| Bank Code | Bank Name | | | Account No. | |
|---|---|---|---|---|---|
| 0001 | Bank of America, N.A. | | | 12353-81969 | |

Wire Transfer Source:
BANK#: 0001
BANK NAME: Bank of America, N.A.
**ACCOUNT #: 12353-81969**

Wire Transfer Destination:
BANK NAME: Citibank
ADDRESS:

**AMOUNT: $-100,000.00**

ABA ROUTING #: 321171184
CREDIT ACCOUNT NAME: Susan Xiao-Ping Su
CREDIT ACCOUNT NUMBER: 40035925011
ADDITIONAL INSTRUCTIONS: Loan proceeds on 3518 Ovella Way, PleasantonSusan Xiao-Ping Su

**PLEASE ATTACH A COPY OF YOUR CHECK REGISTER WITH THIS REQUEST FOR WIRE.**

_____   _____
AUTHORIZED SIGNATURE              AUTHORIZED SIGNATURE

POSTED BY: _____
Rene Castellino

### Operational Accounting Use Only

| WIRE RELEASE | VERIFICATION |
|---|---|
| Bank Contact: _____ TIME: _____ | TIME: _____ |
| Account No.: _____ DATE: _____ | DATE: _____ |
| Test Code: _____ | Name of Authorized Person: _____ |
| Sequence/Reference: _____ | Wire Verifier Signature: _____ |
| Releaser Signature: _____ | |

File Copy