Hong S. Yang
**Name and Address**
3518 Ovella Way
Pleasanton, CA 94566

FILED
2014 DEC 31 P 2:33
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

United States of America
**Plaintiff / Petitioner**

VS.

Susan Xiao-Ping Su
**Defendant / Respondent**

Case No. CR 11-0288 JST

Document Name:

Proof of Service

I personally served the summons on AUSA David Countryman at 450 Golden Gate Avenue, San Francisco, CA 94102, on December 31, 2014

Date: 12/31/2014

H.S. Yang
HONG S. YANG