1
2
3
4          UNITED STATES DISTRICT COURT
5         NORTHERN DISTRICT OF CALIFORNIA
6

7   UNITED STATES OF AMERICA,            Case No.  11-cr-00288-JST-1
                    Plaintiff,
8
                                          **CLERK'S NOTICE SETTING**
9        v.                               **ANCILLARY HEARING DATE**

10  SUSAN SU,
                    Defendant.
11

12          You are hereby notified the Court sets February 3, 2015 at 2:00 p.m. for any ancillary

13  hearing, including the Petition filed by Hong S. Yang on December 31, 2014 at docket 218.  The

14  hearing will be held in Courtroom 9, 19th Floor in the San Francisco Courthouse, 450 Golden

15  Gate Avenue.

16

17  Dated: January 6, 2015

18                                        Richard W. Wieking
                                          Clerk, United States District Court
19

20                                        By: _____
                                          William Noble, Deputy Clerk to the
21                                        Honorable JON S. TIGAR
                                          415-522-2036
22
23
24
25
26
27
28