UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SUSAN SU,<br><br>    Defendant. | Case No. 11-cr-00288-JST-1<br><br>**CLERK'S NOTICE CONTINUING HEARING DATES**<br><br>Re: Dkt. Nos. 218, 220 |

You are hereby notified that the Ancillary Hearing date (docket 218) and hearing on the Motion to Dismiss (docket 220) are CONTINUED to February 17, 2015 at 2:00 p.m.

Dated: January 16, 2015

                                          Richard W. Wieking
                                        Clerk, United States District Court

                                          By: _____
                                          William Noble, Deputy Clerk to the
                                          Honorable JON S. TIGAR