UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

*CRIMINAL MINUTES*

Judge: Jon S. Tigar  Time in Court: 12 minutes
Date: February 17, 2015
Case No. **4:11-cr-00288-JST-1**

**United States of America**  v.  **Susan Xiao-Ping Su**

        Defendant
☐ Present
☒ Not Present
☐ In Custody

David Countryman  Hong S. Yang - pro se
U.S. Attorney  Petitioner

Deputy Clerk: William Noble  Reporter: Lydia Zinn

*PROCEEDINGS*

REASON FOR HEARING: Petition of Hong S. Yang for Ancillary Hearing (docket 218)

RESULT OF HEARING:

Hearing held. Petition is under submission.

Also present: Special Agent Jason Mackey

1