HONG S. YANG
JENNY S. YANG
RACHEL S. YANG
Third Party Petitioners

3518 Ovella Way
Pleasanton, CA 94566
Phone: 925 209 0975
email: henry_s_yang1@yahoo.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR 11-0288 JST |
| Plaintiff, ) | |
| v. ) | **PETITION BY SU'S FAMILY TO BE** |
| ) | **ALLOWED TO PURCHASE** |
| SUSAN XIAO-PING SU, ) | **FORFEITED PROPERTY AT** |
| Defendant. ) | **1371 GERMANO WAY** |
| _____) | |
| HONG S. YANG, ) | |
| JENNY S. YANG, ) | |
| RACHEL S. YANG, ) | |
| Third-Party Petitioners. ) | |

On November 10, 2011, the Grand Jury returned a thirty-five count Superseding Indictment, charging Su with wire fraud, mail fraud, conspiracy to commit visa fraud, visa fraud, use of a false document, false statements, alien harboring, unauthorized access of a government computer, and money laundering. United States v. Su, CR 11-00288 JST, Docket No. ("ECF") 21. The Superseding Indictment also contained four forfeiture allegations seeking, in part, the forfeiture of five parcels of real property, described below:

    a.    1087 Murrieta Blvd., #113, Livermore, CA;

    b.    405 Boulder Court, Suite 800, Pleasanton, CA;

    c.    405 Boulder Court, Suite 700, Pleasanton, CA;

    d.    2890 Victoria Ridge Court, Pleasanton, CA;

    e.    1371 Germano Way, Pleasanton, CA.

On March 24, 2014, the jury returned guilty verdicts against Su, finding her guilty of all remaining counts charged in the Superseding Indictment. ECF 119. On October 24, 2014, the Court entered a Preliminary Order of Forfeiture that authorized the seizure and forfeiture of the Subject Properties and a forfeiture money judgment. ECF 199. On November 6, 2014, the Court entered the criminal judgment against Su, which included forfeiture of the Subject Properties. While that judgment is final as to Su, the United States government intends to seek a Final Order of Forfeiture from the Court to complete the forfeiture after taking account of any third-party interests.

The petitioners, Hong S. Yang (ex-husband of Susan Xiao-Ping Su) and Jenny S. Yang and Rachel S. Yang (two adult daughters of Susan Xiao-Ping Su and Hong S. Yang), petition this Court for an ancillary hearing to consider the petitioners' proposal to purchase one of the forfeited properties, located at 1371 Germano Way, Pleasanton, CA (hereinafter "Subject Property")

While Jenny S. Yang and Rachel S. Yang have been living at the Subject Property since it was purchased on December 21, 2010 by Su for $1,800,000, the petitioners have been taking care of the maintenance of Subject Property since March 24, 2014 when Susan was found guilty and sent to prison.

The petitioners propose to purchase Subject Property for a purchase price of $2,000,000. Here is some background information supporting the petitioners' proposal.

### 1. Why would the petitioners like to purchase Subject Property?

The petitioners currently live in a house at 3518 Ovella Way, Pleasanton, in the same neighborhood and just ½ mile from Subject Property. The petitioners currently live with Hong Yang's fiancée, Ms. Lotus Chen, and her two young boys. The petitioners would like to purchase Subject Property for the following reasons:

    i)    The proposed purchase of the Subject Property would avoid the eviction of Jenny S. Yang and Rachel S. Yang and renters living at the property. Jenny S. Yang and Rachel S. Yang have already experienced having to move out during the ICE raid in January 19, 2011, and would benefit from not having to go through the similar experience of being evicted. In fact, Rachel S. Yang suffered some sort of traumatic stress disorder and had irregular

heartbeat and other health issues for several months right after the 1/19/2011 ICE raid.

ii) Jenny S. Yang and Rachel S. Yang developed a good relationship with their mother, Susan Su, while staying at Subject Property. Now that their mother is no longer living there, they do want to keep the Subject Property, if possible, to partially offset the sadness of their mother missing from their daily lives and because of its sentimental value.

iii) Subject Property is a five-bedroom house that accommodates the petitioners' need for extra room.

iv) The petitioners can afford to buy the Subject Property (with the sale of 3518 Ovella Way and the help of Ms. Lotus Chen, Hong Yang's fiancée) and offer a reasonable purchase price (see Sections **2** and **3**).

v) Thousands of dollars in auction and other real estate transaction costs would be incurred if the Subject Property were forced to go through the foreclosure process.

vi) For the fear of the home prices in the neighborhood being devalued, the neighbors of the Subject Property are very much in favor of avoiding a foreclosure of the Subject Property as it was already foreclosed once before.

