1
2
3
4          UNITED STATES DISTRICT COURT
5          NORTHERN DISTRICT OF CALIFORNIA
6
7   UNITED STATES OF AMERICA,

      Plaintiff,

Case No.  11-cr-00288-JST-1

   v.

**CERTIFICATE OF SERVICE**

SUSAN SU,

      Defendant.

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 2/27/2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Hong S. Yang
3518 Ovella Way
Pleasanton, CA 94566

Dated: 2/27/2015

Richard W. Wieking
Clerk, United States District Court

By:_____
William Noble, Deputy Clerk to the
Honorable JON S. TIGAR