1   MELINDA HAAG (CABN 132612)
    United States Attorney

2

3   DAVID R. CALLAWAY (CABN 121782)
    Chief, Criminal Division

4   DAVID B. COUNTRYMAN  (CABN 226995)
    Assistant United States Attorney

5

6       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
        Telephone: (415) 436-7303

7   FAX: (415) 436-7234
    Email:  david.countryman@usdoj.gov

8

    Attorneys for United States of America

9

10                   UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13   UNITED STATES OF AMERICA,          )   **CASE NO. CR 11-0288 JST**
                                        )
14          Plaintiff,                  )   **APPLICATION OF THE UNITED STATES FOR**
                                        )   **A FINAL ORDER OF FORFEITURE**
15      v.                              )
                                        )
16   SUSAN SU,                          )
                                        )
17          Defendant.                  )
     _____)
18                                      )
     HONG S. YANG,                      )
19                                      )
            Petitioner.                 )
20   _____)

21          On October 24, 2014, the Court entered a Preliminary Order of Forfeiture forfeiting the

22   defendant's right, title, and interest in the following property:

23          a.   A 2009 Mercedes Benz, VIN XXXXXXX;

24          b.   1087 Murrieta Blvd., #113, Livermore, CA;

25          c.   405 Boulder Court, Suites 700 and 800, Pleasanton, CA;

26          d.   2890 Victoria Ridge Court, Pleasanton, CA;

27          e.   1371 Germano Way, Pleasanton, CA

28          f.   Any remaining funds in bank accounts identified in the government's application for
                 forfeiture, ECF No. 129 at 6-7, which the government calls "Bank Proceeds,"

APPLICATION OF THE UNITED STATES FOR A FINAL ORDER OF FORFEITURE
CR 11-0288 JST                              1

g. Any interest or appreciation accrued on the aforementioned property, and

h. A monetary judgment in the amount of the difference between $5,601,844.72 and the total value of the aforementioned property subject to forfeiture, if the total value of aforementioned property is less than $5,601,844.72

pursuant to 18 U.S.C. §§ 981(a)(1)(C), 982(a)(6)(A)(ii), 28 U.S.C. § 2461(c) and the procedures outlined in the Rule 32.2 of the Federal Rules and Criminal Procedure.

The Preliminary Order required the United States to publish notice of the Order and otherwise direct written notice to all persons known to have an interest in said property. Beginning on November 5, 2014, the United States published notice of the forfeiture action on www.forfeiture.gov, a government website for at least thirty days, notice of this Order and notice of the government's intent to dispose of the property in accordance with the law. The notice also advised potential third parties of their right to petition the Court within (30) days for a hearing to adjudicate the validity of their legal interest in the property.

On December 31, 2014, Dr. Hong S. Yang, petitioned the Court for an ancillary hearing to assert his interest to one of Susan Su's private bank account. On February 17, 2015, Dr. Hong S. Yang, filed another petition on behalf of himself and his daughters to purchase the forfeited Real Property at 1371 Germano Way, Pleasanton, CA. On February 27, 2015, the Court denied both petitions of Dr. Hong S. Yang.

Therefore, the United States respectfully requests that the Court enter the proposed Final Order of Forfeiture, directing that the property described above be forfeited to the United States, pursuant to pursuant to 18 U.S.C. §§ 981(a)(1)(C), 982(a)(6)(A)(ii), 28 U.S.C. § 2461(c) and the procedures outlined in the Rule 32.2 of the Federal Rules and Criminal Procedure.

Respectfully submitted,

Dated: 3/24/15

MELINDA HAAG
United States Attorney

DAVID B. COUNTRYMAN
Assistant United States Attorney

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee if the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers.  The undersigned further certifies that she caused a copy of the following documents:

- **APPLICATION OF THE UNITED STATES FOR A FINAL ORDER OF FORFEITURE; and**

- **[PROPOSED] FINAL ORDER OF FORFEITURE**

to be served this date by U.S. first class delivery mail upon the person(s) below at the place and address which is the last known address:

Jonathan E. Orell, Esq
c/o Total Merchant Services Restitution Payment
Berkowitz, Trager and Trager, LLC
8 Wright Street
Westport, CT 06880

Michael Rou
Global Regulatory Policy
Paypal Inc
2211 North First Street
San Jose, CA 95131

Dr. Hong S. Yang
3518 Ovella Way
Pleasanton, CA 94566

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 24th day of March, 2015, at San Francisco, California.

_____
CAROLYN JUSAY
FSA Paralegal
Asset Forfeiture Unit