MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

DAVID B. COUNTRYMAN (CABN 226995)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7303
    Facsimile: (415) 436-7234
    Email:  david.countryman@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR 11-0288 JST |
|           Plaintiff, | ) | |
| | ) | FINAL ORDER OF FORFEITURE |
|    v. | ) | |
| SUSAN SU, | ) | |
|          Defendant. | ) | |
| | ) | |
| HONG S. YANG, | ) | |
|        PETITIONER. | ) | |

On October 24, 2014, the Court entered a Preliminary Order of Forfeiture forfeiting the

following property:

     a.  A 2009 Mercedes Benz, VIN XXXXXXX;

     b.  1087 Murrieta Blvd., #113, Livermore, CA;

c. 405 Boulder Court, Suites 700 and 800, Pleasanton, CA;

d. 2890 Victoria Ridge Court, Pleasanton, CA;

e. 1371 Germano Way, Pleasanton, CA

f. Any remaining funds in bank accounts identified in the government's application for forfeiture, ECF No. 129 at 6-7, which the government calls "Bank Proceeds,"

g. Any interest or appreciation accrued on the aforementioned property, and

h. A monetary judgment in the amount of the difference between $5,601,844.72 and the total value of the aforementioned property subject to forfeiture, if the total value of aforementioned property is less than $5,601,844.72

pursuant to  18 U.S.C. §§  981(a)(1)(C), 982(a)(6)(A)(ii), 28 U.S.C. § 2461(c) and the procedures outlined in the Rule 32.2 of the Federal Rules and Criminal Procedure.

The United States represents that it has complied with the publication notice requirements of the Preliminary Order.

On December 31, 2014, Dr. Hong S. Yang, petitioned the Court for an ancillary hearing to assert his interest to one of Susan Su's private bank account.  On February 17, 2015, Dr. Hong S. Yang filed another petition on behalf of himself and his daughters to purchase the forfeited Real Property at 1371 Germany Way, Pleasanton, CA. On February 27, 2015, the Court denied both petitions.

UPON CONSIDERATION of the foregoing, it is by the Court on this ____ day of _____ 2015,

ORDERED that the above-described property shall be forfeited to the United States, pursuant to 18 U.S.C. §§  981(a)(1)(C), 982(a)(6)(A)(ii), 28 U.S.C. § 2461(c) and the procedures outlined in the Rule 32.2 of the Federal Rules and Criminal Procedure.  All right, title, and interest in said property is vested in the United States of America.  The appropriate federal agency shall dispose of the forfeited property according to law.

_____
HONORABLE JON S. TIGAR
United States District Judge