MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

DAVID B. COUNTRYMAN (CABN 226995)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7303
    FAX: (415) 436-7234
    Email: david.countryman@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | **CASE NO. CR 11-0288 JST** |
|---|---|---|
| Plaintiff, | ) | **APPLICATION OF THE UNITED STATES FOR AN AMENDED FINAL ORDER OF FORFEITURE** |
| v. | ) | |
| SUSAN SU, | ) | |
| Defendant. | ) | |
| HONG S. YANG, | ) | |
| Petitioner. | ) | |

On October 24, 2014, the Court entered a Preliminary Order of Forfeiture forfeiting the defendant's right, title, and interest in the following property:

    a. A 2009 Mercedes Benz, VIN XXXXXXX, California License Plate No. 6KHC985;

    b. 1087 Murrieta Blvd., #133, Livermore, CA[1] (APN 097-0085-132);

    c. 405 Boulder Court, Suite 700, Pleasanton, CA (APN 946-4547-296);

    d. 405 Boulder Court, Suite 800, Pleasanton, CA (APN 946-4547-297);

---

[1] Due to typographical error in the Preliminary Order of Forfeiture, the correct unit number for the real property at 1087 Murrieta Blvd. is #133 instead of #113.

APPLICATION OF THE UNITED STATES FOR AN AMENDED FINAL ORDER OF FORFEITURE
CR 11-0288 JST    1

    e. 2890 Victoria Ridge Court, Pleasanton, CA (APN 946-4580-018);

    f. 1371 Germano Way, Pleasanton, CA (APN 950-29-18);

    g. Any remaining funds in bank accounts identified in the government's application for forfeiture, ECF No. 129 at 6-7, which the government calls "Bank Proceeds,"

    h. Any interest or appreciation accrued on the aforementioned property, and

    i. A monetary judgment in the amount of the difference between $5,601,844.72 and the total value of the aforementioned property subject to forfeiture, if the total value of aforementioned property is less than $5,601,844.72

pursuant to 18 U.S.C. §§ 981(a)(1)(C), 982(a)(6)(A)(ii), 28 U.S.C. § 2461(c) and the procedures outlined in the Rule 32.2 of the Federal Rules and Criminal Procedure.

    The Preliminary Order required the United States to publish notice of the Order and otherwise direct written notice to all persons known to have an interest in said property. Beginning on November 5, 2014, the United States published notice of the forfeiture action on www.forfeiture.gov, a government website for at least thirty days, notice of this Order and notice of the government's intent to dispose of the property in accordance with the law. The notice also advised potential third parties of their right to petition the Court within (30) days for a hearing to adjudicate the validity of their legal interest in the property.

    On December 31, 2014, Dr. Hong S. Yang, petitioned the Court for an ancillary hearing to assert his interest to one of Susan Su's private bank account. On February 17, 2015, Dr. Hong S. Yang, filed another petition on behalf of himself and his daughters to purchase the forfeited Real Property at 1371 Germano Way, Pleasanton, CA. On February 27, 2015, the Court denied both petitions of Dr. Hong S. Yang.

    On March 25, 2015, the Court entered a Final Order of Forfeiture as to all property described above. The United States submits this Application for an Amended Final Order of Forfeiture and Proposed Amended Final Order of Forfeiture to include the APN numbers and legal descriptions of each of the real property and the license plate number for the 2009 Mercedes Benz.

//
//
//

1  The United States respectfully requests that the Court enter the proposed Amended Final Order
2  of Forfeiture, directing that the property described above be forfeited to the United States, pursuant to
3  pursuant to 18 U.S.C. §§ 981(a)(1)(C), 982(a)(6)(A)(ii), 28 U.S.C. § 2461(c) and the procedures
4  outlined in the Rule 32.2 of the Federal Rules and Criminal Procedure.

Respectfully submitted,

Dated: March 27, 2015             MELINDA HAAG
                                  United States Attorney


                                  _____/S/_____
                                  DAVID B. COUNTRYMAN
                                  Assistant United States Attorney

CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee if the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of the following documents:

- **APPLICATION OF THE UNITED STATES FOR AN AMENDED FINAL ORDER OF FORFEITURE; and**

- **[PROPOSED] AMENDED FINAL ORDER OF FORFEITURE**

to be served this date by U.S. first class delivery mail upon the person(s) below at the place and address which is the last known address:

Jonathan E. Orell, Esq
c/o Total Merchant Services Restitution Payment
Berkowitz, Trager and Trager, LLC
8 Wright Street
Westport, CT 06880

Michael Rou
Global Regulatory Policy
Paypal Inc
2211 North First Street
San Jose, CA 95131

Dr. Hong S. Yang
3518 Ovella Way
Pleasanton, CA 94566

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this _27th__ day of March, 2015, at San Francisco, California.

_____/S/_____
CAROLYN JUSAY
FSA Paralegal
Asset Forfeiture Unit

APPLICATION OF THE UNITED STATES FOR AN AMENDED FINAL ORDER OF FORFEITURE
CR 11-0288 JST                                                       4