JOHN J. JORDAN, ESQ. (State Bar No. 175678)
400 Montgomery Street, Suite 200
San Francisco, CA 94104
Tel:  (415) 391-4814
Fax: (415) 391-4308

Counsel for Defendant
SUSAN XIAO-PING SU

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 11-0288 JST |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **NOTICE OF WITHDRAWAL OF STIPULATED AGREEMENT TO POSTPONE SALE OF CERTAIN PROPERTY PENDING FILING OF REVISED AGREEMENT** |
| SUSAN XIAO-PING SU, | ) | |
| Defendant. | ) | |

PLEASE TAKE NOTICE that the United States, representing the Department of Homeland Security, Homeland Security Investigators, and Susan and Sophie Su, the owners, hereby withdraw the previously filed Stipulated Agreement to Postpone Sale of Certain Property (Docket No. 229), pending the filing of a revised agreement in the immediate future.

April 20, 2015.                    Respectfully submitted,
                                   /s/ *David Countryman*
                                   DAVID COUNTRYMAN
                                   Assistant U.S. Attorney

                                   /s/ *John J. Jordan*
                                   JOHN J. JORDAN
                                   Attorney for Susan and Sophie Su

NOTICE OF WITHDRAWAL                               1