MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

DAVID COUNTRYMAN (CABN 226995)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7303
    FAX: (415) 436-7234
    david.countryman@usdoj.gov

Attorneys for United States of America

S. S.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 11-00288 JST |
| Plaintiff, | **STIPULATED AGREEMENT TO POSTPONE SALE OF CERTAIN PROPERTY** |
| v. | |
| SUSAN XIAO-PING SU, | |
| Defendant. | |

This Agreement to Postpone Sale ("Agreement") is made between Susan Su (hereinafter "Owner") and the Department of Homeland Security, Homeland Security Investigations (hereinafter "Agency").

On November 10, 2011, the Grand Jury returned a thirty-five count Superseding Indictment, charging Su with wire fraud, mail fraud, conspiracy to commit visa fraud, visa fraud, use of a false document, false statements, alien harboring, unauthorized access of a government computer, and money laundering. United States v. Su, CR 11-00288 JST, Docket No. ("ECF") 21. The Superseding Indictment also contained four forfeiture allegations seeking, in part, the forfeiture of five parcels of real property (hereinafter "Subject Properties"), described below:

///

AGREEMENT TO POSTPONE SALE
CR 11-00288 JST

1     a.     1087 Murrieta Blvd., #113, Livermore, CA;

2     b.     405 Boulder Court, Suite 800, Pleasanton, CA;

3     c.     405 Boulder Court, Suite 700, Pleasanton, CA;

4     d.     2890 Victoria Ridge Court, Pleasanton, CA;

5     e.     1371 Germano Way, Pleasanton, CA.

On March 24, 2014, the jury returned guilty verdicts against Su, finding her guilty of all remaining counts charged in the Superseding Indictment. ECF 119. On October 24, 2014, the Court entered a Preliminary Order of Forfeiture that authorized the seizure and forfeiture of the Subject Property and a forfeiture money judgment. ECF 199. On November 6, 2014, the Court entered the criminal judgment against Su, which included forfeiture of the Subject Properties. While that judgment is final as to Su, the United States intends to seek a Final Order of Forfeiture from the Court to complete the forfeiture as to any third-party interests once publication is complete.

Therefore, it is hereby agreed, upon execution of the Agreement, and in compliance with all the terms and conditions stated herein, that:

1. Owner will withdraw the pending Motion to Stay Forfeiture of Real Property Pending Appeal (*United States v. Su*, No. 14-10499 (9th Cir. Nov. 6, 2014));

2. Agency will not sell the following properties until the resolution of defendant Susan Su's current appeal of her criminal conviction (*United States v. Su*, No. 14-10499 (9th Cir. Nov. 6, 2014)): 405 Boulder Court, Suite 800, Pleasanton, CA and 405 Boulder Court, Suite 700, Pleasanton, CA (hereinafter the "Stayed Properties");

3. The Stayed Properties will be managed by a property management company selected by the Agency (the "Contractor'). The Contractor will select tenants and will be responsible for management and upkeep the Stayed Properties. Rental income from the Stayed Properties will be deposited into a suspense account that can be used to pay for property management expenses, with the remaining funds to be held in suspense. Any and all rental income not used to pay property management expenses is subject to forfeiture, pursuant to the money judgment entered on October 24, 2014.

///

4. This Agreement shall be construed in accordance with federal law, and any conflict over the terms and conditions of this Agreement must be decided by the Court as part of the forfeiture action.

Dated: 5/12/15

_____
DAVID COUNTRYMAN
Assistant United States Attorney

Dated: 04/07/2015

_____
SUSAN SU
Defendant and Owner of Subject Real Properties

Dated: 4/29/2015

_____
SOPHIE SU
Property Manager of Stayed Properties

Dated: 5/7/2015

_____
JOHN JORDAN, ESQ.
Attorney for Susan and Sophie Su

AGREEMENT TO POSTPONE SALE
CR 11-00288 JST