UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



FILED

JAN 15 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff - Appellee,<br><br> v.<br><br>SUSAN XIAO-PING SU, AKA Susan Su,<br><br>        Defendant - Appellant. | No. 14-10499<br><br>D.C. No. 4:11-cr-00288-JST-1<br>U.S. District Court for Northern California, Oakland<br><br>**MANDATE** |

      The judgment of this Court, entered December 07, 2015, takes effect this date.

      This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                                                  FOR THE COURT:
                                                  Molly C. Dwyer
                                                  Clerk of Court

                                                  Margoth Turcios
                                                  Deputy Clerk