UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SUSAN SU,<br><br>Defendant. | Case No. 11-cr-00288-JST-1<br><br>**ORDER TO SHOW CAUSE** |

The Court has received Defendant's motion pursuant to 28 U.S.C. § 2255, attacking her conviction and sentence as imposed by the Court. ECF No. 235. Because the "files and records of the case" do not "conclusively show that the prisoner is entitled to no relief," the Government must show cause why relief should not be granted. 28 U.S.C. § 2255.

Accordingly, it is hereby ORDERED that on or before **September 18, 2017**, the Government shall file and serve an answer showing cause why this Court should not issue a writ of habeas corpus. The Government's answer shall conform in all respects to Rule 5 of the Rules Governing § 2255 cases. Additionally, the Government shall file and serve with its answer a copy of all portions of the administrative record that have been transcribed previously and that are relevant to a determination of the issues presented by the motion. The Government may also expand the record, where appropriate, under Rule 7, as Defendant has done through her attachment of various documents.

/ / /

/ / /

/ / /

/ / /

It is FURTHER ORDERED that if Defendant wishes to respond to the answer, she shall do so by filing a reply with the Court on or before **October 18, 2017**.

**IT IS SO ORDERED.**

Dated: August 3, 2017

JON S. TIGAR
United States District Judge