UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

USA,

Plaintiff,

v.

SUSAN XIAO-PING SU,

Defendant.

Case No. 11-cr-00288-JST-1

**ORDER DENYING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS ON APPEAL**

Re: ECF No. 412

Before the Court is Defendant Susan Su's application to proceed in forma pauperis on appeal to the Ninth Circuit. ECF No. 412. A court may authorize a plaintiff to prosecute an action in federal court without prepayment of fees or security if the plaintiff submits an affidavit showing that they are unable to pay such fees. 28 U.S.C. § 1915(a). However, "[a]n appeal may not be taken *in forma pauperis* if the trial court certifies in writing that it is not taken in good faith." 28 U.S.C.A. § 1915(a)(3).

Su seeks to appeal this Court's August 5, 2026 orders denying her petition for a writ of coram nobis and her motion for restitution credit, as well as the subsequent August 17, 2026 order denying her motions for reconsideration of those orders. ECF No. 409 at 1. Su had previously challenged the Court's restitution order at least twice, not including motions for reconsideration. ECF No. 401 at 1–2. She has also challenged the merits of her conviction on numerous occasions, raising many of the same arguments raised in her coram nobis petition. ECF No. 402 at 1–2, 4–5, 7.

This Court has carefully evaluated each of Defendant's motions for relief and motions for reconsideration of the Court's orders and has found them to be without merit. Therefore, it is the judgment of this Court that Plaintiff's complaint is frivolous, as it "has 'no arguable basis in fact

United States District Court
Northern District of California

or law.'" *O'Loughlin v. Doe*, 920 F.2d 614, 617 (9th Cir. 1990) (quoting *Franklin v. Murphy*, 745 F.2d 1221, 1228 (9th Cir. 1984)). Appeal of the dismissal is therefore not "taken in good faith" within the meaning of 28 U.S.C. § 1915(a)(3). *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Clerk shall transmit a copy of this order to the Ninth Circuit Court of Appeals.

**IT IS SO ORDERED.**

Dated: August 27, 2026

JON S. TIGAR
United States District Judge