If an agreement is reached, the petitioners can pay a deposit of $10,000 which is non-refundable if the petitioners fail to complete the real estate transaction in the timeline agreed upon.

### 2. How do the petitioners finance the purchase of Subject Property?

Upon agreement with US Attorneys and approval by the Court, the petitioners can start selling the petitioners' current house at 3518 Ovella Way, and then use the proceeds from the sale to put toward a down payment for Subject Property. A summary page of a recent appraisal of 3518 Ovella Way (appraised at $1,700,000) is attached as Exhibit A. The petitioners' current mortgage balance on 3518 Ovella Way is $ 914,233, and the equity is ~ $700,000.

The 3518 Ovella Way house is well maintained since it was purchased in 2001 as a new house, and it can be sold for the market value. Over the past few months, the petitioners have received multiple inquiries of the petitioners' interest in selling the house.

The petitioners are in the process of receiving pre-qualification for a mortgage loan from Citi Bank for a house costing up to $2,000,000.

### 3. Purchase price of Subject Property

The petitioners understand that the U.S. government has the authority to set the final selling price of Subject Property. The current market value of the Subject Property is ~$2,400,000 and the house has ~$150,000 delinquent property tax due. Considering the following two factors that (i) the Subject Property has been foreclosed twice (including the current on-going forfeiture/foreclosure) and (ii) the house requires significant maintenance and repair work in order to be in a sellable condition, a discount of 10-15% for each of the above factors would bring the house price to ~ $1,800,0000, which is what Susan paid for the property in December 2010.

The petitioners are offering $2,000,000 which is $200,000 more than the price Susan Su paid for the Subject Property. If an agreement is reached, the U.S. government will take care of the delinquent property tax of the Subject Property and ensure a clean title of the Subject Property.

### 4. Timeline for real estate transaction of Subject Property

The petitioners would need a couple of months to make the petitioners' home at 3518 Ovella Way ready for sale. The winter season is usually slow for home sales. After the sale of the petitioners' house at 3518 Ovella Way, the petitioners would need ~45 days to complete the mortgage loan approval and close of escrow for the Subject Property. July 31st, 2015 (possibly sooner) would be the estimated date for the close of escrow for the Subject Property.

### 5. Maintenance work being done or to be done on Subject Property

The petitioners have been taking care of the maintenance of the Subject Property since March 24, 2014 when Susan Su was sent to prison. The petitioners have already spent thousands of dollars and hundreds of hours of labor on the Subject Property in the last ten months.

Exhibits 2A and 2B show examples of rodent-infestation throughout the Subject Property. Although rodent droppings have been cleaned, the root-cause of the problem has yet to be addressed.

Exhibit 3A shows the front lawn of Subject Property as of 6/15/2014 after years of inadequate maintenance. After Hong S. Yang replaced the old lawn with new sod and fixed the sprinkler system, the appearance of the lawns has improved significantly. More improvement of the overall landscape is still needed to bring the Subject Property to a saleable condition. Exhibit 3B shows the front lawn of Subject Property with the new sod as of 6/17/2014.

Exhibit 4 shows a falling tree in the front lawn of the Subject Property as of 6/15/2014.

Exhibit 5 shows water damage on the living room ceiling of the Subject Property, which needs to be fixed.

Exhibit 6 shows the installation of a new Samsung washing machine and drier at the Subject Property in June 2014.

Exhibit 7 shows the injury Hong S Yang sustained while fixing home appliance at the Subject Property in January 2015.

The following Table is a list of items being fixed or to be fixed at Subject Property:

| Item # | Item and Description |
|---|---|
| 1 | Rodent-infestation throughout the house |
| 2 | Leaking faucet and shower |
| 3 | Broken door knobs |
| 4 | One of two Garage door openers broken, but already replaced |
| 5 | Trash compactor control fixed |
| 6 | Kitchen and hallway storage cabinet broken and not fixed yet. |
| 7 | 1 of the 3 Air condition units is not working and not fixed yet. |
| 8 | Rotten baseboards near upstairs showers |
| 9 | Water damage to living room ceiling |
| 10 | Dish washer unit broken, but already replaced |
| 11 | Front door broken during ICE raid on 01/19/2011. |

1   The petitioners sincerely hope that the petitioners' proposal, if agreeable to the U.S.
2   government, will result in a win-win situation for all parties involved, i.e., the U.S.
3   government gets a reasonable price for a house being foreclosed twice and having very
4   poor maintenance; and the petitioners get the house with the extra space the petitioners
5   need; and no one (including two adult daughters of Susan Su and Hong Yang) would be
6   forced to be evicted from the Subject Property.

7   If the U.S. government is willing to consider the petitioners' proposal and both
8   parties come to an agreement, Hong S. Yang will withdraw the third-party claim (docket
9   218) filed with United States District Court, Northern District of California and
10  AUSA David Countryman on December 31, 2014.

Respectfully,

*[signature: H.S Yang]*

13  Dated: Feburary 16, 2015

14                                                                 HONG S. YANG

*[signature: Jenny Yang]*

15  Dated: Feburary 16, 2015

16                                                                 JENNY S. YANG

*[signature: Rachel Yang]*

17  Dated: Feburary 16, 2015

18                                                                 RACHEL S. YANG

Purchase of 1371 Germano Way, Pleasanton, CA 94566
CR 11-0288 JST

1

LeRoy Elkin Appraisals

001123996594
File No. 2519381

09/11/2014

PCVMurcor
Citibank NA
1000 Technology Drive
O Fallon, MO 63368

File Number: 2519381

In accordance with your request, I have appraised the real property at:

3518 Ovella Way
Pleasanton, CA 94566

The purpose of this appraisal is to develop an opinion of the market value of the subject property, as improved. The property rights appraised are the fee simple interest in the site and improvements.

In my opinion, the market value of the property as of   September 10, 2014                    is:

$1,700,000
One Million Seven Hundred Thousand Dollars

The attached report contains the description, analysis and supportive data for the conclusions, final opinion of value, descriptive photographs, limiting conditions and appropriate certifications.

*LeRoy D. Elk* (signature)
LeRoy Elkin

2

3         Exhibit 1.   Appraisal of 3518 Ovella Way, Pleasanton CA 94566

Purchase of 1371 Germano Way, Pleasanton, CA 94566
CR 11-0288 JST



Exhibit 2A:   An example of rodent-infestation throughout the Subject Property



Exhibit 2B:   An example of rodent-infestation throughout the Subject Property

Purchase of 1371 Germano Way, Pleasanton, CA 94566
CR 11-0288 JST



Exhibit 3A:   The front lawn of the Subject Property as of 6/15/2014



Exhibit 3B:   Placing new sod in the front lawn of the Subject Property on 06/17/2014

Purchase of 1371 Germano Way, Pleasanton, CA 94566
CR 11-0288 JST



Exhibit 4:   Falling tree in the front lawn of the Subject Property as of 6/15/2014

Purchase of 1371 Germano Way, Pleasanton, CA 94566
CR 11-0288 JST



Exhibit 5:   Water damage on the living room ceiling of the Subject Property, which needs to be fixed

Purchase of 1371 Germano Way, Pleasanton, CA 94566
CR 11-0288 JST



Exhibit 6:    Installation of a new Samsung washing machine and drier at the Subject Property in June 2014.



Exhibit 7: Finger injury Hong S. Yang sustained while fixing home appliance at the Subject Property in January 2015.

Purchase of 1371 Germano Way, Pleasanton, CA 94566
CR 11-0288 JST